# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 19, 2005

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ OCT 20 2005 ★

P.M. _____
TIME A.M. _____

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1720 -- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

(See Attached Schedule A of Order)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

- 2 -

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

For your information, I am enclosing a copy of the Panel Attorney Service List.

                                    Very truly,

                                    Michael J. Beck
                                    Clerk of the Panel

                                    By *[signature]*
                                    Deputy Clerk

Enclosures

cc w/all enclosures (Chapter 7 of Volume 4 of the <u>Clerks Manual, U.S. District Courts</u>, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel <u>Rules</u>):

        Transferee Judge:   Judge John Gleeson

cc w/order only:     Transferee Chief Judge:   Judge Edward R. Korman

cc w/order and Rule 1.6, R.P.J.P.M.L.:

        Transferor Clerk(s):   J. Michael McMahon
                                  Kevin F. Rowe
                                  Luther D. Thomas
                                  Richard W. Wieking

        Transferor Judge(s):   Judge Janet Bond Arterton
                                  Judge Deborah A. Batts
                                  Judge Maxine M. Chesney
                                  Judge Samuel Conti
                                  Judge Warren W. Eginton
                                  Judge J. Owen Forrester