**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE PAYMENT CARD INTERCHANGE   :
FEE AND MERCHANT DISCOUNT   :
ANTITRUST LITIGATION   :
  :
  :    MDL No. 1720
  :
  :
This Document Applies to:   :
  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SUPERVALU INC.,   :
  :
  :
V.   :
  :    No. CV 05 4650 (E.D.N.Y.)
VISA U.S.A., INC., VISA INTERNATIONAL :
SERVICE ASSOCIATION, MASTERCARD   :
INCORPORATED and MASTER CARD   :
INTERNATIONAL, INC.   :
  :
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION TO EXTEND TIME OF DEFENDANTS TO RESPOND TO COMPLAINT AND STAY ALL PRETRIAL DEADLINES

Defendants Visa U.S.A. Inc. ("Visa U.S.A."), Visa International Service Association ("Visa International") MasterCard International Incorporated, and MasterCard Incorporated (together, "MasterCard") (collectively, "Defendants"), and Plaintiff through their respective counsel, stipulate to extend the time for Defendants to move, answer or otherwise respond to the Complaint, and to stay all other pretrial deadlines, in the above-captioned action. In support of this stipulation, Plaintiffs and Defendants state as follows:

WHEREAS, Plaintiff's complaint was served on Visa U.S.A. on October 21, 2005;

WHEREAS, this case has been noticed as a potential tag-along action to MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* which was assigned to this court by order of the Judicial Panel on Multi-District Litigation ("MDL Panel") dated October 19, 2005, and that order was filed with the Clerk of the Court for the Eastern District of New York on October 20, 2005;

WHEREAS, this action should be coordinated with MDL 1720, and, pursuant to MDL Panel Rule 7.5(a), no action on the part of the MDL Panel is required to include this case as part of MDL 1720;

WHEREAS, Defendants' deadline to move, answer or otherwise respond to the complaints in several other actions included in MDL 1720 is currently set for December 19, 2005;

WHEREAS, Plaintiff and Defendants agree that this Joint Stipulation is submitted without prejudice to, or waiver of, any defenses or arguments that Plaintiff or Defendants may have to this action;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

(i)     Visa International and MasterCard hereby agree to accept service of the Complaint;

(ii)    the deadline for Defendants to move, answer or otherwise respond to the Complaint in the above-captioned action is adjourned to December 19, 2005. However, in the event the Court enters an order setting a coordinated schedule in MDL 1720, including for Defendants to respond to the complaints in those actions, that coordinated schedule will govern Defendants' obligation to move, answer or otherwise respond to the Complaint.

    (iii)    All other pre-trial deadlines, including the time period in which to conduct the parties' planning conference under Federal Rule of Civil Procedure 26(f), shall be continued until such time as the Court sets a coordinated schedule for such pre-trial proceedings in MDL 1720.

Dated: November 4, 2005

HUNTON & WILLIAMS LLP

Keila D. Ravelo
Wesley R. Powell
200 Park Avenue
New York, New York 10166
Tel: (212) 309-1000
Fax: (212) 309-1100

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel: (202) 223-7300
Fax: (202) 223-7420

Jay Cohen
Gary R. Carney
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3051
Fax: (212) 492-0051

*Attorneys for Defendant MasterCard International Incorporated and MasterCard Incorporated*

_Robert C. Mason_ /wp

Robert C. Mason (RM-1863)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022-4690
Tel:     (212) 715-1000
Fax:     (212) 715-1399

Robert J. Vizas
ARNOLD & PORTER LLP
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel: (415) 356-3000
Fax:(415) 356-3099

David P. Gersch
Mark R. Merley
Julie B. Rottenberg
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel: (202) 942-5000
Fax: (202) 942-5999

*Attorneys for Defendant Visa U.S.A. Inc.*

*Gregory T. Casamento*

Gregory T. Casamento (GC-5273)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY  10022
Tel: (212) 812-8325
Fax: (212) 947-1202

Edward C. Fitzpatrick
Randall A. Hack
Michael J. Gaertner
LORD, BISSELL & BROOK LLP
115 South LaSalle Street
Chicago, IL  60603
Tel: (312) 443-0700
Fax: (312) 443-0336

Jackie Redin Klein
LORD, BISSELL & BROOK LLP
300 South Grand, Suite 800
Los Angeles, CA 90071-3119
Tel: (213) 485-1500
Fax: (213) 485-1200

*Attorneys for Defendant Visa International
Service Association*

COHEN, MILSTEN, HAUSFELD &
TOLL, P.L.L.C.

Joseph M. Vanek / vrp

Linda P. Nussbaum (LN-9336)
Catherine A. Torell (CT-0905)
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Paul E. Slater
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492

Joseph M. Vanek
David P. Germaine
DAAR & VANEK, P.C.
225 West Washington, 18th Flr.
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2005

_____
Hon.

## **DECLARATION OF SERVICE**

Michelle Kass hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that:

I am a Paralegal at the law office of Hunton & Williams LLP, attorneys for MasterCard International Incorporated and MasterCard Incorporated, defendants in this case.

That on November 4, 2005, I served a true copy of the annexed Stipulation to Extend Time of  Defendants to Respond to Complaint and Stay All Pretrial Deadlines on all parties via the Court's ECF System, and on all parties who did not receive this Notice via the Court's ECF system, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 4, 2005.

Michelle Kass

Michelle Kass