# United States District Court
# Eastern District of New York

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | *Electronically Filed Document*<br><br>CASE NO.: 1:05-md-1720-JG-CLP<br><br>DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.'S <u>RULE 7.1 STATEMENT</u> |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant American Express Travel Related Company, Inc. ("American Express") certifies that Defendant American Express is a wholly-owned subsidiary of non-party American Express Company. American Express Company has no parent company. Berkshire Hathaway, Inc., a publicly-traded company, together with its subsidiaries and affiliates, owns approximately 11 percent of the stock of American Express Company.

Dated: November 9, 2005

By: /s/ Sammi Malek
Jonathan Jacobson (JJ-0605)
Sammi Malek (SM-4912)

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York 10017
Telephone: (212) 999-5800
Fax: (212) 999-5899