## APPENDIX A

## CLASS CASES

K. Craig Wildfang
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota  55402-2015
and
Richard A. Bieder
KOSKOFF, KOSKOFF & BIEDER PC
350 Fairfield Avenue
Bridgeport, CT  06604
**ATTORNEYS FOR AMERICAN BOOKSELLERS ASSOCIATION; NATIONAL GROCERS ASSOCIATION; D'AGOSTINO SUPERMARKETS; MINNESOTA GROCERS ASSOCIATION; AFFILIATED FOODS MIDWEST COOPERATIVE, INC.; COBORN'S INCORPORATED; NATIONAL ASSOCIATION OF CONVENIENCE STORES; NATIONAL ASSOCIATION OF CHAIN DRUG STORES; NATIONAL COMMUNITY PHARMACISTS ASSOCIATION; NATIONAL COOPERATIVE GROCERS ASSOCIATION; JETRO HOLDINGS, INC.; JETRO CASH & CARRY ENTERPRISES, INC.; PHOTOS ETC. CORPORATION; CHS INC.; TRADITIONS, LTD.; A DASH OF SALT, L.L.C.; KSARRA, L.L.C.**

H. Laddie Montague, Jr.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
and
David S. Golub
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT  06904
**ATTORNEYS FOR TABU SALON & SPA, INC.**

Bonny Sweeney
Christopher M. Burke
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101
and
Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, PA
20 First Plaza, Suite 700
Albuquerque, NM  87102

and
Dennis Stewart
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA  92101
and
Stanley M. Grossman
POMERANTZ HAUDEK BLOCK GROSS LLP
100 Park Avenue, 26th Floor
New York, NY  10017
and
Donald L. Perelman
FINE KAPLAN AND BLACK, R.P.C.
1845 Walnut Street, 23rd Floor
Philadelphia, PA  19103
and
Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
and
Thomas F. Schrag
SCHRAG & BAUM, PC
280 Panoramic Way
Berkeley, CA  94704
and
Howard I. Langer
LANGER & GROGAN, P.C.
1600 Market Street, Suite 2020
Philadelphia, PA  19103-7218
**ATTORNEYS FOR NUCITY PUBLICATIONS, INC.**

Stanley M. Grossman
POMERANTZ HAUDEK BLOCK GROSS LLP
100 Park Avenue, 26th Floor
New York, NY  10017
and
Ann D. White
MAGER, WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA  19046
**ATTORNEYS FOR RESNICK AMSTERDAM & LESHNER P.C.**

Stanley M. Grossman
POMERANTZ HAUDEK BLOCK GROSS LLP
100 Park Avenue, 26th Floor
New York, NY  10017
and
Roy M. Bell
ROSS, DIXON & BELL LLP
550 West B Street , Suite 400
San Diego, CA  92101
and
Allyn Z. Lite
LITE, DEPALMA, GREENBERG & RIVAS, LLP
2 Gateway Center 12th Floor
Neward, N.J.  07102-5003
and
Charles I. Hadden
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006
**ATTORNEYS  FOR  DISCOUNT  OPTICS,  INC.;  RESNICK  AMSTERDAM  & LESHNER, P.C.**

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES LLC
One Penn Center
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
**ATTORNEYS FOR 518 RESTAURANT**

Stanley M. Grossman
POMERANTZ HAUDEK BLOCK GROSS LLP
100 Park Avenue, 26th Floor
New York, NY  10017
and
Warren Rubin
BERNARD M. GROSS, P.C.
Suite 450, Wanamaker Building
Juniper and Market Streets
Philadelphia, PA  19107
**ATTORNEYS FOR BALTIMORE AVENUE FOODS, LLC**

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
and

Michael L. Roberts
ROBERTS LAW FIRM, P.A.
P.O. Box 241790
20 Rahling Circle
Little Rock, AK  72223-1790
**ATTORNEYS FOR ABDALLAH BISHARA D/B/A UNCLE ABE'S PHILLIP 66**

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA  17601
**ATTORNEYS FOR LOMBARDO BROS., INC.**

William J. Ban
BARRACK, RODOS & BACINE
170 East 61st Street
Second Floor
New York, NY  10021
and
Gerald J. Rodos
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
**ATTORNEYS FOR BROKEN GROUND, INC.**

Marian P. Rosner
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022-6601
and
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
and
Robert D. Greenbaum
ROBERT D. GREENBAUM & ASSOCIATES, LLC
123 South Broadstreet, 28th Floor
Avenue of the Arts
Philadelphia, PA  19109
**ATTORNEYS FOR BONTE WAFFLERIE LLC AND DAVID L. HOEXTER, D.M.D., P.C.**

MP3 20158758.1

James E. Miller
SHEPERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412
and
Eugene A. Spector
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
and
Philip A. Steinberg, Esq.
124 Rockland Avenue
Bala Cynwyd, PA 19004
and
John P. McCarthy, Esq.
217 Bay Avenue
Somers Point, NJ 08224
and
Jeffrey A. Brodkin, Esq.
1845 Walnut Street, 22nd Floor
Philadelphia, PA 19103
**ATTORNEYS FOR EAST GOSHEN PHARMACY, INC. D/B/A OPTIONCARE OF CHESTER COUNTY**

Stanley M. Grossman
POMERANTZ HAUDEK BLOCK GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017
and
Stephanie L. Dieringer
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
and
Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
and
Thomas F. Schrag
SCHRAG & BAUM, PC
280 Panoramic Way
Berkeley, CA 94704
**ATTORNEYS FOR FAIRMONT ORTHOPEDICS & SPORTS MEDICINE, P.A. AND GARY FS INC.**

MP3 20158758.1

Jerald M. Stein
LAW OFFICE OF JERALD M. STEIN
470 Park Avenue South, Floor 10 North
New York, NY  10016-6819
**ATTORNEYS FOR JENNIFER A. LEE/JENNIFER LEE PHOTOGRAPHY**

Daniel L. Berger
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY  10019
and
W. Joseph Bruckner
LOCKRIDGE, GRINDAL & NAUEN P.L.L.P.
100 Washington Avenue South
Minneapolis, MN  55401
**ATTORNEYS FOR LAKESHORE INTERIORS**

Jason L. Solotaroff
GISKAN & SOLOTAROFF
207 West 25th Street, 4th Floor
New York, NY  10001
and
Michael J. Boni
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadephia, PA  19107
and
Jonathan Shub
SHELLER, LUDWIG & BADEY
1528 Walnut Street, Third Floor
Philadelphia, PA  19102
and
Marc Edelson
EDELSON & ASSOCIATES
45 West Court Street
Doylestown, PA  18901
and
Slade H. McLaughlin
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA  19107-4997
**ATTORNEYS FOR PARKWAY CORPORATION AND QUALITY KOI COMPANY INC.**

MP3 20158758.1

Karl L. Cambronne
CHESTNUT & CAMBRONNE, P.A.
3700 Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
and
David Markun
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard
Suite A380
Pacific Palisades, CA 90272

**ATTORNEYS FOR RANDALL JASPERSON (DBA JASPERSON SOD SERVICE)**

Kevin K. Eng
MARKUM, ZUSMAN & COMPTON, LLP
465 California Street
Suite 500
San Francisco, CA 94101
**ATTORNEYS FOR JASA, INC.; ROOKIES, INC.**

Gary B. Friedman
FRIEDMAN & SHUBE
155 Spring Street
Fifth Floor
New York, NY 10012
and
Martin D. Chitwood
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
and
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
1250 East First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
**ATTORNEYS FOR ANIMAL LAND, INC.**

Jonathan J. Lerner
STARR, GERN, DAVISON & RUBIN, P.C.
103 Eisenhower Parkway
Roseland, NJ 07068-1050
and
Tracey Kitzman

MP3 20158758.1

7 East Eighth Street
Suite 206
New York, NY  10003
**ATTORNEYS FOR PERFORMANCE LABS, INC.**

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 405
Melville, NY  11747
and
Bonny Sweeney
Christopher M. Burke
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101
and
David J. George
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL  33432-4946
and
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 1910
New York, NY  10119
**ATTORNEYS FOR LEEBER COHEN MD**

Samuel H. Rudman
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 405
Melville, NY  11747
and
Bonny Sweeney
Christopher M. Burke
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B. Street, Suite 1700
San Diego, CA  92101
and
David J. George
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL  33432-4946
and
Dennis Stewart
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600

MP3 20158758.1

San Diego, CA  92101
and
Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
and
Thomas F. Schrag
SCHRAG & BAUM PC
280 Panoramic Way
Berkley, CA  94704
and
Howard I. Langer
LANGER & GROGAN, P.C.
1600 Market Street, Suite 2020
Philadelphia, PA  19103-7218
**ATTORNEYS FOR LDC, INC.**

Mitchell M.Z. Twerksy
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY  10019
**ATTORNEYS FOR G.E.S. BACKERY, INC. D/B/A STRAUSS BAKERY**

Charles S. Hellman
DRUBNER, HARTLEY & O'CONNOR, LLC
2 Penn Plaza, Suite 1500
New York, NY  10119
and
James Hartley, Jr.
DRUBNER, HARTLEY & O'CONNOR, LLC
500 Chase Parkway
Waterbury, CT  06708
and
Joe R. Whatley
RICHARD PAUL ROUCO
2323 2nd Avenue North
Birmingham, AL  35203-2605
**ATTORNEYS FOR CONNECTICUT FOOD ASSOCIATION, CRYSTAL ROCK, LLC, M.W.E., INC., COSMOS, INC., HIGHLANDS BAR & GRILL, BOTTEGA, CHEZ FON FON, AND BOMBAY CORP.**

- 9 -

Mark K. Gray
GRAY & WHITE
1200 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202
and
Robert M. Foote
FOOTE, MEYERS, MIELKE, FLOWERS & SOLANO
416 South Second Street
Geneva, IL  60134
and
Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
P.O. Box 772
Geneva, IL  60134
**ATTORNEYS FOR DR. ROY HYMAN AND SHARP PRO-FORMANCE LLC**

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH  44113-1998
**ATTORNEYS FOR TWISTED SPOKE**

Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
500 Seventh Avenue, 10th Floor
New York, NY  10018
and
Jayne Goldstein
MAGER & GOLDSTEIN LLP
2825 University Drive, suite 350
Coral Springs, FL  33065
and
Lee Albert
MAGER & GOLDSTEIN LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA  19046
**ATTORNEYS FOR FRINGE, INC.**

Joseph R. Saveri
LIEFF, CABRASER, HEIMAN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  90411-3339
and

Gretchen M. Nelson
KREINDLER & KREINDLER, LLP
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA  90017
and
Howard M. Jaffe
JAFFE & MARTIN
2029 Century Park East, Suite 2100
Los Angeles, CA  90067-3007
and
George A. Shohet
LAW OFFICES OF GEORGE A. SHOHET
245 Main Street, Suite 310
Venice, CA  90291
and
Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437 Valley Street
San Francisco, CA  94131
**ATTORNEYS FOR HARRIS STATIONERS, INC.; EVOLVE STUDIOS, INC.; STEVE WEINBERG, DVM, D/B/A MOBILE PETS VETERINARY SERVICE; LEON'S TRANSMISSION SERVICE, INC.**

Melvyn I. Weiss
MILBERG, WEISS, BERSHAD & SCHULMAN
One Pennsylvania Plaza
New York, NY  10119
and
Robert B. Holitik
HOLITIK & ASSOCIATES PC
2204 Harbert
Memphis, TN  38104
and
James C. Hale III
HALE, HOLITIK & YOUNG
66 Mound city Road
Marion Arkansas  72364
and
Stephen A. Weiss
SEEGER WEISS LLP
One William Street
New York, NY  10004
**ATTORNEYS FOR 47 WEST 55TH REST. INC. D/B/A GIOVANNI RISTORANTE; CETTA, MICHAEL D/B/A SPARKS STEAK HOUSE; JAX DUX & BUX D/B/A THE RED BARN SPORT CENTER; PAYLESS SHOESOURCE, INC.**

MP3 20158758.1

Stephen Moore
BONNETT, FAIRBOURN, FRIEDMAN & BALINT
2901 North Central Avenue
Suite 1000
Phoenix, AZ  85012
**ATTORNEYS FOR FITLIFE HEALTH SYSTEMS OF ARCADIA, INC.**

Richard L. Jasperson
E1000 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
**ATTORNEYS FOR JGSA, INC.**

Eric J. Belfi
MURRAY, FRANK & SAILER
275 Madison Avenue
8th Floor
New York, NY  10016
**ATTORNEYS FOR LEPKOWSKI, JOSEPH D/B/A OAK PARK DENTAL STUDIO**

Jeffrey M. Norton
WECHSLER HARWOOD
488 Madison Avenue
8th Floor
New York, NY  10022
and
Edmund W. Searby
SCOTT & SCOTT, LLC
33 River Street
Chagrin Falls, OH  44022
and
David R. Scott
P.O. Box 192
108 Norwich Avenue
Colchester, CT  06415
**ATTORNEYS FOR SEAWAY GAS & PETROLEUM, INC.**

MP3 20158758.1