# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

November 18, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 2 5 2005 ★
BROOKLYN OFFICE

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1720 -- In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

(See Attached Schedule CTO-1)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 2, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Denise Morgan*
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge John Gleeson
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1720
## IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  05-6541 | Harris Stationers, Inc., et al. v. Visa International Service Association, et al. |
| **KENTUCKY WESTERN** | |
| KYW  3  05-487 | Dr. Roy Hyman, et al v. Visa International Service Association, Inc., et al. |
| **NEW JERSEY** | |
| NJ    2  05-3959 | Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  05-7175 | Discount Optics, Inc., et al. v. Visa U.S.A., Inc., et al. |
| NYS  1  05-7316 | LDC, Inc. v. Visa U.S.A., Inc., et al. |
| NYS  1  05-7317 | Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al. |
| NYS  1  05-7414 | G.E.S. Bakery, Inc. v. Visa U.S.A., Inc., et al. |
| NYS  1  05-7456 | Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN  1  05-2108 | Twisted Spoke v. Visa U.S.A., Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  05-4146 | Lombardo Bros., Inc. v. Visa U.S.A., Inc. |
| PAE  2  05-4147 | Abdallah Bishara, etc. v. Visa U.S.A., Inc. |
| PAE  2  05-4230 | 518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE  2  05-801 | JGSA, Inc. v. Visa U.S.A., Inc., et al. |