

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

egrush@sidley.com
(312) 853-7855

BEIJING   GENEVA        SAN FRANCISCO
BRUSSELS  HONG KONG     SHANGHAI
CHICAGO   LONDON        SINGAPORE
DALLAS    LOS ANGELES   TOKYO
          NEW YORK      WASHINGTON, DC

FOUNDED 1866

January 5, 2006

**By Hand Delivery**

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted
So ordered
s/John Gleeson
USDJ
1-10-06

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 05-md-1720-JG-JO

Dear Clerk:

Per the enclosed order dated December 29, 2005, the Court in the above-captioned Multi-District Litigation has approved a special procedure for counsel to be admitted pro hac vice in this matter. In compliance with that order, enclosed please find the admission fee for the following attorneys to be admitted pro hac vice on behalf of Citigroup Inc., Citicorp and Citibank, N.A.:

David F. Graham
David M. Schiffman
Eric H. Grush
Craig B. Sonnenschein

Each of these attorneys is a member of good standing of the bar of Illinois (per the enclosed certificates of good standing) and of one or more U.S. District Courts. Please call me if you have any questions.

Respectfully submitted,

Eric H. Grush

JAN 5 2006

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 3414224v.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David F. Graham

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 3, 1978 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, December 05, 2005.

*Juleann Hornyak*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Schiffman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1977 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, December 05, 2005.

*Juleann Hornyak*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Eric Henry Grush

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, December 05, 2005.

*Juleann Hornyak*

Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Craig Britson Sonnenschein

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, December 05, 2005.

*Juleann Hornyak*

Clerk