IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | Civil Action No. 1:05-md-01720-JG-JO<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

Please take notice that Dennis Stewart of the law firm Hulett Harper Stewart LLP, 550 West C Street, Suite 1600, San Diego, CA 92101, shall appear as counsel for the Plaintiffs in the following matters: *NuCity Publications, Inc. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-05075; *Fairmont Orthopedics & Sports Medicine, PA, and Gary FS Inc. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-05076; and *LDC, Inc. v. Visa U.S.A., Inc., et al.*, No. 1:05-cv-05871.

Dated: February 2, 2006

Respectfully submitted,

HULETT HARPER STEWART LLP

Dennis Stewart

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:    (619)338 1133
Facsimile:    (619) 338 1139

Attorneys for Plaintiffs
NuCity Publications, Inc.
Fairmont Orthopedics & Sports Medicine, PA, and Gary FS Inc.
LDC, Inc.

1