UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x
In re PAYMENT CARD INTERCHANGE   :   MDL No. 1720(JG)(JO)
FEE AND MERCHANT DISCOUNT        :
ANTITRUST LITIGATION             :   Civil No. 05-5075(JG)(JO)
                                 :
———————————————————— :   **<u>ELECTRONICALLY FILED</u>**
                                 :
This Document Relates To:        :   PARTIES' CASE STATUS REPORT AND
                                 :   PROPOSED AGENDA FOR CASE
    ALL ACTIONS.                 :   MANAGEMENT CONFERENCE NO. 2
                                 :
———————————————————— x   MARCH 8, 2006

Pursuant to the Court's instructions, counsel for the parties have met and conferred on this Status Report and Proposed Agenda for Case Management Conference Number 2, to be held on March 8, 2006.

### 1.     Update on Defendants' Voluntary Production of Documents from Prior Cases

Defendants propose to update the Court on the status of their voluntary productions of discovery materials from *In re Visa Check/MasterMoney Antitrust Litigation* and *United States v. Visa U.S.A. Inc.*, including: (i) the completion of  production of more than five million pages of documents from those cases; (ii) the initial roll-out of deposition transcripts; and (iii) the commencement of the notice process required to produce third-party documents, other deposition transcripts, and expert reports.  Class plaintiffs will report to the Court the status of defendants' production of indices of the produced documents, and of the production of privilege logs.

### 2.     Schedule for Filing Consolidated Amended Class Action Complaint ("CACC") and Motions to Dismiss

Both defendants and class plaintiffs have proposed that class plaintiffs file a CACC within 60 days of the Court's order appointing lead and liaison class counsel, followed by briefing on any motions to dismiss.  *See* Transcript of Case Management Conference held January 12, 2006 at 112-113.  The non-class plaintiffs believe that the briefing schedule should be part of a pre-trial scheduling order that contains calendar dates certain for litigation milestones.  Defendants and plaintiffs suggest the parties address these issues at the conference.

### 3.     Schedule and Format for Proposed Informal Case Presentations

Defendants and class plaintiffs have proposed that the parties make oral presentations to the Court on the factual, legal, and economic issues at stake in these actions, sometime after the CACC

is filed. Defendants wish to address further the schedule and format of these presentations during the conference.

### 4.    Discovery Schedule

With the recent productions of millions of documents and multiple deposition transcripts, discovery in this case, in effect, is well under way. Defendants propose that the Court hold a discovery planning conference shortly after the CACC is filed — at which point all parties will know which parties remain in the case and the contours of plaintiffs' claims — to discuss the scope of and schedule for discovery in this case going forward. Rather than another conference, class and non-class plaintiffs will urge the Court to adopt the firm schedule, through trial, which they proposed to the Court at the first Case Management Conference in January.

### 5.    Protective Order

In its February 15, 2006 Order, the Court indicated that it would consider an addendum to Paragraph 13(c) of the Protective Order listing additional specific payment card networks, issuers, acquirers, and processors to be covered by that provision's prohibition on sharing confidential materials with experts and consultants employed by certain entities. Defendants wish to address their proposed addendum during the conference. Plaintiffs responded to defendants' proposed addendum with a narrower list of entities and will be prepared to discuss this issue at the conference.

### 6.    Class Plaintiffs' Access to Prior Work Product of Robins, Kaplan, Miller & Ciresi, L.L.P. ("Robins Kaplan")

The class plaintiffs have requested that the defendants agree that Robins Kaplan can share its work product related to the documents produced previously to it in the *In re VisaCheck* opt-out litigation. These documents are the same documents relating to prior litigation which have now been produced by the defendants in this case, and class counsel believe it will be helpful and efficient for class counsel to have access to this work product. Class counsel also believe that such access will

enable Robins Kaplan to avoid inadvertent violations of the protective order in the *In re VisaCheck*.

Defendants have not yet responded to this request.

### 7.    Court Administration Issues

Class plaintiffs suggest that this be a regular item on the agenda for case management

conferences, so that the Court and the parties can discuss problems and ideas in order to limit any

unnecessary burdens of this complex case on the Court and the Court's staff.  One example would be

to discuss whether the Court would like counsel to submit briefs with authorities hyper-linked in the

document.

### 8.    Other Matters

The parties wish to address with the Court the February 28, 2006 Supreme Court decision in

*Texaco Inc. v. Dagher*, 547 U.S. ___, No. 04-805 and 04-814, 2006 U.S. LEXIS 2023 (Feb. 28,

2006), available at http://scotus.ap.org/scotus/04-805p.zo.pdf.

DATED:  March 1, 2006

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (PC-5116)
BONNY E. SWEENEY (BS-5379)
CHRISTOPHER M. BURKE (CB-4062)
LESLIE E. HURST (LH-2053)
THOMAS G. WILHELM (TW-5930)


                    s/ BONNY E. SWEENEY
                    BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
K. CRAIG WILDFANG
DAVID A. BALTO
THOMAS J. UNDLIN
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER & MONTAGUE, P.C.
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
BART D. COHEN
1622 Locust Street
Philadelphia, PA 19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Visa Interchange\SCS00028559.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.


s/ BONNY E. SWEENEY
BONNY E. SWEENEY

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: BonnyS@LerachLaw.com

# Mailing Information for a Case 1:05-md-01720-JG-JO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Cyrus Amir-Mokri**
  cmokri@skadden.com

- **Patricia I. Avery**
  pavery@wolfpopper.com cdunleavy@wolfpopper.com

- **William J. Ban**
  wban@barrack.com

- **Alicia Batts**
  battsa@dsmo.com

- **Ronald A. Bloch**
  ronbloch@erols.com

- **Darla Jo Boggs**
  djboggs@locklaw.com ctjohansen@locklaw.com

- **Teresa T. Bonder**
  tbonder@alston.com

- **Michael J. Boni**
  mboni@kohnswift.com

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com emsipe@locklaw.com

- **Michael M. Buchman**
  mbuchman@milbergweiss.com

- **Christopher M. Burke**
  chrisb@lerachlaw.com cburke@lerachlaw.com

- **Erin Burns**
  eburns@rodanast.com

- **Karl Cambronne**
  kcambronne@chestnutcambronne.com

- **Thomas M. Campbell**

tcampbell@sc-llp.com sc-llp@sc-llp.com;ijacobson@sc-llp.com;sms@kennynachwalter.com;wblechman@kennynachwalter.com;mbeaudry@kennynachw

- **Gary R. Carney, Jr**
  gcarney@paulweiss.com

- **Robert Donald Carroll**
  rcarroll@goodwinprocter.com

- **Bart D. Cohen**
  bcohen@bm.net hdetwiler@bm.net

- **Jay S. Cohen**
  jcohen@srk-law.com

- **Carmen B. Copher**
  cbcopher@locklaw.com jahanson@locklaw.com

- **Jason S. Cowart**
  jasoncowart@yahoo.com jscowart@pomlaw.com

- **Lisl J. Dunlop**
  ldunlop@shearman.com

- **Matthew Stephen Freimuth**
  mfreimuth@hunton.com

- **Gary B. Friedman**
  garybfriedman@att.net

- **Lawrence B. Friedman**
  lfriedman@cgsh.com maofiling@cgsh.com

- **Joseph N. Froehlich**
  jfroehlich@lordbissell.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com

- **William A. Gengler**
  wagengler@locklaw.com jmtreiber@locklaw.com

- **Hector Daniel Geribon**
  hgeribon@lchb.com

- **David P. Germaine**
  dgermaine@daarvanek.com

- **Joseph Goldberg**
  jg@fbdlaw.com rh@fbdlaw.com

- **Peter Edward Greene**
  pgreene@skadden.com

- **Eric H. Grush**
  egrush@sidley.com

- **Craig Gordon Harley**
  charley@chitwoodlaw.com

- **Harold Stephen Harris**
  steve.harris@alston.com

- **Jason S. Hartley**
  jhartley@rdblaw.com

- **Charles S. Hellman**
  chellman@dholaw.com

- **Brian A. Herman**
  bherman@morganlewis.com

- **Jonathan Mitchell Jacobson**
  jjacobson@wsgr.com cstavros@wsgr.com

- **Richard P. Jeffries**
  rick.jeffries@kutakrock.com nancy.johnson@kutakrock.com

- **Peter S. Julian**
  pjulian@skadden.com

- **Michael J. Kane**
  mkane@bm.net

- **Jason S. Kilene**
  jkilene@gustafsongluek.com

- **Tracey L. Kitzman**
  traceykitzman@yahoo.com

- **William Kolasky**
  William.Kolasky@wilmerhale.com

- **Ryan G. Kriger**
  rkriger@milbergweiss.com

- **Mark P. Ladner**
  mladner@mofo.com

- **Michael R. Lazerwitz**
  mlazerwitz@cgsh.com

- **Jonathan J. Lerner**
  jlerner@starrgern.com

- **David Sapir Lesser**
  david.lesser@wilmerhale.com

- **Richard J. Leveridge**
  leveridger@dsmo.com

- **Christopher R. Lipsett**
  Christopher.Lipsett@WilmerHale.com Margaret.Marchak@WilmerHale.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com rmemmons@locklaw.com

- **Stewart C. Loper**
  sloper@chestnutcambronne.com

- **Ann-Marie Luciano**
  lucianoa@dsmo.com

- **John M. Majoras**
  jpcooney@jonesday.com

- **Sammi Malek**
  smalek@wsgr.com

- **Robert C. Mason**
  robert_mason@aporter.com

- **Andrew J. McDonald**
  amcdonald@pullcom.com

- **Douglas Melamed**

- **H. Laddie Montague**
  hlmontague@bm.net tstires@bm.net

- **Dianne M. Nast**
  dnast@rodanast.com

- **Charles N. Nauen**
  cnnauen@locklaw.com jmtreiber@locklaw.com

- **Linda P. Nussbaum**
  lnussbaum@cmht.com

- **Jonathan B. Orleans**
  jorleans@znclaw.com

- **Wesley Railey Powell**
  wpowell@hunton.com mkass@hunton.com;shilal@hunton.com;mfreimuth@hunton.com

- **Keila D. Ravelo**
  kravelo@hunton.com

- **Mark Reinhardt**
  mreinhardt@comcast.net k.schulte@rwblawfirm.com

- **J. Douglas Richards**
  drichards@milbergweiss.com

- **William Harry Rooney**
  maoedny@willkie.com

- **Richard P. Rouco**
  rrouco@whatleydrake.com jherrin@whatleydrake.com

- **Joseph R. Saveri**
  jsaveri@lchb.com

- **James T. Shearin**
  jshearin@pullcom.com plebel-lasse@pullcom.com

- **Noah Shube**
  nshube@yahoo.com

- **Jason L. Solotaroff**
  jsolotaroff@gslawny.com

- **Jerald M. Stein**
  jmslaw@nyc.rr.com

- **Dennis Stewart**
  dstewart@hulettharper.com office@hulettharper.com

- **Ali Stoeppelwerth**
  Ali.Stoeppelwerth@wilmerhale.com

- **Patricia A. Sullivan**
  psullivan@eapdlaw.com bsaul@eapdlaw.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com bonnys@lerachlaw.com

- **Jodi Trulove**
  trulovej@dsmo.com

- **Mark E. Tully**
  mtully@goodwinprocter.com

- **Joseph Michael Vanek**
  jvanek@daarvanek.com

- **Kenneth G. Walsh**
  kwalsh@straus-boies.com klalor@straus-boies.com

- **Joe R. Whatley, Jr**
  ecf@whatleydrake.com kgault@whatleydrake.com;jwhatley@whatleydrake.com

- **K. Craig Wildfang**
  kcwildfang@rkmc.com tlosborne@rkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`