# WEINSTEIN KITCHENOFF & ASHER LLC

1845 Walnut Street Suite 1100 Philadelphia PA 19103

voice 215 545 7200
fax 215 545 6535
web www.wka-law.com

ROBERT S. KITCHENOFF

Email: Kitchenoff@wka-law.com

*Granted*
*So ordered*
s/John Gleeson

March 20, 2006

FILED
MAR 2 2 2006
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 2006
BROOKLYN OFFICE

**VIA FEDERAL EXPRESS**
Sandra A. Jones
Attorney Admission Clerk
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
No. 05-MD-1720 JG-JO

Dear Ms. Jones:

Weinstein Kitchenoff & Asher LLC and Robert D. Greenbaum & Associates, LLC represent Bonté Wafferlie LLC in Case No. 1:05-cv-05083, which case has been consolidated pursuant to an Order of the Judicial Panel of Multidistrict Litigation as 1:05-mdl-1720-JG-JO. On December 29, 2005, this Court issued an Order regarding *pro hac vice* admissions in this MDL matter. Pursuant to that Order and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I am enclosing a check in the amount of $50.00 for the admission *pro hac vice* of the following attorneys:

Robert S. Kitchenoff; kitchenoff@wka-law.com
Robert D. Greenbaum; rgreenba@voicenet.com

Information regarding these attorneys as members in good standing of the Federal Courts to which they are admitted is provided below:

Robert S. Kitchenoff is a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Third Judicial District, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

# WEINSTEIN KITCHENOFF & ASHER LLC

Ms. Sandra Jones, March 20, 2006, Page 2

Robert D. Greenbaum is a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of Georgia, and the District of Columbia, and is admitted to practice before the United States District Courts for the Eastern District of Pennsylvania.

Thank you for your attention to this matter.

Respectfully,

Robert S. Kitchenoff

RSK/kda
Encl.

Cc: All counsel of record