UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                   :
                                                   :
                                                   :
                                                   :
IN RE PAYMENT CARD                                 :   MDL 1720
INTERCHANGE FEE AND MERCHANT                       :   Case No. 05-md-1720 (JG) (JO)
DISCOUNT ANTITRUST LITIGATION                      :   ECF CASE
                                                   :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## Motion for Withdrawal

  Under Local Civil Rule 1.4, we hereby move for leave to withdraw as counsel for defendants Bank of America Corporation, Bank of America, N.A., Fleet Bank (RI), N.A. n/k/a Bank of America, N.A. (USA), Fleet National Bank n/k/a Bank of America, N.A., and National Processing, Inc. (collectively, "Bank of America"). (We entered our appearance on December 15, 2005.) Bank of America has consented to our withdrawal. Bank of America continues to be represented in these actions by Mark P. Ladner and Michael B. Miller, who entered their appearance for Bank of America on December 15, 2005. All papers in these actions directed to Bank of America should be served on Messrs. Ladner and Miller:

    Mark P. Ladner (ML-8404)
    Michael B. Miller (MM-1154)
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, New York 10104-0050
    (212) 468-8000

                      Respectfully submitted,

Dated: May 2, 2006

                    By: _/s/ Michael R. Lazerwitz_____
                        Michael R. Lazerwitz
                        Steven J. Kaiser
                        CLEARY GOTTLIEB STEEN &
                        HAMILTON LLP
                        2000 Pennsylvania Avenue, N.W.
                        Washington, DC 20006
                        Tel:  (202) 974-1500
                        Fax:  (202) 974-1999

                        Lawrence B. Friedman (LF-9978)
                        CLEARY GOTTLIEB STEEN &
                        HAMILTON LLP
                        One Liberty Plaza
                        New York, NY 10006
                        Tel:  (212) 225-2000
                        Fax: (212) 225-3999