# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700



CHAMBERS OF JUDGE GLEESON

June 9, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 12 2006 ★
BROOKLYN OFFICE

s/John Gleeson

VIA US MAIL

Sandra A. Jones
Attorney Admission Clerk
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **1:05-md-01720-JG-JO, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*: *ADMISSION PRO HAC VICE***

Dear Ms Jones:

I represent National City Corporation ("NCC") and National City Bank of Kentucky ("NCBK") in the above captioned matter. NCC and NCBK have been named as Defendants in the following associated cases:

- *Photos Etc. Corp., et al. v. Visa U.S.A. Inc., et al.*, Civil Action No. 05-5071
- *Jetro Holdings, Inc. v. Visa U.S.A. Inc., et al.*, Civil Action No. 05-4520
- *Nat'l Assoc. of Conv. Stores, et al. v. Visa U.S.A. Inc., et al.*, Civil Action No. 05-4521
- *Harris Stationers, Inc., et al. v. Visa U.S.A. Inc., et al.*, Civil Action No. To Be Assigned
- *Dr. Roy Hyman, et al. v. Visa U.S.A. Inc., et al.*, Civil Action No. 05-5866
- *Nat'l Grocers Ass'n, et al v. Visa U.S.A., Inc., et al.*, Civil Action No. 05-5207
- *American Booksellers Ass'n, et al v. Visa U.S.A., et al.*, Civil Action No. 05-5319

I write to request admission to the Eastern District of New York *pro hac vice* pursuant to the following Order by United States Magistrate Judge James Orenstein:

> PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted *pro hac vice* before this court, without further action, upon payment of the admission fee, in connection with

WAI-2196815v3

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

*Pro Hac Vice* Admission for Joseph W. Clark
National City Corporation and National City Bank of Kentucky
June 9, 2006
Page 2

these proceedings. Approved by Judge James Orenstein on 12/29/05.

(Civil Action No. 05-1720, Dkt. No. 93). To comply with Judge Orenstein's Order, I was instructed by the Clerk's Office to provide you with a copy of the relevant portions of the docket and the $25.00 Admission Fee. Accordingly, please find both enclosed.

I am an attorney licensed, in good standing, to practice law in the District of Columbia, Maryland, and Virginia. I am admitted to practice before the United States District Court for the Eastern District of Virginia. I am currently engaged in the practice of law with the firm Jones Day at 51 Louisiana Avenue, N.W., Washington, D.C. 20001. Jones Day filed a notice of appearance in this matter on December 22, 2005. (Civil Action No. 05-1720, Dkt. No. 71.)

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

*Joseph W. Clark*

Joseph W. Clark

Enclosures