UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION



**ADMISSION TO PRACTICE**
*PRO HAC VICE*
**CASE NO. 05-md-1720**

Pursuant to Pretrial Order 1 filed on December 29, 2004 )(*T.d. 93*), each attorney acting as counsel for any party herein who is a member in good standing of the bar of any United States District Court shall be deemed admitted *pro hac vice* before this Court, without further action, upon payment of the admission fee, in connection with these fees.

This Order confirms the appearance of Richard L. Creighton, Jr., Patrick F. Fischer, Joseph M. Callow, Jr., and Drew M. Hicks as counsel in this case, and it will be entered on the Court's docket. A notation of the *pro hac vice* admissions for the above listed case will be made on the roll of attorneys.

Dated: 6-13-06

s/John Gleeson
United States District Judge

1654655.1



# KMK | Keating Muething & Klekamp PLL
ATTORNEYS AT LAW

**DREW M. HICKS**
DIRECT DIAL: (513) 579-6565
FACSIMILE: (513) 579-6457
E-MAIL: DHICKS@KMKLAW.COM

June 2, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 0 5 2006 ★

BROOKLYN OFFICE

Clerk of Courts
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 05-md-1720-JG-JO

Dear Clerk:

Per the enclosed order dated December 29, 2005, the Court in the above-referenced multi-district litigation has approved a special procedure for counsel to be admitted *pro hac vice* in this matter. In compliance with that order, enclosed please find the admission fee for the following attorneys to be admitted *pro hac vice* on behalf of Fifth Third Bancorp:

- Richard L. Creighton, Jr.
- Patrick F. Fischer
- Joseph M. Callow, Jr.
- Drew M. Hicks

Each of these attorneys is a member of good standing of the bar of Ohio and of one or more United States District Courts (enclosed with this letter are certificates of good standing for each of the attorneys in the United States District Court for the Southern District of Ohio).

A proposed order admitting the above-named attorneys *pro hac vice* for this case is enclosed for the Court's convenience. Please call me if you have any questions.

Very truly yours,

KEATING MUETHING & KLEKAMP PLL

By: _____
Drew M. Hicks

DMH/lms
Enclosures

cc: The Honorable James Orenstein (via facsimile)

One East Fourth Street ♦ Suite 1400 ♦ Cincinnati, Ohio 45202-3752
TEL 513.579.6400 ♦ FAX 513.579.6457 ♦ www.kmklaw.com

| | | |
|---|---|---|
| | | JO,1:05-cv-05866-JG-KAM(Sweeney, Bonny) (Entered: 12/28/2005) |
| /2005 | 91 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by All Plaintiffs in Civil Action 05-cv-5069. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) |
| /2005 | 92 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) |
| /2005 | 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| /2005 | | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) |
| /2005 | | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG- |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**RICHARD LEO CREIGHTON JR., #0021806**

was duly admitted to practice in this Court on

December 28, 1973

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 1, 2006



_____, Deputy Clerk
**JAMES BONINI, CLERK**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**PATRICK F. FISCHER, #0039671**

was duly admitted to practice in this Court on

July 13, 1988

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 1, 2006

*Shantel Jackson, Deputy Clerk*
**JAMES BONINI, CLERK**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CER TIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**JOSEPH M. CALLOW JR., #0061814**

was duly admitted to practice in this Court on

January 10, 1994

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 1, 2006



*Shauntel Jackson, Deputy Clerk*
**JAMES BONINI, CLERK**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**DREW M. HICKS, #0076481**

was duly admitted to practice in this Court on

January 20, 2004

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on June 1, 2006

*Shantell Jackson, Deputy Clerk*
**JAMES BONINI, CLERK**