# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Michael P. Kenny     Direct Dial: 404-881-7179     E-mail: mike.kenny@alston.com

July 7, 2006

*Via Overnight Delivery*
*to Chambers and Clerk*

Sandra A. Jones
Attorney Admission Clerk
U.S.D.C., Eastern District of New York
22 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* JUL 10 2006 *
BROOKLYN OFFICE

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Master File 05-MD-1720

Dear Ms. Jones:

I represent SunTrust Bank, a defendant in the above referenced multi-district litigation. Pursuant to the Court's Pretrial Order 1 entered on December 29, 2005 (attached), enclosed please find payment of $25.00 for my admission *Pro Hac Vice* for purposes of Master File 05-MD-1720.

Please be advised that I am a member in good standing of the United States District Court for the Northern District of Georgia.

Please feel free to contact me if you have any questions.

Sincerely,

Michael P. Kenny

Granted
So ordered
s/John Gleeson
USDJ
7-10-06

MPK/nc
Encs.
cc: The Honorable John Gleeson (Via Overnight Delivery)
      The Honorable James Orenstein (Via ECF)
      All Counsel of Record (Via ECF)

LEGAL02/30005111v1

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:05-md-01720-JG-JO

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Assigned to: Judge John Gleeson
Referred to: Magistrate-Judge James Orenstein
Lead case: 1:05-md-01720-JG-JO   (View Member Cases)
Cause: 15:1 Antitrust Litigation

Date Filed: 10/20/2005
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

| Date Entered | # | Docket Text |
|---|---|---|
| 12/29/2005 | 91 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by All Plaintiffs in Civil Action 05-cv-5069. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) |
| 12/29/2005 | 92 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) |
| 12/29/2005 | 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv- |

| | | |
|---|---|---|
| | | 05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2006 12:57:48 | | | |
| PACER Login: | ab0033 | Client Code: | 013504/295070 |
| Description: | Docket Report | Search Criteria: | 1:05-md-01720-JG-JO Start date: 12/29/2005 End date: 12/29/2005 |
| Billable Pages: | 3 | Cost: | 0.24 |

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Michael P. Kenny                    Direct Dial: 404-881-7179            E-mail: mike.kenny@alston.com

July 7, 2006

*Via Overnight Delivery*
*to Chambers and Clerk*

Sandra A. Jones
Attorney Admission Clerk
U.S.D.C., Eastern District of New York
22 Cadman Plaza East
Brooklyn, NY 11201

> Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Master File 05-MD-1720*

Dear Ms. Jones:

I represent SunTrust Bank, a defendant in the above referenced multi-district litigation. Pursuant to the Court's Pretrial Order 1 entered on December 29, 2005 (attached), enclosed please find payment of $25.00 for my admission *Pro Hac Vice* for purposes of Master File 05-MD-1720.

Please be advised that I am a member in good standing of the United States District Court for the Northern District of Georgia.

Please feel free to contact me if you have any questions.

Sincerely,

Michael P. Kenny

MPK/nc
Encs.
cc:  The Honorable John Gleeson (Via Overnight Delivery)
     The Honorable James Orenstein (Via ECF)
     All Counsel of Record (Via ECF)

LEGAL02/30005111v1

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:05-md-01720-JG-JO

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Assigned to: Judge John Gleeson
Referred to: Magistrate-Judge James Orenstein
Lead case: 1:05-md-01720-JG-JO (View Member Cases)
Cause: 15:1 Antitrust Litigation

Date Filed: 10/20/2005
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

| Date Entered | # | Docket Text |
|---|---|---|
| 12/29/2005 | 91 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by All Plaintiffs in Civil Action 05-cv-5069. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) |
| 12/29/2005 | 92 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) |
| 12/29/2005 | 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv- |

| | | |
|---|---|---|
| | | 05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) |
| 12/29/2005 | | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2006 12:57:48 | | | |
| PACER Login: | ab0033 | Client Code: | 013504/295070 |
| Description: | Docket Report | Search Criteria: | 1:05-md-01720-JG-JO Start date: 12/29/2005 End date: 12/29/2005 |
| Billable Pages: | 3 | Cost: | 0.24 |

| REF. # | INV. # | DATE | INV. AMT | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 013504/295070 | 013504/295070 | 07-07-2006 | 25.00 | - Pro Hac Vice Admission for Michael P. Kenny. | 25.00 |

Clerk of Court, USDC, Eastern District of New York
Atlanta Business Account (Wac)
CHECK AMT: $25.00

CHECK DATE: 07/07/06

ALSTON&BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
FEIN 58-0138615

Atlanta Business Account (Wac)
SunTrust Bank NA
Atlanta, Georgia 30302

TWENTY-FIVE AND 00/100

PAY TO THE ORDER OF    Clerk of Court, USDC, Eastern District of New York

TWO SIGNATURES REQUIRED ON CHECK OVER $10,000.00

CHECK AMOUNT $25.00

⑈000770351⑈ ⑆061205075⑆ 2074900514010⑈