

**LORD BISSELL BROOK** LLP
ATTORNEYS AT LAW

885 THIRD AVENUE | 26TH FLOOR | NEW YORK, NEW YORK 10022-4802
212.947.4700 | 212.947.1202 FAX | WWW.LORDBISSELL.COM

July 11, 2006



**VIA ECF AND HAND DELIVERY**
**TO CHAMBERS AND CLERK**

Sandra A. Jones
Attorney Admission Clerk
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
No. 1:05-MD-01720 (JG) (JO)

s/John Gleeson

Dear Ms. Jones:

We represent Visa International Service Association, which is a defendant in the above referenced multi-district litigation. Pursuant to Pretrial Order 1, entered December 29, 2005, (a copy of which is attached), enclosed please find the total admission fee payment of $75.00 for the admission *pro hac vice* of the following attorneys from Lord, Bissell & Brook LLP:

Timothy M. Maggio
Jennifer A. Kenedy
P. Russell Perdew

Please be advised that Timothy Maggio, Jennifer Kenedy and P. Russell Perdew are members in good standing of the United States District Court for the Northern District of Illinois.

Please feel free to contact me with any questions.

Respectfully Submitted,

LORD, BISSELL & BROOK LLP

Joseph N. Froehlich

cc: The Honorable John Gleeson (Via Hand Delivery)
All plaintiffs' counsel of record (Via ECF)
All defense counsel of record (Via ECF)

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:05-md-01720-JG-JO

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Assigned to: Judge John Gleeson
Referred to: Magistrate-Judge James Orenstein
Lead case: 1:05-md-01720-JG-JO
Member cases:
    1:05-cv-03800-JG-JO
    1:05-cv-03924-JG-JO
    1:05-cv-03925-JG-JO
    1:05-cv-04131-JG-JO
    1:05-cv-04194-JG-JO
    1:05-cv-04520-JG-JO
    1:05-cv-04521-JG-JO
    1:05-cv-04650-JG-JO
    1:05-cv-04677-JG-JO
    1:05-cv-04728-JG-JO
    1:05-cv-04799-JG-JO
    1:05-cv-04974-JG-JO
    1:05-cv-05069-JG-JO
    1:05-cv-05070-JG-JO
    1:05-cv-05071-JG-JO
    1:05-cv-05072-JG-JO
    1:05-cv-05073-JG-JO
    1:05-cv-05074-JG-JO
    1:05-cv-05075-JG-JO
    1:05-cv-05076-JG-JO
    1:05-cv-05077-JG-JO
    1:05-cv-05078-JG-JO
    1:05-cv-05080-JG-JO
    1:05-cv-05081-JG-JO
    1:05-cv-05082-JG-JO
    1:05-cv-05083-JG-JO
    1:05-cv-05153-JG-JO
    1:05-cv-05207-JG-JO
    1:05-cv-05319-JG-JO
    1:05-cv-05352-JG-JO
    1:05-cv-05866-JG-JO
Related Case: 1:05-cv-03924-JG-JO
Cause: 15:1 Antitrust Litigation

Date Filed: 10/20/2005
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## In Re

**Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

| | | | |
|---|---|---|---|
| | | | CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Campbell, Thomas) (Entered: 12/29/2005) |
| 12/29/2005 | | 92 | Letter *to Magistrate Judge Orenstein in re: January 12 Hearing* by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Wildfang, K.) (Entered: 12/29/2005) |
| 12/29/2005 ✶ | | 93 | PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-CLP,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-CLP,1:05-cv-05076-JG-CLP,1:05-cv-05077-JG-CLP,1:05-cv-05078-JG-CLP,1:05-cv-05080-JG-CLP,1:05-cv-05081-JG-CLP,1:05-cv-05082-JG-CLP,1:05-cv-05083-JG-CLP,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-KAM(Adams-Ciardullo, Diana) (Entered: 12/29/2005) |
| 12/29/2005 | | | ORDER the motion to appoint Milberg Weiss Bershad & Schulman, LLP, as lead counsel for class plaintiffs is hereby respectfully referred to Magistrate Judge James Orenstein. Ordered by Judge John Gleeson on December 29, 2005. Associated Cases: 1:05-md-01720-JG-JO,1:05-cv-04194-JG-JO,1:05-cv-04520-JG-JO,1:05-cv-04521-JG-JO,1:05-cv-04650-JG-JO,1:05-cv-04677-JG-JO,1:05-cv-04728-JG-JO,1:05-cv-04799-JG-JO,1:05-cv-05069-JG-JO,1:05-cv-05070-JG-JO,1:05-cv-05072-JG-JO,1:05-cv-05073-JG-JO,1:05-cv-05074-JG-JO,1:05-cv-05075-JG-JO,1:05-cv-05076-JG-JO,1:05-cv-05077-JG-JO,1:05-cv-05078-JG-JO,1:05-cv-05080-JG-JO,1:05-cv-05081-JG-JO,1:05-cv-05082-JG-JO,1:05-cv-05083-JG-JO,1:05-cv-05207-JG-JO,1:05-cv-05319-JG-JO,1:05-cv-05866-JG-JO(Gleeson, John) (Entered: 12/29/2005) |
| 12/29/2005 | | | ORDER re 91 Letter, 92 Letter -- The initial conference remains scheduled for January 12, 2006 at 9:30 a.m. All deadlines in the December 14, 2005 order, docket entry 60, remain in effect. Approved Judge James Orenstein on 12/29/05. Associated Cases: 1:05-md-01720- |

CHECK HAS A COLORED BACKGROUND AND A PINK INK SQUARE IN BOTTOM RIGHT CORNER. RUB SQUARE AND INK WILL FADE AND REAPPEAR

**Lord Bissell & Brook LLP**
111 South Wacker Drive
Chicago, Illinois 60606-4410

JPMorgan Chase
Bensenville

70-2322
719

286831

Date: June 1, 2006

Pay: Seventy-five and 00/100************************************************************  $ ***75.00***

PAY TO THE ORDER OF: United States District Court- Eastern District of New York

**LORD BISSELL & BROOK LLP**

Lord, Bissell & Brook

VOID AFTER 6 MONTHS

⑈286831⑈ ⑆071923226⑆ 0500 256 20 2⑈