UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE PAYMENT CARD INTERCHANGE
FEE and MERCHANT-DISCOUNT ANTI-
TRUST LITIGATION

This Document Relates to:

MASTER FILE NO. 1:05-md-1720-JG-JO

NOTICE OF MOTION OF BANK DEFEN-
DANTS TO DISMISS CLASS PLAIN-
TIFFS' FIRST SUPPLEMENTAL CLASS
ACTION COMPLAINT

| | |
|---|---|
| 1:05-CV-3800 | 1:05-CV-5083 |
| 1:05-CV-3924 | 1:05-CV-5153 |
| 1:05-CV-4194 | 1:05-CV-5207 |
| 1:05-CV-4520 | 1:05-CV-5866 |
| 1:05-CV-4521 | 1:05-CV-5868 |
| 1:05-CV-4728 | 1:05-CV-5869 |
| 1:05-CV-4974 | 1:05-CV-5870 |
| 1:05-CV-5069 | 1:05-CV-5871 |
| 1:05-CV-5070 | 1:05-CV-5878 |
| 1:05-CV-5071 | 1:05-CV-5879 |
| 1:05-CV-5072 | 1:05-CV-5880 |
| 1:05-CV-5073 | 1:05-CV-5881 |
| 1:05-CV-5074 | 1:05-CV-5882 |
| 1:05-CV-5075 | 1:05-CV-5883 |
| 1:05-CV-5076 | 1:05-CV-5885 |
| 1:05-CV-5077 | 1:06-CV-1829 |
| 1:05-CV-5080 | 1:06-CV-1830 |
| 1:05-CV-5081 | 1:06-CV-1831 |
| 1:05-CV-5082 | 1:06-CV-1832 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law,

defendants Bank of America, Capital One, JPMorgan Chase, Citigroup and HSBC will move this

Court for an order pursuant to Fed. R. Civ. Proc. 12(b)(6) to dismiss plaintiffs' First Supplemen-

tal Class Action Complaint.

Pursuant to the Stipulation and Scheduling Order entered by the Court on August

14, 2006, all opposition papers shall be served no later than forty-five days from the date on

which this motion is served, and all reply papers shall be served no later than thirty days from the

date on which any such opposition papers are served.

Dated:  September 15, 2006                          Respectfully submitted,

*Mark P. Ladner /psy*

Mark P. Ladner (ML-8404)
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas
New York, New York  10104
(212) 468-8000
(212) 468-7900 (facsimile)

Attorneys for Defendants Bank of America,
N.A., BA Merchant Services LLC (f/k/a De-
fendant National Processing, Inc.), Bank of
America Corporation, MBNA America
Bank, N.A.

*Andrew J. Frackman /psy*

Andrew J. Frackman (AF-4276)
Edward D. Hassi (EH-5339)
O'MELVENY & MYERS LLP
Times Square Tower
7 times Square
New York, New York  10036
(212) 326-2000
(212) 326-2061 (facsimile)

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Attorneys for Defendants Capital One Bank,
Capital One F.S.B., and Capital One Finan-
cial Corp.

2

_____

Peter E. Greene (PG-8125)
Cyrus Amir-Mokri (CA-6865)
Peter S. Julian (PJ-3443)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for Defendants JPMorgan
Chase & Co. and Chase Bank USA, N.A.


_____

Benjamin R. Nagin (BN-05394)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
(212) 839-5300
(212) 839-5599 (facsimile)

David F. Graham
Eric H. Grush
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
(312) 853-7000
(312) 853-7036 (facsimile)

Attorneys for Defendants Citigroup Inc.,
Citicorp, and Citibank, N.A.

3

*Christopher R. Lipsett /prs*

Christopher R. Lipsett (CL-4818)
David S. Lesser (DL-2928)
WILMERHALE
399 Park Avenue
New York, New York 10022
(212) 230-8800
(212) 230-8888 (facsimile)

William J. Kolasky
A. Douglas Melamed
Ali M. Stoeppelwerth
WILMERHALE
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Attorneys for Defendants HSBC Finance
Corporation, HSBC North American Hold-
ings Inc.

4

## CERTIFICATE OF SERVICE

I, Peter S. Julian, hereby certify that, on September 15, 2006, I caused a true

copy of the foregoing NOTICE OF MOTION OF BANK DEFENDANTS TO DISMISS

CLASS PLAINTIFFS' FIRST SUPPLEMENTAL CLASS ACTION COMPLAINT to be

served via electronic mail and Federal Express, on this date to:


K. Craig Wildfang, Esq.
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402

H. Laddie Montague, Esq.
Bart D. Cohen, Esq.
Merrill G. Davidoff, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103


Bonny E. Sweeney, Esq.
Christopher M. Burke, Esq.
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Jason S. Cowart, Esq.
POMERANTZ HAUDECK BLOCK &
GROSS
100 Park Avenue
26th Floor
New York, NY 10017


William J. Blechman, Esq.
KENNY NACHWALTER, P.A.
Miami Center
201 South Biscayne Boulevard
Suite 1100
Miami, FL 33131


Mark P. Ladner, Esq.
William Wade-Gery, Esq.
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas
New York, NY 10104

John F. Conway, Esq.
LOUGHLIN FITZGERALD
150 South Main Street
Wallingford, CT 06492

Andrew Frackman, Esq.
Edward Hassi, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

David F. Graham, Esq.
Theodore R. Scarborough, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Patrick F. Fischer, Esq.
KEATING MUETHING & KLEKAMP
1 East 4th Street, Suite 1400
Cincinnati, OH 45202

Richard P. Jeffries, Esq.
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

Christopher R. Lipsett, Esq.
Ali Stoeppelwerth, Esq.
Daniel Squire, Esq.
WILMER CUTLER PICKERING HALE &
DORR LLP
399 Park Avenue
New York, NY 10022

Patricia Farren, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

Wayne D. Collins, Esq.
Lisl J. Dunlop, Esq.
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022

Kenneth A. Gallo, Esq.
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036

Wesley R. Powell, Esq.
Keila D. Ravelo, Esq.
HUNTON & WILLIAMS
200 Park Avenue
52nd Floor
New York, NY 10166

John M. Majoras, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001

Patricia A. Sullivan, Esq.
EDWARDS ANGELL PALMER & DODGE
LLP
2800 Financial Plaza
Providence, RI 02903

Jonathan M. Rich, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington DC 20004

2

Jonathan B. Orleans, Esq.
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
PO Box 1740
Bridgeport, CT 06601

Alicia Batts, Esq.
Richard J. Leveridge, Esq.
DICKSTEIN SHAPIRO MORIN &
OSHINSKY
2101 L Street, N.W.
Washington, DC 20037

H. Stephen Harris, Jr., Esq.
Teresa T. Bonder, Esq.
Michael P. Kenny, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309


Dated:  New York, NY
        September 15, 2006

Randall Hack, Esq.
Edward Fitzpatrick, Esq.
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL 60606

David Gersch, Esq.
Mark Merley, Esq.
Julie Rottenberg, Esq.
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, DC 20004

Daniel Wall, Esq.
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111


Peter S. Julian

3