# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

K. CRAIG WILDFANG
612-349-8554
kcwildfang@rkmc.com

January 29, 2009

**VIA ECF**

The Honorable Magistrate Judge James Orenstein
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:    In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,
Case No. 1:05-MD-1720-(JG)(JO)

Dear Magistrate Judge Orenstein:

    Pursuant to the most recent scheduling order, Class Plaintiffs are today filing the First Amended Supplemental Class Action Complaint.

    At Defendants' request, we are filing this Complaint under seal pursuant to the Court's procedures so as to permit the Defendants the opportunity to suggest redactions.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*s/ Craig Wildfang*

K. Craig Wildfang

KCW/sml
Enclosures (via Federal Express)
cc:    All Counsel of Record via ECF and Lexis Nexis File & Serve