UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------x

IN RE PAYMENT CARD INTERCHANGE
FEE and MERCHANT-DISCOUNT
ANTITRUST LITIGATION

This Document Relates to All Class Actions

: MASTER FILE NO. 1:05-md-1720-JG-JO

: ORAL ARGUMENT REQUESTED

:

:

:

------------------------------x

**NOTICE OF MOTION TO DISMISS SECOND CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT AND TO STRIKE
CHASE PAYMENTECH SOLUTIONS, LLC AS A DEFENDANT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Second Consolidated Amended Class Action Complaint, the undersigned defendants will move this Court before the Honorable James Orenstein on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 for an Order pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Second Consolidated Amended Class Action Complaint dated January 29, 2009, in its entirety; and that, upon the accompanying Memorandum of Law in Support of Chase Paymentech Solutions, LLC's Motion to Strike, Chase Paymentech Solutions, LLC will move this Court before the Honorable James Orenstein on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201 for an Order pursuant to Fed. R. Civ. P. 12(f) to strike those portions of the Second Consolidated Amended Class Action Complaint,

the First Amended Supplemental Class Action Complaint, and the Second Supplemental Class Action Complaint that name it as a defendant.

PLEASE TAKE FURTHER NOTICE that defendants request oral argument of this motion.

Dated: New York, New York
March 31, 2009

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: /s/ Robert C. Mason
   Robert C. Mason
   399 Park Avenue
   New York, NY  10022-4690
   Tel:  (212) 715-1000
   Fax:  (212) 715-1399
   robert.mason@aporter.com

   Robert J. Vizas
   275 Battery Street, Suite 2700
   San Francisco, CA  94111
   Tel:  (415) 356-3000
   Fax:  (415) 356-3099

   Mark R. Merley
   Matthew A. Eisenstein
   555 12th Street, N.W.
   Washington, DC  20004
   Tel:  (202) 942-5000
   Fax:  (202) 942-5999
   *Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Kenneth A. Gallo
   Kenneth A. Gallo
   Joseph J. Simons
   2001 K Street, N.W.
   Washington, DC  20006-1047
   Tel:  (202) 223-7300

Fax: (202) 223-7420
KGallo@paulweiss.com
JSimons@paulweiss.com

Bruce Birenboim
Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
BBarenboim@paulweiss.com
AFinch@paulweiss.com
GCarney@paulweiss.com

**HUNTON & WILLIAMS LLP**
Keila D. Ravelo
Wesley R. Powell
200 Park Avenue
New York, NY 10166-0005
Tel: (212) 309-1000
Fax: (212) 309-1100
*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**MORRISON & FOERSTER, LLP**

By: /s/ Mark P. Ladner
  Mark P. Ladner
  Michael B. Miller
  1290 Avenue of the Americas
  New York, NY 10104-0050
  Tel: (212) 468-8000
  Fax: (212) 468-7900
  mladner@mofo.com
  *Attorneys for Defendants Bank of America, NA., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.*

**SHEARMAN & STERLING LLP**

By: /s/ James P. Tallon
  James P. Tallon
  Wayne D. Collins
  Lisl J. Dunlop
  599 Lexington Avenue
  New York, NY 10022-6069
  Tel: (212) 848-4000
  Fax: (212) 848-7179
  jtallon@shearman.com
  *Attorneys for Defendants Barclays Financial Corp. and Barclays Bank plc*

**O'MELVENY & MYERS LLP**

By: /s/ Andrew J. Frackman
  Andrew J. Frackman
  Edward D. Hassi
  Peter C. Herrick
  Times Square Tower
  7 Times Square
  New York, NY 10036
  Tel: (212) 326-2000
  Fax: (212) 326-2061
  afrackman@omm.com
  *Attorneys for Defendants Capital One Bank (USA), N.A., Capital One, N.A., Capital One Bank, Capital One F.S.B., and Capital One Financial Corp.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**

By: /s/ Peter E. Greene
   Peter E. Greene
   Cyrus Amir-Mokri
   Peter S. Julian
   Linda W. Cenedella
   Boris Bershteyn
   Four Times Square
   New York, NY 10036
   Tel: (212) 735-3000
   Fax: (212) 735-2000
   peter.greene@skadden.com
   *Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC and JPMorgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank*

**SIDLEY AUSTIN LLP**

By: /s/ Beniamin R. Nagin
   Benjamin R. Nagin
   787 Seventh Ave
   New York, NY 10019
   Tel: (212) 839-5300
   Fax: (212) 839-5599
   bnagin@sidley.com

   David F. Graham
   Eric H. Grush
   One South Dearborn Street
   Chicago, IL 60603
   Tel: (312) 853-7000
   Fax: (312) 853-7036
   *Attorneys for Defendants Citigroup Inc., Citicorp, and Citibank, N.A.*

**KUTAK ROCK LLP**

By: /s/ John P. Passarelli
John P. Passarelli
James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Tel: (402) 346-6000
Fax: (402) 346-1148
john.passarelli@kutakrock.com
*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Christopher R. Lipsett
Christopher R. Lipsett
David S. Lesser
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
chris.lipsett@wilmerhale.com

A. Douglas Melamed
Ali M. Stoeppelwerth
Perry A. Lange
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
*Attorneys for HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**JONES DAY**

By: /s/ John M. Majoras
   John M. Majoras
   Joseph W. Clark
   51 Louisiana Avenue, N.W.
   Washington, DC 20001
   Tel: (202) 879-3939
   Fax: (202) 626-1700
   jmmajoras@jonesday.com
   jwclark@jonesday.com
   *Attorneys for Defendants National City Corporation, National City Bank of Kentucky*

**PULLMAN & COMLEY, LLC**

By: /s/ Jonathan B. Orleans
   Jonathan B. Orleans
   850 Main Street
   P.O. Box 7006
   Bridgeport, CT 06601-7006
   Tel: 203-330-2000
   Fax: 203-576-8888
   jborleans@pullcom.com
   *Attorney for Defendant Texas Independent Bancshares, Inc.*

**ALSTON & BIRD LLP**

By: /s/ Teresa T. Bonder
   Teresa T. Bonder
   Valerie C. Williams
   1201 W. Peachtree Street, N.W.
   Atlanta, GA 30309
   Tel: (404) 881-7000
   Fax: (404) 881-7777
   teresa.bonder@alston.com

   Naeemah Clark
   90 Park Avenue
   New York, NY 10016
   Tel.: (212) 210-9400
   Fax.: (212) 210-9444
   *Attorneys for Defendants Wachovia Bank, NA., Wachovia Corporation, and Suntrust Banks, Inc.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ William F. Cavanaugh
   William F. Cavanaugh
   Cecilia B. Loving
   Patterson Belknap Webb & Tyler LLP
   1133 Avenue of the Americas
   New York, NY 10036
   Tel.: 212-336-2793
   Fax: 212-336-2222
   wfcavanaugh@pbwt.com
   *Attorneys for Defendant Wells Fargo & Company*

**WASHINGTON MUTUAL, INC.**[1]

---

[1] The defendants understand that, on September 26, 2008, defendant Washington Mutual, Inc. filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware and, therefore, that the automatic bankruptcy stay, 11 U.S.C. § 362, applies to plaintiffs' claims against Washington Mutual, Inc. The matter is currently pending in that court as Bankruptcy Case No. 08-12229-MFW.