# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To All Class Actions | MASTER FILE 05-MD-1720 (JG) (JO) |

### JOINDER OF DEFENDANT FIFTH THIRD BANCORP TO NOTICE OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND TO STRIKE CHASE PAYMENTECH SOLUTIONS, LLC AS A DEFENDANT

Defendant Fifth Third Bancorp hereby joins in and incorporates by reference the Notice of Motion to Dismiss Second Consolidated Amended Class Action Complaint and to Strike Chase Paymentech Solutions, LLC As a Defendant (Document No. 1171). Fifth Third Bancorp was inadvertently omitted from the original Notice.

Respectfully Submitted,

KEATING MUETHING & KLEKAMP, PLL


/s/ Patrick F. Fischer_____
Patrick F. Fischer (PF8672)
Richard L. Creighton, Jr. (RC9788)
Drew M. Hicks (DH1853)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
pfischer@kmklaw.com
rcreighton@kmklaw.com
dhicks@kmklaw.com
Tel: (513) 579-6400
Fax: (513) 579-6457

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on this 31st day of March, 2009 the foregoing was filed with the Clerk of the Court and served upon all parties of record via LexisNexis File & Serve.


/s/ Patrick F. Fischer_____
Patrick F. Fischer

2903002.1