## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To All Class Actions | MASTER FILE 05-MD-1720 (JG) (JO) |

## JOINDER OF DEFENDANT FIFTH THIRD BANCORP TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendant Fifth Third Bancorp hereby joins in and incorporates by reference the Memorandum of Law in Support of Motion to Dismiss Second Consolidated Amended Class Action Complaint (Document No. 1172). Fifth Third Bancorp was inadvertently omitted from the original Memorandum of Law.

Respectfully Submitted,

KEATING MUETHING & KLEKAMP, PLL


/s/ Patrick F. Fischer_____
Patrick F. Fischer (PF8672)
Richard L. Creighton, Jr. (RC9788)
Drew M. Hicks (DH1853)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
pfischer@kmklaw.com
rcreighton@kmklaw.com
dhicks@kmklaw.com
Tel: (513) 579-6400
Fax: (513) 579-6457

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on this 31st day of March, 2009 the foregoing was filed with the Clerk of the Court and served upon all parties of record via LexisNexis File & Serve.


/s/ Patrick F. Fischer_____
Patrick F. Fischer


2903010.1