UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Class Actions | MASTER FILE 05-MD-1720 (JG) (JO)<br><br>NOTICE OF MOTION TO DISMISS THE SECOND SUPPLEMENTAL CLASS ACTION COMPLAINT<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Motion to Dismiss the Second Supplemental Class Action Complaint, and the accompanying Declaration of Michael R. Hartman In Support of Motion to Dismiss the Second Supplemental Class Action Complaint and the exhibits attached thereto, the undersigned Defendants will move this Court before the Honorable James Orenstein on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order dismissing with prejudice the Second Supplemental Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument of this motion.

Dated:  March 31, 2009.

                                          **ARNOLD & PORTER LLP**

                                  By:  /s/ Robert C. Mason
                                          Robert C. Mason
                                          399 Park Avenue
                                          New York, NY   10022-4690
                                          Telephone:  (212) 715-1000
                                          Facsimile:  (212) 715-1399
                                          robert.mason@aporter.com

Robert J. Vizas
275 Battery Street, Suite 2700
San Francisco, CA   94111-3823
Telephone:  (415) 356-3000
Facsimile:  (415) 356-3099

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, N.W.
Washington, DC   20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association

**MORRISON & FOERSTER**

By: /s/ Mark P. Ladner
    Mark P. Ladner
    Michael B. Miller
    1290 Avenue of the Americas
    New York, NY   10104-0050
    Telephone:  (212) 468-8000
    Facsimile:  (212) 468-7900
    mladner@mofo.com

Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.

2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**

By: /s/ Peter E. Greene
    Peter E. Greene
    Cyrus Amir-Mokri
    Peter S. Julian
    Linda W. Cenedella
    Boris Bershteyn
    Four Times Square
    New York, NY   10036
    Telephone.:  (212) 735-3000
    Facsimile:  (212) 735-2000

Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., Bank One Corporation, and Bank One Delaware

**JONES DAY**

By: /s/ John M. Majoras
    John M. Majoras
    Joseph W. Clark
    51 Louisiana Avenue, NW
    Washington, DC   20001
    Telephone:  (202) 879-3939
    Facsimile:  (202) 626-1700
    jmmajoras@jonesday.com

Attorneys for Defendants National City Corporation, National City Bank of Kentucky

**PULLMAN & COMLEY, LLC**

By: /s/ Jonathan B. Orleans
    Jonathan B. Orleans
    Pullman & Comley
    850 Main Street
    Bridgeport, CT   06601-7006
    Telephone:  (203) 330-2000
    Facsimile:  (203) 576-8888
    jborleans@pullcom.com

Attorneys for Defendant Texas Independent Bancshares, Inc.

**PATTERSON BELKNAP**

By: /s/ William F. Cavanaugh
    William F. Cavanaugh
    Cecilia B. Loving
    Patterson, Belknap, Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, NY   10036
    Telephone:  (212) 336-2793
    Facsimile:  (212) 336-2222
    wfcavanaugh@pbwt.com

Attorneys for Defendant Wells Fargo & Company

To:  Counsel for All Parties (by ECF)