**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Class Actions | **MASTER FILE 05-MD-1720 (JG) (JO)**<br><br>**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED SUPPLEMENTAL CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Motion to Dismiss the First Amended Supplemental Class Action Complaint and Declaration of Andrew C. Finch and exhibit annexed thereto, the undersigned Defendants will move this Court, before the Hon. James Orenstein, at the United States Courthouse for the Eastern District of New York, 225 Camden Plaza, Brooklyn, NY 11201-1818, on a date and time determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the First Amended Supplemental Class Action Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion.

Dated:  New York, New York
         March 31, 2009

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**

By: /s/ Kenneth A. Gallo
       Kenneth A. Gallo
       Joseph J. Simons
       2001 K Street, N.W.
       Washington, D.C. 20006-1047
       Tel:  (202) 223-7300
       Fax:  (202) 223-7420
       KGallo@paulweiss.com
       JSimons@paulweiss.com

       Bruce Birenboim
       Gary R. Carney
       Andrew C. Finch
       1285 Avenue of the Americas
       New York, N.Y. 10019-6064
       Tel:  (212) 373-3000
       Fax:  (212) 757-3990
       BBirenboim @paulweiss.com
       GCarney@paulweiss.com
       AFinch@paulweiss.com

**HUNTON & WILLIAMS LLP**
       Keila D. Ravelo
       Wesley R. Powell
       200 Park Avenue
       New York, N.Y. 10166-0005
       Tel: (212) 309-1000
       Fax: (212) 309-1100

Attorneys for Defendants MasterCard
Incorporated and MasterCard
International Incorporated.

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP**

By:  /s/ Peter E. Greene
     Peter E. Greene
     Cyrus Amir-Mokri
     Peter S. Julian
     Linda W. Cenedella
     Boris Bershteyn
     Four Times Square
     New York, N.Y.  10036
     Telephone:  (212) 735-3000
     Facsimile:  (212) 735-2000
     peter.greene@skadden.com

Attorneys for Defendants JPMorgan Chase
& Co., Chase Bank USA, N.A., Chase
Paymentech Solutions, LLC, JPMorgan
Chase Bank, N.A. as acquirer of certain
assets and liabilities of Washington Mutual
Bank, Bank One Corporation, Bank One
Delaware.

**MORRISON & FOERSTER, LLP**

By:  /s/ Mark P. Ladner
     Mark P. Ladner
     Michael B. Miller
     1290 Avenue of the Americas
     New York, N.Y.  10104-0050
     Tel: (212) 468-8000
     Fax: (212) 468-7900
     mladner@mofo.com

Attorneys for Defendants Bank of America, NA.,
BA Merchant Services LLC (f/k/a Defendant
National Processing, Inc.), Bank of America
Corporation, and MBNA America Bank, N.A.

**SIDLEY AUSTIN LLP**

By: /s/ David F. Graham
    David F. Graham
    Eric H. Grush
    One South Dearborn Street
    Chicago, IL 60603
    Tel: (312) 853-7000
    Fax: (212) 853-7036
    dgraham@sidley.com

    Benjamin R. Nagin
    787 Seventh Ave
    New York, N.Y.  10019
    Tel: (212) 839-5300
    Fax: (212) 839-5599
    bnagin@sidley.com

Attorneys for Defendants Citibank (South Dakota), N.A., Citibank, N.A., Citigroup, Inc., Citicorp.

**O'MELVENY & MYERS LLP**

By: /s/ Andrew J. Frackman
    Andrew J. Frackman
    Edward D. Hassi
    Peter C. Herrick
    Times Square Tower
    7 Times Square
    New York, N.Y. 10036
    Tel: (212) 326-2000
    Fax: (212) 326-2061
    afrackman@omm.com

Attorneys for Defendants Capital One Bank (USA), N.A., Capital One F.S.B., and Capital One Financial Corp.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Christopher R. Lipsett
 Christopher R. Lipsett
 David S. Lesser
 399 Park Avenue
 New York, N.Y.  10022
 Tel: (212) 230-8800
 Fax: (212) 230-8888
 chris.lipsett@wilmerhale.com

 A. Douglas Melamed
 Ali M. Stoeppelwerth
 Perry A. Lange
 1875 Pennsylvania Ave., N.W.
 Washington, D.C.  20006
 Tel: (202) 663-6000
 Fax: (202) 663-6363

 Attorneys for HSBC Finance Corporation
 and HSBC North America Holdings, Inc.

To: Counsel for All Parties (by ECF)