UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE and MERCHANT-DISCOUNT ANTITRUST LITIGATION<br><br>APPLIES TO ALL ACTIONS | MASTER FILE NO. 1:05-md-1720-JG-JO<br><br>Electronically Filed |

# DECLARATION OF ANDREW C. FINCH

Andrew C. Finch, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Defendants MasterCard International Incorporated and MasterCard Incorporated.

2. I submit this Declaration in support of the Motion to Dismiss the First Amended Supplemental Class Action Complaint.

3. Attached to this Declaration as Exhibit A is a true and correct copy of MasterCard Incorporated, Amendment No. 8 to Form S-1 Registration Statement (Form S-1/A), at 1-10, 13-34, 134-143, and Ex. 3.1(a) pp.1-3 (May 23, 2006), which, as of the date of this Declaration, is publicly available in its entirety at http://investorrelations.mastercardintl.com/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2009

By: *(signature)*
Andrew C. Finch
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, N.Y. 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
afinch@paulweiss.com