

September 11, 2009

**VIA ECF**

The Honorable James Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 456 North
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
             MDL No. 1:05-MD-1720 (JG)(JO) (E.D.N.Y.)

Dear Judge Orenstein:

      This firm represents class plaintiffs in the above-referenced action. We are writing with regard to our letter motion of September 4, 2009 (Dkt. No. 1294) to report that the motion was mooted by MasterCard's consensual agreement to the relief sought in the motion. Therefore, class plaintiffs respectfully withdraw their motion.

                                      Respectfully submitted,
                                      SCOTT+SCOTT LLP

                                      /s/ Christopher M. Burke

                                      CHRISTOPHER M. BURKE

CMB:tat
cc:  All Counsel of Record

ATTORNEYS AT LAW     CALIFORNIA     SCOTT + SCOTT, LLP     619 233-4565 VOICE
                          NEW YORK        600 B STREET, STE 1500     619 233-0508 FAX
                          CONNECTICUT     SAN DIEGO, CA 92101     SCOTTLAW@SCOTT-SCOTT.COM
                          OHIO                                       WWW.SCOTT-SCOTT.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the manual Service List.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2009.

    /s/ Christopher M. Burke
CHRISTOPHER M. BURKE

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

E-mail: cburke@scott-scott.com