1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

| | |
|---|---|
| MERRILL G. DAVIDOFF | ALSO ADMITTED IN NY |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

September 15, 2009

**VIA FACSIMILE & ECF**

The Honorable James Orenstein,
 United States Magistrate Judge
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:    *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*
              **1:05-MD-1720-(JG)(JO)**

Dear Judge Orenstein:

    In light of the preferences expressed in your Honor's Order of yesterday, plaintiffs agree to postpone argument on all pending matters and postpone the conference. We are still discussing issues relating to the scope of the class motion with defendants and hope to resolve them.

    Thank you for your Honor's consideration of counsels' schedules.

                                Respectfully Submitted

                                Merrill G. Davidoff
                                *For Co-Lead Class Plaintiffs' Counsel*

MGD/sll

    cc:    Counsel for all Parties *(via ECF/LexisNexis File & Serve)*

                                                                   malta498479-004.doc