1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| MERRILL G. DAVIDOFF | ALSO ADMITTED IN NY |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

September 22, 2009

**VIA CM/ECF**

The Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, 1:05-MD-1720-(JG)(JO)

Dear Judge Orenstein:

We respectfully submit as additional authority in support of Class Plaintiffs' Motion for Class Certification the Court of Appeals' opinion in *In re Flag Telecom Holdings, Ltd. Securities Litigation*, 574 F.3d 29 (2d Cir. 2009).

We also submit as additional authority in support of Class Plaintiffs' Motion for Class Certification, and in opposition to Defendants' Motion to Exclude Opinions of Dr. Gustavo Bamberger, the court's order and opinion of September 4, 2009 in *In re ATM Fee Antitrust Litigation*, 2009 U.S. Dist. LEXIS 83199 (N.D. Cal. Sept. 4, 2009). The material relevant to those motions is on pages *18-*30 and *44-*46 of the opinion.

Respectfully submitted,

BERGER & MONTAGUE, P.C.

By: Merrill G. Davidoff
*For Co-Lead Class Plaintiffs' Counsel*

MGD/sll
Enclosures
cc:   (w/encls.) (via CM/ECF and Lexis-Nexis File & Serve):
      Counsel for All Parties

*malta498925-006.doc*