# ARNOLD & PORTER LLP

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

September 22, 2009

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 456 North
Brooklyn, New York 11201

    Re:    In re Payment Card Interchange Fee and Merchant
                Discount Antitrust Litigation, No. 1:05-md-1720 (JG) (JO)

Dear Judge Orenstein:

    I write on behalf of defendants in response to Mr. Davidoff's letter to the Court earlier today, regarding amendment of the pending motion for class certification.

    Defendants do not object to the amendment of the pending motion for class certification along the lines set forth in Mr. Davidoff's letter. Defendants do not agree with the other contentions in Mr. Davidoff's letter.

                              Respectfully submitted,

                              /s/

                            Robert J. Vizas

cc:    All counsel (via ECF)