1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague, P.C.
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF — ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

September 29, 2009

**VIA FACSIMILE & ECF**

The Honorable James Orenstein,
 United States Magistrate Judge
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

> Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*
> <u>1:05-MD-1720-(JG)(JO)</u>

Dear Judge Orenstein:

    Class plaintiffs have been advised by defendants that they are available on November 5th-6th or November 18th-19th if your Honor grants plaintiffs' request for a postponement, and plaintiffs' counsel are also available on those dates. Plaintiffs have a preference for November 18th-19th.

    Plaintiffs appreciate the Court's consideration of our request.

Respectfully Submitted

Merrill G. Davidoff
*For Co-Lead Class Plaintiffs' Counsel*

MGD/sll

cc: Counsel for all Parties *(via ECF/LexisNexis File & Serve)*

malta499629-002.doc