UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : : : : : : : : | MDL No. 1720(JG)(JO)<br><br>Civil No. 05-5075(JG)(JO)<br><br>**ELECTRONICALLY FILED**<br><br>MOTION TO WITHDRAW APPEARANCE OF ATTORNEY KATHERINE A. MALCOLM |
| This Document Relates To:<br><br>　　ALL ACTIONS. | | |

Plaintiffs move the Court pursuant to Local Civil Rule 1.4 for leave to withdraw the appearance of Katherine A. Malcolm as counsel in the above-captioned matter. This motion is precipitated by Ms. Malcolm's departure from the law firm Coughlin Stoia Geller Rudman & Robbins LLP. Coughlin Stoia Geller Rudman & Robbins LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from the withdrawal of Ms. Malcolm.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting its motion to withdraw the appearance of Ms. Malcolm as counsel.

DATED: November 4, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
BONNY E. SWEENEY
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
KATHERINE A. MALCOLM
CARMEN A. MEDICI


                s/ Katherine A. Malcolm
        KATHERINE A. MALCOLM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
D. CAMERON BAKER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

- 1 -

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER & MONTAGUE, P.C.
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Visa Interchange\MIS00062720.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 4, 2009.

          s/ Katherine A. Malcolm
          KATHERINE A. MALCOLM

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          655 West Broadway, Suite 1900
          San Diego, CA  92101-3301
          Telephone:  619/231-1058
          619/231-7423 (fax)

          E-mail: kmalcolm@csgrr.com

**Mailing Information for a Case 1:05-md-01720-JG-JO**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ross A. Abbey**
  raabbey@rkmc.com,dmlafrance@rkmc.com

- **Yeshimebet Abebe**
  yabebe@chitwoodlaw.com,ndh@classlaw.com

- **Danielle M. Aguirre**
  daguirre@paulweiss.com

- **Kristen Anderson**
  kanderson@scott-scott.com,efile@scott-scott.com

- **Gregory Scott Asciolla**
  gasciolla@labaton.com

- **Steven A. Asher**
  asher@wka-law.com

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **D. Cameron Baker**
  cbaker@csgrr.com

- **Francis J. Balint**
  fbalint@bffb.com,DMoy@bffb.com,RCreech@bffb.com

- **David Balto**
  david.balto@yahoo.com,bradwasser@yahoo.com

- **William J. Ban**
  wban@barrack.com,sdavis@barrack.com

- **Paul W. Bartel , II**
  paul.bartel@dpw.com

- **Karen L Berenthal**
  kberenthal@paulweiss.com

- **Alexandra S. Bernay**
  xanb@csgrr.com,jkusy@csgrr.com

- **Bruce Alan Birenboim**
  bbirenboim@paulweiss.com

- **William Jay Blechman**
  wblechman@kennynachwalter.com,mbeaudry@kennynachwalter.com

- **Ronald A. Bloch**
  ronbloch@erols.com

- **Eric Bloom**
  ebloom@hangley.com,knl@hangley.com,jhb@hangley.com

- **Anthony D. Boccanfuso**
  anthony_boccanfuso@aporter.com

- **Teresa T. Bonder**
  tbonder@alston.com

- **Michael J. Boni**
  mboni@bonizack.com

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Donald A. Broggi**
  dbroggi@scott-scott.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,emsipe@locklaw.com

- **Michael M. Buchman**
  mbuchman@pomlaw.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,efile@scott-scott.com

- **Erin Burns**
  eburns@rodanast.com

- **Joseph M. Callow**
  jcallow@kmklaw.com

- **Jesse M. Calm**
  jmcalm@rkmc.com,jmbutler@rkmc.com

- **Karl Cambronne**
  kcambronne@chestnutcambronne.com

- **L. Webb Campbell , II**
  wcampbell@sherrardroe.com

- **Thomas M. Campbell**
  tcampbell@sc-llp.com,mbeaudry@kennynachwalter.com,sc-llp@sc-llp.com,wblechman@kennynachwalter.com,sms@kennynachwalter.com

- **Matthew L. Cantor**
  mcantor@constantinecannon.com

- **Gary R. Carney , Jr**
  gcarney@paulweiss.com

- **George D Carroll**
  gdcarroll@rkmc.com

- **Robert Donald Carroll**
  rcarroll@goodwinprocter.com

- **Linda Wong Cenedella**
  lwong@skadden.com

- **Rachel J. Christiansen**
  rjchristiansen@locklaw.com

- **Naeemah Clark**
  naeemah.clark@alston.com

- **Bart D. Cohen**
  bcohen@bm.net

- **Jay S. Cohen**
  jcohen@srk-law.com

- **Larry Alan Coury**
  lcoury@paulweiss.com

- **Jason S. Cowart**
  jasoncowart@yahoo.com

- **Phillip F. Cramer**
  pcramer@sherrardroe.com

- **Richard L. Creighton**
  rcreighton@kmklaw.com

- **Florence Amanda Crisp**
  fcrisp@eapdlaw.com

- **Merrill G. Davidoff**
  mdavidoff@bm.net

- **Trenton B. Douthett**
  tdouthett@kmklaw.com

- **Lisl J. Dunlop**
  ldunlop@shearman.com,alexandra.kourides@shearman.com

- **Morissa Robin Falk**
  mfalk@labaton.com

- **Andrew Corydon Finch**
  afinch@paulweiss.com

- **Patrick F. Fischer**
  pfischer@kmklaw.com

- **Andrew J. Frackman**
  afrackman@omm.com

- **Matthew Stephen Freimuth**
  mfreimuth@hunton.com,egastelo@hunton.com

- **Gary B. Friedman**
  gfriedman@flgllp.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com

- **M. Tayari Garrett**
  mstayari@rkmc.com

- **William A. Gengler**
  wagengler@locklaw.com,jmtreiber@locklaw.com

- **David P. Germaine**
  dgermaine@daarvanek.com

- **Joseph Goldberg**
  rh@fbdlaw.com,jg@fbdlaw.com

- **Jayne A. Goldstein**
  jgoldstein@sfmslaw.com

- **Robert D. Greenbaum**
  rgreenba@voicenet.com

- **Peter Edward Greene**
  pgreene@skadden.com

- **Eric H. Grush**
  egrush@sidley.com,dgraham@sidley.com,bnagin@sidley.com

- **Craig Gordon Harley**
  charley@chitwoodlaw.com

- **Edward D. Hassi**
  ehassi@omm.com

- **Thomas B. Hatch**
  tbhatch@rkmc.com,lcwolf@rkmc.com

- **John F Hawkins**
  john@hsglawfirm.net,bridget@hsglawfirm.net

- **Charles S. Hellman**
  chellman@dholaw.com,diane@dholaw.com

- **Theresa J Henson**
  thenson@bonizack.com

- **Brian A. Herman**
  bherman@morganlewis.com

- **Peter Clemens Herrick**
  pherrick@omm.com

- **Drew M. Hicks**
  dhicks@kmklaw.com

- **Joshua N. Holian**
  joshua.holian@lw.com,victor.cayanan@lw.com

- **Leslie Hurst**
  leslieh@lerachlaw.com

- **Carroll H. Ingram**
  carroll@ingramlawyers.com,brandy@ingramlawyers.com

- **Jonathan Mitchell Jacobson**
  jjacobson@wsgr.com,cstavros@wsgr.com

- **Amelia N. Jadoo**
  anjadoo@rkmc.com

- **Marion Brenda Johnson**
  marion.johnson@dbr.com

- **Michael Edward Johnson**
  mjohnson@alston.com

- **Peter S. Julian**
  pjulian@skadden.com

- **Michael J. Kane**
  mkane@bm.net

- **Norman W. Kee**
  nkee@pbwt.com,mcolitigation@pbwt.com

- **Kimberly Keevers Palmer**
  kkeevers@rpwb.com,smosley@rpwb.com

- **Keith Superstores**
  bridget@hsglawfirm.net

- **Keithco Petroleum, Inc.**
  bridget@hsglawfirm.net

- **Jason S. Kilene**
  jkilene@gustafsongluek.com

- **Richard J. Kilsheimer**
  rkilsheimer@kaplanfox.com

- **Robert S. Kitchenoff**
  kitchenoff@wka-law.com

- **Tracey L. Kitzman**
  tkitzman@flgllp.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Robert J. LaRocca**
  rlarocca@kohnswift.com

- **Mark P. Ladner**
  mladner@mofo.com,docketny@mofo.com

- **Perry Lange**
  perry.lange@wilmerhale.com

- **Angus Macaulay Lawton**
  sdavis@joycelawfirm.com,alawton@joycelawfirm.com

- **Jonathan J. Lerner**
  jlerner@starrgern.com

- **David Sapir Lesser**
  david.lesser@wilmerhale.com

- **Bruce Levinson**
  ecf@blevlaw.com

- **Christopher R. Lipsett**
  christopher.lipsett@wilmerhale.com

- **Robert P. LoBue**
  rplobue@pbwt.com,mcolitigation@pbwt.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com,rmemmons@locklaw.com

- **Stewart C. Loper**
  sloper@chestnutcambronne.com

- **John M. Majoras**
  jwclark@jonesday.com,nationalcity@jonesday.com,psimone@jonesday.com

- **Katherine A. Malcolm**
  kmalcolm@csgrr.com,christinas@csgrr.com

- **Robert C. Mason**
  robert_mason@aporter.com,mark_merley@aporter.com,matthew_eisenstein@aporter.com,david_gersch@aporter.com

- **Andrew J. McDonald**
  amcdonald@pullcom.com

- **Christopher J McDonald**
  cmcdonald@labaton.com

- **Carmen A. Medici**
  cmedici@csgrr.com

- **Nicholas Maurice Menasche**
  nmenasche@shearman.com

- **Charles M. Miller**
  cmiller@kmklaw.com,mjtrue@kmklaw.com

- **Michael B. Miller**
  mbmiller@mofo.com

- **David W. Mitchell**
  davidm@csgrr.com,slandry@csgrr.com

- **Adam S. Mocciolo**
  amocciolo@pullcom.com

- **H. Laddie Montague**
  hlmontague@bm.net,tstires@bm.net

- **Kenneth T. Murata**
  kmurata@omm.com

- **Daniel O. Myers**
  dmyers@rpwb.com

- **Benjamin R. Nagin**
  bnagin@sidley.com

- **Dianne M. Nast**
  dnast@rodanast.com

- **Charles N. Nauen**
  cnnauen@locklaw.com,jmtreiber@locklaw.com

- **Jeffrey M Norton**
  jnorton@hfesq.com,tsawchuk@hfesq.com

- **Walter W. Noss**
  wnoss@scott-scott.com

- **Linda P. Nussbaum**
  lnussbaum@kaplanfox.com

- **Jonathan B. Orleans**
  jborleans@pullcom.com

- **John P. Passarelli**
  john.passarelli@kutakrock.com,shari.mullennax@kutakrock.com

- **Brenna L. Penrose**
  bpenrose@kmklaw.com

- **Donald L. Perelman**
  dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **Bernard Persky**
  bpersky@labaton.com

- **Wesley Railey Powell**
  wpowell@hunton.com,LMercado@hunton.com,KHunter@hunton.com,mfleming@hunton.com,ajacobs@hunton.com,jstrader@hunton.com,ekonor@hunton.com,spuga

- **Keila D. Ravelo**
  kravelo@hunton.com

- **Barry L. Refsin**
  brefsin@hangley.com,hweber@hangley.com

- **Jason L. Reimer**
  jlr@hangley.com,jhb@hangley.com

- **Mark Reinhardt**
  m.reinhardt@rwblawfirm.com,k.schulte@rwblawfirm.com,mreinhardt@comcast.net

- **William V. Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Kate Reznick**
  kreznick@bonizack.com

- **J. Douglas Richards**
  drichards@cohenmilstein.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crbaehman@locklaw.com

- **Hadley P Roeltgen**
  hroeltgen@kohnswift.com

- **William Harry Rooney**
  maoedny@willkie.com

- **Richard P. Rouco**
  rrouco@whatleydrake.com,ecf@whatleydrake.com
- **Joseph R. Saveri**
  jsaveri@lchb.com,lgrumbo@lchb.com,rtexier@lchb.com,dclevenger@lchb.com
- **James T. Shearin**
  jshearin@pullcom.com,plebel-lasse@pullcom.com
- **Noah Shube**
  nshube@nsfirm.com,nshube@hotmail.com
- **Paul E. Slater**
  pes@sperling-law.com
- **Stacey Slaughter**
  spslaughter@rkmc.com
- **Jonathan Craig Smith**
  csmith@joycelawfirm.com
- **Joshua D. Snyder**
  jsnyder@bonizack.com
- **Dean Martin Solomon**
  dsolomon@flgllp.com,deanmsolomon@gmail.com
- **Jason L. Solotaroff**
  jsolotaroff@gslawny.com
- **Jerald M. Stein**
  jmslaw@nyc.rr.com
- **Benjamin G. Stewart**
  bgstewart@kmklaw.com
- **Dennis Stewart**
  dstewart@hulettharper.com,office@hulettharper.com
- **Ali Stoeppelwerth**
  Ali.Stoeppelwerth@wilmerhale.com
- **James M. Sulentic**
  james.sulentic@kutakrock.com,shari.mullennax@kutakrock.com
- **Patricia A. Sullivan**
  psullivan@eapdlaw.com,kbeaton@eapdlaw.com
- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,bonnys@lerachlaw.com,e_file_sd@lerachlaw.com
- **James P. Tallon**
  jtallon@shearman.com
- **Brian N. Toder**
  btoder@chestnutcambronne.com,bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com
- **Mark E. Tully**
  mtully@goodwinprocter.com
- **Thomas J. Undlin**
  tjundlin@rkmc.com,bsbrtek@rkmc.com
- **Joseph Michael Vanek**
  jvanek@vaneklaw.com
- **Richard M. Volin**
  rmv@ftllaw.com
- **Kenneth G. Walsh**
  kwalsh@kmllp.com,cstudebaker@kmllp.com
- **Joe R. Whatley , Jr**
  jwhatley@wdklaw.com,kgault@wdklaw.com,ecf@wdklaw.com
- **Ann D. White**
  awhite@awhitelaw.com,mbucher@awhitelaw.com
- **K. Craig Wildfang**
  kcwildfang@rkmc.com,smlocsin@rkmc.com
- **Jennifer Ingram Wilkinson**
  jennifer@ingramlawyers.com,brandy@ingramlawyers.com

- **Valerie C. Williams**
  valarie.williams@alston.com

- **James M. Wilson , Jr**
  jwilson@chitwoodlaw.com,ndh@classlaw.com

- **Lita B. Wright**
  lbwright@samlegal.com

- **Joanne Zack**
  jzack@bonizack.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lee Albert
Mager & Goldstein LLP
One Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103

Darla Jo Boggs
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneappolis, MN 55401

Daniel M. Bradley
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

Joseph W. Clark
Jones Day
51 Lousiana Avenue. N.W.
Washington, DC 20001-2113

Carmen B. Copher
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

John Corlew
Corlew, Munford & Smith, PLLC
4450 Old Canton Road
Suite 111
Jackson, MS 39236-6807

Ada Asante Davis
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Richard P. Jeffries
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

Ryan G. Kriger
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Douglas Melamed
2445M Street
Washington , Dc, WA 20037
```