

**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • ATLANTA
LOS ANGELES • PHILADELPHIA

COTY R. MILLER
CMiller@csgrr.com

November 20, 2009

<u>VIA FEDERAL EXPRESS & ECF</u>

Sandra A. Jones
Attorney Admission Clerk
USDC, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In Re Payment Card Interchange Fee and Merchant Discount
Antitrust Litigation*, No. MDL 1720 (JG) (JO)

Dear Ms. Jones:

I represent certain class plaintiffs in the above-mentioned matter.  Pursuant to the Court's December 29, 2005 electronic order (Docket Entry No. 93):

PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings.  Approved by Judge James Orenstein on 12/29/05.

In compliance with the order, enclosed please find my firm's check in the amount of $25.00 for admission *pro hac vice* in this case.  Please be advised that I am a member of good standing in the United States District Courts for the Northern, Central and Southern Districts of California, the District of Maryland and the District of Columbia.

Respectfully,

COTY R. MILLER

Enclosure

cc:   All Counsel (via ECF, w/out encl.)
S:\CasesSD\Visa Interchange\Corres\Judge Gleeson 11.20 Miller PHV.doc

655 West Broadway, Suite 1900 • San Diego, California 92101-8498 • 619.231.1058 • Fax 619.231.7423 • www.csgrr.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2009, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on November 20, 2009.

s/ Bonny E. Sweeney
BONNY E. SWEENEY
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:bonnys@csgrr.com

## Mailing Information for a Case 1:05-md-01720-JG-JO

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ross A. Abbey**
  raabbey@rkmc.com,dmlafrance@rkmc.com

- **Yeshimebet Abebe**
  yabebe@chitwoodlaw.com,ndh@classlaw.com

- **Danielle M. Aguirre**
  daguirre@paulweiss.com

- **Kristen Anderson**
  kanderson@scott-scott.com,efile@scott-scott.com

- **Gregory Scott Asciolla**
  gasciolla@labaton.com

- **Steven A. Asher**
  asher@wka-law.com

- **Patricia I. Avery**
  pavery@wolfpopper.com

- **D. Cameron Baker**
  cbaker@csgrr.com

- **Francis J. Balint**
  fbalint@bffb.com,DMoy@bffb.com,RCreech@bffb.com

- **David Balto**
  david.balto@yahoo.com,bradwasser@yahoo.com

- **William J. Ban**
  wban@barrack.com,sdavis@barrack.com

- **Paul W. Bartel , II**
  paul.bartel@dpw.com

- **Karen L Berenthal**
  kberenthal@paulweiss.com

- **Alexandra S. Bernay**
  xanb@csgrr.com,jkusy@csgrr.com

- **Bruce Alan Birenboim**
  bbirenboim@paulweiss.com

- **William Jay Blechman**
  wblechman@kennynachwalter.com,mbeaudry@kennynachwalter.com

- **Ronald A. Bloch**
  ronbloch@erols.com

- **Eric Bloom**
  ebloom@hangley.com,knl@hangley.com,jhb@hangley.com

- **Anthony D. Boccanfuso**
  anthony_boccanfuso@aporter.com

- **Teresa T. Bonder**
  tbonder@alston.com

- **Michael J. Boni**
  mboni@bonizack.com

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Donald A. Broggi**
  dbroggi@scott-scott.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,emsipe@locklaw.com

- **Michael M. Buchman**
  mbuchman@pomlaw.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,efile@scott-scott.com

- **Erin Burns**
  eburns@rodanast.com

- **Joseph M. Callow**
  jcallow@kmklaw.com

- **Jesse M. Calm**
  jmcalm@rkmc.com,jmbutler@rkmc.com

- **Karl Cambronne**
  kcambronne@chestnutcambronne.com

- **L. Webb Campbell , II**
  wcampbell@sherrardroe.com

- **Thomas M. Campbell**
  tcampbell@sc-llp.com,mbeaudry@kennynachwalter.com,sc-llp@sc-llp.com,wblechman@kennynachwalter.com,sms@kennynachwalter.com

- **Matthew L. Cantor**
  mcantor@constantinecannon.com

- **Gary R. Carney , Jr**
  gcarney@paulweiss.com

- **George D Carroll**
  gdcarroll@rkmc.com

- **Robert Donald Carroll**
  rcarroll@goodwinprocter.com

- **Linda Wong Cenedella**
  lwong@skadden.com

- **Rachel J. Christiansen**
  rjchristiansen@locklaw.com

- **Naeemah Clark**
  naeemah.clark@alston.com

- **Bart D. Cohen**
  bcohen@bm.net

- **Jay S. Cohen**
  jcohen@srk-law.com

- **Larry Alan Coury**
  lcoury@paulweiss.com

- **Jason S. Cowart**
  jasoncowart@yahoo.com

- **Phillip F. Cramer**
  pcramer@sherrardroe.com

- **Richard L. Creighton**
  rcreighton@kmklaw.com

- **Florence Amanda Crisp**
  fcrisp@eapdlaw.com

- **Merrill G. Davidoff**
  mdavidoff@bm.net

- **Trenton B. Douthett**
  tdouthett@kmklaw.com

- **Lisl J. Dunlop**
  ldunlop@shearman.com,alexandra.kourides@shearman.com

- **Morissa Robin Falk**
  mfalk@labaton.com

- **Andrew Corydon Finch**
  afinch@paulweiss.com

- **Patrick F. Fischer**
  pfischer@kmklaw.com

- **Andrew J. Frackman**
  afrackman@omm.com

- **Matthew Stephen Freimuth**
  mfreimuth@hunton.com,egastelo@hunton.com

- **Gary B. Friedman**
  gfriedman@flgllp.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com

- **M. Tayari Garrett**
  mstayari@rkmc.com

- **William A. Gengler**
  wagengler@locklaw.com,jmtreiber@locklaw.com

- **David P. Germaine**
  dgermaine@daarvanek.com

- **Joseph Goldberg**
  rh@fbdlaw.com,jg@fbdlaw.com

- **Jayne A. Goldstein**
  jgoldstein@sfmslaw.com

- **Robert D. Greenbaum**
  rgreenba@voicenet.com

- **Peter Edward Greene**
  pgreene@skadden.com

- **Eric H. Grush**
  egrush@sidley.com,dgraham@sidley.com,bnagin@sidley.com

- **Craig Gordon Harley**
  charley@chitwoodlaw.com

- **Edward D. Hassi**
  ehassi@omm.com

- **Thomas B. Hatch**
  tbhatch@rkmc.com,lcwolf@rkmc.com

- **John F Hawkins**
  john@hsglawfirm.net,bridget@hsglawfirm.net

- **Charles S. Hellman**
  chellman@dholaw.com,diane@dholaw.com

- **Theresa J Henson**
  thenson@bonizack.com

- **Brian A. Herman**
  bherman@morganlewis.com

- **Peter Clemens Herrick**
  pherrick@omm.com

- **Drew M. Hicks**
  dhicks@kmklaw.com

- **Joshua N. Holian**
  joshua.holian@lw.com,victor.cayanan@lw.com

- **Leslie Hurst**
  leslieh@lerachlaw.com

- **Carroll H. Ingram**
  carroll@ingramlawyers.com,brandy@ingramlawyers.com

- **Jonathan Mitchell Jacobson**
  jjacobson@wsgr.com,cstavros@wsgr.com

- **Amelia N. Jadoo**
  anjadoo@rkmc.com

- **Marion Brenda Johnson**
  marion.johnson@dbr.com

- **Michael Edward Johnson**
  mjohnson@alston.com

- **Peter S. Julian**
  pjulian@skadden.com

- **Michael J. Kane**
  mkane@bm.net

- **Norman W. Kee**
  nkee@pbwt.com,mcolitigation@pbwt.com

- **Kimberly Keevers Palmer**
  kkeevers@rpwb.com,smosley@rpwb.com

- **Keith Superstores**
  bridget@hsglawfirm.net

- **Keithco Petroleum, Inc.**
  bridget@hsglawfirm.net

- **Jason S. Kilene**
  jkilene@gustafsongluek.com

- **Richard J. Kilsheimer**
  rkilsheimer@kaplanfox.com

- **Robert S. Kitchenoff**
  kitchenoff@wka-law.com

- **Tracey L. Kitzman**
  tkitzman@flgllp.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Robert J. LaRocca**
  rlarocca@kohnswift.com

- **Mark P. Ladner**
  mladner@mofo.com,docketny@mofo.com

- **Perry Lange**
  perry.lange@wilmerhale.com

- **Angus Macaulay Lawton**
  sdavis@joycelawfirm.com,alawton@joycelawfirm.com

- **Jonathan J. Lerner**
  jlerner@starrgern.com

- **David Sapir Lesser**
  david.lesser@wilmerhale.com

- **Bruce Levinson**
  ecf@blevlaw.com

- **Christopher R. Lipsett**
  christopher.lipsett@wilmerhale.com

- **Robert P. LoBue**
  rplobue@pbwt.com,mcolitigation@pbwt.com

- **Richard A. Lockridge**
  ralockridge@locklaw.com,rmemmons@locklaw.com

- **Stewart C. Loper**
  sloper@chestnutcambronne.com

- **John M. Majoras**
  jwclark@jonesday.com,nationalcity@jonesday.com,psimone@jonesday.com

- **Robert C. Mason**
  robert_mason@aporter.com,mark_merley@aporter.com,matthew_eisenstein@aporter.com,david_gersch@aporter.com

- **Andrew J. McDonald**
  amcdonald@pullcom.com

- **Christopher J McDonald**
  cmcdonald@labaton.com

- **Carmen A. Medici**
  cmedici@csgrr.com

- **Nicholas Maurice Menasche**
  nmenasche@shearman.com

- **Charles M. Miller**
  cmiller@kmklaw.com,mjtrue@kmklaw.com

- **Michael B. Miller**
  mbmiller@mofo.com

- **David W. Mitchell**
  davidm@csgrr.com,slandry@csgrr.com

- **Adam S. Mocciolo**
  amocciolo@pullcom.com

- **H. Laddie Montague**
  hlmontague@bm.net,tstires@bm.net

- **Kenneth T. Murata**
  kmurata@omm.com

- **Daniel O. Myers**
  dmyers@rpwb.com

- **Benjamin R. Nagin**
  bnagin@sidley.com

- **Dianne M. Nast**
  dnast@rodanast.com

- **Charles N. Nauen**
  cnnauen@locklaw.com,jmtreiber@locklaw.com

- **Jeffrey M Norton**
  jnorton@hfesq.com,tsawchuk@hfesq.com

- **Walter W. Noss**
  wnoss@scott-scott.com

- **Linda P. Nussbaum**
  lnussbaum@kaplanfox.com

- **Jonathan B. Orleans**
  jborleans@pullcom.com

- **John P. Passarelli**
  john.passarelli@kutakrock.com,shari.mullennax@kutakrock.com

- **Brenna L. Penrose**
  bpenrose@kmklaw.com

- **Donald L. Perelman**
  dperelman@finekaplan.com,nblakeslee@finekaplan.com

- **Bernard Persky**
  bpersky@labaton.com

- **Wesley Railey Powell**
  wpowell@hunton.com,LMercado@hunton.com,KHunter@hunton.com,mfleming@hunton.com,ajacobs@hunton.com,jstrader@hunton.com,ekonor@hunton.com,mfrei

- **Keila D. Ravelo**
  kravelo@hunton.com

- **Barry L. Refsin**
  brefsin@hangley.com,hweber@hangley.com

- **Jason L. Reimer**
  jlr@hangley.com,jhb@hangley.com

- **Mark Reinhardt**
  m.reinhardt@rwblawfirm.com,k.schulte@rwblawfirm.com,mreinhardt@comcast.net

- **William V. Reiss**
  wreiss@labaton.com,electroniccasefiling@labaton.com

- **Kate Reznick**
  kreznick@bonizack.com

- **J. Douglas Richards**
  drichards@cohenmilstein.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crbaehman@locklaw.com

- **Hadley P Roeltgen**
  hroeltgen@kohnswift.com

- **William Harry Rooney**
  maoedny@willkie.com

- **Richard P. Rouco**
  rrouco@whatleydrake.com,ecf@whatleydrake.com

- **Joseph R. Saveri**
  jsaveri@lchb.com,lgrumbo@lchb.com,rtexier@lchb.com,dclevenger@lchb.com

- **James T. Shearin**
  jshearin@pullcom.com,plebel-lasse@pullcom.com

- **Noah Shube**
  nshube@nsfirm.com,nshube@hotmail.com

- **Paul E. Slater**
  pes@sperling-law.com

- **Stacey Slaughter**
  spslaughter@rkmc.com

- **Jonathan Craig Smith**
  csmith@joycelawfirm.com

- **Joshua D. Snyder**
  jsnyder@bonizack.com

- **Dean Martin Solomon**
  dsolomon@flgllp.com,deanmsolomon@gmail.com

- **Jason L. Solotaroff**
  jsolotaroff@gslawny.com

- **Jerald M. Stein**
  jmslaw@nyc.rr.com

- **Benjamin G. Stewart**
  bgstewart@kmklaw.com

- **Dennis Stewart**
  dstewart@hulettharper.com,office@hulettharper.com

- **Ali Stoeppelwerth**
  Ali.Stoeppelwerth@wilmerhale.com

- **James M. Sulentic**
  james.sulentic@kutakrock.com,shari.mullennax@kutakrock.com

- **Patricia A. Sullivan**
  psullivan@eapdlaw.com,kbeaton@eapdlaw.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,bonnys@lerachlaw.com,e_file_sd@lerachlaw.com

- **James P. Tallon**
  jtallon@shearman.com

- **Brian N. Toder**
  btoder@chestnutcambronne.com,bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Mark E. Tully**
  mtully@goodwinprocter.com

- **Thomas J. Undlin**
  tjundlin@rkmc.com,bsbrtek@rkmc.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Richard M. Volin**
  rmv@ftllaw.com

- **Kenneth G. Walsh**
  kwalsh@kmllp.com,cstudebaker@kmllp.com

- **Joe R. Whatley , Jr**
  jwhatley@wdklaw.com,kgault@wdklaw.com,ecf@wdklaw.com

- **Ann D. White**
  awhite@awhitelaw.com,mbucher@awhitelaw.com

- **K. Craig Wildfang**
  kcwildfang@rkmc.com,smlocsin@rkmc.com

- **Jennifer Ingram Wilkinson**
  jennifer@ingramlawyers.com,brandy@ingramlawyers.com

- **Valerie C. Williams**
  valarie.williams@alston.com

- **James M. Wilson , Jr**
  jwilson@chitwoodlaw.com,ndh@classlaw.com

- **Lita B. Wright**
  lbwright@samlegal.com

- **Joanne Zack**
  jzack@bonizack.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Lee Albert**
Mager & Goldstein LLP
One Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103

**Darla Jo Boggs**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneappolis, MN 55401

**Daniel M. Bradley**
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

**Joseph W. Clark**
Jones Day
51 Lousiana Avenue. N.W.
Washington, DC 20001-2113

**Carmen B. Copher**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

**John Corlew**
Corlew, Munford & Smith, PLLC
4450 Old Canton Road
Suite 111
Jackson, MS 39236-6807

**Ada Asante Davis**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Richard P. Jeffries**
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

**Ryan G. Kriger**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

**Douglas Melamed**
2445M Street
Washington , Dc, WA 20037