&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653008477
Cashier ID: hariklia
Transaction Date: 12/03/2009
Payer Name: CORLEW MUNFORD AND SMITH
---

PRO HOC VICE
 For: JOHN G. CORLEW
 Case/Party: D-NYE-1-09-LB-000001-001
 Amount:       $25.00
---

CHECK
 Check/Money Order Num: 1283
 Amt Tendered:  $25.00
---

Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

05-MD-1720





**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 30 2009 ★



BROOKLYN OFFICE

PHONE 601.366.1106   FAX 601.366.1052   MAIL P.O. Box 16807, Jackson, MS 39236-6807
STREET 4450 Old Canton Road, Suite 111 Jackson, MS 39211   ONLINE cmslawyers.com

November 24, 2009

Sandra A. Jones
Attorney Admission Clerk
USDC, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. NDL 1720 (JG) (JO)

Dear Ms. Jones:

    I represent BKS of LA, Inc. d/b/a Keith Superstores, Keithco Petroleum, Inc., and Gulfside Casino Partnership in the above-referenced matter. In compliance with the Court's December 29, 2005, electronic order, enclosed please find my firm's check in the amount of $25.00 for admission *pro hac vice* in this case. Please be advised that I am a member in good standing in the United States District Courts for the Northern and Southern Districts of Mississippi.

                                      Very truly yours,

                                      CORLEW MUNFORD & SMITH PLLC

                                      John G. Corlew

enclosure