

# KENNY NACHWALTER

Direct Line
(305) 381-7472
E-Mail
wblechman@kennynachwalter.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

February 1, 2010

Honorable James Orenstein                                                      **Via ECF**
United States Magistrate Judge
United States Federal Courthouse
225 Cadman Plaza East
Room 456 North
Brooklyn, New York  11201

    Re:    ***In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - MDL No. 1720***

Dear Judge Orenstein:

    I write to clarify a point in our January 28th submission that has been brought to my attention by MasterCard's counsel.  There has not been motion practice regarding MasterCard's production of documents from Europe.  In any event, my reference to the motion practice on page 2 of our letter was not intended to suggest that either Network was withholding documents.

                Respectfully,

                William J. Blechman
                For the Individual Plaintiffs

WJB:mb

360839.3

TENNESSEE OFFICE
215 WEST BROADWAY STREET, SUITE D
ROGERSVILLE, TENNESSEE 37857-3280
TELEPHONE 423.272.5300
FACSIMILE 423.272.4961

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323