# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Kara F. Kennedy   Direct Dial: 404-881-4944   E-mail: kara.kennedy@alston.com

March 1, 2010

*Via Overnight Delivery*

Sandra A. Jones
Attorney Admission clerk
U.S.D.C., Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Master File 05-MD-1720

Dear Ms. Jones:

I represent SunTrust Bank, defendant in the above referenced multi-district litigation. The Court's Pretrial Order 1 entered on December 29, 2005 provides:

> Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings.

In compliance with Pretrial Order 1, enclosed please find payment of $25.00 for my admission *Pro Hac Vice* for purposes of Master File 05-MD-1720. Please be advised that I am a member in good standing of the United States District Court for the Northern District of Georgia.

Sincerely,

Kara F. Kennedy

KFK:kfk
Enclosure
cc:    All Counsel of Record (via ECF)

LEGAL02/31679177v1



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
                                  } ss.
NORTHERN DISTRICT OF GEORGIA      }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KARA FRANCES KENNEDY, 926006,** was duly admitted to practice in said Court on April 30, 2007 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of March, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



| | | | | | |
|---|---|---|---|---|---|
| US District Court Eastern District of New York | | Alston & Bird LLP<br>Atlanta Business Account (Wac) | | CHECK NO:<br>CHECK AMT: | 00172787<br>$25.00 |

| REF. # | INV. # | DATE | INV. AMT | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 013504/295070 | 013504/295070 | 03-01-2010 | 25.00 | - Admission for Pro Hac Vice<br>- Master File 05-MD-1720. | 25.00 |

THIS DOCUMENT HAS VISIBLE AND INVISIBLE FLUORESCENT FIBERS - VIEW UNDER BLACK LIGHT - TRUE WATERMARK IN PAPER - HOLD TO LIGHT TO VIEW

CHECK DATE: 03/01/10

Atlanta Business Account (Wac)
Wachovia Bank NA
Atlanta, Georgia 30303

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
F.E.I.# 58-0137615

CHECK NO. 00172787
64-975/612

TWENTY-FIVE AND 00/100

CHECK AMOUNT: $25.00

TWO SIGNATURES REQUIRED ON CHECK OVER $10,000.00

PAY TO THE ORDER OF

US District Court Eastern District of New York
Attorney Admission
22 Cadman Plaza East
Brooklyn, NY 11201

⑈00172787⑈ ⑆061209756⑆ 207990051401 0⑈