# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500  FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

K. CRAIG WILDFANG
612-349-8554
kcwildfang@rkmc.com

March 9, 2010

**VIA ECF**

The Honorable Magistrate Judge James Orenstein
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:    In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 1:05-MD-1720-(JG)(JO)

Dear Magistrate Judge Orenstein:

    The parties have conferred and have agreed that the EC may make its submission as requested on March 19, and, assuming that there is nothing surprising in the EC submission, the Class and Individual Plaintiffs will do a single joint response by March 26.  In the event that the Plaintiffs believe that there is something in the EC submission that was unanticipated, we will have further discussions with the Defendants and the EC to agree on a revised date for our joint response. The Class and Individual Plaintiffs have also agreed to the Defendants' request that the stay of the Court's February 12 Order be extended until 30 days beyond the date of the Class and Individual Plaintiffs' joint response, unless the Court rules on the objections to the Order before that date.

    Sincerely,

    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

    *s/ K. Craig Wildfang*

    K. Craig Wildfang

KCW/**sml**
cc:    All Counsel of Record via ECF