&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653012586
Cashier ID: ajackson
Transaction Date: 03/17/2010
Payer Name: SKADDEN AND FLOM LLP
--------------------------------------
PRO HOC VICE
 For: SKADDEN AND FLOM LLP
 Case/Party: D-NYE-1-10-LB-000001-002
 Amount:      $25.00
--------------------------------------
CHECK
 Check/Money Order Num: 11303
 Amt Tendered: $25.00
--------------------------------------
Total Due:     $25.00
Total Tendered: $25.00
Change Amt:    $0.00

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
(312) 407-0877
DIRECT FAX
(312) 407-0411
EMAIL ADDRESS
MICHAEL.SCUDDER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2010 ★

BROOKLYN OFFICE

March 16, 2010

**VIA FEDERAL EXPRESS**

Sandra A. Jones
Attorney Admission Clerk
U.S.D.C., Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: In re Payment Card Interchange Fee and Merchant Discount
    Antitrust Litigation, MDL No. 1:05-MD-1720 (JG)(JO)

Dear Ms. Jones:

I represent J.P. Morgan Chase, defendant in the above referenced multi-district litigation. Pursuant to the Court's December 29, 2005 electronic order (Docket Entry No. 93):

> PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05.

In compliance with Pretrial Order 1, enclosed please find payment of $25.00 for my admission *Pro Hac Vice* for purposes of Master File 1:05-MD-1720. Please be advised that I am a member in good standing of the United States District Court for the Northern District of Illinois.

Very truly yours,

Michael Y. Scudder

Enclosure
cc: All Counsel of Record via ECF (w/o enclosure)