TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re PAYMENT CARD INTERCHANGE FEE AND
MERCHANT DISCOUNT ANTITRUST LITIGATION

MDL 1720
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY:   Plaintiffs
K. Craig Wildfang
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
(612) 349-8500
kcwildfang@rkmc.com

INDICATE UPON THE PUBLIC DOCKET SHEET:   YES
**PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**OBJECTIONS TO JUDGE ORENSTEIN'S REPORT**
**AND RECOMMENDATION OF FEBRUARY 12, 2010**

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a _new_ application, the statute, regulation, or other legal basis that authorizes filing under seal:

Brief containing information that Defendants have designated as Highly Confidential under the Protective Order

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: _____, NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE_____
                                                    DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.) XX** A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____ This is a criminal document submitted, and flight public safety, or security are significant concerns.

March 26, 2010
DATE

_____
SIGNATURE

81380592.1