UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | **MDL 05-1720 (JG) (JO)** |
| PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | |
| This document refers to: ALL ACTIONS | |

THE FOLLOWING EXHIBIT 5 AS ATTACHED
TO PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO JUDGE
ORENSTEIN'S REPORT AND RECOMMENDATION OF FEBRUARY 12,
2010 IS FILED UNDER SEAL

THIS ATTACHMENT IS SEALED PURSUANT TO ORDER OF THE COURT AND CONTAINS CONFIDENTIAL INFORMATION AND
HIGHLY CONFIDENTIAL INFORMATION FILED IN THIS CASE BY CLASS PLAINTIFFS AND IS NOT TO BE OPENED OR THE
CONTENTS THEREOF TO BE DISPLAYED OR REVEALED EXCEPT BY ORDER OF THE COURT.