UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------x
IN RE PAYMENT CARD INTERCHANGE     MASTER FILE NO. 1:05-md-1720-JG-JO
FEE and MERCHANT-DISCOUNT       :
ANTITRUST LITIGATION
                                :
This Document Relates to All Class Actions
                                :

                                :
---------------------------------x

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, I, Linda Wong Cenedella, request the withdrawal of my appearance as counsel for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, and JPMorgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank, and further request removal from the Court's electronic filing notification system for this action. I will be leaving the law firm of Skadden, Arps, Slate, Meagher & Flom LLP effective today, April 23, 2010. No delay in this action will result from my withdrawal as counsel. Skadden, Arps, Slate, Meagher & Flom LLP shall remain counsel of record for the aforementioned defendants in this action.

Dated: New York, New York
April 23, 2010

                        Respectfully submitted,

                        /s/ Linda Wong Cenedella
                        Linda Wong Cenedella
                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                        Four Times Square
                        New York, NY  10036
                        Tel:  (212) 735-3000
                        Fax:  (212) 735-2000
                        Email: linda.cenedella@skadden.com

## CERTIFICATE OF SERVICE

I certify that on April 23, 2010, I caused a true and correct copy of MOTION FOR LEAVE TO WITHDRAW AS COUNSEL to be served electronically through ECF and LexisNexis File & Serve on counsel of record for the parties.

By: /s/ Linda Wong Cenedella