05 md 1720

```
&%RP&%D1&%RP&%D1&%RPCourt Name: Eastern Dist
rict of New York
Division: 1
Receipt Number: 4653016909
Cashier ID: egoddard
Transaction Date: 07/07/2010
Payer Name: ROBBINS GELLER
----------------------------------
PRO HOC VICE
 For: ROBBINS GELLER
 Case/Party: D-NYE-1-10-LB-000001-002
 Amount:        $25.00
----------------------------------
CHECK
 Check/Money Order Num: 75737
 Amt Tendered: $25.00
----------------------------------
Total Due:     $25.00
Total Tendered: $25.00
Change Amt:    $0.00

ADMIN FOR PATRICK J. COUGHLIN
```

# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

David W. Mitchell
DMitchell@rgrdlaw.com

June 29, 2010

Via Federal Express & ECF

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 7 2010 ★
**BROOKLYN OFFICE**

Sandra A. Jones
Attorney Admission Clerk
USDC, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
     MDL No. 1720 (JG) (JO)

Dear Ms. Jones:

   I represent certain class plaintiffs in the above-mentioned matter. I respectfully request the *pro hac vice* admission of Patrick J. Coughlin (patc@rgrdlaw.com), of my firm, pursuant to the Court's December 29, 2005 electronic order below:

   PRETRIAL ORDER 1: Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, each attorney acting as counsel for any party herein who is a member of good standing of the bar of any United States District Court shall be deemed admitted pro hac vice before this court, without further action, upon payment of the admission fee, in connection with these proceedings. Approved by Judge James Orenstein on 12/29/05.

*See* Docket No. 93.

   In compliance with the order, enclosed please find my firm's check in the amount of $25.00 for admission *pro hac vice* of Patrick J. Coughlin in this case. Please be advised that Patrick J. Coughlin is a member of good standing in the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the District of Columbia and the Southern District of New York.

                              Respectfully,

                              s/ David W. Mitchell

                              DAVID W. MITCHELL

DWM:jpi
Enclosure

cc:  All Counsel (via ECF, w/out encl.)

570495_1