**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

K. Craig Wildfang
612-349-8554

September 28, 2010

**VIA ECF**

The Honorable Magistrate Judge James Orenstein
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:    In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
             Case No. 1:05-MD-1720-(JG)(JO)

Dear Magistrate Judge Orenstein:

    I respectfully write to inform the Court and all parties that Class Plaintiffs will today file a redacted *Class Plaintiffs' Letter Motion of September 28, 2010 to Modify the Protective Order or, Alternatively, Re-designate Documents* and accompanying Exhibit A and Exhibit F under seal, in accordance with the procedures set forth in Paragraph 27 of the October 30, 2009 Fourth Amended Protective Order ("Protective Order").

    Filing under seal is required for the documents listed above because each of these documents has been designated by Visa's counsel as "Confidential" or "Highly Confidential" pursuant to the Protective Order. The Protective Order requires Class Plaintiffs to file these attachments under seal.

    Attached to this letter are:

1. Application for Leave to File these documents under seal;

2. Redacted Letter Motion to Modify the Protective Order or, Alternatively, Redesignate Documents and attached Exhibits A through F; and

3. Certificate of Service.

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    NEW YORK

81751039.1

Magistrate Judge Orenstein
September 28, 2010
Page 2


      We will provide an unredacted courtesy copy to the Court. All counsel have been served with unredacted copies.

                              Respectfully submitted,

                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                              *s/ K. Craig Wildfang*

                              K. Craig Wildfang

KCW/bsb
Enclosures
cc:    Clerk of Court
       All Counsel of Record via ECF and Lexis Nexis File & Serve

81751039.1