**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

ATTORNEYS AT LAW

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

K. CRAIG WILDFANG
612-349-8554

October 28, 2010

<u>**VIA ECF**</u>

The Honorable Magistrate Judge James Orenstein
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:    In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 1:05-MD-1720-(JG)(JO)

Dear Magistrate Judge Orenstein:

    I write on behalf of all parties in response to the Court's order of October 21, 2010 [Dkt. 1432] regarding Plaintiffs' motion to amend the protective order or de-designate certain documents relating to Defendants' debit-card costs as "highly confidential," in order to allow Plaintiffs to share those documents with the Federal Reserve Board. The Court's order requires that the parties report on the status of their efforts to send a joint letter to the Board that describes the documents that Plaintiffs wish to submit. Earlier today, the parties submitted such a letter -- along with an appendix that describes the documents that Plaintiffs wish to submit. The parties will inform the Court of the Board's response.

    Sincerely,

    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

    *s/ K. Craig Wildfang*

    K. Craig Wildfang

KCW/sml
cc:    All Counsel of Record via ECF