**UNITED STATES DISTRICT COURT**  **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**  **MINUTE ORDER**

BEFORE:   JAMES ORENSTEIN          DATE:   2/17/2011
          U.S. MAGISTRATE JUDGE     TIME:   11:00 a.m.

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
**MD 05-1720 (JG) (JO)**

TYPE OF CONFERENCE:  Status

APPEARANCES:     See attachment

SCHEDULING: The next status conference will be held on March 24, 2011, at 11:00 a.m.

THE FOLLOWING RULINGS WERE MADE:

1.    The parties will confer as to a trial date (including the extent to which various parties'
      claims should be tried together or separately, and the timing and sequence of multiple
      trials, if required) and be prepared to discuss the matter further at the next conference. In
      particular, the parties shall identify any objections to a trial date of September 12, 2012.

2.    The parties will confer further with respect to the issue of supplemental discovery and
      report at the next conference. In that regard, with respect to the Class Plaintiffs' pending
      claims, the parties will confer to identify the allegations in the operative complaint which,
      if denied by any defendant, would require further discovery. In addition, the defendants
      will identify for the plaintiffs all anticipated affirmative defenses.

3.    The parties will work together to compile a list of documents that remain under seal and
      propose a process for considering the need for continued secrecy as to some or all such
      documents.

4.    The parties will confer as to scheduling and may propose alternate dates for the next
      conference.

                                                 SO ORDERED

                                                 /s/ James Orenstein
                                                 JAMES ORENSTEIN
                                                 U.S. Magistrate Judge