# WILLKIE FARR & GALLAGHER LLP

MATTHEW FREIMUTH
212 728 8183
mfreimuth@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 11, 2011

**VIA ECF**

The Honorable James Orenstein
Unites States Magistrate Judge
United States District Court
　for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, New York  11201

Re:　*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,*
05-MD-1720 (JG)(JO)

Dear Judge Orenstein:

We write in response to Class Plaintiffs' letter seeking an extension of the Court's 3-page limit on pre-motion conference letters. Defendants did not consent to the Class Plaintiffs' request because the scope of the discovery disputes that are ripe for motion practice remains unclear and is likely to narrow by the time Class Plaintiffs file a pre-motion conference letter. Accordingly, Defendants believe that the appropriate course is for Class Plaintiffs to file a single pre-motion letter of three pages or less on any discovery issue that remains in dispute, as called for in the Court's Individual Practice Rules.

Respectfully submitted,

Matthew Freimuth