UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT-DISCOUNT ANTITRUST LITIGATION | MASTER FILE NO. 1:05-md-1720-JG-JO |
| This Document Relates to All Actions | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF NICHOLAS M. MENASCHÉ

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws his appearance in the above-captioned matter on behalf of Defendant Barclays Financial Corp. ("Barclays"), and requests that no further notices be given to or required of him in these actions, and therefore to be removed from the Court's ECF notification system. All other counsel from Shearman & Sterling LLP who have appeared on behalf of Barclays remain in the action.

Dated: May 12, 2011               SHEARMAN & STERLING LLP


                                  By: /s/ Nicholas M. Menasché
                                       Nicholas M. Menasché

                                  599 Lexington Avenue
                                  New York, New York 10022-6069
                                  Telephone: (212) 848-4000

                                  *Attorneys for Defendant Barclays*
                                  *Financial Corp.*

## CERTIFICATE OF SERVICE

        I, Nicholas M. Menasché, hereby certify that on May 13, 2011, I caused a true and correct copy of the Notice of Withdrawal of Nicholas M. Menasché to be served via the Lexis-Nexis File and Serve system on all counsel registered to use that system.

Dated: May 13, 2010

SHEARMAN & STERLING LLP

By: /s/ Nicholas M. Menasché
     Nicholas M. Menasché

599 Lexington Avenue
New York, New York  10022-6069
Telephone:  (212) 848-4000

*Attorneys for Defendant Barclays Financial Corp.*