**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Tel: 612-349-8500  Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Ryan W. Marth
612-349-0962

June 24, 2011

**VIA ECF**

The Honorable Magistrate Judge James Orenstein
225 Cadman Plaza East
Room 456 North
Brooklyn, NY 11201

    Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
           Case No. 1:05-MD-1720-(JG)(JO)

Dear Judge Orenstein:

    I write on behalf of the parties regarding the status of the parties' discussions regarding the filing of dispositive and *Daubert* motions. The parties are close to reaching agreement and hope to submit a proposed stipulated order to the Court early next week. In the event that the parties cannot reach agreement, they will submit any areas of disagreement to the Court for its consideration.

                        Respectfully submitted,

                        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                        *s/Ryan W. Marth*
                        Ryan W. Marth

KCW/rjr
cc:    All Counsel of Record via ECF

82308348.1

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    NEW YORK