35916837
Feb 12 2011
1:15AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | |
| *This Document Relates To*: | Master File No. 05-MD-1720 (JG)(JO) |
| Hy-Vee, Inc. v. Visa U.S.A. Inc., et al., Case No.1:05-CV-03925 | **Individual Plaintiffs' Notice of Motion for Partial Summary Judgment** |
| Supervalu Inc. v. Visa U.S.A. Inc., et al., Case No: 1:05-CV-4650 | **(ORAL ARGUMENT REQUESTED)** |
| Publix Super Markets, Inc. v. Visa U.S.A. Inc., et al., Case No: 1:05-CV-4677 | |
| Raley's v. Visa U.S.A. Inc., et al., Case No: 1:05-CV-4799 | |
| The Kroger Company, et al. v. MasterCard, et al., Case No: 1:06-CV-0039 | |
| The Kroger Company, et al. v. Visa U.S.A. Inc., et al., Case No: 1:05-CV-05078 | |
| Rite Aid Corporation, et al. v. MasterCard Incorporated, et al., Case No: 1:06-CV-0078 | |
| Rite Aid Corporation, et al. v. Visa U.S.A. Inc., et al., Case No: 1:05-CV-05352 | |
| BI-LO, LLC, et al. v. MasterCard Incorporated, et al., Case No: 1:06-CV-2534 | |
| BI-LO, LLC, et al. v. Visa U.S.A. Inc., et al., Case No: 1:06-CV-02532 | |
| QVC, Inc. v. Visa U.S.A. Inc., et al., Case No: 1:07-CV-0592 | |
| Wakefern Food Corp. v. Visa U.S.A. Inc., et al., Case No: 1:06-CV-5765 | |
| Meijer, Inc., et al v. Visa U.S.A. Inc., et al.; Case No: 1:05-CV-4131 | |

PLEASE TAKE NOTICE that Individual Plaintiffs, pursuant to Rule 56, Fed.R.Civ.P., respectfully move for partial summary judgment with respect to Individual Plaintiffs' claims regarding Visa's and MasterCard's Anti-Steering Merchant Restraints.  Based on the analysis set forth in their supporting Memorandum of Law, Individual Plaintiffs request that this Court enter an Order granting their Motion for Partial Summary Judgment that the agreements among Visa's competing financial institutions to enforce Visa's Anti-Steering Merchant Restrains, and the agreements among MasterCard's competing financial institutions to enforce MasterCard's Anti-Steering Merchant Restraints, are each *per se* violations of Section 1 of the Sherman Act, 15 U.S.C. § 1.

PLEASE TAKE FURTHER NOTICE that Individual Plaintiffs request oral argument on their Motion for Partial Summary Judgment on a date and at a time to be designated by the Court.

Dated:  February 11, 2011	Respectfully submitted,

                                                                  KENNY NACHWALTER, P.A.

By:  ___/s/ *William J. Blechman*___
    Richard Alan Arnold, Esquire
    William J. Blechman, Esquire
    Kevin J. Murray, Esquire
    James Almon, Esquire
    201 South Biscayne Boulevard
    Suite 1100
    Miami, Florida 33131
    Tel:    (305) 373-1000
    Fax:   (305) 372-1861
    Email:  wblechman@kennynachwalter.com

**Counsel for the Kroger Plaintiffs**

– and –

HANGLEY ARONCHICK SEGAL & PUDLIN

By: ___/s/ *Steve D. Shadowen*___
    Steve D. Shadowen, Esquire
    Eric L. Bloom, Esquire
    Jason L. Reimer, Esquire
    30 North Third Street
    Suite 700
    Harrisburg, PA  17101-1713
    Tel:    (717) 364-1030
    Fax:   (717) 364-1020
    E-mail:  sds@hangley.com

**Counsel for the Rite Aid Plaintiffs**

– and –

SPERLING & SLATER, P.C.

BY: ___/s/ *Paul E. Slater*___
    Paul E. Slater, Esquire
    55 West Monroe
    Suite 3200
    Chicago, Illinois  60603
    Tel:    (312) 641-3200
    Fax:   (312) 641-6492
    E-mail: pes@sperling-law.com

**Counsel for the Supervalu Plaintiffs**

401245.1