

35916829

Feb 12 2011
12:25AM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Payment Card Interchange Fee And Merchant Discount Antitrust Litigation<br><br>This Document Relates to All Class Actions | Case No. 1:05-MD-1720 (JG)(JO) |

## Class Plaintiffs' Notice of Motion for Summary Judgment

82003431.1

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Statement of Undisputed Facts Pursuant to Rule 56.1, and Declaration of Ryan W. Marth and exhibits annexed thereto, Class Plaintiffs will move this Court, before Magistrate Judge James Orenstein, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY, on a date and time determined by the Court, for an order pursuant to Fed. R. Civ. P. 56(a), for Summary Judgment for Class Plaintiffs on the liability on Claims 1, 2, 5, 10, 11, 13, 14, 17, 18, and 20 in the Second Consolidated Amended Class Action Complaint.

Pursuant to the Twelfth Scheduling Order, Dispositive motions and *Daubert* motions shall be served on February 11, 2011. Responses to such motions shall be served on April 22, 2011. The parties shall serve their replies and file all motion papers on the docket no later than June 10, 2011.

PLEASE TAKE FURTHER NOTICE THAT, Class Plaintiffs request oral argument on this motion.

February 11, 2011                **Robins, Kaplan, Miller & Ciresi L.L.P.**

By: ___*s/ K. Craig Wildfang*___
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth

800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Tel: 612-349-8500
Fax: 612-339-4181

82003431.1

**BERGER & MONTAGUE, P.C.**
H. Laddie Montague
Merrill Davidoff
Bart Cohen
Michael Kane

1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

**ROBBINS GELLER RUDMAN & DOWD LLP**
Bonny Sweeney

655 West Broadway, Suite 1900
San Diego, CA  92101
Tel: 619-231-1058
Fax: 619-231-7423

*Co-Lead Counsel for Class Plaintiffs in MDL 1720*

82003431.1