IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Payment Card Interchange Fee And Merchant Discount Antitrust Litigation<br><br>This Document Relates to All Class Actions | Case No. 1:05-MD-1720 (JG)(JO)<br><br>**CERTIFICATE OF SERVICE** |

I certify that on July 7, 2011, I caused to be served:

**PUBLIC REDACTED VERSIONS OF:**

(1) Class Plaintiffs' Notice of Motion for Summary Judgment

(2) Class Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment

(3) Defendants Memorandum of Law in Opposition to Class Plaintiffs' Motion for Summary Judgment

(4) Class Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment

via LexisNexis File & Serve to counsel of record.

        By:  s/K. Craig Wildfang
            K. Craig Wildfang
            Thomas J. Undlin
            Ryan W. Marth

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Tel: 612-349-8500
Fax: 612-339-4181

*Co-Lead Counsel for Class Plaintiffs in MDL 1720*

82342328.1