35898276
Feb 11 2011
1:25PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE and MERCHANT-DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | MASTER FILE NO. 1:05-md-1720-JG-JO<br><br>ORAL ARGUMENT REQUESTED |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Peter E. Greene, and exhibits attached thereto; Defendants' Local Rule 56.1 Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried; Defendants' Memorandum of Law in Support of The Motion For Summary Judgment As To The Claims in The Second Consolidated Amended Class Action Complaint; Network Defendants' Memorandum in Support of The Motion For Summary Judgment Against The Claims In The Individual Plaintiffs' Complaints; and Defendants' Memorandum in Support of The Motion for Summary Judgment on Class Plaintiffs' IPO, Post-IPO Conspiracy, and Fraudulent Conveyance Claims, and Individual Plaintiffs' Post-IPO Conspiracy Claim, the undersigned defendants will move this Court on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201-1818 for an Order pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor on all claims, dismissing all plaintiffs' complaints in their entirety, and for such other further relief as the court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that defendants request oral argument of this motion.

Dated: New York, New York
February 11, 2011

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Gary R. Carney
Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

Kenneth A. Gallo
Joseph J. Simons
2001 K Street, N.W.
Washington, DC 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420

**WILLKIE FARR & GALLAGHER LLP**

Keila D. Ravelo
Wesley R. Powell
Matthew Freimuth
787 Seventh Avenue
New York, New York 10019-6099
Tel.: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendant MasterCard Incorporated and MasterCard International Incorporated*

**ARNOLD & PORTER LLP**

By: /s/ Robert C. Mason
Robert C. Mason
399 Park Avenue
New York, NY  10022-4690
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
robert.mason@aporter.com

Robert J. Vizas
One Embarcadero Center, 22nd Floor
San Francisco, CA   94111-3711
Telephone:  (415) 356-3000
Facsimile:  (415) 356-3099

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, N.W.
Washington, DC   20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**MORRISON & FOERSTER LLP**

By: /s/ Mark P. Ladner
    Mark P. Ladner
    Michael B. Miller
    1290 Avenue of the Americas
    New York, NY   10104-0050
    Telephone:  (212) 468-8000
    Facsimile:  (212) 468-7900
    mladner@mofo.com

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.*


**SHEARMAN & STERLING LLP**

By: /s/ James P. Tallon
    James P. Tallon
    Wayne D. Collins
    Lisl J. Dunlop
    599 Lexington Avenue
    New York, NY 10022-6069
    Tel.: (212) 848-4000
    Fax: (212) 848-7179
    jtallon@shearman.com

*Attorneys for Defendants Barclays Financial Corp. and Barclay's Bank plc*

**O'MELVENY & MYERS LLP**

By: /s/ Andrew J. Frackman
  Andrew J. Frackman
  Times Square Tower
  7 Times Square
  New York, N.Y. 10036
  Tel.: (212) 326-2000
  Fax: (212) 326-2061
  afrackman@omm.com

*Attorneys for Defendants Capital One Bank (USA), N.A., Capital One F.S.B., and Capital One Financial Corp.*

**SKADDEN, ARPS, SLATE, MEAGHER**
 **& FLOM LLP**

By: /s/ Peter E. Greene
  Peter E. Greene
  Peter S. Julian
  Four Times Square
  New York, NY  10036
  Telephone:  (212) 735-3000
  Facsimile:  (212) 735-2000
  peter.greene@skadden.com

  Michael Y. Scudder
  155 North Wacker Drive
  Chicago, IL  60606-1720
  Telephone:  (312) 407-0700
  Facsimile:  (312) 407-0411
  michael.scudder@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank, Bank One Corporation, and Bank One Delaware*

5

**SIDLEY AUSTIN LLP**

By: /s/ David F. Graham
David F. Graham
Eric H. Grush
One South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (212) 853-7036
dgraham@sidley.com

Benjamin R. Nagin
787 Seventh Ave
New York, N.Y. 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for Defendants Citibank (South Dakota), N.A., Citibank, N.A., Citigroup Inc., and Citicorp*

**KEATING MUETHING & KLEKAMP PLL**

By: /s/Richard L. Creighton
Richard L. Creighton
Joseph M. Callow, Jr.
Drew M. Hicks
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Tel.: (513) 579-6400
Fax: (513) 579-6457

*Attorneys for Defendant Fifth Third Bancorp*

**KUTAK ROCK LLP**

By: /s/ John P. Passarelli
John P. Passarelli
James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Tel.: (402) 346-6000
Fax: (402) 346-1148
john.passarelli@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Christopher R. Lipsett
Christopher R. Lipsett
David S. Lesser
399 Park Avenue
New York, N.Y. 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888
chris.lipsett@wilmerhale.com

Ali M. Stoeppelwerth
Perry A. Lange
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**JONES DAY**

By: /s/ John M. Majoras
John M. Majoras
Joseph W. Clark
51 Louisiana Avenue, NW
Washington, DC  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
jmmajoras@jonesday.com

*Attorneys for Defendants National City Corporation, National City Bank of Kentucky*

**PULLMAN & COMLEY, LLC**

By: /s/ Jonathan B. Orleans
Jonathan B. Orleans
Adam S. Mocciolo
850 Main Street
Bridgeport, CT  06601-7006
Telephone:  (203) 330-2000
Facsimile:  (203) 576-8888
jborleans@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

**ALSTON & BIRD LLP**

By: /s/ Teresa T. Bonder
Teresa T. Bonder
Valarie C. Williams
Kara F. Kennedy
1201 W. Peachtree Street, N.W.
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
teresa.bonder@alston.com

*Attorneys for Defendant Suntrust Banks, Inc.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ Robert P. LoBue
　　　Robert P. LoBue
　　　Norman W. Kee
　　　Patterson Belknap Webb & Tyler LLP
　　　1133 Avenue of the Americas
　　　New York, NY 10036
　　　Tel.: (212) 336-2596
　　　Fax: (212) 336-2222
　　　rplobue@pbwt.com

*Attorneys for Defendants Wachovia Bank, NA., Wachovia Corporation, and Wells Fargo & Company*

35898276

Feb 11 2011
1:25PM

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on February 11, 2011, I caused a true copy of the foregoing:

- Defendants' Notice of Motion For Summary Judgment;
- Defendants' Memorandum of Law in Support of The Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint;
- Defendants' Statement of Material Facts as to Which There Is No Genuine Issue To Be Tried;
- Transmittal Declaration In Connection With Defendants' Motion For Summary Judgment And Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried (without exhibits);
- Defendants' Notice of Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel; and
- Defendants' Memorandum of Law in Support of The Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel

to be served electronically through LexisNexis File & Serve upon counsel of record for the parties.  I further certify that I caused *Transmittal Declaration In Connection With Defendants' Motion for Summary Judgment And Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried with attached Exhibits 1-250* to be served by Federal Express on the following:

> K. Craig Wildfang, Esq.
> Robins, Kaplan, Miller & Ciresi LLP
> 2800 LaSalle Plaza
> 800 LaSalle Avenue
> Minneapolis, MN  55402
>
> William J. Blechman, Esq.
> Kenny Nachwalter, P.A.
> 1100 Miami Center
> 201 South Biscayne Boulevard
> Miami, FL  33131

Dated: New York, New York
February 11, 2011

/s/ Kamali P. Willett
Kamali P. Willett
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
kamali.willett@skadden.com
(212) 735-3000