35898276

Feb 11 2011
1:25PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

IN RE

PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

This Document Relates To:

All Actions

Master File No.: 1:05-md-1720(JG)(JO)

ORAL ARGUMENT REQUESTED

## DEFENDANTS' NOTICE OF MOTION TO EXCLUDE CERTAIN OPINIONS OF
## CLASS PLAINTIFFS' ECONOMIC EXPERT DR. ALAN S. FRANKEL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in
Support of Their Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr.
Alan S. Frankel and Transmittal Declaration of Matthew Freimuth in Connection with
Defendants' Motions to Exclude the Opinions of Dan Ariely, Victor Fleisher, Alan S. Frankel,
Kevin F. Henry, Joseph Stiglitz, and Christopher A. Vellturo and exhibits annexed thereto, the
undersigned Defendants will move this Court at the United States Courthouse for the Eastern
District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201-1818, on a date and time
determined by the Court, for an Order to exclude the testimony of Dr. Alan S. Frankel.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on
this motion.

Dated:   New York, New York          Respectfully submitted,
         February 11, 2011

**PAUL, WEISS, RIFKIND, WHARTON &**
**  GARRISON LLP**

By:   /s/ Gary R. Carney
      Andrew C. Finch
      Gary R. Carney
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Tel.: (212) 373-3000
      Fax: (212) 757-3990
      gcarney@paulweiss.com

      Kenneth A. Gallo
      Joseph J. Simons
      2001 K Street, N.W.
      Washington, DC 20006-1047
      Tel.: (202) 223-7300
      Fax: (202) 223-7420

**WILLKIE FARR & GALLAGHER LLP**

      Keila D. Ravelo
      Wesley R. Powell
      Matthew Freimuth
      787 Seventh Avenue
      New York, New York 10019-6099
      Tel.: (212) 728-8000
      Fax: (212) 728-8111

      *Attorneys for Defendant MasterCard Incorporated*
      *and MasterCard International Incorporated*

**ARNOLD & PORTER LLP**

By:  /s/ Robert C. Mason
       Robert C. Mason
       399 Park Avenue
       New York, NY  10022-4690
       Telephone:  (212) 715-1000
       Facsimile:  (212) 715-1399
       robert.mason@aporter.com

       Robert J. Vizas
       One Embarcadero Center, 22nd Floor
       San Francisco, CA  94111-3711
       Telephone:  (415) 356-3000
       Facsimile:  (415) 356-3099

       Mark R. Merley
       Matthew A. Eisenstein
       555 12th Street, N.W.
       Washington, DC  20004-1206
       Telephone:  (202) 942-5000
       Facsimile:  (202) 942-5999

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc.,*
*and Visa International Service Association*

**MORRISON & FOERSTER LLP**

By:   /s/ Mark P. Ladner
      Mark P. Ladner
      Michael B. Miller
      1290 Avenue of the Americas
      New York, NY   10104-0050
      Telephone:  (212) 468-8000
      Facsimile:  (212) 468-7900
      mladner@mofo.com

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.*

**SHEARMAN & STERLING LLP**

By:   /s/ James P. Tallon
      James P. Tallon
      Wayne D. Collins
      Lisl J. Dunlop
      599 Lexington Avenue
      New York, NY 10022-6069
      Tel.: (212) 848-4000
      Fax: (212) 848-7179
      jtallon@shearman.com

*Attorneys for Defendants Barclays Financial Corp. and Barclay's Bank plc*

4

**O'MELVENY & MYERS LLP**

By:   /s/ Andrew J. Frackman
        Andrew J. Frackman
        Times Square Tower
        7 Times Square
        New York, N.Y. 10036
        Tel.: (212) 326-2000
        Fax: (212) 326-2061
        afrackman@omm.com

*Attorneys for Defendants Capital One Bank (USA), N.A., Capital One F.S.B., and Capital One Financial Corp.*

**SKADDEN, ARPS, SLATE, MEAGHER**
     **& FLOM LLP**

By:   /s/ Peter E. Greene
        Peter E. Greene
        Peter S. Julian
        Four Times Square
        New York, NY   10036
        Telephone:  (212) 735-3000
        Facsimile:  (212) 735-2000
        peter.greene@skadden.com

        Michael Y. Scudder
        155 North Wacker Drive
        Chicago, IL  60606-1720
        Telephone:  (312) 407-0700
        Facsimile:  (312) 407-0411
        michael.scudder@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank, Bank One Corporation, and Bank One Delaware*

5

**SIDLEY AUSTIN LLP**

By:   /s/ David F. Graham
     David F. Graham
     Eric H. Grush
     One South Dearborn Street
     Chicago, IL 60603
     Tel.: (312) 853-7000
     Fax: (212) 853-7036
     dgraham@sidley.com

     Benjamin R. Nagin
     787 Seventh Ave
     New York, N.Y. 10019
     Tel.: (212) 839-5300
     Fax: (212) 839-5599

*Attorneys for Defendants Citibank (South Dakota),*
*N.A., Citibank, N.A., Citigroup Inc., and Citicorp*

**KEATING MUETHING & KLEKAMP PLL**

By:   /s/Richard L. Creighton
     Richard L. Creighton
     Joseph M. Callow, Jr.
     Drew M. Hicks
     One East Fourth Street
     Suite 1400
     Cincinnati, OH 45202
     Tel.: (513) 579-6400
     Fax: (513) 579-6457

*Attorneys for Defendant Fifth Third Bancorp*

6

**KUTAK ROCK LLP**

By:   /s/ John P. Passarelli
       John P. Passarelli
       James M. Sulentic
       The Omaha Building
       1650 Farnam Street
       Omaha, NE 68102-2186
       Tel.: (402) 346-6000
       Fax: (402) 346-1148
       john.passarelli@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:   /s/ Christopher R. Lipsett
       Christopher R. Lipsett
       David S. Lesser
       399 Park Avenue
       New York, N.Y. 10022
       Tel.: (212) 230-8800
       Fax: (212) 230-8888
       chris.lipsett@wilmerhale.com

       Ali M. Stoeppelwerth
       Perry A. Lange
       1875 Pennsylvania Ave., N.W.
       Washington, D.C. 20006
       Tel.: (202) 663-6000
       Fax: (202) 663-6363

*Attorneys for HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**JONES DAY**

By:   /s/ John M. Majoras
     John M. Majoras
     Joseph W. Clark
     51 Louisiana Avenue, NW
     Washington, DC   20001
     Telephone:  (202) 879-3939
     Facsimile:  (202) 626-1700
     jmmajoras@jonesday.com

*Attorneys for Defendants National City Corporation, National City Bank of Kentucky*

**PULLMAN & COMLEY, LLC**

By:   /s/ Jonathan B. Orleans
     Jonathan B. Orleans
     Adam S. Mocciolo
     850 Main Street
     Bridgeport, CT   06601-7006
     Telephone:  (203) 330-2000
     Facsimile:  (203) 576-8888
     jborleans@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

**ALSTON & BIRD LLP**

By:   /s/ Teresa T. Bonder
     Teresa T. Bonder
     Valarie C. Williams
     Kara F. Kennedy
     1201 W. Peachtree Street, N.W.
     Atlanta, GA 30309
     Tel.: (404) 881-7000
     Fax: (404) 881-7777
     teresa.bonder@alston.com

*Attorneys for Defendant Suntrust Banks, Inc.*

8

**PATTERSON BELKNAP WEBB & TYLER LLP**

By:   /s/ Robert P. LoBue
       Robert P. LoBue
       Norman W. Kee
       Patterson Belknap Webb & Tyler LLP
       1133 Avenue of the Americas
       New York, NY  10036
       Tel.:  (212) 336-2596
       Fax:  (212) 336-2222
       rplobue@pbwt.com

*Attorneys for Defendants Wachovia Bank, NA.,*
*Wachovia Corporation, and Wells Fargo*
*& Company*

9

Feb 11 2011
1:25PM

35898276

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on February 11, 2011, I caused a true copy of the foregoing:

- Defendants' Notice of Motion For Summary Judgment;
- Defendants' Memorandum of Law in Support of The Motion for Summary Judgment as to the Claims in the Second Consolidated Amended Class Action Complaint;
- Defendants' Statement of Material Facts as to Which There Is No Genuine Issue To Be Tried;
- Transmittal Declaration In Connection With Defendants' Motion For Summary Judgment And Statement Of Material Facts As To Which There Is No Genuine Issue To Be Tried (without exhibits);
- Defendants' Notice of Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel; and
- Defendants' Memorandum of Law in Support of The Motion to Exclude Certain Opinions of Class Plaintiffs' Economic Expert Dr. Alan S. Frankel

to be served electronically through LexisNexis File & Serve upon counsel of record for the parties.  I further certify that I caused *Transmittal Declaration In Connection With Defendants' Motion for Summary Judgment And Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried with attached Exhibits 1-250* to be served by Federal Express on the following:

> K. Craig Wildfang, Esq.
> Robins, Kaplan, Miller & Ciresi LLP
> 2800 LaSalle Plaza
> 800 LaSalle Avenue
> Minneapolis, MN  55402
>
> William J. Blechman, Esq.
> Kenny Nachwalter, P.A.
> 1100 Miami Center
> 201 South Biscayne Boulevard
> Miami, FL  33131

Dated: New York, New York          /s/ Kamali P. Willett
   February 11, 2011          Kamali P. Willett
               SKADDEN, ARPS, SLATE,
                MEAGHER & FLOM LLP
               Four Times Square
               New York, New York 10036
               kamali.willett@skadden.com
               (212) 735-3000