# KMK | Keating Muething & Klekamp PLL
ATTORNEYS AT LAW

RICHARD L. CREIGHTON, JR.
DIRECT DIAL: (513) 579-651337
FACSIMILE: (513) 579-6457
E-MAIL: RCREIGHTON@KMKLAW.COM

August 24, 2011

Sandra A. Jones
Attorney Admissions Clerk
United States District Court
Eastern District of New York
Brooklyn Courthouse – Intake Section
225 Cadman Plaza East
Brooklyn, New York  11201

Re:   *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      Case No.:  1:05-MD-1720 (JG) (JO)

Dear Clerk:

This firm represents Fifth Third Bancorp in the above-referenced action.  Pursuant to Judge Gleeson's Order dated December 29, 2005, Docket No. 93, we respectfully request that W. Jeffrey Sefton be admitted in this action *pro hac vice* and attached is a Notice of Appearance. The $25.00 admission fee is being paid by credit card at the time of this filing.

Thank you for your attention to this matter and please call should you have any questions or comments.

Very truly yours,

KEATING MUETHING & KLEKAMP PLL

By: Richard L. Creighton, Jr.
    Richard L. Creighton, Jr.

RLC:dmr
Attachment

4034172.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PAYMENT CARD INTERCHANGE FEE<br>AND MERCHANT DISCOUNT ANTITRUST<br>LITIGATION<br><br>This Document Relates To:  All Class Actions | MASTER FILE 05-MD-1720 (JG) (JO)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I have been retained by Fifth Third Bancorp a named defendant in the above-captioned matter.  I am authorized to appear pursuant to Rule 1.4 R.P.J.P.M.L. and this Court's Pretrial Order 1, dated December 29, 2005 governing *pro hac vice* admission in the above-captioned matters.

I am a member in good standing of the bar of the United States District Court for the Southern District of Ohio and the fee for my *pro hac vice* admission has been paid to the Clerk's Office of the United States District Court for the Eastern District of New York.

DATED this 24th day of August, 2011.

FIFTH THIRD BANCORP,
Defendant

/s/ *W. Jeffrey Sefton*
W. Jeffrey Sefton (WS0149)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
jsefton@kmklaw.com
Tel:  (513) 579-6400
Fax:  (513) 579-6457

- 2 -

## CERTIFICATE OF SERVICE

    The undersigned hereby certified that on this 24th day of August, 2011 the foregoing was filed with the Clerk of the Court and served upon all parties of record via LexisNexis File & Serve.

                                              /s/ *W. Jeffrey Sefton*
                                              W. Jeffrey Sefton (WS0149)

4034070.1