# CIVIL CAUSE FOR CONFERENCE: Oral Argument

Before JUDGE: __GLEESON__   DATE: __11/2/2011__   TIME: __9:30 Am - 1:30 pm.__
Docket Number: __05 MDL 1720__

TITLE: __In re: Payment Card Interchange Fee and Merchant Discount__

Courtroom Deputy: __Ilene Lee__   CR: __Ronald Tolkin.__

APPEARANCES:

   FOR PLAINTIFF:  __(Please see separate appearance sheet.)__

   FOR PLAINTIFF:  _____

   FOR DEFENDANT:  _____"_____

   FOR DEFENDANT:  _____

✓  CASE CALLED.

___  COUNSEL FOR _____ NOT PRESENT.

___  STATUS CONFERENCE HELD.   ___  PRE-MOTION CONFERENCE HELD.

___  CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___  PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___  ALL DISCOVERY TO BE COMPLETED BY _____.

✓  __Plaintiff's Partial__ MOTION ~~to~~ __for Summary Judgment [1477], [1503], Defendant's Motion for Summary Judgment [1478], [1495].   [1484] [1494]__

BRIEFING SCHEDULE:
   Motion due: _____  Opposition/Response due: _____  Replies due: _____

✓  ORAL ARGUMENT/MOTION HEARING HELD  ___ Motion GRANTED  ___ Motion DENIED

✓  DECISION RESERVED   ___  DECISION READ INTO THE RECORD.

___  DECISION IS TAKEN UNDER SUBMISSION.

- The Court's decision is reserved and will be filed via ECF separately.
- As per the court reporter's request: All transcript request should be forwarded to Ronald E. Tolkin at (718) 613-2647 or via e-mail at Ronald_Tolkin@NYED.USCOURTS.gov

## ATTORNEY APPEARANCES FOR THE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION HEARING
## 05-MDL-1720

**Date:** **November 2, 2011**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Susan R. Schwaiger, Esq. | **Peter E. Greene, Esq. *** |
| **Richard A. Arnold, Esq. *** | Gary Carney, Esq. |
| **Steve Shadowen, Esq. *** | John P. Passarelli, Esq. |
| **Paul E. Slater, Esq. *** | Matthew Freimuth, Esq. |
| **Merrill G. Davidoff, Esq. *** | Keila Ravelo, Esq. |
| Bonny E. Sweeney, Esq. | Benjamin R. Nagin, Esq. |
| Alexandra S. Bernay, Esq. | **David Graham, Esq. *** |
| Amelia N. Jadoo, Esq. | Eric Grush, Esq. |
| **K. Craig Wildfang, Esq. *** | **Mark P. Ladner, Esq. *** |
| Kenny Nachwalter, Esq. | Michael Miller, Esq. |
| Kristen M. Anderson, Esq. | **Kenneth A. Gallo, Esq. *** |
| Christopher Burke, Esq. | **Robert J. Vizas, Esq. *** |
| Ryan W. Mirth, Esq. | Mark R. Merly, Esq. |
| Bart D. Cohen, Esq. | Robert C. Mason, Esq. |
| H. Laddie Montague, Jr., Esq. | Matthew Eisenstein, Esq. |
| Linda P. Nussbaum, Esq. | Adam S. Mocciolo, Esq. |

**(* attorney that argued during the hearing)**