

# KENNY NACHWALTER

James Almon
Direct: (305) 381-7463
Email: jalmon@kennynachwalter.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

January 20, 2012

*Via Federal Express*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 23 2012 ★

BROOKLYN OFFICE

Robert C. Heinemann, Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 05-MD-1720 (JG)(JO)**

Dear Mr. Heinemann:

Pursuant to Judge Orenstein's August 25, 2011 Order regarding the parties' stipulation on creating public versions of their respective Rule 56.1 fact statements, enclosed please find three (3) CDs containing "hyperlinked" public versions of the following documents:

1. Individual Plaintiffs' Rule 56.1 Statement of Material Undisputed Facts (served Feb. 2011);

2. Individual Plaintiffs' Rule 56.1 Counter-Statement of Facts (served May 2011); and

3. Individual Plaintiffs' Rule 56.1 Reply Statement of Facts (served June 2011).

Very truly yours,

James Almon

JA/aag
Enclosures

cc:   Matthew Eisenstein, Esq.
      Matthew Freimuth, Esq.
      Kamali Willett, Esq.
      Counsel of record (via Lexis-Nexis without encl.)

422909.1

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323