UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to: ALL ACTIONS | MDL No. 1720 (JG)(JO) |

## Notice of Withdrawal of Attorney

PLEASE TAKE NOTICE that Ronald A. Bloch (formerly of Kalik Lewin) is hereby withdrawn as counsel of record in this matter, as he has retired from the practice of law. We respectfully request that the Court and all parties remove him from their list of counsel for Class Plaintiffs, as he no longer participates in the above-captioned litigation.

June 8, 2012

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: s/ *Ryan W. Marth*
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth

800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Tel: 612-349-8500
Fax: 612-339-4181

BERGER & MONTAGUE, P.C.
H. Laddie Montague, Jr.
Merrill G. Davidoff
Bart D. Cohen

83137358.1

Michael J. Kane
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

ROBBINS GELLER RUDMAN & DOWD LLP
Patrick J. Coughlin
Bonny E. Sweeney
David W. Mitchell
Alexandra S. Bernay
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

*Co-Lead Counsel for Class Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL Docket No. 1720 (JG)(JO) <br><br> **ELECTRONICALLY FILED** |
| This document relates to:<br>    ALL ACTIONS | |

### CERTIFICATE OF SERVICE

I, Ryan W. Marth, hereby certify that on June 8, 2012, I caused the foregoing Notice of Withdrawal of Attorney [Ronald A. Bloch] to be filed electronically with the Clerk of the Court and served electronically on counsel through the Court's ECF system.

June 8, 2011                                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P


                            By:    s/ *Ryan W. Marth*
                                   K. Craig Wildfang
                                   Thomas J. Undlin
                                   Ryan W. Marth

                                   800 LaSalle Avenue, Suite 2800
                                   Minneapolis, MN  55402
                                   Tel: 612-349-8500
                                   Fax: 612-339-4181

                                   BERGER & MONTAGUE, P.C.
                                   H. Laddie Montague, Jr.
                                   Merrill G. Davidoff
                                   Bart D. Cohen
                                   Michael J. Kane

83137358.1                                3

1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

ROBBINS GELLER RUDMAN & DOWD LLP
Patrick J. Coughlin
Bonny E. Sweeney
David W. Mitchell
Alexandra S. Bernay
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Fax: 619-231-7423

*Co-Lead Counsel for Class Plaintiffs*