UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PAYMENT CARD            : MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE               :
AND MERCHANT DISCOUNT         : **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION          :
_____ :
                              :
This Document Relates To ALL ACTIONS.   :
                              :
------------------------------------------------------------x

     PLEASE TAKE NOTICE that Jeffrey I. Shinder of the firm Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL ASSOCIATION OF CONVENIENCE STORES in the above-referenced actions.  We hereby request service of all documents in this matter.

DATED:  July 12, 2012
        New York, New York

                         **By: _____/s/_____**
                               **Jeffrey I. Shinder**

                         CONSTANTINE CANNON LLP
                         335 Madison Avenue, 9th Floor
                         New York, New York 10017
                         Telephone: (212) 350-2700
                         Facsimile: (212) 350-2701
                         Email: jshinder@constantinecannon.com

                         *Attorneys for Plaintiff NACS*

251410.1