UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD             :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE               :
AND MERCHANT DISCOUNT   :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION          :
_____  :
                                                                    :
This Document Relates To ALL ACTIONS.   :
                                                                    :
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that Kerin E. Coughlin of the firm Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL ASSOCIATION OF CONVENIENCE STORES in the above-referenced actions.  We hereby request service of all documents in this matter.

DATED:  July 12, 2012
           New York, New York

                                           **By:** _____/s/_____
                                                    **Kerin E. Coughlin**

                                         CONSTANTINE CANNON LLP
                                         335 Madison Avenue, 9th Floor
                                         New York, New York 10017
                                         Telephone: (212) 350-2700
                                         Facsimile: (212) 350-2701
                                         Email: kcoughlin@constantinecannon.com

                                       *Attorneys for Plaintiff NACS*

251409.1