UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:  All Cases. | No. 05-MD-1720 (JG) (JO) |

## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding sets out the parties' binding obligation to enter into a Class Settlement Agreement in the form attached as Exhibit 1, subject to and promptly after satisfaction of all of the following conditions:

(1) the parties' successful completion of all Appendices to Exhibit 1 hereto, which, except as to the Plan of Administration and Distribution, the parties shall negotiate in good faith with the intent of completing on or before September 21, 2012, and as to the Plan of Administration and Distribution the plaintiffs shall develop and complete, with timely and regular consultation with defendants, on or before September 21, 2012; provided, however, that if all of the Appendices are not mutually agreed to by September 21, 2012, then the parties shall confer with the Court, at a time convenient to the Court, regarding any open issues pertaining to such Appendices (the Appendices, together with Exhibit 1 hereto, constitute the "Definitive Settlement Agreement");

(2) the successful negotiation of a settlement agreement between and among the parties to the non-class actions now pending as part of MDL 1720;

(3) any necessary approvals of the Definitive Settlement Agreement by the board of directors or other comparable decision-making body of any party, which the parties shall seek promptly upon completion of the Definitive Settlement Agreement; and

(4) approval of the Definitive Settlement Agreement by the requisite vote of the members of Visa U.S.A. Inc. entitled to vote thereon, which Visa U.S.A. Inc. shall seek to obtain promptly after each of the foregoing conditions is satisfied.

In addition, from the date of execution of this Memorandum of Understanding to the execution of the Class Settlement Agreement, the Visa Defendants shall provide Class Counsel with advance notice of any material changes to their by-laws, rules, operating regulations, practices, policies, or procedures that pertain to Paragraphs 40-45 and 48 of Exhibit 1 hereto, and the MasterCard Defendants shall provide Class Counsel with advance notice of any material changes to their by-laws, rules, operating regulations, practices, policies, or procedures that pertain to Paragraphs 53-58 and 61 of Exhibit 1 hereto.

This Memorandum of Understanding may be executed in counterparts.

BERGER & MONTAGUE, PC

By:   H. Laddie Montague, Jr.
      Merrill G. Davidoff
      Bart D. Cohen
      Michael J. Kane
      1622 Locust Street
      Philadelphia, PA  19103

ROBINS, KAPLAN, MILLER & CIRESI

By:   K. Craig Wildfang
      Thomas J. Undlin
      Ryan W. Marth
      800 LaSalle Avenue, Suite 2800
      Minneapolis, MN  55402

- 2 -

(4) approval of the Definitive Settlement Agreement by the requisite vote of the members of Visa U.S.A. Inc. entitled to vote thereon, which Visa U.S.A. Inc. shall seek to obtain promptly after each of the foregoing conditions is satisfied.

In addition, from the date of execution of this Memorandum of Understanding to the execution of the Class Settlement Agreement, the Visa Defendants shall provide Class Counsel with advance notice of any material changes to their by-laws, rules, operating regulations, practices, policies, or procedures that pertain to Paragraphs 40-45 and 48 of Exhibit 1 hereto, and the MasterCard Defendants shall provide Class Counsel with advance notice of any material changes to their by-laws, rules, operating regulations, practices, policies, or procedures that pertain to Paragraphs 53-58 and 61 of Exhibit 1 hereto.

This Memorandum of Understanding may be executed in counterparts.

BERGER & MONTAGUE, PC

By:  _____
     H. Laddie Montague, Jr.
     Merrill G. Davidoff
     Bart D. Cohen
     Michael J. Kane
     1622 Locust Street
     Philadelphia, PA  19103

ROBINS, KAPLAN, MILLER & CIRESI

By:  _____
     K. Craig Wildfang
     Thomas J. Undlin
     Ryan W. Marth
     800 LaSalle Avenue, Suite 2800
     Minneapolis, MN  55402

- 2 -

ROBBINS GELLER RUDMAN & DOWD LLP

By: _____
Patrick J. Coughlin
Bonny E. Sweeney
David W. Mitchell
Alexandra S. Bernay
Carmen A. Medici
655 West Broadway, Suite 1900
San Diego, CA 92101

*Co-Lead Counsel for Class Plaintiffs*


ARNOLD & PORTER LLP


By: _____
Robert J. Vizas
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024

Robert C. Mason
399 Park Avenue
New York, NY 10022-4690

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, N.W.
Washington, DC 20004-1206

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc.,*
*and Visa International Service Association*

- 3 -

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: _____
     Patrick J. Coughlin
     Bonny E. Sweeney
     David W. Mitchell
     Alexandra S. Bernay
     Carmen A. Medici
     655 West Broadway, Suite 1900
     San Diego, CA  92101

*Co-Lead Counsel for Class Plaintiffs*

**ARNOLD & PORTER LLP**

By: Robert J. Vizas
     Three Embarcadero Center, Seventh Floor
     San Francisco, CA  94111-4024

     Robert C. Mason
     399 Park Avenue
     New York, NY  10022-4690

     Mark R. Merley
     Matthew A. Eisenstein
     555 12th Street, N.W.
     Washington, DC  20004-1206

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

- 3 -

WILLKIE FARR & GALLAGHER LLP

By:   Keila D. Ravelo
      Wesley R. Powell
      Matthew Freimuth
      787 Seventh Avenue
      New York, New York 10019-6099

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP

      Kenneth A. Gallo
      Joseph J. Simons
      2001 K Street, N.W.
      Washington, DC 20006-1047

      Andrew C. Finch
      Gary R. Carney
      1285 Avenue of the Americas
      New York, New York 10019-6064

*Attorneys for Defendant MasterCard Incorporated and MasterCard International Incorporated*

MORRISON & FOERSTER LLP

By:   Mark P. Ladner
      Michael B. Miller
      1290 Avenue of the Americas
      New York, NY 10104-0050

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.*

- 4 -

**WILLKIE FARR & GALLAGHER LLP**

By: _____
     Keila D. Ravelo
     Wesley R. Powell
     Matthew Freimuth
     787 Seventh Avenue
     New York, New York 10019-6099

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

     Kenneth A. Gallo
     Joseph J. Simons
     2001 K Street, N.W.
     Washington, DC 20006-1047

     Andrew C. Finch
     Gary R. Carney
     1285 Avenue of the Americas
     New York, New York 10019-6064

*Attorneys for Defendant MasterCard Incorporated and MasterCard International Incorporated*

**MORRISON & FOERSTER LLP**

By: _____
     Mark P. Ladner
     Michael B. Miller
     1290 Avenue of the Americas
     New York, NY   10104-0050

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a Defendant National Processing, Inc.), Bank of America Corporation, and MBNA America Bank, N.A.*

- 4 -

SHEARMAN & STERLING LLP

By:  Wayne D. Collins
     Lisl J. Dunlop
     599 Lexington Avenue
     New York, NY 10022-6069

*Attorneys for Defendants Barclays Financial Corp.
and Barclay's Bank plc*


**O'MELVENY & MYERS LLP**

By:  Andrew J. Frackman
     Times Square Tower
     7 Times Square
     New York, N.Y. 10036


*Attorneys for Defendants Capital One Bank (USA),
N.A., Capital One F.S.B., and Capital One Financial
Corp.*


**SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP**

By:  Peter E. Greene
     Peter S. Julian
     Four Times Square
     New York, NY  10036

     Michael Y. Scudder
     155 North Wacker Drive
     Chicago, IL  60606-1720

*Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., Chase Bank USA,
N.A., Chase Manhattan Bank USA, N.A., Chase
Paymentech Solutions, LLC,  Bank One
Corporation, Bank One Delaware, N.A., and J.P.
Morgan Chase Bank, N.A. as acquirer of certain
assets and liabilities of Washington Mutual Bank*

- 5 -

SHEARMAN & STERLING LLP

By:   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Wayne D. Collins
       Lisl J. Dunlop
       599 Lexington Avenue
       New York, NY 10022-6069

*Attorneys for Defendants Barclays Financial Corp.
and Barclay's Bank plc*

O'MELVENY & MYERS LLP

By:   Andrew J. Frackman
       Times Square Tower
       7 Times Square
       New York, N.Y. 10036

*Attorneys for Defendants Capital One Bank (USA),
N.A., Capital One F.S.B., and Capital One Financial
Corp.*

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Peter E. Greene
       Peter S. Julian
       Four Times Square
       New York, NY   10036

       Michael Y. Scudder
       155 North Wacker Drive
       Chicago, IL  60606-1720

*Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., Chase Bank USA,
N.A., Chase Manhattan Bank USA, N.A., Chase
Paymentech Solutions, LLC,  Bank One
Corporation, Bank One Delaware, N.A., and J.P.
Morgan Chase Bank, N.A. as acquirer of certain
assets and liabilities of Washington Mutual Bank*

**SHEARMAN & STERLING LLP**

By:  Wayne D. Collins
     Lisl J. Dunlop
     599 Lexington Avenue
     New York, NY 10022-6069

*Attorneys for Defendants Barclays Financial Corp.*
*and Barclay's Bank plc*


**O'MELVENY & MYERS LLP**

By:  Andrew J. Frackman
     Times Square Tower
     7 Times Square
     New York, N.Y. 10036


*Attorneys for Defendants Capital One Bank (USA),*
*N.A., Capital One F.S.B., and Capital One Financial*
*Corp.*


**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**

By:  Peter E. Greene
     Peter S. Julian
     Four Times Square
     New York, NY   10036

     Michael Y. Scudder
     155 North Wacker Drive
     Chicago, IL  60606-1720

*Attorneys for Defendants JPMorgan Chase & Co.,*
*JPMorgan Chase Bank, N.A., Chase Bank USA,*
*N.A., Chase Manhattan Bank USA, N.A., Chase*
*Paymentech Solutions, LLC,  Bank One*
*Corporation, Bank One Delaware, N.A., and J.P.*
*Morgan Chase Bank, N.A. as acquirer of certain*
*assets and liabilities of Washington Mutual Bank*

- 5 -

SIDLEY AUSTIN LLP

By:   David F. Graham
       Eric H. Grush
       One South Dearborn Street
       Chicago, IL 60603

       Benjamin R. Nagin
       787 Seventh Ave
       New York, N.Y. 10019

*Attorneys for Defendants Citibank (South Dakota),*
*N.A., Citibank, N.A., Citigroup Inc., and Citicorp*


KEATING MUETHING & KLEKAMP PLL


By:   Richard L. Creighton
       Joseph M. Callow, Jr.
       Drew M. Hicks
       One East Fourth Street
       Suite 1400
       Cincinnati, OH 45202

*Attorneys for Defendant Fifth Third Bancorp*


KUTAK ROCK LLP


By:   John P. Passarelli
       James M. Sulentic
       The Omaha Building
       1650 Farnam Street
       Omaha, NE 68102-2186

*Attorneys for Defendant First National Bank of*
*Omaha*

- 6 -

**SIDLEY AUSTIN LLP**

By:    David F. Graham
        Eric H. Grush
        One South Dearborn Street
        Chicago, IL 60603

        Benjamin R. Nagin
        787 Seventh Ave
        New York, N.Y. 10019

*Attorneys for Defendants Citibank (South Dakota), N.A., Citibank, N.A., Citigroup Inc., and Citicorp*

**KEATING MUETHING & KLEKAMP PLL**

By:    Richard L. Creighton
        Joseph M. Callow, Jr.
        Drew M. Hicks
        One East Fourth Street
        Suite 1400
        Cincinnati, OH 45202

*Attorneys for Defendant Fifth Third Bancorp*

**KUTAK ROCK LLP**

By:    John P. Passarelli
        James M. Sulentic
        The Omaha Building
        1650 Farnam Street
        Omaha, NE 68102-2186

*Attorneys for Defendant First National Bank of Omaha*

- 6 -

**SIDLEY AUSTIN LLP**

By:  _____
      David F. Graham
      Eric H. Grush
      One South Dearborn Street
      Chicago, IL 60603

      Benjamin R. Nagin
      787 Seventh Ave
      New York, N.Y. 10019

*Attorneys for Defendants Citibank (South Dakota),*
*N.A., Citibank, N.A., Citigroup Inc., and Citicorp*


**KEATING MUETHING & KLEKAMP PLL**

By:  _____
      Richard L. Creighton
      Joseph M. Callow, Jr.
      Drew M. Hicks
      One East Fourth Street
      Suite 1400
      Cincinnati, OH 45202

*Attorneys for Defendant Fifth Third Bancorp*


**KUTAK ROCK LLP**

By:  John P. Passarelli
      James M. Sulentic
      The Omaha Building
      1650 Farnam Street
      Omaha, NE 68102-2186

*Attorneys for Defendant First National Bank of*
*Omaha*

- 6 -

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: David S. Lesser
399 Park Avenue
New York, N.Y. 10022

Ali M. Stoeppelwerth
Perry A. Lange
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006

*Attorneys for HSBC Finance Corporation and HSBC North America Holdings Inc.*

**JONES DAY**

By: _____
John M. Majoras
Joseph W. Clark
51 Louisiana Avenue, NW
Washington, DC  20001

*Attorneys for Defendants National City Corporation, National City Bank of Kentucky*

**PULLMAN & COMLEY, LLC**

By: _____
Jonathan B. Orleans
Adam S. Mocciolo
850 Main Street
Bridgeport, CT  06601-7006

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

- 7 -

WILMER CUTLER PICKERING HALE AND
DORR LLP

By:  _____
     David S. Lesser
     399 Park Avenue
     New York, N.Y. 10022

     Ali M. Stoeppelwerth
     Perry A. Lange
     1875 Pennsylvania Ave., N.W.
     Washington, D.C. 20006

*Attorneys for HSBC Finance Corporation and HSBC
North America Holdings Inc.*


JONES DAY

By:  _____
     John M. Majoras
     Joseph W. Clark
     51 Louisiana Avenue, NW
     Washington, DC  20001

*Attorneys for Defendants National City Corporation,
National City Bank of Kentucky*


PULLMAN & COMLEY, LLC

By:  _____
     Jonathan B. Orleans
     Adam S. Mocciolo
     850 Main Street
     Bridgeport, CT  06601-7006

*Attorneys for Defendant Texas Independent
Bancshares, Inc.*

**WILMER CUTLER PICKERING HALE AND
DORR LLP**

By:  _____
     David S. Lesser
     399 Park Avenue
     New York, N.Y. 10022

     Ali M. Stoeppelwerth
     Perry A. Lange
     1875 Pennsylvania Ave., N.W.
     Washington, D.C. 20006

*Attorneys for HSBC Finance Corporation and HSBC
North America Holdings Inc.*

**JONES DAY**

By:  _____
     John M. Majoras
     Joseph W. Clark
     51 Louisiana Avenue, NW
     Washington, DC  20001

*Attorneys for Defendants National City Corporation,
National City Bank of Kentucky*

**PULLMAN & COMLEY, LLC**

By:  _____
     Jonathan B. Orleans
     Adam S. Mocciolo
     850 Main Street
     Bridgeport, CT  06601-7006

*Attorneys for Defendant Texas Independent
Bancshares, Inc.*

- 7 -

ALSTON & BIRD LLP

By: _Teresa P. Bonder_
     Valarie C. Williams
     Kara F. Kennedy
     1201 W. Peachtree Street, N.W.
     Atlanta, GA 30309

*Attorneys for Defendants SunTrust Banks, Inc. and
SunTrust Bank*


PATTERSON BELKNAP WEBB & TYLER
LLP


By: _____
     Robert P. LoBue
     Norman W. Kee
     Patterson Belknap Webb & Tyler LLP
     1133 Avenue of the Americas
     New York, NY 10036

*Attorneys for Defendants Wachovia Bank, NA.,
Wachovia Corporation, and Wells Fargo
& Company and for Wells Fargo Bank, N.A.*


July 13, 2012

- 8 -

**ALSTON & BIRD LLP**

By:     _____
          Teresa T. Bonder
          Valarie C. Williams
          Kara F. Kennedy
          1201 W. Peachtree Street, N.W.
          Atlanta, GA 30309

*Attorneys for Defendants SunTrust Banks, Inc. and
SunTrust Bank*

**PATTERSON BELKNAP WEBB & TYLER
LLP**

By:     Robert P. LoBue
          Norman W. Kee
          Patterson Belknap Webb & Tyler LLP
          1133 Avenue of the Americas
          New York, NY 10036

*Attorneys for Defendants Wachovia Bank, NA.,
Wachovia Corporation, and Wells Fargo
& Company and for Wells Fargo Bank, N.A.*

July 13, 2012

- 9 -