UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document refers to: All Actions | **NOTICE OF CHANGE OF ADDRESS**<br><br>MDL No. 1720<br><br>Case No. 1:05-md-1720-JG-JO |

PLEASE TAKE NOTICE that effective July 16, 2012, the New York office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

Dated: New York, New York
July 18, 2012

                                              Respectfully submitted,

                                                /s/ David S. Lesser
                                              David S. Lesser
                                              WILMER CUTLER PICKERING HALE
                                               AND DORR LLP
                                              7 World Trade Center
                                              New York, NY 10007
                                              212-230-8800
                                              212-230-8888

                                              *Attorneys for Defendants HSBC Bank USA, N.A., HSBC Finance Corporation and HSBC North America Holdings Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2012, the foregoing Notice of Change of Address was filed electronically with the Clerk of the Court and served on all counsel of record in this action via the Court's ECF system.

                                        /s/ David S. Lesser
                                        David S. Lesser

ACTIVEUS 98310782v1