UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : MDL No. 05 1720 (JG)(JO)<br>:<br>: **NOTICE OF APPEARANCE**<br>:<br>: |
| _____ | : |
| This Document Relates To ALL ACTIONS. | :<br>: |

-------------------------------------------------------------x

PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL GROCERS ASSOCIATION in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: July 27, 2012
       New York, New York

By: _____/s/_____
**Jeffrey I. Shinder**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: jshinder@constantinecannon.com

*Attorneys for Plaintiff NGA*

252256.1