UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : MDL No. 05 1720 (JG)(JO) <br> : <br> : **NOTICE OF APPEARANCE** <br> : |
| This Document Relates To ALL ACTIONS. | : |

-----------------------------------------------------------x

      PLEASE TAKE NOTICE that Kerin E. Coughlin of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL GROCERS ASSOCIATION in the above-referenced actions.  We hereby request service of all documents in this matter.

DATED:  July 27, 2012
        New York, New York

                                                      **By:**        /s/
                                                            **Kerin E. Coughlin**

                                       CONSTANTINE CANNON LLP
                                       335 Madison Avenue, 9th Floor
                                       New York, New York 10017
                                       Telephone: (212) 350-2700
                                       Facsimile: (212) 350-2701
                                       Email: kcoughlin@constantinecannon.com

                                       *Attorneys for Plaintiff NGA*

252255.1