**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br><br><br>This Document Relates to All Actions | CASE NO. 05-md-1720 JG JO<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Jason S. Hartley, of the law firm of Stueve Siegel Hanson LLP, 550 West C Street, Suite 1750, San Diego, CA 92101, hereby enters his appearance as counsel for Plaintiff Discount Optics, Inc., Case No. 05-cv-05870 JG JO (EDNY), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at: hartley@stuevesiegel.com.

Dated: July 30, 2012                STUEVE SIEGEL HANSON LLP


By: /s/ Jason S. Hartley
    Jason S. Hartley
    550 W. C Street, Suite 1750
    San Diego, CA 92101
    Tel: 619-400-5822
    Fax: 619-400-5832
    hartley@stuevesiegel.com

*Attorneys for Plaintiff Discount Optics, Inc.*

130960 v. 1                1                Notice of Appearance

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2012, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and the ECF will send an e-notice of the electronic filing to all attorneys presently enrolled in the matter.  I further certify that I caused a copy of this to be served via U.S. Mail, postage prepaid, on the attorneys detailed in the attached service list.

Dated:  July 30, 2012                                                    STUEVE SIEGEL HANSON LLP


                                                                                    By:     s/Jason S. Hartley
                                                                                            Jason S. Hartley
                                                                                            550 W. C Street, Suite 1750
                                                                                            San Diego, CA 92101
                                                                                            Tel:  619-400-5822
                                                                                            Fax:  619-400-5832
                                                                                            hartley@stuevesiegel.com