UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE  :
FEE AND MERCHANT DISCOUNT       :        MDL No. 1720(JG)(JO)
ANTITRUST LITIGATION             :
                                 :
                                 :
This Document Relates To:        :
                                 :
    ALL CLASS ACTIONS.          :
                                 :
------------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL FOR
## NATIONAL COMMUNITY PHARMACISTS ASSOCIATION

K. Craig Wildfang, Thomas J. Undlin, Ryan W. Marth and Robins, Kaplan, Miller & Ciresi L.L.P. (jointly "Robins Kaplan"); H. Laddie Montague, Jr., Merrill G. Davidoff, Bart D. Cohen, Michael J. Kane and Berger & Montague, P.C. (jointly "Berger & Montague"); and Patrick J. Coughlin, Bonny E. Sweeney, David W. Mitchell, Alexandra S. Bernay and Robbins Geller Rudman & Dowd LLP (jointly "Robbins Geller"), and all other attorneys of those firms who have appeared in this litigation—collectively Interim Co-Lead Class Counsel in this matter ("Class Counsel")—request, leave of Court under Local Civil Rule 1.4 to withdraw as counsel representing Plaintiff National Community Pharmacists Association ("NCPA").

On July 31, 2012, NCPA informed Co-Lead Counsel that it has decided to reject and oppose the proposed settlement agreement and requested that its name be removed from the Proposed Settlement Agreement § 1(m) (listing participating "Class Plaintiffs").  NCPA has already retained new counsel from Constantine Cannon, who have entered their appearance, to present its objections to the proposed settlement.  (See Dkt. ## 1601, 1602).  NCPA has consented to Co-Lead Counsel withdrawing as counsel representing NCPA.

83266722.1

For the reasons stated above, Class Counsel respectfully request that the Court grant the motion to withdraw as counsel for the National Community Pharmacists Association.

Dated: August 2, 2012

**Robins, Kaplan, Miller & Ciresi L.L.P.**

By: *s/K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500

**Berger & Montague, P.C.**

By: *s/H. Laddie Montague*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Bart D. Cohen
Michael J. Kane
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3081

**Robbins Geller Rudman & Dowd LLP**

By: *s/Patrick J. Coughlin*
Patrick J. Coughlin
Bonny E. Sweeney
David W. Mitchell
Alexandra S. Bernay
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058

83266722.1