## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MDL-1720<br><br>**Notice of Change of Firm Address** |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that the address for Plaintiffs Meijer, Inc.; Publix Super Markets, Inc.; Raley's; and Supervalu, Inc.'s counsel, Vanek, Vickers & Masini, P.C., will change, **effective October 1, 2012**. The new address will be:

Vanek, Vickers & Masini, P.C.
55 West Monroe Street
Suite 3500
Chicago, Illinois 60603

The e-mail addresses, telephone numbers and facsimile number will remain the same.

Dated:  September 25, 2012            Respectfully submitted,

  /s/   David P. Germaine

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
111 South Wacker Drive, Suite 4050
Telephone:  (312) 224-1500
Fax:  (312) 224-1510
E-mail:  jvanek@vaneklaw.com
E-mail   dgermaine@vaneklaw.com

## CERTIFICATE OF SERVICE

I, David P. Germaine, hereby certify that on September 25, 2012, a true and correct copy of the foregoing Notice of Change of Firm Address was served upon Counsel of Record via the Court's ECF system.

/s/ David P. Germaine

David P. Germaine
