UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE    :
FEE AND MERCHANT DISCOUNT          :          MDL No. 1720(JG)(JO)
ANTITRUST LITIGATION                     :
                                                               :
                                                               :
This Document Relates To:                    :
                                                               :
     ALL CLASS ACTIONS.             :
                                                               :
-------------------------------------------------------------x

# MOTION TO WITHDRAW AS COUNSEL FOR
# AFFILIATED FOODS MIDWEST

    K. Craig Wildfang, Thomas J. Undlin, Ryan W. Marth and Robins, Kaplan, Miller & Ciresi L.L.P. (jointly "Robins Kaplan"); H. Laddie Montague, Jr., Merrill G. Davidoff, Bart D. Cohen, Michael J. Kane and Berger & Montague, P.C. (jointly "Berger & Montague"); and Patrick J. Coughlin, Bonny E. Sweeney, David W. Mitchell, Alexandra S. Bernay and Robbins Geller Rudman & Dowd LLP (jointly "Robbins Geller"), and all other attorneys of those firms who have appeared in this litigation—collectively Interim Co-Lead Class Counsel in this matter ("Class Counsel")—request, leave of Court under Local Civil Rule 1.4 to withdraw as counsel representing Plaintiff Affiliated Foods Midwest ("AFM").

    On September 24, 2012, AFM informed Co-Lead Counsel that it has decided to reject and oppose the proposed settlement agreement and requested that its name be removed from the Proposed Settlement Agreement § 1(m) (listing participating "Class Plaintiffs"). AFM has consented to Co-Lead Counsel withdrawing as counsel representing AFM.

    For the reasons stated above, Class Counsel respectfully request that the Court grant the motion to withdraw as counsel for Affiliated Foods Midwest.

83384652.1

Dated: October 12, 2012

        **Robins, Kaplan, Miller & Ciresi L.L.P.**

By:    *s/K. Craig Wildfang*
        K. Craig Wildfang
        Thomas J. Undlin
        Ryan W. Marth
        800 LaSalle Avenue, Suite 2800
        Minneapolis, MN55402
        Tel: 612-349-8500

        **Berger & Montague, P.C.**

By:    *s/H. Laddie Montague*
        H. Laddie Montague, Jr.
        Merrill G. Davidoff
        Bart D. Cohen
        Michael J. Kane
        1622 Locust Street
        Philadelphia, PA  19103
        Tel:  215-875-3081

        **Robbins Geller Rudman & Dowd LLP**

By:    *s/Patrick J. Coughlin*
        Patrick J. Coughlin
        Bonny E. Sweeney
        David W. Mitchell
        Alexandra S. Bernay
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Tel: 619-231-1058