UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

This Document Relates To ALL ACTIONS.
-----------------------------------------------------------x

: MDL No. 05 1720 (JG)(JO)
:
: **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiffs Jetro Holdings, LLC and Jetro Cash & Carry Enterprises, LLC in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: October 15, 2012
       New York, New York

**By: _____/s/_____**
       **Jeffrey I. Shinder**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: jshinder@constantinecannon.com

251409.1