**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Patrick Coughlin
patc@rgrdlaw.com

October 15, 2012

VIA ECF

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 456 North
Brooklyn, NY 11201

    Re:    *In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
              MDL No. 1:05-MD-1720 (JG)(JO) (E.D.N.Y.)

Dear Magistrate Orenstein:

      As the Court knows, we had intended to file for preliminary approval last Friday, October 12, 2012, but due to logistical issues we are still finalizing the documents. We remain on track to file by the Court-ordered deadline of October 19, 2012. We have consulted with and/or notified all the interested parties that counsel for the Class does not feel the need for the Wednesday, October 17, 2012 status conference. No one has notified us that they believe the conference is still necessary. Thus, we would request that the current status conference set for October 17, 2012, be cancelled at this time.

                        Respectfully submitted,

                        s/ Patrick J. Coughlin

                        PATRICK COUGHLIN

PJC:sgm

cc:    All Counsel of Record (via LexisNexis File & Serve)