UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Master File No: 05-MD-1720 (JG)(JO) |
| This Document Relates To: | **STIPULATION FOR LEAVE TO AMEND** |
| *The Kroger Co., et al v. Visa U.S.A., Inc., et al*, Case No: 1:05-CV-05078 (E.D.N.Y.) | |
| *The Kroger Co., et al v. MasterCard Incorporated, et al*, Case No: 1:06-CV-00039 (E.D.N.Y.) | |

The Kroger Plaintiffs[1] and the Visa Defendants[2] and MasterCard Defendants[3], pursuant to Fed.R.Civ.P. 15(a)(2), stipulate and agree to the Kroger Plaintiffs' request for leave to amend the Kroger Plaintiffs' Amended Complaints in the above-captioned cases to add as Plaintiffs H.E. Butt Grocery Company and The Great Atlantic & Pacific Tea Company, Inc.  A copy of each Second Amended Complaint accompanies this Stipulation as Exhibits 1 and 2.

Rule 15(a)(2), Fed.R.Civ.P., provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."  Counsel for the Visa Defendants and the MasterCard Defendants have signed this Stipulation demonstrating their consent to the relief requested.  The Amendment

---

[1] The Kroger Plaintiffs include The Kroger Co., Albertson's, Inc., Safeway Inc., Ahold U.S.A., Inc., Walgreen Co., and Delhaize America, Inc.

[2] The Visa Defendants include Visa U.S.A. Inc. and Visa International Service Association.

[3] The MasterCard Defendants include MasterCard Incorporated and MasterCard International Incorporated.

sought by this Stipulation will not affect discovery or any pretrial milestones in the above-referenced cases, nor will it require any further responses to the operative complaints as so amended.  The parties intend for H.E. Butt Grocery Company and The Great Atlantic & Pacific Tea Company, Inc. to be regarded as Plaintiffs in the above-referenced cases effective upon the Court accepting this Stipulation and granting the requested relief.

For the Court's convenience, a proposed Order accompanies this Stipulation for Leave to Amend as Exhibit 3.  Upon entry of the Court's order approving these amendments, the attached Second Amended Complaints shall be filed in the above-captioned cases.

Dated:  October 18, 2012                                Respectfully submitted,

                                                        KENNY NACHWALTER, P.A.

                                                        By: _____
                                                            Richard Alan Arnold, Esquire
                                                            William J. Blechman, Esquire
                                                            201 South Biscayne Boulevard
                                                            Suite 1100
                                                            Miami, Florida  33131
                                                            Tel:    (305) 373-1000
                                                            Fax:    (305) 372-1861
                                                            E-mail:  wblechman@knpa.com

                                                        ***Counsel for the Kroger Plaintiffs, H.E. Butt Grocery Company, and The Great Atlantic & Pacific Tea Company, Inc.***

                                                        – and –

ARNOLD & PORTER LLP

By: /s/ Robert C. Mason
Robert C. Mason, Esquire
399 Park Avenue
New York, N.Y. 10022-4690
Tel:   (212) 715-1000
Fax:   (212) 715-1399
E-mail: robert.mason@aporter.com

Robert J. Vizas, Esquire
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Tel:   (415) 471-3100
Fax:   (415) 471-3400
E-Mail: robert.vizas@aporter.com

Mark R. Merley, Esquire
555 12th Street, N.W.
Washington, DC 20004
Tel:   (202) 942-5000
Fax:   (202) 942-5999
E-Mail: mark.merley@aporter.com

***Counsel for Defendants Visa U.S.A. Inc. and Visa International Service Association***

– and –

WILLKIE FARR & GALLAGHER LLP

By: _____
Keila D. Ravelo, Esquire
Wesley R. Powell, Esquire
787 Seventh Avenue
New York, N.Y. 10019
Tel:   (212) 728-8000
Fax:   (212) 728-8111
E-mail: kravelo@willkie.com
        wpowell@willkie.com

ARNOLD & PORTER LLP

By: _____
Robert C. Mason, Esquire
399 Park Avenue
New York, N.Y. 10022-4690
Tel:  (212) 715-1000
Fax:  (212) 715-1399
E-mail: robert.mason@aporter.com

Robert J. Vizas, Esquire
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Tel:  (415) 471-3100
Fax:  (415) 471-3400
E-Mail: robert.vizas@aporter.com

Mark R. Merley, Esquire
555 12th Street, N.W.
Washington, DC 20004
Tel:  (202) 942-5000
Fax:  (202) 942-5999
E-Mail: mark.merley@aporter.com

**Counsel for Defendants Visa U.S.A. Inc. and Visa International Service Association**

– and –

WILLKIE FARR & GALLAGHER LLP

By: _____
Keila D. Ravelo, Esquire
Wesley R. Powell, Esquire
787 Seventh Avenue
New York, N.Y. 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111
E-mail: kravelo@willkie.com
        wpowell@willkie.com

3

>PAUL WEISS RIFKIND WHARTON
>  & GARRISON LLP
>Kenneth A. Gallo, Esquire
>2001 K Street, N.W.
>Washington, D.C.  20006
>Tel:     (202) 223-7300
>Fax:     (202) 223-7420
>E-mail:  kgallo@paulweiss.com
>
>***Counsel for Defendants MasterCard International Incorporated and MasterCard Incorporated***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via ECF on October 18, 2012.

_____
William J. Blechman

432076.1