# Exhibit 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : | Master File No: 05-MD-1720 (JG)(JO) |
| This Document Relates To: *The Kroger Co., et al v. Visa U.S.A., Inc., et al*, Case No: 1:05-CV-05078 (E.D.N.Y.) *The Kroger Co., et al v. MasterCard Incorporated, et al*, Case No: 1:06-CV-00039 (E.D.N.Y.) | : : : : : : : : | **ORDER REGARDING STIPULATION FOR LEAVE TO AMEND** |

This cause is before the Court on the Stipulation of the Kroger Plaintiffs and the Visa Defendants and MasterCard Defendants to allow the Kroger Plaintiffs leave to amend their Amended Complaints in the above-captioned cases to add as Plaintiffs H.E. Butt Grocery Company and The Great Atlantic & Pacific Tea Company, Inc.

The Court has considered the parties Stipulation, the record in the case, and being otherwise advised, it is:

Ordered and Adjudged that the Stipulation is approved, accepted and granted and, therefore H.E. Butt Grocery Company and The Great Atlantic & Pacific Tea Company, Inc. are hereby added as Plaintiffs in the above-captioned cases.

Ordered and Adjudged that the Kroger Plaintiffs shall file promptly the Second Amended Complaints in the above-captioned cases.

2

    Ordered and Adjudged that no further response is required to the operative complaints as so amended in the above-captioned cases.

    Done and Ordered in Chambers this \_\_\_\_ day of October, 2012.

    _____
    United States Magistrate Judge

432114.1