UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD : MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE :
AND MERCHANT DISCOUNT : **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION :
_____ :
 :
This Document Relates To ALL ACTIONS. :
 :
-------------------------------------------------------------x

  PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff COBORN'S, INC. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: October 18, 2012
   New York, New York

            **By: _____/s/_____**
              **Jeffrey I. Shinder**

            CONSTANTINE CANNON LLP
            335 Madison Avenue, 9th Floor
            New York, New York 10017
            Telephone: (212) 350-2700
            Facsimile: (212) 350-2701
            Email: jshinder@constantinecannon.com

252256.1