UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re PAYMENT CARD              :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                 :
AND MERCHANT DISCOUNT           :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION            :

_____   :

                                :

This Document Relates To ALL ACTIONS.   :

                                :

---------------------------------------------------------------x

      PLEASE TAKE NOTICE that Kerin E. Coughlin of the firm Constantine Cannon

LLP shall appear as counsel of record for plaintiff COBORN'S, INC. in the above-

referenced actions.  We hereby request service of all documents in this matter.

DATED:  October 18, 2012
      New York, New York

**By: _____/s/_____**
      **Kerin E. Coughlin**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: kcoughlin@constantinecannon.com

251409.1