UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD                : MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                   :
AND MERCHANT DISCOUNT             : **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION              :
_____    :
                                  :
This Document Relates To ALL ACTIONS.  :
                                  :
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that A. Owen Glist of the firm Constantine Cannon LLP shall appear as counsel of record for plaintiff COBORN'S, INC. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: October 18, 2012
       New York, New York

        **By: _____/s/_____**
           **A. Owen Glist**

        CONSTANTINE CANNON LLP
        335 Madison Avenue, 9th Floor
        New York, New York 10017
        Telephone: (212) 350-2700
        Facsimile: (212) 350-2701
        Email: oglist@constantinecannon.com

251409.1