UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PAYMENT CARD                          :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                             :
AND MERCHANT DISCOUNT                       :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                        :
_____         :
                                            :
This Document Relates To ALL ACTIONS.       :
                                            :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff D'AGOSTINO SUPERMARKETS, INC. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 18, 2012
        New York, New York

                                        **By:** _____/s/_____
                                               **Jeffrey I. Shinder**

                                        CONSTANTINE CANNON LLP
                                        335 Madison Avenue, 9th Floor
                                        New York, New York 10017
                                        Telephone: (212) 350-2700
                                        Facsimile: (212) 350-2701
                                        Email: jshinder@constantinecannon.com

252256.1