UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re PAYMENT CARD            :    MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE               :
AND MERCHANT DISCOUNT         :    **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION          :
_____:
                              :
This Document Relates To ALL ACTIONS.   :
                              :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that Kerin E. Coughlin of the firm Constantine Cannon LLP shall appear as counsel of record for plaintiff D'AGOSTINO SUPERMARKETS, INC. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 18, 2012
        New York, New York

                                    **By:      /s/            **
                                         **Kerin E. Coughlin**

                                    CONSTANTINE CANNON LLP
                                    335 Madison Avenue, 9th Floor
                                    New York, New York 10017
                                    Telephone: (212) 350-2700
                                    Facsimile: (212) 350-2701
                                    Email: kcoughlin@constantinecannon.com

251409.1