UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD                  :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                     :
AND MERCHANT DISCOUNT               :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                :
_____    :
                                    :
This Document Relates To ALL ACTIONS. :
                                    :
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that A. Owen Glist of the firm Constantine Cannon LLP shall appear as counsel of record for plaintiff D'AGOSTINO SUPERMARKETS, INC. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 18, 2012
        New York, New York

                  **By: _____/s/_____**
                       **A. Owen Glist**

               CONSTANTINE CANNON LLP
               335 Madison Avenue, 9th Floor
               New York, New York 10017
               Telephone: (212) 350-2700
               Facsimile: (212) 350-2701
               Email: oglist@constantinecannon.com

251409.1

255198.1