UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to: All Cases. | No. 05-MD-1720 (JG) (JO) |

## NOTICE OF AND STATEMENT OF INTENT TO APPEAR BY COUNSEL

Jerrold Parker, Lee Bialostok and Richard Arsenault, hereby provide notice of and state their intent to appear as counsel on behalf of the following objectors and respectfully request they be provided notice and opportunity to be heard in this matter.

1. A & D Wine Corp.

2. A & Z Restaurant Corp.

3. 105 Degrees LLC.

4. The Pantry Restaurant Group, LLC.

5. PPT Inc., d/b/a/ Graffiti's Restaurant.

6. Sansole' Tanning Salon.

7. Greenhaw's, Inc.

8. Roberson's Fine Jewelry, Inc.

9. Don's Pharmacy, Incorporated.

10. Gossett Motor Cars, Inc. ("Gossett Motors").

11. Landers McClarty Ford Chrysler Dodge Jeep.

12. Landers McClarty Nissan.

13. Landers McClarty Dodge Chrysler Jeep.

14. Landers Dodge Chrysler Jeep.

15. Tri-Lakes Motors.

16. Burleson Nissan.

17. Bel Air Honda.

18. Landers McClarty Toyota Scion.

19. Nissan of Fort Worth.

20. Landers McClarty Chevrolet.

21. Landers McClarty Huntsville Dodge Chrysler Jeep.

22. Mercedes Benz of Huntsville.

23. Landers McClarty Nissan of Huntsville.

24. Landers McClarty Subaru.

25. Lee's Summit Dodge Chrysler Jeep Ram.

26. Lee's Summit Nissan.

27. Olathe Dodge Chrysler Jeep.

28. Waxahachie Dodge Chrysler Jeep.

29. Waxahachie Ford-Mercury.

30. Landers Harley-Davidson – Little Rock.

31. Landers Harley – Davidson – Hot Springs.

32. Landers Harley-Davidson – Conway.

33. Landers Auto Group No. 1 d/b/a Landers Scion.

34. Landers Auto Group No. 1 d/b/a Landers Toyota.

35. Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota.

36. Landers Auto Sales, LLC d/b/a Landers Chrysler Jeep Dodge.

37. Landers Auto Sales, LLC d/b/a Landers Pre-Owned.

38. Landers Auto Sales, LLC d/b/a Landers Suzuki.

WHEREFORE, the foregoing retailers and merchants hereby file their Notice of and Statement of Intent to Appear by counsel Jerrold Parker and Lee Bialostok and respectfully request they be provided notice of all notices, filings, activities, hearings and be provided a full opportunity to be heard.

        Respectfully submitted,

        /s/ Jerrold Parker
        PARKER WAICHMAN, LLP
        6 Harbor Park Drive
        Port Washington, NY 11050

        and

        Lee Bialostok
        Platte, Klarsfeld, Levine & Lachtman, LLP
        10 East 40th Street
        46th Floor
        New York, NY 10016

        and

        Richard J. Arsenault
        NEBLETT, BEARD & ARSENAULT
        2220 Bonaventure Court
        P.O. Box 1190
        Alexandria, Louisiana 71301

## **CERTIFICATE OF SERVICE**

This objection has been electronically filed and served on class counsel this 18th day of October, 2012.

        /s/ Jerrold Parker