UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGTION<br><br>This Document Relates To:<br>ALL CLASS ACTIONS | MDL Docket No. 1720 (JG)(JO)<br><br>Civil No. 05-5075 (JG)(JO) |

## NOTICE OF CLASS PLAINTIFFS' MOTION FOR CLASS SETTLEMENT PRELIMINARY APPROVAL

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Plaintiffs Photos Etc. Corp.; Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Crystal Rock LLC; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corp.; and Payless ShoeSource, Inc.; ("Class Plaintiffs") pursuant to Rule 23(e) of the Federal Rules of Civil Procedure will move this Court, before Judge John Gleeson, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, N.Y., on a date and time determined by the Court, for an order granting preliminary approval of a class-wide settlement of this litigation.  Attached hereto as Exhibit 1 is the complete and fully executed Class Settlement Agreement.

Pursuant to Magistrate Judge Orenstein's Minute Order of August 22, 2012 (Dkt. No. 1617), all opposing papers and supporting evidentiary materials shall be served within thirty days from this date.

Dated: October 19, 2012

ROBINS, KAPLAN, MILLER
 & CIRESI, L.L.P.

By: */s/ K. Craig Wildfang*
K. Craig Wildfang
Martin R. Lueck
Thomas J. Undlin
Ryan W. Marth
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
(612) 349-8500

BERGER & MONTAGUE, P.C.

By: */s/ H. Laddie Montague, Jr..*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Bart D. Cohen
Michael J. Kane
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

ROBBINS GELLER RUDMAN
 & DOWD LLP

By: */s/ Bonny E. Sweeney*
Bonny E. Sweeney
Patrick J. Coughlin
David W. Mitchell
Alexandra S. Bernay
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

*Class Plaintiffs' Co-Lead Counsel*