UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re PAYMENT CARD                  :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                     :
AND MERCHANT DISCOUNT               :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                :
_____    :
                                    :
This Document Relates To ALL ACTIONS.  :
                                    :
------------------------------------------------------------x

     PLEASE TAKE NOTICE that Kerin E. Coughlin of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATSO, Inc. in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 22, 2012
       New York, New York

          **By:** _____/s/_____
             **Kerin E. Coughlin**

          CONSTANTINE CANNON LLP
          335 Madison Avenue, 9th Floor
          New York, New York 10017
          Telephone: (212) 350-2700
          Facsimile: (212) 350-2701
          Email: kcoughlin@constantinecannon.com

251409.1

255279.1