UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD                  :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                     :
AND MERCHANT DISCOUNT               :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                :
_____    :
                                    :
This Document Relates To ALL ACTIONS.   :
                                    :
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATSO, Inc. in the above-referenced actions.  We hereby request service of all documents in this matter.

DATED:  October 22, 2012
        New York, New York

      **By: _____/s/_____**
         **Jeffrey I. Shinder**

      CONSTANTINE CANNON LLP
      335 Madison Avenue, 9th Floor
      New York, New York 10017
      Telephone: (212) 350-2700
      Facsimile: (212) 350-2701
      Email: jshinder@constantinecannon.com

252256.1

255203.1