UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re PAYMENT CARD               :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE             :
AND MERCHANT DISCOUNT     :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION         :

_____   :

                                   :

This Document Relates To ALL ACTIONS.   :

                                   :

---------------------------------------------------------------x

PLEASE TAKE NOTICE that A. Owen Glist of Constantine Cannon LLP shall

appear as counsel of record for plaintiff NATSO, Inc. in the above-referenced actions.

We hereby request service of all documents in this matter.

DATED:  October 22, 2012
          New York, New York

**By: _____/s/_____**
         **A. Owen Glist**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: oglist@constantinecannon.com

251409.1

255198.1