UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

_____

This Document Relates To ALL ACTIONS.

-------------------------------------------------------------x

: MDL No. 05 1720 (JG)(JO)
:
: **NOTICE OF APPEARANCE**
:
:
:
:
:
:

PLEASE TAKE NOTICE that Kerin E. Coughlin of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL RESTAURANT ASSOCIATION in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: October 22, 2012
       New York, New York

By: _____/s/_____
    **Kerin E. Coughlin**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: kcoughlin@constantinecannon.com

251409.1

255279.1