UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD : MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE :
AND MERCHANT DISCOUNT : **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION :
_____ :
 :
This Document Relates To ALL ACTIONS. :
 :
-------------------------------------------------------------x

     PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL RESTAURANT ASSOCIATION in the above-referenced actions. We hereby request service of all documents in this matter.

DATED: October 22, 2012
          New York, New York

                              **By: /s/**
                                **Jeffrey I. Shinder**

                              CONSTANTINE CANNON LLP
                              335 Madison Avenue, 9th Floor
                              New York, New York 10017
                              Telephone: (212) 350-2700
                              Facsimile: (212) 350-2701
                              Email: jshinder@constantinecannon.com