UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re PAYMENT CARD                             :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                                :
AND MERCHANT DISCOUNT                          :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                           :
_____         :
                                               :
This Document Relates To ALL ACTIONS.          :
                                               :
---------------------------------------------------------------x

     PLEASE TAKE NOTICE that A. Owen Glist of Constantine Cannon LLP shall appear as counsel of record for plaintiff NATIONAL RESTAURANT ASSOCIATION in the above-referenced actions.  We hereby request service of all documents in this matter.

DATED:  October 22, 2012
        New York, New York

        **By: _____/s/_____**
           **A. Owen Glist**

CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701
Email: oglist@constantinecannon.com

251409.1

255198.1