UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re PAYMENT CARD              :   MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                 :
AND MERCHANT DISCOUNT           :   **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION            :
_____   :
                                :
This Document Relates To ALL ACTIONS.  :
                                :
-----------------------------------------------------------x

     PLEASE TAKE NOTICE that Kerin E. Coughlin of Constantine Cannon LLP shall appear as counsel of record for plaintiff AFFILIATED FOODS MIDWEST in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 22, 2012
       New York, New York

          **By:** _____/s/_____
               **Kerin E. Coughlin**

          CONSTANTINE CANNON LLP
          335 Madison Avenue, 9th Floor
          New York, New York 10017
          Telephone: (212) 350-2700
          Facsimile: (212) 350-2701
          Email: kcoughlin@constantinecannon.com

251409.1

255289.1