UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re PAYMENT CARD                          :    MDL No. 05 1720 (JG)(JO)
INTERCHANGE FEE                             :
AND MERCHANT DISCOUNT                       :    **NOTICE OF APPEARANCE**
ANTITRUST LITIGATION                        :
_____         :
                                            :
This Document Relates To ALL ACTIONS.       :
                                            :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that Jeffrey I. Shinder of Constantine Cannon LLP shall appear as counsel of record for plaintiff AFFILIATED FOODS MIDWEST in the above-referenced actions. We hereby request service of all documents in this matter.

DATED:  October 22, 2012
        New York, New York

          **By: _____/s/_____**
              **Jeffrey I. Shinder**

          CONSTANTINE CANNON LLP
          335 Madison Avenue, 9th Floor
          New York, New York 10017
          Telephone: (212) 350-2700
          Facsimile: (212) 350-2701
          Email: jshinder@constantinecannon.com

252256.1

255203.1