UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
IN RE PAYMENT CARD INTERCHANGE :
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION :

**This Document Applies to: All Cases** :  NO. 05-MD-1720 (JG) (JO)

  . :

    :

------------------------------------- X

## DECLARATION OF ATTEMPTS TO FILE

I, Jason A. Yurasek, declare:

The documents filed concurrently with this declaration were filed after the November 2, 2012 deadline because of technical failure of CM/ECF during the week of October 29 through November 2. Perkins Coie LLP attempted to file the accompanying documents at least two times each day on October 30, October 31, November 1, and November 2, but could not file due to technical failures of the CM/ECF system.

Dated: San Francisco, California.
       November 3, 2012

Respectfully submitted,

Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
415.344.7000


By: /s/ Jason A. Yurasek
    Jason A. Yurasek
    Attorneys for First Data Corporation

## CERTIFICATE OF SERVICE

I, Jason A. Yurasek, hereby certify that on November 3, 2012, a true and correct copy of the foregoing **DECLARATION OF ATTEMPTS TO FILE** was served upon Counsel of Record via the Court's ECF system.

/s/ Jason A. Yurasek

Jason A. Yurasek