# EXHIBIT D

# Glossary of Terms

| Term | | Definition |
|---|---|---|
| Cardholder | | The person who has been issued the credit card |
| Merchant | | The entity where shopping occurs |
| Issuer | | The bank that issues the card to the Cardholder |
| Acquirer | | The entity that purchases the transaction from the merchant |
| Issuer Processor | | The entity that processes the transaction for the issuer |
| Acquirer Processor | | The entity that processes the transaction for the acquirer |
| VisaNet | | Visa's computerized switch |