UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to: All Cases. | No. 05-MD-1720 (JG) (JO)<br><br>**RULE 7.1  CORPORATE DISCLOSURE STATEMENT OF ATM INDUSTRY ASSOCIATION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that *Amicus Curiae* ATM Industry Association is (1) a non-governmental corporate party and is a privately held not-for-profit Delaware corporation; (2) that has no parent corporation; and (3) that no publicly held company owns ten percent or more of its shares.

Dated: New York, New York.
November 7, 2012

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:   *s/Anthony J. Staltari*
    Anthony J. Staltari
    7 Times Square
    New York, NY 10036
    Telephone: (212) 790-4500

    Benjamin G. Shatz (P*ro Hac Vice* Pending)
    MANATT, PHELPS & PHILLIPS, LLP
    11355 West Olympic Blvd.
    Los Angeles, CA 90036

    *Attorneys for Amicus Curiae the ATM Industry Association*

200780734.1