UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
                                                    :
In re PAYMENT CARD                                  :   MDL No. 1720(JG)(JO)
INTERCHANGE FEE AND                                 :
MERCHANT DISCOUNT ANTITRUST                         :   **Corporate Disclosure Statement**
LITIGATION                                          :
                                                    :
This Document Relates To:                           :
                                                    :
ALL CLASS ACTIONS.                                  :
---------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1, proposed amicus curiae U.S. PIRG certifies that it has (1) no corporate parents and (2) no publicly held corporation owning 10% or more of their stock.

Dated: November 7, 2012

Respectfully submitted,

SCHLAM STONE & DOLAN LLP

By: _____/s/_____
     Robert L. Begleiter

26 Broadway
New York, NY  10004
Phone: 212-344-5400
Fax: 212-344-7677
rbegleiter@schlamstone.com

*Attorneys for Amicus Curiae U.S. PIRG*

237585.1

255718.1