UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CLASS ACTIONS | MDL Docket No. 1720 (JG) (JO)<br><br>Civil No. 05-5075 (JG) (JO) |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, objectors American Express Company, American Express Travel Related Services Company, Inc., Travel Impressions, Ltd., and American Express Publishing Corp. disclose the following:

      1.    Objector American Express Travel Related Services Company, Inc. is a wholly owned subsidiary of American Express Company.

      2.    Objector Travel Impressions, Ltd. is a wholly owned subsidiary of American Express Company.

      3.    Objector American Express Publishing Corp. is a wholly owned subsidiary of American Express Company.

4. Objector American Express Company has no parent company. Berkshire Hathaway, Inc., a publicly traded company, together with its subsidiaries and affiliates, owns ten (10) percent or more of the stock of American Express Company.

Dated: New York, New York  
       November 8, 2012

Respectfully submitted,

BOIES, SCIHLLER & FLEXNER LLP

By   /s/ Philip C. Korologos  
      Philip C. Korologos  
      575 Lexington Avenue  
      New York, NY 10022  
      Tel. (212) 446-2300  
      Fax (212) 446-2350  
      Email: pkorologos@bsfllp.com