UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE PAYMENT CARD INTERCHANGE       ORDER
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION                 05-CV-1720 (JG) (JO)
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

Attorney Benjamin Gross Shatz, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By November 15, 2012, Mr. Shatz shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Shatz shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Shatz shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

SO ORDERED.

Dated: Brooklyn, New York
       November 8, 2012

                                            _____/s/_____
                                            JAMES ORENSTEIN
                                            U.S. Magistrate Judge