CIVIL CAUSE FOR CONFERENCE Oral Argument (2:00)
                                                          2:00pm - 2:30pm

Before JUDGE: __GLEESON__  DATE: 11/9/2012  TIME: 11:30 Am - 1:00 Pm
Docket Number: 05 MDL 1720

TITLE: In Re Payment Card Interchange Fee and Merchant Discount et al

Courtroom Deputy: ____Ilene Lee____  CR: Victoria Butler; Marsha Diamond; Tony Mancuso

APPEARANCES:

    FOR PLAINTIFF: (Please see attached sheet)

    FOR PLAINTIFF: _____

    FOR DEFENDANT: (Please see attached sheet)

    FOR DEFENDANT: _____

√    CASE CALLED.

___    COUNSEL FOR _____ NOT PRESENT.

___    STATUS CONFERENCE HELD.    ___ PRE-MOTION CONFERENCE HELD.

___    CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___    PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___    ALL DISCOVERY TO BE COMPLETED BY _____.

√    Class Plaintiff's MOTION for Class Settlement Preliminary Approval [1656].

BRIEFING SCHEDULE:
    Motion due: _____ Opposition/Response due: _____ Replies due: _____

√    ORAL ARGUMENT/MOTION HEARING HELD    ___ Motion GRANTED    ___ Motion DENIED

___    DECISION RESERVED    ___ DECISION READ INTO THE RECORD.

___    DECISION IS TAKEN UNDER SUBMISSION.

- Objectors arguments were heard by the Court.
- The Class Plaintiff's motion for class settlement preliminary approval is GRANTED by the Court.
- The motion made by Home Depot for the certification for an interlocutary appeal is DENIED by the Court.
- The Court also notifies all parties that it will appoint an expert counsel to advise the Court of issues and rule changes that will arise from this settlement.

## ATTORNEY APPEARANCES FOR THE IN RE VISA/MASTERCARD CHECK CARD MDL ORAL ARGUMENT

**Date:** November 9, 2012

| PLAINTIFFS/OBJECTORS: | DEFENDANTS: |
|---|---|
| Todd Anderson, Esq. | Richard Creighton, Esq. |
| **Jeffrey I. Shinder, Esq.*** | Joseph W. Clark, Esq. |
| **Stephen Neuwirth, Esq.*** | Teresa Bonder, Esq. |
| **Jason Y. Yurasek, Esq.*** | Wes Powell, Esq. |
| **Gregory Clarick, Esq.*** | Ken Gallo, Esq. |
| Michael Buchman, Esq. | Matt Freimuth, Esq. |
| Jeanne Lahiff, Esq. | Mark Ladner, Esq. |
| Ryan Marth, Esq. | Michael Miller, Esq. |
| Tom Undlin, Esq. | Robert Vizas, Esq. |
| K. Craig Wildfang, Esq. | Mark Merley, Esq. |
| **Bonnie E. Sweeney, Esq.*** | Robert Mason, Esq. |
| Merrill Davidoff, Esq. | Peter Greene, Esq. |
| **H. Laddie Montague, Jr., Esq.*** | Jim Sulentic, Esq. |
| Michael Kane, Esq. | David Graham, Esq. |
| **Patrick Coughlin, Esq.*** | Adam Mocciolo, Esq. |
| **Richard Arnold, Esq.*** | Andrew Frackman, Esq. |
| Linda Nussbaum, Esq. | Abby Rudzin, Esq. |
| Paul Slater, Esq. | Vivian Storm, Esq. |
| **Philip Korologos, Esq.*** | Lisa Dunlop, Esq. |
| Jay L.T. Breakstone, Esq. | Wayne Dale Collins, Esq. |

**(* Attorney actually spoke during the argument.)**