**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

November 14, 2012

<u>VIA ECF</u>

The Honorable Judge John Gleeson
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(JG)(JO)

Dear Judges Gleeson and Orenstein:

    Attached please find a Joint Stipulation and [Proposed] Order Concerning Information Provided by First Data Corporation. This stipulation has been entered into by counsel for Visa, MasterCard, Class Plaintiffs and a representative from the Class Administrator, Epiq Class Action and Claims Solutions, Inc., and concerns certain agreements entered into regarding the treatment of merchant-specific data to be produced by First Data in response to a subpoena issued by Class Plaintiffs. We ask the Court to sign the Proposed Order so First Data will begin to produce the requested data.

Respectfully submitted,

*[signature]*

ALEXANDRA S. BERNAY

ASB:jpk
Enclosure

cc: All Counsel via ECF

788925_1