UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
In re PAYMENT CARD INTERCHANGE    :    MDL No. 1720(JG)(JO)
FEE AND MERCHANT DISCOUNT          :
ANTITRUST LITIGATION                       :    NOTICE OF APPEAL
                                                        :
This Document Relates To:                   :
                                                        :
ALL CLASS ACTIONS.                         :
                                                        :
--------------------------------------------------------x

      Notice is hereby given that Objecting Plaintiffs Coborn's Incorporated; D'Agostino Supermarkets, Inc.; Jetro Holdings, Inc. and Jetro Cash & Carry Enterprises, LLC; Affiliated Foods Midwest Cooperative, Inc.; National Association of Convenience Stores; National Association of Truck Stop Operators; National Community Pharmacists Association; National Cooperative Grocers Association; National Grocers Association; and the National Restaurant Association, pursuant to 28 U.S.C. § 1292(a)(1), hereby appeal to the United States Court of Appeals for the Second Circuit from the order entered on November 27, 2012 (Docket Entry No. 1745) that "enjoins the members of . . . the Rule 23(b)(2) Settlement Class . . . from challenging in any action or proceeding any matter covered by this Class Settlement Agreement or its release and covenant not to sue provisions . . . ."

DATED:  New York, New York
           November 27, 2012              CONSTANTINE CANNON LLP

                                                 By: _____/s/_____
                                                    Jeffrey I. Shinder
                                        335 Madison Avenue, 9th Floor
                                        New York, New York 10017
                                        Telephone: (212) 350-2700
                                        Facsimile:  (212) 350-2701
                                        Email: jshinder@constantinecannon.com

                                        *Attorneys for Objecting Plaintiffs*

256333.1