UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To: ALL ACTIONS | MDL Docket No. 1:05-md-1720-JG-JO<br><br>NOTICE OF APPEAL |

      Notice is hereby given that Objectors, Target Corporation, Macy's, Inc., J.C. Penney Corporation, Inc., The Gap, Inc.; Limited Brands, Inc.; Dillard's, Inc.; Big Lots Stores, Inc.; Ascena Retail Group, Inc.; The Neiman Marcus Group, Inc.; Abercrombie & Fitch Co.; Saks Incorporated; Chico's FAS, Inc.; Bob Evans Farms, Inc.; CKE Restaurants, Inc.; Papa John's International, Inc.; American Signature, Inc.; Boscov's Department Store, LLC; National Retail Federation; American Booksellers Association; and National Association of College Stores, pursuant to 28 U.S.C. § 1292(a)(1), hereby appeal to the United States Court of Appeals for the Second Circuit from the November 27, 2012 Order (ECF No. 1745), granting Class Plaintiffs' Motion for Class Settlement Preliminary Approval and issuing a corresponding injunction.

DATED: New York, New York
             December 3, 2012

Respectfully submitted,

CLARICK GUERON REISBAUM LLP

By:    Gregory A. Clarick
        Gregory A. Clarick
        Nicole Gueron
40 West 25th Street
New York, New York
(212) 633-4310

*Attorneys for Objectors*