**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

K. Craig Wildfang
KCWildfang@rkmc.com
612-349-8554

December 10, 2012

The Honorable Judge John Gleeson
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

*Via E.C.F.*

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson:

Enclosed for the Court's information please find a copy of an order issued by the Second Circuit Court of Appeals this afternoon regarding the above-entitled matter.

Very truly yours,

*s/ K. Craig Wildfang*

K. Craig Wildfang

cc:   All counsel of record via ECF

83554063.1

ATLANTA     BOSTON     LOS ANGELES     MINNEAPOLIS     NAPLES     NEW YORK

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of December, two thousand twelve.

Before:    Peter W. Hall,
           *Circuit Judge.*

_____

| | |
|---|---|
| In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | **ORDER**<br><br>Docket Nos.   12-4671(L)<br>                         12-4708(Con)<br>                         12-4765(Con) |

_____

IT IS HEREBY ORDERED the motion by Appellant Home Depot U.S.A., Inc. for expedited briefing, oral argument and decision is DENIED. IT IS FURTHER ORDERED that briefing for this appeal is deferred until after the U.S. District Court for the Eastern District of New York has entered an order of final approval and final judgment with respect to the settlement at issue in these appeals or has otherwise concluded these matters by entry of final judgment. Within 14 days of entry of any such final judgment in the District Court, the Appellees shall report that fact by letter with the Clerk of this Court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/10/2012