1622 LOCUST STREET  |  PHILADELPHIA, PA 19103-6305  |  *phone* 215/875-3000  |  *fax* 215/875-4604  |  *www.bergermontague.com*

# Berger&Montague,P.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| **H. LADDIE MONTAGUE, JR.** | *ALSO ADMITTED IN DC* |
| WRITER'S DIRECT DIAL | 215/875-3010 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | *hlmontague@bm.net* |

December 13, 2012

**VIA ECF**

The Honorable John Gleeson
United States District Judge
225 Cadman Plaza East
Room 727 South
Brooklyn, New York 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust*
                  *Litigation*, 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson:

      Class Plaintiffs respectfully request the Court's approval of the following ministerial non-substantive changes to the language of the publication and long-form notices (Appendix F to the Definitive Class Settlement Agreement):

●    In both notices, addition of the statement: "Please check www.PaymentCardSettlement.com for any updates relating to the settlement or the settlement approval process." This will enable class members to know that they have readily accessible access to updates, if any.

●    In both notices, deletion of "courtroom xx" from the identification of the place of the final fairness hearing in both notices. A courtroom has not yet been assigned for the hearing.

●    In the long form notice, the fixing of the following typographical errors: 1) deletion of "of" in Question 12; and 2) changing "ot" to "to" in Question 22.

●    In the long form notice, changing "on July 29, 2013" to "by July 29, 2013" for the start of the eight month ten (10) basis points interchange reduction period on page 1 and in Question 7. This is consistent with the language used in the Definitive Class Settlement Agreement.

●    In the publication notice, moving the Tagline statement: "To merchants who have accepted Visa and MasterCard at any time since January 1, 2004" up to the beginning of the Tagline and moving "Notice of a class action settlement authorized by



The Honorable John Gleeson
December 13, 2012
Page 2

the by U.S. District Court, Eastern District of New York" to underneath the Tagline. This is to make it easier for the reader to identify the target of the notice.

●     In the foreign language versions of both notices, the following translation disclaimer to appear in the applicable foreign language: "NOTICE. This document is a translation of a duly approved English-language document, and is provided for informational purposes only. In the event of any discrepancy between the text of this translation and the text of the original English-language document that this translation is intended to reflect, the text of the original English-language document shall prevail." This is to avoid any potential disputes arising from a translation discrepancy.

The proposed modified publication notice is attached as Exhibit A and the proposed modified long-form notice is attached as Exhibit B to this letter. For the Court's convenience, the proposed modifications along with the actual deadline dates and contact information have been highlighted.

Defendants agree with all of the proposed modifications. To comply with the Court ordered deadline for completing the notice program (February 25, 2013), the notices must be finalized shortly as they must be submitted for printing before the end of December 2012.

Respectfully Submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins, Kaplan, Miller**
**& Ciresi L.L.P.**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Bonny E. Sweeney*
Patrick J. Coughlin
Bonny E. Sweeney
**Robbins Geller Rudman**
**& Dowd LLP**

cc:     All Counsel of Record (via ECF)