1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

December 14, 2012

H. LADDIE MONTAGUE, JR.   ALSO ADMITTED IN DC
WRITER'S DIRECT DIAL | 215/875-3010
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | hlmontague@bm.net

**VIA ECF**

The Honorable John Gleeson
United States District Judge
225 Cadman Plaza East
Room 727 South
Brooklyn, New York 11201

Magistrate Judge James Orenstein
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson and Magistrate Judge Orenstein:

Pursuant to paragraph 26 of the Class Settlement Preliminary Approval Order and paragraph 16 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Settlement Administrator's request for funding in the amount of $12,726,734.34 from the Cash Settlement Cash Escrow Account. These funds are needed to pay for the costs of publication and mailing notice and associated costs.

The Settlement Administrator has requested that it receive the funds by December 17, 2012 to comply with certain deadlines. Attached as Exhibit A is the Settlement Administrator's funding request.

We also respectfully request approval for the payment of the tax accountants' invoice in the amount of $4,427.50, a copy of which is attached as Exhibit B.

Respectfully Submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins, Kaplan, Miller & Ciresi L.L.P.**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Bonny E. Sweeney*
Patrick J. Coughlin
Bonny E. Sweeney
**Robbins Geller Rudman & Dowd LLP**

/sll
Attachments
cc:   All Counsel of Record (via ECF)