# Exhibit A

P 503 350 5800  T 800 547 4407  F 503 350 5890
10300 SW ALLEN BOULEVARD, BEAVERTON OR 97005
WWW.EPIQSYSTEMS.COM



December 12, 2012

**To:** Settlement Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:** Settlement Notice Media and Mailing Funding Request

In order to implement the settlement notice effort pursuant to the Court's Order of November 27, 2012, funding described below should be received by Epiq by **December 17, 2012**.

On December 17, 2012, Epiq must place a definitive order for milling of paper stock (2+ million pounds of paper). Ten days later on December 27, 2012, Hilsoft must begin to issue binding orders to media providers to reserve advertising space.

Depending on the quantity of merchant names and addresses subsequently provided by First Data and others, a supplemental funding request may be issued for related printing and mailing. Funding for postage will be needed three business days prior to the commencement of notice mailing.

Because of the substantial sums involved, advance funding is necessary. Mailing and postage quantities are estimated. To the extent actual charges differ from those estimated, unused funds will be applied to Epiq services subsequently provided and invoiced.

| Description | Amount |
|---|---:|
| Hilsoft Invoice 90023901 (9/30/12) | 21,752.50 |
| Epiq Class Action (ECA) Invoice 90026175 (10/31/12) | 710,767.93 |
| Hilsoft Invoice 90026071 (10/31/12) | 11,705.00 |
| ECA Invoice 90029587 (12/01/12) | 361,285.41 |
| Hilsoft Invoice 90028936 (11/30/12) | 26,967.50 |
| Hilsoft Media Authorization MA1 (12/12/12)—See attached. | 7,919,256.00 |
| ECA Print/Mail settlement notice—initial mailing. Acquire paper stock and reserve press time. 15 million@$0.078 each. | 1,170,000.00 |
| ECA Print/Mail settlement notice—initial mailing. Printing and mailing of settlement notices. 15 million@$0.167 each. | 2,505,000.00 |
| **Total** | **12,726,734.34** |

Please wire funding of **$12,726,734.34** to the following account:

Epiq Class Action & Claims Solutions



Re: Payment Card Interchange

W-9's for Epiq Class Action and Hilsoft Notifications are attached.

If there are any questions, please just let me know. Thank you for your prompt attention to this matter.

Sincerely,
/s/
Lauran Schultz
Director