**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

January 17, 2013

<u>VIA ECF</u>

The Honorable Judge John Gleeson  
United States District Court  
    Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein  
United States District Court  
    Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(JG)(JO)

Dear Judges Gleeson and Orenstein:

Pursuant to ¶26 of the Class Settlement Preliminary Approval Order and ¶16 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Settlement Administrator's request for funding in the amount of $9,872,316.84 from the Cash Settlement Cash Escrow Account. These funds are needed to pay for the costs of publication and mailing notice and settlement administration.

The Settlement Administration has requested that it receive the funds by January 24, 2013 to comply with certain deadlines. Attached as Exhibit A is the Settlement Administrator's funding request.

Respectfully submitted,

*/s/ K. Craig Wildfang*  
K. Craig Wildfang  
Thomas J. Undlin  
**Robins, Kaplan, Miller & Ciresi L.L.P.**

*/s/ H. Laddie Montague, Jr.*  
H. Laddie Montague, Jr.  
Merrill G. Davidoff  
**Berger & Montague, P.C.**

*/s/ Bonny E. Sweeney*  
Patrick J. Coughlin  
Bonny E. Sweeney  
**Robbins Geller Rudman & Dowd LLP**

Attachment

cc: All Counsel of Record (via LexisNexis File & Serve)

805844_1