

**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

February 06, 2013

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway,
Suite 1900,
San Diego, CA  92101

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 8 2013 ★

Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation // To: ADV. Pub. Conde Nast Johansens Vogue House

Case No.  05MD01720JGJO

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

ADV. Pub. Conde Nast Johansens Vogue House is not listed on our records or on the records of the State of DE.

Very truly yours,


The Corporation Trust Company

Log# 522083653

Sent By Regular Mail

cc: Eastern District of New York - U.S. District Court
    225 Cadman Plaza East,
    Brooklyn, NY  11201


**(Returned To)**

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway,
Suite 1900,
San Diego, CA  92101

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 0 8 2013 ★

BROOKLYN OFFICE

2/6/2013