
**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **FEB 2 8 2013** ★

**BROOKLYN OFFICE**

February 23, 2013

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway,
Suite 1900,
San Diego, CA 92101

Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation // To: Phone Systems & Network

Case No. 05MD01720JGJO

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Phone Systems & Network USA, Inc..

Phone Systems & Network USA, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


The Corporation Trust Company

Log# 522189369

Sent By Regular Mail

cc: Eastern District of New York - U.S. District Court
225 Cadman Plaza,
Brooklyn, NY 11201

---

**(Returned To)**

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway,
Suite 1900,
San Diego, CA 92101

2/23/2013

 Undeliverable mail only to:
1209 Orange Street
Wilmington, DE 19801



**ADDRESS SERVICE REQUESTED**



E200 (7/2012)