**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

March 11, 2013

<u>VIA ECF</u>

The Honorable Judge John Gleeson
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(JG)(JO)

Dear Judges Gleeson and Orenstein:

Pursuant to paragraph 16 of the Definitive Class Settlement Agreement and paragraph 8 of Appendix B to that Agreement (the Class Settlement Cash Escrow Agreement), Class Plaintiffs respectfully request the Court's approval of the Escrow Agent's request to pay custodial fees, totaling $50,867.14, out of the Class Settlement Cash Escrow Account. These fees were incurred to purchase investment vehicles for the funds in the Account. The Escrow Agent's invoices are attached as Exhibit A.

Class Plaintiffs also request that the Court approve the ability of the Escrow Agent to withdraw monthly fees from the Escrow Account as they become due, through the end of 2013, upon review and approval by Co-Lead Counsel. The total fees will not exceed $150,000 for the period 2012-2013.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Bonny E. Sweeney* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Bonny E. Sweeney |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

Attachment

cc: All Counsel of Record (via ECF)

819800_1