| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

ORDER
05-MD-1720 (JG) (JO)

JOHN GLEESON, United States District Judge:

Class Counsel have requested an order directing that changes be made to the information set forth on the following websites: http://merchantsobject.com; http://ww.ncpanet.org; www.nationalgrocers.org; www.nacsonline.org; and www.natso.com.

If, as Class Counsel contend, misleading or erroneous information is being disseminated to class members about the proposed settlement, I have the authority (and, in appropriate circumstances, the obligation) to require that the information be corrected.  *In re Visa Check/Mastermoney Antitrust Litig.*, No. CV-96-5238 (JG), 2006 WL 1025588, at *4 (E.D.N.Y. Mar. 31, 2006) (holding that the All Writs Act, 28 U.S.C § 1651(a) authorizes federal courts to issue orders necessary "to protect the settlement from threats by both parties and non-parties.")

The trade associations responsible for the websites at issue are hereby ordered to show cause in writing, on or before March 5, 2013, why the relief sought should not be granted. In addition, they shall show cause why they should not be ordered to send a corrective communication to every class member who has either opted out of or objected to the proposed settlement (or both) based on the false or misleading information, together with a renewed opportunity for each such class member to choose his, her or its course of action with respect to the proposed settlement.

Class Counsel are hereby directed to send a copy of this order forthwith, in the manner most likely to constitute timely and effective notice, on the associations responsible for the websites in question.

Reply papers in support of the relief sought shall be filed on or before 3:30 p.m. on April 9, 2013. Oral argument shall be held on April 11, 2013 at 2:30 p.m.

So ordered.

John Gleeson, U.S.D.J.

Dated: April 1, 2013
      Brooklyn, New York