UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

ORDER
05-MD-1720 (JG) (JO)

JOHN GLEESON, United States District Judge:

      Professor Alan O. Sykes is hereby appointed under Federal Rules of Evidence 706 to advise the Court with respect to any economic issues that may arise in connection with the forthcoming motion for final approval of the proposed settlement.

      Class Plaintiffs and the defendants shall confer and hopefully agree on the manner in which Professor Sykes (whose hourly rate of $800 I find reasonable) should be compensated. Any dispute in that regard should be presented to the Court.

      So ordered.


John Gleeson, U.S.D.J.

Dated: April 8, 2013
      Brooklyn, New York