UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : : : : : : : : : | MDL No. 1720(JG)(JO) <br><br> Civil No. 05-5075(JG)(JO) <br><br> NOTICE OF MOTION AND MOTION FOR CLASS PLAINTIFFS' FINAL APPROVAL OF SETTLEMENT |
| This Document Relates To: <br><br> ALL ACTIONS. | | Judge:      The Honorable John Gleeson <br> Date:        September 12, 2013 <br> Time:       10:00 a.m. <br> Courtroom: 6C |

831276_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on September 12, 2013, at 10:00 a.m., before the Honorable Judge John Gleeson, in Courtroom 6C, of the above-entered Court, located at the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York 11201, Class Plaintiffs Photos Etc. Corp.; Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Crystal Rock LLC; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corp.; and Payless ShoeSource, Inc. ("Class Plaintiffs") pursuant to Rule 23(e) of the Federal Rules of Civil Procedure will and hereby do move the Court, for an Order granting final approval of the Definitive Class Settlement Agreement attached as Exhibit 1 to the Notice of Class Plaintiffs' Motion for Class Settlement Preliminary Approval, dated October 19, 2012.  Dkt. No. 1656.

DATED: April 11, 2013        ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                              PATRICK J. COUGHLIN
                                              BONNY E. SWEENEY
                                              DAVID W. MITCHELL
                                              ALEXANDRA S. BERNAY

s/ Bonny E. Sweeney
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P
K. CRAIG WILDFANG
THOMAS J. UNDLIN
RYAN W. MARTH

s/ K. Craig Wildfang
K. CRAIG WILDFANG

- 1 -
831276_1

2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER & MONTAGUE, P.C.
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
BART D. COHEN
MICHAEL J. KANE


      s/ H. Laddie Montague, Jr.
      H. LADDIE MONTAGUE, JR.

1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

831276_1