UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL Docket No. 1:05-md-1720-JG-JO |

### STATEMENT OF OBJECTIONS

Target Corporation, Target Commercial Interiors, Inc., and TCC Cooking Co. (collectively "Target") are members of the putative Rule Changes Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.* Target has opted out of the Cash Settlement Class.

Target is a Class Member because it will accept Visa Branded Cards and/or MasterCard Branded Cards in the United States in the future.

Target objects to the settlement in this lawsuit. Target objects to certification of the Rule Changes Settlement Class, and the proposed settlement for the Rule Changes Settlement Class. Target's reasons for objecting, and the laws and evidence that support each objection, are set forth in the Memorandum In Support attached hereto.

My personal information is:

Name: Target Corporation
Address: 1000 Nicollet Mall, Minneapolis, MN 55403
Telephone Number: 612-304-6073


Name: Target Commercial Interiors, Inc.
Address: 81 South Ninth Street, Suite #350, Minneapolis, MN 55402
Telephone Number: 612-304-6073

Name: TCC Cooking Co. (f/k/a Pikes Peak Direct Marketing Inc.)
Address: 5700 Centennial Blvd., Colorado Springs, CO 80919
Telephone Number: 719-272-2600

The contact information for the lawyers representing Target in this matter is:

Gregory A. Clarick
Clarick Gueron Reisbaum LLP
40 West 25th Street
New York, New York 10010
(212) 633-4310
gclarick@cgr-law.com

Michael J. Canter
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
mjcanter@vorys.com

Robert N. Webner
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
rnwebner@vorys.com

Kenneth J. Rubin
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
kjrubin@vorys.com

                Respectfully submitted,

                CLARICK GUERON REISBAUM LLP

                By: /s/ Gregory Clarick
                    Gregory A. Clarick
                    40 West 25th Street
                    New York, New York 10010
                    (212) 633-4310

VORYS, SATER, SEYMOUR AND PEASE LLP

Michael J. Canter
Robert N. Webner
Kenneth J. Rubin
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400

*Attorneys for Target Corporation, Target Commercial Interiors, Inc., and TCC Cooking Co.*

## CERTIFICATE OF SERVICE

I, Gregory A. Clarick, hereby certify that on May 27, 2013, I caused a true and correct copy of the foregoing STATEMENT OF OBJECTIONS to be electronically filed with the Clerk of the Court in accordance with the Eastern District's Rules on Electronic Service, and served via U.S. mail upon Class Counsel, Alexandra S. Bernay, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, and Counsel for the Defendants, Wesley R. Powell, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019.

                        /s/Gregory Clarick
                        Gregory A. Clarick