UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE FEE            05-md-1720 [JG]
AND MERCHANT DISCOUNT ANTITRUST LITIG.

**Notice of Motion to**
**Admit John J. Pentz**
**Pro Hac Vice**

-------------------------------------------------------------------X

TO:    Clerk of the Court
        All Parties of Record

        PLEASE TAKE NOTICE that upon the annexed affidavit of movant John J.

Pentz in support of this motion and the Certificate of Good Standing annexed thereto, I

will move this Court before the Honorable John Gleeson at the United States Courthouse

for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 for

an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York for an Order admitting John Jacob

Pentz *pro hac vice* in this matter.

                                       */s/ John J Pentz*
                                       John J. Pentz, Esq.
                                       19 Widow Rites Lane
                                       Sudbury, MA  01776
                                       Phone: (978) 261-5715
                                       Fax: (978) 405-5161
                                       jjpentz3@gmail.com

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on May 28, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.


*/s/ John J. Pentz*
John J. Pentz
