UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE FEE        05-md-1720 [JG]
AND MERCHANT DISCOUNT ANTITRUST LITIG.

**Affidavit in Support of Motion to Admit John J. Pentz Pro Hac Vice**

-------------------------------------------------------------------X

John J. Pentz, being duly sworn, hereby deposes and states as follows:

1. I am engaged in the practice of law with offices located at 19 Widow Rites Lane, Sudbury, Massachusetts.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I have requested and will submit a Certificate of Good Standing as soon as I receive it.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I seek to be admitted *pro hac vice* in order to appear as counsel for class members Unlimited Vacations and Cruises, Daviss Donuts and Deli, Top Gun Wrecker, Orange County Building Materials and Hat & Gown, in this case, and in order to receive and file documents electronically.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

*/s/ John J. Pentz*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on May 28, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                   */s/ John J. Pentz*
                                                   John J. Pentz