# ENMARK STATIONS, INC.

P. O. BOX 728
SAVANNAH, GEORGIA 31402
(912) 236-1331
FAX (912) 443-6637

## STATEMENT OF OBJECTIONS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------x

In re PAYMENT CARD INTERCHANGE :
FEE AND MERCHANT DISCOUNT :           No. 05MD01720 (JG) (JO)
ANTITRUST LITIGATION :

------------------------------------------x

Statement of Objections
I am a member of the plaintiff class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. I am a class member because I operate

Business Name:        Enmark Stations, Inc.

Street Address:       See Attached List

City: _____ State: _____ Zip _

and I have accepted Visa and/or MasterCard from January 1, 2004 through present.

I object to the settlement in this lawsuit. My reasons for objecting are:

1. The proposed settlement does not address Visa's and MasterCard's price fixing of interchange rates for the banks, the subject of the core claims in the case. The proposed settlement actually validates that practice, enabling Visa and MasterCard to continue to illegally fix fees for the banks that merchants and their customers have no choice but to pay. Our portion of the compensatory relief amounts to only a fraction of what we pay in interchange, and given that Visa and MasterCard can continue to fix interchange, they can recoup the settlement amount by raising interchange rates in the future.
2. Instead of addressing the core claims in the case, the settlement merely provides merchants with a limited ability to surcharge Visa and MasterCard credit card transactions that is of little value to us.
3. We accept American Express transactions. The settlement limits our ability to surcharge Visa and MasterCard credit card transactions because under its proposed terms we can only surcharge Visa and MasterCard transactions if we also surcharge American Express transactions. However, we cannot surcharge

---

*ENMARK MISSION STATEMENT*
*To be the best service stations and convenience stores, from the customer's perspective,*
*in all the markets in which we operate.*

# ENMARK STATIONS, INC.

P. O. BOX 728
SAVANNAH, GEORGIA 31402
(912) 236-1331
FAX (912) 443-6637

American Express transactions under our contract with American Express. Since we cannot realistically drop American Express to avoid this limitation, this is another reason why we cannot take advantage of the surcharging relief in the settlement.

4. The proposed settlement includes unacceptable obligations, such as requiring us to disclose to customers at the point of sale that we are imposing the surcharge, when in fact the only reason we would charge such fees is the onerous fees set by Visa and MasterCard. The settlement also requires us to disclose to Visa and MasterCard that we are imposing the surcharge, which is an effort to intimidate us.
5. The release will not allow me to protect against mistreatment by Visa/MasterCard. It purports to cover all Visa and MasterCard rules and conduct that were in place upon preliminary approval, and all future rules and future conduct that are substantially similar to rules and conduct in place at preliminary approval. These rules are unfair and cause problems for my business.
6. Based on the outcome of the settlement, we do not believe the lawyers who negotiated it represented our best interests.

My personal information is:
Name: Robert Houstoun Demere, III
My position:   Vice-President
Name of merchant:  Enmark Stations, Inc.
Street Address:  2112 Rankin Street
City:  Savannah    State: Georgia    Zip Code: 31415
Phone number:  912-236-1331

Signed: _____

Dated: 5/28/2013

---

ENMARK MISSION STATEMENT
*To be the best service stations and convenience stores, from the customer's perspective,
in all the markets in which we operate.*

# ENMARK STATIONS, INC.

P. O. BOX 728
SAVANNAH, GEORGIA 31402
(912) 236-1331
FAX (912) 443-6637

## Location List

| Brand | Address | City | St | Zip | Status |
|---|---|---|---|---|---|
| Enmark | 2700 Sylvester Rd | Albany | GA | 31705 | Active |
| Enmark | 610 S Slappey Blvd. | Albany | GA | 31707 | Active |
| Enmark | 2800 N Slappey Blvd | Albany | GA | 31707 | Active |
| Enmark | 2424 Clark Ave | Albany | GA | 31705 | Active |
| Enmark | 221 Bobby Jones Exp | Augusta | GA | 30907 | Active |
| Enmark | 202 E Baker Hwy | Douglas | GA | 31533 | Active |
| Enmark | 106 Ocilla Hwy | Fitzgerald | GA | 31750 | Active |
| Enmark | 4230 Augusta Rd | Garden City | GA | 31408 | Active |
| Enmark | 715 E Oglethorpe Hwy | Hinesville | GA | 31313 | Active |
| Enmark | 3825 Pio Nono Ave | Macon | GA | 31206 | Active |
| Enmark | 3311 Mercer Univ Dr | Macon | GA | 31204 | Active |
| Enmark | 217 N Highway 25 | Millen | GA | 30442 | Active |
| Enmark | 915 First Ave SE | Moultrie | GA | 31768 | Active |
| Enmark | 402 7th St N | Cordele | GA | 31015 | Active |
| Enmark | 907 E Hwy 80 | Pooler | GA | 31322 | Active |
| Enmark | 830 Hwy 80 West | Pooler | GA | 31322 | Active |
| Enmark | 7002 Hwy 21 | Port Wentworth | GA | 31407 | Active |
| Enmark | 429 S.Columbia Avenue | Rincon | GA | 31326 | Active |
| Enmark | 6188 Hwy 21 So | Rincon | GA | 31326 | Active |
| Enmark | 510 S Harris Street | Sandersville | GA | 31082 | Active |
| Enmark | 14000 Abercorn Exp | Savannah | GA | 31419 | Active |
| Enmark | 1316 E DeRenne Ave | Savannah | GA | 31406 | Active |
| Enmark | 4318 Ogeechee Rd | Savannah | GA | 31405 | Active |
| Enmark | 405 MLK Jr. Blvd | Savannah | GA | 31401 | Active |
| Enmark | 4202 Montgomery St | Savannah | GA | 31405 | Active |
| Enmark | 3511 Skidaway Rd | Savannah | GA | 31404 | Active |
| Enmark | 3219 Skidaway Rd | Savannah | GA | 31404 | Active |
| Enmark | 7406 Waters Ave | Savannah | GA | 31406 | Active |
| Enmark | 175 Johnny Mercer Blvd | Savannah | GA | 31410 | Active |
| Enmark | 210 Johnny Mercer Blvd | Savannah | GA | 31410 | Active |
| Enmark | 1283 Hwy 21 So | Springfield | GA | 31329 | Active |
| Enmark | 604 Northside Dr E | Statesboro | GA | 30458 | Active |
| Enmark | 100 Northside Dr. W | Statesboro | GA | 30458 | Active |
| Enmark | 609 S Main St. | Swainsboro | GA | 30401 | Active |
| Enmark | 1819 Tift Ave | Tifton | GA | 31794 | Active |
| Enmark | 311 E 5th St | Tifton | GA | 31794 | Active |
| Enmark | 701 E Park/Lee St | Valdosta | GA | 31602 | Active |
| Enmark | 707 S Patterson St | Valdosta | GA | 31601 | Active |
| Enmark | 101 Northside Dr East | Valdosta | GA | 31602 | Active |
| Enmark | 1401 E First St | Vidalia | GA | 30474 | Active |
| Enmark | 3098 Watson Blvd. | Warner Robins | GA | 31093 | Active |
| Enmark | 609 S Houston Lake Rd | Warner Robins | GA | 31088 | Active |
| Enmark | 217 Russell Pkwy | Warner Robins | GA | 31088 | Active |
| Enmark | 2580 Hendersonville Rd. | Arden | NC | 28704 | Active |
| Enmark | 125 Leicester Hwy | Asheville | NC | 28806 | Active |
| Enmark | 203 Merrimon Ave | Asheville | NC | 28801 | Active |
| Enmark | 825 Tunnel Rd. | Asheville | NC | 28805 | Active |
| Enmark | 1021 Asheville Hwy | Brevard | NC | 28712 | Active |
| Enmark | 845 Spartanburg Hwy | Hendersonville | NC | 28792 | Active |
| Enmark | 3300 Ashvl' Hwy | Hendersonville | NC | 28791 | Active |
| Enmark | 716 E Main St. | Sylva | NC | 28779 | Active |
| Enmark | 1961 S Main St | Waynesville | NC | 28780 | Active |
| Enmark | 2205 Boundary St | Beaufort | SC | 29902 | Active |
| Enmark | PO Box 4607 | Beaufort | SC | 29903 | Active |
| Enmark | 101 Midtown Drive | Beaufort | SC | 29906 | Active |
| Enmark | 1010 Fording Island Rd | Bluffton | SC | 29910 | Active |

---

*ENMARK MISSION STATEMENT*

*To be the best service stations and convenience stores, from the customer's perspective,
in all the markets in which we operate.*

# ENMARK STATIONS, INC.

P. O. BOX 728
SAVANNAH, GEORGIA 31402
(912) 236-1331
FAX (912) 443-6637

| | | | | | |
|---|---|---|---|---|---|
| Enmark | 101 Commerce Place East | Bluffton | SC | 29910 | Active |
| Enmark | 501 Island West Park | Bluffton | SC | 29910 | Active |
| Enmark | 4372 Bluffton Parkway | Bluffton | SC | 29910 | Active |
| Enmark | 3 Palmetto Bay Road | Hilton Head | SC | 29928 | Active |
| Enmark | 1240 Great Falls Hwy | Lancaster | SC | 29720 | Active |
| Enmark | 303 Thompson Blvd | Union | SC | 29379 | Active |
| Enmark | 844 N Main St | Cedartown | GA | 30125 | Closed |
| Enmark | 120 Carolina St | Laurens | SC | 29360 | Closed |
| Enmark | 4641 Austell-Pwdr Spgs Rd | Austell | GA | 30106 | Closed |
| Enmark | 20 E Franklin St | Hartwell | GA | 30643 | Closed |
| Enmark | 1315 Hwy 40 East | Kingsland | GA | 31548 | Sold |
| Enmark | 1120 N. Main St. | Summerville | SC | 29483 | Sold |
| Enmark | 77 E Parker Street | Baxley | GA | 31513 | Sold |
| Enmark | 1201 Telfair St | Dublin | GA | 31021 | Sold |
| Enmark | 1100 E Hwy 80 | Pooler | GA | 31322 | Sold |
| Enmark | 26 E Coffee St | Hazelhurst | GA | 31539 | Sold |
| Enmark | 1335 Hwy 70 W | Black Mountain | NC | 28711 | Sold |
| Enmark | 3221 S Murray Ave | Anderson | SC | 29624 | Sold |
| Enmark | 761 Anderson St | Belton | SC | 29627 | Sold |
| Enmark | 614 Pearman Dairy Rd | Anderson | SC | 29625 | Sold |
| Enmark | 300 Jones St | Ft. Inn | SC | 29644 | Sold |
| Enmark | 1460 Laurens Hwy E | Greenwood | SC | 29649 | Sold |
| Enmark | 7853 Whitehorse Rd | Greenville | SC | 29611 | Sold |
| Enmark | 4345 Augusta Rd | Lexington | SC | 29073 | Sold |
| Enmark | 426 N Hwy 52 | Moncks Corner | SC | 29461 | Sold |
| Enmark | 2725 College St | Newberry | SC | 29108 | Sold |
| Enmark | 934 Anderson Dr | Williamston | SC | 29697 | Sold |
| Enmark or Prime Tobacco Discount | 600 W. Broad St. | Athens | GA | 30601 | Closed |
| Enmark or Prime Tobacco Discount | 743 Shurling Drive | Macon | GA | 31211 | Closed |
| Enmark or Prime Tobacco Discount | 1841 Wade Hampton Blvd. | Greenville | SC | 29609 | Closed |
| Enmark or Prime Tobacco Discount | 9300 Two Notch Road | Columbia | SC | 29223 | Closed |
| Enmark or Prime Tobacco Discount | 3215 Augusta St | Greenville | SC | 29605 | Closed |
| Enmark or Prime Tobacco Discount | 1530 Broad River Rd | Columbia | SC | 29210 | Closed |
| Enmark or Prime Tobacco Discount | 1107 N. Main St. | Summerville | SC | 29483 | Closed |
| Enmark or Prime Tobacco Discount | 210 Charleston Hwy | Columbia | SC | 29169 | Closed |

*ENMARK MISSION STATEMENT*

*To be the best service stations and convenience stores, from the customer's perspective, in all the markets in which we operate.*