```
                                                          FILED
                                                     IN CLERK'S OFFICE
                                                  US DISTRICT COURT E.D.N.Y.
```

# STATEMENT OF OBJECTIONS
## (FOR MERCHANTS WHO OPT OUT)

★ MAY 30 2013 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re PAYMENT CARD INTERCHANGE      :
FEE AND MERCHANT DISCOUNT           :   No. 05-MD-01720 (JG) (JO)
ANTITRUST LITIGATION                :
------------------------------------------------------------ x

Statement of Objections

Our organization is a member of the plaintiff class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. We are a class member because we operate

Fairview Pharmacy Services – **REDACTED**
711 Kasota Ave SE
Minneapolis, MN 55414

See pages that follow for Fairview Pharmacy Services DBA list. This letter is intended to include the following mailer IDs received by our corporate office in addition to any other mailers sent for this Tax ID number that didn't reach our office:

4719-01699287-6
4719-00609806-8
4719-07616931-4
4719-20709759-9
4719-15319601-4
4719-15319599-8
4719-07620235-9
4719-06972953-5
4719-07616929-8
4719-18278867-8
4719-13688989-6
4719-15854463-7
4719-15319555-0
4719-03390052-3
4719-15319484-6
4719-18278862-3

Our organization has accepted Visa and/or MasterCard prior to 2004 until present

Our organization objects to the settlement in this lawsuit. Our reasons for objecting are:

257065.1

1. The proposed settlement does not address Visa's and MasterCard's price-fixing of interchange rates for the banks, the subject of the core claims in the case. The proposed settlement actually validates that practice, enabling Visa and MasterCard to continue to illegally fix fees for the banks that merchants and their customers have no choice but to pay. Our portion of the compensatory relief amounts to only a fraction of what we pay in interchange, and given that Visa and MasterCard can continue to fix interchange, they can recoup the settlement amount by raising interchange rates in the future.
2. Instead of addressing the core claims in the case, the settlement merely provides merchants with a limited ability to surcharge Visa and MasterCard credit card transactions that is of little value to us.
3. Eight month reduction in interchange fees is a short term solution and fee reductions should be required long term.
4. We accept American Express transactions. The settlement limits our ability to surcharge Visa and MasterCard credit card transactions because under its terms we can only surcharge Visa and MasterCard transactions if we also surcharge American Express transactions. However, we cannot surcharge American Express transactions under our contract with American Express. Since we cannot realistically drop American Express to avoid this limitation, this is another reason why we cannot take advantage of the surcharging relief in the settlement.
5. The proposed settlement includes unacceptable obligations, such as requiring us to disclose to customers at the point of sale that we are imposing the surcharge, when in fact the only reason we would charge such fees is the onerous fees set by Visa and MasterCard. The settlement also requires us to disclose to Visa and MasterCard that we are imposing the surcharge, which is an effort to intimidate us.
6. The release will not allow me to protect against mistreatment by Visa and MasterCard. It purports to cover all Visa and MasterCard rules and conduct that were in place upon preliminary approval, and all future rules and future conduct that are substantially similar to rules and conduct in place at preliminary approval. These rules are unfair and cause problems for my business.
7. Based on the outcome of the settlement, we do not believe the lawyers who negotiated it represented our best interests. In addition, they are guaranteed their fees which is a large portion of the entire settlement whereas we are not guaranteed the full 10 basis points if there is not sufficient funds remaining to cover this amount.

My personal information is:

Name *[first, middle, last]*:   Kristin Sybilla Sauber

Address:   711 Kasota Ave SE, Minneapolis, MN 55414

Phone No.:   612-672-5138

257065.1

Dated: _May 22, 2013_

Signed: _Kristin Sybilla Sauber_

Printed name: _Kristin Sybilla Sauber_

Merchant name: _Fairview Pharmacy Services LLC_

Address: _711 Kasota Ave SE_

_Minneapolis, MN 55414_

**Addendum:**

| SITE NAME | SITE ADDRESS |
|---|---|
| **Fairview Andover Pharmacy** | 13819 Hanson Blvd<br>Suite 100<br>Andover, MN. 55304<br>Anoka County |
| **Fairview Cedar Ridge Pharmacy** | 15650 Cedar Avenue South<br>Apple Valley, MN. 55124<br>Dakota County |
| **Fairview Columbia Heights Pharmacy** | 4000 Central Ave NE<br>Suite 100<br>Columbia Heights, MN. 55421<br>Anoka County |
| **Fairview Eagan Pharmacy** | 1440 Duckwood Drive<br>Eagan, MN 55122<br>Dakota County |
| **Fairview Eden Prairie Pharmacy** | 830 Prairie Center Drive<br>Eden Prairie, MN 55344-7301<br>Hennepin County |
| **Fairview Edina Pharmacy** | 6363 France Avenue South<br>Edina, MN 55435<br>Hennepin County |
| **Fairview Hiawatha Pharmacy** | 3809 42nd Avenue South<br>Minneapolis, MN 55406<br>Hennepin County |
| **Fairview Highland Park Pharmacy** | 2155 Ford Parkway<br>St. Paul, MN 55116<br>Ramsey County |

257065.1

| | |
|---|---|
| Fairview Home Infusion | 711B Kasota Avenue SE<br>Minneapolis, MN. 55414<br>Hennepin County |
| Fairview Lakes Pharmacy - Lino Lakes | 7455 Village Drive<br>Lino Lakes, MN 55014<br>Anoka County |
| Fairview Lakes Pharmacy - Rush City | 780 West 4th Street<br>Rush City, MN 55069<br>Chisago County |
| Fairview Lakes Pharmacy - Wyoming | 5200 Fairview Boulevard<br>Wyoming, MN 55092-8013   Chisago County |
| Fairview New Brighton Pharmacy | 1151 Silverlake Road<br>New Brighton, MN 55112<br>Ramsey County |
| Fairview Northeast Pharmacy | 2847 Johnson Street NE<br>Minneapolis, MN 55418<br>Hennepin County |
| Fairview Northland Pharmacy - Elk River | 290 Main Street Northwest<br>Elk River, MN 55330<br>Sherburne County |
| Fairview Northland Pharmacy - Milaca | 115 Second Avenue SW<br>Milaca, MN 56353<br>Mille Lacs County |
| Fairview Northland Pharmacy - Princeton | 919 Northland Drive<br>Princeton, MN 55371<br>Sherburn County |
| Fairview Northland Pharmacy - Zimmerman | 25945 Gateway Drive<br>Zimmerman, MN 55398<br>Sherburn County |
| Fairview Northland Regional Hospital Pharmacy | 911 Northland Drive<br>Princeton, MN 55371-2172   Sherburn County |
| Fairview Oxboro Pharmacy | 600 W. 98th Street<br>Bloomington, MN 55420<br>Hennepin County |
| Fairview Pharmacy Blaine | 10961 Club West Parkway<br>Blaine, MN 55449<br>Anoka County |
| Fairview Pharmacy Brooklyn Park | 10000 Zane Avenue North<br>Brooklyn Park, MN 55443<br>Hennepin County |
| Fairview Pharmacy Hugo | 14712 Victor Hugo Blvd<br>Suite 10<br>Hugo, MN 55038 |

257065.1

| | |
|---|---|
| Fairview Pharmacy Maple Grove | 14500 99th Ave North Suite 1A029 Maple Grove, MN. 55369 Hennepin County |
| Fairview Pharmacy North Branch | 5366 386th Street North Branch, MN 55056-5833 Chisago County |
| Fairview Pharmacy Prior Lake | 4151 Willowwood Street SE    Prior Lake, MN 55372 Scott County |
| Fairview Pharmacy Smiley's Clinic | 2020 28th Street East Minneapolis, MN. 55407 Hennepin County |
| Fairview Pharmacy University Village | 2545 University Ave SE Minneapolis, MN 55414 Hennepin County |
| Fairview Ridgeview Pharmacy | 303 East Nicollet Boulevard Burnsville, MN 55337 Hennepin County |
| Fairview Riverside Pharmacy | 606 24th Avenue South Minneapolis, MN 55454 Hennepin County |
| Fairview Southdale Medical Pharmacy | 6545 France Avenue South Suite 100 Edina, MN 55435 Hennepin County |
| Fairview Specialty Services Pharmacy | 711 Kasota Avenue SE Minneapolis, MN 55414 Hennepin County |
| Fairview University Clinic Pharmacy | 516 Delaware Street SE 2-350 Minneapolis, MN 55455 Hennepin County |
| Fairview University Discharge Pharmacy | 500 Harvard Street SE Suite 3-017 Minneapolis, MN 55455 Hennepin County |
| Fairview University Masonic Pharmacy | 424 Harvard Street SE Minneapolis, MN 55455 Hennepin County |
| Pay To Address for all Locations Except Home Infusion | Fairview Pharmacy Services, LLC PO Box 1450 NW 7429 Minneapolis, MN 55485-7429 |
| Pay To Address for Home Infusion | Fairview Pharmacy Services, LLC PO Box 1450 NW 7849 Minneapolis, MN 55485-7849 |

257065.1