**CONSTANTINE | CANNON**

NEW YORK | WASHINGTON

**Jeffrey Shinder**
212-350-2709
jshinder@constantinecannon.com

July 8, 2013

**BY FEDEX**

Alan O'Neil Sykes
Robert A. Kindler Professor of Law
New York University School of Law
40 Washington Square South, 308A
New York, NY 10012

Re:   *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL 05-1720

Dear Professor Sykes:

      Pursuant to the Court's Order dated July 2, 2013, Dkt. No. 5873, we are enclosing copies of the following two expert reports with attachments – the Report of Professor Jerry Hausman and the Report of Stephen C. Mott, Dkt. Nos. 2670-5 to 2670-8.

      These two expert reports were submitted by the following Objecting Plaintiffs and Objectors to the proposed settlement:

- The Objecting Plaintiffs are Coborn's Incorporated; D'Agostino Supermarkets, Inc.; Jetro Holdings, LLC; Affiliated Foods Midwest Cooperative, Inc.; National Association of Convenience Stores (NACS); National Community Pharmacists Association (NCPA); National Cooperative Grocers Association (NCGA); National Grocers Association (NGA); National Restaurant Association (NRA); and NATSO Inc.

- The Objectors are the following 53 absent class members: 7-Eleven, Inc.; Academy, Ltd. d/b/a Academy Sports + Outdoors; Aldo US Inc. d/b/a Aldo and Call It Spring; Alon USA, LP (Alon Brands); Amazon.com, Inc.; American Eagle Outfitters, Inc.; Barnes & Noble, Inc.; Barnes & Noble College Booksellers, LLC; Best Buy Stores, L.P.; BJ's Wholesale Club, Inc.; The William Carter Company (Carter's); Costco Wholesale Corporation; Crate & Barrel Holdings, Inc.; Darden Restaurants, Inc.; David's Bridal, Inc., DBD Inc. and David's Bridal Canada Inc.; Dick's Sporting Goods, Inc.; Dillard's, Inc.; Family Dollar Stores, Inc.; Drury Hotels Company, LLC; Foot Locker, Inc.; Gap Inc.; GNC Holdings, Inc. (General Nutrition Corporation); Genesco Inc.; The Gymboree Corporation; HMSHost Corporation; IKEA North America Services, LLC; J. Crew Group, Inc.; Kwik Trip, Inc.; Lowe's Companies, Inc.; Marathon Petroleum LP; Martin's Super Markets, Inc.; Michaels Stores, Inc.; National Railroad Passenger Corporation

Professor Alan O'Neil Sykes
July 8, 2013
Page 2

        d/b/a Amtrak; Nike, Inc.; Panda Restaurant Group, Inc.; Panera Bread Company; P.C. Richard & Son, Inc.; PETCO Animal Supplies, Inc.; PetSmart, Inc.; RaceTrac Petroleum, Inc.; Recreational Equipment, Inc. (REI); Retail Industry Leaders Association (RILA); Roundy's Supermarkets, Inc. d/b/a Pick 'N Save, Rainbow, Copps, Metro Market and Mariano's; Sears Holdings Corporation; Speedway LLC; Starbucks Corporation; Stein Mart, Inc.; Thermo Fisher Scientific Inc.; Wal-Mart Stores, Inc.; The Wendy's Company; The Wet Seal, Inc.; Whole Foods Market, Inc.; and Zappos.com, Inc.

        If you need a copy of the opposition brief or objections filed by Objecting Plaintiffs and Objectors or any additional information from the record, or if you have any questions or need to contact Professor Hausman or Mr. Mott, please contact:

    Jeffrey Shinder (primary contact)
    (212) 350-2709,  jshinder@constantinecannon.com

    Owen Glist (alternate contact)
    (212) 350-2776, oglist@constantinecannon.com

    Constantine Cannon
    335 Madison Avenue
    New York, NY 10017
    *Counsel for Objecting Plaintiffs and Objectors*

                                    Respectfully submitted,

                                            /s

                                    Jeffrey Shinder

cc:  All Counsel by ECF