**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

K. Craig Wildfang
KCWildfang@rkmc.com
612-349-8554

August 13, 2013

The Honorable Judge John Gleeson         *Via ECF*
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* Case No. 1:05-MD-1720 (JG)(JO)

Dear Judge Gleeson:

I write on behalf of Class Plaintiffs to respond to the letters sent to the Court on Friday, August 9, 2013, by counsel for certain objectors requesting guidance concerning the conduct of the fairness hearing set for September 12. As with our position with respect to the role of the Court's appointed expert, the Class believes that the Court should design the conduct of the fairness hearing to best serve the Court's interest in obtaining information to assist the Court in determining whether the proposed settlement is "fair, reasonable and adequate" under Rule 23.

Class Plaintiffs will defer to the Court's judgment on how best to structure the hearing for that purpose, but our view is that the motion for final approval should be heard like any other significant motion, with argument by proponents and opponents. Given the massive record in this matter, we think the suggestions of some counsel for objectors that there be cross-examination of persons speaking at the hearing, that there be expert testimony and cross examination of experts, and that Prof. Sykes be required to attend are ill advised. Such a course would run the risk of elevating the importance of just a small amount of testimony compared to the record which has been compiled over the last eight years. There is no need for the Court to turn the fairness hearing into a trial.

To the extent that the Court thinks it would serve the Court's interest in the efficient conduct of the hearing, Class Plaintiffs certainly would not oppose any guidance from the Court regarding time limits, sequencing, required coordination among parties and objectors, and similar matters.

August 13, 2013
Page 2

*Via ECF*

---

Very truly yours,

K. Craig Wildfang

cc:    Counsel of Record (via ECF)

84105970.1