

**MIKE DEWINE**
★ OHIO ATTORNEY GENERAL ★

Antitrust Section
Office 614-466-4328
Fax 614-995-0266

150 E. Gay Street, 23rd Floor
Columbus, OH 43215
www.OhioAttorneyGeneral.gov

August 16, 2013

**BY ECF**

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, 05-md-1720

Dear Judge Gleeson,

    We write on behalf of the objecting states[1] and the supporting amici states,[2] (collectively "the State Amici/Objectors"). It is our understanding that certain Objectors have submitted a letter to this Court asking the Court's guidance concerning the mechanics of the hearing scheduled on September 12, 2013 to consider the fairness of the class settlement reached in the above litigation. We did not join in that letter because our purpose in objecting to the settlement of this private litigation, in which the States are not parties, is only to ensure that the release and related terms of the settlement do not improperly restrain the exercise of law enforcement and *parens patriae* authority by state and local law enforcement agencies, especially actions brought by state attorneys general.

    If we are unable to resolve this important issue with Defendants through a joint Stipulated Consent Order approved by the Court, we request that the Court allow the State Amici/Objectors a specific period of time (approximately 15 minutes) to preserve and argue our objections to the Court at the fairness hearing.

    Thank you in advance for your consideration.

Respectfully,
/S_____
Mitchell Gentile, Esq.
Principal Attorney, Antitrust Section
Office of Ohio Attorney General Mike DeWine
Office number: 614-466-4860
fax number: 866-471-2742
Mitchell.Gentile@OhioAttorneyGeneral.gov

---

[1] Objecting states of: Ohio, Alaska, Arizona, California, Georgia, Indiana, Maryland, Virginia, and Wisconsin, through their attorneys general ("Objecting States").

[2] Amici states of: Ohio, New York, Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, North Carolina, North Dakota, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming through their attorneys general ("Amici States").