# EXHIBIT 2

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:  All Cases. | No. 05-MD-1720 (JG) (JO) |

## DECLARATION OF NICOLE F. J. HAMANN ON ACTIVITIES OF THE CLASS ADMINISTRATOR

I, Nicole F.J. Hamann, declare as follows:

1. I am the Senior Vice President of Client Services for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Class Administrator in the above-captioned case.  I hereby declare, based upon my personal knowledge, information provided to me by associates and staff under common supervision, and upon a review of the business records maintained by Epiq, as follows:

2. Three of my declarations have been previously filed with the court.  They are: "Declaration of Nicole F.J. Hamann on Class Administrator's Implementation of Settlement Notice Plan", April 11, 2013, Document # 2111-6; and two subsequent declarations related to exclusion requests: "Report of the Class Administrator", June 12, 2013, Document # 5783; and "Second Report of the Class Administrator", July 1, 2013, Document # 5871.

3. The current declaration provides updated metrics on activities first described in my prior reports.  These metrics include: notices mailed, telephone activity, correspondence, website activity, claim preregistration submissions and exclusion requests.

4.     As of August 9, 2013, Epiq has mailed 21,132,714 Long-Form Notices and 10,497 copies of the Settlement Agreement by USPS first class mail.

5.     As of August 9, 2013, the automated telephone system hosted by Epiq for the Payment Card settlement has received 126,747 calls representing 588,717.9 minutes of use. Among these calls, 71,373 have been transferred to operators totaling 445,801,43 minutes.

6.     As shown in the following table, more than half of calls received through August 9, 2013 relate to questions about how to obtain settlement benefits including preregistration and submitting a claim form.

**Call Dispositioning as of August 9, 2013**

| Category | Calls | Percent |
|---|---:|---:|
| Claim Form/Claim Process | 31,660 | 48% |
| Preregistration | 5,978 | 9% |
| Settlement Benefits | 4,757 | 7% |
| Rules/Surcharges | 109 | 0% |
| Objecting | 40 | 0% |
| Opting Out | 1,630 | 2% |
| Multiple/Other/Uncategorized | 21,565 | 33% |
| Total | 65,739 | 100% |

7.     Epiq maintains an e-mail inbox at info@PaymentCardSettlement.com. As of August 14, 2013, Epiq has received 9,427 e-mails and sent 8,387 e-mails in response.

8.     As of August 9, 2013, the Settlement Website (www.PaymentCardSettlement.com) has had 332,760 unique visitors with nearly 5.1 million website pages presented.

9.     The Settlement Website allows Class Members to preregister and provide information to help the Class Administrator in the preparation of the Class Member's Claim Form. As of August 9, 2013, there have been 102,773 preregistration accounts created and 65,402 completed preregistration submissions.

10. In my prior declarations I have described exclusion requests received and processed by the Class Administrator. The following table provides updated counts of exclusions requests by status through August 9, 2013.

| Classification | Documents |
| --- | --- |
| Timely and Properly Made | 7,200 |
| Timely and Incomplete | 254 |
| Late and Properly Made | 109 |
| Late and Incomplete | 15 |
| Timely and Cured | 617 |
| Late and Cured | 2 |
| Not in Class | 3 |
| Total | 8,200 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Nicole F.J. Hamann
Dated: August 15, 2013