

3 Park Plaza, 20th Floor, Irvine, CA  92614-8505 ∎ p949 263-8400 ∎ f949 263-8414

**Daniel A. Sasse**
(949) 798-1347
dsasse@crowell.com

September 3, 2013

**VIA ECF**

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      Case   No. 1:05-md-01720 (JG)(JO)

Dear Judge Gleeson:

We represent several putative class members in the above-captioned litigation, including Enterprise Holdings, Inc., Bridgestone Americas, Inc., Ingram Micro, Inc., Jack-in-the-Box, Inc., SYNNEX Corporation, and The Regents of the University of California, among others.  We write to respectfully request that the Court permit us to speak at the September 12, 2013 fairness hearing on behalf of our clients.

As evidenced by the numerous objections filed by members of the settlement class, the proposed Class Settlement Agreement raises certain concerns, many of which are particularly salient to our clients.  Specifically, our clients are concerned with the calculation of the "takedown amount" in this case, objections and concerns that have not been raised by other claimants that have stayed in the class.  We believe that the Court will benefit from having the opportunity to hear our concerns at the fairness hearing.

Respectfully submitted,

Daniel A. Sasse
Crowell & Moring LLP