**Robbins Geller Rudman & Dowd LLP**

| | | |
|---|---|---|
| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Alexandra S. Bernay
XanB@rgrdlaw.com

October 16, 2013

<u>VIA ECF</u>

The Honorable John Gleeson  Magistrate Judge James Orenstein
United States District Judge  United States District Court
225 Cadman Plaza East   for the Eastern District of New York
Room 727 South  225 Cadman Plaza East
Brooklyn, NY 11201  Room 1227 South
 Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson and Magistrate Judge Orenstein:

Pursuant to paragraph 26 of the Class Settlement Preliminary Approval Order and paragraph 16 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $1,247,053.89 from the Cash Settlement Cash Escrow Account. These funds are needed to pay for the costs of processing requests for exclusion from the Rule 23(b)(3) Settlement Class, validating the takedown calculation and other aspects of the settlement administration.

Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Bonny E. Sweeney* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Bonny E. Sweeney |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

ASB:jpk
Attachment

cc: All Counsel via ECF

884313_1

655 West Broadway   Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   www.rgrdlaw.com