# EXHIBIT A

P  503  350  5800  T  800  547  4407  F  503  350  5890
10300 SW ALLEN BOULEVARD, BEAVERTON OR 97005
WWW.EPIQSYSTEMS.COM



October 15, 2013

To: Settlement Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

Re: **Funding Request for June, 2013-September, 2013 Invoices**

Funding is requested for eight invoices issued by Epiq and Hilsoft for fees and costs incurred since the prior Funding Request dated June 12, 2013. These eight invoices total $1,247,053,89 and principally relate to the following activities: processing requests for exclusion from the Rule 23(b)(3) Settlement Class, validating the takedown calculation, staffing the toll-free number to respond to class member questions, administrating the claim preregistration system and Internet sponsored listings on Google, Yahoo and Bing.

| Description | Amount |
|---|---|
| Hilsoft Invoice 90047647 (6/30/13) | 6,691.87 |
| Epiq Invoice 90047964 (6/30/13) | 556,456.40 |
| Hilsoft Invoice 90050644 (7/31/13) | 6,092.89 |
| Epiq Invoice 90050710 (7/31/13) | 361,163.57 |
| Hilsoft Invoice 90053604 (8/31/13) | 6,785.88 |
| Epiq Invoice 90053680 (8/31/13) | 179,650.58 |
| Hilsoft Invoice 90056335 (9/30/13) | 7,716.69 |
| Epiq Invoice 90056421 (9/30/13) | 122,496.01 |
| **Total** | **1,247,053.89** |

Payment may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions
Silicon Valley Bank
ABA # 121140399
Account # 3300483242
Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,
/s/
Lauran Schultz
Director