UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re PAYMENT CARD INTERCHANGE FEE : 05-MD-1720 (JG)(JO)
AND MERCHANT DISCOUNT ANTITRUST :
LITIGATION : ELECTRONICALLY FILED
:
----------------------------------------------------------- : **NOTICE OF TERMINATION OF**
: **INTERESTED-PARTY GLOBAL**
This Document Relates to : **PAYMENTS INC.**
:
ALL ACTIONS. :
:
:
-----------------------------------------------------------X

WHEREAS, on September 12, 2013, interested-party Global Payments Inc. ("Global Payments"), appeared at a hearing in the above-captioned matter before the Honorable John Gleeson; and

WHEREAS, all matters before this Court concerning Global Payments have concluded;

PLEASE TAKE NOTICE that John F. Cambria, Esq., of the law firm of Alston & Bird LLP, 90 Park Avenue, New York, New York 10016, as counsel for Global Payments, hereby requests that Global Payments be terminated from the Court's docket.

Dated: October 23, 2013                Respectfully submitted,

                                       ALSTON & BIRD LLP

                                       /s/ John F. Cambria
                                       ———————————————
                                       John. F. Cambria
                                       90 Park Avenue
                                       New York, New York 10016
                                       Tel: 212-210-9583
                                       Fax: 212-922-3883
                                       Email: john.cambria@alston.com
                                       *Attorneys for Global Payments Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, the foregoing Notice of Termination was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *John F. Cambria*
John. F. Cambria