1622 LOCUST STREET  |  PHILADELPHIA, PA 19103-6305  |  *phone* 215/875-3000  |  *fax* 215/875-4604  |  www.bergermontague.com

# Berger&Montague,P.C.

ATTORNEYS AT LAW

| | |
|---|---|
| **H. LADDIE MONTAGUE, JR.** | *ALSO ADMITTED IN DC* |
| WRITER'S DIRECT DIAL | 215/875-3010 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | hlmontague@bm.net |

October 31, 2013

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY 11201

> Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-MD-1720-(JG)(JO)

Dear Magistrate Judge Orenstein:

Class Plaintiffs submit this letter status report in response to the Court's October 25, 2013 Order. In addition to the Attorneys General for Ohio and California, Class Plaintiffs and other objectors have suggested corrections to the September 12, 2013 fairness hearing transcript. The parties have conferred and there are no objections to the submission of the corrections. Each party with corrections is submitting them directly to the Court Reporter. However, for the Court's convenience, attached is a copy of each party's corrections.

Respectfully Submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins, Kaplan, Miller
  & Ciresi L.L.P.**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Bonny E. Sweeney*
Patrick J. Coughlin
Bonny E. Sweeney
**Robbins Geller Rudman
  & Dowd LLP**

/sll
Attachments

cc:    All Counsel of Record (via ECF)

## CLASS COUNSEL'S CORRECTIONS TO
## SEPTEMBER 12, 2013 TRANSCRIPT FOR:

### *IN RE PAYMENT CARD INTERCHANGE FEE*
### *AND MERCHANGE DISCOUNT ANTITRUST LITIGATION*
Case No.: 1:05-md-01720-JG-JO

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 9 | 7 | Change a to on the |
| 9 | 14 | After the comma, insert and |
| 9 | 17 | Change a to the |
| 9 | 24 | Change the vestiture to divestiture |
| 10 | 1 | Change the vestiture to divestiture |
| 10 | 5 | Change hold true to accrue |
| 10 | 7 | Change the vestiture to divestiture |
| 10 | 18 | Change Affronti to Infante |
| 11 | 6 | Change their reaction to the class to the reaction of the class |
| 11 | 15 | [Per Mr. Wildfang:  there is at least a phrase, and perhaps a sentence or two, that is missing after the word injunction and before the word they.  I think the missing text is likely something like release claims for possible future harm, but that is not a basis for challenging the (b)(2) class as unconstitutional.  Rather it is an argument that the settlement should not be approved because] |
| 12 | 13 | Change bank to banks |
| 12 | 16 | Change a to and |
| 13 | 5 | Change and to in |
| 13 | 23 | Change a to at |
| 14 | 7 | Change renegotiate to negotiate |
| 16 | 16 | Change online to Illinois<br>Change time to times |
| 17 | 16 | Change million to billion |

| PAGE # | LINE # | CORRECTION |
|---|---|---|
| 17 | 22 | Change <u>rule</u> to <u>world</u> |
| 17 | 23 | Change <u>rule</u> to <u>world</u> |
| 18 | 2 | Change <u>a</u> to <u>of</u> |
| 19 | 3 | Change <u>points</u> to <u>point</u> |
| 19 | 5 | Change <u>considerable</u> to <u>conservative</u> |
| 19 | 11 | Change <u>the</u> to <u>to</u> |
| 20 | 15 | Change the <u>.</u> [period] to a <u>,</u> [comma] <br> Change <u>who</u> to <u>where</u> |
| 20 | 17 | Change <u>leaver</u> to <u>lever</u> |
| 22 | 8 | Change <u>task</u> to <u>ask</u> |
| 22 | 23 | Change <u>is unbalanced anticompetitive</u> to <u>is, on balance, anticompetitive</u> |
| 23 | 22 | Change <u>binder</u> to <u>group buying</u> |
| 25 | 16 | Change <u>convenient</u> to <u>convenience</u> |
| 27 | 13 | Change <u>,</u> [comma] to <u>at</u> |
| 28 <br> 29 | 21 ***to*** <br> 2 | [Insert the actual text of the Advisory Committee Notes.] |
| 29 | 4 | Change <u>B2</u> to <u>(b)(2)</u> |
| 29 | 8 | Change <u>B2</u> to <u>(b)(2)</u> |
| 29 | 14 | Change both instances of <u>B3</u> to <u>(b)(3)</u> |
| 29 | 18 | Change <u>B3</u> to <u>(b)(3)</u> |
| 29 | 19 | Change <u>B2</u> to <u>(b)(2)</u> <br> Change <u>C2B</u> to <u>(c)(2)(B)</u> |
| 29 | 20 | Change B3 to (b)(3) |
| 30 | 3 | Change <u>B2</u> to <u>(b)(2)</u> |
| 30 | 8 | Change <u>B2</u> to <u>(b)(2)</u> |
| 30 | 10 | Change <u>B2</u> to <u>(b)(2)</u> |
| 30 | 16 | Change <u>B2</u> to <u>(b)(2)</u> |
| 30 | 17 | Change <u>B2</u> to <u>(b)(2)</u> |
| 30 | 18 | Change <u>to</u> to <u>for an</u> |
| 31 | 9 | Change <u>defendant</u> to <u>defendants</u> |
| 32 | 14 | Move the ” [close quotation mark] from after the word <u>intentionally</u> to after the word <u>predicate</u> |

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 32 | 20 | Change merit to material |
| 219 | 20 | Add is after the word morning |
| 219 | 21 | Remove the word what before the release |
| 219 | 23 | Change as to is |
| 220 | 1 | Change G to (g) and H to (h) |
| 220 | 5 | Change Orenstein to Gorenstein<br>Change Layman to Lehman Brothers |
| 220 | 6 | Add a " [quotation] before The |
| 220 | 7 | Add a – [dash] after obviously |
| 220 | 8 | Change talk illogically to tautologically<br>Add a – [dash] after tautologically<br>Change fact dependent to fact-dependent |
| 220 | 9 | Move the sentence starting with But as stated up to start after the last sentence on line 8.  [No new ¶] |
| 220 | 13 | Add a " [quotation] after the word action. |
| 220 | 19 | Remove the s in the word contours |
| 220 | 22 | Add a " [quotation)]before For more than |
| 221 | 9 | Change in to and |
| 221 | 10 | Add a " [quotation] after the word harm. |
| 221 | 18 | Change the word in to from<br>Add a , [comma] after beginning |
| 221 | 19 | Change B3 to (b)(3)<br>Change B2 to (b)(2) |
| 221 | 22 | Change B2 to (b)(2)<br>Change B3 to (b)(3) |
| 221 | 23 | Change B2 to (b)(2) |
| 221 | 24 | Change B3 to (b)(3) |
| 222 | 4 | Capitalize Home |

| PAGE # | LINE # | CORRECTION |
|---|---|---|
| 222 | 5 | Change <u>B2</u> to <u>(b)(2)</u><br>Remove the . [period] after notice and add the word <u>which</u><br>Un-capitalize the <u>E</u> in <u>explained</u><br>Remove the . [period] after settlement and add the word <u>and</u> |
| 222 | 6 | Un-capitalize the <u>A</u> in <u>attached</u><br>Change the word <u>Made</u> to <u>We made</u> |
| 222 | 11 | Move the sentence starting with <u>And given the opportunity</u> up to start after the last sentence on line 10. [No new ¶] |
| 222 | 14 | Change <u>B2</u> to <u>(b)(2)</u> |
| 222 | 15 | Change <u>on</u> to <u>in</u><br>Change <u>the</u> to <u>this</u> |
| 222 | 22 | Change <u>Maywald</u> to <u>Maywalt</u> |
| 222 | 23 | Change <u>scabbling on</u> to <u>squabbling or</u> |
| 223 | 13 | Change <u>conduct based</u> to <u>conduct-based</u> |
| 223 | 15 | Add a " [quotation] before <u>substantially</u> |
| 223 | 16 | Add a " [quotation] after <u>similar</u> |
| 223 | 22 | Change <u>nonmaterial</u> to <u>non-material</u><br>Change <u>that</u> to <u>in</u><br>Change <u>release</u> to <u>released</u> |
| 224 | 3 | Add a " [quotation] before <u>these changes</u> |
| 224 | 5 | Add a " [quotation] after <u>admissibility.</u> |
| 224 | 6 | Add a " [quotation] before substantially<br>Add a " [quotation] after similar |
| 224 | 8 | Change  <u>word snipping</u> to <u>smithing</u> |
| 224 | 19 | Delete the word <u>in</u> |
| 224 | 20 | Add a , [comma] after <u>competitors</u> |
| 224 | 21 | Change <u>competing</u> to <u>constraining</u> |
| 225 | 7 | Add a " [quotation] before <u>The existing Visa</u> |

| PAGE # | LINE # | CORRECTION |
|---|---|---|
| 225 | 9 | Change contact to contactless<br>Delete the word list<br>Add a , [comma] after Of course |
| 225 | 11 | Change merchant to accept to merchant that accepts<br>Remove the , [comma] after brand |
| 225 | 13 | Change contact-less to contactless |
| 225 | 14 | Change that applied to would apply |
| 225 | 15 | Change contact-less to contactless<br>Delete they can, following |
| 225 | 16 | Add a " [quotation] after install. |
| 225 | 20 | Change facts or to factual |
| 225 | 22 | Change B2 to (b)(2) |
| 225 | 25 | Change they to there |
| 225<br>226 | 25 to<br>1 | Change opt outs to opt-outs |
| 226 | 4 | Add a " [quotation] before We therefore |
| 226 | 11 | Add a " [quotation] after action. |
| 230 | 18 | Change statutes to factors |
| 231 | 14 | Change for to before |
| 232 | 2 | Change in to and |
| 232 | 18 | Change both instances of in opposite to inapposite |
| 233 | 1 | Change extended to expended |
| 233 | 3 | Change loadstar to lodestar |
| 233 | 8 | Change loadstar to lodestar |
| 233 | 13 | Change firm's to firms |
| 233 | 16 | Change loadstar to lodestar |
| 233 | 19 | Change loadstar to lodestar |
| 233 | 21 | Change loadstar to lodestar |
| 234 | 4 | Change loadstar to lodestar |
| 234 | 23 | Change revised request of multiplier to revised requested multiplier |

## INDIVIDUAL PLAINTIFFS' COUNSEL'S CORRECTIONS TO SEPTEMBER 12, 2013 TRANSCRIPT

## IN RE PAYMENT CARD INTERCHANGE FEE AND
## MERCHANT DISCOUNT ANTITRUST LITIGATION

Case No.:  1:05-md-01720-JG-JO

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 44 | 21 | "its" should be "it's" |
| 45 | 2 | "in the United States believes that" should be "in the United States believes, that" |
| 45 | 5 | "merchants" should be "merchant" |
| 45 | 7 | "have" should be "of" |
| 45 | 11 | "solve, that" should be "solve" and strike "that" |
| 45 | 12 | "case" should be "court" |
| 45 | 20 | Remove "this" |
| 45 | 21 | Remove "is" |
| 46 | 8 | Insert "before another Judge" after "downstairs" |
| 46 | 24 | "wont" should be "won't" |
| 47 | 5 | remove "," after "ago" |
| 47 | 13 | "Its" should read "It's" in both places on the line. |
| 47 | 15 | Remove "to" |
| 47 | 23 | "its" should be "it's" |
| 48 | 9 | "Ill" should be "I'll" |
| 49 | 4 | "its" should be "it's" |
| 212 | 18 | "MasterCards" should be "MasterCard's" |
| 212 | 18 | "rights" should be "rates" |
| 213 | 13 | Insert "New York state statute" after "This" |
| 213 | 18 | "was" should be "were" |
| 215 | 2 | "ballot" should be "battle" |

473001.1

**DEFENDANTS' CORRECTIONS TO SEPTEMBER 12,
2013 TRANSCRIPT FOR:**

*IN RE PAYMENT CARD INTERCHANGE FEE
AND MERCHANGE DISCOUNT ANTITRUST LITIGATION*

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 33 | 12 | Change "litigated" to "litigating" |
| 34 | 18 | Change "defendants'" to "defendant's" |
| 39 | 25 | Change "you brat" to "brought" |
| 40 | 24 | Change "Sykes" to "Sykes'" |
| 43 | 3 | Change "at" to "to" |
| 43 | 13 | Change "wont" to "won't" |
| 43 | 16 | Change "Surcharge Rule it's" to "Surcharge Rule. It's" |
| 43 | 17 | Change "consumer" to "consumers" |
| 43 | 20 | Change "wont" to "won't" |
| 200 | 11 | Change "there's not. A" to "there's not a" |
| 200 | 17 | Change "Has not really – I don't think is really engaged" to "The objectors have not engaged" |
| 200 | 24 | Change "illegal that's the" to "illegal. That's the" |
| 204 | 4 | Change "cared" to "compared" |
| 205 | 7 | Change "be a total merchant" to "may be a merchant to that extent." |
| 206 | 8 | End quotation after "differently" |
| 207 | 1 | Change "plainfield" to "playing field" |
| 207 | 8 | Change "car" to "card" |

**AMERICAN EXPRESS OBJECTORS'**
**CORRECTIONS TO SEPTEMBER 12, 2013**
**TRANSCRIPT FOR:**

*IN RE PAYMENT CARD INTERCHANGE FEE*
*AND MERCHANGE DISCOUNT ANTITRUST LITIGATION*

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 117 | 15 | Change "Phillip" to "Philip" |
| 117 | 23 | Change "An" to "This" |
| 118 | 1 | Change "look like" to "what looks like" |
| 118 | 9 | Change "of adequacy of representation" to "adequacy of |
| 118 | 13-14 | Move apostrophe to before "plaintiff's" |
| 118 | 20 | Change "gives no debate" to "given the debate" |
| 119 | 11 | Change "." to "?" |
| 119 | 21 | Change "as compared" to "has compared" |
| 120 | 8 | Change "you can" to "In re" |
| 120 | 9 | Change "House" to "Houses" |
| 121 | 1 | Change "oppose this is" to "opposes in this" |
| 121 | 14 | Change "We" to "They" |
| 121 | 21 | Change "competitiveness" to "competitors" |
| 121 | 19 | Change "order.  In" to "order in" |
| 122 | 10 | Change "claims having" to "claims" |
| 122 | 11 | Change "its" to "it's" |
| 122 | 15 | Change "release they" to "release.  They" |
| 122 | 20 | Change "an either an" to "either an" |

**Consumer Unions of United States, Inc. d/b/a/ Consumer**
**Report –Corrections to September 12, 2013**
**TRANSCRIPT FOR:**

*IN RE PAYMENT CARD INTERCHANGE FEE*
*AND MERCHANGE DISCOUNT ANTITRUST LITIGATION*

| Page | Line | Correction |
|---|---|---|
| 108 | 10 | Change "interest" to "interests" |
| 108 | 13 | Capitalize "reports"<br>Insert "that" before the word "even" |
| 108 | 16 | Change period to "--"<br>Change "New" to "new"<br>Change "of retailers" to "that retailers" |
| 108 | 20 | Capitalize "consumer reports" |
| 108 | 21 | Add "--" after " class action members" |
| 109 | 14 | Add "," after "from"<br>Add "will" after "but" |
| 110 | 1 | Change period to comma<br>Change "Not" to "not" |
| 110 | 4 | Add "is" after "forward"<br>Change period to comma<br>Change "Perhaps" to "perhaps"<br>Change "blanketing" to "blanket" |
| 110 | 7 | Capitalize "reports" |
| 110 | 19 | Change "force all" to "forestall" |
| 110 | 20 | Change "legislator" to "legislative"<br>Capitalize "consumer reports" |
| 110 | 21 | Replace period with dash after "favor"<br>Delete "the" before "forms"<br>Change "forms" to "reforms" |
| 111 | 9 | Change "in" to "it's"<br>Add "out there" after "wild west"<br>Change "what" to "why" |
| 111 | 10 | Insert "of" before "new" |
| 112 | 9 | Change "the" before "result" to "that" |

**OBJECTING PLAINTIFFS' CORRECTIONS TO**
**SEPTEMBER 12, 2013 TRANSCRIPT FOR:**
*IN RE PAYMENT CARD INTERCHANGE FEE*
*AND MERCHANGE DISCOUNT ANTITRUST LITIGATION*

Case No.: 1:05-md-01720-JG-JO

| PAGE # | LINE # | CORRECTION |
|---|---|---|
| 50 | 12 | Change "necessarily" to "only" |
| 51 | 22 | Change "vulcanized" to "balkanized" |
| 53 | 11 | Change "that may try to" to "that may try group purchasing" |
| 53 | 12 | Change "class" to "practice" |
| 55 | 6-7 | Change "potential life" to "potentially" |
| 56 | 7 | Change "depravation" to "deprivation" |

OBJECTING/AMICI STATES corrections to the September 12, 2013 fairness hearing transcript for:
In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case1:05-md-01720-JG-JO

| Page# | Line # | Correction |
|---|---|---|
| 153 | 14 | Add a "," after "fines" |
| 153 | 15 | Delete the words "in" and "where" |
| 153 | 15 | Change the word "these" to "These" |
| 153 | 18 | Add the words "by states" after "no claims filed" |
| 153 | 20-21 | Change to: Before, in other cases, states worked with the plaintiffs and the Department of Justice. |
| 154 | 1 | Add the words "to release" after "would allow them" |
| 154 | 3 | Change "in" to "under" and "three" to "III" |
| 154 | 5 | Change "solvent" to "sovereign" |
| 154 | 6 | Delete the "in" after the word "putting" |
| 154 | 12 | Change "and" to "as well as" |
| 154 | 14 | Change the sentence to "They have rejected our attempt to resolve" |
| 154 | 15 | Change "to" to "by" |
| 154 | 19 | Change "more" to "most" |
| 154 | 20 | Add the word "to" after the word "just" |
| 154 | 22 | Add the word "then" after "release," |
| 155 | 1 | Add the words "to enforce" after "entity" |
| 155 | 1 | Delete the words "I've indicate" |
| 155 | 7 | Add the word "are" after "that" |
| 155 | 7 | Change "act" to "acting" |
| 155 | 7 | Add the word "their" after "in" |
| 155 | 14 | Add the word "class" after "B3" |
| 155 | 18 | Change "City" to "State" |
| 155 | 21 | Change "what" to "the" |
| 155 | 22 | Add a comma and the words ", that were" after "states" |
| 155 | 22 | Change "raise" to "raised" |
| 155 | 22 | Change the "," after "brief" to a "." |
| 155 | 22 | Delete the word "and" |
| 155 | 22 | Capitalize the "w" in "we" |
| 156 | 10 | Change "trying to" to "talking" |
| 156 | 11 | Add the words "and with the defendants" after "ourselves" |
| 156 | 12 | Add the words "counsel and" after "defense" |
| 156 | 13 | Change "The" to "the" |
| 156 | 13 | Change the word "you're" to "you are" |
| 156 | 24 | Change "reflects" to "prevents" |
| 157 | 14 | Change "16.70" to "16760" |
| 157 | 18 | Delete the word "actually" |
| 157 | 22 | Add the words "This release will" before "tie" |
| 157 | 22 | Change the word "Tie" to "tie" |
| 157 | 25 | Add the words "we ask for the court to wait for the supreme court to issue its |

|     |    | opinion in a" after "recommendation,"                                                                         |
|-----|----|---------------------------------------------------------------------------------------------------------------|
| 157 | 25 | Delete the words "there is a court"                                                                           |
| 158 | 1  | Delete the words "being held"                                                                                 |
| 158 | 3  | Add a comma and the words ", including California and Ohio"                                                    |
| 158 | 3  | Add the word "the" after "amicus"                                                                             |
| 158 | 6  | Delete the words "the claims are"                                                                             |
| 158 | 6  | Add the word "is" before "the sole"                                                                          |
| 158 | 7  | Change "?" to ","                                                                                            |
| 158 | 7  | Change the word "The" to "the"                                                                               |
| 158 | 7  | Add a "," before "law claims"                                                                                |
| 158 | 7  | Delete "a."                                                                                                  |
| 158 | 7  | Change "And" to "and"                                                                                        |
| 158 | 9  | Change "." to "?"                                                                                            |
| 158 | 21 | Change "protecting" to "protect"                                                                             |
| 159 | 1  | Add the words "from the release" after "ability"                                                            |
| 159 | 5  | Add the word "private" before "parties"                                                                     |
| 159 | 5  | Add the word "claims" before the word "into"                                                                 |
| 159 | 6  | Add the words "Basically it says they can include in a release a way to avoid" before "any kind of law"     |
| 159 | 6  | Change "Any" to "any"                                                                                        |
| 159 | 6  | Delete the word "cite"                                                                                       |
| 159 | 6  | Delete the word "they"                                                                                       |
| 159 | 8  | Change "could" to "this would"                                                                              |

**TARGET OBJECTORS' COUNSEL'S CORRECTIONS TO
SEPTEMBER 12, 2013 TRANSCRIPT FOR:**

**IN RE PAYMENT CARD INTERCHANGE FEE
AND MERCHANGE DISCOUNTY ANTITRUST LITIGATIONI**
Case No.: 1:05-md-01720-JG-JO

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 83 | 17 | Insert "the" between "represent" and "Target." |
| 85 | 8 | Should indicate that Mr. Canter is speaking. |
| 85 | 19 | Strike "Mr. Canter:" |
| 87 | 17 | "gauged" should be "gouged." |
| 87 | 25 | "in a conversation" should be "in the conversation." |
| 88 | 12 | "than" should be "in." |
| 89 | 5 | "court" should be capitalized. |
| 90 | 15 | "court" should be capitalized. |
| 95 | 2 | "contact list" should be "contactless." |

**THE HOME DEPOT'S CORRECTIONS TO
SEPTEMBER 12, 2013 TRANSCRIPT FOR:**

*IN RE PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST LITIGATION*
Case No. 1:05-md-01720-JG-JO

| PAGE # | LINE # | CORRECTION |
|--------|--------|------------|
| 68 | 8 | Change "cause" to "clause" |
| 68 | 9 | Change "the" to "in the" |
| 68 | 10 | Change "and the" to "the" |
| 70 | 23 | Change "that" to "at" |
| 71 | 24 | Change "forth right" to "forthright" |
| 72 | 7 | Change "Duke" to "Dukes" |
| 73 | 22 | Delete "to" |
| 73 | 25 | Change "in" to "and" |