UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(JG)(JO)<br><br>Civil No. 05-5075(JG)(JO)<br><br>[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN LETTER BRIEF DATED NOVEMBER 14, 2013 |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

892831_1

Class Counsel respectfully request that the Court enter the following Order regarding certain conduct related to the proposed settlement by third-party claims filing company, Settlement Recovery Group, LLC ("SRG").

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED as follows:

1.  SRG must cease and desist telephone solicitations that misleadingly suggests a deadline by which class members must act and that further suggests that class members must contact SRG to file a claim.

2.  SRG must correct the statements on merchantclaim.com which indicate that SRG is the only means by which merchants can receive recoveries.

3.  SRG must include reference to the Court-approved website, www.paymentcardsettlement.com, in the frequently asked questions section of its website and explain that merchants can get information regarding the litigation by visiting the official Court-approved website or by contacting the Class Administrator or Class Counsel.

4.  SRG must provide a contact list of all merchants that have signed up for its services to Class Counsel and allow all merchants wishing to cancel their contract with SRG to do so.

5.  SRG shall be ordered to send all merchants who signed up for its services a notice that its contracts may be voided at their option and include information that a claims process has not yet been finalized, but that should a settlement be approved, the Class Administrator and Class Counsel can assist class members with claims filing at no cost.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JUDGE JOHN GLEESON
UNITED STATES DISTRICT JUDGE