**ATTACHMENT**

**EXHIBIT A**

"Hello, this is Ryan over at the Merchant Claim Center calling about the legal notice that was sent to you about the money that you could receive from the Visa MasterCard Class Action Settlement for Merchants, which ended up totaling $7.25 billion dollars and today we have not received the simple form required to start your claim through our office. Now this is important because your settlement payment is not automatic, so you must take action to receive your part of the settlement. Now there is no cost to file your claim, but if you don't file before the deadline then you could lose your portion of the settlement. To obtain the simple form you need to start your claim through our office, simply go to www.merchantclaim.com and if you have any questions just call the number at the bottom of the form."

893800_1