# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
XanB@rgrdlaw.com

November 26, 2013

VIA ECF

The Honorable Judge John Gleeson
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson:

      In accordance with Your Honor's Order entered November 25, 2013, Settlement Recovery Group, LLC ("SRG") provided to Class Counsel a copy of the contract between SRG and Premier Enterprises Group, Inc.  Class Counsel was instructed to file this document with the Court. Attached here as Exhibit 1 is the contract.  Counsel for SRG requested the document be filed under seal and Class Counsel has complied with that request.

                        Respectfully submitted,

                        ALEXANDRA S. BERNAY

ASB:sll
Attachment

cc:     All Counsel (via ECF)

896712_1

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com