# Lewis | Baach pllc

Eric L. Lewis
202 659 7203
eric.lewis@lewisbaach.com

December 23, 2013

**VIA ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Room 727 South
Brooklyn, New York 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Lit., No. 1:05-MD-1720-(JG)(JO)*

Dear Judge Gleeson:

    We write on behalf of our client, Spectrum Settlement Recovery ("Spectrum"), and further to our correspondence dated December 20, 2013 (Dkt. #6139). Today we became aware of the Order (Dkt. #6137) granting Class Counsel's Motion for A Prospective Order Concerning Misleading Third-party Claims Filing Services. We filed our letter at 7:40 pm and the metadata indicates 7:59 pm on Your Honor's Order although it is docketed prior to our letter.

    We respectfully request that Your Honor vacate the Order (at least as to Spectrum) to permit reconsideration of the motion with the benefit of a response by Spectrum. No expedited treatment of the motion was requested by Class Counsel and the time for responding to the motion had not yet expired when we filed our letter. As indicated in our original correspondence to the Court, our client was not served with Class Counsel's motion which raises important issues to which Spectrum should be granted a right to respond.

                                 Respectfully submitted,

                                 /s/ Eric L. Lewis

                               Eric L. Lewis

cc:    All Counsel via ECF