# DrinkerBiddle&Reath LLP

Marion B. Cooper
973-549-7382 Direct
973-360-9831 Fax
marion.cooper@dbr.com

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

December 16, 2013

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 26 2013 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**
       **Civil Docket #1:05-md-01720-JG-JO**

Dear Judge Gleeson:

Pursuant to instructions received from the Clerk of the Court, please accept this letter in support of my request to be removed from the docket sheet as a party requiring notice of filings in the above referenced litigation.

Our office became involved in the Payment Card Interchange Fee litigation as a result of a subpoena served on our non-party client, McKinsey & Company ("McKinsey") on December 27, 2006. On December 6, 2007 I filed a Notice of Appearance in the matter in anticipation of defending my client with respect to a Motion to Compel. All issues relating to the McKinsey documents in response to the subpoena have been resolved and McKinsey has fulfilled its obligations with respect to the production of same. As such, my client and I no longer have any involvement in this case and request that I be removed from the docket sheet as counsel requiring notice of filings. Please note, the Notice was filed using my name at the time, specifically Marion B. Johnson; I changed it to Cooper when I married in 2011.

Thank you for your consideration in this matter.

Very truly yours,

*Marion B. Cooper*

Marion B. Cooper

MBC
Encl.

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849

FP01/ 7111371.1

DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
1177 Avenue of the Americas
41st Floor
New York, New York 10036
(212) 248-3140
Attorneys for Non-Party McKinsey & Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re: Payment Card Interchange Fee and Merchant
Discount Antitrust Litigation

Case No. 05-MD-1720 (JG-JO)

**ORDER TO REMOVE COUNSEL FOR NON-PARTY FROM DOCKET SHEET AND ELIMINATE NOTICE REQUIREMENTS**

------------------------------------------------------------------ x

**IT IS HEREBY ORDERED** this ____ day of December, 2013 that Marion B. Cooper (formerly Marion B. Johnson), attorney, who appeared in the above-captioned matter as counsel for non-party McKinsey & Company be removed from the docket sheet and from the list of counsel requiring notice of Court filings.

                                                                  _____
                                                                  The Hon. John Gleeson
                                                                  District Judge