FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 1 4 2014 ★

BROOKLYN OFFICE

05 md 1720

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE PAYMENT CARD INTERCHANGE       :       MDL No. 1720 (JG) (JO)
FEE AND MERCHANT DISCOUNT            :
ANTITRUST LITIGATION                 :       Civil No. 05-5075 (JG)(JO)
                                     :
-------------------------------------------------------------:
                                     :
This Document Relates To:            :       FINAL JUDGMENT AWARDING
                                     :       EXPENSES
     ALL ACTIONS.                    :
-------------------------------------------------------------x

This Court, having considered Class Plaintiffs' Joint Motion for Award of Attorneys' Fees, Expenses and Class Plaintiffs' Awards, having held a fairness hearing on September 12, 2013, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows:

1. The Court awards to Class Counsel reasonable expenses in the amount of $27,037,716.97, which were necessarily incurred in the prosecution of this litigation. The total amount of the expenses shall be paid to Class Counsel from the Net Cash Settlement Escrow Account.

2. Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

3. Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure Rule 54(b). The Clerk of the Court is directed to enter this Order on the docket.

IT IS SO ORDERED.

DATED: 1/14/14

s/John Gleeson
THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE