# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

March 13, 2014

**VIA ECF**

The Honorable John Gleeson
United States District Judge
225 Cadman Plaza East
Room 727 South
Brooklyn, New York 11201

Magistrate Judge James Orenstein
United States District Court
For the Eastern District of new York
225 Cadman Plaza East
Room 1227 South
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson and Magistrate Judge Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the tax accountants' request for funding in the total amount of $21,491.00, including a payment of $14,641.00 from the Class Settlement Cash Escrow Account (Class I Account) and a payment of $6,850.00 from the Class Settlement Interchange Escrow Account (Class II Account). These funds are needed to pay for the tax accountants' tax preparation work for the two escrow accounts, as reflected in four invoices in the amounts of $10,693.00, $4,516.00, $3,948.00 and $2,334.00, copies of which are attached as Exhibit A.

Respectfully submitted,

| | | |
|---|---|---|
| *s/K. Craig Wildfang* | *s/H. Laddie Montague, Jr.* | *s/Bonnie E. Sweeney* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Bonnie E. Sweeney |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman &Dowd LLP** |

Attachment
cc:   All Counsel of Record (*via ECF*)