# EXHIBIT A



700 Monte Vista Lane
Half Moon Bay, CA  94019
650-726-4100
Tax ID Number  20-3042202

Christopher Ritchie
In Re Payment Interchange Class I QSF
The Huntington National Bank
1150 First Avenue, Suite 103
King of Prussia, PA  19406

Invoice:    2822

| | | Date: | 02/03/2014 |
|---|---|---|---|
| Client ID: 8756 | | Due Date: | 03/05/2014 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**Consulting Services**

| 12/17/2013 | Research | ARS | 2.88 | |
| | Initial Interchange litigation research. Researched factual background of litigation as it relates to class certification and characterization of distributions to claimants | | | |
| 12/18/2013 | Research | ARS | 2.88 | |
| | Initial Interchange litigation research. Researched factual background of litigation as it relates to class certification and characterization of distributions to claimants | | | |
| 12/20/2013 | Research | ARS | 0.63 | |
| | Interchange litigation research regarding characterization of distributions | | | |
| 12/27/2013 | Research | ARS | 0.25 | |
| | Interchange Litigation research concerning whether a QSF qualifies as a payment settlment entity for the purposes of IRC 6050W | | | |
| 01/03/2014 | Research | ARS | 0.75 | |
| | Interchange reporting obligation research | | | |
| | | Subtotal | | 739.00 |

**Qualified Settlement Fund Tax Services**

| 01/07/2014 | Preparation | JGM | 3.80 | |
| 01/08/2014 | Preparation | JGM | 6.20 | |
| 01/09/2014 | Preparation | JGM | 4.40 | |
| 01/10/2014 | Preparation | JGM | 5.60 | |
| 01/13/2014 | Preparation | JGM | 2.80 | |
| 01/14/2014 | Preparation | JGM | 6.20 | |
| 01/15/2014 | Preparation | JGM | 4.20 | |
| 01/16/2014 | Preparation | JGM | 4.60 | |
| 01/17/2014 | Preparation | JGM | 0.80 | |

Damasco & Associates, LLP

| Date | Description | Staff | Hours |
|---|---|---|---|
| 01/21/2014 | Preparation | JGM | 3.60 |
| 01/22/2014 | Preparation | JGM | 4.40 |
| 01/24/2014 | Preparation | JGM | 1.80 |
| 01/27/2014 | Preparation | JGM | 2.50 |

Work above related to accounting update; work related to adjustments and modification to administrator accounting worksheet. Includes calls and emails with Poorman Douglas, Patrick waters at Robbins Geller and Chris Ritchie with Huntington.

| Date | Description | Staff | Hours |
|---|---|---|---|
| 01/29/2014 | Preparation<br>Work related to 2013 tax return and accruals | JGM | 4.40 |

|  |  |
|---|---|
| Subtotal | 9,954.00 |
| Total for Services | 10,693.00 |
| Invoice Total | $10,693.00 |

| 02/03/2014 | 01/31/2014 | 12/31/2013 | 11/30/2013 | 10/31/2013+ | Total |
|---|---|---|---|---|---|
| 10,693.00 | 0.00 | 4,708.00 | 0.00 | 0.00 | $15,401.00 |

# DAMASCO & ASSOCIATES LLP
### ACCOUNTANCY AND CONSULTING

700 Monte Vista Lane

Half Moon Bay, CA  94019

650-726-4100

Tax ID Number  20-3042202

Christopher Ritchie  
In Re Payment Interchange Class II QSF  
The Huntington National Bank  
1150 First Avenue, Suite 103  
King of Prussia, PA  19406

Invoice:  2823

| | |
|---|---|
| Date: | 02/03/2014 |
| Client ID: 8757 | Due Date: 03/05/2014 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**Consulting Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/17/2013 | Research | ARS | 2.87 | |
| | Initial Interchange litigation research. Researched factual background of litigation as it relates to class certification and characterization of distributions to claimants | | | |
| 12/18/2013 | Research | ARS | 2.87 | |
| | Initial Interchange litigation research. Researched factual background of litigation as it relates to class certification and characterization of distributions to claimants | | | |
| 12/20/2013 | Research | ARS | 0.62 | |
| | Interchange litigation research regarding characterization of distributions | | | |
| 01/03/2014 | Research | ARS | 1.00 | |
| | Interchange reporting obligation research | | | |
| | Subtotal | | | 736.00 |

**Qualified Settlement Fund Tax Services**

| 01/07/2014 | Preparation | JGM | 0.60 | |
|---|---|---|---|---|
| 01/16/2014 | Preparation | JGM | 1.60 | |
| 01/17/2014 | Preparation | JGM | 5.80 | |
| 01/20/2014 | Preparation | JGM | 6.10 | |
| 01/21/2014 | Preparation | JGM | 4.10 | |

Work above related to accounting update; work related to adjustments and modification to administrator accounting worksheet. Includes calls and emails with Poorman Douglas, Patrick Waters at Robbins Geller and Chris Ritchie with Huntington.

| 01/29/2014 | Preparation | JGM | 2.80 | |
|---|---|---|---|---|
| | Work related to 2013 tax return and accruals | | | |
| | Subtotal | | | 3,780.00 |
| | Total for Services | | | 4,516.00 |
| | Invoice Total | | | $4,516.00 |



700 Monte Vista Lane
Half Moon Bay, CA  94019
650-726-4100
Tax ID Number  20-3042202

Christopher Ritchie
In Re Payment Interchange Class I QSF
The Huntington National Bank
1150 First Avenue, Suite 103
King of Prussia, PA  19406

Invoice:   3215

| | |
|---|---|
| Date: | 03/06/2014 |
| Due Date: | 04/05/2014 |

Client ID:   8756

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| Qualified Settlement Fund Tax Services | | | | |
| 02/13/2014 | Preparation | JGM | 0.80 | |
| 02/27/2014 | Preparation | JGM | 1.40 | |
| 03/01/2014 | Preparation | JGM | 6.70 | |
| 03/03/2014 | Preparation | JGM | 4.70 | |
| 03/05/2014 | Final Review | JPD | 3.00 | |
| | | Subtotal | | 3,948.00 |
| | | Total for Services | | 3,948.00 |
| | | Invoice Total | | $3,948.00 |

| 03/06/2014 | 02/28/2014 | 01/31/2014 | 12/31/2013 | 11/30/2013+ | Total |
|---|---|---|---|---|---|
| 3,948.00 | 10,693.00 | 0.00 | 4,708.00 | 0.00 | $19,349.00 |



**DAMASCO & ASSOCIATES LLP**
ACCOUNTANCY AND CONSULTING

700 Monte Vista Lane
Half Moon Bay, CA 94019
650-726-4100
Tax ID Number 20-3042202

Christopher Ritchie　　　　　　　　　　　　　　　　　　　　　　　　Invoice:　　3216
In Re Payment Interchange Class II QSF
The Huntington National Bank
1150 First Avenue, Suite 103
King of Prussia, PA 19406

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date:　　03/06/2014
Client ID:　　8757　　　　　　　　　　　　　　　　　　　Due Date:　　04/05/2014

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|

**Qualified Settlement Fund Tax Services**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/13/2014 | Preparation | JGM | 1.40 | |
| 02/25/2014 | Preparation | JGM | 3.60 | |
| 02/27/2014 | Preparation | JGM | 3.80 | |
| 03/05/2014 | Final Review | JPD | 1.50 | |
| | | Subtotal | | 2,334.00 |
| | | Total for Services | | 2,334.00 |
| | | Invoice Total | | $2,334.00 |

| 03/06/2014 | 02/28/2014 | 01/31/2014 | 12/31/2013 | 11/30/2013+ | Total |
|---|---|---|---|---|---|
| 2,334.00 | 4,516.00 | 0.00 | 1,695.00 | 4,427.50 | $12,972.50 |