**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

April 21, 2014

**VIA ECF**

| | |
|---|---|
| The Honorable John Gleeson | Magistrate Judge James Orenstein |
| United States District Judge | United States District Court |
| 225 Cadman Plaza East | For the Eastern District of new York |
| Room 727 South | 225 Cadman Plaza East |
| Brooklyn, New York 11201 | Room 1227 South |
| | Brooklyn, New York 11201 |

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-MD-1720-(JG)(JO)

Dear Judge Gleeson and Magistrate Judge Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $805,878.85 from the Class Settlement Interchange Escrow Account. These funds are needed to pay for services provided from October, 2013 through February, 2014 and relate to the costs of processing transactional data, preliminary design of a claim-filing portal, staffing the toll-free number to respond to class member questions, administering the claim pre-registration system, and Internet-sponsored listings on Google, Yahoo and Bing.

Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

| | | |
|---|---|---|
| s/K. Craig Wildfang | s/H. Laddie Montague, Jr. | s/Bonnie E. Sweeney |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Bonnie E. Sweeney |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman &Dowd LLP** |

Attachment
cc:   All Counsel of Record (*via ECF*)