**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

January 14, 2015

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein
United States District Court
    Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-01720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

    Pursuant to paragraph 16 of the Definitive Class Settlement Agreement and paragraph 8 of Appendix B to that Agreement (the Class Settlement Interchange Escrow Agreement), Class Plaintiffs respectfully request the Court's approval of the Escrow Agent's request to pay custodial fees, totaling $48,840.31, out of the Class Settlement Interchange Escrow Account. These fees were incurred to purchase investment vehicles for the funds in the Account. The Escrow Agent's invoice is attached as Exhibit A.

    Class Plaintiffs also request that the Court approve the ability of the Escrow Agent to withdraw monthly fees from the Escrow Account as they become due, through the end of 2015, upon review and approval by Co-Lead Counsel. The total fees will not exceed $40,000 for the period 2015.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

Attachment
cc:   All Counsel via ECF

# EXHIBIT A

Case 1:05-md-01720-MKB-JO   Document 6370   Filed 01/14/15   Page 2 of 3 PageID #: 75545



Corporate Trust
The Huntington National Bank
7 Easton Oval - EA4E63
Columbus, OH  43219

# INVOICE

**Invoice Date:**   12/17/2014

**Bill To:**   In Re Payment  Interchange Class II Qualified Settlement Fund
10300 SW Allen Blvd.
Beaverton, OR  97005

**Account:**   In Re Payment  Interchange Class II Qualified Settlement Fund
Interchange Account Custodial Fees

| Purchase Date | Maturity Date | Term (Days) | Units | Fee % | Fee |
|---|---|---|---|---|---|
| 9/20/2013 | 5/1/2014 | 222 | 75,000,000 | 0.005% | $2,280.82 |
| 10/21/2013 | 8/21/2014 | 303 | 61,982,000 | 0.005% | $2,572.68 |
| 10/25/2013 | 10/15/2014 | 354 | 38,947,000 | 0.005% | $1,888.66 |
| 11/22/2013 | 11/15/2014 | 357 | 30,870,000 | 0.005% | $1,509.67 |
| 11/25/2013 | 11/15/2014 | 354 | 65,699,000 | 0.005% | $3,185.95 |
| 12/23/2013 | 12/15/2014 | 356 | 63,648,000 | 0.005% | $3,103.93 |
| 12/27/2013 | 12/15/2014 | 352 | 33,281,000 | 0.005% | $1,604.78 |
| 2/28/2014 | 1/8/2015 | 313 | 34,719,000 | 0.005% | $1,488.64 |
| 1/24/2014 | 1/15/2015 | 355 | 69,833,000 | 0.005% | $3,395.99 |
| 1/28/2014 | 1/15/2015 | 351 | 31,945,000 | 0.005% | $1,535.99 |
| 2/24/2014 | 2/15/2015 | 355 | 61,160,000 | 0.005% | $2,974.22 |
| 3/21/2014 | 3/15/2015 | 358 | 61,697,000 | 0.005% | $3,025.69 |
| 3/28/2014 | 3/15/2015 | 351 | 31,946,000 | 0.005% | $1,536.03 |
| 4/29/2014 | 4/15/2015 | 350 | 29,460,000 | 0.005% | $1,412.47 |
| 5/1/2014 | 4/30/2015 | 363 | 73,000,000 | 0.005% | $3,630.00 |
| 10/15/2014 | 4/30/2015 | 196 | 38,947,000 | 0.005% | $1,045.70 |
| 5/30/2014 | 5/15/2015 | 349 | 32,775,000 | 0.005% | $1,566.91 |
| 8/21/2014 | 8/15/2015 | 358 | 59,500,000 | 0.005% | $2,917.95 |
| 10/15/2014 | 4/30/2015 | 196 | 38,947,000 | 0.005% | $1,045.70 |
| 11/15/2014 | 5/7/2015 | 172 | 96,773,000 | 0.005% | $2,280.13 |
| 12/15/2014 | 12/15/2015 | 364 | 97,034,000 | 0.005% | $4,838.41 |
| | | | | **Total** | **$48,840.31** |

**Automatic Payment Authorization**: Please email authorization to Chris.Ritchie@huntington.com or Susan.Brizendine@huntington.com to debit the amount due from the cash value in the account.