IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Payment Card Interchange Fee And Merchant Discount Antitrust Litigation | Case No. 1:05-MD-1720 (MKB)(JO)<br><br>Judge: The Honorable Margo K. Brodie<br>Date:<br>Time:<br>Courtroom: |

**Class Counsel's Notice of Withdrawal of Motion for Establishment of Escrow Fund Sequestering a Percentage of Opt-Out Plaintiffs' Settlement Proceeds**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Class Plaintiffs hereby withdraw their Motion for Establishment of Escrow Fund Sequestering a Percentage of Opt-Out Plaintiffs' Settlement Proceeds [D.E. 6365] without prejudice to re-assert the Motion at a later date.

Dated: January 21, 2015

Respectfully submitted,

ROBINS KAPLAN LLP

*s/ Ryan W. Marth*
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
612-339-4181 (fax)

BERGER & MONTAGUE, P.C.
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
215-875-4604 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
Patrick J. Coughlin
Alexandra S. Bernay
Carmen A. Medici
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
619-231-7423 (fax)