IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Payment Card Interchange Fee And Merchant Discount Antitrust Litigation | Case No. 1:05-MD-1720 (MKB)(JO) |

**[Proposed] Order on Class Plaintiffs' Notice of Motion and Motion for Class Representative Service Awards**

This Court, having considered Class Plaintiffs' Motion for Class Representative Service Awards, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows:

1. The Court Orders that awards be paid to the Class Plaintiffs as follows for their prosecution of this litigation and their efforts for obtaining the settlement on behalf of the Class.

| Representative | Out of Pocket Expenses | Service Award | Total (Award + Expenses) |
|---|---|---|---|
| Traditions | $ 8,418.49 | $ 200,000.00 | $ 208,418.49 |
| Photos Etc. | $ 6,860.44 | $ 200,000.00 | $ 206,860.44 |
| Discount Optics | $ 12,773.55 | $ 100,000.00 | $ 112,773.55 |
| Payless | N/A | $ 100,000.00 | $ 100,000.00 |
| CHS | N/A | $ 100,000.00 | $ 100,000.00 |
| Parkway | $ 3,540.53 | $ 75,000.00 | $ 78,540.53 |
| Leon's Transmission | $ 450.00 | $ 75,000.00 | $ 75,450.00 |
| Capital Audio | $ 3,600.00 | $ 50,000.00 | $ 53,600.00 |
| Crystal Rock | N/A | $ 50,000.00 | $ 50,000.00 |

85501733.1

2. These amounts shall be paid from the Net Cash Settlement Escrow Account no less than 20 days after the Settlement Final Date and are in addition to whatever monies these Plaintiffs will receive in the form of their distributions from the Net Cash Settlement Escrow Account and Net Interchange Settlement Escrow Account.

3. Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

4. Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure Rule 54(b). The Clerk of Court is directed to enter this Order on the docket.

IT IS SO ORDERED.

Dated: January 23, 2015          s/ MKB
                                 The Honorable Judge Margo K. Brodie
                                 United States District Court

85501733.1