```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE FEE         1:05-md-1720 [MKB][JO]
AND MERCHANT DISCOUNT ANTITRUST LITIG.

-------------------------------------------------------------------X
```

## NOTICE OF APPEAL

Class Members Unlimited Vacations and Cruises. Inc., Daviss Donuts and Deli, Top Gun Wrecker, Orange County Building Materials, and Jill Bishop d/b/a Hat & Gown, hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's January 23, 2015 Order on Class Plaintiffs' Motion for Class Representative Service Awards (Doc. 6395).

> Respectfully submitted,
> Unlimited Vacations and Cruises,
> Daviss Donuts and Deli,
> Top Gun Wrecker, Orange County
> Building Materials and Jill Bishop d/b /a
> Hat & Gown,
> By their attorney,
>
> */s/ John J Pentz*
> John J. Pentz, Esq.
> 19 Widow Rites Lane
> Sudbury, MA  01776
> Phone: (978) 261-5715
> Fax: (978) 405-5161
> jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was filed via the ECF filing system of the USDC for the EDNY on January 28, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

> */s/ John J. Pentz*
> John J. Pentz