UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE FEE   1:05-md-1720 [MKB][JO]
AND MERCHANT DISCOUNT ANTITRUST LITIG.

------------------------------------------------------------------X

## MOTION FOR ORDER TO PRODUCE RAVELO-FRIEDMAN EMAILS AND DOCUMENTS TO OBJECTORS' COUNSEL

Class Members and Objectors Unlimited Vacations and Cruises. Inc., Daviss Donuts and Deli, Top Gun Wrecker, Orange County Building Materials, and Jill Bishop d/b/a Hat & Gown, hereby move for an order requiring the Willkie Farr Firm, the Friedman Firm, and the Hunton Williams Firm to produce to the undersigned counsel the document logs and any and all documents relating to communications between Gary Friedman and Keila Ravelo that have been or will be produced to counsel for the other parties and certain objectors, pursuant to the stipulations that have already been so ordered in this case. Attached hereto as Exhibits A to D are four signed Stipulations previously circulated among the parties and so-ordered by this Court, which have been countersigned by counsel for the Unlimited Vacations Objectors. Presumably there will be no objections to this Motion, as counsel for the 7-Eleven Objectors has already been provided with the document logs and documents.

The undersigned has spoken with the Willkie Firm, the Friedman Firm, and the Hunton Williams Firm, and they have no objection to this Motion.

## CONCLUSION

WHEREFORE, as undersigned Objectors' counsel has executed each of the stipulations previously agreed to and so ordered by this Court, Objectors pray that this Court SO ORDER the attached Stipulations, and ORDER that undersigned counsel be added to the service and production list that has been established in this case for the production of documents related to communications between Gary Friedman and Keila Ravelo.

        Respectfully submitted,
        Unlimited Vacations and Cruises,
        Daviss Donuts and Deli,
        Top Gun Wrecker, Orange County
        Building Materials and Jill Bishop d/b /a
        Hat & Gown,

        By their attorney,

        */s/ John J Pentz*
        John J. Pentz, Esq.
        19 Widow Rites Lane
        Sudbury, MA  01776
        Phone: (978) 261-5715
        Fax: (978) 405-5161
        jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on May 6, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

        */s/ John J. Pentz*
        John J. Pentz