

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800          612 339 4181 FAX
MINNEAPOLIS MN 55402  ROBINSKAPLAN.COM

May 22, 2015                                              <u>Via ECF</u>

The Honorable Judge Margo K. Brodie       Magistrate Judge James Orenstein
United States District Court              United States District Court
  for the Eastern District of New York      for the Eastern District of New York
225 Cadman Plaza East                     225 Cadman Plaza East
Brooklyn, New York 11201                  Room 1227 South
                                          Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

  Pursuant to Paragraph 19 of the Class Settlement Order and Final Judgment and Paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $196,990.50 from the Class Settlement Interchange Escrow Account. These funds are needed to pay for services provided since March 2014 and primarily relate to costs incurred in staffing the toll-free number to respond to class member questions, maintaining and updating the settlement website, periodic reporting for counsel, mailing and processing opt-in requests, and sponsored listings in Yahoo. This request was previously made by a letter to the Court dated February 20, 2015. Attached as Exhibit A is the Class Administrator's funding request. Attached as Exhibit B is the February 20, 2015 letter (DE6419).

          Respectfully submitted,

*/s/ K. Craig Wildfang*       */s/ H. Laddie Montague, Jr.*   */s/ Alexandra S. Bernay*
K. Craig Wildfang             H. Laddie Montague, Jr.         Patrick J. Coughlin
Thomas J. Undlin              Merrill G. Davidoff             Alexandra S. Bernay
**Robins Kaplan LLP**         **Berger & Montague, P.C.**     **Robbins Geller Rudman**
                                                                **& Dowd LLP**

Attachment
cc: All Counsel (Via ECF)

85884189.1