1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com



| | |
|---|---|
| | **MERRILL G. DAVIDOFF** |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

July 6, 2015

**VIA ECF**

The Honorable Margo K. Brodie  
United States District Judge  
United States District Court  
 For the Eastern District of New York  
225 Cadman Plaza East  
Room 626 North  
Brooklyn, New York 11201

Magistrate Judge James Orenstein  
United States District Court  
 For the Eastern District of New York  
225 Cadman Plaza East  
Room 1227 South  
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* 1:05-MD-1720-(JG)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of Damasco & Associates LLP's ("Damasco") funding request to pay for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter.

Attached as Exhibit A are copies of Damasco's Invoice #s 4244, 4808 and 5276 totaling $11,801.80 and a cover letter outlining the work associated with the tax return preparation of the Class Settlement Cash Escrow Account ("Class I QSF").  Attached as Exhibit B are copies of Damasco's Invoice #s 4244, 4852 and 5277 totaling $8,651.90 and a cover letter outlining the work associated with the tax return preparation of the Class Settlement Interchange Escrow Account ("Class II QSF").

The total funding request for both escrow accounts is $20,453.70.

Respectfully submitted,

| | | |
|---|---|---|
| *s/K. Craig Wildfang* | *s/Merrill G. Davidoff* | *s/Patrick J. Coughlin* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | **Robbins Geller Rudman** |
| **Robins, Kaplan, L.L.P.** | **Berger & Montague, P.C.** | **&Dowd LLP** |

Attachments  
cc: All Counsel of Record (*via ECF*)