John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

September 3, 2015

Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, NY 11201

Re:  In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,
       No. 05-md-1720(MKB)(JO)

Dear Judge Orenstein:

      While Objectors Unlimited Vacations and Cruises Inc. *et al.* do not take a position on whether the Court should accept Mr. Friedman's belated Declaration, I write as their counsel to point out that in the 31 pages of his Declaration Mr. Friedman never gets around to confirming or denying the central point raised in Objectors' Motion to Vacate his fee award, as well as reported in the media – namely, that he expects to receive $32 million in attorneys' fees in this case in which he supposedly played a very minor role that consisted largely of his "juvenile" (to use Mr. Friedman's characterization) email and text exchanges with Ms. Ravelo.

Sincerely,

*/s/ John J. Pentz*

John Pentz