

800 LASALLE AVENUE       612 349 8500 TEL
SUITE 2800               612 339 4181 FAX
MINNEAPOLIS MN 55402     ROBINSKAPLAN.COM

K. CRAIG WILDFANG
612 349 8554 TEL
KCWILDFANG@ROBINSKAPLAN.COM

September 11, 2015                              *Via ECF*

The Honorable Margo K. Brodie           The Honorable James Orenstein
United States District Judge            United States Magistrate Judge
United States District Court for the    United States District Court for the
Eastern District of New York            Eastern District of New York
225 Cadman Plaza East                   225 Cadman Plaza East
Room 626 North                          Room 1227 South
Brooklyn, New York 11201                Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* Case No. 1:05-MD-1720 (JG)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payment of $142,000 based upon the calculations prepared by the accounting firm Damasco & Associates LLP for the Class Settlement Interchange Escrow Account ("Class II QSF") established in connection with the Class Settlement in this matter.

Respectfully submitted,

| *s/K. Craig Wildfang* | *s/Merrill G. Davidoff* | *s/Patrick J. Coughlin* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger & Montague, P.C.** | **& Dowd LLP** |

cc:   All Counsel of Record (*via ECF*)

86129013.1