

| | MERRILL G. DAVIDOFF |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

January 11, 2016

**VIA ECF**

The Honorable Judge Margo K. Brodie       The Honorable Magistrate Judge
United States District Court                              James Orenstein
    Eastern District of New York          United States District Court
225 Cadman Plaza East                                    for the Eastern District of New York
Brooklyn, New York 11201                           225 Cadman Plaza East
                                                                       Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
                 Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

      Pursuant to paragraph 16 of the Definitive Class Settlement Agreement and paragraph 8 of Appendix B to those Agreements (the Class Settlement Interchange Escrow Agreement and Class Settlement Cash Escrow Agreement), Class Plaintiffs respectfully request that the Court approve the ability of the Escrow Agent to withdraw custodial fees from the Escrow Accounts as they become due, through the end of 2016, upon review and approval by Co-Lead Counsel. Attached is a letter from Huntington Bank which explains how these custody fees are calculated, an arrangement that was negotiated at the time settlement funds were first deposited. As stated in the letter, for the period of 2016, the total fees will not exceed $40,000 for the Interchange Escrow Account and $225,000 for the Cash Escrow Account.

                                      Respectfully submitted,

*/s/ Thomas J. Undlin*        */s/Merrill G. Davidoff*        */s/ Alexandra S. Bernay*
K. Craig Wildfang              H. Laddie Montague, Jr.       Patrick J. Coughlin
Thomas J. Undlin              Merrill G. Davidoff                 Alexandra S. Bernay
**Robins, Kaplan, Miller**    **Berger & Montague, P.C.**   **Robbins Geller Rudman**
  **& Ciresi L.L.P.**                                                          **& Dowd LLP**

MGD/sll
Attachment

     cc:    All Counsel *(via ECF) (w/attachment)*