# **ATTACHMENT**



**National Settlement Team**
The Huntington National Bank
1150 First Avenue, Suite 501
King of Prussia, PA  19406

January 8, 2016

Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Dear Merrill:

In 2015, as you know, the Court approved Huntington Bank's ability to withdraw custodial fees from the Payment Card Escrow Accounts after receiving consent from Counsel.  Attached please find a draft letter seeking the same approval for 2016.

Huntington's annualized custody fee of 0.005% (½ a basis point) is prorated based upon the term of the investment.  For example, a 12-month term is charged ½ a basis point, a 6-month term is charged a ¼ basis point, etc.

The total custody fees for 2016 will not exceed $225,000 for the Cash Escrow Account and $40,000 for the Interchange Escrow Account.  These maximum fees will only be reached if all $4.5 billion and $770 million respectively are reinvested for 12 month terms.  (e.g. $4.5 billion x 0.005% = $225,000)

If you have any questions, please feel free to call me at (215) 568-2328.

Thank you,

*Christopher W. Ritchie*

Christopher W. Ritchie
Senior Vice President

Attachment

cc:    Thomas J. Undlin, Esquire
       David C. Walton, Esquire
       Arthur C. Leahy, Esquire