**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br>*CVS Pharmacy, Inc. v. Visa, Inc., et al.*, No. 13-cv-03059 (E.D.N.Y.) (MKB) (JO). | No. 14-md-01720 (MKB) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS the plaintiff ("Plaintiff") in the action *CVS Pharmacy, Inc. v. Visa, Inc., et al.*, No. 13-cv-03059 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against all of the defendants in the *CVS Pharmacy* action, Visa U.S.A. Inc., Visa International Service Association, and Visa Inc. (collectively the "Visa Defendants"), and MasterCard International Incorporated and MasterCard Incorporated (collectively the "MasterCard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiff's claims and action against the Visa Defendants and the MasterCard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: *Mar. 22*, 2016.

                     **VANEK, VICKERS & MASINI, P.C.**

                     By: _/s/ Joseph M. Vanek_
                     Joseph M. Vanek
                     55 West Monroe Street, Suite 3500
                     Chicago, IL 60603
                     (312) 224-1500
                     jvanek@vaneklaw.com

                     **SPERLING & SLATER, P.C.**

                     Paul E. Slater
                     55 West Monroe Street, Suite 3200
                     Chicago, IL 60603
                     (312) 641-3200
                     pes@sperling-law.com

                     *Counsel for Plaintiff CVS Pharmacy, Inc.*


                     **ARNOLD & PORTER LLP**

                     By: _/s/ Robert C. Mason_
                     Robert C. Mason
                     399 Park Avenue
                     New York, NY 10022
                     (212) 715-1000
                     robert.mason@aporter.com

                     Robert J. Vizas
                     Three Embarcadero Center, 10th Floor
                     San Francisco, CA 94111-3711

                     Mark R. Merley
                     Matthew A. Eisenstein
                     601 Massachusetts Avenue, NW
                     Washington, DC 20001

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151
mshuster@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
Gary R. Carney
Andrew C. Finch
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, N.W.
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew Freimuth
Wesley R. Powell
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
mfreimuth@willkie.com

*Counsel for Defendants MasterCard*
*International Incorporated and*
*MasterCard Incorporated*

SO ORDERED:

__S/Margo K. Brodie__          Dated: __3/30/2017__.
United States District Judge