ACO,MDL1720

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:15-cv-06850-MKB-JO
## Internal Use Only

Brookstone Company, Inc. et al v. Visa Inc. et al
Assigned to: Judge Margo K. Brodie
Referred to: Magistrate Judge James Orenstein
Lead case: 1:14-md-01720-MKB-JO
Member cases:
  1:14-cv-00880-MKB-JO
  1:14-cv-00261-MKB-JO
  1:13-cv-03355-MKB-JO
  1:13-cv-03074-MKB-JO
  1:13-cv-04766-MKB-JO
  1:13-cv-05352-MKB-JO
  1:13-cv-05745-MKB-JO
  1:13-cv-05746-MKB-JO
  1:14-cv-00321-MKB-JO
  1:14-cv-02318-MKB-JO
  1:14-cv-05800-MKB-JO
  1:14-cv-06450-MKB-JO
  1:14-cv-07018-MKB-JO
  1:15-cv-04606-MKB-JO
  1:15-cv-06850-MKB-JO
  1:15-cv-06774-MKB-JO
  1:15-cv-07122-MKB-JO
  1:16-cv-00659-MKB-JO

Date Filed: 12/01/2015
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

Cause: 15:1 Antitrust Litigation

**Plaintiff**

**Brookstone Company, Inc.**          represented by   **Keith L Butler**
                                                      Strange & Butler
                                                      12100 Wilshire Blvd
                                                      Suite 1900
                                                      Los Angeles, CA 90025
                                                      310-207-5055
                                                      Fax: 310-826-3210
                                                      Email: kbutler@strangeandbutler.com
                                                      *ATTORNEY TO BE NOTICED*

| | |
|---|---|
| **Plaintiff** | |
| **Brookstone Holdings Corp.** | represented by **Keith L Butler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Brookstone Stores, Inc.** | represented by **Keith L Butler**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Visa Inc.**

**Defendant**

**Visa U.S.A. Inc.**

**Defendant**

**Visa International Service Association**

**Defendant**

**Mastercard Incorporated**

**Defendant**

**Mastercard International Incorporated**

**Defendant**

**Does 1-10**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2015 | 1 | COMPLAINT against Does 1-10, Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc. filing fee $ 400, receipt number 0207-8207639 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Brookstone Stores, Inc., Brookstone Holdings Corp., Brookstone Company, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons to Visa, # 3 Proposed Summons to Mastercard) (Butler, Keith) (Entered: 12/01/2015) |
| 12/01/2015 | 2 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-8207655. by Brookstone Company, Inc., Brookstone Holdings Corp., Brookstone Stores, Inc.. (Attachments: # 1 Affidavit of Keith L. Butler in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order Granting Motion to |

| | | |
|---|---|---|
| | | Admit Counsel Pro Hac Vice, # 3 Certificate of Good Standing) (Butler, Keith) (Entered: 12/01/2015) |
| 12/01/2015 | | Case assigned to Judge Margo K. Brodie and Magistrate Judge James Orenstein. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 12/02/2015) |
| 12/01/2015 | 3 | Summons Issued as to Mastercard Incorporated, Mastercard International Incorporated, Visa Inc., Visa International Service Association, Visa U.S.A. Inc.. (Attachments: # 1 Mastercard summons) (Bowens, Priscilla) (Entered: 12/02/2015) |
| 12/02/2015 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 12/02/2015) |
| 12/02/2015 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 12/02/2015) |
| 12/11/2015 | | ORDER in case 1:13-cv-03074-MKB-JO; terminating (46) Motion for Extension of Time to Complete Discovery in case 1:13-cv-03355-MKB-JO; terminating (56) Motion for Extension of Time to Complete Discovery in case 1:14-cv-02318-MKB-JO --- *See* Order dated 2/9/15 in MDL 14-1720 (MKB) that states "The motion is granted and the stipulation so ordered. The Discovery Plan deadlines of December 15, 2014; January 15, 2015; February 15, 2015; April 1, 2015; and April 15, 2015 on which the responding party must provide information responsive to various aspects of the discovery requests are extended by an additional sixty (60) days beyond the original sixty (60) day extension with respect to declaratory judgment defendant Wal-Mart Stores, Inc. in the matter of *Visa U.S.A. Inc., et al. v. Wal-Mart Stores, Inc.,* and all opt-out plaintiffs in the matter of *Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al.*" Ordered by Magistrate Judge James Orenstein on 12/11/2015. Associated Cases: 1:14-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/11/2015) |
| 12/11/2015 | | ORDER in case 1:13-cv-03074-MKB-JO; terminating (50) Motion for Extension of Time to Complete Discovery in case 1:13-cv-03355-MKB-JO; terminating (60) Motion for Extension of Time to Complete Discovery in case 1:14-cv-02318-MKB-JO --- *See* Order dated 4/15/2015 in MDL 14-1720 (MKB) that states "The motion is granted and the stipulation is so ordered. The Discovery Plan deadlines of December 15, 2014; January 15, 2015; February 15, 2015; April 1, 2015; and April 15, 2015 on which the responding party must provide information responsive to |

|  |  |  | |
|---|---|---|---|
|  |  |  | various aspects of the discovery requests are extended by an additional thirty (30) days with respect to declaratory judgment defendant Wal-Mart Stores, Inc. in the matter of *Visa USA. Inc., et al. v. Wal-Mart Stores, Inc.,* and all opt-out plaintiffs in the matter of *Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al.*" Ordered by Magistrate Judge James Orenstein on 12/11/2015. Associated Cases: 1:14-md-01720-MKB-JO et al. (Guy, Alicia) (Entered: 12/11/2015) |
| 01/27/2016 |  | [6](#) | Letter dated 1/27/2016 from James Horah J. to Clerk of Court. Associated Cases: 1:14-md-01720-MKB-JO et al. (Priftakis, Tina) (Entered: 02/01/2016) |
| 03/30/2016 |  | [7](#) | STIPULATION of Dismissal by Brookstone Company, Inc., Brookstone Holdings Corp., Brookstone Stores, Inc. (Butler, Keith) (Entered: 03/30/2016) |