**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

April 13, 2016

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
  for the Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Magistrate Judge James Orenstein  
United States District Court  
  for the Eastern District of New York  
225 Cadman Plaza East  
Room 1227 South  
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
      No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Pursuant to Paragraph 19 of the Class Settlement Order and Final Judgment and Paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $141,613.72 from the Class Settlement Interchange Escrow Account. These funds are needed to pay for services provided since the last funding request dated October 15, 2015 and account for six invoices. The invoices principally relate to the following activities: staffing the toll-free number to respond to class member questions, maintaining and updating the settlement website, periodic reporting for counsel, and data analysis and processing. Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

*/s/ K. Craig Wildfang*  
K. Craig Wildfang  
Thomas J. Undlin  
**Robins Kaplan L.L.P.**

*/s/ H. Laddie Montague, Jr.*  
H. Laddie Montague, Jr.  
Merrill G. Davidoff  
**Berger & Montague, P.C.**

*/s/ Alexandra S. Bernay*  
Patrick J. Coughlin  
Alexandra S. Bernay  
**Robbins Geller Rudman  
    & Dowd LLP**

ASB:jpk  
Attachment

cc:   All Counsel (via ECF)