**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

**MANDATE**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand and sixteen.

Before:   Ralph K. Winter,
    Dennis Jacobs,
    Pierre N. Leval,
      *Circuit Judges.*

_____

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

       **JUDGMENT**
       Docket Nos. 12-4671(L),
       12- 4708(CON), 12-4765(CON),
       13-4751(CON), 13-4752(CON),
       14-32(CON), 14-117(CON),
       14-119(CON), 14-133(CON),
       14-157(CON), 14-159(CON),
       14-192(CON),14-197(CON),
       14-219(CON), 14-241(CON),
       14-250(CON), 14-266(CON),
       14-303(CON), 14-331(CON),
       14-349(CON), 14-404(CON),
       14-422(CON),14-443(CON),
       14-480(CON), 14-497(CON),
       14-530(CON), 14-567(CON),
       14-584(CON), 14-606(CON),
       14-663(CON), 14-837(CON)

_____

  The appeals in the above captioned case from an order of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs.   Upon consideration thereof,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's certification of the class is VACATED, approval of the settlement is REVERSED, and the case is REMANDED for further proceedings not inconsistent with this Court's opinion.

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/29/2016**