**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

October 24, 2016

<u>VIA ECF</u>

| | |
|---|---|
| The Honorable Judge Margo K. Brodie | Magistrate Judge James Orenstein |
| United States District Court | United States District Court |
|   for the Eastern District of New York |   for the Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, NY 11201 | Room 1227 South |
| | Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Pursuant to Paragraph 19 of the Class Settlement Order and Final Judgment and Paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $33,764.48 from the Class Settlement Interchange Escrow Account.[1] These funds are needed to pay for services provided since the last funding request dated April 13, 2016 and account for six invoices. The invoices principally relate to the following activities: staffing the toll-free number to respond to class member questions, maintaining and updating the settlement website and periodic reporting for counsel. Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

ASB:jpk
Attachment

cc: All Counsel (via ECF)

---

[1] A stipulation regarding the termination date of the Definitive Class Settlement was so ordered by the Court September 22, 2016. Under the stipulation, the period in which the Definitive Class Settlement Agreement may be terminated was modified to extend to and include December 22, 2016. *See* Dkt. No. 6702.



P 503 350 5800 T 800 547 4407 F 503 350 5890
10300 SW ALLEN BOULEVARD, BEAVERTON OR 97005
WWW.EPIQSYSTEMS.COM

October 12, 2016

**To:** Settlement Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:** Funding Request for April 2016 – October 2016 Invoices

Funding is requested for invoices issued by Epiq for fees and costs incurred since the prior Funding Request dated April 11, 2016. These six invoices total $33,764.48 and principally relate to the following activities: staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, and periodic reporting for counsel.

| Description | Amount |
|---|---|
| Epiq Invoice 90148277 (4/30/2016) | $4,263.60 |
| Epiq Invoice 90152376 (5/31/2016) | $4,206.76 |
| Epiq Invoice 90158723 (7/5/2016) | $9,459.63 |
| Epiq Invoice 90159615 (7/31/2016) | $6,384.29 |
| Epiq Invoice 90163129 (8/31/2016) | $5,424.90 |
| Epiq Invoice 90166675 (9/30/2016) | $4,025.30 |
| **Total:** | **$33,764.48** |

Pursuant to the direction of counsel, it is requested that this full amount of $33,764.48 be paid from the Class Settlement Interchange Escrow Account(s) (Fund II).

Payment may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions
Silicon Valley Bank
ABA # 121140399
Account # 3300483242
Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,
/s/
Lauran Schultz
Director