1622 Locust Street   |   Philadelphia, PA 19103-6305   |   Phone: 215/875-3000   |   Fax: 215/875-4604   |   www.bergermontague.com



|  |  |
|---|---|
| **MERRILL G. DAVIDOFF** | |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | mdavidoff@bm.net |

December 9, 2016

**VIA ECF**

The Honorable Margo K. Brodie
United States District Judge
United States District Court
 For the Eastern District of New York
225 Cadman Plaza East
Room 626 North
Brooklyn, New York 11201

Magistrate Judge James Orenstein
United States District Court
 For the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments of $4,402,500.00 for the Class I Cash Settlement Fund; and $439,500.00 for the Class II Interchange Settlement Fund.  These payments were based upon the calculations prepared by Jude Damasco of the accounting firm Miller Kaplan Arase LLP, and are due on or before December 15, 2016.

Respectfully submitted,

| | | |
|---|---|---|
| *s/K. Craig Wildfang* | *s/Merrill G. Davidoff* | *s/Patrick J. Coughlin* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | **Robbins Geller Rudman** |
| **Robins, Kaplan, L.L.P.** | **Berger & Montague, P.C.** | **&Dowd LLP** |

cc: All Counsel of Record (*via ECF*)