UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE :
FEE AND MERCHANT DISCOUNT :
ANTITRUST LITIGATION :
: 05-md-01720 (MKB)(JO)
This Document Relates To: :
:
*7-Eleven, Inc., et al. v. Visa Inc., et al.*, :
13-cv-5746 (MKB)(JO) :
:
   - *and* - :
:
*Visa U.S.A. Inc., et al. v. National Association* :
*of Convenience Stores*, 13-cv-3074 (MKB)(JO) :
---------------------------------------------------------------x

**STIPULATION OF DISMISSAL AS TO**
**NCPA PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs and Defendants, that the actions *7-Eleven, Inc. v. Visa Inc.*, No. 13 Civ. 3074(MKB)(JO) and *Visa U.S.A. Inc., et al. v. National Association of Convenience Stores*, 13-cv-3074 (MKB)(JO), are hereby dismissed with prejudice as to National Community Pharmacists Association ("NCPA") only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party.

Dated:  January 27, 2017

CONSTANTINE CANNON LLP

By:        /s/ A. Owen Glist
    Jeffrey I. Shinder
    A. Owen Glist
    Taline Sahakian
    David A. Scupp
    335 Madison Avenue, 9th Floor
    New York, New York 10017
    Telephone:  (212) 350-2700
    Facsimile:  (212) 350-2701
    oglist@constantinecannon.com

*Attorneys for 7-Eleven Plaintiffs including NCPA*

HOLWELL SHUSTER & GOLDBERG LLP

By: /s/ Michael S. Shuster

    Richard J. Holwell
    Michael S. Shuster
    Demian A. Ordway

125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshuster@hsgllp.com

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Robert C. Mason
Robert C. Mason
250 West 55th Street
New York, NY   10019-9710
(212) 836-8077
robert.mason@apks.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association Inc., and Visa International Service Association*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006-1047

Andrew C. Finch
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

MORRISON & FOERSTER LLP

By: /s/ Mark P. Ladner
  Mark P. Ladner
  Michael B. Miller

1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
mladner@mofo.com

*Attorneys for Defendants Bank of America, N.A., FIA Card Services, N.A., and Bank of America Corporation*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Peter E. Greene
  Peter E. Greene
  Peter S. Julian

Four Times Square
New York, NY 10036
(212) 735-3000
peter.greene@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC*

SIDLEY AUSTIN LLP

By: /s/ David F. Graham

    David F. Graham

One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dgraham@sidley.com

Benjamin R. Nagin
Eamon Joyce
787 Seventh Avenue
New York, NY 10019

*Attorneys for Defendants Citibank, N.A., Citigroup Inc., and Citicorp Payments Services, Inc.*,

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Robert P. LoBue

    Robert P. LoBue
    William F. Cavanaugh

1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
rplobue@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*