1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com



**Berger&Montague, P.C.**
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL | 215/875-3084

WRITER'S DIRECT FAX | 215/875-4671

WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

January 31, 2017

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge
 James Orenstein
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 16 of the Definitive Class Settlement Agreement and paragraph 8 of Appendix B to those Agreements (the Class Settlement Interchange Escrow Agreement and Class Settlement Cash Escrow Agreement), Class Plaintiffs respectfully request that the Court approve the ability of the Escrow Agent to withdraw custodial fees from the Escrow Accounts as they become due, through the end of 2017, upon review and approval by Co-Lead Counsel. For the period of 2017, the total fees will not exceed $225,000 for the Interchange Escrow Account and $40,000 for the Cash Escrow Account.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins, Kaplan, Miller
 & Ciresi L.L.P.**

*/s/Merrill G. Davidoff*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
 & Dowd LLP**

MGD/sll
Attachment

cc: All Counsel *(via ECF) (w/attachment)*