# ATTACHMENT



**National Settlement Team**
The Huntington National Bank
1150 First Avenue, Suite 501
King of Prussia, PA  19406

January 30, 2017

Merrill G. Davidoff, Esq.
Thomas J. Undlin, Esq.
David C. Walton, Esq.
Arthur C. Leahy, Esq.

Dear Counsel:

As you know, the Court has approved Huntington Bank's custodial fees since the Payment Card Escrow Accounts were opened in 2012.  Attached please find a draft letter seeking the same approval for 2017.

Huntington's annualized custody fee of 0.005% (1/2 a basis point) is prorated based upon the term of the Treasury Bill investment.  For example, a 12-month term is charged 1/2 a basis point, a 6-month term is charged a 1/4 basis point, a 3-month term is charged 1/8 a basis point, etc.

The total custody fees for 2017 will not exceed $225,000 for the Cash Escrow Account and $40,000 for the Interchange Escrow Account.  These maximum fees could only be reached if all $4.5 billion and $770 million respectively are reinvested for full 12 month terms.  (e.g. $4.5 billion x 0.005% = $225,000)

If you have any questions, please call me at (215) 568-2328.

Thank you,

*Christopher W. Ritchie*

Christopher W. Ritchie
Senior Vice President


Attachment