1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

**MERRILL G. DAVIDOFF**

WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

April 5, 2017

**VIA ECF**

The Honorable Judge Margo K. Brodie  
U.S. District Court for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein  
U.S. District Court for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments of $2,250,000.00 for the Class I Cash Settlement Fund; and $400,000.00 for the Class II Interchange Settlement Fund. These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP, and are due on or before April 18, 2017.

Respectfully submitted,

*/s/ K. Craig Wildfang*  
K. Craig Wildfang  
Thomas J. Undlin  
**Robins, Kaplan, Miller**  
 **& Ciresi L.L.P.**

*/s/ Merrill G. Davidoff*  
H. Laddie Montague, Jr.  
Merrill G. Davidoff  
**Berger & Montague, P.C.**

*/s/ Alexandra S. Bernay*  
Patrick J. Coughlin  
Alexandra S. Bernay  
**Robbins Geller Rudman**  
 **& Dowd LLP**

cc: All Counsel via ECF