# Exhibit "A"

# MKA MILLER KAPLAN ARASE LLP
### CERTIFIED PUBLIC ACCOUNTANTS SINCE 1941
4123 Lankershim Boulevard  North Hollywood, California 91602

**Christopher Ritchie**  **Invoice:** **8250**
In Re Payment Interchange Class I QSF
The Huntington National Bank
1150 First Avenue, Suite 501
King of Prussia, PA  19406

|  |  |  |  |
|---|---|---|---|
|  |  | Date: | 02/10/2017 |
| Client ID: | 3087560 | **Due Date:** | **03/12/2017** |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| **Qualified Settlement Fund Tax Services** | | | | |
| 03/16/2016 | Preparation | JGM | 2.30 | |
|  | 1st quarter estimate. | | | |
| 06/01/2016 | Preparation | JGM | 4.90 | |
| 06/02/2016 | Preparation | JGM | 2.40 | |
| 08/10/2016 | Preparation | JGM | 2.80 | |
| 08/11/2016 | Preparation | JGM | 1.20 | |
| 08/15/2016 | Preparation | JGM | 1.60 | |
| 08/29/2016 | Preparation | JGM | 2.80 | |
| 08/30/2016 | Preparation | JGM | 0.40 | |
| 11/21/2016 | Preparation | JGM | 3.50 | |
| 12/01/2016 | Preparation | JGM | 3.50 | |
| 12/05/2016 | Preparation | JGM | 2.75 | |
| 12/05/2016 | Preparation | JPD | 0.25 | |
|  | Review emails re orders pertaining to status of QSF | | | |
| 12/06/2016 | Review | JPD | 2.25 | |
|  | Review Q4 estimated tax calculation | | | |
| 01/10/2017 | Preparation | JGM | 2.25 | |
|  | Preparation and filing of the 2016 Qualified Settlement Fund Income Tax Return. | | | |
| 01/19/2017 | Preparation | JGM | 3.25 | |
| 01/20/2017 | Preparation | JGM | 2.50 | |
| 01/23/2017 | Research | MBT | 1.00 | |
|  | Call IRS re: missing $142,000 refund. Note file, email Emily/Jude.  Second call to IRS to move credit.  Note file. | | | |
| 01/23/2017 | Preparation | JGM | 3.25 | |

MAIN: 818.769.2010    FAX: 818.769.3100    FED EIN: 95-2036255
MillerKaplan.com

**Miller Kaplan Arase LLP**         Page 2 of 2

| Date | Description | Staff | Hours |  |
|---|---|---|---|---|
| 01/24/2017 | Preparation | JGM | 2.25 | |
| 02/07/2017 | Final Review | JPD | 2.00 | |
| | | Subtotal | | 11,622.50 |

**Consulting Services**

| Date | Description | Staff | Hours | |
|---|---|---|---|---|
| 03/16/2016 | Calculations | JGM | 0.40 | |
| | work related to allocation of administration fees. | | | |
| 03/21/2016 | Calculations | JGM | 0.80 | |
| | work related to expense allocation. | | | |
| 12/01/2016 | Research | NAS | 2.00 | |
| | Call with JPD re: reversal and remand of settlement. Research re: status of QSF. | | | |
| | | Subtotal | | 940.00 |
| | | Total for Services | | 12,562.50 |
| | | Admin & Overhead Charge | | 1,884.41 |
| | | **Invoice Total** | | **$14,446.91** |

| 02/10/2017 | 01/31/2017 | 12/31/2016 | 11/30/2016 | 10/31/2016+ | **Total** |
|---|---|---|---|---|---|
| 14,446.91 | 0.00 | 0.00 | 0.00 | 0.00 | **$14,446.91** |