# Exhibit "B"

# MKA MILLER KAPLAN ARASE LLP
## CERTIFIED PUBLIC ACCOUNTANTS SINCE 1941
4123 Lankershim Boulevard  North Hollywood, California 91602

**Christopher Ritchie**  
In Re Payment Interchange Class II QSF  
The Huntington National Bank  
1150 First Avenue, Suite 501  
King of Prussia, PA  19406

**Invoice:** 8170

| | |
|---|---|
| Date: | 01/31/2017 |
| **Due Date:** | **03/02/2017** |

Client ID:   3087570

For professional services rendered as follows:

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| **Qualified Settlement Fund Tax Services** | | | | |
| 03/16/2016 | Preparation | JGM | 3.20 | |
| | 1st quarter estimate. | | | |
| 06/01/2016 | Preparation | JGM | 1.80 | |
| 06/02/2016 | Preparation | JGM | 0.60 | |
| 08/10/2016 | Preparation | JGM | 1.80 | |
| 08/29/2016 | Preparation | JGM | 1.50 | |
| 08/30/2016 | Preparation | JGM | 0.40 | |
| 11/18/2016 | Preparation | JGM | 1.50 | |
| 11/21/2016 | Preparation | JGM | 1.25 | |
| 12/05/2016 | Preparation | JGM | 1.75 | |
| 12/05/2016 | Preparation | JPD | 0.25 | |
| | Review emails re status of QSF. | | | |
| 12/06/2016 | Review | JPD | 1.25 | |
| | Review Q4 estimated tax calculations. | | | |
| 01/19/2017 | Preparation | JGM | 3.50 | |
| 01/20/2017 | Preparation | JGM | 2.75 | |
| 01/23/2017 | Preparation | JGM | 1.25 | |
| 01/26/2017 | Final Review | JPD | 2.00 | |
| | Subtotal | | | 6,462.50 |
| **Consulting Services** | | | | |
| 03/16/2016 | Calculations | JGM | 0.40 | |
| | Work related to allocation of administration fees. | | | |
| 03/21/2016 | Calculations | JGM | 0.80 | |
| | Work related to expense allocation. | | | |
| 11/30/2016 | Tax Planning | JPD | 0.75 | |
| | Review files and status of entity; research relevant tax rules; telecon w/D. | | | |

MAIN: 818.769.2010    FAX: 818.769.3100    FED EIN: 95-2036255  
MillerKaplan.com

**Miller Kaplan Arase LLP** Page 2 of 2

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 12/01/2016 | Walton to obtain additional info; assign additional research to N. Sanchez<br>Research | NAS | 2.00 | |
| | Call with JPD re: reversal and remand of settlement. Research re: status of QSF. | | | |
| | Subtotal | | | 1,352.50 |

**Notice Response Services**

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 01/23/2017 | Prepared or processed power of attorney form.<br>Status of 2015 tax refund. | EWR | 0.50 | |
| | Subtotal | | | 90.00 |
| | Total for Services | | | 7,905.00 |
| | Admin & Overhead Charge | | | 1,185.78 |
| | **Invoice Total** | | | **$9,090.78** |

| 01/31/2017 | 12/31/2016 | 11/30/2016 | 10/31/2016 | 09/30/2016+ | Total |
|---|---|---|---|---|---|
| 9,090.78 | 0.00 | 0.00 | 0.00 | 0.00 | **$9,090.78** |