1622 Locust Street | Philadelphia, PA 19103-6305 | Phone: 215/875-3000 | Fax: 215/875-4604 | www.bergermontague.com



| | |
|---|---|
| **MERRILL G. DAVIDOFF** | |
| **WRITER'S DIRECT DIAL** | 215/875-3084 |
| **WRITER'S DIRECT FAX** | 215/875-4671 |
| **WRITER'S DIRECT E-MAIL** | mdavidoff@bm.net |

August 31, 2017

**VIA ECF**

The Honorable Judge Margo K. Brodie     The Honorable Magistrate Judge James Orenstein
United States District Court            United States District Court
  for the Eastern District of New York       for the Eastern District of New York
225 Cadman Plaza East               225 Cadman Plaza East
Brooklyn, New York 11201           Brooklyn, NY 11201

> Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
>        Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

      Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 3rd quarter of 2017 in the amount of $4,107,000.00 for the Class I Cash Settlement Fund, and $800,000.00 for the Class II Interchange Settlement Fund. These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP, and are due on or before September 15, 2017.

                           Respectfully submitted,

*/s/ Thomas J. Undlin*         */s/ Merrill G. Davidoff*       */s/ Alexandra S. Bernay*
K. Craig Wildfang            H. Laddie Montague, Jr.      Patrick J. Coughlin
Thomas J. Undlin             Merrill G. Davidoff          Alexandra S. Bernay
**Robins, Kaplan, Miller**      **Berger & Montague, P.C.**    **Robbins Geller Rudman**
  **& Ciresi L.L.P.**                               **& Dowd LLP**

cc:     All Counsel via ECF