**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

December 19, 2017

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Magistrate Judge James Orenstein
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

      Pursuant to Paragraph 19 of the Class Settlement Order and Final Judgment and Paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $49,317.65 from the Class Settlement Interchange Escrow Account. This amount covers fourteen invoices dated October 2016 through November 2017. These funds are needed to pay for services provided since the last funding request dated October 24, 2016. The invoices principally relate to the following activities: staffing the toll-free number to respond to class member questions, maintaining and updating the settlement website and periodic reporting for counsel. Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan L.L.P.**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

ASB:jpk
Attachment

cc:    All Counsel (via ECF)