# EXHIBIT A

P 503 350 5800 T 800 547 4407 F 503 350 5890
10300 SW ALLEN BOULEVARD, BEAVERTON OR 97005
**WWW.EPIQSYSTEMS.COM**



December 18, 2017

To:   Settlement Counsel
      *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

Re:   Funding Request for October 2016 – November 2017 Invoices

Funding is requested for invoices issued by Epiq for fees and costs incurred since the prior Funding Request dated October 12, 2016. These fourteen invoices total $49,317.65 and principally relate to the following activities: staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, and periodic reporting for counsel.

| Epiq Invoice # | Date | Amount |
|---|---|---|
| 90169558 | 10/31/2016 | $3,068.46 |
| 90173080 | 11/30/2016 | $2,542.38 |
| 90176228 | 12/31/2016 | $4,461.48 |
| 90179787 | 1/31/2017 | $3,283.69 |
| 90183634 | 2/28/2017 | $3,169.33 |
| 90187491 | 3/31/2017 | $2,716.90 |
| 90191429 | 4/30/2017 | $2,519.25 |
| 90195448 | 5/31/2017 | $4,938.11 |
| 90199634 | 6/30/2017 | $2,072.39 |
| 90203057 | 7/31/2017 | $2,035.84 |
| 90207134 | 8/31/2017 | $3,261.78 |
| 90210752 | 9/30/2017 | $6,822.48 |
| 90214637 | 10/31/2017 | $5,559.77 |
| 90218963 | 11/30/2017 | $2,865.79 |
| **Total:** | | **$49,317.65** |

Epiq recommends that these outstanding invoices be paid $41,920.00 (85%) from the Payment Interchange Class I QSF and $7,397.65 (15%) from the Class Settlement Interchange Escrow Account(s) (Fund II). Should a different allocation be preferred, please advise.

Payment may be wired to Epiq via the following account:

   Epiq Class Action & Claims Solutions
   Silicon Valley Bank
   ABA # 121140399
   Account # 3300483242
   Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,
/s/
Lauran Schultz
Vice President