UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 1:05-md-1720-MKB-JO<br><br>NOTICE OF APPEARANCE |
| This Document Relates To: ALL ACTIONS | |

Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., and Chase Paymentech Solutions, LLC.

Dated: February 8, 2018

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Kamali P. Willett
    Kamali P. Willett

Four Times Square
New York, New York 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
*Attorney for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., and Chase Paymentech Solutions, LLC*