# HOLWELL SHUSTER & GOLDBERG LLP

*750 Seventh Avenue, 26th Fl.*
*New York, New York 10019*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Blair E. Kaminsky*
*646-837-5139*
*bkaminsky@hsgllp.com*

February 13, 2018

**By ECF**

The Honorable James Orenstein
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*In re Payment Card Interchange Fee and Merchant Discount*
*Antitrust Litigation*, No. 14-MD-1720 (MKB)(JO)

Dear Judge Orenstein:

    We represent the Visa Defendants and write on behalf of all parties jointly to request a one-day extension to file the Status Report in light of the Presidents Day holiday.

    Accordingly, the parties jointly request that they be permitted to have until Wednesday, February 21 to file a Status Report.

Respectfully submitted,

*/s/ Blair E. Kaminsky*

*Counsel for Defendants Visa U.S.A. Inc., Visa Inc., and Visa International Service Association*

cc:    Counsel of Record