**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(212) 373-3051

WRITER'S DIRECT FACSIMILE

(212) 492-0051

WRITER'S DIRECT E-MAIL ADDRESS

gcarney@paulweiss.com

February 22, 2018

**BY ECF**

The Honorable James Orenstein
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-01720 (MKB) (JO)

Dear Judge Orenstein:

      We write on behalf of all defendants in the above action regarding the status conference scheduled for February 27, 2018.

      First, we are pleased to report that the parties have resolved the issue that prompted defendants on February 15 to file the letter motion to compel regarding the Equitable Relief Class Plaintiff depositions. Defendants hereby withdraw that letter motion.

      Second, the defendants and plaintiffs have conferred and agree that there are no ripe issues to be addressed at the February 27 status conference. Accordingly, the parties respectfully request that the Court cancel the conference for that day.

      Respectfully submitted,

      */s/ Gary R. Carney*

      Gary R. Carney

      *Counsel for the Mastercard Defendants*

cc:   All Counsel of Record (by ECF)