# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-md-1720 (MKB)(JO) |
| This Document Related To:<br><br>ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the law firm of Reinhardt

Wendorf & Blanchfield has changed its address to the following:

Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite W1050
St. Paul, MN  55101

All telephone and email addresses remain the same.

Dated:  February 22, 2018

*s/Garrett D. Blanchfield*
Garrett D. Blanchfield (#209855)
**REINHARDT, WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Tel: (651) 287-2100 Fax: (651) 287-2103

*Attorneys for Plaintiffs*