## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MD-01720-MKB-JO |
| This Document Relates To: 05-MD-01720-MKB-JO. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hugh Daniel Sandler, of the law firm Nussbaum Law Group, P.C., hereby appears as counsel of record for the Equitable Relief Class.

Dated: February 23, 2018.

Respectfully submitted,

/s/ *Hugh Sandler*
Hugh D. Sandler
New York State Bar No. 4712584
Nussbaum Law Group, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
(917) 438-9201
hsandler@nussbaumpc.com