**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies to:**<br><br>*Dollar General Corp., et al. v. Visa U.S.A. Inc., et al.*, **17-cv-05988-MKB-JO** | Case No. 05-MD-01720-MKB-JO |

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiffs filed an action captioned *Dollar General Corp., et al. v. Visa U.S.A. Inc., et al.*, No. 1:17-cv-01971 (D.D.C.) (the "Dollar General Action");

WHEREAS, on October 13, 2017, the Judicial Panel on Multi-District Litigation transferred the Dollar General Action to this Court for pretrial proceedings in MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.), and which action is now individually referenced on this Court's docket as No. 17-cv-05988 (E.D.N.Y.);

WHEREAS, since the transfer, plaintiffs in the Dollar General Action have timely responded to discovery requests and are proceeding to produce documents as promptly as possible;

WHEREAS, the Court has set a fact discovery deadline of April 30, 2018;

WHEREAS, the parties to the Dollar General Action seek additional time to allow the defendants to complete fact discovery of the Dollar General Action plaintiffs, without altering other case deadlines; and

WHEREAS, the parties to the Dollar General Action seek additional time in which plaintiffs may seek the production of documents related specifically to the plaintiffs in the Dollar General Action, without altering other case deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

(a) the deadline for fact discovery of the plaintiffs in the Dollar General Action shall be extended to and including June 15, 2018;

(b) the deadline for the plaintiffs in the Dollar General Action to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Dollar General Action, shall be extended to and including June 15, 2018;

(c) all other case deadlines, including without limitation the deadline for fact discovery not otherwise addressed in clause (b) of the defendants in the Dollar General Action, shall remain unchanged; and

(d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports.

Dated: February 27, 2018

Respectfully submitted,

VANEK, VICKERS & MASINI, P.C.

By: /s/
Joseph M. Vanek
David P. Germaine
55 West Monroe Street, Suite 350
Chicago, IL  60603
(312) 224-1500
dgermaine@vaneklaw.com

**SPERLING & SLATER, P.C.**

Paul E. Slater
Matthew T. Slater
55 West Monroe Street, Suite 3200
Chicago, IL   60603
(212) 641-3200

**SHERRARD ROE VOIGT &
HARBISON, PLC**

Phillip F. Cramer
150 Third Avenue South, Suite 110
Nashville, TN   37201
(615) 742-4200

*Counsel for Plaintiffs in the Dollar General Action*

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, NW
Washington, DC   20006
kgallo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated
and Mastercard International Incorporated*

3

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Robert C. Mason
Robert C. Mason
250 West 55th Street
New York, NY   10019
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
740 Seventh Avenue, 26th Floor
New York, NY   10019
(646) 837-5151
mshuster@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**SO ORDERED:**

Dated:

_____    _____
Brooklyn, New York                United States District Judge

4