

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ROBERT J. JOSSEN**

robert.jossen@dechert.com
+1 212 698 3639  Direct
+1 212 314 0099  Fax

February 28, 2018

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Removal of ECF Notifications - In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720, 14-md-1720 (MKB) (JO)

Dear Judge Orenstein:

I represent non-party Willkie Farr & Gallagher LLP ("Willkie"). On March 7, 2015, I made an appearance on behalf of Willkie for the limited purpose of addressing certain matters that had been brought to the Court's attention concerning Willkie's former partner, Keila Ravelo. ECF 6433. Specifically, I appeared on behalf of Willkie in this matter to facilitate the production of documents concerning Ms. Ravelo's communications with Gary Friedman as requested by this Court on February 26, 2015. *See* ECF 6438. The parties, including Willkie, entered into a Stipulation and Proposed Order Governing Disclosure on March 10, 2015, which was so-ordered by this Court on March 12, 2015. *See* ECF 6435. Thereafter, Willkie produced the requested documents, and supplemented its production on August 14, 2015. *See* ECF 6532. Willkie has completed its production.

Because my appearance on behalf on Willkie was for the limited purpose of facilitating the production of documents concerning Ms. Ravelo, and Willkie has completed this production, I respectfully request that I be removed from ECF notifications, along with any secondary email address associated with my ECF account, for the above-captioned matter.

Respectfully submitted,

Robert J. Jossen
DECHERT LLP
*Counsel for Willkie Farr & Gallagher LLP*