**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br>*Hertz Corp., et al. v. Visa U.S.A. Inc., et al.,*<br>17-cv-03531-MKB-JO | Case No. 05-MD-01720-MKB-JO |

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiffs filed an action captioned *Hertz Corp., et al. v. Visa U.S.A. Inc., et al.,* No. 1:17-cv-00946 (D.D.C.) (the "Hertz Action");

WHEREAS, on June 13, 2017, the Judicial Panel on Multi-District Litigation transferred the Hertz Action to this Court for pretrial proceedings in MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.), and which action is now individually referenced on this Court's docket as No. 17-cv-03531-MKB-JO (E.D.N.Y.);

WHEREAS, since the transfer, plaintiffs in the Hertz Action have timely responded to discovery requests and are proceeding to produce documents as promptly as possible;

WHEREAS, the Court has set a fact discovery deadline of April 30, 2018;

WHEREAS, the parties to the Hertz Action seek additional time to allow the defendants to complete fact discovery of the Hertz Action plaintiffs, without altering other case deadlines; and

WHEREAS, the parties to the Hertz Action seek additional time in which plaintiffs may seek the production of documents related specifically to the plaintiffs in the Hertz Action, without altering other case deadlines.

2

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

(a) the deadline for fact discovery of the plaintiffs in the Hertz Action shall be extended to and including June 15, 2018;

(b) the deadline for the plaintiffs in the Hertz Action to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Hertz Action, shall be extended to and including June 15, 2018;

(c) all other case deadlines, including without limitation the deadline for fact discovery not otherwise addressed in clause (b) of the defendants in the Hertz Action, shall remain unchanged; and

(d) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports.

Dated: February 28, 2018

Respectfully submitted,

KENNY NACHWALTER, P.A.

By: _____

Richard Alan Arnold
William J. Blechman
Robert D. W. Landon
Kevin J. Murray
1441 Brickell Avenue
Suite 1100
Miami, FL   33131
(305) 373-1000
rarnold@knpa.com
wblechman@knpa.com
rlandon@knpa.com
kmurray@knpa.com

*Counsel for Plaintiffs in the Hertz Action*

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____

Robert C. Mason
250 West 55th Street
New York, NY   10019
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
740 Seventh Avenue, 26th Floor
New York, NY    10019
(646) 837-5151
mshuster@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc., Visa*
*International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY    10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, NW
Washington, DC    20006
kgallo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated*
*and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

_____
Brooklyn, New York

_____
United States District Judge

4