UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>PAYMENT CARD INTERCHANGE FEE &<br>MERCHANT DISCOUNT ANTITRUST<br>LITIGATION<br><br>This document relates to:  ALL CASES | Master File 05-md-1720<br>(MKB)(JO)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, a partner at the law firm of Morgan, Lewis & Bockius LLP, hereby enters her appearance as counsel of record in this case for Non-Party The Clearing House Payments Company L.L.C. ("TCH"), for the limited purpose of responding to the motion of the 7-Eleven plaintiffs, by letter dated February 22, 2018, to compel TCH to produce certain documents (Dkt. No. 7155).

Dated: New York, New York
       March 6, 2018

                                        Respectfully submitted,

                                        /s/ Mary Gail Gearns
                                        Mary Gail Gearns
                                        Morgan, Lewis & Bockius LLP
                                        101 Park Avenue
                                        New York, NY  10178
                                        (212) 309-6750
                                        marygail.gearns@morganlewis.com

                                        *Counsel for Non-Party The Clearing House*
                                        *Payments Company L.L.C.*