UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>PAYMENT CARD INTERCHANGE FEE &<br>MERCHANT DISCOUNT ANTITRUST<br>LITIGATION<br><br>This document relates to:  ALL CASES | Master File 05-md-1720<br>(MKB)(JO)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, a partner at the law firm of Morgan, Lewis & Bockius LLP, hereby enters his appearance as counsel of record in this case for Non-Party The Clearing House Payments Company L.L.C. ("TCH"), for the limited purpose of responding to the motion of the 7-Eleven plaintiffs, by letter dated February 22, 2018, to compel TCH to produce certain documents (Dkt. No. 7155).

Dated: New York, New York
       March 6, 2018

                                                                    Respectfully submitted,

                                                                    /s/ Richard S. Taffet
                                                                    Richard S. Taffet
                                                                    Morgan, Lewis & Bockius LLP
                                                                    101 Park Avenue
                                                                    New York, NY  10178
                                                                    (212) 309-6795
                                                                    richard.taffet@morganlewis.com

                                                                  *Counsel for Non-Party The Clearing House*
                                                                   *Payments Company L.L.C.*