**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>*Barry's Cut Rate Stores Inc., et al v. Visa, Inc., et al.*<br><br>This Document Relates to:<br><br>All Actions. | No. 05-md-01720 (MKB)(JO)<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BARRY'S CUT RATE STORES, INC. AND TOWN KITCHEN, LLC PURSUANT TO F.R.C.P. 41(a)** |

WHEREAS, plaintiffs have filed putative class actions that have been consolidated and coordinated for pretrial proceedings in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.) (MKB) (JO) ("MDL 1720");

WHEREAS, on or about April 3, 2017, an Equitable Relief Class Action Complaint was filed (the "(b)(2) Complaint"), in which Barry's Cut Rate Stores, Inc. and Town Kitchen, LLC d/b/a Town Kitchen & Bar were named as plaintiffs; and

WHEREAS, plaintiffs Barry's Cut Rate Stores, Inc. and Town Kitchen, LLC hereby stipulate and agree with the defendants named in the (b)(2) Complaint, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), that Barry's Cut Rate Stores, Inc.'s and Town Kitchen, LLC's claims and actions against all of the defendants in the (b)(2) Complaint, including Visa Inc., MasterCard Incorporated, MasterCard International Incorporated, Bank of America, N.A., BA Merchant Services LLC (f/k/a defendant National Processing, Inc.), Bank of America Corporation, Barclays Bank plc, Barclays Bank Delaware,

Barclays Financial Corp., Capital One Bank, (USA), N.A., Capital One Financial Corporation, Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Citibank (South Dakota), N.A., Citibank N.A., Citigroup, Inc., Citicorp, and Wells Fargo & Company, shall be dismissed without prejudice, with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that:

1.     The claims and actions of Barry's Cut Rate Stores, Inc. and Town Kitchen, LLC be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs.

2.     In the event that Barry's Cut Rate Stores, Inc. or Town Kitchen, LLC, or any of their respective related or affiliated entities, files any action that relates to the subject matter of claims asserted in MDL 1720, such action will be filed in federal court.  Further, each plaintiff in such filed action will consent to, and not oppose, the inclusion of that action in MDL 1720 (if the action is filed in this Court) or the transfer of that action to MDL 1720 for coordinated or consolidated pre-trial proceedings (if the action is filed in any other federal court).

Dated: March 19, 2018     Respectfully submitted,


FREED KANNER LONDON & MILLEN LLC


By:  */s/ Brian M. Hogan*     

 Michael J. Freed
 Robert J. Wozniak
 Brian M. Hogan

2201 Waukegan Road, Suite 130
Bannockburn, IL   60015
(224) 632-4500
mfreed@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com


GRANT & EISENHOFER

Robert G. Eisler
Daniel L. Berger
Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY   10017
(646) 772-8500
reisler@gelaw.com


HILLIARD & SHADOWEN LLP

Steve D. Shadowen
D. Sean Nation
2407 S. Congress Ste E 122
Austin, Tx  78704
(855) 344-3298
steve@hilliardshadowenlaw.com


3

NUSSBAUM LAW GROUP, P.C.

Linda P. Nussbaum
Bart D. Cohen
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

*Attorneys for (b)(2) Complaint Plaintiffs including Barry's Cut Rate Stores, Inc. and Town Kitchen, LLC*

HOLWELL SHUSTER & GOLDBERG LLP

By:  ___*/s/ Blair E. Kaminsky*___

    Michael S. Shuster
    Demian A. Ordway
    Blair E. Kaminsky

750 Seventh Avenue, 26th Floor
New York, NY  10019
(646) 837-5151
mshuster@hsgllp.com

ARNOLD & PORTER KAYE SCHOLER LLP

Robert C. Mason
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC  20001-3743

*Attorneys for Defendant Visa Inc.*

4

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:     /s/ Gary R. Carney

        Gary R. Carney

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3051
gcarney@paulweiss.com

Kenneth A. Gallo
Donna Ioffredo
2001 K Street, NW
Washington, DC 20006-1047

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

MORRISON & FOERSTER LLP

By:     /s/ Mark P. Ladner

        Mark P. Ladner
        Michael B. Miller

1290 Avenue of the Americas
New York, NY   10104-0050
(212) 468-8000
mladner@mofo.com

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a National Processing. Inc.), and Bank of America Corporation*

SHEARMAN & STERLING LLP

By:  /s/ James P. Tallon

James P. Tallon

599 Lexington Ave
New York, NY   10022
(212) 848-4650
jtallon@shearman.com

*Attorneys for Defendants Barclays Bank plc,
Barclays Bank Delaware, and Barclays Financial
Corp.*


O'MELVENY & MYERS LLP

By:  /s/ Abby Faith Rudzin

Andrew J. Frackman
Abby Faith Rudzin

7 Times Square
New York, NY 10036
(212) 326-2017
afrackman@omm.com

*Attorneys for Defendants Capital One Bank, (USA),
N.A. and Capital One Financial Corporation*


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  /s/ Peter E. Greene

Peter E. Greene
Boris Bershteyn

Four Times Square
New York, NY   10036
(212) 735-3000
peter.greene@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A.,
Chase Manhattan Bank USA, N.A., Chase
Paymentech Solutions, LLC, JPMorgan Chase
Bank, N.A., and JP Morgan Chase & Co.*

6

SIDLEY AUSTIN LLP

By:    */s/ David F. Graham*

    David F. Graham

One South Dearborn Street
Chicago, IL   60603
(312) 853-7000
dgraham@sidley.com

Benjamin R. Nagin
787 Seventh Avenue
New York, NY   10019

*Attorneys for Defendants Citibank, (South Dakota)*
*N.A., Citigroup Inc., and Citicorp*


PATTERSON BELKNAP WEBB &
TYLER LLP

By:    */s/ Robert P. Lobue*

    Robert P. LoBue
    William F. Cavanaugh

1133 Avenue of the Americas
New York, NY   10036
(212) 336-2000
rplobue@pbwt.com

*Attorneys for Defendants Wells Fargo & Company*


**SO ORDERED:**

Dated:


_____     _____
Brooklyn, New York             United States District Judge