UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION : | Case No. 05-MD-01720 (MKB)(JO) |
| : | |
| This document relates to: : | |
| All Actions : | |

-------------------------------------------------------------x

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I James D. Thomas, counsel for the Plaintiffs Target Corporation; Macy's Inc.; The TJX Companies, Inc.; Kohl's Corporation; Staples, Inc.; J.C. Penney Company, Inc.; Office Depot Inc.; OfficeMax Incorporated; L Brands, Inc.; Big Lots Stores, Inc.; Abercrombie & Fitch Co.; Ascena Retail Group, Inc.; Saks Incorporated; Lord & Taylor LLC; The Bon-Ton Stores, Inc.; Chico's FAS, Inc.; Luxottica U.S. Holdings Corp.; and American Signature, Inc.; and their related subsidiaries and affiliates (collectively "The Target Group"), hereby move this Court for an Order allowing me to withdraw as counsel for The Target Group in this action. I make this request due to my impending departure from Vorys, Sater, Seymour and Pease, LLP. Although I am personally withdrawing as counsel, The Target Group will continue to be represented by others at Vorys, Sater, Seymour and Pease LLP and there will therefore be no disruption to the court's calendar or the representation of The Target Group in this action.

Dated: March 26, 2018

Respectfully Submitted,

/s/ James D. Thomas

James D. Thomas
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Phone: 614.464.6215
jdthomas@vorys.com