

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800  612 339 4181 FAX
MINNEAPOLIS MN  55402  ROBINSKAPLAN.COM

K. CRAIG WILDFANG
612 349 8554 TEL
KCWILDFANG@ROBINSKAPLAN.COM

March 26, 2018

The Honorable James Orenstein  **VIA ECF**
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  1121

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      Case No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Orenstein:

   This letter is to inform Your Honor that the Plaintiffs and Defendant Mastercard have resolved their differences with regard to the April 20, 2018 deposition of Mastercard's CEO, Ajay Banga.

                                    Very truly yours,

                                    *s/ K. Craig Wildfang*

                                    K. Craig Wildfang

cc:   Counsel of Record (Via ECF)

88841544.1