UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : | Civil Action No. 1:05-md-01720-JG-JO |
|  | : |  |
| THIS DOCUMENT APPLIES TO: | : | NOTICE OF FIRM NAME CHANGE |
| ALL ACTIONS | : |  |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately the firm Boni & Zack LLC has

changed its name to Boni, Zack & Snyder LLC.  The firm's contact information is unchanged.

Dated: March 27, 2018                    Respectfully submitted,


                                         /s/  Michael J. Boni
                                         Michael J. Boni
                                         Joshua D. Snyder
                                         BONI, ZACK & SNYDER LLC
                                         15 Saint Asaphs Road
                                         Bala Cynwyd, PA 19004
                                         Tel:    610-822-0200
                                         Fax:    610-238-0206
                                         Email: mboni@bonizack.com
                                                 jsnyder@bonizack.com

                                         *Counsel for Plaintiff Parkway Corporation*