**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN RE PAYMENT CARD INTERCHANGE**
**FEE AND MERCHANT DISCOUNT**      Case No. 05-MD-01720 (MKB) (JO)
**ANTITRUST LITIGATION**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stanton M.B. Lawyer of the law firm Paul, Weiss, Rifkind, Wharton, and Garrison LLP, hereby appears as counsel of record in the above-captioned action for and on behalf of Defendants Mastercard Incorporated and Mastercard International Incorporated.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: March 28, 2018

By: */s/ Stanton M.B. Lawyer*
     Stanton M.B. Lawyer, *Admitted Pro*
     *Hac Vice*
     Paul, Weiss, Rifkind, Wharton &
     Garrison, LLP
     2001 K Street, NW
     Washington, DC 20006
     Tel: (202) 223-7459
     Fax: (202) 379-4217
     slawyer@paulweiss.com
     *Counsel for Defendants Mastercard*
     *Incorporated and Mastercard International*
     *Incorporated*