**ROBBINS GELLER Rudman & Dowd LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

April 9, 2018

VIA ECF

Magistrate Judge James Orenstein
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY 11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Orenstein:

Rule 23(b)(3) Class Counsel and counsel for Electronic Payment Systems, LLC ("EPS") respectfully request the Court release EPS from further compliance with that portion of its agreement with Class Counsel requiring EPS to submit "monthly reports as well as a targeted email search for one year, [beginning in January 2017.]" *See* ECF No. 6844.

This monitoring program was to be "subject to review by the Court" after the one year period which began January 19, 2017. During the reporting period EPS has provided Class Counsel with monthly reports and targeted email searches. To date, no additional violations have been uncovered. Therefore, Class Counsel and EPS jointly ask the Court to release EPS from its responsibility to provide monthly reports and monthly targeted email searches to Class Counsel.

Class Counsel will continue monitoring third parties to ensure class members are not misled and will contact the Court should it determine the Court's guidelines are not being followed.

Respectfully submitted,

*/s/ Alexandra S. Bernay*          */s/ Scott P. Krob*
Alexandra S. Bernay                Scott P. Krob
**ROBBINS GELLER RUDMAN          KROB LAW OFFICE, L.L.C.**
   **& DOWD LLP**

Co-Lead Counsel for Plaintiffs     Counsel for Electronic Payment Systems, LLC

ASB:jpk
cc:   All Counsel (via ECF)