UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MD-01720 (MKB) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert J. O'Loughlin of the law firm Paul, Weiss, Rifkind, Wharton, and Garrison LLP, hereby appears as counsel of record in the above-captioned action for and on behalf of Defendants Mastercard Incorporated and Mastercard International Incorporated. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: April 16, 2018

By: */s/ Robert J. O'Loughlin*
Robert J. O'Loughlin
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3343
Fax: (212) 492-0343
roloughlin@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*