

**Robert Mason**
+1 212.836.8077 Direct
Robert.Mason@arnoldporter.com

April 17, 2018

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-1720 (MKB) (JO) – April 19, 2018 Status Conference

Dear Judge Orenstein:

    We write with the concurrence of all parties regarding the status conference scheduled for April 19, 2018.

    Following the submission of the parties' Joint Status Report on April 12, 2018, defendants and plaintiffs have conferred and agree that, except for the pending discovery motions, there are no issues to be addressed at the April 19 status conference.

    Accordingly, the parties respectfully request that the Court cancel the status conference scheduled for that day, except for any argument that the Court wishes to hear on either motion.

    The parties thank you for considering this request.

                              Respectfully submitted,

                              */s Robert Mason*
                              Robert Mason
                              Arnold & Porter Kaye Scholer LLP
                              Attorneys for the Visa Defendants

cc:    All Counsel of Record (*via ECF*)