## Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

April 17, 2018

Robert P. LoBue
(212) 336-2596
Direct Fax:  (212) 336-2395
rplobue@pbwt.com

By ECF

The Honorable James Orenstein
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, **05-MD-1720 (E.D.N.Y.) (MKB)(JO)**

Dear Judge Orenstein:

We are counsel to Wells Fargo and write in connection with the request of the parties to cancel the status conference scheduled before Your Honor for this Thursday at 1pm.  Wells Fargo respectfully requests that the Court entertain oral argument of its motion to quash at the time previously reserved for the status conference if the Court believes that such argument will facilitate its decision.  We so request both to have a brief opportunity to respond to the arguments made in the Target Plaintiffs' responsive letter-brief, and because the Court's views and determination as to the pending motion to quash the 30(b)(6) deposition subpoena may also provide guidance to the parties as to the permissible scope of questioning at fact depositions of Wells Fargo witnesses scheduled for April 24 and May 3.  Those depositions were scheduled at an earlier time and are not subject to the stay that the Court ordered as to the subpoena.

Respectfully submitted,

*/s/ Robert P. LoBue*

Robert P. LoBue

*Counsel for the Wells Fargo Defendants*

cc:   All Counsel of Record by ECF

10331240