| | EMERY CELLI BRINCKERHOFF & ABADY LLP | |
|---|---|---|
| RICHARD D. EMERY | | CHARLES J. OGLETREE, JR. |
| ANDREW G. CELLI, JR. | | EMERITUS |
| MATTHEW D. BRINCKERHOFF | ATTORNEYS AT LAW | |
| JONATHAN S. ABADY | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | DIANE L. HOUK |
| EARL S. WARD | 10TH FLOOR | JESSICA CLARKE |
| ILANN M. MAAZEL | NEW YORK, NEW YORK 10020 | |
| HAL R. LIEBERMAN | | ALISON FRICK |
| DANIEL J. KORNSTEIN | TEL: (212) 763-5000 | DAVID LEBOWITZ |
| O. ANDREW F. WILSON | FAX: (212) 763-5001 | DOUGLAS E. LIEB |
| ELIZABETH S. SAYLOR | www.ecbalaw.com | ALANNA KAUFMAN |
| KATHERINE ROSENFELD | | EMMA L. FREEMAN |
| DEBRA L. GREENBERGER | | DAVID BERMAN |
| ZOE SALZMAN | | ASHOK CHANDRAN |
| SAM SHAPIRO | | |
| | | DANIEL TREIMAN |

April 18, 2018

*Via CM/ECF*

Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Payment Card Interchange Fee and Merchant Discount Antitrust Litigation – Opt Out Cases, No. 05-md-01720-MKB-JO*

Dear Clerk of the Court:

  This firm represents Objectors National Retail Federation and Retail Industry Leaders Association, who are part of the multi-district litigation matter Payment Card Interchange Fee and Merchant Discount Antitrust Litigation – Opt Out Cases, No. 05-md-01720-MKB-JO.  In that capacity, Ms. Houk and I registered to receive ECF notifications for both the individual case and the multi-district litigation case.  The individual case has since been dismissed.

  Accordingly, Ms. Houk and I ask that we be removed from notifications for the multi-district litigation case as those notifications concern matters that are irrelevant to our clients.

          Very truly yours,

          /s/

         Andrew G. Celli, Jr.