# Arnold & Porter

Robert Mason
+1 212.836.8077 Direct
Robert.Mason@arnoldporter.com

May 3, 2018

<u>By ECF</u>

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

    Re:   *In re Payment Card Interchange Fee and Merchant <u>Discount Antitrust Litigation</u>*, 05-md-01720 (MKB) (JO)

Dear Judge Orenstein:

    Pursuant to the Court's April 19, 2018 order (Docket No. 7193), we write with the concurrence of all parties to propose June 5 or June 6 as a date for the next status conference in the above-captioned matter.

    The parties thank you for your consideration of this request.

    Respectfully submitted,

    <u>/s Robert Mason</u>
    Robert Mason
    Arnold & Porter Kaye Scholer LLP
    Attorneys for the Visa Defendants

cc:   All Counsel of Record (via ECF)