**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

No. 05-md-01720 (MKB)(JO)

This Document Applies to:

All Actions.

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the parties previously stipulated in the Stipulation and Order dated April 17, 2018, Dkt. 7189, that they would endeavor to reach an agreement before June 25, 2018 on reciprocal reasonable limits on the number of requests for admission and contention interrogatories that may be served during the time periods described in that Stipulation and Order;

WHEREAS, plaintiffs and defendants seek limited additional time to reach an agreement on that issue;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties agree to endeavor to reach an agreement before the next status conference on July 17, 2018 on reciprocal reasonable limits on the number of requests for admission and contention interrogatories that may be served during the time periods described in

the Stipulation and Order dated April 17, 2018, Dkt. 7189. The parties agree to provide the Court with an update regarding this issue in the July 10, 2018 status report.

2. All other case deadlines ordered by the Court shall remain unchanged, and no party may use this stipulation and extension of time as a basis to extend any other case deadline.

Dated: June 27, 2018

HOLWELL SHUSTER & GOLDBERG LLP

By: *____/s/ Blair E. Kaminsky______*

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky

425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com

ARNOLD & PORTER KAYE SCHOLER LLP

Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743

*Attorneys for Visa Defendants*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *\/s/ Gary R. Carney*

Gary R. Carney

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3051
gcarney@paulweiss.com

Kenneth A. Gallo
Donna Ioffredo
2001 K Street, NW
Washington, DC 20006-1047

*Attorneys for Mastercard Defendants*

MORRISON & FOERSTER LLP

By: */s/ Mark P. Ladner*

Mark P. Ladner
Michael B. Miller

1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
mladner@mofo.com

*Attorneys for Bank of America Defendants*

SHEARMAN & STERLING LLP

By: */s/ James Tallon*

James Tallon

599 Lexington Avenue
New York, NY 10022
(212) 848-4000
jtallon@shearman.com

*Attorneys for Barclays Defendants*

O'MELVENY & MYERS LLP

By: *\/s/ Abby F. Rudzin*

Abby F. Rudzin
Andrew J. Frackman

Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
arudzin@omm.com
afrackman@omm.com

*Attorneys for Capital One Defendants*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Peter E. Greene*

Peter E. Greene
Boris Bershteyn

Four Times Square
New York, NY 10036
(212) 735-3000
peter.greene@skadden.com

*Attorneys for JP Morgan Chase Defendants*

SIDLEY AUSTIN LLP

By: */s/ David F. Graham*

David F. Graham

One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dgraham@sidley.com

Benjamin R. Nagin
787 Seventh Avenue
New York, NY 10019

*Attorneys for Citi Defendants*

KEATING MUETHING & KLEKAMP PLL

By: *___/s/ Richard L. Creighton, Jr.___*

Richard L. Creighton, Jr.
Drew M. Hicks

One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Fifth Third Defendants*

KUTAK ROCK LLP

By: *___/s/ James M. Sulentic___*

John P. Passarelli
James M. Sulentic

The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
John.Passarelli@KutakRock.com
James.Sulentic@KutakRock.com

*Attorneys for First National Bank of Omaha Defendants*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: *___/s/ David S. Lesser___*

David S. Lesser

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8851
david.lesser@wilmerhale.com

*Attorneys for HSBC Defendants*

REED SMITH LLP

By: *__/s/ Frederick N. Egler__*

Frederick N. Egler

Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3396
fegler@reedsmith.com

*Attorneys for PNC Defendants*

ALSTON & BIRD LLP

By: *__/s/ Kara F. Kennedy__*

Teresa T. Bonder
Valarie C. Williams
Kara F. Kennedy

One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
(404) 881-7000
teresa.bonder@alston.com
valarie.williams@alston.com
kara.kennedy@alston.com

*Attorneys for SunTrust Defendants*

PULLMAN & COMLEY, LLC

By: *__/s/ Jonathan B. Orleans__*

Jonathan B. Orleans
Adam S. Mocciolo

850 Main Street
Bridgeport, CT 06601
Pittsburgh, PA 15222
(203) 330-2000
jborleans@pullcom.com
amocciolo@pullcom.com

*Attorneys for Texas Independent Bancshares Defendants*

PATTERSON BELKNAP WEBB & TYLER LLP

By: *    /s/ Robert P. LoBue    *

Robert P. LoBue
William F. Cavanaugh

1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
rplobue@pbwt.com

*Attorneys for Wells Fargo Defendants*

CONSTANTINE CANNON LLP

By: */s/ A. Owen Glist*

Jeffrey I. Shinder
A. Owen Glist
Taline Sahakian
David A. Scupp

335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
jshinder@constantinecannon.com

*Attorneys for 7-Eleven Plaintiffs*

VORYS, SATER, SEYMOUR & PEASE LLP

By: */s/ Alycia N. Broz*

James A. Wilson
Kimbery Weber Herlihy
Alycia N. Broz

52 East Gay Street
Columbus, Ohio 43216-1008
(614) 464-6400
jawilson@vorys.com

*Attorneys for Target Plaintiffs*

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: *\/s/ Steig D. Olson*

Stephen R. Neuwirth
Steig D. Olson

51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7100
steigolson@quinnemanuel.com

Alicia Cobb
600 University Street, Suite 2800
Seattle, Washington 98101
(206) 905-7000

*Attorneys for The Home Depot Plaintiffs*

BERGER & MONTAGUE, P.C.

By: */s/ Michael J. Kane*

H. Laddie Montague
Merrill G. Davidoff
Michael J. Kane

1622 Locust Street
Philadelphia, PA
(215) 875-3010
hlmontague@bm.net

ROBINS KAPLAN LLP

K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
kcwildfang@robinskaplan.com

ROBBINS GELLER RUDMAN & DOWD LLP

Patrick J. Coughlin
Joseph David Daley
Alexandra Senya Bernay
655 West Broad Way, Suite 1900
San Diego, CA 92101
(619) 231-1058
patc@rgrdlaw.com

*Attorneys for (b)(3) Plaintiffs*

GRANT & EISENHOFER

By: *___/s/ Deborah A. Elman_______*
Robert G. Eisler
Daniel L. Berger
Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 772-8500
reisler@gelaw.com

HILLIARD & SHADOWEN LLP

Steve D. Shadowen
D. Sean Nation
2407 S. Congress Ste E 122
Austin, T 78704
(855) 344-3298
steve@hilliardshadowenlaw.com

FREED KANNER LONDON & MILLEN LLC

Michael J. Freed
Robert J. Wozniak
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com

NUSSBAUM LAW GROUP, P.C.

Linda P. Nussbaum
Bart D. Cohen
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

*Attorneys for (b)(2) Plaintiffs*

**SO ORDERED:**

Dated:

________________________
Brooklyn, New York

________________________________
United States District Judge