UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | DOCKET NO. 05-MD-01720-MKB-JO *Document Electronically Filed* |
| This Document Relates To ALL CASES | : : | |

| | | |
|---|---|---|
| IN RE AMERICAN EXPRESS ANTI-STERING RULES ANTITRUST LITIGATION | : : : : | DOCKET NO. 11-MD-02221-NGG-RER *Document Electronically Filed* |
| This Document Relates To ALL CASES | : : : | **MOTION TO REMOVE COUNSEL FROM RECEIVING ELECTRONIC FILINGS RELATED TO CASES** |

Steven H. Sadow, Esq., of Steven H. Sadow, P.C., hereby requests that his email address and any associated with him, be removed from receiving electronic filings in connection with these cases, and states as follows:

1. Counsel represents Keila Ravelo in connection with a federal criminal indictment pending against her in the United States District Court in Newark, New Jersey (Case No. 15-576 (KM)).

2. Counsel filed a notice of appearance on behalf of Ms. Ravelo in the above-numbered cases so she could intervene on discovery-related matters.

3. Ms. Ravelo has now entered a plea in the federal criminal case in New Jersey and counsel no longer needs to be notified of filings in the above-numbered cases.

WHEREFORE, counsel respectfully requests that his email address and any other address

associated with him, be removed from receiving electronic filings in this case.

          By:    */s/ Steven H. Sadow*
                 Steven H. Sadow, Esq.
                 **STEVEN H. SADOW, P.C.**
                 260 Peachtree Street, N.W.
                 Suite 2502
                 Atlanta, Georgia 30303
                 Phone:  (404) 577-1400
                 stevesadow@gmail.com
                 Attorney for Keila Ravelo

Dated:  June 27, 2018

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | DOCKET NO. 05-MD-01720-MKB-JO<br><br>*Document Electronically Filed* |
| This Document Relates To<br>    ALL CASES | : : | |

| | | |
|---|---|---|
| IN RE AMERICAN EXPRESS ANTI-STERING RULES ANTITRUST LITIGATION | : : : : | DOCKET NO. 11-MD-02221-NGG-RER<br><br>*Document Electronically Filed* |
| This Document Relates To<br>    ALL CASES | : : | **CERTIFICATE OF SERVICE** |

I, **STEVEN H. SADOW,** hereby certify that on June 27, 2018, a copy of the foregoing was filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon all counsel of record who have registered for ECF notification in this matter.

By:   */s/ Steven H. Sadow*
Steven H. Sadow, Esq.
**STEVEN H. SADOW, P.C.**
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Phone:  (404) 577-1400
stevesadow@gmail.com
Attorney for Keila Ravelo

Dated:  June 27, 2018