UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

This Document Relates To:

    ALL ACTIONS.

---------------------------------------------------------x

No. 05-md-1720 (MKB)(JO)

JOINT STATUS CONFERENCE STATEMENT

CONFERENCE DATE: JULY 17, 2018

    The parties respectfully submit this Joint Case Status Report and Proposed Agenda for the Case Management Conference currently scheduled for July 17, 2018. The parties agree that there is nothing ripe for discussion with the Court on July 17, 2018, and respectfully request that the Court cancel the conference.

## STATUS OF DISCOVERY

    The parties continue to work cooperatively on completing fact discovery and scheduling the remaining party and non-party depositions. Depositions of the defendants, Target Plaintiffs, The Home Depot, the original 7-Eleven Plaintiffs, and representatives for the putative b(2) class are complete.

    The parties nevertheless anticipate needing additional time to complete fact discovery of non-parties and certain parties. To accommodate this additional discovery, the parties have been working on a stipulation and proposed order to extend the deadline for fact discovery of non-parties and certain plaintiff groups (including the "new" 7-Eleven plaintiffs). As part of those negotiations, plaintiffs have also requested a five-week extension to the August 31, 2018, deadline to serve their expert reports and any class certification motions. Defendants do not object to that request, but request that other deadlines in the case schedule—including those to

serve their opposition expert reports—be extended by the same amount of time. Plaintiffs agree to this request.

The parties also continue to negotiate stipulations and proposed orders setting forth the number of contention interrogatories and requests for admission, and a procedure for addressing disputes over authenticity and admissibility of documents submitted as exhibits on summary judgment.

The parties expect to submit these stipulations and proposed orders for consideration by the Court in the near future.

Dated:  July 12, 2018                                       Respectfully submitted,

        **HOLWELL SHUSTER & GOLDBERG LLP**

By:    /s/ Demian A. Ordway
     Michael S. Shuster
     Demian A. Ordway
     Blair E. Kaminsky
     425 Lexington Avenue, 14th Floor
     New York, NY   10017
     (646) 837-5151
     mshuster@hsgllp.com
     dordway@hsgllp.com
     bkaminsky@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

     Robert C. Mason
     250 West 55th Street
     New York, NY   10019
     (212) 836-8000
     robert.mason@apks.com

     Robert J. Vizas
     Three Embarcadero Center, 10th Floor
     San Francisco, CA   94111
     (415) 471-3100
     robert.vizas@apks.com

     Mark R. Merley
     Matthew A. Eisenstein
     601 Massachusetts Avenue, NW
     Washington, DC   20001
     (202) 942-5000
     mark.merley@apks.com
     matthew.eisenstein@apks.com

*Attorneys for Visa U.S.A. Inc., Visa Inc., and Visa International Service Association*