UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br><br>All Actions. | No. 05-md-01720 (MKB)(JO) |

**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**

WHEREAS, the undersigned parties have been actively engaging in discovery and worked cooperatively to schedule depositions in advance of the deadline for fact discovery;

WHEREAS, on April 18, June 4, and July 19, 2018, the Court ordered extensions of the deadline to complete non-party and certain party depositions, and the undersigned parties have worked cooperatively to schedule and conduct those depositions;

WHEREAS, the undersigned plaintiffs and defendants seek limited additional time to complete the specific depositions below and have agreed to modify the case schedule accordingly for the limited purpose of conducting these specific depositions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.     The deadline for completing the specific depositions enumerated in Appendix A shall be extended to September 21, 2018 (with the exceptions noted in Appendix A).  The parties

reserve their rights to seek leave of court to complete any additional third party depositions not enumerated in Appendix A. The inclusion of a deposition in Appendix A does not indicate the parties' assent to that deposition, and the parties preserve all objections to any such deposition.

2. All other case deadlines ordered by the Court shall remain unchanged, and no party may use this stipulation and extension of time as a basis to extend any other case deadline.[1]

Dated: August 17, 2018

                                            CONSTANTINE CANNON LLP

                                            By: */s/ Owen Glist*
                                                 Jeffrey I. Shinder
                                                 Owen Glist
                                                 Taline Sahakian
                                                 David A. Scupp
                                          335 Madison Avenue, 9th Floor
                                          New York, NY 10017
                                          (212) 350-2700
                                          oglist@constantinecannon.com

                                          *Attorneys for 7-Eleven Plaintiffs*


                                          VORYS, SATER, SEYMOUR & PEASE LLP

                                          By: */s/ Kimberly Herlihy*
                                                 James A. Wilson
                                                 Kimberly Weber Herlihy
                                                 Alycia N. Broz
                                          52 East Gay Street
                                          Columbus, Ohio 43216-1008
                                          (614) 464-6400
                                          jawilson@vorys.com

                                          *Attorneys for Target Plaintiffs*

---

[1] For the avoidance of doubt, this stipulation does not affect the case deadlines listed in the stipulations that appear at ECF Nos. 7162, 7195, 7233, 7235, and 7236.

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By: /s/ *Steig Olson*
    Stephen R. Neuwirth
    Steig D. Olson
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7100
steigolson@quinnemanuel.com

Alicia Cobb
600 University Street, Suite 2800
Seattle, Washington 98101
(206) 905-7000

*Attorneys for The Home Depot Plaintiffs*

GRANT & EISENHOFER

By: /s/ *Deborah Elman*
    Robert G. Eisler
    Deborah A. Elman
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 772-8500
reisler@gelaw.com

HILLIARD & SHADOWEN LLP

Steve D. Shadowen
2407 S. Congress Ste E 122
Austin, TX 78704
(855) 344-3298
steve@hilliardshadowenlaw.com

FREED KANNER LONDON & MILLEN LLC

Michael J. Freed
Robert J. Wozniak
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
mfreed@fklmlaw.com

NUSSBAUM LAW GROUP, P.C.

Linda P. Nussbaum
Bart D. Cohen
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

*Attorneys for (b)(2) Plaintiffs*

HOLWELL SHUSTER & GOLDBERG LLP

By: */s/ Blair E. Kaminsky*
      Michael S. Shuster
      Demian A. Ordway
      Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

ARNOLD & PORTER KAYE SCHOLER LLP

Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
bob.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

*Attorneys for Visa Defendants*

4

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Gary R. Carney*
      Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3051
gcarney@paulweiss.com

Kenneth A. Gallo
Donna Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Mastercard Defendants*


MORRISON & FOERSTER LLP

By: */s/ Mark P. Ladner*
      Mark P. Ladner
      Michael B. Miller
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000
mladner@mofo.com
mbmiller@mofo.com

*Attorneys for Bank of America Defendants*


SHEARMAN & STERLING LLP

By: */s/ James Tallon*
      James Tallon
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
jtallon@shearman.com

*Attorneys for Barclays Defendants*

O'MELVENY & MYERS LLP
By: */s/ Abby F. Rudzin*
    Abby F. Rudzin
    Andrew J. Frackman
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
arudzin@omm.com
afrackman@omm.com

*Attorneys for Capital One Defendants*


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: */s/ Peter E. Greene*
    Peter E. Greene
    Boris Bershteyn
Four Times Square
New York, NY 10036
(212) 735-3000
peter.greene@skadden.com
boris.bershteyn@skadden.com

*Attorneys for JP Morgan Chase Defendants*


SIDLEY AUSTIN LLP

By: */s/ David F. Graham*
    David F. Graham
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dgraham@sidley.com

Benjamin R. Nagin
787 Seventh Avenue
New York, NY 10019
bnagin@sidley.com

*Attorneys for Citi Defendants*

KEATING MUETHING & KLEKAMP PLL

By: */s/ Richard L. Creighton, Jr.*
      Richard L. Creighton, Jr.
      Drew M. Hicks
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Fifth Third Defendants*

KUTAK ROCK LLP

By: */s/ James M. Sulentic*
      John P. Passarelli
      James M. Sulentic
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

*Attorneys for First National Bank of Omaha Defendants*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ David S. Lesser*
      David S. Lesser
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8851
david.lesser@wilmerhale.com

*Attorneys for HSBC Defendants*

REED SMITH LLP

By: */s/ Frederick N. Egler*
      Frederick N. Egler
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3396
fegler@reedsmith.com

*Attorneys for PNC Defendants*


ALSTON & BIRD LLP

By: */s/ Kara F. Kennedy*
      Teresa T. Bonder
      Valarie C. Williams
      Kara F. Kennedy
One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, GA 30309
(404) 881-7000
teresa.bonder@alston.com
valarie.williams@alston.com
kara.kennedy@alston.com

*Attorneys for SunTrust Defendants*


PULLMAN & COMLEY, LLC

By: */s/ Jonathan B. Orleans*
      Jonathan B. Orleans
      Adam S. Mocciolo
850 Main Street
Bridgeport, CT 06601
Pittsburgh, PA 15222
(203) 330-2000
jborleans@pullcom.com
amocciolo@pullcom.com

*Attorneys for Texas Independent Bancshares*

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Robert P. LoBue*
      Robert P. LoBue
      William F. Cavanaugh
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
rplobue@pbwt.com
wfcavanaugh@pbwt.com

*Attorneys for Wells Fargo Defendants*

**SO ORDERED:**

Dated:

Brooklyn, New York                           United States District Judge

**Appendix A**

Depositions of Plaintiffs
1. Peter Wilander (Amtrak) (scheduled for August 31)
2. Nicole Fales of Gulf (after maternity leave – after September 21)
3. Tate Fenner (Foot Locker) (proposed August 23)
4. Paul Smith (former Speedway) (scheduled for August 31)
5. Brad Mayer (former Speedway) (TBD)
6. James McEowen (Marathon) (scheduled for September 6)
7. Craig Weigand (Marathon) (TBD – after September 21)
8. Petco 30(b)(6) – (proposed August 30)

Depositions of Non-Parties
1. Aldi
2. American Express (scheduled for September 17)
3. Tender Greens (scheduled for August 31)
4. Drybar (by September 14)
5. United Airlines (by September 14)