

MERRILL G. DAVIDOFF

p. 215.875.3084   mdavidoff@bm.net

August 28, 2018

**VIA ECF**

The Honorable Judge Margo K. Brodie   The Honorable Magistrate Judge James Orenstein
United States District Court for the   United States District Court for the
  Eastern District of New York           Eastern District of New York
225 Cadman Plaza East                   225 Cadman Plaza East
Brooklyn, New York 11201                Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 3rd quarter of 2018 in the amount of $8,900,000.00 for the Class I Cash Settlement Fund, and $1,450,000.00 for the Class II Interchange Settlement Fund. These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP, and are due on or before September 15, 2018.

Respectfully submitted,

*/s/ K. Craig Wildfang*        */s/ Merrill G. Davidoff*       */s/ Alexandra S. Bernay*
K. Craig Wildfang              H. Laddie Montague, Jr.         Patrick J. Coughlin
Thomas J. Undlin               Merrill G. Davidoff             Alexandra S. Bernay
**Robins, Kaplan, Miller**     **Berger & Montague, P.C.**     **Robbins Geller Rudman**
  **& Ciresi L.L.P.**                                            **& Dowd LLP**

cc:   All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**