# CONSTANTINE CANNON LLP

**Jeffrey I. Shinder**
212-350-2709
jshinder@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

September 11, 2018

**VIA ECF**

The Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, 05-md-1720 (MKB)(JO)

Dear Magistrate Judge Orenstein:

We write on behalf of all parties in the above action regarding the status conference scheduled for Thursday, September 13, 2018.

The parties have conferred and agree that there are no issues to be addressed at the status conference. Accordingly, the parties respectfully request that the Court adjourn the conference scheduled for that day.

Respectfully submitted,

*/s/ Jeffrey I. Shinder*

Jeffrey I. Shinder