# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue, 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Demian A. Ordway*
  *(646) 837-5159*
*dordway@hsgllp.com*

September 13, 2018

**VIA ECF**

The Honorable James Orenstein
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (E.D.N.Y.) (MKB)(JO)

Dear Judge Orenstein:

    We represent the Visa Defendants and write on behalf of all defendants to request a three-week extension to October 11, 2018 for defendants to answer, move, or otherwise respond to those pending complaints and amended complaints to which a response is due. Plaintiffs do not object to this extension.

                                                  Respectfully submitted,

                                                   */s/ Demian A. Ordway*

                                                 Demian A. Ordway

cc:  All Counsel of Record by ECF