IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION          Case # 05-MD-1720

NOTICE OF ASSIGNMENT

Plaintiff PNC BANK, NATIONAL ASSOCIATION ("PNC") has assigned to SMS FINANCIAL P, LLC ("SMS") all of its right, title and interest in connection with the above-captioned matter, pursuant to a Loan Sale Agreement dated July 10, 2018 among PNC and SMS.

Pursuant to the provisions of the Loan Sale Agreement, SMS shall have and enjoy the same rights, privileges and remedies as were held by PNC in connection with the above-captioned matter.

Kindly direct all notices and remittances to SMS at the following address:

SMS Financial P, LLC
Attn: James Mattison
6829 N 12th Street
Phoenix, Arizona 85014


PNC BANK, NATIONAL ASSOCIATION

By: /s/ Daniel Hajdu
Print Name: Daniel Hajdu
Title: Vice President

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | ) CASE NO. 05-MD-1720 ) ) |

## CERTIFICATE OF SERVICE

I, Jennifer Platzkere Snyder, Esquire, do hereby certify that the Notice of Assignment was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record.

/s/ Jennifer Platzkere Snyder
Jennifer Platzkere Snyder
ID No. 4044061
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: 215-575-7000
Fax:       215-575-7200
Email:     jsnyder@dilworthlaw.com
*Attorney for PNC Bank, National Association*

Dated: September 14, 2018

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**