**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

September 17, 2018

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
  for the Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY  11201

Magistrate Judge James Orenstein  
United States District Court  
  for the Eastern District of New York  
225 Cadman Plaza East  
Room 1227 South  
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

      Pursuant to Paragraph 19 of the Class Settlement Order and Final Judgment and Paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the Class Administrator's request for funding in the amount of $50,522.07 from the Payment Interchange Class I Qualified Settlement Fund and the Class Settlement Interchange Escrow Account.  This amount covers eight invoices dated December 31, 2017 through July 31, 2018.  These funds are needed to pay for services provided since the last funding request dated December 19, 2017.  The invoices principally relate to the following activities: staffing the toll-free number to respond to class member questions, maintaining and updating the settlement website and periodic reporting for counsel.  Attached as Exhibit A is the Class Administrator's funding request.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

Attachment

cc:    All Counsel (via ECF)