# EXHIBIT A

P 503 350 5800 T 800 547 4407 F 503 350 5890
10300 SW ALLEN BOULEVARD, BEAVERTON OR 97005
WWW.EPIQSYSTEMS.COM



September 14, 2018

**To:**   **Settlement Counsel**
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:**   **Funding Request for December 2017 – July 2018 Invoices**

Funding is requested for invoices issued by Epiq for fees and costs incurred since the prior Funding Request dated December 18, 2017. These eight invoices total $50,522.07 and principally relate to the following activities: staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, and periodic reporting for counsel.

| Epiq Invoice # | Date | Amount |
|---|---|---|
| 90222690 | 12/31/2017 | $3,086.24 |
| 90227224 | 1/31/2018 | $5,984.09 |
| 90231289 | 2/28/2018 | $18,551.85 |
| 90242451 | 3/31/2018 | $4,620.93 |
| 90242982 | 4/30/2018 | $3,716.55 |
| 90243722 | 5/31/2018 | $3,406.54 |
| 90247553 | 6/30/2018 | $3,904.50 |
| 90255101 | 7/31/2018 | $7,251.37 |
| **Total:** | | **$50,522.07** |

Epiq recommends that these outstanding invoices be paid $42,943.76 (85%) from the Payment Interchange Class I QSF and $7,578.31 (15%) from the Class Settlement Interchange Escrow Account(s) (Fund II). Should a different allocation be preferred, please advise.

Payment may be wired to Epiq via the following account:

   Epiq Class Action & Claims Solutions
   Silicon Valley Bank
   ABA # 121140399
   Account # 3300483242
   Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,
/s/
Lauran Schultz
Vice President