

| | Atlanta | Chicago | Melville | Philadelphia | San Francisco |
|---|---|---|---|---|---|
| | Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
xanb@rgrdlaw.com

September 18, 2018

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie          Magistrate Judge James Orenstein
United States District Court                          United States District Court
   for the Eastern District of New York            for the Eastern District of New York
225 Cadman Plaza East                                 225 Cadman Plaza East
Brooklyn, NY  11201                                    Room 1227 South
                                                                    Brooklyn, NY  11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
No. 1:05-MD-1720-(MKB)(JO)

Dear Judge Brodie and Magistrate Judge Orenstein:

Class Plaintiffs today will be filing their papers in support of Rule 23(b)(3) Class Plaintiffs' Motion for Class Settlement Preliminary Approval. Rule 23(b)(23) Class Counsel respectfully request the Court's permission for the parties to serve and file a brief that exceeds the 25-page limit set forth in the Court's Individual Practices. *See* Judge Margo K. Brodie Individual Rules and Practices, §3.B; *see also* Individual Practice Rules of Magistrate Judge James Orenstein, §IV.B.2.

As the case presents numerous issues, Class Plaintiffs seek permission to file a brief up to 41 pages.

Respectfully submitted,

ALEXANDRA S. BERNAY

ASB:sll

cc: All Counsel (via ECF)

1469843_1
655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    rgrdlaw.com