UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | MDL No. 1720(MKB)(JO)<br><br>Civil No. 05-5075(MKB)(JO) |
| This Document Relates To:<br><br>ALL ACTIONS. | : : : : : : : : | NOTICE OF RULE 23(b)(3) CLASS PLAINTIFFS' MOTION AND MOTION FOR CLASS SETTLEMENT PRELIMINARY APPROVAL |

1469844_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, on a date and time determined by the Court, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Margo K. Brodie, Courtroom 6F, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Rule 23(b)(3) Class Plaintiffs Photos Etc. Corporation (also referred to as 30 Minute Photos Etc. Corporation in the Third Consolidated Amended Class Action Complaint); Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corporation (also known as Parkway Corp.); and Payless Inc. (and on behalf of Payless ShoeSource, Inc.), will and hereby do, move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order granting their Motion for Class Settlement Preliminary Approval.

This motion is based on this Notice and the accompanying Memorandum in support thereof, the attached complete and fully executed Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (*see* Exhibit 1, attached hereto), the Declarations of K. Craig Wildfang, Eric D. Green and the Honorable Edward A. Infante (Ret.) in support thereof and exhibits thereto, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

Dated: September 18, 2018
ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

- 1 -

|  |  |
|---|---|
|  | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| Dated: September 18, 2018 | ROBINS KAPLAN LLP<br>K. CRAIG WILDFANG<br>THOMAS J. UNDLIN<br>RYAN W. MARTH |
|  | <u>s/ K. Craig Wildfang</u><br>K. CRAIG WILDFANG |
|  | 2800 LaSalle Plaza<br>800 LaSalle Avenue South<br>Minneapolis, MN 55402-2015<br>Telephone: 612/349-8500<br>612/339-4181 (fax) |
| Dated: September 18, 2018 | BERGER MONTAGUE PC<br>H. LADDIE MONTAGUE, JR.<br>MERRILL G. DAVIDOFF<br>MICHAEL J. KANE |
|  | <u>s/ H. Laddie Montague, Jr.</u><br>H. LADDIE MONTAGUE, JR. |
|  | 1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: 215/875-3000<br>215/875-4604 (fax) |

Attorneys for Rule 23(b)(3) Class Plaintiffs in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*