**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies to:**<br><br>***Dollar General Corp., et al. v. Visa U.S.A. Inc., et al.*, 17-cv-05988-MKB-JO** | **Case No. 05-MD-01720-MKB-JO** |

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiffs filed an action captioned *Dollar General Corp., et al. v. Visa U.S.A. Inc., et al.,* No. 1:17-cv-01971 (D.D.C.) (the "Dollar General Action");

WHEREAS, on October 13, 2017, the Judicial Panel on Multi-District Litigation transferred the Dollar General Action to this Court for pretrial proceedings in MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.), and which action is now individually referenced on this Court's docket as No. 17-cv-05988 (E.D.N.Y.);

WHEREAS, since the transfer, plaintiffs in the Dollar General Action have timely responded to discovery requests and are proceeding to produce documents as promptly as possible;

WHEREAS, on August 24, 2017, the Court ordered the deadline for completion of fact discovery in MDL 1720 to be April 30, 2018;

WHEREAS, on February 27, 2018, at the request of the parties in the Dollar General Action, the Court extended the deadline for fact discovery of plaintiffs to June 15, 2018;

WHEREAS, on February 27, 2018, at the request of the parties in the Dollar General Action, the Court extended the deadline for plaintiffs to seek from defendants written information

and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Dollar General Action to June 15, 2018;

WHEREAS, on June 8, 2018, at the request of the parties in the Dollar General Action, the Court extended the deadline for fact discovery of plaintiffs to August 17, 2018;

WHEREAS, on June 8, 2018, at the request of the parties in the Dollar General Action, the Court extended the deadline for plaintiffs to seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to the plaintiffs in the Dollar General Action to August 17, 2018;

WHEREAS, on August 14, 2018, at the request of the parties in the Dollar General Action, the Court extended the deadline for fact discovery of plaintiffs in the Dollar General Action and the deadline for the plaintiffs to seek from defendants certain written information and documents to September 21, 2018;

WHEREAS, the parties to the Dollar General Action seek additional time to (i) complete Plaintiff NATM Buying Corporation's and Expedia's responses to the written discovery previously served on them, (ii) complete the previously requested Rule 30(b)(6) depositions of NATM Buying Corporation and Expedia, and (iii) seek from defendants written information and documents from existing collections in MDL 1720 or other discrete documents that can be readily located without email searches, and which information and documents relate specifically to NATM or Expedia, without altering other case deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

(a) the deadline for fact discovery of Plaintiffs NATM Buying Corporation and Expedia in the Dollar General Action shall be extended to and including October 30, 2018;

(b) all other case deadlines shall remain unchanged; and

(c) no party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports.

Dated:  September 21, 2018                    Respectfully submitted,

**VANEK, VICKERS & MASINI, P.C.**

By:   *s/ David Germaine*
      Joseph M. Vanek
      David P. Germaine
      55 West Monroe Street, Suite 350
      Chicago, IL   60603
      (312) 224-1500
      dgermaine@vaneklaw.com

**SPERLING & SLATER, P.C.**

      Paul E. Slater
      Matthew T. Slater
      55 West Monroe Street, Suite 3200
      Chicago, IL   60603
      (212) 641-3200

**SHERRARD ROE VOIGT & HARBISON, PLC**

      Phillip F. Cramer
      150 Third Avenue South, Suite 110
      Nashville, TN   37201
      (615) 742-4200

      *Counsel for Plaintiffs in the Dollar General Action*

3

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  *s/ Gary Carney*
    Gary R. Carney
    1285 Avenue of the Americas
    New York, NY   10019
    (212) 373-3000
    gcarney@paulweiss.com

    Kenneth A. Gallo
    2001 K Street, NW
    Washington, DC   20006
    kgallo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

4

**HOLWELL SHUSTER & GOLDBERG LLP**

By:  *s/ Demian A. Ordway*
      Michael S. Shuster
      Demian A. Ordway
      Blair E. Kaminsky
      425 Lexington Avenue
      New York, NY   10017
      (646) 837-5151
      mshuster@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

      Robert C. Mason
      250 West 55th Street
      New York, NY   10019
      (212) 836-8000
      robert.mason@arnoldporter.com

      Robert J. Vizas
      Three Embarcadero Center, 10th Floor
      San Francisco, CA   94111

      Mark R. Merley
      Matthew A. Eisenstein
      601 Massachusetts Avenue, NW
      Washington, DC   20001

*Counsel for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**SO ORDERED:**

Dated:

_____       _____
Brooklyn, New York                                       United States District Judge

5