# Arnold & Porter

**Matthew A. Eisenstein**
+1 202.942.6606 Direct
Matthew.Eisenstein@arnoldporter.com

October 4, 2018

**VIA ECF**

The Honorable Margo Brodie
The Honorable James Orenstein
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      05-MD-1720 (E.D.N.Y.) (MKB) (JO)

Dear Judges Brodie and Orenstein:

Enclosed please find the following defendants' declarations of service of the notices required by the Class Action Fairness Act, 28 U.S.C. § 1715, and Paragraph 41 of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants:

- Visa Inc.; Visa U.S.A. Inc.; Visa International Service Association; Mastercard Incorporated; and Mastercard International Incorporated (**Exhibit 1**);

- Bank of America, N.A.; Bank of America Corporation; BA Merchant Services LLC (f/k/a National Processing, Inc.) (**Exhibit 2**);

- Barclays Bank Delaware and Barclays Bank plc (in its individual capacity and as successor in interest to Barclays Financial Corp.) (**Exhibit 3**);

- Capital One Bank (USA), N.A.; Capital One, N.A. (as successor to Capital One F.S.B.); and Capital One Financial Corporation (**Exhibit 4**);

- JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Chase Bank USA, N.A.; and Chase Paymentech Solutions, LLC (**Exhibit 5**);

# Arnold & Porter

October 4, 2018
Page 2

- Citigroup Inc.; Citicorp LLC (as successor in interest to Citicorp); and Citibank, N.A. (**Exhibit 6**);

- Fifth Third Bancorp (**Exhibit 7**);

- First National Bank of Omaha (**Exhibit 8**);

- HSBC Finance Corporation; HSBC Bank USA, N.A.; HSBC North American Holdings, Inc.; HSBC Holdings, plc; and HSBC Bank, plc (**Exhibit 9**);

- The PNC Financial Services Group, Inc. (successor by merger to National City Corporation) and PNC Bank, N.A. (successor by merger to National City Bank and National City Bank of Kentucky) (**Exhibit 10**);

- SunTrust Banks, Inc. and SunTrust Bank (**Exhibit 11**);

- Texas Independent Bancshares, Inc. (**Exhibit 12**); and

- Wells Fargo Bank, N.A. (on behalf of itself and as successor to Wachovia Bank, N.A.) and Wells Fargo & Company (on behalf of itself and as successor to Wachovia Corporation) (**Exhibit 13**).

Respectfully Submitted,

Matthew A. Eisenstein

Enclosures

cc: All Counsel of Record via ECF