

**MERRILL G. DAVIDOFF** /
*MANAGING SHAREHOLDER, CHAIRMAN EMERITUS*
p. 215.875.3084 | mdavidoff@bm.net

December 5, 2018

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie<br>United States District Court for the<br> Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | The Honorable Magistrate Judge James Orenstein<br>United States District Court for the<br> Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 4th quarter of 2018 in the amount of $7,500,000.00 for the Class I Cash Settlement Fund, and $1,600,000.00 for the Class II Interchange Settlement Fund. These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP, and are due on or before December 17, 2018.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ Merrill G. Davidoff* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins, Kaplan, Miller** | **Berger Montague PC** | **Robbins Geller** |
| **  & Ciresi L.L.P.** | | **Rudman & Dowd LLP** |

cc:  All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*