UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Applies to:**<br><br>*Sunoco Retail LLC, et al. v. Visa Inc., et al.*, No. 14-cv-05800 (E.D.N.Y.) (MKB) (JO)<br><br>*E-Z Mart Stores, Inc., et al. v. Visa, Inc., et al.*, No. 13-cv-05352 (E.D.N.Y.) (MKB) (JO) | No. 05-md-01720 (MKB) (JO) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, Sunoco Retail LLC (as successor in interest to Sunoco, Inc. (R&M)) and Aloha Petroleum, Ltd. filed an action captioned *Sunoco Retail LLC, et al. v. Visa Inc., et al.*, No. 14-cv-05800 (E.D.N.Y.) (MKB) (JO) (the "Sunoco Action"), which has been consolidated and coordinated for pretrial proceedings in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.) ("MDL 1720");

WHEREAS, Susser Holdings Corporation filed an action captioned *E-Z Mart Stores, Inc., et al. v. Visa, Inc., et al.*, No. 13-cv-05352 (E.D.N.Y.) (MKB) (JO) (the "E-Z Mart Action"), which has been consolidated and coordinated for pretrial proceedings in MDL 1720;

WHEREAS, Susser Holdings Corporation has become an affiliate of Sunoco Retail LLC and Aloha Petroleum, Ltd.;

WHEREAS, the plaintiffs Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation (the "Plaintiffs") have responded to certain discovery requests;

WHEREAS, on August 24, 2017, the Court ordered the deadline for completion of fact discovery in MDL 1720 to be April 30, 2018;

WHEREAS, at the request of the Plaintiffs and the defendants in the Sunoco Action and the E-Z Mart Action, the Court extended the deadline for obtaining fact discovery from Plaintiffs to June 29, September 28, November 28, 2018, and January 28, 2019; and

WHEREAS, the Plaintiffs and the defendants in the Sunoco Action and the E-Z Mart Action seek additional time to allow the defendants to complete fact discovery of the Plaintiffs, without altering other case deadlines;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The deadline for obtaining fact discovery of the Plaintiffs (Sunoco Retail LLC, Aloha Petroleum, Ltd., and Susser Holdings Corporation) shall be extended to and including March 21, 2019.

2. All other case deadlines ordered by the Court, including without limitation the deadline for completion of fact discovery of all defendants in MDL 1720, shall remain unchanged.

3. No party shall use this stipulation and extension of time as a basis to extend any other case deadline, including the deadline to file expert reports.

Dated: December 10, 2018.                         Respectfully submitted,

                                                  JACKSON WALKER LLP

                                                  By: _____
                                                  David T. Moran
                                                  Edwin Buffmire
                                                  2323 Ross Avenue, Suite 600
                                                  Dallas, TX   75201
                                                  (214) 953-6051
                                                  dmoran@jw.com
                                                  ebuffmire@jw.com

2

**PEPPER HAMILTON LLP**

A. Christopher Young
Robert L. Hickok
Jessica Spradling Russell
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA   19103
(215) 981-4000
youngac@pepperlaw.com
hickokr@pepperlaw.com
spradlingj@pepperlaw.com

*Counsel for the Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY   10019
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

3

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com

*Counsel for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
kgallo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                              United States District Judge

4