

**MERRILL G. DAVIDOFF**
*MANAGING SHAREHOLDER, CHAIRMAN EMERITUS*
p. 215.875.3084 | mdavidoff@bm.net

February 8, 2019

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge James Orenstein
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of Miller Kaplan Arase LLP's ("Miller Kaplan") funding request to pay for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter.

Attached as Exhibit A are copies of Miller Kaplan's Invoices # 84108, 503058, 510293 and 512515 for the total amount of $17,010.83 for the work associated with the tax return preparation of the Class Settlement Cash Escrow Account ("Class I QSF"). Attached as Exhibit B are copies of Miller Kaplan's Invoices # 84109, 510295 and 512516 for the total amount of $9,877.75 for the work associated with the tax return preparation of the Class Settlement Interchange Escrow Account ("Class II QSF").

The total funding request for both escrow accounts is $26,888.58.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins, Kaplan, Miller
 & Ciresi L.L.P.**

*/s/ Merrill G. Davidoff*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger & Montague, P.C.**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
 & Dowd LLP**

cc: All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**