**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Alexandra S. Bernay
XanB@rgrdlaw.com

March 12, 2019

<u>VIA ECF</u>

Magistrate Judge James Orenstein
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720-(MKB)(JO)

Dear Magistrate Judge Orenstein:

Rule 23(b)(3) Class Counsel and First Data respectfully submit this update regarding First Data's data production responsive to a subpoena issued in order to effectuate notice of the settlement to the class.  *See* Text Order dated March 11, 2019.

On Friday, March 8, 2019 at 1:29 p.m. Pacific, First Data's counsel informed Class Counsel that new files, containing about 7 million records with unencrypted TINs were available for secure download.  Epiq immediately downloaded the ten files replacing the prior Omaha productions. The files have passed the initial validation.  There are no encrypted TINs in the files and the count of TINs matches Epiq's expectations.  The TINs are now being processed through the data selection algorithm.  Epiq indicates that they may have some questions later this week as they incorporate this data into the notice population.

Last Tuesday, Epiq also received 16 BIN files.  As to these BIN files, Epiq has completed initial validation testing and the files have passed the initial validation.  Based on current observations, the VISA_BIN column is populated with non-0 values, a good sign.

**Robbins Geller Rudman & Dowd LLP**

Magistrate Judge James Orenstein
United States District Court
   for the Eastern District of New York
March 12, 2019
Page 2

  First Data has now complied with the August 2018 subpoena and no disputes remain.  We thank the Court for its assistance in this matter.

  Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

ASB:mmh

1541668_1