# HILLIARD | SHADOWEN LLP
ECONOMIC JUSTICE | CIVIL RIGHTS



March 18, 2019

**BY: File&ServeExpress**

Boris Bershteyn
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

**Steve D. Shadowen**
O. (512) 344-3298
C. (717) 903-1177
steve@hilliardshadowenlaw.com

Hilliard & Shadowen LLP
1135 W. 6th St. Ste. 125
Austin, TX 78703
www.hilliardshadowenlaw.com

   Re: *Barry's Cut Rate Stores Inc., et al. v. Visa, Inc., et al.*, 05-md-01720-MKB-JO (E.D.N.Y)

Dear Boris:

  On behalf of the equitable relief plaintiffs, enclosed please find the plaintiffs' reply Memorandum in Opposition to the Banks' Motion to Dismiss and supporting exhibits. In accordance with Judge Brodie's Individual Practices, we will not file the enclosed documents with the Court until the motion is fully briefed.

              Very truly yours,

              */s/ Steve Shadowen*

              Steve Shadowen

Enclosures:

Cc: Hon. Margo K. Brodie (by ECF, without enclosures)
   Hon. James Orenstein (by ECF, without enclosures)
   All counsel (by ECF, without enclosures)