**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-md-01720 (MKB) (JO) |

**This Document Applies to:**

*Luby's Fuddruckers Restaurants, LLC v. Visa Inc., et al.*, No. 17-cv-04555 (E.D.N.Y.) (MKB) (JO).

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff commenced an action captioned *Luby's Fuddruckers Restaurants, LLC v. Visa Inc., et al.*, No. 2017-11213 (Tex.), which was removed to federal court and which the Judicial Panel on Multi-District Litigation transferred to this Court for pretrial proceedings in MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.), and which action is now individually referenced on this Court's docket as No. 17-cv-04555 (E.D.N.Y.) (the "Luby's Action");

WHEREAS, plaintiff filed a motion for remand that Judge Orenstein denied in a report and recommendation, which Judge Brodie affirmed in a memorandum and order filed on September 18, 2018;

WHEREAS, plaintiff and defendants in the Luby's Action have been propounding discovery requests and producing documents and data to each other; and

WHEREAS, plaintiff and defendants in the Luby's Action wish to stay the Luby's Action, subject to the production of certain discovery, so that the parties may avoid potentially unnecessary discovery and other obligations.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that in the Luby's Action:

1.      Plaintiff shall produce to defendants by April 19, 2019, or within such time as the parties in the Luby's Action may otherwise agree, and to the extent not already produced:  (a) all contracts or agreements relating to plaintiff's acceptance or processing of payment card transactions; (b) the assignments of claims to plaintiff referenced in plaintiff's second amended complaint; (c) reasonably available documents sufficient to show for each year from 2004 to 2018 the net sales and interchange (or merchant discount) attributable to Visa- and Mastercard-branded card transactions at the store locations that plaintiff has identified; and (d) electronically stored information for agreed-upon custodian(s) and search terms.

2.      The Visa defendants shall produce to plaintiff by April 10, 2019, or within such time as plaintiff and the Visa defendants may otherwise agree, the Visa defendants' reasonably available annual net sales and interchange data for each year from 2004 to 2018 attributable to transactions at the store locations that plaintiff has identified.

3.      The Mastercard defendants shall produce to plaintiff by April 10, 2019, or within such time as plaintiff and the Mastercard defendants may otherwise agree, the Mastercard defendants' reasonably available annual net sales and interchange data for each year from 2004 to 2018 attributable to transactions at the store locations that plaintiff has identified.

4.      Except as provided in paragraphs 1-3 above, all discovery and other proceedings in the Luby's Action shall be stayed until and including August 30, 2019.

5.      The foregoing stay shall be without prejudice to the right of any party to the Luby's Action (a) to lift the stay upon providing notice to the Court and the parties to the Luby's

Action, in which case the stay shall be lifted five business days thereafter, and (b) to seek to maintain the stay if another party lifts the stay.

6.       Plaintiff shall not (a) seek any additional discovery from any defendant in MDL 1720 or any current or former employee of any defendant in MDL 1720 (except through contention interrogatories or requests for admission as provided in paragraph 7b below), or (b) seek to re-depose the expert of any defendant in MDL 1720 who is deposed prior to the lifting of the stay (except as provided in paragraph 7c below).

7.       In the event that the foregoing stay is lifted:

a.       Plaintiff shall produce promptly and to the extent not previously produced: (i) written responses and objections to all document requests, interrogatories, and requests for admission, (ii) organizational charts or other documents sufficient to show plaintiff's organizational structure in relevant areas, (iii) documents and information responsive to reasonable discovery requests (consistent with agreed-upon custodian lists and search terms), and (iv) employees or former employees within the plaintiff's control for any deposition that a defendant may reasonably request.

b.       Plaintiff and defendants may serve contention interrogatories and requests for admission on each other, and shall respond thereto, on the same terms and schedule to which defendants have agreed with other plaintiffs in MDL 1720, or, in the event the stay is lifted after that time, on an alternative schedule as agreed by the parties to the Luby's Action or permitted by the Court.

c.       Defendants reserve the right to supplement their expert reports with any discovery produced by plaintiff, including as to damages, in which case the plaintiff in the

Luby's Action may, if reasonably necessary, depose those experts in the Luby's Action as to the supplements to their expert reports only.

        8.      All other deadlines ordered by the Court in MDL 1720 shall remain unchanged, and no party shall use this stipulation and order as a basis to extend any other deadline in MDL 1720.

Dated:  March 27, 2019.

                                          Respectfully submitted,

                                          **BURDINE WYNNE LLP**

                                          By:  /s/ David E. Wynne_____ _____
                                              David E. Wynne
                                              Scott G. Burdine
                                              Kenneth R. Wynne
                                            1415 Louisiana Street, Suite 3900
                                            Wedge International Tower
                                            Houston, Texas 77002
                                            (713) 227-8835
                                            dwynne@burdinewynne.com
                                            sburdine@burdinewynne.com
                                            kwynne@burdinewynne.com

                                            *Attorneys for Plaintiff*

                                          **ARNOLD & PORTER KAYE SCHOLER LLP**

                                          By:  /s/ Robert C. Mason_____
                                              Robert C. Mason
                                            250 West 55th Street
                                            New York, NY   10019-9710
                                            (212) 836-8000
                                            robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa
International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By:  /s/ Gary R. Carney_____
     Gary R. Carney
     1285 Avenue of the Americas
     New York, NY   10019-6064
     (212) 373-3000
     gcarney@paulweiss.com

Kenneth A. Gallo
Donna Iofreddo
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com
diofreddo@paulweiss.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**MORRISON & FOERSTER LLP**

By: /s/ Mark P. Ladner_____
    Mark P. Ladner
    Michael B. Miller
    250 West 55th Street
    New York, NY   10019-9601
    (212) 468-8000
    mladner@mofo.com
    mbmiller@mofo.com

*Attorneys for Defendants BA Merchant Services LLC and Bank of America Corporation*

**SHEARMAN & STERLING LLP**

By: /s/ Richard F. Schwed_____
    Richard F. Schwed
    599 Lexington Avenue
    New York, NY   10022-6069
    (212) 848-4000
    rschwed@shearman.com

*Attorneys for Defendant Barclays Bank of Delaware*

**O'MELVENY & MYERS LLP**


By: /s/ Andrew J. Frackman
     Andrew J. Frackman
     Abby F. Rudzin
     7 Times Square
     New York, NY   10036
     (212) 326-2000
     afrackman@omm.com
     arudzin@omm.com

*Attorneys for Defendants Capital One N.A.,
Capital One Bank (USA), N.A., and Capital
One Financial Corporation*


**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**


By: /s/ Boris Bershteyn
     Boris Bershteyn
     Kamali P. Willett
     4 Times Square
     New York, NY   10036
     (212) 735-3000
     boris.bershteyn@skadden.com
     kamali.willett@skadden.com

*Attorneys for Defendants Chase Bank USA,
N.A., JPMorgan Chase Bank, N.A., and
JPMorgan Chase & Co.*


**SIDLEY AUSTIN LLP**


By: /s/ Benjamin R. Nagin
     Benjamin R. Nagin
     Thomas A. Paskowitz
     787 7th Avenue
     New York, NY   10019
     (212) 839-5300
     bnagin@sidley.com
     tpaskowitz@sidley.com

David F. Graham
One South Dearborn
Chicago, IL   60603
(312) 853-7000
dgraham@sidley.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

**KEATING MUETHING & KLEKAMP PLL**


By:  /s/ Richard L. Creighton
     Richard L. Creighton
     Drew M. Hicks
     One East Fourth Street, Suite 1400
     Cincinnati, Ohio   45202
     (513) 579-6400
     rcreighton@kmklaw.com
     dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

**KUTAK ROCK LLP**


By:  /s/ John P. Passarelli
     John P. Passarelli
     James M. Sulentic
     The Omaha Building
     1650 Farnham Street
     Omaha, Nebraska   68102
     (402) 346-6000
     john.passarelli@kutakrock.com
     james.sulenteic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ David S. Lesser
    David S. Lesser
    7 World Trade Center
    250 Greenwich Street
    New York, NY   10007
    (212) 230-8851
    david.lesser@wilmerhale.com

    Perry A. Lange
    1875 Pennsylvania Avenue, NW
    Washington, DC   20006
    (202) 633-6493
    perry.lange@wilmerhale.com

*Attorneys for Defendants HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**REED SMITH LLP**

By: /s/ Michelle A. Mantine
    Michelle A. Mantine
    Reed Smith Centre
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA   15222
    (412) 288-4268
    mmantine@reedsmith.com

*Attorneys for Defendant PNC Financial Services Group, Inc.*

**ALSTON & BIRD LLP**

By: /s/ Teresa T. Bonder
    Teresa T. Bonder
    Valarie C. Williams
    Kara F. Kennedy
    1201 W. Peachtree Street, NW
    Atlanta, GA   30309
    (404) 881-7000
    teresa.bonder@alston.com
    valarie.williams@alston.com
    kara.kennedy@alston.com

*Attorneys for Defendants SunTrust Banks, Inc. and SunTrust Bank*

**PULLMAN & COMLEY, LLC**

By: /s/ Jonathan B. Orleans
    Jonathan B. Orleans
    Adam S. Mocciolo
    850 Main Street
    Bridgeport, CT   06601
    (203) 330-2000
    jborleans@pullcom.com
    amocciolo@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

10

**PATTERSON BELKNAP WEBB & TYLER LLP**


By:  /s/ Robert P. LoBue_____
      Robert P. LoBue
      William F. Cavanaugh
      1133 Avenue of the Americas
      New York, NY   10036
      (212) 336-2000
      rplobue@pbwt.com
      wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Merchant Services, LLC*


**SO ORDERED:**

Dated:


_____
Brooklyn, New York

_____
United States District Judge