pg 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 09 2019 ★
BROOKLYN OFFICE

April 4, 2019

To: United States District Court
For The Eastern District of New York

In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
No. 05-MD-01720 (MKB)(JO)

Statement of Objections:
I am a member of the Rule 23(b)(3) Settlement Class in the case called In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

I am a Class member because:
Oliver's Auto & Truck Repair, INC.
3089 Broadway - Macon, Ga. 31206
I have accepted Visa & Mastercard since we have been in business for 33 years.

I Object to class Counsel's request for attorney's fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My Reasons for Objecting are: As a small business owner being overcharged for fees with Interchange

pg 2

- The laws and evidence that support each of my objections are: Rule 23 (b)(3) Settlement Class.

My personal information is:
Susan Taylor Oliver
856 Lite-n-Tie Rd. - Macon, Ga. 31211
478-784-1142

Submitted April 4, 2019
by:
Mrs. Susan T. Oliver

308 A Broadway
Macon, Ga. 31206

United States District Court of the Eastern
Clerk of Court
225 Cadman Plaza
Brooklyn, N.Y. 11201
District of New York

MACON GA 310
3 APR 2019 PM