Designated Rule 23(b)(3) Class Counsel:

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Designated Defendants' Counsel:

Matthew A. Eisenstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 09 2019 ★

BROOKLYN OFFICE

The Clerk of Court, the attorneys for the class and defendants must receive your letter by **July 23, 2019**.

**What should my Statement of Objections say?**

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | No. 05-MD-01720 (MKB) (JO) |

Statement of Objections

I am a member of the Rule 23(b)(3) Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.*

★ I am a Class member because [*List information that will prove you are a class member, such as your business name and address, and how long you have accepted Visa or Mastercard cards*].

I object to class counsel's request for attorneys' fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My reasons for objecting are:

The laws and evidence that support each of my objections are:

My personal information is:

  o Name (first, middle, last):
  o Address:
  o Phone No.:

The contact information for my lawyer (if any) is:

**Can I call the Court or the Judge's office about my objections?**

No. If you have questions, you may visit the website for the settlement, www.PaymentCardSettlement.com, or call the Class Administrator at 1-800-625-6440.

★ I Am Richard D. Stackert, D.D.S. at 506 Evans Ave, Valparaiso, 46383
I have accepted Visa, Mastercard since 2006.

*R.D. Stackert D.D.S.*

**QUESTIONS? CALL 1-800-625-6440 OR VISIT www.PaymentCardSettlement.com**
15

**Richard D. Stackert, D.D.S.**
506 E. Evans Ave.
Valparaiso, Indiana 46383-3635
(219) 548-3706
Fax (219) 548-3714

Clerk

United States Court for Eastern New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

11201318132 C030