62871043
Jan 16 2019
05:30PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document relates to: *Barry's Cut Rate Stores Inc., et al. v. Visa, Inc., et al*. | Case No. 1:05-MD-1720-MKB-JO<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF BANK DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Bank Defendants' Motion to Dismiss and Declaration of Kamali P. Willett and exhibits annexed thereto, the undersigned bank defendants will move this Court, before the Hon. Margo K. Brodie, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Equitable Relief Class Action Complaint as to the bank defendants with prejudice.

**PLEASE TAKE FURTHER NOTICE** that bank defendants request oral argument on this motion.

Dated: January 16, 2019                    Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ *Boris Bershteyn*
    Boris Bershteyn
    Kamali P. Willett
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 10036
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ *Robert P. LoBue*
    Robert P. LoBue
    William F. Cavanaugh
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, NY 10036
    (212) 336-2000
    rplobue@pbwt.com
    wfcavanaugh@pbwt.com

*Attorneys for Wells Fargo & Co.*

**O'MELVENY & MYERS LLP**

By: */s/ Abby F. Rudzin*
    Andrew J. Frackman
    Abby F. Rudzin
    O'Melveny & Myers LLP
    Times Square Tower
    7 Times Square
    New York, NY 10036
    (212) 326-2000
    afrackman@omm.com
    arudzin@omm.com

*Attorneys for Capital One Bank, (USA), N.A. and Capital One Financial Corporation*

**MORRISON & FOERSTER LLP**

By: /s/ *Mark P. Ladner*
    Mark P. Ladner
    Michael B. Miller
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104
    (212) 468-8000
    mladner@mofo.com
    mbmiller@mofo.com

*Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC, and Bank of America Corporation*

**SIDLEY AUSTIN LLP**

By: /s/ *David F. Graham*
    David F. Graham
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, IL 60603
    (312) 853-7000
    dgraham@sidley.com

    Benjamin R. Nagin
    787 Seventh Avenue
    New York, NY 10019
    (212) 839-5300
    bnagin@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citibank (South Dakota), N.A., and Citicorp*

**SHEARMAN & STERLING**

By: */s/ Richard F. Schwed*
    Richard F. Schwed
    Grace J. Lee
    Shearman & Sterling
    599 Lexington Avenue
    New York, NY 10022
    (212) 848-4000
    rschwed@shearman.com
    grace.lee@shearman.com

*Attorneys for Barclays Bank plc, Barclays Bank Delaware, and Barclays Financial Corp.*