F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 22 2019   ★

BROOKLYN OFFICE

# BRADBERRY AUTO GLASS & TRIM

April 16. 2019

United States District Court for the Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

Re: Payment Card Interchange Fee and
      Merchant Discount Antitrust Litigation
      No. 05-MD-01720 (MKB) (JO)

Statement of Objections

I am a member of the Rule 23(b)(3) Settlement Class in the case called *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.*

I am a Class member because Bradberry Auto Glass & Trim 1216 Decatur Highway Gardendale, AL 35071 has accepted Visa and MasterCard's for the past 18 years.

I object to class Counsel's request for attorney's fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My reasons for objecting are the unfairness of the fees charged. The laws and evidence that support each of my objections are Designated Rule 23(b)(3).

My personal information is: Ricky E. Bradberry P. O. Box 116 Gardendale, AL 35071

BRADBERRY AUTO GLASS AND TRIM

Ricky E. Bradberry. Owner

1216 Decatur Highway Gardendale, AL 35071

205-631-3787 Phone – 205-631-0228 Fax

bradberryenterprises@hotmail.com |  Web site –
bradberryent.com