# career
# design associates, inc.

Helen Harkness, Ph.D.

2818 S. Country Club Rd., Garland, TX 75043-1227 • 972-278-4701 • options@career-design.com • www.career-design.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE    April 22, 2019
U.S. DISTRICT COURT E.D.N.Y.

★   APR 25 2019   ★

BROOKLYN OFFICE

In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation

No. 05-MD-01720 (MKB) (JO)

Statement of Objections

I am member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

I am a Class member because my business, Career Design Associates, Inc. has accepted these cards for client payment and business use since approximately 1978.

I do object to class counsel's request for attorneys' fees and expenses and or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

If additional information is needed, contact me at the above address of phone.

My business contact information is:
**Career Design Associates, Inc.**
2818 S. Country Club Road
Garland, Texas 75043
972-278-4701
options@career-design.com

My personal information is:
**Helen Leslie Harkness, PhD**
2818 S. Country Club Road
Garland, Texas 75043
972-278-4701

Sincerely,

*Helen Harkness*

Helen Harkness, PhD

*Freedom is Knowing Your Options*