FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. 4-22-19
★ APR 25 2019 ★
BROOKLYN OFFICE

I am a member of the Rule (23(B)(3) Settlement class in the case called in re payment card interchange fee and Merchant Discount Anti-trust litigation.

Class Member because Been in Business for 30 plus years with cards enclosed is my Business Card —

I object to Class Councils Request for attys fees and expenses and/or to the request for Service awards to the Rule 23(B)(3) class plaintiffs

My Reasons for objecting are —
    I am not responsible for fees

Laws for rejection are per letter I received = for my Credit Cards —

Thomas Gadbois
130 Old Webster Road        508-987-7251
Oxford, Mass. 01540
                    signed  Thomas Gadbois   4-22-19