```
                                          FILED
                                    IN CLERK'S OFFICE
                                U.S. DISTRICT COURT E.D.N.Y.

May 4, 2019                     ★   MAY 09 2019   ★

From: SHARBANI DASGUPTA              BROOKLYN OFFICE
```

C/O ALANKAR FASHIONS INC.
17 PRESTONWOOD LANE
EAST AMHERST, N.Y 14051-1648

TO: United States District Court for the Eastern District of New York Clerk of Court
    225 Cadman Plaza
    Brooklyn, New York 11201

RE: Statement of Objections
In re Payment Card interchange Fee and Merchnt Discount Antitrust Litigation No.05-MD-01720 (MKB) (JO)

I am a member of the Rule 23(b)(3) in Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.*
I am a class member because my N.Y State registered business (Certificate of Authority at New York State I.D # 99174221 expired on December 31st 2007) ALANKAR FASHIONS INC. WITH business address as P.O.Box 651, Buffalo, N.Y 14231 and having my home address as Alankar Fashions Inc., 17 prestonwood lane, East Amhesrt, N.Y 14051-1648. My business was closed in October 30th 2007 and accepted Visa / Master Card till October 2007.

*I object to class counsel's request for attorneys' fees and expenses and / or to the request for services awards to the the Rule 23(b)(3) Class Plaintiffs.*

*The reasons for objecting is: I am a victim since the day the business was opened in a building in Rainbow Blvd, Niagara Falls, N.Y (June 2004).*

*My personal Information is:*
SHARBANI DASGUPTA
17PRESTONWOOD LANE
EAST AMHERST, N.Y 14051-1648

Yours faithfully
*Sharbani Dasgupta*

Copy to:(1) Designated Rule 23(b)(3) Class Council:   (2) Designated Rule 23(b)(3) Class Council:
          Alexandra S. Bernay                              Mathew A. Eisenstein
        Robbins Geller Rudman &Dowd LLP              Arnold & Porter Kaye Scholer LLP
          655 WestBrodway, Suite 1900                     601 Massachusetts Ave,NW
            San Diego, CA 92101                          Washington, DC 20001-3743