FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2019 ★
BROOKLYN OFFICE

May - 15 - 2019

Hello...

I am a member of the Rule 23(b)3 settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation...

Thank

Bar Restravrant El Barril
Antonio Suarez Cora
HC1 Box 3044
Arroyo P.R.
00714

No - 05-MD-01720 (MKB) JO