FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2019 ★
BROOKLYN OFFICE

May 15-2019

Hello..

I am a member of the Rule 23(b)3 settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation ...

Thank

America Rivera
1101 Hutton St
Troy NY 12180
939 732 2331

No. 05-MD-01720 (MKB) JO

America Rivera
110 Hutton St
Troy NY
12180

United State District Court
For the Eastern District
225 Cadman Plaza
Brooklyn NY