FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2019 ★

BROOKLYN OFFICE

May -15-2019

Hello....

I am a member of the Rule 23(b)3 settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount... Antitrust Litigation....

Thank

Jesus Lind
1101 Hutton St
Troy NY 12180

564 Jacob St
Troy NY 12180

~~Tel$~~ 787-341-9348

NO. 05-MD-01720 (MKB) JO