United States District Court for the Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 28 2019 ★
BROOKLYN OFFICE

You must also send a copy of your Statement of Objections to Rule 23(b)(3) Class Counsel and Counsel for the Defendants at the following addresses:

**QUESTIONS? CALL 1-800-625-6440 OR VISIT www.PaymentCardSettlement.com**

14

The Clerk of Court, the attorneys for the class and defendants must receive your letter by **July 23, 2019**.

**What should my Statement of Objections say?**

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | : No. 05-MD-01720 (MKB) (JO) : : |

Statement of Objections

I am a member of the Rule 23(b)(3) Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*.

I am a Class member because [*List information that will prove you are a class member, such as your business name and address, and how long you have accepted Visa or Mastercard cards*].

I object to class counsel's request for attorneys' fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My reasons for objecting are:

The laws and evidence that support each of my objections are:

My personal information is: **D&D MACHINE**
- Name (first, middle, last): **DAVID Scott Butler**
- Address: **6612 S.E. JENNE RD Port OR 97236**
- Phone No.: **(503) 753-5033**

The contact information for my lawyer (if any) is:

**Can I call the Court or the Judge's office about my objections?**

No. If you have questions, you may visit the website for the settlement, www.PaymentCardSettlement.com, or call the Class Administrator at 1-800-625-6440.

**WE HAVE ACCEPTED VISA SINCE 2014 to NOW**

*[signature]* 4/11/19

**QUESTIONS? CALL 1-800-625-6440 OR VISIT www.PaymentCardSettlement.com**

15

DED MACHINE
6012 S.E. JENNE RD
Port OR
97236

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
CLERK OF county court
225 CADMAN PLAZA
BROOKLYN, NEW YORK