United States District Court for the Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

In re Payment Card Interchange Fee and     No. 05-MD-01720 (MKB) (JO)
Merchant Discount Antitrust Litigation

cc:

Designated Rule 23(b)(3) Class Counsel:
Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

cc:

Designated Defendants' Counsel:
Matthew A. Eisenstein
Arnmold & Porter Kaye Scholer LLP
601 MASSACHUSETTS AVE.,NW
Washington, DC 20001-3743

I am a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

I am a Class member because I was the owner of PORT PETROLEUM INC. 22414 WARMSIDE AVE. TORRANCE CA. 90505-2048 We accepted Visa and Mastercard cards from July 1994 through June 19 2013.

Re: Statement of Objections to Rule 23(b) (3) Class Counsel and Counsel for the Defendants' Counsel:

I object to class counsel's request for attorneys' fees and expenses and /or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My reasons for objecting is that the following list of compensation is excessive. The list includes:

1.) 10% of settlement funds.

2.) Charges for additional work to administer the settlement, distribute the settlement fund and through any appeals at their normal hourly rate.

3.) Expenses of administrative costs of settlements not to exceed 40 million.

4.) Out of pocket expenses and service award for each lawyer not to exceed $250,000.

We suggest that the lawyer compensation be based on a flat percentage of the final settlement amount determined by the court.

Average contingency fees charged by lawyers in C.A. and N. Y. Is 33.33%. We suggest that this amount (33.33%) would be a fair total compensation for lawyers' particapation in this class action suit.

My personal information is:

> Douglas Gordon Wallace
> 22414 Warmside Ave.
> Torrance, CA 90505
> 1 310 540-7739