UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document refers to:<br>    All Actions | MDL No. 1720<br>Case No. 1:05-md-1720-MKB-JO |

**RULE 23(b)(3) CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 7, 2019 at 10:00 a.m., in the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York 11201, Rule 23(b)(3) Class Plaintiffs ScanMyPhotos.com (also referred to as 30 Minute Photos Etc. Corporation in the Third Consolidated Amended Class Action Complaint); Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corporation (also known as Parkway Corp.); and Payless Inc. (and on behalf of Payless ShoeSource, Inc.), pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, will and hereby do move the Court for an Order granting final approval of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants attached as Exhibit 1 to the Notice of Rule 23(b)(3) Class Plaintiffs' Motion and Motion for Class Settlement Preliminary Approval, dated September 18, 2018 (ECF No. 7257).

The grounds for this motion are set forth in and based on Rule 23(b)(3) Class Plaintiffs' accompanying Memorandum and the supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

WHEREFORE, Rule 23(b)(3) Class Plaintiffs respectfully request the Court enter the attached Order granting Rule 23(b)(3) Class Plaintiffs final approval of the Superseding and Amended Definitive Class Settlement Agreement.

June 7, 2019                     Respectfully submitted,

                                 ROBINS KAPLAN LLP
                                 K. Craig Wildfang
                                 Thomas J. Undlin
                                 Ryan W. Marth

                                   *s/ K. Craig Wildfang*

2

|  |  |
|---|---|
|  | K. CRAIG WILDFANG |
|  | 2800 LaSalle Plaza<br>800 LaSalle Avenue South<br>Minneapolis, MN  55402-2015<br>Telephone:  612/349-8500<br>612/339-4181 (fax) |
| June 7, 2019 | ROBBINS GELLER RUDMAN<br> & DOWD LLP<br>Patrick J. Coughlin<br>Alexandra S. Bernay<br>Carmen A. Medici |
|  | <u> s/ Alexandra S. Bernay</u><br>ALEXANDRA S. BERNAY |
|  | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>612/339-4181 (fax) |
| June 7, 2019 | BERGER MONTAGUE PC<br>H. Laddie Montague, Jr.<br>Merrill G. Davidoff<br>Michael J. Kane |
|  | <u> s/ H. Laddie Montague, Jr.</u><br>H. LADDIE MONTAGUE, JR.<br>1818 Market Street, Suite 3600<br>Philadelphia, PA  19103<br>Telephone:  215/875-3000<br>215/875-4604 (fax) |
|  | **Co-Lead Counsel for Rule 23(b)(3) Class Plaintiffs** |

89815726.1