UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 1720<br><br>MASTER FILE NO. 1:05-md-1720-MKB-JO |

**RULE 23(b)(3) CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

 PLEASE TAKE NOTICE that on November 7, 2019, at 10:00 am, at the United States District Court of New York, 225 Cadman Plaza, Brooklyn, New York, or as soon thereafter as counsel may be heard before the Honorable Margo K. Brodie, United States District Judge, Rule 23(b)(3) Class Plaintiffs will and hereby move for orders and judgments: (1) awarding Rule 23(b)(3) Class Counsel attorneys' fees of 9.56% of the settlement fund deposited in the Net Cash Settlement Escrow Account and Net Interchange Settlement Escrow Account; and (2) awarding $38,263,023.85 to reimburse Rule 23(b)(3) Class Counsel for expenses incurred through January 31, 2019.

 Rule 23(b)(3) Class Plaintiffs' motion is based on the Memorandum in Support of Rule 23(b)(3) Class Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses, Declaration of Thomas J. Undlin in Support of Class Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, Declaration of H. Laddie Montague, Jr. on Behalf of Berger Montague PC, Declaration of Alexandra S. Bernay in Support of Rule 23(b)(3) Class Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses the Second Declaration of Professor Charles Silver Concerning the Reasonableness of Class Counsel's

Request for an Award of Attorneys' Fees, the Declarations of K. Craig Wildfang, the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and Defendants, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Rule 23(b)(3) Class Plaintiffs' motion or at the hearing Class Plaintiffs' motion.

Dated: June 7, 2019  BERGER MONTAGUE PC

By: s/ H. Laddie Montague, Jr.
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 Fax

ROBINS KAPLAN LLP

By: s/ K. Craig Wildfang
K. Craig Wildfang
Thomas J. Undlin
Ryan J. Marth
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
(612) 339-4181 Fax

ROBBINS GELLER RUDMAN & DOWD LLP

By: s/ Alexandra S. Bernay
Patrick J. Coughlin
Alexandra S. Bernay
Carmen Medici
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
(619) 231-7423 Fax

*Attorneys for Rule 23(b)(3) Class Plaintiffs in In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*