UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | : <br> : <br> : MDL Docket No. 1720<br> : <br> : MASTER FILE NO.<br> : 1:05-md-1720-MKB-JO<br> : <br> : <br> : <br> : |

**FINAL JUDGMENT AWARDING ATTORNEYS' FEES**

This Court, having considered Rule 23(b)(3) Class Plaintiffs' Motion for Award of Attorneys' Fees and Expenses, having held a fairness hearing on November 7, 2019, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows:

1. The Court awards to Rule 23(b)(3) Class Plaintiffs' counsel reasonable and appropriate attorneys' fees in the amount of $_____, which is 9.56% of the settlement fund.

2. Rule 23(b)(3) Class Counsel shall allocate the attorneys' fee award among all Rule 23(b)(3) Class Plaintiffs' counsel based on its reasonable assessment of the relative contributions of such counsel to the prosecution of the case on behalf of the Rule 23(b)(3) class.

3. Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

4. Finding that there is no just reason for delay, this Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to enter this Order on the docket.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE MARGO K. BRODIE
                                    UNITED STATES DISTRICT JUDGE