# EXHIBIT 12

# NOTICE OF OPT OUTS

UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | : No. 05-MD-01720 (JG)(JO) : : |

## I. PRELIMINARY STATEMENT REGARDING OPT-OUTS

The Notice of Settlement the class received regarding the Definitive Settlement Agreement ("Settlement Agreement") was confusing regarding the substantive rights of absent class members and whether these substantive rights would be impaired by the binding effect of a judgment entered in this case. As stated in the Class Notice and Settlement Agreement, businesses would release future claims because of the form of the release contained in the Settlement Agreement and notice plan. In particular, but not limited to: *Settlement Classes*, paragraphs 33, subparts g-h, and 68, subparts g-h of the Settlement Agreement waive future claims as published in the Notice of Settlement to the class.

All the businesses opting out by way of this notice of opt-out feel compelled to do so in an attempt to preserve future claims against Defendants involving Defendants' Rules. Both of the settlement classes described in the Notice of Settlement waive these future claims, but it is presently unclear whether this Court will approve that waiver. These potential Class Members do not believe a waiver of future claims is valid under either Rule 23(b)(2) or 23(b)(3). The businesses identified in this Notice are opting out in case the Court allows the waiver to remain a part of the Rule 23(b)(3) settlement. If the Court determines that the waiver of future claims made under Rule 23(b)(2) is invalid, these businesses would still sacrifice the right to bring future claims against Defendants by not opting out of the Rule 23(b)(3) class.

Given the uncertainty surrounding this settlement, the unclear and confusing class notice, and with no way of knowing what this Court will ultimately approve, these businesses feel forced to opt-out of the Rule 23(b)(3) class at this time to preserve their substantive rights and not be bound by a judgment entered in this case. However, depending upon the settlement structure ultimately sanctioned by this Court, the analysis surrounding the opt-out decision could change dramatically. If, for instance, the Court allows the waiver of future claims to remain a part of both the 23(b)(2) and 23(b)(3) releases – such that opting out of the Rule 23(b)(3) class will not, in any event, allow these businesses to seek future redress from Defendants under their Rules – these businesses may very well determine that it makes no sense to opt out of the Rule 23(b)(3) class. The same conclusion might follow should the Court *disallow* the relinquishment of future claims for both classes. In light of this confusing scenario, these businesses respectfully request that new notice be delivered to the class, with a new opportunity to opt-out or reverse an earlier decision to opt out, after the Court definitively passes upon the terms of the settlement and its binding effect on absent class members for both the 23(b)(2) and (b)(3) Settlement Classes as to future claims. Thus, in sum, the following businesses conditionally opt-out.

To repeat, the businesses identified in this notice are now opting out because they feel constrained to do so as the only possible way they might somehow rescue their ability to bring future claims against the Defendants.

## II. **OPT-OUTS**

I, Thomas P. Thrash, Phillip Duncan and Jay Breakstone, attorneys for the following merchants, want to exclude them from the Cash Settlement Class of the settlement in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*:

- Landers McLarty Bentonville, LLC d/b/a Landers McLarty Ford Dodge Chrysler Jeep – Bentonville, Arkansas

    Taxpayer ID Number: XXXX
    Business Location: 2609 South Walton Road
    Bentonville, Arkansas 72712

- Landers McLarty Bentonville Nissan, LLC d/b/a Landers McLarty Nissan, LLC – Bentonville, Arkansas

    Taxpayer ID Number: XXXX
    Business Location: 2501 SE Moberly Lane
    Bentonville, Arkansas 72712

- Bessemer AL Automotive, LLC d/b/a Landers McLarty Dodge Chrysler Jeep – Bessemer, Alabama

    Taxpayer ID Number: XXXX
    Business Location: 5080 Academy Lane
    Bessemer, Alabama 35022

- Shreveport Dodge, LLC d/b/a Landers Dodge– Bossier City, Louisiana

    Taxpayer ID Number: XXXX
    Business Location: 2701 Benton Road
    Bossier City, Louisiana 71111

- RML Branson MO, LLC d/b/a Tri Lakes Motors – Branson, Missouri

    Taxpayer ID Number: XXXX
    Business Location: 180 State Highway F & 65
    Branson, Missouri 65616

- RML Burleson TX, LLC d/b/a Burleson Nissan – Burleson, Texas

    Taxpayer ID Number: XXXX
    Business Location:   300 North Burleson Boulevard
                         Burleson, Texas 76028

- RML Bel Air, LLC d/b/a Bel Air Honda – Falston, Maryland

    Taxpayer ID Number: XXXX
    Business Location:   1800 Bel Air Road
                         Fallston, Maryland 21047

- Landers McLarty Fayetteville TN, LLC d/b/a Landers McLarty Toyota– Fayetteville, Tennessee

    Taxpayer ID Number: XXXX
    Business Location:   2970 Huntsville Highway
                         Fayetteville, Tennessee 37334

- RML Ft. Worth TX, LLC d/b/a Nissan Ft. Worth – Fort Worth, Texas

    Taxpayer ID Number: XXXX
    Business Location:   3451 W. Loop 820 South
                         Fort Worth, Texas 76116

- RML Huntsville Chevrolet, LLC d/b/a Landers McLarty Chevrolet – Huntsville, Alabama

    Taxpayer ID Number: XXXX
    Business Location:   4930 University Drive
                         Huntsville, Alabama 35816

- RML Huntsville AL, LLC d/b/a Landers McLarty Dodge Chrysler Jeep – Huntsville, Alabama

    Taxpayer ID Number: XXXX
    Business Location:   6533 University Drive, NW
                         Huntsville, Alabama 35806

- RML Huntsville AL Automotive, LLC d/b/a Mercedes Benz of Huntsville – Huntsville, Alabama

    Taxpayer ID Number: XXXX
    Business Location:   6520 University Drive, NW
                         Huntsville, Alabama 35806

- RML Huntsville Nissan, LLC d/b/a Landers McLarty Nissan– Huntsville, Alabama

     Taxpayer ID Number: XXXX
     Business Location: 6520 University Drive, NW
                        Huntsville, Alabama 35806

- RML Huntsville, AL, LLC d/b/a Landers McLarty Subaru – Huntsville, Alabama

     Taxpayer ID Number: XXXX
     Business Location: 5790 University Drive
                        Huntsville, Alabama 35806

- Landers McLarty Lee's Summit MO, LLC d/b/a Lee's Summit Chrysler Jeep Dodge – Lee's Summit, Missouri

     Taxpayer ID Number: XXXX
     Business Location: 1051 SE Oldham Parkway
                        Lee's Summit, Missouri 64081

- RML Lee's Summit MO, LLC d/b/a Lee's Summit Nissan – Lee's Summit, Missouri

     Taxpayer ID Number: XXXX
     Business Location: 1025 SE Oldham Parkway
                        Lee's Summit, Missouri 64081

- RML Olathe II, LLC d/b/a Olathe Dodge Chrysler Jeep – Olathe, Kansas

     Taxpayer ID Number: XXXX
     Business Location: 15500 West 117th Street
                        Olathe, Kansas 66062

- RML Waxahachie Dodge, LLC d/b/a Waxahachie-Dodge Chrysler Jeep – Waxahachie, Texas

     Taxpayer ID Number: XXXX
     Business Location: 2405 N. I-35 E
                        Waxahachie, Texas 75165

- RML Waxahachie Ford, LLC d/b/a Waxahachie Ford Mercury – Waxahachie, Texas

     Taxpayer ID Number: XXXX
     Business Location: 2401 N. I-35 E
                        Waxahachie, Texas 75167

- RML Little Rock, Inc. d/b/a Landers Harley-Davidson – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Location:   10210 Interstate 30
                         Little Rock, Arkansas  72209

- RML Little Rock, Inc. d/b/a Landers Harley-Davidson – Hot Springs, Arkansas

    Taxpayer ID Number: XXXX
    Business Location:   205 Garrison Road
                         Hot Springs, Arkansas  71913

- RML Little Rock, Inc. d/b/a Landers Harley-Davidson – Conway, Arkansas

    Taxpayer ID Number: XXXX
    Business Location:   1110 Colliers Drive
                         Conway, Arkansas  72032

- Landers Auto Group No. 1 d/b/a/ Landers Scion – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  10825 Colonel Glenn Road
                         Little Rock, AR 72204

- Landers Auto Group No. 1 d/b/a Landers Toyota – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  10825 Colonel Glenn Road
                         Little Rock, AR 72204

- Landers Auto Group No. 1 d/b/a The Boutique at Landers Toyota – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  10825 Colonel Glenn Road
                         Little Rock, AR 72204

- Landers CDJ, Inc. – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  10825 Colonel Glenn Road
                         Little Rock, AR 72204

- Landers CDJ, Inc. d/b/a Steve Landers Chrysler Dodge Jeep – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   10825 Colonel Glenn Road
                          Little Rock, AR 72204

- Landers of Hazelwood, Inc. – Hazelwood, Missouri

    Taxpayer ID Number: XXXX
    Business Locations:   9091 Dunn Road
                          Hazelwood, MO 63042

- A&D Wine Corp. – New York, New York

    Taxpayer ID Number: XXXX
    Business Locations:   65 Second Ave.
                          New York, NY 10003

- A&Z Restaurant Corp. – New York, New York

    Taxpayer ID Number: XXXX
    Business Locations:   65 Second Ave.
                          New York, NY 10003

- 105 Degrees, LLC – Oklahoma City, Oklahoma

    Taxpayer ID Number: XXXX
    Business Locations:   5820 N. Classen Blvd., Ste. 1
                          Oklahoma City, OK 73118

- Roberson's Fine Jewelry, Inc. – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   11525 Cantrell Road, Suite 703
                          Little Rock, AR 72212

- Gossett Motor Cars, Inc. – Memphis, Tennessee

    Taxpayer ID Number: XXXX

    Business Locations:   Kia – Covington Pike
                          1900 Covington Pike
                          Memphis, TN 38128

                        Mazda/Hyundai/Mitsubishi
                        1870 Covington Pike
                        Memphis, TN 38128

                        Volkswagen/Audi/Porsche
                        1875 Covington Pike
                        Memphis, TN 38128

                        Chrysler/Jeep/Dodge
                        1901 Covington Pike
                        Memphis, TN 38128

- Gossett Motor Cars, Inc. – Memphis, Tennessee

    Taxpayer ID Number: XXXX
        Business Locations:  Fiat
                                 Wolfchase Mall
                                 2760 N. Germantown Parkway
                                 Memphis, TN 38133

                                 Volkswagen Germantown
                                 7420 Winchester
                                 Memphis, TN 38125

                                 Kia South
                                 2660 Mt. Moriah
                                 Memphis, TN 38115

                                 Hyundai South
                                 2680 Mt. Moriah
                                 Memphis, TN 38115

- JB Cook, LLC d/b/a Downtown Oil & Lube – Hope, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  218 West 3rd Street
                                Hope, AR 71801

- The Tennis Shoppe, Inc. – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  8212 Cantrell Road
                                Little Rock, AR 72227

- The Grady Corporation d/b/a Whole Hog Barbeque (Northwest Arkansas) – Bentonville, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   1400 SE Walton Boulevard
                          Bentonville, AR 72712

- The Grady Corporation II d/b/a Whole Hog Barbeque (Northwest Arkansas) – Fayetteville, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   3009 North College
                          Fayetteville, AR 72703

- Coulson Oil Company – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   1434 Pike Avenue
                          North Little Rock, AR 72114

    *      Please see attached spreadsheet for individual location information

- Diamond State Oil LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   1434 Pike Avenue
                          North Little Rock, AR 72114

    *      Please see attached spreadsheet for individual location information

- Superstop Stores, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   1434 Pike Avenue
                          North Little Rock, AR 72114

    *      Please see attached spreadsheet for individual location information

- PetroPlus, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   1434 Pike Avenue
                          North Little Rock, AR 72114

    *      Please see attached spreadsheet for individual location information

- Port Cities Oil, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  1434 Pike Avenue
                         North Little Rock, AR 72114

    \*   Please see attached spreadsheet for individual location information

- New Mercury, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  1434 Pike Avenue
                         North Little Rock, AR 72114

    \*   Please see attached spreadsheet for individual location information

- New Vista, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  1434 Pike Avenue
                         North Little Rock, AR 72114

    \*   Please see attached spreadsheet for individual location information

- New Neptune, LLC – North Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  1434 Pike Avenue
                         North Little Rock, AR 72114

    \*   Please see attached spreadsheet for individual location information

- RR #1 TX, LLC – Texarkana, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:  1434 Pike Avenue
                         North Little Rock, AR 72114

    \*   Please see attached spreadsheet for individual location information

- SVI Security Solutions – Olive Branch, Mississippi

    Taxpayer ID Number: XXXX
    Business Locations:  9065 Goodman Road
                         Olive Branch, MS 38654

- AIMCO Equipm2ent Company, LLC – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   10001 Colonel Glenn Road
                          Little Rock, AR 72204

- Park Hill Collections, LLC – Little Rock, Arkansas

    Taxpayer ID Number: XXXX
    Business Locations:   4717 Asher Avenue
                          Little Rock, AR 72204

- Riverbike of Tennessee, Inc. – Nashville, Tennessee

    Taxpayer ID Number: XXXX

    Business Locations:   401 Fesslers Lane
                          Nashville, TN 37210

                          Boswell's Harley-Davidson
                          401 Fesslers Lane
                          Nashville, TN 37210

                          Ring of Fire Harley-Davidson
                          2200 Gallatin Pike N.
                          Madison, TN 37115

                          Boswell's Harley-Davidson of Cookeville
                          1424 Interstate Drive
                          Cookeville, TN 38502

                          Boswell's Music City Harley-Davidson
                          180 Second Avenue N.
                          Nashville, TN 37201

- Par's Custom Cycle, Inc. – Oklahoma City, Oklahoma

    Taxpayer ID Number: XXXX

    Business Locations:   6904 West Reno Avenue
                          Oklahoma City, OK 73127

                          Harley-Davidson World
                          6904 W. Reno Avenue
                          Oklahoma City, OK 73127

        Harley-Davidson World Shop
        3433 S. Broadway
        Edmond, OK 73013

- V.I.P. Motor Cars Ltd. – Palm Springs, California

  Taxpayer ID Number: XXXX

  Business Locations: 3737 East Palm Canyon Drive
          Palm Springs, CA 92264

          Mercedes Benz of Palm Springs
          4095 E. Palm Canyon Drive
          Palm Springs, CA 92264

          BMW of Palm Springs
          3737 E. Palm Canyon Drive
          Palm Springs, CA 92264

          Palm Springs Infiniti
          4057 E. Palm Canyon Drive
          Palm Springs, CA 92264

          Palm Springs Hyundai
          3919 E. Palm Canyon Drive
          Palm Springs, CA 92264

We are authorized to file opt-outs for exclusion from the Rule 23(b)(3) Settlement Class for the businesses identified in this Notice, and our personal information it as follows:

| | |
|---|---|
| Name: Thomas P. Thrash, Esq. | Name: Philip Duncan, Esq. |
| Position: Attorney | Position: Attorney |
| Name of Merchants: See above | Name of Merchants: See above |
| Phone No.: (501) 374-1058 | Phone No.: (501) 228-7600 |
| Address: 1101 Garland Street | Address: 900 S. Shackleford, Suite 725 |
|     Little Rock, AR 72201 |     Little Rock, AR 72211 |

Name: Jay L.T. Breakstone, Esq.
Position: Attorney
Name of Merchants: See above
Phone No.: (516) 723-4620
Address: 6 Harbor Park Drive
    Port Washington, NY 11050

Our position at the businesses that gives us authority to exclude them from the Cash Settlement Class is as follows: Legal counsel for all businesses opting out via this Notice. The telephone numbers for each Class Member is Counsel's telephone numbers above.

Respectfully Submitted,

/s/ *Jerrold S. Parker*
Jerrold S. Parker
Jay L.T. Breakstone
**Parker Waichman, LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516)-723-4620
jbreakstone@yourlawyer.com
jerry@yourlawyer.com

Thomas P. Thrash, ABN #80147
Marcus N. Bozeman, ABN #95287
**Thrash Law Firm, P.A.**
1101 Garland Street
Little Rock, Arkansas 72201
Telephone: 501-374-1058
Facsimile: 501-374-2222
tomthrash@sbcglobal.net
bozemanmarcus@sbcglobal.net

Phillip Duncan
Richard Quintus
**Duncan Firm, P.A.**
900 S. Shackleford, Suite 725
Little Rock, AR 72211
Telephone: (501) 228-7600
phillip@duncanfirm.com
richard@duncanfirm.com

## CERTIFICATE OF SERVICE

On this 24th day of May, the above and foregoing has been sent by United States mail to the following:

Payment Card Interchange Fee Settlement
P.O. Box 2530
Portland, OR 97208-2530

Alexandra S. Bernay
Bonny E. Sweeney
**Robbins, Geller, Rudman & Dowd, LLP**
655 W. Broadway, Suite 1900
San Diego, CA 92101

Wesley R. Powell
**Wilkie, Farr & Gallagher, LLP**
787 Seventh Ave.
New York, NY 10019

K. Craig Wildfang
**Robins, Kaplan, Miller & Ciresi, LLP**
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

H. Laddie Montague, Jr.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103

Matthew A. Einstein
**Arnold & Porter, LLP**
555 Twelfth Street NW
Washington, DC 20004

Peter E. Greene
**Skadden, Arps, Slate
   Meagher & Flom, LLP**
4 Times Square
New York, NY 10036

/s/ Jerrold S. Parker
Jerrold S. Parker

| COULSON OIL | 4/15/2013 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 870-234-3101 | 870-836-9416 | C | S | COC | 307 HWY 79 | Magnolia | 71753 | Lydia Kim | 714-271-1157 | JK Gas Station Corp. | Columbia |
| 2 | 870-836-9416 | 870-887-8425 | C | S | COC | 1390 Hwy 4 By-Pass | Camden | 71701 | Sam Esmail | 501-951-0817 | Camden Shell Popeyes | Ouachita |
| 3 | 870-887-8425 | 870-887-8425 | C | S | COC | 105 East Main | Prescott | 71857 | Fred Dharamsi | 727-421-2927 | Prescott Shell Superstop | Nevada |
| 8 | 870-246-7984 | 870-246-8516 | C | S | COC | 3111 Pine Street (G SHINES) | Arkadelphia | 71923 | Carol Gills | 870-230-2112 | Stuckey's Shell | Clark |
| 10 | 501-223-2220 | 501-519-2350 | C | S | SSS | 12524 Chenal Parkway | Little Rock | 72212 | Nick Siddique | 501-960-3405 | Chenal Superstop | Pulaski |
| 15 | 501-372-1403 | 501-375-3530 | C | S | SSS | 800 S Broadway | Little Rock | 72202 | Nick Siddique | 960-3405 | Downtown Shell | Pulaski |
| 18 | 501-399-9316 | 501-562-1101 | C | S | COC | 721 E. 9th | Little Rock | 72202 | Vallabhai Bandrapalli (V | 501-307-9532 | 9th Street Shell | Pulaski |
| 21 | 501-223-3052 | 501-223-3056 | OP | S | SSS | 1200 South Shackleford | Little Rock | 72211 | Lynne Sheridan | 501-786-2464 | Road Runner #21 | Pulaski |
| 22 | 501-562-0033 | 501-907-0639 | C | S | COC | 10105 I-30 (Baseline) | Little Rock | 72209 | Mohammed Qassas | 952-3536 | Baseline Shell | Pulaski |
| 23 | 501-562-0152 | 501-568-4920 | C | S | COC | 8000 Geyer Springs | Little Rock | 72209 | Maurice Mahoud | 347-3685 | Geyer Springs Shell | Pulaski |
| 26 | 501-666-5056 | 501-296-9144 | C | S | COC | 7400 Cantrell | Little Rock | 72217 | Nick Siddique | 960-3405 | Cantrell Shell | Pulaski |
| 27 | 501-219-1364 | 501-219-1364 | C | S | SSS | 11401 Cantrell | Little Rock | 72212 | Tom Atchison | 501-219-1364 | Woodland Heights Shell | Pulaski |
| 29 | 501-219-8749 | 501-219-8749 | C | S | COC | 1400 Barrow Road | Little Rock | 72204 | Chang ho Lee | 501-612-3636 | Barrow Shell | Pulaski |
| 34 | 501-224-9780 | n/a | C | S | COC | 9718 Rodney Parham Rd. | Little Rock | 72207 | Jason Han | 501-807-5299 | Shell Superstop #34 | Pulaski |
| 38 | 501-455-4224 | 501-455-2573 | C | S | COC | 13400 I-30 | Little Rock | 72209 | Toby White / Valinda, Ma | 350-3227 | County Line Shell | Pulaski |
| 44 | 501-851-4091 | n/a | C | CP | PCO | 18620 MacArthur (I-40 & Morgan) | NLR | 72118 | Majid Kameli | 690-5050 | Morgan Phillip 66 | |
| 45 | 501-753-7726 | n/a | C | S | PCO | 2701 MacArthur (Scenic Hill) | NLR | 72118 | Severns & Timmons | 501-993-6263 | Pike Ave Shell | Pulaski |
| 48 | 501-835-8364 | 501-835-8364 | C | S | COC | 8604 Sylvan Hills Hwy. | NLR | 72116 | Asif Sied Siddiqui | | Shell Superstop#48 | |
| 50 | 501-376-1339 | 501-376-1339 | SPLIT | SS | PCO | 1424 Locust | NLR | 72114 | Mike Lashbrook | 501-249-1702 | Superstop 50 | Pulaski |
| 51 | 501-833-0377 | 501-833-0377 | C | S | COC | 14508 Hwy 107 | Jacksonville | 72076 | Jung Oh (OZ Industry In | 501-240-0989 | Lucky Mart | Pulaski |
| 52 | 501-835-7549 | 501-835-7543 | C | CP | PCO | 2428 Wildwood Avenue | Sherwood | 72120 | Hassan Honarmand | 501-352-1909 | Zone Mart | Pulaski |
| 53 | 501-758-9408 | 501-758-9408 | C | S | COC | 3100 JFK Blvd. | NLR | 72116 | Mohammed Tasneem | 960-5794 | Parkhill Shell | Pulaski |
| 55 | 501-327-0751 | n/a | C | S | COC | 545 Hwy 65N. | Conway | 72032 | Donnie Miller | 501-472-5047 | Hwy 65 Shell | Faulkner |
| 67 | 870-672-7250 | n/a | C | S | COC | 902 North Buerkle | Stuttgart | 72160 | Jason Han / Jackie, cont | 501-960-4568 | Stuttgart Shell #67 | Arkansas |
| 80 | 501-332-2111 | 501-223-2800 | C | S | COC | 1885 Hwy 270 N | Malvern | 72104 | Ike Mandani | 407-616-6468 | Malvern Shell | Hot Spring |
| 81 | 870-245-2322 | 870-245-2322 | C | S | COC | 160 Valley Street(Jordan's Kwik Stop III) | Arkadelphia | 71923 | Jackie McClure | 870-243-6243 | Jordan's | Clark |
| 83 | 870-777-2700 | 870-777-2700 | C | S | COC | 1201 North Hervey (I-30 & Hwy 4) | Hope | 71801 | Adam Mubarak | 501-613-8386 | Superstop 83 | Hempstead |
| 84 | 870-777-5681 | 870-777-8210 | C | S | COC | 2605 Hazel | Hope | 71801 | Ashok Thakar | 870-768-5573 | Triple JJJ | |
| 88 | 870-255-3519 | 870-255-3769 | C | S | SSS | 4369 Hwy 63N | Hazen | 72064 | Muhammed (Abass) Mia | 405-206-1283 | All Star Travel Plaza | Prarie |
| 90 | 479-967-2200 | 479-880-1552 | C | U | COC | 2704 N. Arkansas Ave. | Russellville | 72801 | Donnie Miller | 501-472-5047 | Superstop #90 | Pope |
| 99 | 479-632-5614 | 479-632-5614 | C | S | PCO | 510 Hwy. 71 N (POB 167) | Alma | 72921 | Keith Wheeler | 479-632-1608 | Alma Shell | Crawford |
| 102 | 479-621-0441 | 479-621-0441 | C | S | PCO | 1845 South 8th Street | Rogers | 72757 | Tariq Afzal | 479-366-0663 | Rogers Shell | Benton |
| 109 | 479-643-3277 | 479-643-3065 | C | S | PCO | 2001 N. Center | Elkins | 72727 | Tariq Afzal | 479-466-1098 | Elkins Shell | Washington |
| 123 | 501-767-8172 | 501-767-5456 | OP | S | SSS | 3039 Albert Pike | Hot Springs | 71913 | Candida Lengram | 501-249-7440 | Road Runner #123 | Garland |
| 124 | 501-625-7617 | 501-624-7790 | C | S | COC | 1600 Malvern | Hot Springs | 71901 | Arun Doshi | 501-276-3342 | Malvern Avenue Shell | Garland |
| 127 | 501-624-2743 | 501-525-9999 | C | S | COC | 2224 Malvern Rd | Hot Springs | 71901 | Harvey Couch | 501-282-1287 | Golf Links Shell | Garland |
| 130 | 501-984-5075 | 501-984-5076 | C | S | COC | 4401 Hwy. 7 N. | Hot Springs | 71901 | Sherry / Jim Yarbrough | 501-884-5839 | Top Of The Mountains Shell | Garland |
| 132 | 870-230-1253 | 870-230-1253 | C | CP | PCO | 147 E. Valley | Arkadelphia | 71923 | Amy & Fred Dhardmsi | 727-421-8673 | Superstop #132 | Clark |
| 142 | 501-767-8310 | 501-760-6087 | C | S | COC | 5704 Albert Pike | Royal | 71968 | Sherry / Jim Yarbrough | 501-844-5839 | Royal Shell | Garland |
| 144 | 501-623-0064 | 501-623-3619 | C | CP | PCO | 100 Hwy. 7 N. | Hot Springs | 71901 | Harvey Couch | 501-282-1287 | Fountain Lake 66 | Garland |
| 147 | 501-767-1485 | 501-627-1921 | C | V | DSO | 2070 Airport Rd (AB&C Gro) | Hot Springs | 71913 | Severns & Timmons | 501-993-6263 | Lake Hamilton Superstop | Garland |
| 148 | 501-321-0042 | 501-525-9999 | C | S | COC | 3636 Central Avenue | Hot Springs | 71913 | Harvey Couch | 501-282-1287 | Len's Shell | Garland |

Case 1:05-md-01720-MKB-JO   Document 2422   Filed 05/24/13   Page 15 of 16 PageID #: 50894

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | 501-624-5754 | 501-624-5754 | C | S | COC | 869 Park Avenue | Hot Springs | 71901 | Majid Kameli | 501-690-5050 | Shell Superstop #150 | Garland |
| 155 | 501-525-9999 | 501-525-9999 | C | S | PCO | 1609 Higdon Ferry Road | Hot Springs | 71913 | Harvey Couch | 501-282-1287 | Higdon Ferry Superstop | Garland |
| 161 | 479-498-2230 | n/a | C | CP | PCO | 1600 Elmira | Russellville | 72801 | Donnie Miller | 501-472-5047 | Russellville Superstop 161 | Pope |
| 326 | 501-354-1365 | n/a | C | S | SSS | 1830 Hwy 9 | Morrilton | 72110 | Severns & Timmons | 501-993-6263 | Morrilton Shell | Conway |
| 350 | 501-374-2880 | 501-375-3776 | C | V | DSO | 605 E. Broadway | NLR | 72114 | Majid Kameli | 501-690-5050 | Superstop 350 | Pulaski |
| 404 | 870-589-2012 | n/a | C | S | PCO | 1201 North Hwy 49 | Brinkley | 72021 | Jason Han / Jackie, cont | 501-960-4568 | Brinkley Shell | Monroe |
| 411 | 870-630-9898 | | C | S | COC | 100 Holiday Drive | Forrest City | 72335 | Mohammed Qassas | 601-613-8908 | Forrest City Superstop | St. Francis |
| 412 | 870-762-0300 | 870-762-5300 | C | S | COC | 3702 S. Division | Blytheville | 72315 | Waqar Salim | | | Mississippi |
| 433 | 501-753-5221 | 501-851-6494 | C | S | SSS | 4822 Camp Robinson | NLR | 72118 | Jason Han / Jackie, cont | 501-851-6815 | B & J Superstop | Pulaski |
| 461 | 870-836-6655 | 870-836-8110 | C | V | DSO | 775 Cash Road SW | Camden | 71701 | Lydia Kim | 714-271-1179 | Valero Superstop#461 | Ouachita |
| 462 | 501-327-2087 | n/a | C | V | DSO | 375 East Oak | Conway | 72032 | Donnie Miller | 501-472-5047 | Oak Street Valero | Faulkner |
| 463 | 479-521-6574 | 479-521-6574 | C | V | DSO | 357 N. College | Fayetteville | 72701 | Tariq Afzal | 479-336-0663 | Fayetteville Valero | Washington |
| 464 | 479-783-6800 | 479-366-0663 | C | V | DSO | 5727 Kelly Hwy | Fort Smith | 72901 | Donnie Miller | 501-472-5047 | Kelley Hwy Valero | Sebastian |
| 465 | 479-478-6585 | n/a | C | V | DSO | 6320 Rogers Highway | Fort Smith | 72901 | Michael Ritchey | 479-806-4199 | Rogers Hwy Valero | Sebastain |
| 466 | 870-722-6622 | 870-777-8210 | C | V | DSO | 2112 N Hazel | Hope | 71801 | Ashok Thakar | 870-768-5573 | Superstop #466 | Hempstead |
| 467 | 501-623-2134 | 501-609-9189 | C | V | DSO | 3228 Central Avenue | Hot Springs | 71901 | Harvey Couch | 501-282-1287 | Central Valero | Garland |
| 468 | 501-982-1157 | 501-851-6494 | C | V | DSO | 2215 North 1st | Jacksonville | 72076 | Jacqui Sturba | 501-851-6815 | J & J Superstop | Pulaski |
| 469 | 501-490-0554 | 501-490-0554 | C | CP | PCO | 8824 Fourche Dam Pike | Little Rock | 72206 | Syed Shah | 870-292-9858 | Fourche Dam Phillips 66 | Pulaski |
| 471 | 501-851-7100 | 501-851-1657 | C | V | DSO | 18623 MacArthur | NLR | 72118 | Toby White | 350-3227 | Morgan Valero | Pulaski |
| 472 | 870-541-9399 | 870-541-9399 | C | V | DSO | 3000 E. Harding | Pine Bluff | 71601 | Mario Hyon | 501-944-2169 | Harding Street Valero | Jefferson |
| 473 | 870-534-4457 | 870-534-4457 | C | V | DSO | 101 N. Blake Street | Pine Bluff | 71601 | Harpreet Singh | 345-283-5299 | Superstop #473 | Jefferson |
| 474 | 479-968-2591 | 479-968-2591 | C | CP | PCO | 1100 N. Arkansas | Russellville | 72801 | Larry Bryant | 479-857-9709 | Superstop #474 | Pope |
| 475 | 870-672-7120 | 870-672-7120 | C | V | DSO | 901 N. Buerkle | Stuttgart | 72160 | Jason Han / Jackie, cont | 501-960-4568 | Stuttgart Valero | Arkansas |
| 661 | 501-753-2429 | 501-758-7537 | C | CP | PCO | 4601 North Hills Blvd. | NLR | 72116 | Donnie Miller | 501-472-5047 | North Hills Phillips | Pulaski |
| 662 | 501-945-6108 | 501-945-5233 | C | CP | PCO | 4300 McCain Blvd. | NLR | 72117 | Hassan Honarmand | 501-352-1909 | Zone Mart II | Pulaski |
| 663 | 501-227-5452 | 501-227-8392 | C | CP | PCO | 11615 Cantrell Road | Little Rock | 72212 | V Bandrapalli | 501-307-9532 | Cantrell Shell | Pulaski |
| 664 | 501-624-7790 | 501-624-7790 | C | CP | PCO | 1308 Albert Pike | Hot Springs | 71913 | Arun Doshi | 501-276-3342 | Albert Pike 66 | Garland |
| 667 | 501-455-8693 | n/a | C | CP | PCO | 12824 Vimy Ridge | Alexander | 72002 | Rick Severns d/b/a Seve | 501-993-6263 | Vimy 66 | Saline |
| 678 | 501-477-2925 | 501-477-2925 | C | V | DSO | 1827 Hwy 9 North | Morrilton | 72110 | Severns & Timmons | 501-993-6263 | Morrilton Valero | Johnson |
| 679 | 479-754-6231 | 479-754-6231 | C | V | DSO | 1221 Rogers | Clarksville | 72830 | Chuck Patton | 479-754-0436 | Clarksville Valero | Johnson |
| 760 | 501-206-0401 | 501-206-0289 | OP | CP | COC | 1500 Bypass Road | Heber Springs | 72543 | Melisa Dyer | 501-410-2585 | Sugarloaf 66 | Cleburne |
| 1007 | 501-663-1022 | 501-663-1022 | C | S | NV | 1200 S University | Little Rock | 72204 | Seung Chan Yang | 501-412-2609 | Max Mart | Pulaski |
| 1009 | 501-868-1322 | n/a | C | S | NV | 16900 Cantrell | Little Rock | 72223 | Jason Han | 501-960-4568 | The Ranch Shell | Pulaski |
| 1012 | 501-490-0917 | 501-490-4153 | C | S | NV | 8701 Fourche Dam Pike | Little Rock | 72206 | Harry Hiren | 501-749-4846 | Fourche Dam Shell | Pulaski |
| 1014 | 501-821-2551 | n/a | C | S | NV | 16800 Chenal Parkway | Little Rock | 72223 | Hany Eid | 501-240-6879 | Chenal Shell | Pulaski |
| 1015 | 501-843-4577 | 501-843-4577 | C | S | NM | 3185 Hwy 367 South | Cabot | 72023 | Larry Davison | 501-772-1436 | MaxMart 1015 | Pulaski |
| 1016 | 501-329-5922 | n/a | C | S | NM | 350 E. Oak | Conway | 72032 | Donnie Miller | 501-472-5047 | Oak Street Shell | Pulaski |
| 1026 | 501-798-8644 | n/a | C | S | NN | 1820 Hwy 64 West | El Paso | 72045 | Donnie Miller | 213-249-2661 | El Paso Shell | Pulaski |
| 1027 | 501-847-7775 | 800-506-0836 | C | S | NN | 3220 N Reynolds | Bryant | 72022 | M K Lee | 501-519-4597 | | Pulaski |
| 1028 | 501-868-5232 | n/a | C | S | NV | 19500 Cantrell | Little Rock | 72223 | Hany Eid | 501-240-6879 | Hwy 10 Shell | Pulaski |
| 1030 | 501-835-6227 | n/a | C | S | NM | 6915 JFK Blvd | NLR | 72116 | Yeong Lee (Paragon, In | 501-247-6737 | Indian Hills Shell | Pulaski |
| 1031 | 501-835-7062 | 501-835-7044 | C | S | NM | 2429 Wildwood | Sherwood | 72120 | Kyung Un Hyon (Mario) | 501-944-2169 | Wildwood Shell | Pulaski |
| 1032 | 501-851-6815 | 501-851-6494 | C | S | NM | 20515 Hwy 365 N | Morgan | 72113 | Jason Han / Jackie, cont | 501-960-4568 | Morgan Shell | Pulaski |
| 1038 | 501-955-9096 | 501-955-9096 | C | S | NM | 4400 McCain | NLR | 72117 | Yeong Lee | 501-773-8666 | Shell 1038 | Pulaski |

Case 1:05-md-01720-MKB-JO   Document 2422   Filed 05/24/13   Page 16 of 16 PageID #: 50895

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1039 | 501-985-1051 | 501-985-1051 | C | S | NM | 1527 Main | Jacksonville | 72076 | Kelly Gold | 501-368-3837 | Gold Express | | Pulaski |
| 1040 | 501-223-3499 | 501-851-6494 | C | S | NV | 10100 Rodney Parham | Little Rock | 72227 | Jason Han / Jackie, cont | 501-851-6815 | Sturbridge Shell | | Pulaski |
| 1042 | 501-565-0142 | n/a | C | S | NV | 4111 S University | Little Rock | 72204 | Charles Hwang | 501-786-3350 | Shell Max Mart | | Pulaski |
| 1043 | 501-847-4707 | 501-851-6494 | C | SS | NV | 23190 I-30 | Bryant | 72022 | Jason Han / Jackie, cont | 501-851-6815 | Bryant Superstop | | Pulaski |
| 1044 | 501-296-9625 | 501-296-9625 | C | S | NV | 4100 W Markham | Little Rock | 72005 | Hany Eid | 501-240-6879 | Markham Shell | | Pulaski |
| 1045 | 501-661-0942 | n/a | C | CP | NV | 3723 Cantrell | Little Rock | 72202 | Donnie Miller | 501-472-5047 | Hwy 10 Shell | | Pulaski |
| 1058 | 501-753-7475 | n/a | C | S | NM | 5919 Crystal Hill Road | NLR | 72118 | Majid Kamelli | 501-690-5050 | Crystal Hill Shell | | Pulaski |
| 1068 | 501-882-2323 | n/a | C | S | NN | 2415 W Center | Beebe | 72012 | David Stokes | | Beebe Shell | | Pulaski |
| 1069 | 501-945-0507 | n/a | C | S | NM | 2522 Hwy 161 | NLR | 72117 | Yeong or Sara Lee | 501-773-8666 | Shell Hope Mart | | Pulaski |
| 1075 | 501-565-3864 | n/a | C | S | NV | 2620 65th Street | Little Rock | 72209 | Charles Hwang | 501-952-5983 | 65th Street Shell | | Pulaski |
| 1078 | 501-372-7822 | n/a | C | S | NV | 700 E Roosevelt | Little Rock | 72206 | Yop Ryan | 501-912-3155 | Roosevelt Shell | | Pulaski |
| 1079 | 501-455-3511 | n/a | C | CP | NV | 8900 Stagecoach Road | Little Rock | 72209 | Hany Eid | 501-240-6879 | Stagecoach Phillips 66 | | Pulaski |
| 1080 | 501-562-6116 | 501-562-6116 | C | S | NV | 3200 S University | Little Rock | 72205 | John Kim | 412-4612 / John | UALR Shell | | Pulaski |
| 1092 | 501-753-5600 | 501-851-6494 | C | S | NM | 4800 MacArthur Drive | NLR | 72118 | Yong Kim | 501-920-3279 | Mac Arthur Shell | | Pulaski |
| 1101 | 903-223-9676 | 903-223-9776 | OP | RR | RR1TX,LLC | 4101 North Kings Highway | Texarkana, TX | 75503 | Randall Brian | 903-691-8873 | Road Runner #1101 | | |
| 1102 | 870-774-8055 | 870-774-8062 | OP | RR | PP | 5720 Four States Parkway | Texarkana, AR | 71854 | Elsie Washington | 903-691-8105 | Road Runner #1102 | | |
| 1103 | 501-329-1809 | 501-329-1809 | OP | RR | PP | 801 Hogan Lane | Conway | 72034 | Bill Connell | 501-269-2616 | Road Runner #1103 | | |
| | | | | SS | | Superstop | | | | | | | |
| | | | | CP | | ConocoPhillips | | | | | | | |
| | | | | S | | Shell | | | | | | | |
| | | | | PP | | Petro Plus | | | | | | | |
| | | | | V | | Valero | | | | | | | |
| | | | | Shm | | Shamrock | | | | | | | |
| | | | | | | BRAND | | | | | | | |
| | | | | RR | | Roadrunner | | | | | | | |
| | | | | OP | | | | | | | | | |