**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201

Marcus N. Bozeman  
mbozeman@thrashlawfirmpa.com

Facsimile: 501-374-2222
Telephone: 501-374-1058

June 11, 2019

**Via Overnight Delivery**

The Honorable Margo K. Brodie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: N 626

> Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-mc-1720 (MKB) (JO)

Dear Judge Brodie,

    Pursuant to Part 1.D. of this Court's Individual Practices, I have enclosed with this letter a spiral-bound copy of the Retailer and Merchant Objectors' Motion for Award of Attorneys' Fees, Expenses, and Service Awards, along with the 17 exhibits to that document, filed last Friday, June 7.

Respectfully Submitted,

*/s/ Marcus Bozeman*

Marcus Bozeman
Counsel for the R&M Objectors

cc:  All Counsel of Record (via ECF)