```
                                                    F I L E D
                                                IN CLERK'S OFFICE
                                             U.S. DISTRICT COURT E.D.N.Y.

                                              ★   JUN 11 2019   ★
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK                     **BROOKLYN OFFICE**

In re Payment card Interchange Fee and

                                              No. 05-MD-01720 (MKB) (JO)

Merchant Discount Litigation

---

**Statement of Objections**

I am a member of the Rule 23(b)(3) Settlement Class in the case call In re Payment Card Interchange Fee and Merchant Discounts Antitrust Litigation.

I am a Class Member because [list information that will prove you are a class member, such as your business name and address and how long you have accepted Visa and/ or Mastercard cards.

I object to the class counsel's request for attorneys' fee and expenses and/or to request for service awards to the Rule 23(b)(3) Class Plaintiffs

My reasons are:

The laws and evidence that support each of my objections:

My Personal information is:

Allen K. Whisman

3512 Dust Commander Dr.

Hamilton, Ohio 45011  USA

513-844-1952


I do not see how an attorney staff could be awarded 1/3 of 6.2 Billion receiving 2.5 billion.  They would have to work 24 hours a day 365 days a year for at least 10 years at present billing rate. This not fair for plaintiffs to suffer for years being taken by credit card companies and then have your right refund go to attorneys for their so gain to get rich.  They deserve fair pay for their time, as has been paid by other Federal law suits ranging in the billions.

I think the court should investigate the proper billing of Law offices before this suit and come up with a fair pay for the attorneys.


Sincerely,

*[signature]*                     6-3-19

Allen Whisman