Payment Card Interchange Fee Settlement
PO Box 2530
Portland OR 97208-2530

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2019 ★
BROOKLYN OFFICE

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

# Legal Notice about a class action settlement.


4730153861552

ADAMS CUSTOM WHEELS & ACC
2828 BUFORD DR STE 100
BUFORD GA 30519-8142

P110 T4970

## www.PaymentCardSettlement.com • 1-800-625-6440

# A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.

Si desea leer este aviso en español, llámenos o visite nuestro sitio web

[Chinese text]
[Japanese text]
[Korean text]

Để đọc thông báo này bằng tiếng Việt, xin gọi hoặc viếng trang mạng của chúng tôi

[Thai text]

Для того, чтобы прочитать это сообщение на русском языке, позвоните нам или посетите наш веб-сайт

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

In re Payment Card Interchange Fee and : No. 05-MD-01720 (MKB) (JO) Merchant Discount Antitrust Litigation : _____: Statement of Objections (Adams Custom Wheels and Acc) is a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Adams Custom Wheels and Acc) is a Class member because

Business Name: Adams Custom Wheels and Acc

Address: 2828 Buford Dr Ste 300

Buford Ga 30519

How long you have accepted Visa or Mastercard cards:

20 Years from today.

(Adams Custom Wheels and Acc) objects to the settlement in this lawsuit.

It objects to (list what part(s) of the Settlement you disagree with,

The cash settlement, Allocation Plan, notice procedures, other features.)

e.g. the cash settlement, Allocation Plan, notice procedures, other features.)

[Note that you may also object to any requests for attorneys' fees and expenses, or service awards for the named Rule 23(b)(3) Class Plaintiffs, as part of the same objection].

Yes, I want to object to paying attorneys' fees, and Expenses or service awards.

My reasons for objecting are: The laws and evidence that support each of my objections are: My personal information is:

Name (first, middle, last): David Adams

Address: 2828 Browns Bridge Road

Buford Ga 30519

Phone No.:678-971-1420

The contact information for my lawyer (if any) is: None


Merchant Fees for All Three Locations:

Merchant Id (Buford): 8026771546

Merchant Id (Gainesville): 8029129130

Merchant Id (Norcross): 8026771538