# A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.

*Si desea leer este aviso en español, llámenos o visite nuestro sitio web*

若要阅读本通知的中文版,请致电或访问本公司的网站

このお知らせを日本語でお読みになりたい方は、当社までお電話をいただくか、または当社ウェブサイトをご覧ください

한국어로 보시려면 전화를 주시거나 저희 웹사이트를 방문해 주십시오

*Để đọc thông báo này bằng tiếng Việt, xin gọi hoặc viếng trang mạng của chúng tôi*

ในการอ่านประกาศนี้ในภาษาไทยให้โทรหรือเยี่ยมซมเวบไซต์ของเรา

Для того, чтобы прочитать это сообщение на русском языке, позвоните нам или посетите наш веб-сайт

**www.PaymentCardSettlement.com • 1-800-625-6440**

---

**Legal Notice about a class action settlement.**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 14 2019 ★
BROOKLYN OFFICE

P41 T1826

4730017237558

AUDIO WIZARDS INC
2828 BUFORD DR STE 300
BUFORD GA 30519-8142

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

Payment Card Interchange Fee Settlement
PO Box 2530
Portland OR 97208-2530

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

In re Payment Card Interchange Fee and : No. 05-MD-01720 (MKB) (JO) Merchant Discount Antitrust Litigation : _____ : Statement of Objections (Audio Wizards Inc) is a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Audio Wizards Inc) is a Class member because

Business Name: Audio Wizards Inc

Address: 2828 Buford Dr Ste 300

  Buford Ga 30519

How long you have accepted Visa or Mastercard cards:

 20 Years from today.

(Audio Wizards Inc) objects to the settlement in this lawsuit.

It objects to (list what part(s) of the Settlement you disagree with,

The cash settlement, Allocation Plan, notice procedures, other features.)

e.g. the cash settlement, Allocation Plan, notice procedures, other features.)

[Note that you may also object to any requests for attorneys' fees and expenses, or service awards for the named Rule 23(b)(3) Class Plaintiffs, as part of the same objection].

Yes, I want to object to paying attorneys' fees, and Expenses or service awards.

My reasons for objecting are: The laws and evidence that support each of my objections are: My personal information is:

Name (first, middle, last):  David Adams

Address: 2828 Browns Bridge Road

  Buford Ga 30519

Phone No.:678-971-1420

The contact information for my lawyer (if any) is: None


Merchant Fees for All Three Locations:

Merchant Id (Buford): 8026771546

Merchant Id (Gainesville): 8029129130

Merchant Id (Norcross): 8026771538