Payment Card Interchange Fee Settlement
PO Box 2530
Portland OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

# Legal Notice about a class action settlement.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 14 2019 ★

BROOKLYN OFFICE

4730084132594

P40 T1789

ADAMS CUSTOM WHEELS
2308 BROWNS BRIDGE RD
GAINESVILLE GA 30504-6041

www.PaymentCardSettlement.com • 1-800-625-6440

A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.

Si desea leer este aviso en español, llámenos o visite nuestro sitio web

如需閱讀本通知的中文版，請致電或訪問本公司網站

この お知らせを日本語でお読みになりたい方は、当社までお電話をいただくか、または弊社ウェブサイトをご覧ください。

한국어로 이 공지사항을 읽기 원하시면 저희 회사에 전화 주시거나 웹사이트를 방문해 주십시오.

Để đọc thông báo này bằng tiếng Việt, xin gọi hoặc xem trang mạng của chúng tôi

หากต้องการอ่านประกาศนี้เป็นภาษาไทย โปรดโทรศัพท์หรือเยี่ยมชมเว็บไซต์ของเรา

Для того, чтобы прочитать это сообщение на русском языке, позвоните нам или посетите наш веб-сайт

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

In re Payment Card Interchange Fee and : No. 05-MD-01720 (MKB) (JO) Merchant Discount Antitrust Litigation : _____ : Statement of Objections (Adams Custom Wheels) is a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Adams Custom Wheels) is a Class member because

Business Name: Adams Custom Wheels

Address: 2308 Browns Bridge Road

　　　　　Gainesville, Ga 30504

How long you have accepted Visa or Mastercard cards:

20 Years from today.

(Adams Custom Wheels) objects to the settlement in this lawsuit.

It objects to (list what part(s) of the Settlement you disagree with,

The cash settlement, Allocation Plan, notice procedures, other features.)

e.g. the cash settlement, Allocation Plan, notice procedures, other features.)

[Note that you may also object to any requests for attorneys' fees and expenses, or service awards for the named Rule 23(b)(3) Class Plaintiffs, as part of the same objection].

Yes, I want to object to paying attorneys' fees, and Expenses or service awards.

My reasons for objecting are: The laws and evidence that support each of my objections are: My personal information is:

Name (first, middle, last):  David Adams

Address: 2308 Browns Bridge Road Gainesville GA 30504

Phone No.:678-971-1420

The contact information for my lawyer (if any) is: None


Merchant Fees for All Three Locations:

Merchant Id (Buford): 8026771546

Merchant Id (Gainesville): 8029129130

Merchant Id (Norcross): 8026771538