Payment Card Interchange Fee Settlement
PO Box 2530
Portland OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

# Legal Notice about a class action settlement.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 1 4 2019 ★

BROOKLYN OFFICE

P79 T3524

4730122297300

MALL OF GA RIMS & TIRES
5945 S NORCROSS TUCKER RD
NORCROSS GA  30093-1359

www.PaymentCardSettlement.com • 1-800-625-6440

A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.

Si desea leer este aviso en español, llámenos o visite nuestro sitio web

如需閱讀本通知的中文版，請撥電話或訪問本公司網站

この通知を日本語でお読みになりたい方は、弊社までお電話をいただくか、
または弊社日本語ウェブサイトをご覧ください。

한국어로 이 고지서를 읽기 원하시거나 저희 웹사이트 방문을 원하시면 연락주시오.

Để đọc thông báo này bằng tiếng Việt, xin gọi hoặc viếng trang mạng của chúng tôi

หากต้องการอ่านประกาศนี้เป็นภาษาไทย กรุณาโทรหาเราหรือเยี่ยมชมเว็บไซต์ของเรา

Для того, чтобы прочитать это сообщение на русском языке, позвоните нам или посетите наш веб-сайт

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

In re Payment Card Interchange Fee and : No. 05-MD-01720 (MKB) (JO) Merchant Discount Antitrust Litigation : _____: Statement of Objections (Mall Of Ga Rims and Tires) is a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. (Mall of Ga Rims and Tires) is a Class member because

Business Name:  Mall of Ga Rims and Tires

Address: 5945 S Norcross tucker Rd

   Norcross Ga 30093

How long you have accepted Visa or Mastercard cards:

 20 Years from today.

(Mall Of Ga Rims and Tires) objects to the settlement in this lawsuit.

It objects to (list what part(s) of the Settlement you disagree with,

The cash settlement, Allocation Plan, notice procedures, other features.)

e.g. the cash settlement, Allocation Plan, notice procedures, other features.)

 [Note that you may also object to any requests for attorneys' fees and expenses, or service awards for the named Rule 23(b)(3) Class Plaintiffs, as part of the same objection].

 Yes, I want to object to paying attorneys' fees, and Expenses or service awards.

 My reasons for objecting are: The laws and evidence that support each of my objections are: My personal information is:

Name (first, middle, last):  David Adams

Address: 2828 Browns Bridge Road

   Buford Ga 30519

Phone No.:678-971-1420

 The contact information for my lawyer (if any) is: None


Merchant Fees for All Three Locations:

Merchant Id (Buford): 8026771546

Merchant Id (Gainesville): 8029129130

Merchant Id (Norcross): 8026771538