REC C/25/19

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

1   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

2   In re Payment Card Interchange Fee and    )   No. 05-MD-01720 (MKB) (JO)

3   Merchant Discount Antitrust Litigation    )

4                                              )

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.**
★ JUN 14 2019 ★
BROOKLYN OFFICE

5   **STATEMENT OF OBJECTION TO FEES, EXPENSES, AND SERVICE AWARDS**

6   I am a member of the Rule 23(b)(3) Settlement Class in the case called In re

7   Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

8   I am a Class Member and an Authorized Claimant because of Gemstone Homes &

9   Properties at 1877 Clark Drive Tucker Georgia 30084 while accepting cards.

10  I object to the Class Counsel's requests and request for the Class Counsel's fees,

11  expenses, and the request for service awards to this Rule 23(b)(3) Class Plaintiff.

12  I reason for objecting thereby that the reimbursement of out-of-pocket and service

13  awards wouldn't have been immediately delivered to this Rule 23(b)(3) Class

14  Plaintiff and herein now will be immediately delivered as 31 U.S.C. § 3324 a

15  lawsuit funding advance to this Rule 23(b)(3) Class Plaintiff in the minimum

16  $250,000.00 amount without return payment with the ruling not for the Rule 23(b)(3)

17  Class Plaintiff or the dismissed Class Action.

18  I reason for objecting the case work costs thereby that the Rule 23(b)(3) Class

19  Counsel who is appointed and the Rule 23(b)(3) Class Plaintiff will not agree on an

20  up to amount and will have to agree to the specific percent of the $780,000,000.00

21  settlement or $78,000,000.00 to the Rule 23(b)(3) Class Counsels for the Court

22  judgment and the Defendant pay-out of $780 million to this Rule 23(b)(3) Class

23  Plaintiff.

24  I reason for objecting the litigation expenses thereby that the Rule 23(b)(3) Class

25  Counsel who is appointed and the Rule 23(b)(3) Class Plaintiff will not agree on an

26  up to amount and will have to agree to the specific dollar from the $780,000,000.00

27  settlement or $102,000,000.00 including the administrative costs of settlements,

28  the administrative costs of notices, and the service award advances to the Rule

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

1. 23(b)(3) Class Plaintiff before the judgment and pay-out of $780 million minus $180
2. million to Rule 23(b)(3) Class Counsels' with the full and entire costs equal to
3. $600 million cash or check amount to this Rule 23(b)(3) Class Plaintiff.
4. The law 31 U.S.C. § 3324 Advances and advance payment instructions is evidence that
5. support each of my objections.
6. My per se personal information as a Rule 23(b)(3) Class Plaintiff is:
7. Mr. Eric Felton Davis
8. Gemstone Homes & Properties
9. 1877 Clark Drive Tucker Georgia 30084-6539
10. 1 (678) 542-4980
11. The contact information for my lawyer representations are:
12. Mr. K. Craig Wildfang                    Mr. H. Laddie Montague, Jr.
13. Robins Kaplan LLP                        Berger Montague PC
14. 800 LaSalle Avenue                       1818 Market Street
15. Suite 2800                               Suite 3600
16. Minneapolis MN 55402                     Philadelphia PA 19103
17. 1 (612) 349-8500 Phone                   1 (800) 424-6690 Phone
18. 1 (612) 339-4181 Fax                     1 (215) 875-4604 Fax

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

1. 23(b)(3) Class Plaintiff before the judgment and pay-out of $780 million minus $180
2. million to Rule 23(b)(3) Class Counsels' with the full and entire costs equal to
3. $600 million cash or check amount to this Rule 23(b)(3) Class Plaintiff.
4. The law 31 U.S.C. § 3324 Advances and advance payment instructions is evidence that
5. support each of my objections.
6. My per se personal information as a Rule 23(b)(3) Class Plaintiff is:
7. Mr. Eric Felton Davis
8. Gemstone Homes & Properties
9. 1877 Clark Drive Tucker Georgia 30084-6539
10. 1 (678) 542-4980
11. The contact information for my lawyer representations are:
12. Mr. K. Craig Wildfang                    Mr. H. Laddie Montague, Jr.
13. Robins Kaplan LLP                         Berger Montague PC
14. 800 LaSalle Avenue                        1818 Market Street
15. Suite 2800                                Suite 3600
16. Minneapolis MN 55402                      Philadelphia PA 19103
17. 1 (612) 349-8500 Phone                    1 (800) 424-6690 Phone
18. 1 (612) 339-4181 Fax                      1 (215) 875-4604 Fax

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

1         UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

2 In re Payment Card Interchange Fee and   )    No. 05-MD-01720 (MKB)(JO)

3 Merchant Discount Antitrust Litigation    )

4                                              )

5     **STATEMENT OF OBJECTION TO THE SETTLEMENT AND SETTLEMENT ALLOCATIONS**

6 Gemstone Homes & Properties is a member of the Rule 23(b)(3) Settlement Class in

7 the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust

8 Litigation.

9 Gemstone Homes & Properties is a Class Member and an Authorized Claimant because of

10 Gemstone Homes & Properties at 1877 Clark Drive Tucker Georgia 30084 while

11 accepting cards.

12 Gemstone Homes & Properties object to the settlement in this class action lawsuit.

13 We object to the cash settlement and the cash settlement allocation plan request,

14 cash pay-outs to, and cash pay-ins from this Rule 23(b)(3) Class Plaintiff and this

15 Rule 23(b)(3) Class Plaintiff requests for the Court settlement minimum of $780

16 million to this Rule 23(b)(3) Class Plaintiff with the Class Counsel's fees,

17 expenses, and the request for service awards to this Rule 23(b)(3) Class Plaintiff

18 shall apply to the settlement and the objections.

19 The law 31 U.S.C. § 3324 Advances and advance payment instructions is evidence that

20 support each of my objections in that only eight Rule 23(b)(3) Class Plaintiffs

21 exist for reimbursements and service awards from the $6.24 billion divided by eight

22 equal $780 million to each of the eight Rule 23(b)(3) Class Plaintiffs.

23 My per se personal information as a Rule 23(b)(3) Class Plaintiff is:

24 Mr. Eric Felton Davis

25 Gemstone Homes & Properties

26 1877 Clark Drive Tucker Georgia 30084-6539

27 1 (678) 542-4980

28 The contact information for my lawyer representations are:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

| | |
|---|---|
| Mr. K. Craig Wildfang | Mr. H. Laddie Montague, Jr. |
| Robins Kaplan LLP | Berger Montague PC |
| 800 LaSalle Avenue | 1818 Market Street |
| Suite 2800 | Suite 3600 |
| Minneapolis MN 55402 | Philadelphia PA 19103 |
| 1 (612) 349-8500 Phone | 1 (800) 424-6690 Phone |
| 1 (612) 339-4181 Fax | 1 (215) 875-4604 Fax |

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1 (718) 613-2600

| | |
|---|---|
| Mr. K. Craig Wildfang | Mr. H. Laddie Montague, Jr. |
| Robins Kaplan LLP | Berger Montague PC |
| 800 LaSalle Avenue | 1818 Market Street |
| Suite 2800 | Suite 3600 |
| Minneapolis MN 55402 | Philadelphia PA 19103 |
| 1 (612) 349-8500 Phone | 1 (800) 424-6690 Phone |
| 1 (612) 339-4181 Fax | 1 (215) 875-4604 Fax |