

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 02 2019 ★

BROOKLYN OFFICE

PROPANE • PLUMBING • HEATING • FUEL OIL • AIR CONDITIONING

June 28, 2019

United States District Court for Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

Re: Statement of Objections.

Dear Clerk of Court:

We would like to submit a statement of objections for the following:

> United States District Court
> For the Eastern District of New York
>
> In re Payment Card inter change Fee and Merchant Discount Antitrust Litigation
> No. 05-MD-01720 (MKB) (JO)

Statement of Objections:

Maine Energy, Inc. is a member of the Rule 23(b)(3) Settlement Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

Maine Energy, Inc. is a Class member because Maine Energy, Inc., 1625 Hammond Street, Bangor, ME 04401, has accepted Visa or Mastercard for over 25 years.

Thank you

Sincerely yours,

*Linda Archer* (signature)

Linda Archer
Controller
Maine Energy, Inc.

BANGOR OFFICE:        1625 HAMMOND STREET      BANGOR, MAINE 04401       TEL: 207-947-4525
NORTHPORT OFFICE:     1229 ATLANTIC HIGHWAY    NORTHPORT, MAINE 04849    TEL: 207-338-2444

www.maineenergy.net

**MAINE ENERGY INC.**
1625 HAMMOND STREET • BANGOR, MAINE 04401

ADDRESS SERVICE REQUESTED

EASTERN MAINE 044
28 JUN 2019  PM 2 T


06/28/2019
US POSTAGE $000.50

ZIP 04401
041L11251915

United States District Court for Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201



1120131818