# ST. JOE PETROLEUM CO.

2520 SOUTH SECOND STREET • P.O. BOX 3067 • ST. JOSEPH, MISSOURI 64503
(816) 279-0770 • FAX (816) 233-4398

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

In re Payment Card Interchange Fee and : No. 05-MD-01720 (MKB) (JO)

Merchant Discount Antitrust Litigation :

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 08 2019 ★

**BROOKLYN OFFICE**

Statement of Objections

St. Joe Petroleum Co. is a member of the Rule 23(b)(3) Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.*

St. Joe Petroleum Co. is a Class member because we operate 9 locations that have accepted visa and mastercard since before 2004. The locations are as follows:

2520 S. 2nd Street

St. Joseph, MO  64501


2005 S.E. 85th Rd

Easton, MO  64443


3804 Mitchell Avenue

St. Joseph, MO  64507


2119 S. Riverside Road

St. Joseph, MO  64507


1702 St. Joe Avenue

St. Joseph, MO  64506





# ST. JOE PETROLEUM CO.

2520 SOUTH SECOND STREET • P.O. BOX 3067 • ST. JOSEPH, MISSOURI 64503
(816) 279-0770 • FAX (816) 233-4398

4217 Frederick Avenue

St. Joseph, MO  64506


2625 S. Belt Hwy.

St. Joseph, MO  64506


205 Hwy 36 E.

Wathena, KS  66090


841 S. 22nd Street

St. Joseph, MO  64507


*St. Joe Petroleum objects to the settlement in this lawsuit. It objects to the cash settlement, Allocation Plan.*

*My reasons for objecting are: the fairness of each plan and the length of time involved.*

*My personal information is:*

*Ronald Eugene Bachman*

*2520 S. 2nd Street  Saint Joseph, MO  64501*

*816-279-0770*





FASTGAS
Convenience Stores