CARTER OIL COMPANY INC.
P.O. Box 2506
Flagstaff, AZ  86003

DBA: Carter Conoco Travel Center, Carter Fuels, Carter-Cardlock

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 12 2019
BROOKLYN OFFICE

Date: July 9, 2019

Carter Oil Company Inc.  /  Paul Carter
Carter Oil Company Inc.
P.O. Box 2506
Flagstaff, Arizona  86003

Re:   **Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL-1720**

US District Court for the Eastern District of New York:

As you are aware, a federal court in New York issued a preliminary approval of the $6.24 billion settlement in the consolidated payment card interchange fee class action case.  The terms of the settlement state that the $6.24 billion fund will be distributed to the entity that "accepted VISA branded and/or MasterCard branded credit cards between January 1, 2004 and January 25, 2019."  While branded distributors incontrovertibly accepted both VISA and MasterCard cards, jobbers are not known to VISA or MasterCard because their branded distributors, in this case Western Refining/Andeavor/Marathon/PSX/Shell, is the one who is on record with the credit card companies.

The preliminary approval order of the settlement agreement was issued on January 24th, 2019.  I have been told that other major brand suppliers have pledged to pass through the amounts they receive from the settlement to their branded distributors.  I would like to make sure that Western Refining/Andeavor/Marathon/PSX/Shell (my supplier) will pledge that the portion of the settlement it receives will be passed on, *pro rata*, to its branded jobbers.  Any other position would be grossly unfair.

I thank you for your assistance.

_____
Jobber



**CARTER OIL company inc.**

**PAUL CARTER** | President

P.O. Box 2506
Flagstaff, AZ 86003

www.CarterOil.com

MOBILE **928.699-4736**
OFFICE **928.774.7600**
TOLL FREE **800.430.5419**
FAX **928.774.0763**
EMAIL **Pcarter@CarterOil.com**










