**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, DC |

Patrick Coughlin
patc@rgrdlaw.com

July 23, 2019

VIA ECF

The Honorable Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

Magistrate Judge James Orenstein
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY  11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* No. 1:05-MD-1720-MKB-JO

Dear Judges Brodie and Orenstein:

Pursuant to Fed. R. Civ. P. 23(e)(3), Rule 23(b)(3) Class Counsel ("Class Counsel") writes to inform the Court that an agreement has been reached related to the Goldstein group's request for fees; it will be folded in with Class Counsel's request, such that it will not increase the overall fee request of 9.56% of the settlement fund. As a result, the Goldstein group will not be filing a separate fee request as anticipated under the Court's current schedule on July 23, 2019. All other scheduled dates remain the same.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger Montague PC**

*/s/ Patrick J. Coughlin*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
  & Dowd LLP**

cc:  All Counsel (via ECF)