FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 22 2019 ★
BROOKLYN OFFICE

| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | CASE NO.: 05-MD-01720 (MKB) (JO) |
|---|---|

Statement of Objections

I am a member of the Rule 23(b)(3) Settlement in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*.

I am a Class member, I/N/O Lake Tawakoni Wind Point Park, 6553 State Park Road 55, Lone Oak, Texas 75453 and because we have accepted Visa and Mastercard cards since October 2014.

I object to class counsel's request for attorney's fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My personal information is:
   Lake Tawakoni Wind Point Park
   C/O Ryan Fergus or Lisa Glasscock
   6553 State Park Road 55
   Lone Oak, Texas 75453
   1-903-634-9463

Dated this 10 of July, 2019.

Lake Tawakoni Wind Point Park   by:
C/O Ryan Fergus or Lisa Glasscock on behalf of
Lake Tawakoni Wind Point Park

CC: Designated Rule 23(b)(3) Class Counsel:
   Alexandra S. Bernay, Robbins Geller Rudman & Dowd LLP,
   655 West Broadway, Suite 1900, San Diego, CA 92101

CC: Designated Defendant's Counsel:
   Matthew A. Eisenstein, Arnold & Porter Kaye Scholer LLP,
   601 Massachusetts Ave., NW, Washington, DC 20001-3743

USPS Priority Mail envelope

FROM:
Lake Tawakoni Wind Point Park
6553 State Park Road 55
Lone Oak, TX. 75453

TO:
United States District Court
For the Eastern District of N.Y.
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

Postage: $7.35
LONE OAK, TX 75453
Expected Delivery Day: 07/22/19
USPS Tracking Number: 9505 5101 0811 9200 1210 61