MARIA D. GIBERTONI
3687 GUILFORD RD
NAPLES, FL 34112

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF NEW YORK.
CLERK OF COURT / 225 CADMAN PLAZA
BROOKLYN, NEW YORK
11201

7/21/19

DESIGNATED RULE 23(b)(3) CLASS COUNSEL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2019 ★
BROOKLYN OFFICE

(WITH MY BEST KNOWLEDGE?):

ALEXANDRA S. BERNAY
ROBBINS GELLER RUDMAN & DOWD, LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

DESIGNATED DEFENDANT'S COUNSEL:
MATTHEW A. EISENSTEIN
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS Ave. NW
WASHINGTON, DC 2001-3743

05MD1720

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN RE PAYMENT CARD INTERCHANGE FEE and : N° 05-MD-01720
MERCHANT DISCOUNT ANTITRUST LITIGATION :    (MKB)(JO)

STATEMENT OF OBJECTIONS
I AM A MEMBER OF THE RULE 23(b)(3) SETTLEMENT CLASS IN THE CASE CALLED In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation.

I AM A CLASS MEMBER BECAUSE; I LIVING HERE IN NAPLES-FL, FROM 2000-2019 THE ONLY CREDIT CARD VISA AND MASTERCARD I HAVE HAD - FROM WELLS FARGO BANK - FIFTH THIRD BANK - BANK AMERICA.) (MARIA C. GIBERTONI) (MARIA D GIBERTONI) (MARIA GIBERTONI)

I OBJECT TO CLASS COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND EXPENSES AND/OR TO REQUEST FOR SERVICE AWARDS TO THE RULE 23(b)(3) CLASS PLAINTIFFS.

THE LAWS AND EVIDENCE THAT SUPPORT EACH OF MY OBJECTIONS ARE: MY PERSONAL INFORMATION IS:
O NAME: MARIA DEL CARMEN GIBERTONI
O ADDRESS: 3687 GUILFORD RD NAPLES, FL 34112
O PHONE No: (239) 601-7808 (ONLY MESSAGE, PLEASE)

(MG) 7/21/19

Designated Rule 23(b)(3) Class Counsel:

Alexandra S. Bernay
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Designated Defendants' Counsel:

Matthew A. Eisenstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

The Clerk of Court, the attorneys for the class and defendants must receive your letter by **July 23, 2019**.

**What should my Statement of Objections say?**

Your Statement of Objections must contain the following information:

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | No. 05-MD-01720 (MKB) (JO) |

Statement of Objections

I am a member of the Rule 23(b)(3) Settlement Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*.

I am a Class member because [*List information that will prove you are a class member, such as your business name and address, and how long you have accepted Visa or Mastercard cards*].

I object to class counsel's request for attorneys' fees and expenses and/or to the request for service awards to the Rule 23(b)(3) Class Plaintiffs.

My reasons for objecting are:

The laws and evidence that support each of my objections are:

My personal information is:

- o  Name (first, middle, last):
- o  Address:
- o  Phone No.:

The contact information for my lawyer (if any) is:

**Can I call the Court or the Judge's office about my objections?**

No. If you have questions, you may visit the website for the settlement, www.PaymentCardSettlement.com, or call the Class Administrator at 1-800-625-6440.

HOY: 7/21/2019
Y/O: MARIA GIBERTONI
3687 GUILFORD RD
NAPLES, FLORIDA

A: UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NEW YORK.
    CLERK OF COURT
225 CADMAN PLAZA
BROOKLYN, NEW YORK 11201

B: DESIGNATED RULE 23(b)(3) CLASS
COUNSEL:
    ALEXANDRA S. BERNAY
ROBBINS GELLER RUDMAN & DOWD LLP
655 WEST BROADWAY, SUITE 1900
SAN DIEGO, CA 92101

C: DESIGNATED DEFENDANT'S COUNSEL:
    MATTHEW A. EISENSTEIN
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVE. NW
WASHINGTON, DC 2001-3743

(MUST TO: TRANSLATE)
YO; MARIA GIBERTONI,
    CONTESTANDO SU AVISO DE RECLAMO Y ESPERANDO EN
DIOS!... QUE NO SEA OTRO "FRAUDE" DE: PAYMENT CARD
    INTERCHANGE FEE SETTLEMENT
    PO BOX 2530
    PORTLAND OR 97208-2530
LEGAL NOTICE ABOUT A CLASS ACTION SETTLEMENT,
    (COPIA DEL 1er PAGINA CARTA)
GRACIAS POR SU INTERES Y PROTECCION DE DERECHOS
DE LOS CONSUMIDORES," Y SI ACASO ES OTRA TRAMPA DE LOS
DESHONESTOS COMERCIANTES ME PERDONA LA DUDA...
PERO ME SIENTO CANSADA AUNQUE NO PIERDO LA FE
DE QUE TODAVIA PODEMOS MANTENERNOS COMO (LOS HEROES
AMOROSOS Y VALIENTES AMERICANOS), CON TODO RESPETO;
DIOS BENDIGA AMERICA!  Maria!

Payment Card Interchange Fee Settlement
PO Box 2530
Portland OR 97208-2530

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882
```

# Legal Notice about a class action settlement.


4730110158092

P67 T3088

MARIA GIBERTONI
MARIA GIBERTONI
3687 GUILFORD RD
NAPLES FL  34112-6236

**A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.**

*Si desea leer este aviso en español, llámenos o visite nuestro sitio web*

若需查閱本通知的中文版，請撥電話或訪問我們的網站

この お知らせを 日本語で お読みになりたい方は、当社まで お電話を ください。
または 当社 ウェブ サイトを ご覧 ください。

한국어로 된 이 통지서 정본을 읽기 원하시면 저희에게 전화 또는 웹사이트를 방문해 주십시오.

Để đọc thông báo này bằng tiếng Việt, xin gọi hoặc viếng trang mạng của chúng tôi

โปรดดูรายละเอียดในภาษาไทยได้โดยติดต่อเราทางโทรศัพท์หรือเว็บไซต์

Для того, чтобы прочитать это сообщение на русском языке, позвоните нам или посетите наш веб-сайт

**www.PaymentCardSettlement.com • 1-800-625-6440**