**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL Docket No. 1720<br><br>MASTER FILE NO.<br>1:05-MD-1720-MKB-JO<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| This document relates to:<br><br>ALL ECONOMIC ACTIONS | |

TO:   All Counsel of Record:

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Kendrick Michael Jan, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Kendrick Jan, APC, and a member in good standing of the bar of the State of California,

////

////

////

////

////

////

as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Gnarlywood LLC. There are no pending disciplinary proceedings against me in any state or federal court.

Date: <u>August 21, 2019</u>

Respectfully submitted,

/s/ Kendrick Michael Jan
Kendrick Michael Jan, CA SBN 105149
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Email: kj@jan-law.com
Phone: (619) 231-7702
Counsel for Objector Gnarlywood LLC