September 3, 2019

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

RE:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.) (MKB) (JO)

Dear Judge Brodie and Judge Orenstein:

On behalf of the 7-Eleven Plaintiffs and Defendants, we write to advise the Court that the 7-Eleven Plaintiffs and Defendants are discussing a potential resolution to the 7-Eleven Plaintiffs' objection, dated July 23, 2019, ECF No. 7570, to the Class Settlement Agreement. We respectfully request a one-day extension of time until tomorrow, September 4, 2019, for Defendants to respond to the 7-Eleven Plaintiffs' objection.

Respectfully submitted,

/s/ Jeffrey I. Shinder         /s/ Kenneth A. Gallo         /s/ Robert J. Vizas

*On behalf of the 7-Eleven Plaintiffs*     *On behalf of Defendants*     *On behalf of Defendants*