# CONSTANTINE CANNON LLP

**Jeffrey Shinder**
212-350-2709
jshinder@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

September 4, 2019

<u>VIA ECF</u>

The Honorable Margo K. Brodie
The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*,
     <u>05-md-1720 (MKB)(JO)</u>

Dear Judges Brodie and Orenstein:

The 7-Eleven Plaintiffs write to advise the Court that we are withdrawing our objection dated July 23, 2019, ECF No. 7570. Our objection has been resolved by a letter clarifying Defendants' understanding as to the scope of the 7-Eleven Plaintiffs' exclusion requests.

            Respectfully submitted,

            /s

            Jeffrey I. Shinder
            *Counsel for 7-Eleven Plaintiffs*

NYDOCS 436107v.1