**From:** Joseph Gutmann
**Sent:** Friday, September 6, 2019 10:23 AM
**To:** Breakstone, Jay
**Cc:** Tom Thrash                             ; Duncan, Phillip
**Subject:** 05-MD-1720 In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

Good morning,

I am a law clerk in the chambers of Magistrate Judge James Orenstein at the Eastern District of New York. At yesterday's conference in the above matter, counsel for the R&M Objectors made reference to contemporaneous time billing records, broken down by task, that were submitted as part of R&M Objectors' motion for an award of attorneys' fees, expenses, and service awards. The judge has asked me to track down those billing records and I'm having some difficulty locating them. Can you direct me to the portion of the record where these billing records can be found?

Thank you,

Joseph Gutmann
Law Clerk to the Honorable James Orenstein
United States District Court
Eastern District of New York

1