UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————— x
In re PAYMENT CARD INTERCHANGE   :   MDL No. 1720(MKB)(JO)
FEE AND MERCHANT DISCOUNT        :
ANTITRUST LITIGATION             :   Civil No. 05-5075(MKB)(JO)
                                 :
—————————————————————            :   JOINT MOTION BY THE SETTLING
                                 :   PARTIES TO EXTEND THE DEADLINE
This Document Relates To:        :   FOR RESOLVING ANY DISPUTES
                                 :   REGARDING THE CLASS EXCLUSION
    ALL ACTIONS.                 :   TAKEDOWN PAYMENTS
                                 :
————————————————————— x

4815-5197-7124.v1

The Settling Parties[1] bring this motion to extend, by a reasonable time period of no more than 14 days, the date by which any outstanding differences, should they exist, regarding the amount of the Class Exclusion Takedown Payments to be made to the Visa Defendants, and to the Mastercard Defendants and Bank Defendants, must be resolved.

Under the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants ("Settlement Agreement"), after receiving the Class Administrator's report (ECF No. 7641-1) and supporting documentation on August 7, 2019, the Visa Defendants and the Mastercard Defendants were to provide to Class Plaintiffs "[w]ithin fifteen days or as soon thereafter as is reasonably practicable" a report that "calculates, based on

---

[1] The Settling Parties are comprised of the following parties: (1) "Rule 23(b)(3) Class Plaintiffs," defined as Photos Etc. Corporation (also referred to as 30 Minute Photos Etc. Corporation in the Third Consolidated Amended Class Action Complaint); Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corporation (also known as Parkway Corp.); and Payless Inc. (and on behalf of Payless ShoeSource, Inc.); (2) "Bank Defendants" defined as Bank of America, N.A.; BA Merchant Services LLC (formerly known as National Processing, Inc.); Bank of America Corporation; Barclays Bank plc; Barclays Delaware Holdings, LLC (formerly known as Juniper Financial Corporation); Barclays Bank Delaware (formerly known as Juniper Bank); Barclays Financial Corp.; Capital One Bank (USA), N.A.; Capital One F.S.B.; Capital One Financial Corporation; Chase Bank USA, N.A. (and as successor to Chase Manhattan Bank USA, N.A. and Bank One, Delaware, N.A.); Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC); JPMorgan Chase & Co. (and as successor to Bank One Corporation); JPMorgan Chase Bank, N.A. (and as successor to Washington Mutual Bank); Citibank, N.A.; Citigroup Inc.; Citicorp; Fifth Third Bancorp; First National Bank of Omaha; HSBC Finance Corporation; HSBC Bank USA, N.A.; HSBC North America Holdings Inc.; HSBC Holdings plc; HSBC Bank plc; The PNC Financial Services Group, Inc. (and as acquirer of National City Corporation); National City Corporation; National City Bank of Kentucky; SunTrust Banks, Inc.; SunTrust Bank; Texas Independent Bancshares, Inc.; and Wells Fargo & Company (and as successor to Wachovia Corporation); (3) "Mastercard Defendants" defined as Mastercard International Incorporated and Mastercard Incorporated, and each of their respective subsidiaries, successors, purchasers, and assigns (including an acquirer of all or substantially all of their respective assets, stock, or other ownership interests); and (4) "Visa Defendants" defined as Visa U.S.A. Inc., Visa International Service Association (also known as Visa International), and Visa Inc., and each of their respective subsidiaries, successors, purchasers, and assigns (including an acquirer of all or substantially all of their respective assets, stock, or other ownership interests).

- 1 -

the Opt Outs, the Class Exclusion Takedown Payments that should be made to the Visa Defendants, the Mastercard Defendants, and the Bank Defendants." Settlement Agreement, ¶55(a). The report was not submitted on August 22, 2019, because, as counsel for defendants explained, there were outstanding issues related to certain exclusion requests that made it impossible for them to calculate the amount of the Class Exclusion Takedown Payments. The Settling Parties worked cooperatively to clarify those outstanding issues. On September 11, 2019, the Visa Defendants and the Mastercard Defendants provided the Class Exclusion Takedown Payments calculation. Under the Settlement Agreement "Rule 23(b)(3) Class Counsel may, at its option, request that the Class Administrator provide, within fifteen days after receiving the report of the Visa Defendants and the Mastercard Defendants, an analysis and evaluation of the report of the Visa Defendants and the Mastercard Defendants, including all of its assumptions, data sources, and conclusions, and/or request that the Class Administrator prepare an independent report calculating the amount of the Class Exclusion Takedown Payments that should be made to the Visa Defendants, to the Mastercard Defendants, and to the Bank Defendants." *See* Settlement Agreement, ¶55(b).

The date by which the parties must resolve any differences regarding the amount of the Class Exclusion Takedown Payments is keyed to the Court's entry of the Rule 23(b)(3) Class Settlement Preliminary Approval Order. *See* Settlement Agreement, ¶55(c). Under the current schedule, that date is September 23, 2019. Because the Settling Parties do not yet know whether there will be any disputes, they here jointly seek to extend the deadline by 14 days.

There have been no previous requests for an enlargement of time and this request will not affect any other dates.

DATED: September 18, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
ALEXANDRA S. BERNAY
CARMEN A. MEDICI

       s/ Alexandra S. Bernay
   ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
ARMEN ZOHRABIAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612/349-8500
612/339-4181 (fax)

- 3 -

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

- 4 -