UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re PAYMENT CARD INTERCHANGE : MDL No. 1720(MKB)(JO)
FEE AND MERCHANT DISCOUNT :
ANTITRUST LITIGATION : Civil No. 05-5075(MKB)(JO)
 :
--------------------------------------------------------------- : [PROPOSED] ORDER GRANTING JOINT
 : MOTION BY THE SETTLING PARTIES TO
This Document Relates To: : EXTEND THE DEADLINE FOR
 : RESOLVING ANY DISPUTES
   ALL ACTIONS. : REGARDING THE CLASS EXCLUSION
 : TAKEDOWN PAYMENTS
---------------------------------------------------------------x

4818-7607-2870.v1

The Court, having considered the Joint Motion by the Settling Parties to Extend the Deadline for Resolving any Disputes Regarding the Class Exclusion Takedown Payments hereby Orders that the Motion is GRANTED.

The deadline by which any disputes must be resolved is extended until October 7, 2019.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE JAMES ORENSTEIN
UNITED STATES DISTRICT JUDGE