

800 LASALLE AVENUE　612 349 8500 TEL
SUITE 2800　612 339 4181 FAX
MINNEAPOLIS MN 55402　ROBINSKAPLAN.COM

K. CRAIG WILDFANG
612 349 8554 TEL
KCWILDFANG@ROBINSKAPLAN.COM

October 14, 2019

*VIA ECF*

The Honorable Margo K. Brodie　　　　The Honorable James Orenstein
United States District Court　　　　　United States District Court
Eastern District of New York　　　　 Eastern District of New York
225 Cadman Plaza East　　　　　　　 225 Cadman Plaza East
Brooklyn, New York  11201　　　　　  Brooklyn, NY  11201

　　　　Re:　*In re Payment Card Interchange Fee and Merchant*
　　　　　　 <u>*Discount Antitrust Litigation*</u>, 1:05-md-01720 (MKB) (JO)

Dear Judges Brodie and Orenstein:

It has come to my attention that there were ECF filing errors with regard to Jack Rabbit, LLC and 280 Station LLC's ("Jack Rabbit Intervenors") motion to intervene. This may be attributable to counsel for the movants inexperience with ECF filings, or perhaps counsel is simply unfamiliar with the accepted protocol for filing in this case, but I wanted to apprise the Court of this issue and suggest a method to remedy the erroneous filing on the docket.

Pursuant to the Court's Order of October 9, 2019, and consistent with Judge Brodie's Individual Practices and Rules, on October 10, 2019 counsel for Jack Rabbit Interventors filed the motion papers relating to their motion (ECF No. 7730). However, this filing was improperly made. Rule 23(b)(3) Class Plaintiffs' Memorandum of Law in Opposition to Motion of Jack Rabbit, LLC and 280 Station LLC to Intervene to Jack Rabbit Intervenors' Motion for Leave to Intervene was filed by the Jack Rabbit Intervenors as an *attachment* to their motion (ECF No. 7730-1); therefore, it does not have its own docket entry. We respectfully propose that Rule 23(b)(3) Class Plaintiffs be permitted to file our response now so that it may have its own docket entry assigned to it.

Additionally, I do not believe that proper courtesy copies, in the form required under Judge Brodie's Individual Practices and Rules, were sent to Judge Brodie. Judge Brodie's Rule 3D states that "… the moving party shall furnish chambers with a full set of courtesy copies of the motion papers, together with a letter specifying each document in the package … the cover letter shall be sent to the assigned magistrate judge and to opposing counsel, and shall be electronically filed." Although Magistrate Judge Orenstein normally does not request courtesy copies of motion papers, he did in connection with this motion (email dated September 24, 2019 from J. Gutmann, Clerk to Judge Orenstein, to counsel), as Jack Rabbit Intervenors did not file their

90103514.1

October 14, 2019
Page 2

---

motion and supporting documents on the day they served them which is the accepted procedure most commonly used by counsel in this matter. Counsel provided copies to Judge Orenstein by email the same day. However, the Rule 23(b)(3) Class Plaintiffs' opposition, and the movants' reply, had not then been filed and I do not believe that copies of those materials have been provided to Judge Orenstein.

To remedy these errors and omissions, the Class Plaintiffs propose that:

1) Class Plaintiffs be permitted re-file our Memorandum of Law in Opposition to Motion of Jack Rabbit, LLC and 280 Station LLC to Intervene as a separate document with its own docket entry;

2) Once we receive a file-stamped copy of our Memorandum of Law, Class Plaintiffs will prepare and send to Judge Brodie a set of the motion papers in the format she prefers (each document two-sided and spiral bound, with the ECF docket numbering appearing at the top).

3) By separate email send to Judge Orenstein PDF copies of the motion papers. If Judge Orenstein would like a hard copy set of the motion papers, upon request we will provide a set.

Respectfully submitted,

ROBINS KAPLAN LLP

*s / K. Craig Wildfang*
K. Craig Wildfang

cc:  All Counsel of Record by ECF

90103514.1