# EXHIBIT "A"

# Lodestar Multipliers Including Friedman Law Group Time

**Lodestar at Historic Rates**: $214,801,410

**Estimated Lodestar at Current Rates**: $276,449,414 (lodestar at historic rates multiplied by 1.287 to reflect that at current rates the lodestar of the 5 leadership firms is 28.7% higher than at historic rates)

**Total Settlement Fund**: $5,620,511,120 (as of Oct. 25, 2019 after deducting $700 million takedown)

**Requested Fee of 9.56%**: $537,320,863

**Multiplier at Historic Rates**: 2.5

**Multiplier at Current Rates**: 1.94