UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No: 05-md-01720 (MKB) (JO) |
| This Document Applies to:<br><br>*MELVIN SALVESON, et al., v.*<br>*JP MORGAN CHASE & CO., et al.* | Case No. 14-cv-3529 (MKB) (JO)<br><br>ORAL ARGUMENT REQUESTED |

### SALVESON PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF FROM FINAL JUDGMENT

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, the *Salveson* Plaintiffs, in the above-captioned matter before the Honorable Margo K. Brodie in United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, will move this Court for an order granting the *Salveson* Plaintiffs' Motion for Relief from Final Judgment Pursuant to Fed. R. Civ. P. 60 and this Court's inherent authority. *Dictograph Products Company v. Sonotone Corporation,* 230 F.2d 131, 134-135 (2d Cir. 1956).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing or answering memoranda and/or declarations shall be served on or before November 14, 2019.

**PLEASE TAKE FURTHER NOTICE** that the *Salveson* Plaintiffs request oral argument in connection with this Motion for Relief from Final Judgment.

                                      Respectfully submitted,

Date: November 1, 2019                   ALIOTO LAW FIRM


                                      By: *s/ Joseph M. Alioto*

                                           Joseph M. Alioto (SBN 42680)
                                           Jamie L. Miller (SBN 271452)
                                           ALIOTO LAW FIRM
                                           One Sansome Street, Suite 3500
                                           San Francisco, California 94104
                                           Tel: (415) 434-8900
                                           Fax: (415) 434-9200
                                           Email: jmiller@aliotolaw.com


                                           Lingel H. Winters, Esq. (SBN 37759)
                                           LAW OFFICES OF LINGEL H. WINTERS
                                           275 Battery Street, Suite 2600
                                           San Francisco, California 94111
                                           Tel: (415) 398-2941
                                           Fax: (415) 393-9887
                                           Email: sawmill2@aol.com

                                           *Interim Co-Lead Counsel for the Salveson*
                                           *Plaintiffs and all others similarly situated*

*Notice of Motion and Motion of Salveson Plaintiffs for Relief from Final Judgment*