

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 01 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | MDL No. 1720(MKB)(JO)<br>Civil No. 05-5075(MKB)(JO)<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING BY LAW OFFICES OF NEJAT KOHAN, INC.** |

Hearing Date:    11/07/2019
Hearing Time:    10:00 a.m.

TO ALL INTERESTED PARTIES HEREIN:

The Law Offices of Nejat Kohan, Inc., having previously filed its Notice of Intention to Appear at Fairness Hearing, has a conflict on the above Hearing Date and having attempted unsuccessfully to obtain counsel to represent him at said Fairness Hearing, hereby gives notice that unless he is able to locate counsel prior to 11/07/2019, will not be appearing at said Fairness Hearing.

This notice should not be construed as withdrawal of Kohan's Statement of Objections to Settlement (Rule 23(b)(3)), which he requests the Court consider and rule on regardless of whether or not Kohan appears at the Fairness Hearing.

Dated: October 30, 2019

_____
Nejat Kohan, Esq.
Law Offices of Nejat Kohan, Inc.
P. O Box 2804, Palm Springs, CA 92263.
Office (760) 325-3700, Fax (760)325-3702.
Mobile (760) 799-2964.
Email: NejatKohan@Yahoo.com

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(MKB)(JO)<br>Civil No. 05-5075(MKB)(JO)<br><br>**PROOF OF SERVICE BY MAIL** |
| This Document Relates To:<br>ALL ACTIONS. | Hearing Date:  11/07/2019<br>Hearing Time:  10:00 a.m. |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside, State of California, and not a party to the above-entitled cause. My address is 696 Via Monte Vista, Palm Springs, CA 92262. On Oct. 30, 2019, I served a true copy of

**NOTICE OF WITHDRAWAL OF NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING BY LAW OFFICE OF NEJAT KOHAN, INC.**

by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Alexandra S. Bernay
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA. 92101

Matthew A. Eisenstein
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001-3743

Place of Mailing: Palm Springs, California

Executed on October 30, 2019 at Palm Springs, California

I hereby certify that I am employed in the office of a member of the Bar of United States District Court, Central District of California at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Lisa Luisi*
Lisa Luisi

**NEJAT KOHAN, ESQ.**
**LAW OFFICES OF NEJAT KOHAN, INC.**
**P.O Box 2804**
**Palm Springs, CA  92263**

**U.S. DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF NEW YORK**
**Clerk of Court**
**225 Cadman Plaza**
**Brooklyn, New York 11201**

