**Robbins Geller Rudman & Dowd LLP**

Boca Raton    Melville    San Diego
Chicago    Nashville    San Francisco
Manhattan    Philadelphia    Washington, D.C.

November 11, 2019

VIA ECF

The Honorable Margo K. Brodie
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

> Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Brodie:

We write on behalf of Rule 23(b)(3) class plaintiffs and defendants in the above-referenced case to respectfully request an extension, until November 21, 2019, to address the three issues identified in Your Honor's November 7, 2019 minute entry: (1) submitting a draft proposed notice to be sent to merchants that previously received a notice of exclusion from the class based on their relationship with a third party, which third party settled its claims; (2) submitting the names of three potential candidates for special master, as well as a suggested procedure for the special master to follow; and (3) responding to the argument raised by the Branded Operators that allowing merchants previously excluded to submit claims should impact the opt-out reductions and expense takedowns from the settlement fund.

Rule 23(b)(3) class plaintiffs and defendants do not believe that the requested extension would prejudice any party, and respectfully submit that the additional time would allow them to more comprehensively confer about and address these issues. Rule 23(b)(3) class plaintiffs and defendants are reviewing data and other information to ensure we provide the Court with comprehensive answers.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger Montague PC**

*/s/ Patrick J. Coughlin*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

cc:     Counsel of Record via ECF