**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, DC |

November 26, 2019

VIA ECF

The Honorable Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY  11201

Magistrate Judge James Orenstein  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Room 1227 South  
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JO)

Dear Judges Brodie and Orenstein:

     Pursuant to paragraph 27 of the Rule 23(b)(3) Class Settlement Preliminary Approval Order and paragraph 19 of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants, Rule 23(b)(3) Class Plaintiffs respectfully request the Court's approval of the Settlement Administrator's funding request in the amount of $7,480,939.95 from the Payment Interchange Class I QSF and the Class Settlement Interchange Escrow Account.  This request covers invoices from the period March 2019 through August 2019 and includes work related to data preparation and noticing efforts, staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, and periodic reporting for counsel.

     Attached as Exhibit A is the Settlement Administrator's funding request (which has been redacted only to remove sensitive banking information).

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

Attachment

cc:    All Counsel via ECF