**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

November 26, 2019

<u>VIA ECF</u>

The Honorable Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
             No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Brodie:

      Rule 23(b)(3) Class Counsel responds here to Your Honor's Order of November 25, 2019.

      Class Counsel has discussed with Epiq, the Class Administrator, and with defendants the Court's query regarding whether the Court should "consider both timely and untimely, as well as incomplete, exclusion requests in determining whether to finally approve the Rule 23(b)(3) class settlement, *i.e.*, whether for the purposes of settlement the parties consider all 675 exclusion requests as resulting in exclusion."  It is the position of Epiq, Class Counsel and the defendants that all 675 exclusion requests should be considered as resulting in an exclusion.

                                   Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Patrick J. Coughlin* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

cc:    Counsel of Record via ECF