# EXHIBIT 2

# EXHIBIT 2

*47 West 55th Restaurant Inc. v. Visa U.S.A. Inc., et al.*, No. 06-CV-01829-MKB-JO (E.D.N.Y.), formerly No. 05-CV-08057-SCR (S.D.N.Y.).

*518 Restaurant Corp. v. American Express Travel Related Services Co., Inc., et al.*, No. 05-CV-05884-MKB-JO (E.D.N.Y.), formerly No. 05-CVG-04230-GP (E.D. Pa.).

*American Booksellers Association v. Visa U.S.A., Inc., et al.*, No. 05-CV-05319-MKB-JO (E.D.N.Y.).

*Animal Land, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05074-MKB-JO (E.D.N.Y.), formerly No. 05-CV-01210-JOF (N.D. Ga.).

*Baltimore Avenue Foods, LLC v. Visa U.S.A., Inc., et al.*, No. 05-CV-05080-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06532-DAB (S.D.N.Y.).

*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-MD-01720-MKB-JO (E.D.N.Y.).

*Bishara v. Visa USA, Inc., et al.*, No. 05-CV-05883-MKB-JO (E.D.N.Y.), formerly No. 05-CV-04147-GP (E.D. Pa.).

*BKS, Inc., et al. v. Visa, Inc., et al.*, No. 09-CV-02264-MKB-JO (E.D.N.Y.), formerly No. 09-CV-00066-KS-MTP (S.D. Miss.).

*Bonte Wafflerie, LLC, et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05083-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06708-DAB (S.D.N.Y.).

*Broadway Grill, Inc. v. Visa, Inc., et al.*, No. 17-cv-04362-MKB-JO (E.D.N.Y.), formerly No. 16-cv-04040 (N.D. Cal.) and 16-00392 (Cal. Super. Ct.).

*Broken Ground, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05082-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06543-DAB (S.D.N.Y.).

*Connecticut Food Association, Inc., et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05880-MKB-JO (E.D.N.Y.), formerly No. 05-CV-07456-DAB (S.D.N.Y.).

*Discount Optics, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05870-MKB-JO (E.D.N.Y.), formerly No. 05-CV-07175-DAB (S.D.N.Y.).

*East Goshen Pharmacy, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05073-MKB-JO (E.D.N.Y.), formerly No. 05-CV-01177-JBA (D. Conn.).

*Esdacy, Inc. v. Visa U.S.A., Inc. et al.*, No. 06-CV-05583-MKB-JO (E.D.N.Y.), formerly No. 06-CV-02192-MDL (D.S.C.).

*Fairmont Orthopedics & Sports Medicine, PA, et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05076-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06259-DAB (S.D.N.Y.).

*Fitlife Health Systems of Arcadia, Inc. v. Mastercard International Incorporated, et al.*, No. 05-CV-05153-MKB-JO (E.D.N.Y.).

*Fringe, Inc. v. Visa U.S.A., Inc. et al.*, No. 05-CV-04194-MKB-JO (E.D.N.Y.).

*G.E.S. Bakery, Inc. v. Visa USA, Inc., et al.*, No. 05-CV-05879-MKB-JO (E.D.N.Y.), formerly No. 05-CV-07414-DAB (S.D.N.Y.).

*Gulfside Casino Partnership v. Visa, Inc., et al.*, No. 09-CV-03225-MKB-JO (E.D.N.Y.), formerly No 05-CV-00382-HSO-JMR (S.D. Miss.).

*Harris Stationers, Inc., et al. v. VISA International Service Association, Inc., et al.*, No. 05-CV-05868-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06541-ABC-AJW (C.D. Cal.).

*Hyman, et al. v. VISA International Service Association, Inc., et al.*, No. 05-CV-05866-MKB-JO (E.D.N.Y.), formerly No. 05-CV-00487 (W.D. Ky.).

*Jasperson v. Visa U.S.A., Inc., et al.*, No. 05-CV-05070-MKB-JO (E.D.N.Y.), formerly No. 05-CV-02996-MMC (N.D. Cal.).

*Jax Dux & Bux, LLC v. Visa U.S.A. Inc., et al.*, No. 06-CV-01830-MKB-JO (E.D.N.Y.), formerly No. 05-CV-08058-SCR (S.D.N.Y.).

*Jetro Holding, Inc., et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-04520-MKB-JO (E.D.N.Y.).

*JGSA, Inc. v. Visa USA, Inc., et al.*, No. 05-CV-05885-MKB-JO (E.D.N.Y.), formerly No. 05-CV-00801-CNC (E.D. Wis.).

*Lakeshore Interiors v. Visa U.S.A., Inc., et al.*, No. 05-CV-05081-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06683-DAB (S.D.N.Y.).

*LDC, Inc. v. Visa USA, Inc., et al.*, No. 05-CV-05871-MKB-JO (E.D.N.Y.), formerly No. 05-CV-07316-DAB (S.D.N.Y.).

*Lee, et. al. v. Visa U.S.A. Inc., et. al.*, No. 05-CV-03800-MKB-JO (E.D.N.Y.).

*Leeber Cohen, M.D. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05878-MKB-JO (E.D.N.Y.), formerly No. 05-CV-07317-DAB (S.D.N.Y.).

*Lepkowski v. Mastercard International Incorporated, et al.*, No. 05-CV-04974-MKB-JO (E.D.N.Y.).

*Lombardo Bros., Inc. v. Visa U.S.A., Inc.*, No. 05-CV-05882-MKB-JO (E.D.N.Y.), formerly No. 05-CV-04146-GP (E.D. Pa.).

*Michael Cetta, Inc. v. Visa U.S.A. Inc., et al.*, No. 06-CV-01831-MKB-JO (E.D.N.Y.), formerly No. 05-CV-08060-SCR (S.D.N.Y.).

*National Association of Convenience Stores, et al. v. Visa U.S.A., Inc. et al.*, No. 05-CV-04521-MKB-JO (E.D.N.Y.).

*National Grocers Association, et al. v. Visa U.S.A., Inc. et al.*, No. 05-CV-05207-MKB-JO (E.D.N.Y.).

*NuCity Publications, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05075-MKB-JO (E.D.N.Y.), formerly No. 05-CV-05991-DAB (S.D.N.Y.).

*Parkway Corp., et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05077-MKB-JO (E.D.N.Y.), formerly No. 05-CV-06349-DAB (S.D.N.Y.).

*Payless Shoe Source, Inc. v. Visa U.S.A. Inc., et al.*, No. 06-CV-01832-MKB-JO (E.D.N.Y.), formerly No. 05-CV-09245-SCR (S.D.N.Y.).

*Performance Labs, Inc. v. American Express Travel Related Services Co., Inc., et al.*, No. 05-CV-05869-MKB-JO (E.D.N.Y.), formerly No. 05-CV-03959-JCL-MF (D. N.J.).

*Photos Etc. Corp., et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05071-MKB-JO (E.D.N.Y.), formerly No. 05-CV-01007-WWE (D. Conn.).

*Resnick Amsterdam & Leshner P.C. v. Visa U.S.A., Inc., et al.*, No. 05-CV-03924-MKB-JO (E.D.N.Y.).

*Rookies, Inc., et al. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05069-MKB-JO (E.D.N.Y.), formerly No. 05-CV-02933-SC (N.D. Cal.).

*Seaway Gas & Petroleum, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-04728-MKB-JO (E.D.N.Y.).

*Tabu Salon & Spa, Inc. v. Visa U.S.A., Inc., et al.*, No. 05-CV-05072-MKB-JO (E.D.N.Y.), formerly No. 05-CV-01111-WWE (D. Conn.).

*Twisted Spoke v. Visa USA, Inc., et al.*, No. 05-CV-05881-MKB-JO (E.D.N.Y.), formerly No. 05-CV-02108-KMO (N.D. Ohio).