RD 11/26/19

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 25 2019 ★

BROOKLYN OFFICE

November 07, 2019

RECEIVED NOV 25 2019 PRO SE OFFICE

The Honorable Judge Margo H. Brodie
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn NY- 11201

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza east
Brooklyn NY-11201

Re:   In re Payment Card interchange Fee and Merchant Discount
Antitrust Litigation

Case No. 1:05-MD-1720 ( MKB )( JO )

Dear Judges Brodie and Orenstein:

I, Annamalai Annamalai ( movant ) hereby "reply" to the 'Response' of the attorney Ryan W. Marth, concerning the above cited civil matters.

Attorney Marth, appears to be in lot of hostality towards myself, for the reasons unknown to me. In his thrust of 'kicking me' out of this litigation, he went ahead and misguided this court extensively. First, I have NOT attached anything with my motion which was docketed in this action. Please see my motion and docket entry no. 717, dated 10.21.2019. Secondly attorney Marth'Response, to my motion appears to be untimely, since, his own communication, expressly shown. such he has mailed the response on 11/05/2014, well over the 14 days time stipulated by the civil rule to respond and or object my motion. ( However, he has filed his response to your good self on 10.30.2019. )

Its so clear from the response of Mr. Marth, he is NOT representing my interest as a potential class maember, rather, he expects this court to 'kick me out'. in furtherance of his bad faith acts, he went ahead and has quoted some cases in which I, either involved_ or not, to create an unwanted smome and mirror to prejudice me. First and foremost, the cases he has cited, as I have allegdly involved has 100% has 'nothing' to do with this litigation, where, I would like to be a class member.

To address Mr. marth about my involvement with the Visa and Mater card's improper dealings, which has caused this litigation, I have enclosed herewith an express correspondence, which was directed to an entity, which is allegdly involved in this action. Please see Exhibit-A, which has the list of the entities which has processed the visa and Master cards, which were co-founded by myself. The total amount of visa and master card processed comes to the tune of $ 15,463,593.27 in the time period of the card processing, subject to this litigation. The enclosed Exhibit has the names and the Tax ID numbers of such entities.

Pursuant to Fed.R.Civi.P. 23(g)(4), the class counsel Mr. marth 'MUST" fairly and adequately represent my interests in this class, which he patently does not represent my interests at all at this time. Further under Fed.R.Civ.P. 24(a)(1) & (2) I have an unconditional right to intervene in this action under Federal

statue 1341 and my claims and interests relating to the property or transactions that is the subject of the action, which is so situated that disposing matters will impair or impeded my ability to protect my interests and the existing parties are NOT adequately protecting my interests per se.

Or as an alternative, I shall be allowed to intervene in this action under Fed.R.Civi.P. 24(b)(1)(B), since I have a claim or defense that share with the main action a common question of law or fact.

As a nutshell, I should be allowed to be a class member to this action at this time, by your authority, and I also would like your honor, to appoint an attorney to repreesent my interests, since I am in utter poverty and I do not have any meaningful financial ability to hire a counsel to represent myself at this action at all. Just for the record Attorney Marth 'DID NOT" mail me the copy of the long-form Notice, ECF No 7497-6( june 7 2019 ) towards me, and the same be, please mailed by Attorney Marth and or by this court, with the request of mailing me with the full docket sheets of this action for my records.

Also for the records that, I am invoking the 'prison mail box rule', for this document's mailing, and this document is caused to be mailed to this court and also to the parties in interest to this action via first class mail, postage being prepaid, by depositing the same in the prison's internal mailing system.

Encl:-

Dated: 11/06/2019.

Respectfully Submitted,

*/s/ Annamalai*

Annamalai Annamalai
AKA: Swamiji Sri Selvam Siddhar
www.siddharpeedam.org

From:
Annamalai Annamalai
56820-379
USP-MARION,
P.O.Box-1000 IL-62295

October 30th 2019

To.
The Payment card interchange settlement
P.O.Box-2530, Portland OR-97208-2530
Ref:- Your response dated 10/25/2019 Tracking number: 1 8 6 7 2 1 4 7

Dear sir,
I am in receipt of your response dated 10/25/2019 and I appreciate the same. The following is my reply and I have some concerns, and I need your assistance.
1. I have NOT entered my appearance in the underlying civil action in the district court as a class action member " properly ", i suppose. Having said, I humbly request you to send me any forms in any case, I need to mail to the court, to add me as a class action member. Or in the other hand, if you can do something about the same on your par, i would highly appreciate such an assistance.
2.As per your requests I am submitting the business entities which are involved in the processing of Master and Visa award payments and their information's are as follows. ( between the years 2004 to 2019 )
My Name: ANNAMALAI ANNAMALAI AKA SWAMIJI SRI SELVAM SIDDHAR

MY ADDRESS: PERMANENT ADDRESS: c/o Siddhar Peedam, Old No.48 New no.61 second Floor sathyamoorthi Road Coimbatore-641009 INDIA.
-My Temporary address: C/O   P.O.box-1000   Marion   Illinois - 62959

E-mail(s): s p a r u 3 2 @ g m a i l . c o m : a s h o k a n n a m a l a i @ g m a i l . c o m : a v t e m p l e @ a o l . c o m

| BUSINESS NAME(S) | EIN(S) | ADDRESSES |
|---|---|---|
| VISHAL & PARU AMERICA INC., | ( presently I do not have it handy. However, I can provie it latter ) | 14982 Riverside Drive Apple valley California -92307 & 5900 Brook hollow parkway, Norcross Georgia-30071 |
| HINDU TEMPLE AND COMMUNITY CENTER OF HIGH DESERT INC., >>>>>>>>>>>>>>>>>>>>>> | 20-1062269 | Same as above |
| HINDU TEMPLE & COMMUNITY CENTER OF HIGH GEORGIA   INC.,>>>>>>>>>>>>>>>>>>>>>>>>>> | 26-0122103 | Same as above |
| HINDU TEMPLE OF OHIO INC., | 27-2872925 | 2222, Olive road Dayton, Ohio & 32 North main street, Dayton, Ohio-45402 |
| MAVLES YOGA AND HEALING CENTER 77520 | 46-1230633 | 7600 Bayway Drive, Baytown Texas-77520 |
| SIDDHAR YOGA AND SPIRITUAL HEALING CENTER | ( presently not available and I can provide latter) | SAME AS ABOVE & & 7522 Bayway Drive Baytown Texas-77520 |

Let me have your feedback please.

Very Truly Yours,

Annamalai Annamalai

Page 1 of 1   EXHIBIT-A

