"*We ordered Bonas released*".
*United States v. Bonas*,
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384
T: 661.755.9121

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 05 2019 ★

December 02, 2019

BROOKLYN OFFICE

United States District Court
Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

Democracy: People Rule
Mark Esper, Secretary
Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | : No. 05-MD-01720 (MKB) (JO)<br>: *Misprision Report*<br>: *18 U.S.C. § 2382 Disclosure* |
|---|---|

Attached are the following sent and received business communications to bring current public concerns shared to date:

1) 11-29-19: Bonas to Central Bank Powell[1]: FOIA;

2) 11-24-19: Bonas to Visa CEO: Principal FOIA;

3) 11-15-19: Bonas to Bush: Price Protocol FOIA;

4) 11-15-19: Bonas to Bush: Principal Payments FOIA;

5) 11-16-19: Bonas to Bush: Principal Payments FOIA;

6) 09-02-19: Bonas to Catholic Archdiocese Bosses FOIA.

"*If no response* is received *to the* document *request* within *two weeks after dispatch* of such request, *the obligation to "test" is satisfied*".[2]

"*Lack of supporting* documentation strips any prima facie validity, requiring the creditor to offer the supporting documentation *to carry its burden of proof* in the face of an objection".[3]

---

[1] *Monitor Patriot Co. v. Roy*, 401 U.S. 265 (1971).
[2] *In re PORTER*, Debtor, 374 B.R. 471 (2007).
[3] *In re Brunson*, 486 B.R. 759 (Bankr. N.D. Tex. 2013).

1

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

Mr. Powell's contract career renders him incapable of holding Office via this analysis:

1)     Validation?
2)     Nope: nothing.
3)     Deemed Felon;
4)     Restraining Trade.

***Rule***: "Every person who shall make *any contract or engage in any combination* or conspiracy hereby declared to be illegal *shall be deemed guilty of a felony*".[11]

A)     "Law impairing the Obligation of Contracts";[12]

B)     "No any Thing but gold and silver Coin a Tender"; [13]

C)     "Game of Chance or Lotto" instruments: Securities.[14]

***Rule***: "*No person shall . . . hold any office*, civil or military, under the United States, . . . who, . . . shall have engaged in *insurrection or rebellion* against the same, . . . ."[15] "Whether this inquiry be directed to the fact or to the law, none can be more solemn, none more important to the citizen or . . . government; none can more affect the safety of both."[16]

"We have, in this country, one of the most corrupt institutions the world has ever known. I refer to the Federal Reserve Board. This evil institution has impoverished the people of the United States and has practically bankrupted our government. It has done this through the corrupt practices of *the moneyed vultures who control it*."[17] Mr. Powell knows exactly who controls "it". Jerome Powell knows or should know exactly where credit-principal funds originate and to where credit principal-payments go.

***Black market.*** An illegal market for goods that are controlled or prohibited by the government, such as the underground market for prescription drugs.[18] All prior debriefings to date are incorporated hereby, with further position supporting details contained on the Compact Disk included herewith.

I swear under penalty of perjury under the United States' Constitution the facts contained herein are direct, honest and true to the best of my knowledge, based on information and belief.

Kind regards,

*[signature]*

Gary Joseph Bonas, II

---

[11] 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty.
[12] U.S. Const. art. I, § 10, cl. 1.
[13] U.S. Const. art. I, cl. 1.
[14] 18 U.S.C. § 1301.
[15] U.S. Const. amend. XIV, § 3.
[16] *Ex Parte Bollman and Ex Parte Swartwout*, 8 U.S. 75 (1807).
[17] — Louis T. McFadden.
[18] *Black's Law Dictionary* 809 (8th ed. 2005).

> *"We ordered Bonas released".*
> *United States v. Bonas,*
> 344 F.3d 945 (9th Cir. 2003)

"***Failure to provide sufficient information*** to determine the basis or accuracy of the claim will result in ***stripping its prima facie validity.***"[4]

To date I've received zero communication in response to my legal inquires to the Defense Bar Battalion in this case: ***nothing, as if I'm dead.*** Contrary to their silent suggestion, I do have a contract with these Defense Bar partners: our Constitution contract and everything under and not, inside and out. And I have an indirect contract with them through scores of their joint clients, Visa and MasterCard, Bank of America, Wells Fargo, JPMorgan Chase Bank, Union Bank and Jerome Powell, for example.

About Jerome Powell, he did not make his wealth by complying with either lawful price or pay protocols in his banking business career:

Powell earned a degree in politics from Princeton University in 1975 and a Juris Doctor from Georgetown University Law Center in 1979. He moved to investment banking in 1984, and has since worked for several financial institutions.

Based on public filings, Powell's net worth is estimated to be as little as $19.7 million and as much as $55 million.[5]

From 1984 to 1990, Powell worked at Dillon, Read & Co., an investment bank, where he concentrated on financing, merchant banking, and mergers and acquisitions, rising to the position of vice president.[6]

Powell briefly served as Under Secretary of the Treasury for Domestic Finance under President ***George*** H. W. ***Bush*** in 1992.

In 1993, Powell began working as a managing director for Bankers Trust, but he quit in 1995 after the bank got into trouble when several customers suffered large losses due to derivatives. He then went back to work for Dillon, Read & Co.[7]

From 1997 to 2005, Powell was a ***partner at The Carlyle Group***, where he founded and led the Industrial Group within the Carlyle U.S. Buyout Fund.[8] After ***leaving Carlyle, Powell*** founded Severn Capital Partners, a private investment firm focused on specialty finance and opportunistic investments in the industrial sector.[9]

""My only question is, who is our bigger enemy, Jay Powel or Chairman Xi?," Trump wrote, ***misspelling*** Powell's name."[10]

---

[4] *In re Brunson*, 486 B.R. 759 (Bankr. N.D. Tex. 2013).
[5] Long, Heather (October 31, 2017). "Jerome Powell, Trump's pick to lead Fed, would be the richest chair since the 1940s". The Washington Post.
[6] Greenhouse, Steven (April 14, 1992). "New Duties Familiar To Treasury Nominee". The New York Times.
[7] "Banker Joins Dillon, Read". The New York Times. February 17, 1995.
[8] "Board Members: Jerome H. Powell". Federal Reserve Board of Governors.
[9] "GEF Adds to Investment Team" (Press release). Business Wire. July 8, 2008.
[10] John Fritze (08-23-19), Trump calls Fed Chairman Jay Powell 'enemy". USA TODAY.

2

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

November 29, 2019

| | |
|---|---|
| Jerome Powell et al. | Cash Joseph Bonas, Owner |
| Board of Governors | Mark Esper, Secretary |
| Federal Reserve System | Department of Defense |
| 20th St. and Constitution Ave., N.W. | 1400 Defense Pentagon |
| Washington, DC 20551 | Washington, DC 20301-1400 |
| corporatesecretary@visa.com | alex.y.markoff.mil@mail.mil |

Re:   **_Credit Principal Payment Pool(s)_**

Mr. Powell et al.,

Thank you for soliciting to me to contract with you, indirectly.  I have.

### _Guide_

Freedom of Information Act (FOIA), 5 U.S.C. § 552, generally provides any person has *a right of access* to federal agency records, unless the records (or any portion of) *are protected from disclosure by one of nine* FOIA exemptions or *one of three* special record exclusions.

*Black market.* An illegal market for goods that are controlled or prohibited by the government, such as the underground market for prescription drugs.[1]

1)   Has your central bank ever received principal payments on "credit lent"?[2]

    a.   **_Yes or No?_**

2)   Does your central bank receive principal payments on your "credit lent"?

    a.   **_Yes or No?_**

3)   Does your central bank serve as an agent for:

    a.   The manufacture and distribution of "principal credit to lend"?  *Y or N?*
    b.   The receipt of principal credit-lent payments?  *Y or N?*

Kind regards,

Gary Joseph Bonas, II

---

[1] *Black's Law Dictionary* 809 (8th ed. 2005).
[2] U.S. Const. art 1, § 9, cl. 8.

1

*"We ordered Bonas released"*.
*United States v. Bonas*,
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

November 24, 2019

Alfred F. Kelly, Jr. et al.              Donald Trump et al.
Corporate Headquarters                   Mark Esper, Secretary
Visa Inc.                                Department of Defense
One Market Plaza                         1400 Defense Pentagon
San Francisco, CA 94105 USA              Washington, DC 20301-1400
corporatesecretary@visa.com              alex.y.markoff.mil@mail.mil

***In re: Payment Card Fees 05-MD-1720 (MKB) (JO)***

Mr. Kelly et al.,

    About claims settled and not in the above case, some material contract questions.

    1)    From what account(s) does Visa draw from to fund credit swipe transactions?

    2)    Into what account(s) are principal credit payments deposited?

    Is it your position that claims based on 1 and 2 above are released in this case? About ***felony match pricing*** without an independent, ***validating price equals cost study***, is it your position the settlement here "releases" ***consumer price fixing claims for money damages***?[1] About pay price-fixing, is it your position that the subject settlement "releases" Visa's own ***employee claims for human-rental trafficking***? My position is they are not released.

    "When a person is, by reason of ***the existence of a state of war***, under a disability to commence an action, ***the time*** of the continuance of such disability ***is not part of the period limited for the commencement of the action . . . .***"[2] (tolled: suspended, time clock stops).

    ***War crime.*** Conduct that violates international laws governing the conduct of international armed conflicts. Examples of war crimes are the killing of hostages, ***abuse of civilians in occupied territories, abuse of prisoners of war***, and devastation that is not justified by military necessity.[3]

    I look forward to ***owed contract communication*** and compliance. See attached.

Kind regards,

Gary Joseph Bonas, II

---

[1] *United States v. Container Corp.*, 393 U.S. 333 (1969).
[2] California Code of Civil Procedure § 354.
[3] *Black's Law Dictionary* 1316 (8th ed. 2005).

1

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

November 15, 2019

Office of George W. Bush  |  Cardinal DiNardo
Att: Barbara Bush  |  Archdiocese Houston
P.O. Box 259000  |  1700 San Jacinto
Dallas, TX 75225-9000  |  Houston, TX 77002
Email: info@ogwb.org  |  jzuniga@archgh.org

*In re:* **_Price Compliance: Public Concern_**

Mrrs. Bush and DiNardo et al.,

    About contract price protocol compliance, please identify your group's current position on our ongoing state of price drug-war cartel reality?

    On this subject of global concern, there are only two core models to pick from: one faithful and presumptively validated, one not (*U.S. v. Container*, 393 U.S. 333 (1969) ("match").

    *1)*      **_Independent price compliance proof; versus_**

● **"*The green* use average-cost pricing".**

● **"*The mature* measure individual item costs and price accordingly."**[1]

● "This put directly into issue the costs associated with the fixing of each price."[2]

    *2)*      **_Dependent adhesion-match price deviants_**

Q.      What about . . . "Our ***policy*** is to **match the price of** . . . the . . . leader . . .," is that ***usual or unusual***?
A.      It happens. It's certainly ***not the usual pattern to exactly match*** . . . .[3]

"Q.      Is there price competition under this system . . .?"
"A.      No sir."[4]

                            Kind regards,

                            Gary Joseph Bonas, II

---

[1] Michael E. Porter (1980), *Competitive Strategy*, page 242.
[2] 04-16-12 Ticketmaster-Gibson's Dunn — Objector Declaration, page 1, paragraph 3.
[3] Doctor Kenneth Elzinga, University of Virginia Economics Professor, under oath at trial pages 4000:24-4001:1.
[4] *Broadcast Music, Inc. v. CBS, Inc.*, 441 U.S. 1 (1979).

"***Bounties*** for services in suppressing insurrection or rebellion, ***shall not be questioned***". U.S. Const. amend. XIV § 4.

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

<div align="center">
Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

November 15, 2019
</div>

| | |
|---|---|
| Office of George W. Bush | Cardinal DiNardo |
| Att: Barbara Bush | Archdiocese Houston |
| P.O. Box 259000 | 1700 San Jacinto |
| Dallas, TX 75225-9000 | Houston, TX 77002 |
| Email: info@ogwb.org | jzuniga@archgh.org |

**In re: <u>Credit: Principal Payment Funds</u>**

Mrrs. Bush and DiNardo et al.,

  Please provide public clarification regarding the whereabouts and use of the principal payments made to Central Bank Members (a.k.a. Federal Reserve Members/owners)?

  ***Please*** identify to whom, where (what account(s)) and in what average, quarterly volume ***credit principal payments brokered*** by Central Bank members go?

  These are ***material Constitutional Contract term questions***[1] the public was never informed about:

  "***Arm's-length***: Two parties . . . presumed to have roughly ***equal information in bargaining power***."[2]

  In 2018 through early 2019 I asked JPMorgan/Chase Bank this question in writing through both my Citizen Contract and by "Power of Ninva Attorney", but never received a material contract communication response. See Bonas' Ninva-Mortgage File. For some reason this simple inquiry about pubic funds has been roundly ignored: ***Ignore***, 1. To refuse to take notice of; 2. To reject as ungrounded. Syn. Neglect.[3] ***2Shred***, vb. Shredded.[4]

  There's not just a "dark-hole" of information on this subject, there's a "dark-hole of accounting and accountability": ***Black hole, n.*** 2a. something that consumes a resource continually <a financial black hole>; 2b: an empty space: Void.[5]

<div align="center">
Kind regards,

*GB*
Gary Joseph Bonas, II
</div>

---

[1] U.S. Const. art. 1, § 10.
[2] *Black's Law Dictionary* 88 (8th ed. 2005).
[3] *Merriam-Webster's Collegiate Dictionary* 618 (11th ed. 2014).
[4] *Merriam-Webster's Collegiate Dictionary* 1154 (11th ed. 2014).
[5] *Merriam-Webster's Collegiate Dictionary* 129 (11th ed. 2014).

<div align="center">
"***Bounties*** for services in suppressing insurrection or
rebellion, ***shall not be questioned***". U.S. Const. amend. XIV § 4.
</div>

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

November 16, 2019

Office of George W. Bush                           Cardinal DiNardo
Att: Barbara Bush                                  Archdiocese Houston
P.O. Box 259000                                    1700 San Jacinto
Dallas, TX 75225-9000                              Houston, TX 77002
Email: info@ogwb.org                               jzuniga@archgh.org

**Re:    <u>Renting Labor: Economics</u>**

Mrrs. Bush and DiNardo et al.,

With my information requests dated 11-15-19 in mind, I have a couple more simple questions of paramount public concern.

Having read our "Contract Obligation" clause[1], the rules forbidding *"involuntary labor servitude"*[2] and our catchall protection of *"rights retained by the people"*,[3] both your backgrounds indicate that *you disagree with the United's Constitution* on the subject of citizen's labor contract rights.

Please produce your Labor Contract Obligation compliance manual(s).[4]

Please produce your Involuntary Labor Servitude compliance manual(s).[5]

Please produce your "rights retained by the people" compliance manual(s).[6]

"Certain things are *not the subject of lawful or actual [rental] ownership*, and are *ordinarily not* considered property."[7]

  A.   If *you are a cartel*-meister you want a group of firms who had and continue to have *a very similar overall pricing strategy or pricing protocol.*[8]

Kind regards,

Gary Joseph Bonas, II

---

[1] U.S. Const. art. 1, § 10 (1788).
[2] U.S. Const. amend. XIII (December 6, 1865: ratified by three-fourths of the states).
[3] U.S. Const. amen. IX (December 15, 1791: ratified by three-fourths of the states).
[4] U.S. Const. art. 1, § 10 (1788).
[5] U.S. Const. amend. XIII (December 6, 1865: ratified by three-fourths of the states).
[6] U.S. Const. amen. IX (December 15, 1791: ratified by three-fourths of the states).
[7] Bernard E. Witkin, *California Personal Property* §1 (11th ed. 2017).
[8] Doctor Kenneth Ezlinga, under oath at pages 3940:26-3941:2.

*"**Bounties** for services in suppressing insurrection or rebellion, **shall not be questioned**". U.S. Const. amend. XIV § 4.*

*False imprisonment is the unlawful violation of the personal liberty of another.* Cal. Pen. Code 236.

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

September 02, 2019

Bishop José Horacio Gómez et al.　　　　　　Archbishop Timothy Dolan
Archdiocese of Los Angeles　　　　　　　　　Archdiocese of New York
3424 Wilshire Blvd.　　　　　　　　　　　　1011 First Avenue
Los Angeles, CA 90010-2241　　　　　　　　Floor: 16th Floor
info@la-archdiocese.org　　　　　　　　　　New York, NY  10022

*Re:*　　*Human Economic Experiments*[1]

Bishops Gómez – Dolan et al.,

　　　　Your group has shunned my *repeated requests for basic contract information* relating to the *businesses you operate on American soil without informed consent*.

　　　　This is extremely troubling in context of *the economic contract experiments you are obviously conducting*, overseeing and otherwise in charge of: "The supreme administrator . . . *of all ecclesiastical temporalities is the Pope*."[2]

　　　　"We wish all to know the office of trustees is *entirely dependent upon the bishop's authority;* trustees can undertake nothing except with the ordinary[3] approval".[4]

　　　　Again, please produce paper-backed information for me to understand:

1)　　　Your antitrust compliance protocols;
2)　　　Your human ownership/rental protocols.

　　　　"All contracts are *superinduced by the preexisting and higher authority of the laws of nature*".[5] "*If no response* is received *within two weeks, the "test" is satisfied*".[6]

　　　　See attached CD of intel in case you "lost" the information I've sent *to date*. I look forward to receiving owed, direct and honest communications.

　　　　　　　　　　　　　　　　　　Kind regards,
　　　　　　　　　　　　　　　　　　Gary Joseph Bonas, II

---

[1] 18 U.S. Code § 2382.
[2] Code of Canon Law, canon 1273.
[3] 18 U.S. Code § 242 - *Deprivation of rights under color* of law (Custom-rental labor *servitude, burn law*).
[4] Pope Gregory XVI.
[5] *Home Building & Loan Assn. v. Blaisdell*, 290 U.S. 398 (1934).
[6] *In re PORTER*, Debtor, 374 B.R. 471 (2007).

1