*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

Gary Joseph Bonas, II
32505 Sierra Oak Trail
Castaic, California 91384

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 05 2019 ★

BROOKLYN OFFICE

December 02, 2019

Judge Margo K. Brodie et al.
United States District Court
Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

Donald Trump et al.
Mark Esper, Secretary
David Norquist, Deputy
Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | : No. 05-MD-01720 (MKB) (JO) : : |

*Re:* ***"Fairness" Case No. 05-MD-01720 (MKB) (JO)***
***18 USC §2382 Misprision: Major Crimes Report***

Judge Brodie et al.,

A hearing was held on 11-07-19 to determine the "Fairness" of the above case settlement.

This debriefing identifies serious defects in the constitutionality and contract term proposals here: the parties and the court have ignored black and white crimes reported to date.

## *Contents*

| | | | |
|---|---|---|---|
| *I.* | *Facts* | ………………………………. | 2 |
| *II.* | *Communication Restraint* | ………………………………. | 2 |
| *III.* | *Nondisclosure Restraint* | ………………………………. | 3 |
| *IV.* | *Implied Communication Covenant* | ………………………………. | 4 |
| *V.* | *Adhesion Power* | ………………………………. | 5 |
| *VI.* | *Threat* | ………………………………. | 6 |
| | *a.* *True and Correct* | ………………………………. | 7 |
| *VII.* | *Closing* | ………………………………. | 7 |
| | *a.* *Evidence* | ………………………………. | 7-8 |
| | *b.* *Concealment Action Elements* | ………………………………. | 8 |

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

## I.  Facts

**Consumer Swipe Charges**: 1) I am charged $10 a month for a bank account that comes with a **debit-swipe card** to use, **to cover business costs of swipe machines and tracking transactions**;[1]  2) I have **a credit swipe card** the banks charge me two interest prices to use (prime rate and interest rate), **"to cover costs"**;[2]  3) I am also charged a transaction fee for using my credit swipe card, **"to cover costs"**.[3]

**Merchant Swipe Charges**: Visa-MasterCard Banks are dipping in on this **"to cover costs"** fib by charging the retailer/merchant at which I use my credit-swipe card per transaction.[4]

Many angles **they "dip-into"** in their presumed lawful, not "independent" pricing calculations.  These material points were not even cogently raised in this nearly fifteen year running case.  There is no compliance validating evidence in the record to support anointing the settlement.  Viewed together, I've seen no justification for even charging merchants anything:

Credit-card companies this year [2018] will levy **more than $90 billion in swipe fees** on an industry already struggling to navigate the shift online.[5]

This case is stacked with alarming omissions, concealment and harmful monopoly acts.

## II.  Communication Restraint

A series of contract **validation questions** have been professionally raised in this case pursuant to civilized citizen contract communication laws: all have been **ignored**.

Meanwhile the accused here have gone on artificially inflating prices in the amount of a reported $4.61 billion in 2018 by Visa alone.[6]  That "extra billions" in 2018 was accomplished by avoiding price competition, lying about it and by not complying with the law of price:

**Rule:** Measure costs on individual items and to price accordingly.[7]

**Obligation**, n. 2(a):  something (as of a formal contract, a promise, or the demands of conscience or custom) that obligates one to a course of action.[8]

**Duty**: 1. A legal obligation that is owed or duty to another that needs to be satisfied: an obligation for which somebody else has a corresponding right.[9]

---

[1] Exhibit A (Debit Card: Union Bank Statement).
[2] Exhibit B (Orchard Bank Credit Card).
[3] Exhibit C (ALINE CARD FEES).
[4] Exhibit D (Merchant Fees).
[5] Jennifer Surane (12-06-18), *Retailers Embrace Payment Apps to Sidestep $90 Billion in Swipe Fees.* Bloomberg.
[6] 2018 Visa's artificially inflated earnings report: Adjusted Earnings Per Share $1.21 34% $4.61 billion.
[7] *Competitive Strategy*, at page 242 (Michael E. Porter Free Press 1980).
[8] *Merriam Webster's Dictionary* 856 (11th ed. 2014).
[9] *Black's Law Dictionary* 427 (8th ed. 2005).

2

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

- *"**Adequate communication** is an integral part of providing competent service."*[10]

- *"The failure to adequately respond to inquiries may result in disciplinary actions".*[11]

- *"**If no response** is received to the document request **within two weeks after dispatch** of such request, **the obligation to "test" is satisfied**".*[12]

***Ignore***, 1. To refuse to take notice of; 2. To reject as ungrounded. Syn. Neglect.[13]

***Evade***, vb. 2b: to avoid . . .: Dodge, Circumvent; 2c: to avoid answering directly.[14]

"The duty to communicate ***requires the full and fair disclosure*** of any ***procedural or substantive matters*** which would ***materially affect rights*** and interests."[15]

### III.   *Nondisclosure Restraint*

"The circumstance in which nondisclosure may be actionable presupposes the existence of some other relationship in which a duty to disclose can arise . . . . "[16] Here ***the adhesion contracts solicited*** by Visa-MasterCard banks are one establishing relation. The United States Constitution is another.

Core business contract validation questions remain unanswered, hiding behind silence.

"There are "four circumstances in which nondisclosure or concealment may constitute actionable fraud:

(1)   when the defendant is in a fiduciary [good faith like] relationship with the plaintiff;

(2)   when the ***defendant had exclusive knowledge of material facts not known*** to the plaintiff;

(3)   when the defendant ***actively conceals a material fact*** from the plaintiff; and

(4)   when the defendant makes ***partial representations but also suppresses*** some material facts."[17]

---

[10] *Calvert v. State Bar* (1991) 54 Cal.3d 765, 1 Cal.Rptr.2d 684, 819 P.2d 424 (failing to adequately communicate with her client, even after receiving a letter from . . . regarding . . .complaint, resulted in discipline).
[11] *Gordon v. State Bar* (1982) 31 Cal.3d 748, 183 Cal.Rptr. 861, 647 P.2d 137.
[12] *In re PORTER*, Debtor, 374 B.R. 471 (2007).
[13] *Merriam-Webster's Collegiate Dictionary* 618 (11th ed. 2014).
[14] *Merriam-Webster's Collegiate Dictionary* 432 (11th ed. 2014).
[15] *Neel v. Magana,* Olney, Levy, Cathcart & Gelfand (1971) 6 Cal.3d 176, 98 Cal.Rptr. 837, 491 P.2d 421.
[16] *Limandri v. Judkins* (1997) 52 Cal.App.4th 326.
[17] *Limandri v. Judkins* (1997) 52 Cal.App.4th 326.

3

*"We ordered Bonas released"*.
*United States v. Bonas*,
344 F.3d 945 (9th Cir. 2003)

The "duty of disclosure . . . may exist when one party to a transaction has sole knowledge or access to material facts and knows that such facts are not known to . . . the other party".[18]

The above realities known, to whom is the Court "being fair" in this "Outside" matter?

*Fair*, adj. 1. Impartial: *just; equitable*; disinterested. 2. *Free of bias* or prejudice.[19]

*1 Equity*, 1a. justice *according to natural law or right*; freedom from bias or favoritism.[20]

*1 Equity*, 3a. a right, claim, or interest existing or valid in equity.[21]

"The duty to communicate *requires the full and fair disclosure* of any procedural or substantive matters which would materially affect another's rights and interests".[22]

"A district court has a special obligation to consider these equitable principles in . . . class action cases, given the district court's fiduciary role to protect absent class members."[23]

I "watch". I've seen *nothing in the public record of this public case* that a single *word* has been brought springing from my original work (as observed by the S.E.C.), time, effort and disclosures to date. Some might view this acknowledgement failure as dark censorship and book burning *on behalf of a back-door criminal pact aimed to override, overthrow and control*.

## IV.    *Implied Communication Covenant*

"In every contract there is an implied covenant of fair dealing . . ., and a breach of *this covenant by failure* to deal fairly or in good faith gives rise to . . . damages."[24]

*Implied covenant of good faith and fair dealing*. An implied covenant to cooperate with the other party to an agreement *so that both parties may obtain the full benefits* of the agreement; *an implied covenant to refrain from any act that would injure* a contracting party's right to receive the benefit of the contract. • Breach of this covenant is also termed *bad faith*.[25]

*Honesty: 1*. Chastity; 2a: fairness and *straightforwardness of conduct*; 2: adherence to *the facts: Sincerity*.[26]

---

[18] *Limandri v. Judkins* (1997) 52 Cal.App.4th 326.
[19] *Black's Law Dictionary* 505 (8th ed. 2005).
[20] *Merriam Webster's Dictionary* 423 (11th ed. 2014).
[21] *Merriam Webster's Dictionary* 423 (11th ed. 2014).
[22] *Neel v. Magana, Olney, Levy, Cathcart & Gelfand* (1971) 6 Cal.3d 176, 98 Cal.Rptr. 837, 491 P.2d 421.
[23] *Rodriguez v. Disner*, 688 F.3d 645 (9th Cir. 2012).
[24] *Sutherland v. Barclays American/Mortgage Corp.*, 53 Cal. App. 4th 299, 314, 61 Cal. Rptr. 2d 614 (1997); *Harm v. Frasher*, 181 Cal. App. 2d 405, 415, 5 Cal. Rptr. 367, 373 (1960); *Seaman's Direct Buying Serv., Inc. v. Standard Oil Co.*, 36 Cal. 3d 752, 206 Cal. Rptr. 354 (1984), *overruled on other grounds, Freeman & Mills, Inc. v. Belcher Oil Co.*, 11 Cal. 4th 85, 102-03, 44 Cal. Rptr. 420 (1995).
[25] *Black's Law Dictionary* 312 (8th ed. 2005).
[26] *Merriam-Webster's Collegiate Dictionary* 596 (11th ed. 2014).

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

***Reasonable: 1. Fair**, proper, or moderate under the circumstances; According to reason; and Having the faculty of reason.*[27]

***Capacity: 2.** A **legal qualification** that determines one's **ability to sue or be sued**.*[28]

"***Mutual consent** is an essential contract element.*"[29]

"***Consent is not mutual,** unless the parties all agree upon **the same thing in the same sense**.*"[30] "The consent of the parties to a contract must be: 1. Free; 2. Mutual; and 3. ***Communicated by each to the other**.*"[31]

"All persons are capable of contracting, except . . . ***persons deprived of civil rights**.*"[32]

### V.   Adhesion Power

***Adhesion**:* "If the ***term was outside*** the reasonable expectations of the person who did not write the contract, and if the parties were contracting ***on an unequal information basis,*** then it ***will not be enforceable**.*"[33]

***Ignore**, 1. To refuse to take notice of; 2. To reject as ungrounded. Syn. Neglect.*[34]

***Evade**, vb. 2a: to avoid facing up to <~ the real issues>.*[35]

***Oppression. 1.** The act or an instance of unjustly exercising authority or power.*[36]

***Oppression. 2.** An offense consisting in the abuse of discretionary authority by a public officer who has an improper motive, as a result of which a person is injured. • This offense does not include extortion, which is typically a more serious crime.*[37]

***Oppression. 3. Contracts. Coercion to enter into an illegal contract.** • Oppression is **grounds for the recovery of money paid or property transferred under an illegal contract.** See* DURESS; UNCONSCIONABILITY.[38]

---

[27] *Black's Law Dictionary* 1049 (8th ed. 2005).
[28] *Black's Law Dictionary* 171 (8th ed. 2005).
[29] Cal. Civ. Code § 1550 (2005).
[30] Cal. Civ. Code § 1580 (2005).
[31] Cal. Civ. Code § 1565 (2005)
[32] Cal. Civ. Code § 1556 (2005).
[33] "Restatement (Second) of Contracts § ___ (1981)." The Bluebook: A Uniform System of Citation § 12.8.5 (Columbia Law Review Ass'n et al. eds., 17th ed. 2000).
[34] *Merriam-Webster's Collegiate Dictionary* 618 (11th ed. 2014).
[35] *Merriam-Webster's Collegiate Dictionary* 432 (11th ed. 2014).
[36] *Black's Law Dictionary* 1121 (7th ed. 1999).
[37] *Black's Law Dictionary* 1121 (7th ed. 1999).
[38] *Black's Law Dictionary* 1121 (7th ed. 1999).

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

*Submission,* n. 1. A yielding to the authority or will of another <his resistance ended in an about-face: complete submission>.[39]

A.  What makes a market a cartel is when the firms who are supposed to be *independent centers of initiative are not because they've adopted a cooperative [dependent] strategy,* they are behaving collectively on *some important variable.*

A.  And a price fixing cartel, they are behaving collectively on price. They are fixing [up] the price instead of having independent market-cost forces generate price.[40]

*Independent:* 1. Not depending on another or others . . . .[41] "The public interest requires free competition so that prices *be not dependent* upon an understanding . . ., but upon the interplay of the economic forces of *supplying demand*".[42]  • In a competitive market, *price is based on cost* rather than on value.[43]  • In . . . competitive markets *price equals costs and each seller knows* his costs.[44]

## VI.  Threat

*Imperative authority.* Authority that *is absolutely binding on a court.*  — Also termed binding authority. Cf. binding precedent under Precedent.[45]

"*All contracts,* whether made between States and individuals, or between individuals only, . . . are *superinduced by the preexisting and higher authority of the laws of nature,* of nations or of the community . . . ; they are *always presumed,* and must be presumed, *to be known and recognized by all, are binding upon all, and need never, therefore, be carried into express stipulation,* for this could add nothing to their force. Every contract is made in subordination to them, *and must yield to their control*".[46]

"*All contracts* which have for their object, directly or indirectly, *to exempt anyone from responsibility for his own fraud, or willful injury to the person or property of another,* or violation of law, whether willful or negligent, are *against the policy of the law.*"[47]

• Threat, n. 3: an indication of something impending <the sky held a ~ of rain>.[48]

• Threaten, vb. 2a: to give signs or warnings of <the clouds ~ed rain>.

• Threaten, vb. 2b: to hang over dangerously <famine ~s the city>.

---

[39] *Black's Law Dictionary* 1193 (8th ed. 2005).
[40] Reserve Governors' and Banks' Dr. Ken Elzinga, under oath at pages 3931:27-3932:6.
[41] *Webster's New World Dictionary* 686 (3rd ed. 1988).
[42] *Speegle v. Board of Fire Underwriters,* 29 Cal.2d 34 (1946).
[43] *In re High Fructose Corn Syrup Antitrust Litigation,* 295 F.3d 651 (7th Cir. 2002).
[44] Richard A. Posner (1976), *Antitrust: An Economic Perspective,* Chapter 7, at pages 133-136.
[45] *Black's Law Dictionary* 108 (8th ed. 2005).
[46] *Home Building & Loan Assn. v. Blaisdell,* 290 U.S. 398 (1934).
[47] Cal. Civ. Code - CIV § 1668.
[48] *Merriam Webster's Dictionary* 1302 (11th ed. 2014).

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

- Threaten, vb. 3: to announce as intended or possible <the workers ~ed a strike>.

- Threaten, vb. 4: to cause to feel insecure or anxious <felt ~ed by brother's success>.[49]

***Preemption***, n. 5. Constitutional law. The principle (derived from the Supremacy Clause) that a federal law supersede or supplant any inconsistent state law or regulation.[50]

### a. *True and Correct*

***True***. 1a: Steadfast; Loyal 1b: Honest; Just; 2a (1): being in accordance with the actual state of affairs; (2) conformable to an essential reality; (3) fully realized or fulfilled; b: Ideal; Essential; c: being that which is the case ***rather than what is manifest*** or assumed; 3a: . . . .[51]

***True and Correct***. Authentic; accurate; unaltered. — Also termed true and exact.[52]

***Fair competition***. Open, equitable, and just competition between business competitors.[53]

## VII. *Closing*

"Good faith" means honesty in fact".[54]

*"**In every contract** there is an implied covenant **to deal fairly** or **in good faith**."*[55]

"Silence can only be equated with fraud where ***an inquiry left unanswered*** would be intentionally misleading".[56] ***Restraint***, n. 1. Limitation. 2. ***Holding back***.[57]

***Misleading***, adj. delusive; calculated to be misunderstood.[58]

"Every contract ***in restraint of trade*** is declared to be illegal".[59]

"Courts . . . do not hesitate to ***declare void as against public policy*** contractual provisions which ***clearly tend to the injury of the public*** in some way."[60]

---

[49] *Merriam Webster's Dictionary* 1302 (11th ed. 2014).
[50] *Black's Law Dictionary* 987 (8th ed. 2005).
[51] *Merriam-Webster's Collegiate Dictionary* 1343 (11th ed. 2014).
[52] *Black's Law Dictionary* 1261 (8th ed. 2005).
[53] *Black's Law Dictionary* 239 (8th ed. 2005).
[54] § 2-103 (b). Definitions and Index of Definitions; see also *Merriam-Webster's Collegiate Dictionary* 538-539 (11th ed. 2014).
[55] *Sutherland v. Barclays American/Mortgage Corp.*, 53 Cal. App. 4th 299, 314, 61 Cal. Rptr. 2d 614 (1997).
[56] *United States v. Tweel*, 550 F.2d 297 (1977).
[57] *Black's Law Dictionary* 999 (8th ed. 2005).
[58] *Black's Law Dictionary* 838 (8th ed. 2005).
[59] 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty.
[60] *Henningsen v. Bloomfield Motors, Inc.*, 32 N.J. 358 (1960), citing *Hodnick v. Fidelity Trust Co.*, 96 Ind. App. 342, 183 N.E. 488 (App. Ct. 1932).

*"We ordered Bonas released".*
*United States v. Bonas,*
344 F.3d 945 (9th Cir. 2003)

### a. *Evidence*

"If courts act ***beyond their delegated authority***, and certainly in contravention of it, their judgments and orders are regarded as nullities; they are not voidable, but simply void, and this even prior to reversal".[61] This is exactly where courts act beyond their delegated authority, roundly lying about the law of price:

"Conscious parallelism, sometimes called oligopolistic price coordination, is described as ***the process*** "not ***in itself unlawful,*** by which firms in a concentrated market might in effect share monopoly power, ***setting their prices at a prefixed maximizing, supra competitive level.***"[62]

***Evidence***, n. 1. ***Something*** (including testimony, documents, and tangible objects) that ***tends to prove or disprove the existence of an alleged fact*** <the bloody glove is the key piece of evidence for the prosecution>. 2. See fact in evidence under FACT.[63]

"A court is not bound ***by a . . . construction of a contract based solely upon the terms*** of the instrument without the aid of evidence".[64]

### b. *Concealment Action Elements*

"The elements of an action for fraud and deceit ***based on a concealment*** are:

(1) defendant ***must have concealed or suppressed a material fact,***

(2) defendant must have been ***under a duty to disclose the fact to the plaintiff,***

(3) defendant must have ***intentionally concealed or suppressed the fact with the intent to defraud*** the plaintiff,

(4) plaintiff must have been ***unaware of the fact and would not have acted as he did if he had known*** of the concealed or suppressed fact, and

(5) as ***a result of the concealment or suppression*** of the fact, the plaintiff must have ***sustained damage.***"[65]

Details supporting bounty-service compensation is included on the enclosed CD.

Kind regards,

Gary Joseph Bonas, II

---

[61] *Williamson v. Berry*, 49 U.S. 8 How. 495 (1850).
[62] *In re Baby Food Antitrust. Litig.*, 166 F.3d 112, 123–24 (3d Cir. 1999).
[63] *Black's Law Dictionary* 474 (8th ed. 2005).
[64] *Duffens v. Valenti*, 161 Cal.App.4th 434 (2008).
[65] *Boschma v. Home Loan Center, Inc.* (2011) 198 Cal.App.4th 230, 248.

8

UnionBank

# STATEMENT OF ACCOUNTS

UNION BANK
VALENCIA 0541
P.O. BOX 512380
LOS ANGELES   CA   90051-0380

Page 1 of 2
**Statement Number:** 0050450376
9/27/19 - 10/28/19

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345 (TDD)
*Representatives are available Monday through Saturday*

*To open additional accounts, or apply for loans, call your banking office at 661-799-8531*

*You may also access your account online at unionbank.com*

Thank you for banking with us since 2014

A
H

CY18Z  0 A C034 C001752-005295  34 837375

GARY J BONAS II
32505 SIERRA OAK TRAIL
CASTAIC CA 91384

## READY TO GO® CHECKING SUMMARY

Account Number: 0050450376

Days in statement period: 32

| | | |
|---|---|---|
| Balance on 9/27 | $ | 677.02 |
| Additions | | 0.00 |
| Subtractions | | -10.00 |
| Other Withdrawals | -10.00 | |
| Balance on 10/28 | $ | 667.02 |
| Statement Average Ledger Balance | $ | 676.70 |

**Other Withdrawals** *including fees and adjustments*

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/28 | TOTAL MONTHLY COST | $ | 10.00 |

### Your Monthly Account Cost

No Monthly Service Charge when you have any one of the following:

- Combined Direct Deposits of $500 or more per statement period
- Combined Mobile Check Deposits of $500 or more per statement period
- Maintain an Average Monthly Balance of $1,500 or more in the checking account (Average Monthly Balance is based on calendar month)
- Maintain a $5,000 or more Monthly Combined Balance in linked deposit accounts

The following features and services are available with your account:

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply

- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

| Your Account's Cost This Month | | |
|---|---|---|
| Monthly Service Charge: | $ | 10.00 |
| Your Total Monthly Cost: | $ | 10.00 |




CORTRUST BANK
P.O. BOX 5431
SIOUX FALLS SD 57117-5431

CASH J BONAS
26255 BUNGALOW COURT DR
VALENCIA CA 91355-3321

4668

B

### PAYMENT INFORMATION

| | |
|---|---:|
| Account Number: | 5436 6810 1066 2443 |
| New Balance: | $195.00 |
| Minimum Payment Due: | $30.00 |
| Payment Due Date: | 06/13/08 |

Enter Amount Enclosed:  $ _____

CORTRUST BANK
PO BOX 2060
OMAHA, NE 68103-2060

5436681010662443000030000000195002

Detach the top portion and return with payment using the enclosed envelope.



**FOR QUESTIONS ABOUT YOUR STATEMENT:**

Call Customer Service: 888-883-9826
Or Write Us at: P.O. BOX 5431   SIOUX FALLS, SD 57117-5431

**TO REPORT CARDS LOST OR STOLEN:**

Call: 800-556-5678

### ACCOUNT SUMMARY

| | | |
|---|---|---:|
| Statement Closing Date: | | 05/19/08 |
| Previous Balance: | | $0.00 |
| Payments: | − | $0.00 |
| Credits: | − | $0.00 |
| Purchases & Other Charges: | + | $76.00 |
| Cash Advances: | + | $0.00 |
| **Total FINANCE CHARGE:** | + | **$119.00** |
| New Balance: | = | $195.00 |

### ACCOUNT INFORMATION

| | |
|---|---:|
| Account Number: | 5436 6810 1066 2443 |
| Credit Limit: | $250 |
| Available Credit: | $55 |
| Days in Billing Cycle: | 30 |
| Payment Due Date: | 06/13/08 |
| Minimum Payment Due: | $30.00 |

### IMPORTANT INFORMATION

PROTECT YOUR CARD ON THE WEB WITH MASTERCARD® SECURECODE! IT IS A FREE SERVICE TO HELP PROTECT AGAINST UNAUTHORIZED USE OF YOUR CORTRUST BANK MASTERCARD ACCOUNT WHEN SHOPPING ONLINE AT PARTICIPATING MERCHANTS. REGISTER AND LEARN MORE AT WWW.CORTRUSTBANKCC.COM.

### TRANSACTIONS

| Trans Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---:|
| 05/14 | 05/14 | F866800GP000AC135 | ACCEPT FEE-FINANCE CHARGE SIOUX FALLS SD | 119.00 |
| 05/15 | 05/15 | F866800GR000V2080 | MONTHLY PARTICIPATION FEE | 6.00 |
| 05/16 | 05/16 | F866800GT000V3080 | ADDITIONAL CARD FEE | 20.00 |
| 05/19 | 05/19 | F866800GW000CYLAC | ANNUAL CHARGE  06/08 THROUGH 05/09 | 50.00 |

### FINANCE CHARGE SUMMARY

| | Average Daily Balance | Monthly Periodic Rate | FINANCE CHARGE at Periodic Rate | Fees & Adjustments | TOTAL | Corresponding Annual Percentage Rate | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| Purchases | $0.00 | 1.575% | $0.00 | $119.00 | $119.00 | 18.90% | 18.90% |
| Cash Advances | $0.00 | 1.575% | $0.00 | $0.00 | $0.00 | 18.90% | 18.90% |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5776   S1D   1   13   7   Page 1 of 1   8668  1000  COK0  0002  080519  O1AC5776   4668



Choose the shortest distance
between you and a better payday.



Talk to your manager about how you
can get an Aline Card by ADP.

The Aline Card by ADP[SM]

**IT'S THE SHORTEST DISTANCE
BETWEEN YOU AND YOUR LIFE.**



* Limits apply for transactions. See fee schedule for details.

** Requires your Aline Card to be portable. Go to mycard.adp.com or call 877-237-4321. There's no fee to make your card portable.

*** Visa's Zero Liability policy provides protection from unauthorized purchases in certain circumstances. For further information, please visit visa.com/zeroliability.

# FEE SCHEDULE

| DESCRIPTION | FEE |
|---|---|
| One (1) ATM withdrawal per pay period at any Allpoint, MoneyPass, or PNC Bank ATM*** | FREE |
| Each additional withdrawal per pay period | $3.00 |
| Out-of-network ATM withdrawals | $3.00 |
| One (1) Visa member bank cash withdrawal per week | FREE |
| Each additional Visa member bank cash withdrawal per week (percent based on total transaction amount) | 4% |
| All purchase transactions (PIN code and signature) | FREE |
| Cash back with purchase (PIN code Only) | FREE |
| Transfer funds from card to US-based account | FREE |
| Email and text message alerts** | FREE |
| Green Dot MoneyPak® funds load | FREE |
| Online bill pay service | FREE |
| Online bill pay stop payment | $25.00 |
| Online bill pay expedited payment | $9.95 |
| Monthly maintenance | FREE |
| Electronic statements | FREE |
| Online card management | FREE |
| Automated 24hr phone service call | FREE |
| Live customer service call | FREE |
| Withdrawal decline at any ATM | $2.00 |
| Balance inquiry at any ATM | $2.00 |
| Currency conversion (percent based on total transaction amount) | 3% |
| Lost/Stolen card replacement— Sent regular mail/expedited | $6/30 |
| Written transaction history | FREE |
| Monthly paper statement | $1.50 |
| Each additional card (free monthly maintenance) | $2.00 |

** Standard text messaging fees may apply from your carrier.

***If the surcharge screen appears during your free ATM transaction, press "yes" to accept the surcharge and proceed with your withdrawal. You will not be charged the surcharge or will be refunded the fee.

NOTE: Other third party service providers, such as the owner of an ATM or Green Dot MoneyPak® merchants, may charge additional fees when you use your card. Read the third party fee disclosures carefully before using these services.

ALINE Cards are made available through ADP. The ADP logo is a registered trademark of ADP of North America, Inc. ALINE Card by ADP is a registered service mark of ADP, Inc. Visa is a registered trademark of Visa U.S.A., Inc. Printed in USA © 2012 ADP, Inc. All rights reserved.

# LISTA DE TARIFAS

| DESCRIPCIÓN | TARIFA |
|---|---|
| Un (1) retiro por ATM por período de pago en cualquier ATM de Allpoint, MoneyPass o PNC Bank*** | GRATIS |
| Cada retiro adicional por período de pago | $3.00 |
| Retiros en ATM fuera de la red | $3.00 |
| Un (1) retiro de efectivo en un banco con membresía Visa por semana | GRATIS |
| Cada retiro adicional en un banco con membresía Visa por semana (porcentaje basado en el monto total de la transacción) | 4% |
| Todas las transacciones de compra (código PIN y firma) | GRATIS |
| Devolución de dinero en efectivo con la compra (código PIN únicamente) | GRATIS |
| Transferencia de fondos de la tarjeta a una cuenta radicada en los Estados Unidos | GRATIS |
| Avisos por correo electrónico y mensajes de texto** | GRATIS |
| Carga de fondos Green Dot MoneyPak® | GRATIS |
| Servicio de pago de facturas en línea | GRATIS |
| Suspensión de pago de facturas en línea | $25.00 |
| Pagos de último minuto de facturas en línea | $9.95 |
| Mantenimiento mensual | GRATIS |
| Extractos de cuenta electrónicos | GRATIS |
| Gestión de tarjeta en línea | GRATIS |
| Llamada al servicio telefónico automatizado disponible las 24 horas | GRATIS |
| Llamada al servicio personalizado de atención al cliente | GRATIS |
| Rechazo de retiro en cualquier ATM | $2.00 |
| Consulta de saldo en cualquier ATM | $2.00 |
| Conversión de divisas (porcentaje basado en el monto total de la transacción) | 3% |
| Reemplazo de tarjeta por robo o extravío— envío por correo regular/urgente | $6/30 |
| Historial de transacciones impreso | GRATIS |
| Extracto impreso mensual | $1.50 |
| Cada tarjeta adicional (mantenimiento mensual gratis) | $2.00 |

** Su operador puede aplicar tarifas estándar de mensajes de texto.

*** Si aparece la pantalla de recargo durante su transacción de ATM gratuita, presione "yes" (sí) para aceptar el recargo y proceder con el retiro. No se le cobrará el recargo o recibirá un reembolso de la tarifa.

NOTA: Otros proveedores de servicios de terceros, como el dueño de un ATM o los vendedores de Green Dot MoneyPak®, pueden cobrarle cargos adicionales por la utilización de la tarjeta. Lea atentamente las divulgaciones de tarifas de terceros antes de utilizar estos servicios.

Las ALINE Card están disponibles a través de ADP. El logotipo de ADP es una marca registrada de ADP of North America, Inc. ALINE Card de ADP es una marca de servicio registrada de ADP, Inc. Visa es una marca registrada de Visa U.S.A., Inc. Impreso en USA. © 2012 ADP, Inc. Todos los derechos reservados.





# Visa USA Interchange Reimbursement Fees

Visa Supplemental Requirements



13 April 2019

Visa Public

Case 1:05-md-01720-MKB-JAM   Document 7805-2   Filed 12/05/19   Page 14 of 17 PageID #: 113658

Visa USA Consumer Check Card Exempt and Regulated Interchange Reimbursement Fees
Visa USA Interchange Reimbursement Fees

# A. Visa USA Consumer Check Card Exempt and Regulated Interchange Reimbursement Fees

Rates Effective April 13, 2019

| Fee Program | Exempt Visa Check Card | Regulated Visa Check Card |
|---|---|---|
| **Card Present Transactions** | | |
| CPS/Supermarket, Debit | $0.30 | 0.05% + $0.21* |
| CPS/Retail, Debit | 0.80% + $0.15 | 0.05% + $0.21* |
| CPS/Automated Fuel Dispenser (AFD), Debit | 0.80% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| CPS/Service Station, Debit | 0.80% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| CPS/Small Ticket, Debit | 1.55% + $0.04[1] | 0.05% + $0.21* |
| CPS/Restaurant, Debit | 1.19% + $0.10 | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Present, Debit | 1.19% + $0.10 | 0.05% + $0.21* |
| CPS/Passenger Transport Card Present, Debit | 1.19% + $0.10 | 0.05% + $0.21* |
| Travel Service, Debit | 1.19% + $0.10 | 0.05% + $0.21* |
| CPS/Retail Key Entry, Debit[2] | 1.65% + $0.15 | 0.05% + $0.21* |
| **Card Not Present Transactions** | | |
| CPS/Retail 2 – Card Not Present, Debit | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Debt Repayment 2<br>CPS/Debt Repayment (No Fee) | 0.65% + $0.15 ($2.00 Cap)<br>0.65% + $0.15 ($0.65 Cap) | 0.05% + $0.21* |
| CPS/Utility, Debit | $0.65 | 0.05% + $0.21* |
| CPS/Government | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Card Not Present, Debit | 1.65% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Basic, Debit | 1.65% + $0.15 | 0.05% + $0.21* |

Visa USA Consumer Check Card Exempt and Regulated Interchange Reimbursement Fees

## Visa USA Interchange Reimbursement Fees

| Fee Program | Exempt Visa Check Card | Regulated Visa Check Card |
|---|---|---|
| **Card Not Present Transactions (continued)** | | |
| CPS/e-Commerce Preferred Retail, Debit | 1.60% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Hotel and Car Rental, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Passenger Transport, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Not Present, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Passenger Transport Card Not Present, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Account Funding, Debit | 1.75% + $0.20 | 0.05% + $0.21* |
| Electronic Interchange Reimbursement Fee (EIRF), Debit[3] | 1.75% + $0.20 | 0.05% + $0.21* |
| Standard Interchange Reimbursement Fee, Debit | 1.90% + $0.25 | 0.05% + $0.21* |

Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01.
[1] Small-ticket interchange rate on PIN-authenticated Visa Debit transactions applies only to Visa Network 002 transactions.
[2] Not applicable to PIN-authenticated transactions.
[3] EIRF transactions from AFDs and service stations are eligible for a US $0.95 cap.

© 2019 Visa. All Rights Reserved.

## B  Visa U.S.A. Consumer Prepaid Exempt & Regulated and Other Exempt Products Interchange Reimbursement Fees

Rates Effective April 13, 2019

| Fee Program | EXEMPT Visa Consumer Prepaid and Other Exempt | REGULATED Visa Consumer Prepaid |
|---|---|---|
| **Card Present Transactions** | | |
| CPS/Supermarket, Prepaid | 1.15% + $0.15 ($0.35 Cap) | 0.05% + $0.21* |
| CPS/Retail, Prepaid | 1.15% + $0.15 | 0.05% + $0.21* |
| CPS/Automated Fuel Dispenser (AFD), Prepaid | 1.15% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| CPS/Service Station, Prepaid | 1.15% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| CPS/Small Ticket, Prepaid | 1.60% + $0.05[1] | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Present, Prepaid | 1.15% + $0.15 | 0.05% + $0.21* |
| CPS/Restaurant, Prepaid | 1.15% + $0.15 | 0.05% + $0.21* |
| CPS/Passenger Transport Card Present, Prepaid | 1.15% + $0.15 | 0.05% + $0.21* |
| Travel Service, Prepaid | 1.15% + $0.15 | 0.05% + $0.21* |
| CPS/Retail Key Entry, Prepaid[2] | 1.75% + $0.20 | 0.05% + $0.21* |
| **Card Not Present Transactions** | | |
| CPS/Retail 2 Card Not Present, Prepaid | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Debt Repayment 2 | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Debt Repayment (No Fee) | 0.65% + $0.15 ($0.65 Cap) | |
| CPS/Utility, Prepaid | $0.65 | 0.05% + $0.21* |
| CPS/Government, Prepaid | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Card Not Present, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |

Case 1:05-md-01720-MKB-JAM   Document 7805-2   Filed 12/05/19   Page 17 of 17 PageID #: 113661

Visa U.S.A. Consumer Prepaid Exempt & Regulated and Other Exempt Products Interchange Reimbursement Fees
Visa USA Interchange Reimbursement Fees

| Fee Program | EXEMPT Visa Consumer Prepaid and Other Exempt | REGULATED Visa Consumer Prepaid |
|---|---|---|
| **Card Not Present Transactions (continued)** | | |
| CPS/e-Commerce Basic, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Retail, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Hotel and Car Rental, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Passenger Transport, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Not Present, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Passenger Transport, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Account Funding, Prepaid | 1.80% + $0.20 | 0.05% + $0.21* |
| Electronic Interchange Reimbursement Fee (EIRF), Prepaid[3] | 1.80% + $0.20 | 0.05% + $0.21* |
| Standard Interchange Reimbursement Fee, Prepaid | 1.90% + $0.25 | 0.05% + $0.21* |

Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01.
[1] Small-ticket interchange rate on PIN-authenticated Visa Prepaid transactions applies only to Visa Network 002.
[2] Not applicable to PIN-authenticated transactions.
[3] EIRF transactions from AFDs and service stations are eligible for a US $0.95 cap.

© 2019 Visa. All Rights Reserved.