# EXHIBIT 1

| Row Number | DocID | Business Name |
|---|---|---|
| 1 | 900000233 | 001 ALICEA BAIL BONDS |
| 2 | 900000340 | 1-800-FLOWERS.COM INC |
| 3 | 900000726 | 1SALEADAY LLC |
| 4 | 900000175 | 2BJAKKI LLC |
| 5 | 900000669 | 426 CARTERSVILLE INC |
| 6 | 900000535 | 5 STAR CAR RENTAL INC |
| 7 | 900000273 | 7-ELEVEN, INC. |
| 8 | 900000760 | A GEMSTONE HAIR STUDIO |
| 9 | 900000046 | ABC SHOP |
| 10 | 900000495 | ABERCROMBIE & FITCH CO |
| 11 | 900000015 | ABRASIVE WATERJET OF INDIANA LLC |
| 12 | 900000467 | ACADEMY, LTD |
| 13 | 900000595 | ACCOR MANAGEMENT U.S. INC. |
| 14 | 900000165 | ACTIVE OFFICE MOVER INC |
| 15 | 900000290 | ADD-ON |
| 16 | 900000748 | AE BICYCLE |
| 17 | 900000515 | AERO CORPORATION |
| 18 | 900000382 | AEROVIAS DE MEXICO SA DE CV |
| 19 | 900000058 | AIR GRAPHICS LLC |
| 20 | 900000564 | AIRBNB INC |
| 21 | 900000430 | AIRBNB PAYMENTS INC |
| 22 | 900000306 | AIRPORT RESTAURANT HOLDINGS LTD |
| 23 | 900000442 | ALIMENTATION COUCHE-TARD INC |
| 24 | 900000422 | ALITALIA |
| 25 | 900000476 | ALL AMERICAN SHAKE SHOP |
| 26 | 900000049 | ALPHA LAB SUPPLIES INC |
| 27 | 900000556 | AMAZON COM INC |
| 28 | 900000428 | AMERICAN EXPRESS COMPANY |
| 29 | 900000276 | AMERICAN MULTI-CINEMA, INC. |
| 30 | 900000489 | AMERICAN SIGNATURE, INC. |
| 31 | 900000569 | ANCESTRY.COM DNA, LLC |
| 32 | 900000433 | ANDEAVOR LLC |
| 33 | 900000507 | ANDREA ROWLAND |
| 34 | 900000377 | ANDREY KASPAROV |
| 35 | 900000139 | ANTHONY JONES |
| 36 | 900000067 | ANTIQUE A DAY PLUS INC |
| 37 | 900000154 | APOLLO BROKERAGE INC |
| 38 | 900000357 | APPLE VACATIONS LLC |
| 39 | 900000095 | AQ FITNESS LLC |
| 40 | 900000645 | ARMAAN & ARREBAH, INC. |
| 41 | 900000326 | ASBURY AUTOMOTIVE GROUP INC |
| 42 | 900000501 | ASCENA RETAIL GROUP, INC. |
| 43 | 900000441 | ASHLEY FURNITURE INDUSTRIES INC |
| 44 | 900000596 | AT & T SERVICES, INC |
| 45 | 900000325 | ATRIUM HOLDING COMPANY |
| 46 | 900000597 | AURO |

| Row Number | DocID | Business Name |
|---|---|---|
| 47 | 900000421 | AUSTRIAN AIRLINES |
| 48 | 900000002 | AUTO PLUS SALES & SERVICE LLC |
| 49 | 900000598 | AUTONATION |
| 50 | 900000132 | AVID BUSINESS SOLUTIONS |
| 51 | 900000520 | AVON PRODUCTS, INC. |
| 52 | 900000133 | B & B SERVICE CENTER INC |
| 53 | 900000149 | B&B SAFETY SHOES AND SUPPLIES LLC |
| 54 | 900000666 | BANKHEAD FOOD STORE INC |
| 55 | 900000210 | BARBARA C SHANNON |
| 56 | 900000215 | BARGAIN FINANCIAL SERVICES INC |
| 57 | 900000474 | BARNES & NOBLE COLLEGE BOOKSELLERS |
| 58 | 900000385 | BARNES & NOBLE INC |
| 59 | 900000288 | BEALL'S INC |
| 60 | 900000020 | BEAVER PSYCHOLOGICAL SERVICES PLLC |
| 61 | 900000563 | BEECHWOOD PLAZA HOTEL OF APPLETON, LLC |
| 62 | 900000739 | BELK INC |
| 63 | 900000725 | BEN'S OUTLET |
| 64 | 900000307 | BENSCO OF LOUISIANA LLC |
| 65 | 900000313 | BFC, INC |
| 66 | 900000496 | BIG LOTS, INC |
| 67 | 900000599 | BJ'S RESTAURANTS, INC. |
| 68 | 900000472 | BJ'S WHOLESALE CLUB |
| 69 | 900000193 | BLACKOUT CUSTOM TINT INC |
| 70 | 900000331 | BLARNEY CASTLE OIL CO |
| 71 | 900000745 | BOB EVANS RESTAURANTS, LLC |
| 72 | 900000523 | BOB'S RENTALS, INC |
| 73 | 900000135 | BODY AND FITNESS GROUP LLC |
| 74 | 900000304 | BOLAND GROUP I LLC |
| 75 | 900000469 | BOOKING HOLDINGS INC |
| 76 | 900000264 | BOSCOV'S DEPARTMENT STORE LLC |
| 77 | 900000478 | BOYD GAMING CORPORATION |
| 78 | 900000680 | BP ALPHARETTA USA, INC |
| 79 | 900000740 | BP STATION |
| 80 | 900000093 | BRADFIELD MEDIA |
| 81 | 900000712 | BREADBERRY INC |
| 82 | 900000600 | BRIDGESTONE RETAIL TIRE OPERATIONS |
| 83 | 900000437 | BROOKSHIRE GROCERY COMPANY |
| 84 | 900000424 | BRUSSELS AIRLINES |
| 85 | 900000730 | BUDGET OF MOBILE |
| 86 | 900000235 | BUITENDORP ENTERPRISES |
| 87 | 900000029 | CAL SAILING CLUB |
| 88 | 900000601 | CALERES, INC. |
| 89 | 900000736 | CALIFORNIA CENTRAL COAST INC |
| 90 | 900000376 | CALIFORNIA PIZZA KITCHEN, INC. |
| 91 | 900000038 | CALLE SON |
| 92 | 900000004 | CALM WIND LLC |

| Row Number | DocID | Business Name |
|---|---|---|
| 93 | 900000677 | CAMBELLTON SHELL, INC |
| 94 | 900000286 | CAMP POINT SEED COMPANY |
| 95 | 900000407 | CAPITAL U-DRIVE IT INC |
| 96 | 900000111 | CAPRI MOTEL - MANISHA PATEL |
| 97 | 900000602 | CAR MAX, INC. |
| 98 | 900000559 | CARDTRONICS PLC |
| 99 | 900000006 | CARTERSVILLE BARTOW COUNTY CHAMBER OF COMMERCE INC |
| 100 | 900000480 | CARY OIL CO INC |
| 101 | 900000674 | CASCADE CHEVRON USA INC |
| 102 | 900000226 | CASEY'S GENERAL STORES, INC. |
| 103 | 900000291 | CASPER MOUNTAIN BED AND BREAKFAST |
| 104 | 900000359 | CATHAY PACIFIC AIRWAYS |
| 105 | 900000339 | CEC ENTERTAINMENT INC |
| 106 | 900000537 | CELIERA LLC |
| 107 | 900000560 | CENTRAL FLORIDA INVESTMENTS, INC. |
| 108 | 900000187 | CENTRAL ROOFING CO |
| 109 | 900000263 | CENTURY LINK INC |
| 110 | 900000466 | CG CHAMPIONSGATE GOLF LLC |
| 111 | 900000200 | CHARLENE DAY ENTERPRISES |
| 112 | 900000358 | CHEAPOAIR |
| 113 | 900000566 | CHENEY BROS., INC. D/B/A CHENEY BROTHERS |
| 114 | 900000113 | CHENEY FORENSIC CONSULTING LLC |
| 115 | 900000458 | CHEVRON U.S.A. INC |
| 116 | 900000457 | CHICK-FIL-A INC |
| 117 | 900000488 | CHICO'S FAS, INC. |
| 118 | 900000743 | CHICS N CLAYS |
| 119 | 900000155 | CHILDCARE WORLDWIDE |
| 120 | 900000255 | CHRISTINE MORRIS |
| 121 | 900000338 | CITGO PETROLEUM CORPORATION |
| 122 | 900000098 | CITY OF NEWCASTLE |
| 123 | 900000547 | CLIPPER PETROLEUM INC |
| 124 | 900000389 | CM WOODWORKS INC |
| 125 | 900000270 | COBORN'S INC |
| 126 | 900000460 | COCINA SUPERIOR |
| 127 | 900000343 | COCODRIE CHARTERS |
| 128 | 900000519 | COLDWATER CREEK INC. |
| 129 | 900000446 | COMCAST CABLE COMMUNICATIONS LLC |
| 130 | 900000350 | COMPANIA PANAMENA DE AVIACION S.A. |
| 131 | 900000417 | COMPASS GROUP USA, INC. |
| 132 | 900000603 | COMPUSA |
| 133 | 900000604 | CONCORD WICKLIFFE LIMITED PARTNERSHIP |
| 134 | 900000300 | CONKLIN'S SERVICE |
| 135 | 900000167 | CORE INVESTIGATIONS AND POLYGRAPH |
| 136 | 900000576 | CORTZ, INC. DBA IN THE SWIM |
| 137 | 900000169 | COS INC |
| 138 | 900000583 | COSTCO WHOLESALE CORPORATION |

Payment Card Interchange Settlement
Report of Exclusion Requests

| Row Number | DocID | Business Name |
|---|---|---|
| 139 | 900000781 | COTTON COACH INC. |
| 140 | 900000075 | CQM INC |
| 141 | 900000266 | CRACKER BARREL OLD COUNTRY STORE INC |
| 142 | 900000268 | CRATE & BARREL HOLDINGS INC |
| 143 | 900000606 | CRESTLINE HOTELS & RESORTS, LLC |
| 144 | 900000258 | CRESTON BOOSTER CLUB |
| 145 | 900000205 | CRETE LLC |
| 146 | 900000681 | CSSY OF FL INC |
| 147 | 900000438 | CUMBERLAND FARMS INC |
| 148 | 900000107 | CUTIE BEAUTY SUPPLY |
| 149 | 900000106 | CUTTING EDGE SALON |
| 150 | 900000404 | D&E KWIK STOP DBA K&B KWIK STOP DBA VIDEO STOP |
| 151 | 900000241 | D5 LYON LLC |
| 152 | 900000561 | D'AGONSTINO SUPERMARKETS, INC. |
| 153 | 900000091 | DAN'S ELECTRIC SHOP LLC |
| 154 | 900000096 | DAN'S ELECTRO ELECTRIC, LLC |
| 155 | 900000035 | DAPCO LTD |
| 156 | 900000242 | DAVID ECKMAN |
| 157 | 900000678 | DAYALS TARA INC |
| 158 | 900000053 | DAYTON XTREME AUTOSPORT LLC |
| 159 | 900000518 | DEB SHOPS SDP INC. |
| 160 | 900000375 | DECKERS OUTDOOR CORPORATION |
| 161 | 900000380 | DELL TECHNOLOGIES, INC. |
| 162 | 900000112 | DELTANN INN MOTEL |
| 163 | 900000204 | DENNIS R HIGHT |
| 164 | 900000021 | DENNY PARK VENTURES LLC |
| 165 | 900000240 | DESIGN ARTISTRY |
| 166 | 900000033 | DESIGN FINDINGS INC |
| 167 | 900000423 | DEUTSCHE LUFTHANSA AG |
| 168 | 900000194 | DEWON L HOLT |
| 169 | 900000354 | DHL EXPRESS USA INC |
| 170 | 900000436 | DICK'S SPORTING GOODS INC |
| 171 | 900000209 | DILLARD'S, INC. |
| 172 | 900000654 | DISCOUNT C-STORE INC |
| 173 | 900000296 | DISCOUNT WHEELS AND CAR RIMS |
| 174 | 900000289 | DISH NETWORK LLC |
| 175 | 900000171 | DIVERSE PROPERTY MGMT |
| 176 | 900000068 | DOGONFUNNY CREATIONS LLC |
| 177 | 900000764 | DOLLAR GENERAL CORPORATION |
| 178 | 900000295 | DONNELL YOUNG - 1227060 |
| 179 | 900000051 | DOUGLAS A GOUGH |
| 180 | 900000143 | DR G E MITCHELL |
| 181 | 900000275 | DRURY HOTELS COMPANY, LLC |
| 182 | 900000647 | DULUTH CHEVRON USA, INC |
| 183 | 900000092 | DYBDAHL ELECTRIC |
| 184 | 900000727 | DYNAMITE TIME |

| Row Number | DocID | Business Name |
|---|---|---|
| 185 | 900000185 | E AND J ALIGNMENTS  LLC |
| 186 | 900000705 | EAST NEW YORK KOSHER CORP |
| 187 | 900000299 | ECONOMY RACING COMPONENTS INC |
| 188 | 900000298 | EDWARD CRISOSTOMO AGUON |
| 189 | 900000236 | EDWIN P BURKHOLDER |
| 190 | 900000413 | EL NUEVO RANCHO GRANDE |
| 191 | 900000567 | ENERGY NORTH STORES INC. |
| 192 | 900000607 | ENTERPRISE LEASING COMPANY OF STL, LLC. |
| 193 | 900000114 | EPIC ANGLING & ADVENTURE LLC |
| 194 | 900000455 | EQUILON ENTERPRISES LLC |
| 195 | 900000388 | ERIE MUFFLER AND BRAKE SHOP LTD |
| 196 | 900000257 | ERLINDA MAE SKOBLOW |
| 197 | 900000202 | E-TAXES |
| 198 | 900000732 | EVERLOVED VETERINARY |
| 199 | 900000119 | EXIT CAR & LIMO SERVICE INC |
| 200 | 900000768 | EXPEDIA INC |
| 201 | 900000280 | EXPRESS INC |
| 202 | 900000370 | EXTENDED STAY AMERICA, INC. |
| 203 | 900000454 | EXXONMOBIL CORPORATION |
| 204 | 900000074 | EZ HOME SHOP |
| 205 | 900000589 | FAMILY DOLLAR STORES, INC. |
| 206 | 900000363 | FAMILY EXPRESS CORPORATION |
| 207 | 900000379 | FAREWAY STORES, INC. |
| 208 | 900000720 | FARM FRESH OF LAKEWOOD, INC |
| 209 | 900000664 | FAYETTE COUNTRYSIDE STORE, INC |
| 210 | 900000541 | FERN CREEK HARDWARE AND FEED STORE |
| 211 | 900000352 | FINNAIR PLC |
| 212 | 900000522 | FIRST DATA CORPORATION |
| 213 | 900000621 | FITNESS INTERNATIONAL, LLC DBA LA FITNESS |
| 214 | 900000249 | FLAGLER HUMANE SOCIETY |
| 215 | 900000662 | FLAT SHOALS FOOD MART, INC |
| 216 | 900000673 | FLAT SHOALS USA INC |
| 217 | 900000761 | FLEET FARM WHOLESALE SUPPLY CO. LLC |
| 218 | 900000608 | FLYNN RESTAURANT GROUP |
| 219 | 900000445 | FOOT LOCKER INC |
| 220 | 900000293 | FOUNDATION FOR THE YAKIMA VALLEY FAIR AND RODEO |
| 221 | 900000419 | FRONTIER AIRLINES INC |
| 222 | 900000751 | FRYS ELECTRONICS INC |
| 223 | 900000256 | FURNITURE SALVAGE CO INC |
| 224 | 900000054 | G & J XTREME AUTOSPORTS LLC |
| 225 | 900000653 | GAINSVILLE SHELL INC |
| 226 | 900000323 | GAMESTOP INC |
| 227 | 900000148 | GARYS HEATING & COOLING |
| 228 | 900000315 | GATE FUEL SERVICE INC |
| 229 | 900000316 | GATE NORTH CAROLINA INC |
| 230 | 900000317 | GATE PETROLEUM COMPANY |

| Row Number | DocID | Business Name |
|---|---|---|
| 231 | 900000431 | GBG, INC. |
| 232 | 900000172 | GENERAL MACHINING INC |
| 233 | 900000462 | GENESCO INC |
| 234 | 900000024 | GEORGE TOMSCO D/B/A FIREBALLS |
| 235 | 900000196 | GERALD T BOETSCH |
| 236 | 900000123 | GHS ONLINE SOLUTIONS |
| 237 | 900000410 | GILBERT MARSHALL MEMORIAL SCHOLARSHIP INC |
| 238 | 900000418 | GINA FOLL |
| 239 | 900000211 | GLASS ARTS |
| 240 | 900000723 | GLASSES UNLIMITED |
| 241 | 900000579 | GNC HOLDINGS INC |
| 242 | 900000609 | GORDON BROTHERS GROUP LLC |
| 243 | 900000381 | GRAND CIRCLE LLC |
| 244 | 900000099 | GRANTLAND ENTERPRISE LLC |
| 245 | 900000365 | GREEKTOWN CASINO LLC |
| 246 | 900000364 | GREEN APPLE CLEANERS |
| 247 | 900000225 | GREQ W COX INC DBA TEX-OMA BUILDERS SUPPLY |
| 248 | 900000347 | GROUP VOYAGERS INC |
| 249 | 900000610 | GRUBHUB HOLDINGS INC |
| 250 | 900000378 | GRYSKIEWICZ TWIN CITIES COSMETIC SURGERY |
| 251 | 900000384 | GULF OIL LP |
| 252 | 900000055 | GUTHERIE LUMBER |
| 253 | 900000328 | HAL SMITH RESTAURANT GROUP |
| 254 | 900000752 | HALCYON LOAN TRADING FUND LLC |
| 255 | 900000682 | HALLANDALE FARMERS MARKET LLC |
| 256 | 900000592 | HANCOCK FABRICS, INC. |
| 257 | 900000586 | HAT WORLD, INC. |
| 258 | 900000611 | HEART OF AMERICA MANAGEMENT LLC |
| 259 | 900000715 | HEARTLAND KOSHER PRODUCTS INC |
| 260 | 900000138 | HERBALIFE WITH NJS |
| 261 | 900000471 | HERC RENTALS INC |
| 262 | 900000287 | HFM GLENWOOD LLC |
| 263 | 900000250 | HICKORY HOLLOW LONG ARM QUILTING |
| 264 | 900000612 | HILTON |
| 265 | 900000191 | HMC MEDIA LLC |
| 266 | 900000581 | HMSHOST CORPORATION |
| 267 | 900000140 | HOLIDAY TRAVEL |
| 268 | 900000134 | HOLLAND LAKE GOLF COURSE INC |
| 269 | 900000427 | HOME DEPOT U.S.A., INC. |
| 270 | 900000206 | HOME DESIGNS FURNITURE CORPORATION |
| 271 | 900000539 | HOOVER'S HAULING SERVICE |
| 272 | 900000572 | HORIZON SPA & POOL PARTS |
| 273 | 900000613 | HOST HOTELS |
| 274 | 900000575 | HOT TUB WORKS, LLC |
| 275 | 900000525 | HOTEL TONIGHT LLC |
| 276 | 900000356 | HOTELBEDS USA INC |

| Row Number | DocID | Business Name |
|---|---|---|
| 277 | 900000614 | HSN, INC. |
| 278 | 900000615 | HYATT CORPORATION |
| 279 | 900000001 | IAN EGLAND |
| 280 | 900000770 | ICEBREAKER NATURE CLOTHING, INC |
| 281 | 900000349 | ICELANDAIR EHF |
| 282 | 900000439 | IKEA NORTH AMERICA SERVICES LLC |
| 283 | 900000452 | INGLES MARKETS INC |
| 284 | 900000616 | INGRAM MICRO INC. |
| 285 | 900000060 | INTEGRITY SPECIALISTS LLC |
| 286 | 900000700 | INTERNATIONAL ONLINE SCHOOL |
| 287 | 900000617 | INTERSTATE |
| 288 | 900000529 | INTUIT INC |
| 289 | 900000542 | ISAAC INVESTMENTS GROUP LLC |
| 290 | 900000218 | ISABELLE MAURICE DBA UNIQUE BLANKET |
| 291 | 900000692 | ITS CHESSE INC |
| 292 | 900000208 | J A GIBBS ENTERPRISES |
| 293 | 900000261 | J THIBODEAU PHOTOS |
| 294 | 900000487 | J. C. PENNEY CORPORATION INC |
| 295 | 900000618 | JACK IN THE BOX INC |
| 296 | 900000319 | JACO OIL COMPANY |
| 297 | 900000037 | JAMES F REILLY MD INC |
| 298 | 900000283 | JAMES W CAMPBELL |
| 299 | 900000221 | JANICE FRYATT |
| 300 | 900000183 | JB TURBANAS |
| 301 | 900000186 | JBS PROMOTIONS |
| 302 | 900000308 | JEFFREY S GALE |
| 303 | 900000094 | JERRY TAYLOR |
| 304 | 900000716 | JEWISH LEARNING INSTITUTE |
| 305 | 900000005 | JK TEK LLC |
| 306 | 900000676 | JOCELYN PANTRY 2 INC |
| 307 | 900000667 | JOCELYN PANTRY 4 LLC |
| 308 | 900000619 | JOSHI HOTEL GROUP |
| 309 | 900000274 | JRD UNICO, INC. AND JETRO CASH & CARRY ENTERPRISES, LLC. |
| 310 | 900000260 | JUDITH BIHARY |
| 311 | 900000090 | JULIE MITTINO CRAFTS |
| 312 | 900000229 | JUST A SWINGIN |
| 313 | 900000620 | KAISER FOUNDATION HEALTH PLAN INC |
| 314 | 900000160 | KANTACK ALCANTARA LAW OFFICE PC |
| 315 | 900000018 | KARDELL PLUMBING INC |
| 316 | 900000513 | KAREN DALE ZEMLANSKY |
| 317 | 900000126 | KARI KOCHAR |
| 318 | 900000262 | KATHLEEN THIBODEAU SHOES |
| 319 | 900000032 | KAYLA JOY SMITH DBA LULAROE KAYLA JOY SMITH |
| 320 | 900000030 | KEATING ENTERTAINMENT LLC |
| 321 | 900000733 | KENTUCKY SIGNWORKS |
| 322 | 900000544 | KHUSHI PROPERTIES LLC |

| Row Number | DocID | Business Name |
|---|---|---|
| 323 | 900000771 | KIPLING RETAIL LLC |
| 324 | 900000679 | KK SONS USA INC |
| 325 | 900000759 | KNOXVILLE SUGAR GLIDERS |
| 326 | 900000491 | KOHL'S CORPORATION |
| 327 | 900000703 | KOL TUV GROCERY INC |
| 328 | 900000704 | KOLLEL FOOD INC |
| 329 | 900000345 | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ NV |
| 330 | 900000285 | KONISA STUDIO |
| 331 | 900000351 | KOREAN AIR LINES CO LTD |
| 332 | 900000690 | KOSHER KINGDOM |
| 333 | 900000490 | L BRANDS, INC. (F/K/A LIMITED BRANDS, INC.) |
| 334 | 900000087 | LA AUXILIADORA DOLLAR STORE 2 |
| 335 | 900000127 | LAMBERSON SALES COMPANY LLC |
| 336 | 900000078 | LANGLITZ CHIROPRACTIC & MASSAGE |
| 337 | 900000309 | LASCO ENTERPRISES LLC |
| 338 | 900000353 | LATAM AIRLINES BRASIL (TAM LINHAS AEREAS SA) |
| 339 | 900000192 | LAWRENCE R SCHROEPFER |
| 340 | 900000622 | LEGO SYSTEMS, INC. |
| 341 | 900000101 | LEMPS APOTHECARY INC |
| 342 | 900000252 | LES JARDINS DE BROSSARD INC |
| 343 | 900000582 | LESLIE'S POOLMART, INC. |
| 344 | 900000284 | LIBERTY THERAPY ASSOCIATES LLC |
| 345 | 900000373 | LIFE TIME FITNESS INC |
| 346 | 900000665 | LILBURN GROCERY INC |
| 347 | 900000066 | LINDA F OCONNOR |
| 348 | 900000719 | LKWD RESTAURANT LLC |
| 349 | 900000623 | LOEWS HOTELS HOLDING CORPORATION |
| 350 | 900000499 | LORD & TAYLOR, LLC |
| 351 | 900000117 | LORRAINE O'CONNOR DDS PC |
| 352 | 900000366 | LOS ANGELES DODGERS LLC |
| 353 | 900000580 | LOWE'S COMPANIES, INC. |
| 354 | 900000198 | LOYD'S LOCK CO LLC |
| 355 | 900000533 | LSA TRANSPORTATION LLC |
| 356 | 900000545 | LUBY'S FUDDRUCKERS RESTAURANTS LLC |
| 357 | 900000500 | LUXOTTICA OF AMERICA INC. |
| 358 | 900000624 | LYFT, INC. |
| 359 | 900000217 | LYONS AUTOMOTIVE CENTER INC |
| 360 | 900000683 | M&M CHOW LLC |
| 361 | 900000497 | MACY'S INC |
| 362 | 900000757 | MALCO ENTERPRISES OF NEVADA INC |
| 363 | 900000161 | MAMA RITA'S |
| 364 | 900000625 | MANANTO ENTERPRISES, LLC |
| 365 | 900000237 | MANNER OF LIFE LLC |
| 366 | 900000444 | MARATHON PETROLEUM CO LP |
| 367 | 900000663 | MARCEL USA INC |
| 368 | 900000514 | MARCELL MCALLEN, LLC |

Payment Card Interchange Settlement
Report of Exclusion Requests

| Row Number | DocID | Business Name |
|---|---|---|
| 369 | 900000062 | MARIA CERVANTES |
| 370 | 900000253 | MARIE KESTER |
| 371 | 900000012 | MARILYN ROSE FINE ART |
| 372 | 900000118 | MARQUIP MECHANICAL |
| 373 | 900000627 | MARRIOTT INTERNATIONAL, INC. |
| 374 | 900000626 | MARRIOTT VACATIONS WORLDWIDE |
| 375 | 900000203 | MARTIN REBUILDING COMPANY |
| 376 | 900000670 | MARVIN ENTRP USA INC |
| 377 | 900000414 | MARY C BAGLEY |
| 378 | 900000228 | MARY KAY - ANA AZICRI |
| 379 | 900000227 | MARY KAY - ANYSSA CHAMBERS (ALVAREZ) |
| 380 | 900000327 | MATHIS BROS OKLAHOMA CITY, LLC |
| 381 | 900000540 | MAURICE HODGES |
| 382 | 900000694 | MAX BINIK 2'L CORP |
| 383 | 900000072 | MAXIMUM INSPECTIONS LLC |
| 384 | 900000011 | MD LOGICA, INC. |
| 385 | 900000772 | MERINO RETAIL, INC |
| 386 | 900000758 | METROPOLITAN TRANSPORTATION AUTHORITY |
| 387 | 900000479 | MGM RESORTS INTERNATIONAL |
| 388 | 900000230 | MICHAEL V SINISCALCHI |
| 389 | 900000584 | MICHAELS STORES, INC. |
| 390 | 900000405 | MICHELLE ANN SANDER: MK CONSULTANT |
| 391 | 900000543 | MIDWEST GOODS INC |
| 392 | 900000549 | MIDWESTERN WHEELS INC |
| 393 | 900000022 | MIKES TRUCK AND TRAILER REPAIR LLC |
| 394 | 900000360 | MINNESOTA HOCKEY VENTURE GROUP LP |
| 395 | 900000212 | MK CONSULT MONA KENNIS |
| 396 | 900000731 | MOBILE'S U DRIVE IT, INC. |
| 397 | 900000696 | MOISHAS KOSHER DISCOUNT SUPERMARKET |
| 398 | 900000061 | MON JIN LAU |
| 399 | 900000332 | MONEYGRAM INTERNATIONAL INC |
| 400 | 900000409 | MONTGOMERY AUTO RENTALS INC |
| 401 | 900000330 | MOODY NATIONAL MANAGEMENT LP |
| 402 | 900000109 | MOONEY'S STORE INC |
| 403 | 900000014 | MORRIS HASSON MD PC |
| 404 | 900000641 | MOUNTAIN STANDARD GROUP, LLC |
| 405 | 900000695 | MOUNTANI KOSHER FOOD CORP |
| 406 | 900000052 | MOUSAVI & LEE LLP |
| 407 | 900000179 | MY CHILD SPEAKS THREE LANGUAGES LLC |
| 408 | 900000453 | MYZP CENTRAL TEXAS CHUYS LTD |
| 409 | 900000234 | NAOMI KUMABE RMT |
| 410 | 900000553 | NATIONAL ALLIANCE OF TRADE ASSOCIATIONS |
| 411 | 900000435 | NATIONAL ASSOCIATION OF CONVENIENCE STORES |
| 412 | 900000628 | NATIONAL GENERAL INSURANCE |
| 413 | 900000272 | NATIONAL GROCERS ASSOCIATION |
| 414 | 900000267 | NATIONAL RAILROAD PASSENGER CORPORATION DBA AMTRAK |

| Row Number | DocID | Business Name |
|---|---|---|
| 415 | 900000528 | NATIONAL RETAIL FEDERATION |
| 416 | 900000767 | NATM BUYING CORPORATION |
| 417 | 900000213 | NEEDAK INC |
| 418 | 900000629 | NESPRESSO USA |
| 419 | 900000630 | NESTLE WATERS NORTH AMERICA HOLDINGS INC |
| 420 | 900000310 | NEW ORLEANS PELICANS NBA, LLC |
| 421 | 900000311 | NEW ORLEANS SAINTS |
| 422 | 900000534 | NEWTON GAS, GROC. & GUN ACCESSORIES |
| 423 | 900000278 | NIKE INC |
| 424 | 900000039 | NL BOOKKEEPING & BUSINESS SOLUTIONS |
| 425 | 900000661 | NORTH HAIRSTON FOOD MART, INC |
| 426 | 900000057 | NORTHEAST RACING ENTERPRISES INC |
| 427 | 900000749 | NORTHSIDE RECOVERY LLC THE CORPORATION TRUST COMPANY |
| 428 | 900000170 | NOTICE ME NOW |
| 429 | 900000214 | OCLA GIFTS FOR ALL |
| 430 | 900000116 | O'CONNELL LAW LLC |
| 431 | 900000722 | OCTAGON COMMERCE |
| 432 | 900000070 | OFF GRID POWER SOLUTIONS LLC |
| 433 | 900000486 | OFFICE DEPOT INC |
| 434 | 900000502 | OFFICEMAX INCORPORATED |
| 435 | 900000687 | OH NUTS INC |
| 436 | 900000688 | OH NUTS INC |
| 437 | 900000686 | OH NUTS OF MONSEY INC |
| 438 | 900000146 | ONLINE FINANCIAL ENTITIES INC |
| 439 | 900000631 | ONSTAR LLC |
| 440 | 900000083 | OPEN DOOR MERCHANDISERS |
| 441 | 900000411 | ORGANIC MARKETS DBA FOODS FOR LIVING |
| 442 | 900000510 | OUTRIGGER HOSPITALITY GROUP |
| 443 | 900000320 | OVERSTOCK.COM, INC. |
| 444 | 900000040 | OZARK PORTABLE STRUCTURES LLC |
| 445 | 900000088 | P & T KIDS SALONS LLC |
| 446 | 900000585 | PACIFIC SUNWEAR OF CALIFORNIA, LLC |
| 447 | 900000632 | PACIFICA |
| 448 | 900000587 | PANDA RESTAURANT GROUP, INC. |
| 449 | 900000554 | PANDORA JEWELRY, INC. |
| 450 | 900000754 | PANERA, LLC |
| 451 | 900000449 | PAPA JOHN'S INTERNATIONAL INC |
| 452 | 900000333 | PAPPAS RESTAURANTS INC |
| 453 | 900000254 | PARADISE TAN |
| 454 | 900000297 | PARKEDGE FARM INC BED AND BREAKFAST |
| 455 | 900000156 | PASSION AUTOMOTIVE ACCESSORIES LTD |
| 456 | 900000728 | PATRCIA COOPER |
| 457 | 900000189 | PATRICIA J. SULLIVAN ATTORNEY AT LAW |
| 458 | 900000081 | PAUL D KINGHORN |
| 459 | 900000243 | PAUL HUBBS CONSTRUCTION CO INC |
| 460 | 900000322 | PAULINA GUZMAN |

| Row Number | DocID | Business Name |
|---|---|---|
| 461 | 900000279 | PC RICHARD & SON INC |
| 462 | 900000141 | PEACH HILL DESIGNS |
| 463 | 900000536 | PERFUMANIA |
| 464 | 900000292 | PERRY/RANDOLPH FRIENDS OF NRA |
| 465 | 900000447 | PETCO ANIMAL SUPPLIES INC |
| 466 | 900000337 | PHILLIPS 66 COMPANY |
| 467 | 900000341 | PILOT CORPORATION |
| 468 | 900000702 | PIZZABOU INC |
| 469 | 900000207 | PLAID PANTRIES, INC. DBA PLAID PANTRY |
| 470 | 900000073 | POMRANKE INC |
| 471 | 900000314 | PONTE VEDRA CORPORATION |
| 472 | 900000574 | POOLCENTER.COM, INC. |
| 473 | 900000097 | PORT HOPE MINISTRIES INC |
| 474 | 900000659 | PORTDALE SHELL, INC |
| 475 | 900000773 | PORTLAND DESIGN EXCHANGE, INC |
| 476 | 900000069 | PRIMGHAR CHIROPRACTIC CENTER INC - DR HEATHER J EINCK DC |
| 477 | 900000076 | PROPERTYRADAR INC |
| 478 | 900000633 | PUBLIC STORAGE |
| 479 | 900000634 | QDOBA RESTAURANT CORPORATION |
| 480 | 900000552 | QUICKEN LOANS INC |
| 481 | 900000672 | RAHEEN INVESTMENT INC |
| 482 | 900000324 | RAISING CANE'S RESTAURANTS LLC |
| 483 | 900000269 | RALPH LAUREN CORPORATION |
| 484 | 900000184 | RAMBULLIN BED & BREAKFAST |
| 485 | 900000538 | RAMSOND CORPORATION |
| 486 | 900000432 | RATNER COMPANIES L.C. |
| 487 | 900000658 | RAUNAK ENTERPRISES INC |
| 488 | 900000244 | READING GAMES SOFTWARE CENTER |
| 489 | 900000026 | REAL ESTATE UD INC |
| 490 | 900000531 | REALPAGE INC |
| 491 | 900000259 | REBA D'S |
| 492 | 900000265 | RECREATIONAL EQUIPMENT INC |
| 493 | 900000294 | RED FRONT/FRANCIS CREEK INN |
| 494 | 900000010 | REFEREE PAC |
| 495 | 900000551 | REID PETROLEUM CORP |
| 496 | 900000643 | RELIANCE LEASING, INC. |
| 497 | 900000698 | RENEGADE FURNITURE GROUP INC |
| 498 | 900000755 | REPUBLIC SERVICES INC |
| 499 | 900000468 | RESTORATION HARDWARE INC |
| 500 | 900000524 | RETAIL INDUSTRY LEADERS ASSOCIATION |
| 501 | 900000655 | REX USA INC |
| 502 | 900000329 | RICKER OIL COMPANY INC |
| 503 | 900000312 | RIVER OAKS L-M INC |
| 504 | 900000059 | ROGER MALLER ART GALLERY |
| 505 | 900000649 | ROSEBUD BP INC |
| 506 | 900000464 | ROUNDY'S SUPERMARKETS INC |

| Row Number | DocID | Business Name |
|---|---|---|
| 507 | 900000511 | ROVAR LLC |
| 508 | 900000465 | ROYAL CARIBBEAN CRUISES LTD. |
| 509 | 900000505 | RTW RETAILWINDS INC F/K/A NEW YORK & COMPANY INC |
| 510 | 900000747 | RUM POINT RECOVERY LLC |
| 511 | 900000163 | RUSTIC TOUCHES BY TAYLOR MADE |
| 512 | 900000142 | RUTH EREZA BONILLA |
| 513 | 900000671 | RV USA INC |
| 514 | 900000652 | RYSHA MEDLOCK INC |
| 515 | 900000151 | S & S GREEK AMERICAN CONCESSIONS |
| 516 | 900000348 | S&L TRAVEL PARTNERS INC |
| 517 | 900000517 | S.B. RESTAURANT CO. |
| 518 | 900000644 | SA PARVEEN ENTERPRISES, INC. |
| 519 | 900000475 | SADIES GRILL |
| 520 | 900000635 | SAGE HOSPITALITY RESOURCES LLC |
| 521 | 900000503 | SAKS INCORPORATED |
| 522 | 900000516 | SAMPSON-BLADEN OIL COMPANY, INC. |
| 523 | 900000651 | SARIKA ENTERPRISES INC |
| 524 | 900000367 | SBE ENTERTAINMENT GROUP |
| 525 | 900000251 | SCAVENGER SALOON |
| 526 | 900000708 | SCHNOOP LLC |
| 527 | 900000710 | SCHNOOP.COM LLC |
| 528 | 900000588 | SEARS HOLDING CORPORATION |
| 529 | 900000131 | SEED RESEARCH EQUIPMENT SOLUTIONS |
| 530 | 900000477 | SEMINOLE TRIBE OF FLORIDA |
| 531 | 900000636 | SEPHORA |
| 532 | 900000697 | SEVEN MILE FOOD MARKET LLC |
| 533 | 900000735 | SHABAKAS |
| 534 | 900000122 | SHAW ENTERPRISES |
| 535 | 900000199 | SHELBY TAFLIN |
| 536 | 900000593 | SHERWIN WILLIAMS CO |
| 537 | 900000152 | SHIRLEY MCMILLIAN |
| 538 | 900000699 | SHLUCHIM OFFICE |
| 539 | 900000701 | SHLUCHIM OFFICE INTERNATIONAL |
| 540 | 900000707 | SHNOOPCOM CORP |
| 541 | 900000144 | SI PROPERTY INVESTMENTS LLC |
| 542 | 900000246 | SIAM CLASSIC INN AND SPA |
| 543 | 900000371 | SIGNATURE FLIGHT SUPPORT |
| 544 | 900000303 | SIMON PROPERTY GROUP |
| 545 | 900000509 | SKY NAILS & SPA |
| 546 | 900000103 | SMITH HISTORICAL SOCIETY |
| 547 | 900000526 | SODEXO INC |
| 548 | 900000650 | SONY INVESTMENTS INC |
| 549 | 900000406 | SOUTH CAROLINA AUTO RENTALS |
| 550 | 900000408 | SOUTHEASTERN CAR & TRUCK RENTALS INC |
| 551 | 900000668 | SPALDING CHEVRON INC |
| 552 | 900000336 | SPECIALTY RETAILERS |

| Row Number | DocID | Business Name |
|---|---|---|
| 553 | 900000473 | SPEEDWAY LLC |
| 554 | 900000512 | SPINNERS INC |
| 555 | 900000157 | SPORTS MEDIA MARKETING LLC |
| 556 | 900000043 | SPORTS TWINS PHOTOGRAPHY |
| 557 | 900000521 | SPOTIFY USA INC. |
| 558 | 900000573 | SPP HOLDING CORPORATION DBA SPECIALTY POOL PRODUCTS |
| 559 | 900000459 | SPRINT CORPORATION |
| 560 | 900000737 | SPROUTS FARMERS MARKETS INC |
| 561 | 900000642 | SQUARE, INC. |
| 562 | 900000173 | SS TREE CARE LLC |
| 563 | 900000657 | SSR 2017 LLC |
| 564 | 900000485 | ST GEORGE LANDSMEN LLC |
| 565 | 900000128 | ST JOSEPH'S EAR NOSE & THROAT CLINIC PLLC |
| 566 | 900000166 | STAGE 2 AV PRODUCTIONS |
| 567 | 900000756 | STAIRCOM PTY LTD |
| 568 | 900000498 | STAPLES, INC |
| 569 | 900000448 | STARBUCKS CORPORATION |
| 570 | 900000321 | STEIN MART INC. |
| 571 | 900000451 | STERLING INC |
| 572 | 900000182 | STEVEN FISHER |
| 573 | 900000100 | STEWART FINANCIAL SERVICES |
| 574 | 900000041 | STIGLIANO FAMILY PRACTICE PC |
| 575 | 900000085 | STOCKTON ENTERPRISES |
| 576 | 900000420 | STRIPE INC |
| 577 | 900000164 | SUBPIXEL |
| 578 | 900000591 | SUN HOLDINGS, INC. |
| 579 | 900000506 | SUNOCO, INC. (R&M) D/B/A SUNOCO (R&M) LLC |
| 580 | 900000637 | SUNSTONE 42ND STREET LESSEE, INC. |
| 581 | 900000675 | SV KILLIANHILL INC |
| 582 | 900000443 | SWAROVSKI US HOLDING LIMITED |
| 583 | 900000425 | SWISS INTERNATIONAL AIR LINES LTD |
| 584 | 900000691 | SYLVIAS KOSHER PLACE |
| 585 | 900000648 | T & T USA INC |
| 586 | 900000646 | TARA GAS INC |
| 587 | 900000493 | TARGET CORPORATION |
| 588 | 900000344 | TARRANT COUNTY, TEXAS |
| 589 | 900000470 | TASKRABBIT INC |
| 590 | 900000346 | TAUCK INC |
| 591 | 900000130 | TAX SOLUTIONS |
| 592 | 900000305 | TENNESSEE FOOTBALL INC |
| 593 | 900000125 | TERRACE HILL GOLF COURSE |
| 594 | 900000546 | TERRI (TERESA) KAY MOEHRING |
| 595 | 900000456 | TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH |
| 596 | 900000741 | TGI FRIDAY'S, INC. |
| 597 | 900000017 | THE 1887 HANSEN HOUSE BED AND BREAKFAST |
| 598 | 900000050 | THE ALLIANCE SOUTHEAST |

| Row Number | DocID | Business Name |
|---|---|---|
| 599 | 900000492 | THE BON-TON STORES, INC. |
| 600 | 900000744 | THE BRIAD RESTAURANT GROUP, LLC. |
| 601 | 900000277 | THE BUCKLE, INC. |
| 602 | 900000224 | THE BUTCHER THE BAKER OF ASHEVILLE |
| 603 | 900000302 | THE CHILDRENS PLACE INC |
| 604 | 900000605 | THE CONTAINER STORE |
| 605 | 900000334 | THE FRESH MARKET, INC. |
| 606 | 900000282 | THE GAP, INC. |
| 607 | 900000463 | THE HERTZ CORPORATION |
| 608 | 900000176 | THE KCS GROUP INC |
| 609 | 900000181 | THE PURPLE COW |
| 610 | 900000594 | THE SPORTS AUTHORITY, INC. |
| 611 | 900000271 | THE TALBOTS INC |
| 612 | 900000494 | THE TJX COMPANIES, INC. |
| 613 | 900000590 | THE WALT DISNEY COMPANY |
| 614 | 900000281 | THE WILLIAM CARTER COMPANY |
| 615 | 900000721 | THERAPY DEPOT INC |
| 616 | 900000440 | THERMO FISHER SCIENTIFIC INC |
| 617 | 900000557 | THORNTONS LLC |
| 618 | 900000774 | TIMBERLAND RETAIL LLC |
| 619 | 900000145 | TIMBERLINE GALLERY |
| 620 | 900000201 | TOP NAILS BY MARY |
| 621 | 900000415 | TOTAL WINE & MORE |
| 622 | 900000162 | TOWN OF UNION |
| 623 | 900000372 | TRACFONE WIRELESS, INC. |
| 624 | 900000766 | TRACTOR SUPPLY |
| 625 | 900000355 | TRAVCORP USA INC |
| 626 | 900000084 | TULSA PEDIATRIC GROUP PC |
| 627 | 900000750 | TURKISH AIRLINES |
| 628 | 900000416 | UBER TECHNOLOGIES INC |
| 629 | 900000174 | U-HAUL-LITTLE-TEXAS #56358 |
| 630 | 900000550 | ULINE, INC. |
| 631 | 900000638 | UNITED AIRLINES, INC. |
| 632 | 900000374 | UNITED PARCEL SERVICE CO. |
| 633 | 900000639 | UNITEDHEALTH GROUP INC |
| 634 | 900000689 | US AIRMOTIVE WORLDWIDE CORP |
| 635 | 900000738 | USR PARENT INC |
| 636 | 900000775 | V. F. CORPORATION |
| 637 | 900000080 | VALE VETERINARY CLINIC |
| 638 | 900000121 | VALENTINA GOMEZ |
| 639 | 900000342 | VALERIE A MOLLO |
| 640 | 900000776 | VANS INC |
| 641 | 900000548 | VEHICLE RENTAL SERVICES LLC |
| 642 | 900000504 | VERIZON COMMUNICATIONS INC |
| 643 | 900000777 | VF IMAGEWEAR INC |
| 644 | 900000778 | VF OUTDOOR LLC |

Payment Card Interchange Settlement
Report of Exclusion Requests

| Row Number | DocID | Business Name |
|---|---|---|
| 645 | 900000779 | VF SERVICES LLC |
| 646 | 900000104 | VICTORY COSMETICS |
| 647 | 900000105 | VILNIS & CO ANTIQUES |
| 648 | 900000508 | VIRGIN AMERICA INC |
| 649 | 900000110 | VISION RESTAURANTS INC |
| 650 | 900000136 | VISUAL THOUGHTS FINE ART |
| 651 | 900000387 | VITAMIN SHOPPE INDUSTRIES INC |
| 652 | 900000115 | VOCE ENTERPRISES LTD |
| 653 | 900000762 | WALLACE LEASING CORP |
| 654 | 900000064 | WALTER HASS GRAPHICS INC |
| 655 | 900000578 | WAREHOUSE POOLS INC |
| 656 | 900000734 | WASHINGTON ALLIANCE INTL |
| 657 | 900000362 | WATERKEEPER ALLIANCE |
| 658 | 900000713 | WESTERN KOSHER PICO BRANCH |
| 659 | 900000335 | WHATABURGER, INC. |
| 660 | 900000640 | WHITE LODGING SERVICES CORPORATION |
| 661 | 900000434 | WHOLE FOODS MARKET INC |
| 662 | 900000565 | WIDEOPENWEST, INC. |
| 663 | 900000195 | WILL ROGERS ROYAL CLOCK SHOP |
| 664 | 900000780 | WILLIAMSON-DICKIE MANUFACTURING COMPANY LLC |
| 665 | 900000047 | WOOD COLLISION CENTER |
| 666 | 900000044 | WORD OF LIFE CHURCH |
| 667 | 900000034 | WRIGHT'S TRIPOWER |
| 668 | 900000450 | WYNDHAM DESTINATIONS INC |
| 669 | 900000412 | XAVIERS |
| 670 | 900000089 | XSEL ENTERPRISES LLC |
| 671 | 900000124 | YAMAMOTO JAPAN INC |
| 672 | 900000684 | YGSL HOLDINGS LLC |
| 673 | 900000693 | YOU SAVE GROCERY |
| 674 | 900000386 | YUM! BRANDS INC |
| 675 | 900000656 | ZAINA GROUP INC |