# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3834
DIRECT FAX
(917) 777-3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

December 16, 2019

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Melvin Salveson, et al. v JPMorgan Chase & Co., et al.*, No. 14-cv-03529 (MKB)(JO); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720-MKB-JO

Dear Judge Brodie:

We write on behalf of the Chase, HSBC, Capital One, and Bank of America defendants pursuant to Rule 3(D) of Your Honor's Individual Practices and Rules to inform the Court that today we served on all parties our opposition to the Salveson plaintiffs' motion for relief from final judgment (*see* ECF No. 122 on 14-cv-03529-MKB-JO & ECF No. 7762 on 05-md-01720-MKB-JO) in accordance with the schedule as set forth in this Court's October 3, 2019 order. (*See* October 3, 2019 docket entry on 14-cv-03529-MKB-JO.)

Respectfully submitted,

Boris Bershteyn

Cc: The Honorable James Orenstein
Counsel of record (via ECF)