

**MERRILL G. DAVIDOFF**
*MANAGING SHAREHOLDER, CHAIRMAN EMERITUS*
**p.** 215.875.3084  mdavidoff@bm.net

December 31, 2019

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie | The Honorable Magistrate Judge James Orenstein |
| United States District Court | United States District Court |
|     Eastern District of New York |     Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, New York 11201 | Brooklyn, NY 11201 |

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of Miller Kaplan Arase LLP's ("Miller Kaplan") funding request to pay for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter.

Attached as Exhibit A are copies of Miller Kaplan's Invoice # 524687 for the total amount of $9,242.50 for the work associated with the tax return preparation of the Class Settlement Cash Escrow Account ("Class I QSF").  Attached as Exhibit B are copies of Miller Kaplan's Invoice # 524689 for the total amount of $4,652.50 for the work associated with the tax return preparation of the Class Settlement Interchange Escrow Account ("Class II QSF").

The total funding request for both escrow accounts is $13,895.00.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | */s/ Merrill G. Davidoff* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

cc: All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**