UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| In RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION. | MDL No. 1720 (MKB)(JO)<br>1:05-md-01720 (MKB) (JO)<br>Civil No. 05-5075 (MKB)(JO) |
|---|---|

## NOTICE OF APPEAL

Notice is hereby given that Jack Rabbit, LLC, and Cahaba Heights Service Center, Inc., d/b/a Cahaba Heights Chevron, who are Rule 23(b)(3) Class Members and Objectors, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from: the FINAL APPROVAL ORDER [Order and Final Judgment approving the Superseding Settlement Agreement] (ECF Document 7818), entered on December 13, 2019; the MEMORANDUM & ORDER [approving the Superseding Settlement Agreement] (ECF Document 7821), entered on December 16, 2019; the MEMORANDUM & ORDER [granting attorney fees and expenses] (ECF Document 7822), entered on December 16, 2019; the ORDER [granting expenses and service awards o the Rule 23(b)(3) Class Plaintiffs] (ECF Document 7823) entered on December 16, 2019; and, the JUDGMENT (ECF Document 7832) entered on December 20, 2019.

Dated January 3, 2020

Respectfully submitted,

| /s/ Paul S. Rothstein<br>Attorney Paul S. Rothstein<br> Florida Bar Number: 310123<br>Cocounsel for Class Members / Objectors and Jack Rabbit, LLC & 280 Station LLC (d/b/a/ Cowboys)<br>Attorney Paul S. Rothstein, P.A.<br>626 N.E. 1st Street<br>Gainesville,  FL 32601<br>(352) 376-7650<br>(352) 374-7133 (Fax)<br>E-Mail:  psr@rothsteinforjustice.com | /s/ N. Albert Bacharach, Jr<br>N. Albert Bacharach, Jr.<br>Florida Bar Number: 209783<br>Lead Counsel for Class Members / Objectors Jack Rabbit, LLC & 280 Station LLC (d/b/a/ Cowboys)<br>N. Albert Bacharach, Jr., P.A.<br>4128 NW 13th Street<br>Gainesville, FL 32609-1807<br>(352) 378-9859<br>(352) 338-1858 (Fax)<br>E-Mail: N.A.Bacharach@att.net |
|---|---|