UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

| | |
|---|---|
| IN RE PAYMENT CARD AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 1:05-md-01720-MKB-JO<br>**NOTICE OF APPEAL** |

---------------------------------------------------------- X

Notice is hereby given that R & M Objectors, objectors-intervenors in this action, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action of December 20, 2019, disposing of all claims (Document No. 7832); the order granting Rule 23(b)(3) Final Approval of the class action settlement, dated December 13, 2019 (Document No. 7818); the order explaining the order granting Rule 23(b)(3) Final Approval of the class action settlement, dated December 16, 2019 (Document No. 7821); the order granting attorney's fees, dated December 16, 2019 (Document No. 7822); the order granting Class Representative Service Awards, dated December 16, 2019 (Document No. 7823); the order adopting the report and recommendation of the magistrate judge in its entirety and denying R & M Objectors' motion for attorneys' fees, expenses and service awards, together with the order explaining such denial, dated January 2, 2020 (Document No. 7836); and any other order or judgment granting approval of the settlement or attorneys' fees or expenses in this matter, including the denial of attorneys' fees or expenses to counsel for the R & M Objectors or Class Representative Service Awards to the R & M Objectors; all as set out in the docket sheet attached to this notice of appeal.

Dated:  January 7, 2020

Respectfully submitted,


By: __/s/Jay L. T. Breakstone_____

    Jay L. T. Breakstone
    PARKER WAICHMAN LLP
    *Counsel of Record*
    Parker Waichman LLP
    6 Harbor Park Drive
    Port Washington, NY  11050
    (516) 466-6500
    jbreakstone@yourlawyer.com
    *Counsel for Linda Jones*

    Thomas P. Thrash, ABN #80147
    **Thrash Law Firm, P.A**.
    1101 Garland Street
    Little Rock, AR 72201
    Telephone: (501) 374-1058
    tomthrash@sbcglobal.net

    Phillip Duncan
    Richard Quintus
    **Duncan Firm, P.A.**
    900 S. Shackleford, Suite 725
    Little Rock, AR 72211
    Telephone: (501) 228-7600
    phillip@duncanfirm.com
    richard@duncanfirm.com