## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION. | MDL No. 1720 (MKB) (JO)<br>1:05-md-01720 (MKB) (JO)<br>Civil No. 05—5075 (MKB) (JO) |

## NOTICE OF APPEAL

Notice is hereby given that Falls Auto Gallery LLC dba Falls Car Collection, who is a Rule 23(b)(3) Class Member and Objector, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the FINAL APPROVAL ORDER [Order and Final Judgment approving the Superseding Settlement Agreement] (ECF Document 7818), entered on December 13, 2019; the MEMORANDUM & ORDER [approving the Superseding Settlement Agreement] (ECF Document 7821) entered on December 16, 2019; the MEMORANDUM & ORDER [granting attorney fees and expenses] (ECF Document 7822), entered on December 16, 2019; the ORDER [granting expenses and service awards to Rule 23(b)(3) Class Plaintiffs] (ECF Document 7823) entered on December 16, 2019; and, the JUDGMENT (ECF Document 7832) entered on December 20, 2019.

Dated: January 8, 2020            Respectfully submitted,

*/s/ Sam P. Cannata*
Sam P. Cannata
Ohio Bar Number 0078621
30799 Pinetree Rd., #254
Cleveland, Ohio 44124
Tel: (216) 214-0796
spc@cplpa.com

Counsel for Class Member/Objector
Falls Auto Gallery LLC (dba Falls Car Collection)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2020 the attached Notice of Appeal was filed electronically with the Clerk of the Court using the CM/ECF system for filing. I further certify that copies of the above-referenced document were served on all parties who have filed a notice of appearance using the CM/ECF system.

        Respectfully submitted,

        */s/ Sam P. Cannata*
        Sam P. Cannata

        Counsel for Class Member/Objector
        Falls Auto Gallery LLC (dba Falls Car Collection)