# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL Docket No. 1720 <br><br> MASTER FILE NO. 1:05-MD-1720-MKB-JO <br><br> AMENDED NOTICE OF APPEAL |
| This document relates to: ALL ACTIONS | |

Notice is hereby given that Gnarlywood LLC, and Quincy Woodrights, LLC, who are members of the Rule 23(b)(3) Settlement Class and Objectors in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the FINAL APPROVAL ORDER (Order and final Judgment approving Superseding Settlement Agreement) (CM/ECF Docket Entry No. 7818), dated December 13, 2019, the MEMORANDUM & ORDER (regarding approval of Superseding Settlement Agreement, Notice Plan, Class Notices, Plan of Administration and Distribution, and Class Certification) (CM/ECF Docket Entry No. 7821), dated December 16, 2019, the MEMORANDUM & ORDER (granting Attorneys' fees and expenses) (CM/ECF Docket

Entry No. 7822), dated December 16, 2019, and the JUDGMENT (CM/ECF Docket Entry No. 7832), dated December 20, 2019.

                                                         Respectfully submitted,

Dated:  January 9, 2020

                                                               s/ Kendrick Jan
                                          Kendrick Jan, CA State Bar No. 105149
                                          Kendrick Jan, APC
                                          402 West Broadway, Suite 1520
                                          San Diego, CA  92101
                                          Phone:  (619) 231-7702
                                          Email: kj@jan-law.com
                                          Attorney for Objectors Gnarlywood LLC and Quincy Woodrights, LLC