UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE PAYMENT CARD INTERCHANGE FEE     05-MD-1720 (MKB) (JO)
AND MERCHANT DISCOUNT ANTITRUST LITIG.     Civil No. 05-5075 (MKB)(JO)

-------------------------------------------------------------------X

## NOTICE OF APPEAL

Objectors/ Class Members Unlimited Vacations and Cruises. Inc. and USA Pets LLC, hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Memorandum & Order awarding attorney's fees and expenses (Document 7822, entered 12/16/19), its Order awarding class representative service awards (Document 7823, entered 12/16/19), and the Judgment (Document 7832, entered 12/20/19).

                                                   Unlimited Vacations and Cruises,
                                                   And USA Pets LLC,
                                                   By their attorney,

                                                   */s/ John J Pentz*
                                                   John J. Pentz, Esq.
                                                   19 Widow Rites Lane
                                                   Sudbury, MA  01776
                                                   Phone: (978) 261-5715
                                                   jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on January 10, 2020, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                   */s/ John J. Pentz*
                                                   John J. Pentz