UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MD-01720 (MKB) (JO) |

## NOTICE OF APPEAL

Notice is hereby given that Fikes Wholesale, Inc., Midwest Petroleum Company, Slidell Oil Company, LLC, the Society of Independent Gasoline Marketers of America (SIGMA), the National Association of Shell Marketers, Inc. (NASM), and the Petroleum Marketers Association of America (PMAA) (collectively, Branded Operators or Objectors), who are Rule 23(b)(3) Class Members and Objectors, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from: (1) the Final Approval Order entered on December 13, 2019 (Docket Entry No. 7818); (2) the Memorandum & Order entered on December 16, 2019 (Docket Entry No. 7821); and (3) the Judgment entered on December 20, 2019 (Docket Entry No. 7832).

DATED: January 13, 2020

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Steve W. Berman*
    Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com

Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP

555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 752-5455
Facsimile: (917) 310-2980
nathant@hbsslaw.com

LAW OFFICE OF JANA EISINGER, PLLC

By: */s/ Jana Eisinger*
    Jana Eisinger
4610 South Ulster Street, Suite 150
Denver, CO 80237
Tel: (303)209-0266
Fax: (303) 353-0786
jeisinger@eisingerlawfirm.com

*Counsel for Objectors Fikes Wholesale, Inc., Midwest Petroleum, Inc., Slidell Oil Company, LLC, and Society of Independent Gasoline Marketers of America*

By: */s/ Alphonse M. Alfano*
Alphonse M. Alfano
BASSMAN, MITCHELL, ALFANO & LEITER, CHARTERED
1707 L Street, NW, Suite 560
Washington, DC 20036
Tel: (202) 466-6502
Fax: (202) 331-7510
Email: bbass@bmalaw.net

*Counsel for the National Association of Shell Marketers, Inc. and the Petroleum Marketers Association of America*

010781-11/1222803 V1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Steve W. Berman*
STEVE W. BERMAN