## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Level 3 Communications, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| 41C Ventures, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| BTE Equipment, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| CCC Canada Holding, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| CenturyLink Latin American Solutions, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| CenturyLink Telecomunicaciones S.A. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Continental Holdings Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Continental Level 3, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Continental Mineral Sales, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Acquisition Two, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Front Range Insurance Company, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| FTV Communications, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| GC SAC Argentina S.R.L. (Uruguay Branch) | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Americas Solutions, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Local Services, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing North America, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing North American Holdings, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Telecommunications, Inc. | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Telemanagement VA, LLC | ■■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Harris G. Allen Telecommunications Historical Museum (non profit) | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Impsat Fiber Networks, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| IP Networks, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| KMI Continental Lignite, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Legend Circle Holdings, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Asia, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 CDN International, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Communications of Virginia, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Communications St. Croix, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Communications, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Communications, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Enhanced Services, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 EON, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Financing, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Holdings, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 International Services, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 International, Inc. | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Parent, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom Data Services, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom Holdings II, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom Holdings, LLC | ■■■■■ | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Level 3 Telecom Management Co., LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Alabama, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Arizona, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Arkansas, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of California, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Colorado, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of D.C., LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Florida, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Georgia, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Hawaii, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Idaho, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Illinois, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Indiana, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Iowa, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Kansas City, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Kentucky, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Louisiana, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Maryland, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Minnesota, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Mississippi, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Nevada, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of New Jersey, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Level 3 Telecom of New Mexico, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of New York, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of North Carolina, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Ohio, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Oklahoma, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Oregon, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of South Carolina, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Tennessee, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Texas, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Utah, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Virginia, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Washington, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom of Wisconsin, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Level 3 Telecom, LP | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| TelCove of Pennsylvania, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| TelCove Operations, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| The IRC Company, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Vyvx, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| WilTel Communications, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| XCOM Technologies of New York, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Xspedius Management Co. International, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| 650 Townsend Facility Company, LLC | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| 85 Tenth Avenue, LLC | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| AGC Bandwidth USA, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| AGC Hungary Holdings Property Management Limited Liability Company | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| ALC Communications Corporation | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Anixter-Frontier Joint Venture | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Apollo Escrow Sub, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Applied Communications (Singapore Ltd.) | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Asia Global Crossing Development Co. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Bensecra Limited | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Bichon Properties, L.L.C. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Big Horn Coal Company | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| BioClean Fuels, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| BioClean Holdings L.L.C. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Bittercreek Coal Company | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Black Butte Coal Company | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Assets, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Canada, LLC | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Charitable Foundation | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Corporation | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Employees, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Broadwing Communications Holdings, LLC | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Iru, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Real Estate Services LLC | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Communications Services Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Corporation | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Broadwing Financial Services, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Budget Call Long Distance, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Business Telemanagement, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Businessnet Ltd. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| C III Communications, LLC | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Cajun Acquisition Company | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| California Private Transportation Company, L.P. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Centel Directories LLC | No FEIN | 100 CenturyLink Drive Monroe, LA 71203 |
| Centel SPE LLC | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Century Color Graphics, L.L.C. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Century Interactive Fax, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| CFS Management Company | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| CG Austria, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Commonwealth Telephone Enterprises, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| ConferTech International (UK), Ltd. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Continental Forest Investments, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Continental Land Sales, Inc. | ████ | 100 CenturyLink Drive Monroe, LA 71203 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Corlew Investment S.A. | ██████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis Equipment Corporation | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis Equipment Corporation | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis Equipment, LLC | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis Government Solutions, Inc. | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis License, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis Operations, Inc. | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis US Capital, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Corvis US Technology, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Critical Connections, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| CTL Arkansas, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| CTL Mountain Home, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| CTL Redfield, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| CTL South Arkansas, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Deason Investment S.A. | ██████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Decker Coal Company | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Dorsal Networks, LLC | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Dredson Limited | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| EAC Japan Ltd. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Acquisition One, Inc. | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Acquisition Three, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Acquisition Three, LLC | ████████ | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Eldorado Equipment, Inc. | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Equity Holdings, Inc. | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Holdings, Inc. | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Eldorado Services, LLC | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Equal Access Networks, LLC | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| esb.com | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Express Lanes, Inc. | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of California | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Colorado | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Connecticut | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Florida | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Georgia | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Illinois | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Massachusetts | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Michigan | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Minnesota | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Missouri | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of New Jersey | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of New York | ▮▮▮▮▮ | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Ohio | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Pennsylvania | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Texas | -- | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Focal Communications Corporation Of The Mid-Atlantic | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Virginia | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Washington | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Communications Corporation Of Wisconsin | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Equipment Finance, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Fiber Leasing, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal International Corp. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Focal Telecommunications Corporation | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Frontier Communications of New England, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Gatamin L.P. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Gateway Opportunity Fund L.P. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| GC Crystal Acquisition, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| GC Dev. Co., Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| GC Mart LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| GC Pacific Landing Corp. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| GCNAN Claims, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| GCTI Claims, LLC | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Genesis Networks, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Genuity Managed Services, LLC | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| GeoNet Communications, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Advanced Card Services, Inc. | ███████ | 100 CenturyLink Drive Monroe, LA 71203 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Global Crossing Americas Solutions Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Bandwidth, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Billing, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Colombia Ltda | ████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Development Co. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Employee Services Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Gemini Sub, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Genesis Networks, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing GlobalCenter Holdings, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Government Markets USA, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Holdings USA, LLC | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Internet Dial-Up, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Latin America & Caribbean Co. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Management Services, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing North American Networks, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing SPV, S de R.L. de C.V. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing Telemanagement, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Crossing USA Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Marine Systems (Americas) Inc | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Global Marine Systems (Federal) Inc | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Gregson Limited | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| GT Landing Corp. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| GT Landing II Corp. | ▬ | 100 CenturyLink Drive Monroe, LA 71203 |
| HBC-CenturyTel Cable, LLC | ▬ | 100 CenturyLink Drive Monroe, LA 71203 |
| HQ Realty, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Canadian Acquisition, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG ChoiceCom Management, LLC | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Communications, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Consolidated, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Equipment, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Holdings, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Mountain View | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Mountain View, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Telecom Group of Virginia, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Telecom Group, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Telecom of San Diego, L.P. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| ICG Tevis, Inc. | ▬ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Impsat Fiber Networks, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Impsat USA, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Insight Licensing, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Integrated Leasing Services, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Interactive Services, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| International Optical Network, L.L.C. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| International Satellite Communication Holding Limited | -- | 1026 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| International Software Limited | -- | 1027 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| IPC Communications, Inc. | -- | 1028 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| istructure Database Technologies, Inc. | ███████ | 1029 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| IXNet (South Africa) (Proprietary) Ltd. | ████████ | 1030 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| IXNet Telecommunication Japan K.K. | -- | 1031 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| IXnet, Inc. | ███████ | 1032 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| KCP, Inc. | ███████ | 1033 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Kiewit Diversified Group Inc. | -- | 1034 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Kiewit Energy Group Inc. | -- | 1035 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| KMI Continental (Wakefield), Inc. | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Area 1, Inc. | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental High Value, Inc. | ███████ | 100 KMI Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Jeffersonville, Inc. | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Lake City, Inc. | ███████ | 100 KMI Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Land Resources, Inc. | ███████ | 100 KMI Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Lease 1, Inc. | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| KMI Continental Timberlands, Inc. | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| Knewko, Inc. | -- | 100 Link Drive Monroe, Louisiana 71203 USA |
| KT Mining Company | ███████ | 100KT Mining Link Drive Monroe, Louisiana 71203 USA |
| KT Mining, LP | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| Legend Circle Holdings, LLC | ███████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| Level 3 Cortland, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Level 3 Delaware Holdings II, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Level 3 Delaware Holdings, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Level 3 Equity Holdings, Inc. | -- | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 Escrow II, Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 Escrow, Inc. | -- | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 IPN Acquisition, Inc. | -- | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 Landing Station, Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 Services, Inc. | -- | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Level 3 Telecom Holdings, Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| LexiBridge Corporation | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| LGN Purchasing Co., LLC | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Lodo Holdings, Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Lodo Realty Co., LLC | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Lone Star Security Systems, L.L.C. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Looking Glass Networks Holding Co., Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |
| Looking Glass Networks of Virginia, Inc. | ███████ | 1025 Eldorado Blvd.<br>Interlocken 2000<br>Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Looking Glass Networks, Inc. | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Looking Glass Networks, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| MAC Landing Corp. | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Metaclorin Investco II, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Montana Royalty Company, Ltd. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Muir Merger Sub, Inc. | -- | 100 CenturyLink Drive Monroe, LA 71203 |
| Net Twenty-One, Inc. | ██████ | 100 CenturyLink Drive Monroe, LA 71203 |
| Nevasa Holdings Ltd. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| NikoNet, LLC | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Old Inter Exchange Network, Inc. | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Orygen, LLC | ██████ | 100 Link Drive Monroe, Louisiana 71203 USA |
| PAC Landing Corp. | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PC Landing Corp. | ██████ | 100PC Landing Link Drive Monroe, Louisiana 71203 USA |
| Perry Protection Services, Inc. | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Pivotal Communications, LLC | ██████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PKS Computer Services, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| PKS Healthcare Systems, Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PKS Systems Integration (Brazil), Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PKS Systems Integration of New England, Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PKS Systems Integration, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Progress Telecom, LLC | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PTI Harbor Bay, Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| PTLLC Acquisition Co., LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Racal Telecommunications, Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| RCI Long Distance, Inc. | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| RCN Corporation | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| R-K Leasing Company | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Rosebud Coal Sales Company | ■■■■■■ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Saturn Merger Sub 1, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Saturn Merger Sub 2, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Savannah River Communications, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| StarHub Crossing Pte Ltd. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Statesboro Cellular, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Stonegate Holdings, LLC | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Structure, LLC | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Subsidiary Telco, LLC | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Technology Spectrum, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcon, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Atlantic, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Capital, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| TelCove Charitable Foundation | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove FWL, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Holdings Of Louisiana, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Holdings of Pennsylvania, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Telcove International, LLC | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Investment East, LLC | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Investment, LLC | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove Long Haul, L.P. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| TelCove of Eastern Pennsylvania | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Florida, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Jacksonville, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Kentucky, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Louisiana, LLC | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Nashville, L.P. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| TelCove of Pennsylvania, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of South Carolina, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Tennessee, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove of Vermont, Inc. | ▉▉▉▉▉ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

## Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Telcove of Virginia, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| TelCove Operations, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove, Inc. | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telcove, LLC | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telecomunicaciones Impsat S.A. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Telverse Communications, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Time Warner Telecom General Partnership | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Time Warner Telecom Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Time Warner Telecom of Nevada LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Time Warner Telecom of Virginia LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Time Warner Telecom Texas, L.P. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Training Partnerships, Inc. | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Trans American Cable, Inc. | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| tw telecom inc. | ████████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| V Band Corporation | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Vantage Subsea Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Walnut Creek Mining Company | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| WCS Communications Systems, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Western Minerals, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Western Plains Finance, L.L.C. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Whitney Holding Corp. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| WilTel Communications Group, LLC | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Wiltel Communications Managed Services Of California, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Wiltel Communications of Virginia, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Wiltel Communications Procurement, L.L.C. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Wiltel Communications Procurement, LP | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Wiltel Local Network, LLC | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| XCOM Technologies of Puerto Rico, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| XCOM Technologies Of Virginia, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| XCOM Technologies, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| XCOM Telephony Of New York, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| XCOM Telephony of Puerto Rico, Inc. | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Albuquerque LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Atlanta, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Austin, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Baton Rouge, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Birmingham, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Charleston, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Chattanooga, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Colorado Springs, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Columbia, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Dallas/Fort Worth, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Xspedius Management Co. of El Paso, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Fort Worth, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Greenville, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Irving, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Jacksonville, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Las Vegas, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Lexington, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Louisiana, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Louisville, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Mobile, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Montgomery, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Pima County, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of San Antonio, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Shreveport, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |

Exhibit A-2

| Company Name | TIN | Address |
|---|---|---|
| Xspedius Management Co. of South Florida, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Spartanburg, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. of Tampa, LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Xspedius Management Co. Switched Services LLC | -- | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Zycom Corporation | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |
| Zycom Network Services, Inc. | ███████ | 1025 Eldorado Blvd. Interlocken 2000 Broomfield, Colorado 80021 |