Exhibit B

| Legal Name | DBA Name | Taxpayer ID | Address | Notes | Merchant ID |
|---|---|---|---|---|---|
| DISH Network, L.L.C. | DISH Network | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH Network, L.L.C. | AIRTV | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH Network, L.L.C. | DISH NETWORK-ONE TIME | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH Network, L.L.C. | AUTOPAY/DISH NTWK | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH Network, L.L.C. | AUTOPAY/DISH NTWK | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH Network, L.L.C. | DISH BUSINESS | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH Network, L.L.C. | DISH DIGITAL | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| AIRTV LLC | AIRTV LLC | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| BLOCKBUSTER LLC | BLOCKBUSTER LLC | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | Addresses for all Blockbuster locations are attached at Exhibit B | ▮ |
| DISH DBS CORPORATIONN | DISH DBS CORPORATIONN | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | SLING.COM | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH DBS CORPORATIONN | IN-HOME SERVICES BY DISH | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | ONTECH | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | CORP/DISH NETWORK | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH DBS CORPORATIONN | SERVICE/DISH NETWORK | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | ECHOSTAR COMMUNICATIONS | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH DBS CORPORATIONN | DISH NTWRK PRTO RICO COR | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | ▮ |
| DISH DBS CORPORATIONN | DISH NTWK/TEAM SUMMIT/ | ▮ | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |

Exhibit B

| Legal Name | DBA Name | Taxpayer ID | Address | Notes | Merchant ID |
|---|---|---|---|---|---|
| DISH DBS CORPORATIONN | DISH NETWORK LLC | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | DISH NTWK/TEAM SUMMIT #2 | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | CORP/DISH NETWORK | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | SERVICE/DISH NETWORK | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | ECHOSTAR COMMUNICATIONS | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH DBS CORPORATIONN | DISH NTWRK PRTO RICO CORP | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| ECHOSTAR COMMUNICATIONS | ECHOSTAR COMMUNICATIONS | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| ECHOSTAR COMMUNICATIONS | DISH NETWORK PUERTO RICO | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| ECHOSTAR COMMUNICATIONS | DISH NETWORK | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| ECHOSTAR TECHNOLOGIES | ECHOSTAR TECHNOLOGIES | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| ECHOSTAR TECHNOLOGIES HO | SLING MEDIA LLC | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | |
| DISH OPERATING L.L.C. | DISH OPERATING L.L.C. | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| ECHOSPHERE L.L.C | ECHOSPHERE L.L.C | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| DISH NETWORK SERVICE L.L.C | DISH NETWORK SERVICE L.L.C | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| BLOCKBUSTER INC. | BLOCKBUSTER INC. | | 9601 S. Meridian Blvd, Englewood, CO 80112 | Addresses for all Blockbuster locations are attached at Exhibit B | NA |
| DISH NETWORK CORPORATION | DISH NETWORK CORPORATION | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |

Exhibit B

| Legal Name | DBA Name | Taxpayer ID | Address | Notes | Merchant ID |
|---|---|---|---|---|---|
| BLOCKBUSTER DIGITIAL TECHNOLOGIES INC. | BLOCKBUSTER DIGITIAL TECHNOLOGIES INC. | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| BLOCKBUSTER DISTRIBUTION, INC. | BLOCKBUSTER DISTRIBUTION, INC. | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| BLOCKBUSTER GIFT CARD, INC. | BLOCKBUSTER GIFT CARD, INC. | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |
| MOVELINK, LLC | MOVELINK, LLC | | 9601 S. Meridian Blvd, Englewood, CO 80112 | | NA |