# EXHIBIT C

SUNHOUSE PETROLEUM LLC

YAM CITY OIL & GAS CO

TAR HEEL OIL II, INC.

L.G. JORDAN OIL CO., INC.

J.M. DAVIS INDUSTRIES INC

LIBBUS ENTERPRISES CORP DBA DOLPHINS

ASHEVILLE OIL COMPANY, INC.

BMC DISTRIBUTORS OF SC

GAMBILL OIL, LLC

NECHA CORP DBA SUNSET MART

HUTCHENS PETROLEUM CORPORATION

HIJK INTERNATIONAL, INC. DBA KT EXPRESS

CASON COMPANIES INC.

OAKBORO OIL CO, INC

FAULKNER'S LLC DBA FAULKNER'S STORE

DUNCAN OIL COMPANY

DOWDLE MOUNTAIN PIT STOP

THOMAS E STEPHENS

BHALVANI ENTERPRISES DBA SHELL FOODMART

FRESHFIELDS CONVENIENCE STORE LLC

SAR GROUPS, LLC DBA SOUTHERN STORES/FAIRWAY FUELS

MELAD LLC DBA TEAM BEVERAGE

UMA CORP DBA CITGO FOOD MART

WESTGATE IMPORTS INC

SAR GROUPS, LLC DBA SOUTHERN STORES/RACE CITY CITGO

BEN H, LLC DBA TEXACO FOODMART

WALTHALL OIL COMPANY

OM&SWETA LLC DBA EZ STOP #4

OLESON ENTERPRISES, INC. DBA PARKWAY CONVENIENT STORE

DAAQ, INC DBA JOHN'S GAS MART   807

MUNISUVRAT INC DBA JK'S FOOD MART

PR PETRO INC DBA EXXON FOODMART

MAHIN ENTERPRISES, LLC. DBA CHEVRON FOODMART

GSRDUI, INC DBA TRIANGLE MINI MART 6135

BYLO#6

SAR GROUPS, LLC DBA SOUTHERN STORES/LANCASTER CITGO

TRIANGLE D FD MT   855

SOUTH CENTRAL OIL CO., INC.

JAYBAHUCHAR, INC.

RICHARDS OIL COMPANY, INC

RNN FOOD & GAS, INC.

SAR GROUPS, LLC DBA SOUTHERN STORES/CITGO SHELBY

HUNTER OIL & PROPANE, INC.

TRI-LAKESBP MARKET, INC.

SAR GROUPS, LLC DBA SOUTHERN STORES/CHESNEE CITGO

RAGAN'S SHORT STOP INC   250

HARBORVIEW INC DBA HARBORVIEW EXXON

SAILEELA, INC

PALMETTO EXPRESS OF LEE COUNTY, LLC

R-KAD, INC DBA K&D PETRO

S. A. WHITE OIL CO.

S.C. OIL COMPANY, INC. DBA SANTEE GENERAL STORE

PROPST SUPERETTE #9  92319

WILTON EXPRESS FOOD MART INC

T & F OF MACON COUNTY, INC. DBA N & N EXPRESS MART

DAHIR BROTHERS, INC. DBA

SPRING FOOD MART, INC.

STOP N GO LLC DBA STOP N GO #1

KRISHNA OF FLORENCE, INC DBA STOP N SHOP

VEDHA LLC DBA COTTAGEVILLE BP

DAHIR BRO/DBA DON LEE

RONNIE'S STATION OF HARLEYVILLE, LLC

MEADOWMONT ENTERPRISES INC.

DAHIR BROTHERS DBA SMOKER FRIENDLY

NC PETROLEUM, INC DBA SN FOODMART 2

WILSON'S II, INC.

CHEESEMAN'S ENTERPRISES, INC.

PROPST SUPERETTE  92131

VAUGHAN OIL COMPANY, INC

RATNA INCORPORATION DBA QUICK STOP

USA GROUP OF INVESTMENT, INC. DBA USA FOODMART

SAR GROUPS, LLC DBA SOUTHERN STORES/HIGHWAY 101 CITGO

VIKING FOOD MART, INC. DBA TOWN AND COUNTRY

MILLER'S STORE INC.

NORTHWOODS BLVD EXPRESS INC

MARUTI SANKALP, INC. DBA CORNER CUPBOARD #3

DSJ FUEL CENTERS LLC

ENERGY MART, LLC DBA GATOR'S MARKET

H & S MART, INC.

A-ONE PLUS INC. DBA EZWAY

JCRNC, LLC DBA LLOYD'S

OASIS GAS PLUS, INC. DBB HUDSON VALERO

TYLER & EVAN ENTERPRISES, INC DBA HOMETOWN MINI MART

MIGHTY MIDGET, LLC

SINGH, INC DBA CLERMONT ROAD

LARSON GREER    6006

COMMERCIAL OIL

VIGNA VINAYAKA LLC DBA EXPRESS 29

DEVKI LAXMI LLC

AOUN & COLE INC DBA MIRA MART

BULLOCK OIL CO., INC. DBA COWBOYS 107

RADHEY 101 INC DBA LITTLE ROCK FOODMART

GROCERY BAG    6005

HANKOOK ENTERPRISE, INC. DBA FASTEE MART

SHREE HARI, LLC

OM SHRI SAINATH, LLC DBA SPEEDY MART

JAY MAHADEV, INC. DBA SM MART

BHAMANI ENTERPRISES DBA KOUNTRY KORNER

BPR ENTERPRISES, INC. DBA QUICK FOODMART

HOLIDAY #3    679

IK-ONKAAR ENTERPRISES LLC DBA ROYAL MINI MART

G & FF, INC. DBA FLAHERTY SERVICE CENTER

TIGERMART CLEMSON, LLC

MARUTI UPVAN, INC. DBA CORNER CUPBOARD #4

SAR GROUPS, LLC DBA SOUTHERN STORES/LYMAN CITGO

PPS MANAGEMENT INC DBA RIGHTWAY

CORNER ST#2-TRI PT 6004

PROPST SUPERETTE #11

JAY AMBE MA CORPORATION DBA CIRCLE V STOP N SHOP

BULLOCK OIL CO., INC DBA COWBOYS 103

NIDHI NILAY LLC DBA CORNER CUPBOARD #5

2854 PANOLA ROAD INVESTMENTS INC. DBA SHELL FOOD MART

SAR GROUPS, LLC DBA SOUTHERN STORES/BLACKSBURG CITGO

120648795.2

ENTREPRENUER VISIONS LLC DBA CHEVRON FOOD MART

QUIK MART INC

ASU FOOD MART INC DBA KWIK SERV 2 STORE 971

WRIGHT WAY STORES OF SC INC

THOMAS E. STEPHENS DBA TOMMY'S MINI MARTS 848

BULLOCK OIL CO., INC. DBA COWBOYS 102

SAR GROUPS, LLC DBA SOUTHERN STORES/SANDLAPPER EXPRESS

OM GAYATRI, INC DBA OHM FOOD MART

BULLOCK OIL CO., INC. DBA COWBOYS 109

DALEEMAC, LLC DBA SADDLEBROOK

SHORT TRIP 25 LLC

SHREE SADHIMAA, INC. DBA STANFORD FOOD MART & DONUT SHOP

STAR MART 247   1505

CATO, INC. DBA CATO GAS & OIL

PROPST SUPERETTE #2

JOHN CLAIR ENTERPRISES, INC.

KRISHNA INVESTMENTS INC. dba STARMOUNT MART

HETAL-MINA CORPORATION DBA PINE BLUFF MINI MART

MARUTI FOOD MART INC

JAY MARUTI INC DBA KEN'S CORNER

CLINGMAN PIT STOP, INC

RED MINE LAND COMPANY, LLC DBA PARKWAY

HARIKUNJ LLC DBA CORNER GAS

R-WINN, INC. DBA MP MART

KRISHNA INVESTMENTS INC DBA OAKPARK MART

VICTORY ENTERPRISES,INC. DBA PAINTSVILLE

VIKING FOOD MART, INC. DBA FLATWOODS

PREM & RHYTHM INC DBA RHYTHM FOOD MART

KAMLA KAUR ENTERPRISES LLC DBA WEST POINT MARATHON

120648795.2

KAMLA KAUR INC. DBA SALEM

MILES MENG, LLC DBA T MART

A L JOHNSON DISTRIBUTOR LLC

IRFAN SAMMA LLC DBA JZ#2

SHREE SATYAM, INC DBA CHEVRON FOODMART

KRISHNA INVESTMENTS, INC, DBA CAPITAL MART

BULLOCK OIL CO., INC. DBA COWBOYS 118

3 WAY FOOD MART INC

P & T PETRO3, INC. DBA GRAFFENBURG

JIYA INC DBA QUICK FOOD MART

MARUTI SOLARIS, INC. DBA PALMETTO EXXON

KRISHA INC. DBA MT HOLLY CITGO

HOLIDAY # 4     680

PLEASANT HILL MINI MART LLC

 SHREE ASTHA LAKSHMI, INC DBA ELKIN MART

HAGUE, INC.

MANJIT SINGH DHILLON DBA CREEDMOR FOOD STORE            938

STAN'S SERVICE CENTER, INC.

RUDRAX LLC DBA LITTLE GIANT FOOD STORE

ROSS AND COMPANY OF LENOIR LLC

LUCKY DOG ENTERPRISES, INC.

KAMLA KAUR GROUP LLC DBA FASTWAY # 4

OM N SHIV INC DBA DALLAS FOODMART

HIS BLESSINGS, INC. DBA ROSWELL FOODMART

NORCROSS CONVENIENCE LLC DBA SHOP-N-GO

MALAWI LLC DBA GAS & GO

MAAHINISHEEL LLC DBA MN OIL COMPANY

JIGAR FOOD MART

GANSHYAM MARKET, INC DBA Y NOT STOP

OM RAJA RAM, INC. DBA SOUTHERN EXPRESS #8

WICKER OIL CO., INC.

BULLOCK OIL CO., INC. DBA COWBOYS 101

CULPEPPER WADE OIL, INC.

SOK IN, INC DBA CROSSROAD GRILL

R & R ENERGY LLC DBA FRIENDLY FOOD MART

TOCCOA GROCERY, INC.

TRIANGLE POINT, LTD. DBA CORNER STORE #2

BULLOCK OIL CO., INC. DBA COWBOYS 110

KAMLA KAUR ENTERPRISES LLC DBA VINE GROVE VALERO

ADCO INC OF CHARLOTTE

JALIYAN CORPORATION DBA HOMETOWN MART

METRO FOOD MART INC

JAI GAYATRI OF SC, INC. DBA OHM FOODMART

JIM'S AMOCO VARIETY   VARIETY PIC UP INC  881

TANVEER, LLC DBA MARKET EXPRESS 11

IDEAL TRADING INC. DBA CREEDMOOR FOOD STORE

RADHEY INC. DBA QUICK CORNER

JONESVILLE PITSTOP INC

SUSAN MICHELE JONES DBA MO'S SPEEDCO-STATELINE CIGARETTES

RAY Q INC. DBA JJ'S

KAMLA KAUR ENTERPRISES LLC DBA MIDWAY QUICK STOP

FOOTHILLS COMMNITY BANK

HANJINLYN, INC.DBA BIG H QUICK MART

SHREE RAMCHANDRA LLC DBA SHREE RAM FOOD MART

SAR GROUPS/LITTLE ROCK FOOD MART

JANU, INC.

GHOTA X INC. DBA CIRCUS FOOD STORE #1

VIKING FOOD MART, INC. DBA GREENUP

120648795.2

VIKING FOOD MART, INC. DBA SUMMIT SMART STOP

J AND M SHORE ENTERPRISES, LLC DBA J AND M GENERAL STORE

PROPST SUPERETTE #6

TBAA, INC. DBA SHELL MIGHTY MIDGET MART

PEBBLES PLACE-MIDSTREET GAS & GRILL INC

STEELE BRIDGE ENTERPRISES, INC. DBA D & D GENERAL STORE

PEACHTREE CENTRAL GAS, INC.

FOOTHILLS GROCERY & DELI, LLC

CHUBBYS FUEL, INC

FIRST CITIZENS BANK OF GEORGIA

PAY-JAY'S STORE  975

VISHNU INVESTMENTS LLC DBA STARMOUNT QUICK STOP

FORTUNE B LLC DBA EZ TRIP #5

QUICK ONE STOP INC DBA QUICK ONE STOP

JOSEPH M STEVENSON DBA SPORTMAN'S CROSSING FOOD MART

MS OIL LLC DBA TO GO VALERO

DISCOUNT FOODS OF RUTHERFORD COLLEGE

JACOB'S BROTHERS LLC DBA CITGO KENNESAW FOOD

PLEASANT HILL STORE LLC DBA PLEASANT HILL STORE

NADEV TAWASHA DBA NED'S MARKET AKA NED'S GAS & DELI

NEW HILL COMMUNITY STORE, INC.

RUCHI FOOD MART,INC 6009

GSRDUI, INC DBA TRIANGLE MINI MART                          6135

VJ PAL INC DBA FAST N FRIENDLY

AARUSH LLC DBA SHOP-N-GO-FOOD

PENN PETROLEUM INC DBA SONNY'S #1

JACK'S INC.

QUICK STOP PANTRY, INC.

TOP CORPORATION

120648795.2

DIVERSIFIED ENTERPRISES, INC.

JIM'S VARIETY, INC

SUNRISE OIL, LLC DBA COTTAGE FUEL MART

REEVA REET INC DBA TROY MARKET

SATNAM LLC DBA WEST PORT VALERO

SHIR NAR NARAYAN INC DBA VALERO HARTFORD

THE GROCERY BAG, INC. DBA GROCERY BAG 2

T & F OF MACON COUNTY, INC DBA N & N EXPRESS MART

3D FAST MART INC

SSP PETROLEUM LLC DBA CARROLTON VALERO

JAN MEDA INC DBA CITGO FOOD MART

PAY-JAY'S STORE   975

FARESWEL ENTERPRISES, INC.

P & T PETRO3, INC DBA GRAFFENBURG

LAWAND, INC. DBA TATES CREEK MINI MART

SHREE SIDDHI, LLC SERV SHELL

SKIFF LLC DBA PRIDE GOOSE CREEK

SOHAIL & A, INC. DBA YADKIN VALLEY GROCERY

GROOMS MARKETING LLC DBA MONCKS CORNER SHELL

ESSAR INC DBA DIAMOND GAS

WISE'S EXXON

DUTCHMAN CREEK

EVANS PETROLEUM CO, INC

FOOTHILLS COMMUNITY BANK

GET N GO INC DBA 3 BROTHERS BY LO

GLENN E. ROBINSON DBA GENE'S KWIK STOP #2

TOBACCO BARN

THREE GUYS, LLC DBA PPN VALERO

VILAS VENTURES LLC DBA COVE CREEK STORE

120648795.2

DHYAN, INC. DBA PIKEVILLE

A&B FUELS, INC DBA READY MART

211 INC DBA RJ'S MINI MART

O&E, LLC DBA O & E FOOD MART

KCP, INC. DBA KC MART #7

SSP INVESTMENT, LLC DBA VEVAY MARATHON

EASTERN FUELS (OCRACOKE STATION 202)

NDR 17 LLC

ISHIKA INVESTMENT LLC DBA CITGO FOOD MART

KRISHNA INVESTMENTS GROUP DBA EASY SHOP

THE GROCERY BAG, INC. DBA GROCERY BAG 1

SAVE MART DBA GANDHI SAVE MART

DHRUVIR INC DBA  FASTPOINT PICKENS

MIK, INC. DBA JACK SHOP IN

THE STATION AT AUSTELL IN MARIETTA 102, LLC

SSP PETROLEUM LLC DBA CARROLLTON VALERO

SEMINOLE CENTER LLC DBA SEMINOLE MART

MASTER SERVE, INC.

J & M PRODUCE

ALAM US HOLDINGS LLC DBA TEXACO FOOD MART

STALLINGS BROS HOLD INC

OWENS # 8     687

MAAHINISHEEL LLC DBA MAAHI PETROLEUM

DIPAMIN LLC DBA THE SHOPPE

ENTREPRENUER VISIONS LLC CHEVRON FOOD MART

DAVID PAGE DBA PAGES DALE HOLLOW MARKET

WAYS ENTERPRISE DBA OASIS

PARKWAY FOOD MART, INC.

SAR INTERNATIONAL, INC. DBA R & K PARNTNERS

120648795.2

ANGEL2910 LLC DBA CITGO FOOD MART

ASHLEY FARMS LLC DBA PLEASANT HILL

HOLIDAY # 2   678

HOLIDAY SUPRETTE  683

FASTOP FOOD SHOP #2  693

KNN LLC DBA RAYS QUICK STOP

KIRSHA INC DBA S SK FOODMART

HOLIDAY #9    673

DHAIRYA, INC. DBA GREEN APPLE

DAVID PAGE DBA PAGES GROCERY

DISCOUNT FOODS OF LENOIR, INC.

MOBIL MART LLC DBA MOBIL MART

RIDGEVIEW GROCERY

TOMMY'S MINI MART 847

SUMMERVILLE MART, LLC

I & D CORPORATION DBA FAST & FRIENDLY FOODMART

GEORGE DANIEL ROTEN DBA 163 SERVICE AND GROCERY

HANJINLYNM INC. DBA BIG H QUICK MART

GANESH GA LLC DBA DISCOUNT TOBACCO AND GAS

SHREE SWAMIBAPA LLC DBA THE MARKET

SHEPHERD'S ONE STOP, LLC DBA SHEPHERD'S ONE STOP

ATF HOLDINGS, LLC DBA THE STATION

EASYSTOP TRADING INC DBA EASY STOP

3 S CORPORATION DBA 3 S FOOD SHOPPE

J M DAVIS INDUSTRIED

 AL ALI GROUP LLC  CLEVELAND TEXACO

HARVEST-TIME INVESTMENT INC DBA S&G GROCERY

KAMLA KAUR PETROLEUM LLC DBA KWIK KORNER

CG INCORPORATED DBA S&M GROCERY

120648795.2

MAA KRUPA LLC DBA QUICK STOP

GARY S. MCCURLEY, INC. DBA MCCURLEY'S SHELL

SPORTSMAN'S STOP "N" SHOP INC

BREEZE THRU MARKETS, LLC

C MINI MART #139

RANDY'S CITGO 26

CASH AND CARRY INC

JNP CORPORATION DBA JC MART 3

REDDY II INC DBA CMINI MART

C-MINI MART #138

T & D ENERGY, INC. DBA

JNP CORPORATION DBA JC MART 1

FARZANA INVESTMENT INC DBA C MINI MART #131

C MINI MART APEX

DAHIR BROTHERS INC., DBA LLOYD'S QUICKIE MART

D. STEVEN BYERS DBA GROCERY BOY JR #36

D&T MINI MART, LLC DBA D&T MINI MART

BK MART, INC

CAROLINA PETRO PRODUCTS, LLC DBA GROCERY BOY JR 40 115

C MINI MART #12 20

DUNCAN JUNCTION 100

CALVANDER FOOD MART

THOMAS E STEPHENS

MA MUNDDHARI, INC. DBA C MINI MART PITTSBORO #122

BLALOCK'S COVEN. 55

C Mini Mart 3

H&K PETROLEUM LLC

LNC,CORP/DBA COOLMART 51

EXXON 42

120648795.2

SHREESWAMIKRUPA LLC DBA TOMMY'S MINI MART

CAPITAL MART LLC DBA MOE'S STOP & SHOP

KEVIN'S STORE 214

PRIVETTES GROCERY 94

WINKS OF COROLLA 224

AABHUSHAN INC DBA GROCERY BOY #45

PIT STOP ONE LLC

CAROLINA PETRO PRODUCTS, LLC DBA GROCERY BOY JR #42 1159

BLUE WHALE INC 204

FARZANA INVESTMENT INC DBA GARNER MINI MART

J & L GLOBAL CORP 136

FRISCO SHOPPING CTR 208

FARZANA INVESTMENT INC. DBA C MINI MART 12

SEYOUM MINI MART, LLC DBA BIG JOHN'S

SANDY POINT ENTERPRISES, INC. DBA SHORT SECOND 219

KOPAN INC. DBA 143

WEE WINKS 223

H&D EXPRESS

CARY FOOD MART 5

SHREE GANESH2008 INC DBA QUICK STOP 542

BUY & GO, INC. DBA FAST FOOD MART #5

SWIFT CREEK GROCERY INC

BCTM, LLC DBA ET'S QUICK STOP

HARRIS FOOD MART

BIG JOHN'S MINI MART

NAH CONVENIENCE STORES, INC. DBA OXFORD RD CONV MART#1466

T&D ENERGY DBA/PITST2 12

T&D ENERGY DBA PIT STO96 SEE H&KPETRO

JNP COPPORATION DBA JC MART 1

120648795.2

TACKLE EXPRESS 141

PANHANDLE 232

OAK HALL EXXON

RASHESH INC DBA SHIV'S CORNER 153

FOY MART INC. DBA PRIVETTES GROCERY

MILBURNIE GAS & GROC.INC

ARA FOOD MART INC DBA HAWFIELDS GENERAL STORE

C&S SUSHI CORP. DBA J J MINI MART

ANSH, INC DBA ON THE WAY GAS AND GROCERY

J&S QUICK STOP, INC.

CHAHAL ENTERPRISES INC DBA C MINI MART

FARZANA INVESTMENT INC DBA CARY MINI MART

TAREYS INC DBA GROCERY BOY JR #47

MICHAEL MCCOY DELIONBACH DBA ONE HOP FOOD MART 56

PIC N SAVE, LLC 44

JANANI, INC. DBA MILBURNIE GAS & GROCERY

YOGIMRT ONE STOP MINI MART

FRIENDLY QUICK MART, INC #29

THOMAS E. STEPHENS DBA TOMMY'S MINI MART 987

SWIFT CREEK MINI MART

KHALID SALEH # 114

Grocery Boy 45

HAWFIELDS GEN ST 86

OAKES SERVICE CENTER

SHREE NATH INC

CHEEKS CONV & GRILL 544

RAHUL VINAL FOOD LLC DBA HAPPY FOOD MART

TOMMY'S MINI MART - 1701 South Miami Blvd

ALOHA P&C CORP DBA GROCERY BOY #44 UDC62

120648795.2

SCOTT'S FOOD STORE 234

QUICK STOP 1451

SWIFT CREEK COUNTRY STORE LLC #72

BAKE ZONE, INC. DBA PEACH EXPRESS #261

ASI RETAIL & SALES, INC #260

FARZANA INVESTMENT INC DBA SWIFT CREEK MINI MART

M&M BARBOUR, INC. DBA MOE'S STOP & SHOP

BLACK GOLD STATION LLC

Quick Stop Conover

STAR MART 247 1505

FOOD MART #10 110

C-Mini Mart Winston Salem

COUNTRY STORE

ABDO M ALI DBA RITE STOP

NORWOOD FOOD 576

NILAM CORP. DBA ONE STOP #1521

GROCERY BOY JR. #24 UDC #10

BAILEY'S SPEED-DEE MART, LLC DBA BAILEY'S SPEED DEE MART

Q EXPRESS II 587

DRAUGHONS GROCERY

RADFORD MARKET 529

GHFN PROPERTY INC.

SUNSHINE DJ, LLC DBA EXPRESS MART

LLOYDS II

T&B INC DBA JONES BR 210

COLONY CONVENIENCE MART

NORTHSIDE SUPERETTE 569

SEERAT SK INC #264

BANSI TWO INC DBA MICANOPY CHEVRON

120648795.2

PRIVETTE'S FOODMART, INC.

MANN'S RED & WHITE 211

PJ'S 233

ROSS AND COMPANY OF LENOIR LLC 578

INGLESIDE GROCERY

MAIN ST MINI MART 03

PRYOSHA INC DBA YOGI MART

EZ QUICK 230

PARTY BEVERAGE

SHREE GURUKRUPA L.L.C. DBA NORTHWOOD TEXACO

K&L MART INC DBA GROC BOY JR 43

PATEL USA LLC DBA HAPPY FOOD MART #265

SAM MINI MART, INC DBA GROCERY BOY #24

MIDTOWN AMOCO 565

3RP MINI MART CORP DBA SPRING HOPE FRESH FAIR

MCLARTY, INC. DBA NEWBERRY CHEVRON

NIVENS 231

SAMEER VENTURE 1, LLC DBA SAM'S FOOD MART

JCRNC, LLC DBA LLOYD'S

YOGIRAJ, INC. DBA KIRKWOOD TEXACO

FOOD FARE 557

C MINI Mart #16

SHALLOWBAG BAY MARINA, LLC DBA ALLIGATOR RIVER MARINA

YOGI FOODS #1 575

Northlakes Hickory

RS BUSINESS USA

SAHAJ HEET INC DBA WILLISTON ROAD CHEVRON

GAS-N-GO #554

DRUMS GROCERY 552

120648795.2

EXPRESS MART

SHRI OM SHIV LLC DBA MAIN STREET CHEVRON

STRICKLANDS 5

CROSSROADS MARKET 549

MINUTE MART

WANCHESE FISH CO INC.

OWENS #3 571

OWENS # 7 574

OWENS #6 573

LANDMARK GROCERY 563

N.A. MINUTE SHOPPE 459

OWENS #2 570

UNIVERSITY CHEVRON INC.

Spring Hope 2

AIMAN ODAT DBA JORDAN MART 528

SAI USA INC. DBA FT #253 TEXACO

KULIN & NUTAN SHAH 82

CEDAR VILLAGE

HOYLES GROCERY 561

LINVILLE FALLS SER 545

SIMON GROUP, INC #264

COVE CREEK GROCERY 548

D T MINI MART

THE TOBACCO CO.,INC 558

FOOD MART

194 Grocery

YADKIN RIVER GR 556

UNCLE BILLS MINI MT 84

JACKS SHOP IN

120648795.2

ROANOKE PARK CITGO 78

MOUNT HERMAN VARIETY

BUY & GO, INC. DBA FAST FOOD MART #4

Yadkin Valley

SPRING HOPE FRESH FAIR

Yadkin River

STAR MART 6501

SLIGO

KHAWAJA CORPORATION DBA MERA MART

CAJAH'S MTN SUP. 543

BUY & GO, INC. DBA FAST FOOD MART #3

MIDWAY CONVENIENCE STORE

AKFT LLC DBA Pullen Mart

MANVI LLC

120648795.2