# EXHIBIT D

158 Lakewood LLC

165 Flat Shoals LLC

202 Bells Ferry LLC

448 Inc.

464 Windsor LLC

490 Fairburn Rd LLC

2324 Loganville Inc.

4101 Investments LLC

5428 Food Store LLC

A&S Brother's Food Mart Inc.

AAA C-Store LLC

Aarina Enterprises Inc.

Aaron Gems Inc.

American Pride LLC

AMI 66 LLC

Apopka Business Inc.

Arpit and Harsj Corp

Arpit S Harsh Corp

Arpit Realty LLC

ASAS Inc.

Atlantic Retail Properties, LLC

Austell Road BP Inc.

Ayaan Investments LLC

Ayaan Mount Zion Inc.

Aydin Investments Inc.

Ayra Food & Gas LLC

Balagee Properties LLC

120648782.1

Bells Ferry Food Shop LLC

BN Enterprises LLC

BP Camp Creek

Brownsmill Enterprises Corporation

Canton Convenience Inc.

Cloud Ten LLC

Convexco Inc.

Convexco Ventures Inc.

Covington Highway Food Shop LLC

Dawsonville Exxon Food Mart Inc.

Dilshad Properties LLC

Donnelly LLC 142

Farah Enterprises Inc.

Fatima & Mohan Inc.

Gas Express LLC

Georgia Oil LLC

Gezahegn Prime LLC

Glenwood Inc.

Golden Jubilee Grocery Inc.

Grade Inc.

Grayson Hwy Properties LLC

H&R Dalton Inc.

Helios Prime, Inc.

Hiram Properties, Inc.

Hwy 5 FM Inc.

Inam International Inc

Intown Food Market LLC

J&R Travel Plaza Inc.

Jala Bhagat Sales LLC

Jalaram Sales Inc

Jasara Inc.

JBS Food Mart Inc.

Jinendra Inc.

JSJW Jackson Ops Co., LLC

Kargo Corporation

Khalia Inc.

Kinh Enterprises Inc.

KK Sons USA Inc.

KNN Inc.

Lithonia LLC 124

LNRS USA Business Inc.

Lowery LLC

Lucky Buford Inc.

M.R.M. Energy Inc.

Marsha Enterprises LLC

Marsha Holdings Inc.

Marymatha Inc.

Memorial Drive Food Shop LLC

Merchant Inc.

Mirror Lake LLC

MK Energy LLC

MRE-BOP Operations LLC

Mt. Zion Exxon LLC

Mukesh Tejani

Myra Properties LLC

Nabeel Group of Companies Inc.

Narayan Lakmi Corporation

Nasib Ventures LLC

Northside Exxon Corporation

Northside LLC #141

Old Lexington Mart Inc.

OM Sai Ram Group LLC

Om Sairam LLC

Oochee LLC

PDS Barrett LLC

PDS Vinings LLC

Peters Creek Mart Inc.

Phideaux Phuels 2, LLC

Platinum Jubilee Commercial LLC

Powder Springs Shell, Inc.

Priya Food and Gas LLC

Quick-N-Fast Inc.

R&M Investment Group Inc.

RAJE Inc.

Rehman Properties, LLC

Reidsville Mart Inc.

RLH Inc.

RMCO Alto LLC

Roswell Oil LLC

Royal Business Group LLC

RTSN Enterprises Inc

RVRA LLC

S & A Food and Gas Inc.

S & M Foods LLC

Safad Enterprises LLC

SAI of Anderson Inc.

SAI of Spartanburg LLC

120648782.1

Samad Business LLC

Saneey's BP Inc

Shamim Investments LLC

Shiv-Hari Inc.

Shree Gajkarns Corp

Shreeji Shlok Inc.

Shukar Inc.

Shyam Food Inc.

Slygo Fast Stop LLC

SMCHANG LLC

SMS Grocery Inc.

SNS Corporation

Stallion Investments II LLC

Sterling United Inc.

Sunrich LLC

Sylvan Station Inc.

Tara Blvd 6980 LLC

Triton Properties Inc.

Union Cross Mart Inc.

Vanilla Bean LLC

Candice Graham

Venus Ventures, LLC

VP Investment Business LLC

Walnut Avenue Gulf Inc.

Washington Investment Properties Inc.

Watson and Watson Enterprises Inc.

Whitesburg Food & Gas Inc.

Winterpark Business Inc.

Yasir Khan

120648782.1