## Exhibit E

| Merchant Name | Address | City | State | Zip Code | Brand Name | Merchant's Tax Identification Number |
|---|---|---|---|---|---|---|
| Energy North Stores, Inc./Energy North Incorporated | 315 Main St | North Reading | MA | 01864 | Energy North Stores, Inc./Energy North Incorporated/Energy to Go/Fresh Express | |
| Energy North Incorporated | 1700 Shawsheen St | Tewksbury | MA | 01876 | Energy North Stores, Inc./Energy North Incorporated/Energy to Go/Fresh Express/Kicksmart | ▮ |
| Energy North Incorporated | 2 International Way | Lawrence | MA | 01843 | Energy North Stores, Inc./Energy North Incorporated/Energy to Go/Fresh Express/Kicksmart/Haffner's | ▮ |
| HEG Inc. | 2 International Way | Lawrence | MA | 01843 | Haffner's/Kicksmart | ▮ |
| Energy North Stores, Inc./Energy North Incorporated | 197 Main Street | Townsend | MA | 01469 | Citgo/Haffner's | |
| Energy North Stores, Inc./Energy North Incorporated | 2 Shirley Street | Winthrop | MA | 02152 | Citgo/Gulf | ▮ |
| Energy North Stores, Inc./Energy North Incorporated | 100 Service Road | East Boston | MA | 02128 | Citgo/Gulf | ▮ |
| Energy North Stores, Inc./Energy North Incorporated | 1700 Shawsheen Street | Tewksbury | MA | 01876 | Citgo/Mobil | |
| Energy North Incorporated | 78 Essex Avenue | Gloucester | MA | 01930 | Unbranded/Gulf/Mobil | |
| Energy North Incorporated | 690 Marrett Road | Lexington | MA | 02421 | Gulf | ▮ |
| Energy North Incorporated | 8 Circumferential Avenue | Newton | MA | 02462 | Gulf | |
| Energy North Incorporated | 156 Main Street | Essex | MA | 01929 | Mobil | ▮ |
| Energy North Incorporated | 265 Central Street | Berlin | MA | 01503 | Mobil | |
| Energy North Incorporated | 144 Thompson Road | Webster | MA | 01570 | Mobil | |
| Energy North Incorporated | 256 Ayer Road | Littleton | MA | 01460 | Citgo/Gulf | ▮ |
| Energy North Incorporated | 25 King Street | Littleton | MA | 01460 | Mobil | |
| HEG Inc./HEG 318 Main Street LLC/Energy North Incorporated | 318 Main Street | Groton | MA | 01450 | Haffner's | ▮ |
| HEG Inc./HEG 69 Parker Street LLC/Energy North Incorporated | 69 Parker Street | Lawrence | MA | 01843 | Haffner's | ▮ |
| HEG Inc./HEG 262 Lawrence Street LLC/Energy North Incorporated | 262 Lawrence Street | Lawrence | MA | 01841 | Haffner's | ▮ |
| HEG Inc./HEG 224 Lowell Street LLC/Energy North Incorporated | 224 Lowell Street | Methuen | MA | 01844 | Haffner's | ▮ |
| HEG Inc./HEG 469 Haverhill Street LLC/Energy North Incorporated | 469 Haverhill Street | Lawrence | MA | 01841 | Haffner's | ▮ |
| HEG Inc./HEG 201 Dutton Street LLC/Energy North Incorporated | 201 Dutton Street | Lowell | MA | 01852 | Haffner's | ▮ |
| HEG Inc./HEG 194 South Broadway LLC/Energy North Incorporated | 194 South Broadway | Lawrence | MA | 01843 | Haffner's | ▮ |
| HEG Inc./HEG 186 Appleton Street LLC/Energy North Incorporated | 186 Appleton Street | Lowell | MA | 01852 | Haffner's | ▮ |
| HEG Inc./HEG 564 Chickering Road LLC/Energy North Incorporated | 564 Chickering Road | North Andover | MA | 01845 | Haffner's | ▮ |
| HEG Inc./HEG 2221 Main Street LLC/Energy North Incorporated | 2221 Main Street | Tewksbury | MA | 01876 | Haffner's | ▮ |
| HEG Inc./HEG 96 Pleasant Valley LLC/Energy North Incorporated | 96 Pleasant Street | Tewksbury | MA | 01844 | Haffner's | ▮ |
| HEG Inc./HEG 1150 Bridge Street LLC/Energy North Incorporated | 1150 Bridge Street | Lowell | MA | 01850 | Haffner's | ▮ |
| HEG Inc./HEG 73 Plaistow Road LLC/Energy North Incorporated | 73 Plaistow Road | Haverhill | MA | 01830 | Haffner's | ▮ |
| HEG Inc./HEG 330 South Broadway LLC/Energy North Incorporated | 330 South Broadway | Lawrence | MA | 01843 | Haffner's | ▮ |
| Energy North Stores, Inc./Energy North Incorporated | 38 Broadway Street | Everett | MA | 02149 | Citgo/Mobil | ▮ |
| Energy North Stores, Inc./Energy North Incorporated | 49 Main Street | Pepperell | MA | 01463 | Citgo | |

Exhibit E

Energy North Stores, Inc./Energy Nort
HEG Inc./HEG 63 Plaistow Road LLC

Citgo
Jack Haffners

Exhibit E

| Merchant Name | Store Address | City | State | Zip Code | Brand Names | Merchant's Tax Identification Number |
|---|---|---|---|---|---|---|
| Energy North Incorporated/HEG Inc. | 75 Route 101A | Amherst | NH | 03031 | Mobil / Haffner's | |
| Energy North Incorporated | 626 Gibbons Highway | Wilton | NH | 03086 | Mobil | |
| Energy North Incorporated | 140 Daniel Webster Highway | Merrimack | NH | 03054 | Mobil | |
| Energy North Incorporated | 134 North Broadway | Salem | NH | 03079 | Mobil | |
| HEG/HEG 1062 Elm Street LLC/Energy North Incorporated | 1602 Elm Street | Manchester | NH | 03101 | Mobil | |
| HEG/HEG 374 Tenney Mountain LLC/Energy North Incorporated | 309 NH-104 | New Hampton | NH | 03256 | Mobil | |
| HEG/HEG 162 Main Street LLC/Energy North Incorporated | 162 Main Street | Ashland | NH | 03217 | Mobil | |
| HEG/HEG 374 Tenney Mountain LLC/Energy North Incorporated | 374 Tenney Mountain Highway | Plymouth | NH | 03264 | Mobil | |
| HEG/HEG 15 Lowell Road LLC/Energy North Incorporated | 215 Lowell Road | Hudson | NH | 03051 | Haffner's | |
| HEG/HEG 440 South Broadway/Energy North Incorporated | 440 South Broadway | Salem | NH | 03079 | Haffner's Car Wash | |
| Energy North Stores, Inc./Energy North Incorporated | 392 DW Highway | Merrimack | NH | 03086 | Citgo | |
| Energy North Incorporated | 276 Elm Street | Manchester | NH | 03101 | Valero | |
| Energy North Incorporated | 409 Island Pond Road | Derry | NH | 03038 | Gulf | |
| Energy North Incorporated | 38 Elm Street | Milford | NH | 03055 | Mobil | |
| Energy North Stores, Inc. | 196 Tri-City Plaza | Somersworth | NH | 03878 | Citgo | |
| HEG Inc./Energy North Incorporated/HEG 366 Tenney Mountain LLC | 366 Tenney Mtn Hwy | Plymouth | NH | 03264 | Haffner's | |

Exhibit E

| Merchant Name | Store Address | City | State | Zip Code | Brand Names | Merchant's Tax Identification Number |
|---|---|---|---|---|---|---|
| Energy North Incorporated | 115 Leeman HWY, US Route 1 | Bath | ME | 04530 | Irving/Gulf | |
| Energy North Incorporated | 68 Bath RD, US Route 1 | Wiscasset | ME | 04578 | Citgo | |
| Energy North Incorporated | 49 Main Street | Woolwich | ME | 04579 | Citgo | |
| Energy North Incorporated | 55 Riverside Street | Portland | ME | 04103 | Gulf | |
| Energy North Incorporated | 397 State Road | West Bath | ME | 04103 | Gulf | |
| Energy North Incorporated | 1199 Congress Street | Portland | ME | 04101 | Citgo | |
| Energy North Incorporated | 329 Post Road, US Route 1 | Wells | ME | 04090 | Sunoco | |
| Energy North Incorporated | Route 27 | Boothbay | ME | 04537 | Gulf | |
| Energy North Incorporated | 411 Payne Road | Scarborough | ME | 04074 | Citgo | |
| Energy North Incorporated | Route 1 | Yarmouth | ME | 04096 | Citgo | |
| Energy North Incorporated | 535 Main Street | Saco | ME | 04072 | Citgo | |
| Energy North Incorporated | 162 Pleasant Street | Brunswick | ME | 04011 | Citgo | |