# EXHIBIT F

2194 Millersport Inc. (George's Mobil)
Alawde Food Market
Amherst Food Express
Bello's Inc
Dalton Corners, Inc.

Dansville Village Mart
Elk Creek Sports

Faulkner's Country Market
Fun City Service LLC
Gil Tegg's Super Service
H.H.& K. Bergh Inc.
Harbi & Son's Inc.
Housel Service

John and Sons Fly Market Road Inc
Kang Fuel and Food Mart Inc
Krell Inc.
Main St. Gas & Grill
Mancuso Union Fuel & Oil Co. Inc.
Matty's Food Mart LLC
Melzer Fuels Greengarden (Adele's)

Murphys Conv Shoppe Inc
North Tonawanda Mobil
Northside Pegasus Group Inc.
One Stop Store Inc
Quicklee's (multiple sites)
Roy's Mobil

Sangerfield Tire & Auto Inc
Sheba Food & Gas Inc.
Stadium Enterprises
Suppa Service Center
Transit Road Car Wash Inc
Twelve Corners Corporation
University Mobil

120656999.1