Exhibit G

| Legal Name | Taxpayer ID | Addresses | | | |
|---|---|---|---|---|---|
| WideOpenWest, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Finance, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Capital Corp. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Networks Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Michigan LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Mid-Michigan Holdings LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Mid-Michigan LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Networks LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Illinois LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Ohio LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Cleveland LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Sigecom LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Communications One, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Globe Telecommunications, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| ITC Globe, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology Broadband, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology Data Center Services, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Alabama, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |

Exhibit G

| Name | | Address | City | State | Zip |
|---|---|---|---|---|---|
| Knology of Augusta, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Central Florida, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Charleston, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Columbus, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Florida, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Georgia, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Huntsville, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Kansas, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Kentucky, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Knoxville, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Montgomery, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Nashville, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of South Carolina, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of Tennessee, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of the Valley, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology of the Wiregrass, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology Provider Solutions Group, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology Total Communications, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Valley Telephone Co., LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Wiregrass Telecom, Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |

Exhibit G

| Name | | Address | City | State | Zip |
|---|---|---|---|---|---|
| Kite Parent Corp | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Knology Inc. | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WOW Business Services, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Maryland Broadband, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| Anne Arundel Broadband, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WideOpenWest Georgia, LLC | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |
| WIDE OPEN WEST ATHENS | | 310 Houston Street | ATHENS | AL | 35611 |
| WIDE OPEN WEST AUBURN | | 3371 Skyway Dr Ste 130 | AUBURN | AL | 36830 |
| WIDE OPEN WEST AUGUSTA | | 3714 Wheeler Road | AUGUSTA | GA | 30909 |
| WIDE OPEN WEST AUGUSTA USHA | | 3714 Wheeler Road | AUGUSTA | GA | 30909 |
| WIDE OPEN WEST BEREA | | 105 Blaze Lindustrial Prky | BEREA | OH | 44017 |
| WIDE OPEN WEST CALUMET | | 1401 Huntington Court | CALUMET CITY | IL | 60409 |
| WIDE OPEN WEST CHARLESTON | | 4506 Dorchester Road | CHARLESTON | SC | 29405 |
| WIDE OPEN WEST CHICAGO | | 825 E. 99th | CHICAGO | IL | 60628 |
| WIDE OPEN WEST COL GA | | 6050 Knology Way | COLUMBUS | GA | 31909 |
| WIDE OPEN WEST COLUMBUS | | 3675 Corporate Drive | COLUMBUS | OH | 43231 |
| WIDE OPEN WEST DOTHAN | | 2660 Montgomery Hwy | DOTHAN | AL | 36303 |
| WIDE OPEN WEST ENGLEWOOD | | 7887 E. Belleview Ave 1000 | ENGLEWOOD | CO | 80111 |
| WIDE OPEN WEST EVANSVILLE | | 6600 Hank Avenue | EVANSVILLE | IN | 47715 |
| WIDE OPEN WEST HUNTSVILLE | | 2410 10th Street | HUNTSVILLE | AL | 35805 |

Exhibit G

| | | | | | |
|---|---|---|---|---|---|
| WIDE OPEN WEST KNOXVILLE | | 10115 Sherrill Blvd | KNOXVILLE | TN | 37902 |
| WIDE OPEN WEST LANETT | | 1570 Phillips Road | LANETT | AL | 36386 |
| WIDE OPEN WEST LAWRENCE | | One Riverfront Plaza #301 | LAWRENCE | KS | 66044 |
| WIDE OPEN WEST MADISON HGTS | | 32650 N. Avis Drive | MADISON HEIGHTS | MI | 48071 |
| WIDE OPEN WEST MONTGOMERY | | 770 North Eastern Blvd | MONTGOMERY | AL | 36117 |
| WIDE OPEN WEST NAPERVILLE | | 1674 Frontenac Road | NAPERVILLE | IL | 60563 |
| WIDE OPEN WEST PANAMA CITY | | 235 W. 15th Street | PANAMA CITY | FL | 32401 |
| WIDE OPEN WEST PINELLAS PARK | | 3001 Gandy Blvd N. Bldg A | PINELLAS PARK | FL | 33782 |
| WIDE OPEN WEST POTTERSVILLE | | 380 Wright Industrial Pkwy | POTTERSVILLE | MI | 48876 |
| WIDE OPEN WEST SCHAUMBURG | | 1030 National Parkway | SCHAUMBURG | IL | 60173 |
| WIDE OPEN WEST TAYLOR | | 26035 Northline | TAYLOR | MI | 48180 |
| WOW Internet Cable Phone | | 7887 E Belleview Ave., Suite 1000 | ENGLEWOOD | CO | 80111 |