Sodexo, Inc. and Subsidiaries
9801 Washingtonian Blvd., Gaithersburg, MD 20878

EIN #: ███

| Entity Name | EIN # |
|---|---|
| *Disregarded Single Member LLC's* | |
| Sodexo, Inc. | ███ |
|     Sodexo Global Services, LLC | ███ |
|     Sodexo Operations, LLC | ███ |
|     SDH Services East, LLC | ███ |
|     SDH Education East, LLC | ███ |
|     Entegra Procurement Services, LLC | ███ |
|     Retail Brands Group, LLC | ███ |
|     Sodexo Rose Holding Company LLC | ███ |
|     Sodexo Concierge Services LLC | ███ |
|     Sodexo CTM, LLC. | ███ |
|     Inspirus, LLC | ███ |
|     Sodexo Pass USA LLC | ███ |
|     Circle Company Associates LLC | ███ |
| Sodexo Construction, Inc. | ███ |
| Premier Hospitality, Inc. | ███ |
| Sodexo Vermont, Inc. | ███ |
| SMO Finance Corp. | ███ |
| The Wood Company | ███ |
| The Wood Company of Maryland | ███ |
| Abela Enterprises, Inc | ███ |
| Sodexo Management, Inc. | ███ |
|     Sodexo Vending Services, LLC | ███ |
|     Sodexo Alaska, LLC | ███ |
|     Off Campus Dining Network, LLC | ███ |
|     Sodexo Stored Value Services, LLC | ███ |
|     Roth Roofing Products, LLC | ███ |
|     Sodexo Laundry Services, LLC | ███ |
|     Corporate Food Services LLC | ███ |
|     Sodexo Services of Texas Limited Partnership | ███ |
|     Sodexo Services of Indiana Limited Partnership | ███ |
| Sodexo America, LLC. | ███ |
|     SDH Education West, LLC | ███ |
|     SDH Services West, LLC | ███ |
|     Sodexo Services Kansas, LLC | ███ |
| Sodexo Federal Services, Inc. | ███ |
| SMS Electrical, Inc. | ███ |
| Roth Bros., Inc. | ███ |

Exhibit H

| | EIN #: |
|---|---|
| Sodexo, Inc. and Subsidiaries | |
| 9801 Washingtonian Blvd., Gaithersburg, MD 20878 | ▮ |

▮

| Entity | EIN |
|---|---|
| Sodexo Ho'Okipa Insurance, Inc. | ▮ |
| CK Holdco Inc. | ▮ |
|     *SDX Home Care Ops, LLC* | ▮ |
| Sodexo Holdings Inc. | ▮ |
| CK Franchising, Inc. | ▮ |
| Sodexo Rose Holding Company, Inc. | ▮ |
|     *Sodexo Concierge Services LLC* | ▮ |
|     *Sodexo CTM, LLC.* | ▮ |
|     *Inspirus, LLC* | ▮ |
| Sodexo Pass USA, Inc. | ▮ |
| Circle Company Associates, Inc. | ▮ |
| Centerplate Ultimate Holdings Corp. | ▮ |
| Centerplate Holdings Corp | ▮ |
| Centerplate Inc. | ▮ |
| Volume Services America, Inc. | ▮ |
|     *Fifth Dining, LLC* | ▮ |
|     *Fifth Dining Sarasota, LLC* | ▮ |
| KPLT Holdings, Inc. | ▮ |
| Service America of Texas, Inc. | ▮ |
| Service America Corporation | ▮ |
| Centerplate of Kansas, Inc. | ▮ |
| Food Concessions of Vermont, Inc. | ▮ |
| Boston Culinary Group, Inc. | ▮ |
|     *Boston Merchandise Group LLC* | No EIN |
|     *FIGS Laguardia Limited* | No EIN |
| Volume Services, Inc. | ▮ |
|     *Centerplate JH Holdings LLC* | ▮ |
|     *J.H. Restaurant Cambridge LLC* | ▮ |
|     *J.H. Restaurant Farmington LLC* | ▮ |
|     *J.H. Restaurant Providence LLC* | ▮ |
|     *Enovo Restaurant Ventures LLC* | ▮ |
|     *HTR Pentagon LLC* | ▮ |

Exhibit H

## Sodexo, Inc. & Subsidiaries
### Centerplate Companies

| Legal Names | Federal Taxpayer Identification Number |
|---|---|
| Centerplate Ultimate Holdings Corp | ■ |
| Centerplate Holdings Corp | ■ |
| KPLT Holdings | ■ |
| Centerplate, Inc. | ■ |
| Volume Services America, Inc. | ■ |
| Volume Services, Inc. | ■ |
| Centerplate of Kansas | ■ |
| Centerplate JH Holdings, LLC | ■ |
| J.H. Restaurant Cambridge, LLC | ■ |
| J.H. Restaurant Framingham, LLC | ■ |
| J.H. Restaurant Providence, LLC | ■ |
| J.H. Restaurant Lake Grove, LLC | ■ |
| J.H. Restaurants, LLC | ■ |
| Service America Corporation | ■ |
| Service America of Texas, Inc. | ■ |
| Centerplate of Delaware, Inc | ■ |
| Boston Culinary Group, Inc. | ■ |
| Boston Concessions Group of Constitution Plaza, Inc. | ■ |
| Food Concessions of Vermont, Inc. | ■ |
| BCG of Philadelphia-International, LLC | ■ |
| Centerplate Hospitality Venture | ■ |
| Enovo Restauratnt Ventures LLC | ■ |
| Enovo Restauratnt Ventures LLC dba Centerplate / HTR Pentagon LLC | ■ |

Exhibit H

# Sodexo, Inc. and Subsidiaries

| Legal Entities | FEIN | |
|---|---|---|
| Sodexo Services of Texas, LP | ███ | |
| Sodexo Services of Indiana, LP | ███ | |
| Sodexo Magic, LLC | ███ | |
| Premier Hospitality Club, Inc. | ███ | no longer active |
| Wood Royalty Management Co. | ███ | no longer active |
| Sodexo Pass USA, LLC | ███ | no longer active |
| SDH II | ███ | no longer active |
| SDH III | ███ | no longer active |
| SDH IV | ███ | no longer active |
| Patriot Medical Tech., Inc. | ███ | no longer active |
| Patriot Medical Tech of CA, Inc. | ███ | no longer active |
| Comfort Keepers Home Care LLC | ███ | no longer active |
| Sodexo Remote Sites, Inc. | ███ | |
| Sodexo Remote Sites Partnership | ███ | |
| Denali Universal Services LLC | ███ | |