Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
|---|
| COMCAST ABB USC, LLC |
| COMCAST Amateur Sports, LLC |
| COMCAST ASBC, Inc. |
| COMCAST Baseball Investment, LLC |
| COMCAST Broadband Security, LLC |
| COMCAST Broadnet Payroll Services, Inc. |
| COMCAST BTN Holdings, LLC |
| COMCAST Business Class Security, LLC |
| COMCAST Business Communications of Virginia, LLC |
| COMCAST Business Communications, LLC |
| COMCAST Enterprise Services, LLC |
| COMCAST Business Communications, Inc. |
| COMCAST Cable Communications Canada, Inc. |
| COMCAST Cable Communications Holdings, LLC |
| COMCAST Cable Communications Management, LLC |
| COMCAST Cable Communications, LLC |
| COMCAST Cable EP Services, Inc. |
| COMCAST Cable Funding |
| COMCAST Cable Funding GP, Inc. |
| COMCAST Cable Funding I, Inc. |
| COMCAST Cable of Indiana, LLC |
| COMCAST Cable of Indiana/Michigan/Texas I, LLC |
| COMCAST Cable of Maryland, Inc. |
| COMCAST Cable SC Investment, Inc. |
| COMCAST Cable Trust I |
| COMCAST Cable Trust II |
| COMCAST Cable Trust III |
| COMCAST Cablevision of Garden State, Inc. |
| COMCAST Cablevision of Southeast Michigan, Inc. |
| COMCAST Capital Corporation |
| COMCAST CCH Subsidiary Holdings, Inc. |
| COMCAST CHC Subsidiary Holdings, Inc. |
| COMCAST CHC, LLC |
| COMCAST Children's Network Holdings, LLC |
| COMCAST CIM STS Holdings, Inc. |
| COMCAST COLI Holdings, LLC |
| COMCAST Commercial Services Financing, LLC |
| COMCAST Commercial Services Group Holdings, LLC |
| COMCAST Commercial Services, LLC |
| COMCAST Concurrent Holdings, Inc. |
| COMCAST Contribution Holdings, LLC |
| COMCAST Corporate Investments II, Inc. |
| COMCAST Corporate Investments, LLC |
| COMCAST Corporation |
| COMCAST Corporation Political Action Committee - Texas |
| COMCAST Corporation Political Action Committee of Massachusetts |
| COMCAST Corporation Trust I |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
|---|
| COMCAST Corporation Trust II |
| COMCAST Corporation Trust III |
| COMCAST Crystalvision, Inc. |
| COMCAST CSA Holdings, LLC |
| COMCAST CTV Holdings, LLC |
| COMCAST CV GP, LLC |
| COMCAST CV, L.P. |
| COMCAST CVC Ventures |
| COMCAST DC Radio, LLC |
| COMCAST Encore, Inc. |
| COMCAST Entertainment Networks Holdings, LLC |
| COMCAST Entertainment Productions, LLC |
| COMCAST Financial Agency Corporation |
| COMCAST Florida Programming Investments, Inc. |
| COMCAST Funding I, Inc. |
| COMCAST Garden State, LLC |
| COMCAST Gary Holdings, LLC |
| COMCAST Gateway Holdings, LLC |
| COMCAST GI Carolina, LLC |
| COMCAST Greater Boston Advertising Holdings, LLC |
| COMCAST Hockey Investment, LLC |
| COMCAST Hockey, LLC |
| COMCAST Holdings Corporation |
| COMCAST Holdings II, LLC |
| COMCAST Horror Entertainment Holdings, LLC |
| COMCAST Houston Advertising Holdings, LLC |
| COMCAST ICCP, LLC |
| COMCAST ICG, Inc. |
| COMCAST In Demand Holdings, Inc. |
| COMCAST Interactive Media, LLC |
| COMCAST Interactive Programming Ventures, LLC |
| COMCAST International Holdings, Inc. |
| COMCAST IP Holdings I, LLC |
| COMCAST IP Phone II, LLC |
| COMCAST IP Phone III, LLC |
| COMCAST IP Phone IV, LLC |
| COMCAST IP Phone of Missouri, LLC |
| COMCAST IP Phone of Oregon, LLC |
| COMCAST IP Phone V, LLC |
| COMCAST IP Phone VI, LLC |
| COMCAST IP Phone VII, LLC |
| COMCAST IP Phone, LLC |
| COMCAST IP Services II, Inc. |
| COMCAST IP Services, LLC |
| COMCAST IPG/JV, LLC |
| COMCAST JR Holdings, Inc. |
| COMCAST LCP, Inc. |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST Levittown Finance, Inc. |
| COMCAST Life Insurance Holding Company |
| COMCAST LMC E! Entertainment, LLC |
| COMCAST Metatv, Inc. |
| COMCAST Michigan Holdings, LLC |
| COMCAST Midcontinent, LLC |
| COMCAST Mile Hi Holdings, LLC |
| COMCAST MO Cable News, LLC |
| COMCAST MO Capital Corporation |
| COMCAST MO Communications Holding Company, Inc. |
| COMCAST MO Europe, Inc. |
| COMCAST MO Express Midwest, Inc. |
| COMCAST MO Express of California, Inc. |
| COMCAST MO Express of Florida, Inc. |
| COMCAST MO Express of New England, Inc. |
| COMCAST MO Express of Virginia, Inc. |
| COMCAST MO Federal Relations, Inc. |
| COMCAST MO Finance Trust I |
| COMCAST MO Finance Trust II |
| COMCAST MO Finance Trust III |
| COMCAST MO Finance Trust IV |
| COMCAST MO Finance Trust V |
| COMCAST MO Finance Trust VI |
| COMCAST MO Financial Services, Inc. |
| COMCAST MO Financing A |
| COMCAST MO Financing B |
| COMCAST MO Foreign Investments, Inc. |
| COMCAST MO Group Funding, Inc. |
| COMCAST MO Group, Inc. |
| COMCAST MO Holdings I, LLC |
| COMCAST MO Holdings II, Inc. |
| COMCAST MO Information Technology Systems, Inc. |
| COMCAST MO Interactive Services, Inc. |
| COMCAST MO International Holdings II, Inc. |
| COMCAST MO International Programming, Inc. |
| COMCAST MO International, Inc. |
| COMCAST MO Investments, LLC |
| COMCAST MO of Burnsville/Eagan, Inc. |
| COMCAST MO of Burnsville/Eagan, LLC |
| COMCAST MO of Delaware, LLC |
| COMCAST MO of Minnesota, Inc. |
| COMCAST MO of Minnesota, LLC |
| COMCAST MO of North Valley, Inc. |
| COMCAST MO of Quad Cities, Inc. |
| COMCAST MO of the North Suburbs, Inc. |
| COMCAST MO Racing, Inc. |
| COMCAST MO Real Estate, Inc. |

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST MO SPC I, LLC |
| COMCAST MO SPC II, LLC |
| COMCAST MO SPC III, LLC |
| COMCAST MO SPC IV, LLC |
| COMCAST MO SPC V, LLC |
| COMCAST MO SPC VI, LLC |
| COMCAST MO Telecommunications Corp. |
| COMCAST MVNO II, LLC |
| COMCAST Nashville Finance |
| COMCAST National Communications Services, LLC |
| COMCAST Navy Acquisition, LLC |
| COMCAST Navy Contribution, LLC |
| COMCAST NCC Holdings I, LLC |
| COMCAST NCC Holdings II, LLC |
| COMCAST NCC Holdings III, LLC |
| COMCAST NECN Holdings, LLC |
| COMCAST Netherlands, Inc. |
| COMCAST New Media Development, Inc. |
| COMCAST New Mexico/Pennsylvania Finance, Inc. |
| COMCAST of Alabama, LLC |
| COMCAST of Alameda, Inc. |
| COMCAST of Arizona, LLC |
| COMCAST of Arkansas, Inc. |
| COMCAST of Arkansas/Florida/Louisiana/Minnesota/ Mississippi/Tennessee, Inc. |
| COMCAST of Arkansas/Louisiana/Minnesota/Mississippi/Tennessee, LLC |
| COMCAST of Avalon, LLC |
| COMCAST of Baltimore City, LLC |
| COMCAST of Bellevue, Inc. |
| COMCAST of Boston, Inc. |
| COMCAST of Brockton, Inc. |
| COMCAST of Bryant, Inc. |
| COMCAST of Burlington County, LLC |
| COMCAST of California I, Inc. |
| COMCAST of California II, Inc. |
| COMCAST of California II, LLC |
| COMCAST of California III, Inc. |
| COMCAST of California III, LLC |
| COMCAST of California IV, Inc. |
| COMCAST of California IX, Inc. |
| COMCAST of California V, Inc. |
| COMCAST of California VI, Inc. |
| COMCAST of California VIII, Inc. |
| COMCAST of California X, Inc. |
| COMCAST of California XI, Inc. |
| COMCAST of California XII, Inc. |
| COMCAST of California XIII, Inc. |
| COMCAST of California XIV, LLC |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST of California XV, LLC |
| COMCAST of California/Colorado, LLC |
| COMCAST of California/Colorado/Florida/Oregon, Inc. |
| COMCAST of California/Colorado/Illinois/Indiana/ Michigan GP, LLC |
| COMCAST of California/Colorado/Illinois/Indiana/ Michigan, LP |
| COMCAST of California/Colorado/Illinois/Indiana/Michigan, LLC |
| COMCAST of California/Colorado/Washington I, Inc. |
| COMCAST of California/Colorado/Washington, LP |
| COMCAST of California/Connecticut/Michigan |
| COMCAST of California/Idaho, Inc. |
| COMCAST of California/Illinois, LP |
| Comcast of California/Illinois, LLC |
| COMCAST of California/Maryland/Pennsylvania/ Virginia/West Virginia, LLC |
| COMCAST of California/Massachusetts/Michigan/Utah, Inc. |
| COMCAST of California/Massachusetts/Michigan/Utah, LLC |
| COMCAST of California/Pennsylvania/Utah/Washington, Inc. |
| COMCAST of Carolina, Inc. |
| COMCAST of Celebration, LLC |
| COMCAST of Central New Jersey II, LLC |
| COMCAST of Central New Jersey, LLC |
| COMCAST of Chesterfield County, Inc. |
| COMCAST of Chicago, Inc. |
| COMCAST of Clinton CT, LLC |
| COMCAST of Clinton MI, LLC |
| COMCAST of Clinton, LLC |
| COMCAST of Coconut Creek, Inc. |
| COMCAST of Colorado I, LLC |
| COMCAST of Colorado II, LLC |
| COMCAST of Colorado III, LLC |
| COMCAST of Colorado IV, LLC |
| COMCAST of Colorado IX, LLC |
| COMCAST of Colorado V, LLC |
| COMCAST of Colorado VI, LLC |
| COMCAST of Colorado VII, LLC |
| COMCAST of Colorado VIII, LLC |
| COMCAST of Colorado X, LLC |
| COMCAST of Colorado XI, Inc. |
| COMCAST of Colorado XII, Inc. |
| COMCAST of Colorado, LP |
| COMCAST of Colorado/Florida, Inc. |
| COMCAST of Colorado/Florida, LLC |
| COMCAST of Colorado/Pennsylvania/West Virginia, LLC |
| COMCAST of Connecticut II, Inc. |
| COMCAST of Connecticut, Inc. |
| COMCAST of Connecticut, LLC |
| COMCAST of Connecticut/Georgia/Massachusetts/New Hampshire/New York/North Carolina/Virginia/Vermont, LLC |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST of Contra Costa, Inc. |
| COMCAST of Cupertino, Inc. |
| COMCAST of Danbury, LLC |
| COMCAST of Davis County, Inc. |
| COMCAST of Delmarva, LLC |
| COMCAST of Detroit |
| COMCAST of Detroit, LLC |
| COMCAST of East San Fernando Valley, LP |
| COMCAST of Eastern Connecticut, Inc. |
| COMCAST of Eastern Shore, LLC |
| COMCAST of Elkton, LLC |
| COMCAST of Everett, Inc. |
| COMCAST of Flint, Inc. |
| COMCAST of Florida |
| COMCAST of Florida I, Inc. |
| COMCAST of Florida III, Inc. |
| COMCAST of Florida, LP |
| COMCASt of Florida, LLC |
| COMCAST of Florida/Georgia |
| COMCAST of Florida/Georgia/Pennsylvania, L.P. |
| COMCAST of Florida/Illinois/Michigan, Inc. |
| COMCAST of Florida/Washington, LLC |
| COMCAST of Fort Wayne Limited Partnership |
| COMCAST of Fresno, Inc. |
| COMCAST of Garden State L.P. |
| COMCAST of Georgia I, LLC |
| COMCAST of Georgia/Massachusetts, LLC |
| COMCAST of Georgia/Michigan, LP |
| COMCAST of Georgia/Michigan, LLC |
| COMCAST of Georgia/South Carolina II, LLC |
| COMCAST of Georgia/South Carolina, LLC |
| COMCAST of Georgia/Virginia, Inc. |
| COMCAST of Gloucester County, LLC |
| COMCAST of Greater Florida/Georgia, Inc. |
| COMCAST of Grosse Pointe, Inc. |
| COMCAST of Groton, LLC |
| COMCAST of Harford County, LLC |
| COMCAST of Hopewell Valley, Inc. |
| COMCAST of Houston, LLC |
| COMCAST of Howard County, LLC |
| COMCAST of Illinois I, Inc. |
| COMCAST of Illinois II, Inc. |
| COMCAST of Illinois III, Inc. |
| COMCAST of Illinois IV, Inc. |
| COMCAST of Illinois IX, LLC |
| COMCAST of Illinois V, Inc. |
| COMCAST of Illinois VI, LLC |

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST of Illinois VII, Inc. |
| COMCAST of Illinois VIII, LLC |
| COMCAST of Illinois X, LLC |
| COMCAST of Illinois XI, LLC |
| COMCAST of Illinois XII, L.P. |
| COMCAST of Illinois XIII, L.P. |
| COMCAST of Illinois/Indiana |
| COMCAST Of Illinois/Indiana, LLC |
| COMCAST of Illinois/Indiana/Michigan, Inc. |
| COMCAST of Illinois/Indiana/Ohio, LLC |
| COMCAST of Illinois/Ohio/Oregon, LLC |
| COMCAST of Illinois/West Virginia, LLC |
| COMCAST of Indiana, LLC |
| COMCAST of Indiana/Kentucky/Utah |
| COMCAST OF Indiana/Kentucky/Utah, LLC |
| COMCAST of Indiana/Michigan, LLC |
| COMCAST of Indiana/Michigan/Pennsylvania, LLC |
| COMCAST of Indianapolis, L.P. |
| COMCAST of Indianapolis, LLC |
| COMCAST of Inkster, LLC |
| COMCAST of Jersey City, LLC |
| COMCAST of Kentucky/Tennessee/Virginia, LLC |
| COMCAST of Laurel, Inc. |
| COMCAST of Lawrence, LLC |
| COMCAST of Levittown, LLC |
| COMCAST of Little Rock, Inc. |
| COMCAST of Lompoc, LLC |
| COMCAST of Long Beach Island, LLC |
| COMCAST of Louisiana/Mississippi/Texas, LLC |
| COMCAST of Lower Merion, LLC |
| COMCAST of Macomb County, LLC |
| COMCAST of Macomb, LLC |
| COMCAST of Maine/New Hampshire, Inc. |
| COMCAST of Marin I, Inc. |
| COMCAST of Marin II, Inc. |
| COMCAST of Maryland II, LLC |
| COMCAST of Maryland Limited Partnership |
| COMCAST of Maryland, LLC |
| COMCAST of Massachusetts I, Inc. |
| COMCAST of Massachusetts II, Inc. |
| COMCAST of Massachusetts III, Inc. |
| COMCAST of Massachusetts/Virginia, Inc. |
| COMCAST of Mercer County, LLC |
| COMCAST of Meridian, Inc. |
| COMCAST of Miami, Inc. |
| COMCAST of Michigan I, Inc. |
| COMCAST of Michigan I, LLC |

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
|---|
| COMCAST of Michigan II, Inc. |
| COMCAST of Michigan III, Inc. |
| COMCAST of Michigan IV, LLC |
| COMCAST of Michigan, LLC |
| COMCAST of Michigan/Mississippi/Tennessee, Inc. |
| COMCAST of Middletown, LLC |
| COMCAST of Milton, Inc. |
| COMCAST of Minnesota, Inc. |
| COMCAST of Minnesota/Wisconsin, Inc. |
| COMCAST of Mississippi Call Center, LLC |
| COMCAST of Missouri, LLC |
| COMCAST of Monmouth County, LLC |
| COMCAST of Montana I, Inc. |
| COMCAST of Montana II, Inc. |
| COMCAST of Montana III, Inc. |
| COMCAST of Mt. Clemens I, LLC |
| COMCAST of Mt. Clemens, LLC |
| COMCAST of Muncie, LLC |
| COMCAST of Muncie, LP |
| COMCAST of Muskegon |
| COMCAST of Nashville I, LLC |
| COMCAST of Nashville II, LLC |
| COMCAST of Needham, Inc. |
| COMCAST of New Castle County, LLC |
| COMCAST of New Hampshire, Inc. |
| COMCAST of New Haven, LLC |
| COMCAST of New Jersey II, LLC |
| COMCAST of New Jersey, LLC |
| COMCAST of New Mexico, LLC |
| COMCAST of New Mexico/Pennsylvania, LLC |
| COMCAST of New York, LLC |
| COMCAST of North Broward, Inc. |
| COMCAST of Northern California I, Inc. |
| COMCAST of Northern California II, Inc. |
| COMCAST of Northern Illinois, Inc. |
| COMCAST of Northern Indiana, Inc. |
| COMCAST of Northwest New Jersey, LLC |
| COMCAST of Novato, Inc. |
| COMCAST of Ocean County, LLC |
| COMCAST of Ohio, Inc. |
| COMCAST of Oregon I, Inc. |
| COMCAST of Oregon II, Inc. |
| COMCAST of Parkland, Inc. |
| COMCAST of Pennsylvania |
| COMCAST of Pennsylvania I, Inc. |
| COMCAST of Pennsylvania II, Inc. |
| COMCAST of Pennsylvania II, L.P. |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
|---|
| COMCAST of Pennsylvania, LLC |
| COMCAST of Pennsylvania/Maryland, LLC |
| COMCAST of Pennsylvania/Washington/West Virginia, LP |
| COMCAST of Philadelphia II, LLC |
| COMCAST of Philadelphia, LLC |
| COMCAST of Plainfield, LLC |
| COMCAST of Potomac, LLC |
| COMCAST of Puget Sound, Inc. |
| COMCAST of Richmond, Inc. |
| COMCAST of Sacramento I, LLC |
| COMCAST of Sacramento II, LLC |
| COMCAST of Sacramento III, LLC |
| COMCAST of San Joaquin, Inc. |
| COMCAST of San Leandro, Inc. |
| COMCAST of Santa Cruz, Inc. |
| COMCAST of Santa Maria, LLC |
| COMCAST of Shelby, LLC |
| COMCAST of Sierra Valleys, Inc. |
| COMCAST of South Chicago, Inc. |
| COMCAST of South Dade, Inc. |
| COMCAST of South Florida I, Inc. |
| COMCAST of South Florida II, Inc. |
| COMCAST of South Jersey, LLC |
| COMCAST of Southeast Pennsylvania, LLC |
| COMCAST of Southern California, Inc. |
| COMCAST of Southern Illinois, Inc. |
| COMCAST of Southern Mississippi, Inc. |
| COMCAST of Southern New England, Inc. |
| COMCAST of Southern Tennessee, LLC |
| COMCAST of Spokane, LLC |
| COMCAST of St. Paul, Inc. |
| COMCAST of Sterling Heights, LLC |
| COMCAST of Tacoma, Inc. |
| COMCAST of Tallahassee, LLC |
| COMCAST of Taylor, LLC |
| COMCAST of Tennessee, LP |
| COMCAST of Tennessee, LLC |
| COMCAST of the District Holdings, Inc. |
| COMCAST of the District, LLC |
| COMCAST of the Gulf Plains, Inc. |
| COMCAST of the Meadowlands, LLC |
| COMCAST of the South |
| COMCAST of the South, Inc. |
| COMCAST of the South, L.P. |
| COMCAST of the South, LLC |
| COMCAST of Tualatin Valley, Inc. |
| COMCAST of Tupelo, Inc. |

Exhibit I-1

## Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST of Twin Cities, Inc. |
| COMCAST of Utah I, Inc. |
| COMCAST of Utah II, Inc. |
| COMCAST of Utica, LLC |
| COMCAST of Virginia, Inc. |
| COMCAST of Virginia, LLC |
| COMCAST of Warren I, LLC |
| COMCAST of Warren, LLC |
| COMCAST of Wasatch, Inc. |
| COMCAST of Washington I, Inc. |
| COMCAST of Washington II, Inc. |
| COMCAST of Washington III, Inc. |
| COMCAST of Washington IV, Inc. |
| COMCAST of Washington V, LLC |
| COMCAST of Washington, LLC |
| COMCAST of Washington/Oregon |
| COMCAST of Washington/Oregon SMATV I, LLC |
| COMCAST of Washington/Oregon SMATV II, LLC |
| COMCAST of West Florida, Inc. |
| COMCAST of West Virginia, LLC |
| COMCAST of Western Colorado, Inc. |
| COMCAST of Wildwood, LLC |
| COMCAST of Wisconsin, Inc. |
| COMCAST of Wyoming I, Inc. |
| COMCAST of Wyoming II, Inc. |
| COMCAST of Wyoming, LLC |
| COMCAST Palm Beach GP, LLC |
| COMCAST Phone II, LLC |
| COMCAST Phone Management, LLC |
| COMCAST Phone of Alabama, LLC |
| COMCAST Phone of Arizona, LLC |
| COMCAST Phone of Arkansas, LLC |
| COMCAST Phone of California, LLC |
| COMCAST Phone of Central Indiana, LLC |
| COMCAST Phone of Colorado, LLC |
| COMCAST Phone of Connecticut, Inc. |
| COMCAST Phone of D.C., LLC |
| COMCAST Phone of Delaware, LLC |
| COMCAST Phone of Florida, LLC |
| COMCAST Phone of Georgia, LLC |
| COMCAST Phone of Idaho, LLC |
| COMCAST Phone of Illinois, LLC |
| COMCAST Phone of Iowa, LLC |
| COMCAST Phone of Kansas, LLC |
| COMCAST Phone of Kentucky, LLC |
| COMCAST Phone of Louisiana, LLC |
| COMCAST Phone of Maine, LLC |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST Phone of Maryland, Inc. |
| COMCAST Phone of Massachusetts, Inc. |
| COMCAST Phone of Michigan, LLC |
| COMCAST Phone of Minnesota, Inc. |
| COMCAST Phone of Mississippi, LLC |
| COMCAST Phone of Missouri, LLC |
| COMCAST Phone of Montana, LLC |
| COMCAST Phone of Nebraska, LLC |
| COMCAST Phone of Nevada, LLC |
| COMCAST Phone of New Hampshire, LLC |
| COMCAST Phone of New Jersey, LLC |
| COMCAST Phone of New Mexico, LLC |
| COMCAST Phone of New York, LLC |
| COMCAST Phone of North Carolina, LLC |
| COMCAST Phone of North Dakota, LLC |
| COMCAST Phone of Northern Maryland, Inc. |
| COMCAST Phone of Northern Virginia, Inc. |
| COMCAST Phone of Ohio, LLC |
| COMCAST Phone of Oklahoma, LLC |
| COMCAST Phone of Oregon, LLC |
| COMCAST Phone of Pennsylvania, LLC |
| COMCAST Phone of Rhode Island, LLC |
| COMCAST Phone of South Carolina, Inc. |
| COMCAST Phone of South Dakota, LLC |
| COMCAST Phone of Tennessee, LLC |
| COMCAST Phone of Texas, LLC |
| COMCAST Phone of Utah, LLC |
| COMCAST Phone of Vermont, LLC |
| COMCAST Phone of Washington, LLC |
| COMCAST Phone of West Virginia, LLC |
| COMCAST Phone of Wisconsin, LLC |
| COMCAST Phone, LLC |
| COMCAST PM Holdings, LLC |
| COMCAST Primestar Holdings, Inc. |
| COMCAST Programming Holdings, LLC |
| COMCAST Programming Management, LLC |
| COMCAST Programming Ventures III, LLC |
| COMCAST Programming Ventures IV, LLC |
| COMCAST Programming Ventures V, LLC |
| COMCAST Programming Ventures, LLC |
| COMCAST PSM Holdings, LLC |
| COMCAST QCOM TV Partners GP, LLC |
| COMCAST QIH, Inc. |
| COMCAST QVC, Inc. |
| COMCAST Real Estate Holdings of Alabama, LLC |
| COMCAST Regional Programming, Inc. |
| COMCAST RL Holdings, LLC |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST SC Investment, Inc. |
| COMCAST Shared Services, LLC |
| COMCAST Spectacor Holding Company, Inc. |
| COMCAST Spectacor Holding, LLC |
| COMCAST Spectacor Ventures, LLC |
| COMCAST Spectacor, L.P. |
| COMCAST Spectacor, LLC |
| COMCAST Spectrum Holdings, LLC |
| COMCAST Sports Management Services, LLC |
| COMCAST Spotlight JV Holdings, LLC |
| COMCAST Spotlight, LLC |
| COMCAST Spotlight, LP |
| COMCAST STB Software DVR, LLC |
| COMCAST STB Software I, LLC |
| COMCAST STB Software II, LLC |
| COMCAST STB Software MOT, LLC |
| COMCAST STB Software PAN, LLC |
| COMCAST STB Software PM, LLC |
| COMCAST STB Software TW, LLC |
| COMCAST Studio Investments, Inc. |
| COMCAST Support Services, LLC |
| COMCAST TCP Holdings, Inc. |
| COMCAST TCP Holdings, LLC |
| COMCAST Technology, Inc. |
| COMCAST Telephony Communications of California, Inc. |
| COMCAST Telephony Communications of Delaware, Inc. |
| COMCAST Telephony Communications of Georgia, Inc. |
| COMCAST Telephony Communications of Indiana, Inc. |
| COMCAST Telephony Communications, LLC |
| COMCAST Telephony Services Holdings, Inc. |
| COMCAST TKI Holdings, Inc. |
| COMCAST TW Exchange Holdings I GP, LLC |
| COMCAST TW Exchange Holdings I, LP |
| COMCAST TW Exchange Holdings II GP, LLC |
| COMCAST TW Exchange Holdings II, LP |
| COMCAST Ventures, LLC |
| COMCAST Ventures, LP |
| COMCAST Visible World Holdings, Inc. |
| COMCAST WCS ME02, Inc. |
| COMCAST WCS ME04, Inc. |
| COMCAST WCS ME05, Inc. |
| COMCAST WCS ME16, Inc. |
| COMCAST WCS ME19, Inc. |
| COMCAST WCS ME22, Inc. |
| COMCAST WCS ME26, Inc. |
| COMCAST WCS ME28, Inc. |
| COMCAST WCS Merger Holdings, Inc. |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| COMCAST WG, LLC |
| COMCAST Wireless Investment, LLC |
| COMCAST ZB Holdings, LLC |
| Lenfest Atlantic Communications, Inc. |
| Lenfest Australia Group Pty Limited |
| Lenfest Australia, Inc. |
| Lenfest Clearview GP, LLC |
| Lenfest Clearview, LP |
| Lenfest Delaware Properties, Inc. |
| Lenfest International, Inc. |
| Lenfest Investments, Inc. |
| Lenfest Jersey, LLC |
| Lenfest MCN, Inc. |
| Lenfest Oaks, Inc. |
| Lenfest York, LLC |
| Strata Marketing, Inc. |
| FreeWheel Advertisers, Inc. |
| FreeWheel Media, Inc. |
| Susquehanna Cable Co., LLC |
| Susquehanna Cable Investment Co. |
| TCI Adelphia Holdings, LLC |
| TCI Atlantic, LLC |
| TCI Bay, Inc. |
| TCI Cable Investments, LLC |
| TCI Cablevision Associates Inc. |
| TCI Cablevision Associates, LLC |
| TCI Cablevision of California Century Holdings, LLC |
| TCI Cablevision of Kentucky, Inc. |
| TCI Cablevision of Kentucky, LLC |
| TCI Cablevision of Massachusetts, Inc. |
| TCI Cablevision of Michigan, Inc. |
| TCI Cablevision of Minnesota, Inc. |
| TCI Cablevision of Nebraska, Inc. |
| TCI Cablevision of Nebraska, LLC |
| TCI Cablevision of North Central Kentucky, Inc. |
| TCI Cablevision of North Central Kentucky, LLC |
| TCI Cablevision of Sierra Vista, Inc. |
| TCI Cablevision of South Dakota, Inc. |
| TCI Cablevision of St. Bernard, Inc. |
| TCI Cablevision of St. Bernard, LLC |
| TCI Cablevision of Vermont, Inc. |
| TCI California Holdings, LLC |
| TCI Capital Corp. |
| TCI Capital, LLC |
| TCI Central, LLC |
| TCI Command II, LLC |
| TCI Communications Financing I |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| TCI Communications Financing II |
| TCI Communications Financing III |
| TCI Communications Financing IV |
| TCI CSC II, Inc. |
| TCI CSC II, LLC |
| TCI CSC III, Inc. |
| TCI CSC IV, Inc. |
| TCI CSC IX, Inc. |
| TCI CSC V, Inc. |
| TCI CSC VI, Inc. |
| TCI CSC VII, Inc. |
| TCI CSC VIII, Inc. |
| TCI CSC X, Inc. |
| TCI CSC XI, Inc. |
| TCI Development, LLC |
| TCI Evangola, Inc. |
| TCI Falcon Holdings, LLC |
| TCI FCLP Alabama, LLC |
| TCI FCLP California, LLC |
| TCI FCLP Missouri, LLC |
| TCI FCLP Northern California, LLC |
| TCI FCLP Northwest, LLC |
| TCI FCLP Oregon, LLC |
| TCI FCLP Redding, LLC |
| TCI FCLP Wenatchee, LLC |
| TCI Gilbert Uplink, Inc. |
| TCI Great Lakes, Inc. |
| TCI Hits At Home, Inc. |
| TCI Holdings, Inc. |
| TCI Holdings, LLC |
| TCI IL-Holdings II, LLC |
| TCI IL-Holdings, Inc. |
| TCI Internet Holdings, Inc. |
| TCI Internet Services, LLC |
| TCI IP-VI, LLC |
| TCI IT Holdings, Inc. |
| TCI Lake II, LLC |
| TCI Lake, Inc. |
| TCI Lenfest, Inc. |
| TCI Lenfest, LLC |
| TCI Magma Holdings, Inc. |
| TCI Materials Management, Inc. |
| TCI Michigan, Inc. |
| TCI Michigan, LLC |
| TCI Microwave, Inc. |
| TCI National Digital Television Center - Hong Kong, Inc. |
| TCI New York Holdings, Inc. |

Exhibit I-1

## Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| TCI Northeast, Inc. |
| TCI Northeast, LLC |
| TCI of Council Bluffs, Inc. |
| TCI of Counsel Bluffs, LLC |
| TCI of Greenwich, Inc. |
| TCI of Greewich, LLC |
| TCI of Indiana Holdings, LLC |
| TCI of Indiana Insgt Holdings, LLC |
| TCI of Lee County, Inc. |
| TCI of Maine, Inc. |
| TCI of Missouri, Inc. |
| TCI of Missouri, LLC |
| TCI of North Dakota, Inc. |
| TCI of Overland Park, Inc. |
| TCI of Overland Park, LLC |
| TCI of Paterson, Inc. |
| TCI of Paterson, LLC |
| TCI of South Dakota, Inc. |
| TCI of South Dakota, LLC |
| TCI of Southern Minnesota, Inc. |
| TCI of Springfield, Inc. |
| TCI of Watertown, Inc. |
| TCI Ohio Holdings, Inc. |
| TCI Pacific Communications, Inc. |
| TCI of Pacific Communications, LLC |
| TCI Pennsylvania Holdings, Inc. |
| TCI Programming Holding Company III |
| TCI of Programming Holding III, LLC |
| TCI Realty, LLC |
| TCI South Carolina IP-I, LLC |
| TCI Southeast, Inc. |
| TCI of Southeast, LLC |
| TCI Spartanburg IP-IV, LLC |
| TCI Starz, Inc. |
| TCI Technology Management, LLC |
| TCI Telecom, Inc. |
| TCI Texas Cable Holdings LLC |
| TCI Texas Cable, LLC |
| TCI TKR of Houston, Inc. |
| TCI TKR of Houston, LLC |
| TCI TKR of Metro Dade, LLC |
| TCI TKR of Southeast Texas, Inc. |
| TCI TKR of Wyoming, Inc. |
| TCI TKR of Wyoming, LLC |
| TCI TW Texas JV Holdings II, Inc. |
| TCI TW Texas JV Holdings III, Inc. |
| TCI TW Texas JV Holdings IV, Inc. |

Exhibit I-1

# Comcast Cable

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name |
| --- |
| TCI TW Texas JV Holdings V, Inc. |
| TCI USC, Inc. |
| TCI Washington Associates, L.P. |
| TCI West, Inc. |
| TCI West, LLC |
| TCI.NET, Inc. |
| TCI/CA Acquisition Sub, LLC |
| TCI/CI Merger Sub, LLC |
| TCID Data Transport, Inc. |
| TCID of Chicago, Inc. |
| TCID of Florida, LLC |
| TCID of Michigan, Inc. |
| TCID of South Chicago, Inc. |
| TCID X*PRESS, Inc. |
| TCID-Commercial Music, Inc. |
| thePlatform, Inc. |
| thePlatform, LLC |
| thePlatform for media, LLC |
| thePlatform Singapore Ptd. Ltd |
| thePlatform UK Ltd. |
| TWCC Holding Corp. |
| TWCC Video Productions, Inc. |
| United Cable Investment of Baltimore, Inc. |
| United Cable Television Corporation of Michigan |
| United Cable Television of Baldwin Park, Inc. |
| United Cable Television of Los Angeles, LLC |
| United Cable Television of Oakland County, Ltd. |
| United Cable Television of Scottsdale, Inc. |
| United Cable Television of Scottsdale, LLC |
| United Cable Television Services of Colorado, Inc. |
| United Cable Television Services of Colorado, Inc. |