Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| 12 Hearts LLC |
| 1440 Productions UK Limited |
| 18A LLC |
| 21st Century Communications Partners, L.P. |
| 29 Stories LLC |
| 3232 Productions LLC |
| 3BG Holdings Company II LLC |
| 3BG Holdings L.L.C. |
| 4INFO, Inc. |
| AAB Productions LLC |
| ABB MOG-WM, Inc. |
| ABB RFL, LLC |
| ABB TS Assets, LLC |
| Accolade, Inc. |
| Acume LLC |
| ADVA AG Optical Networking |
| Afram Films, Inc. |
| AH Parallel Fund III, L.P. |
| Ako Productions LLC |
| Alabama T.V. Cable, Inc. |
| Albany National Cable Advertising Interconnect, LLC |
| Alli, Alliance of Action Sports, LLC |
| Alliance National Productions, Inc. |
| Allstar Stats LLC |
| AMC Networks Inc. |
| American Vantage Companies |
| Andreessen Horowitz Fund III, L.P. |
| ANGR Holdings, LLC |
| Antarctic Films LLC |
| Anytime Pte. Ltd. |
| Arenas Entertainment LLC |
| Arrietty Productions Limited |
| Ascent Capital Group, Inc. |
| Asia NBC (ANBC) Services LLC |
| Astral National Financing Inc. |
| Atlantic American Cablevision of Florida, LLC |
| Atlantic American Cablevision, LLC |
| Atlantic American Holdings, Inc. |
| Atlantic Cablevision of Florida, Inc. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| B.E Musical Limited |
| Banderole Development LLC |
| Barricade Productions Limited |
| Barter Music LLC |
| Battleship Australia Pty Ltd |
| Battleship Delta Investments L.L.C. |
| Battleship Delta Productions L.L.C. |
| Battleship LLC |
| BBN Holdings, Inc. |
| BBN Intermediate Holdings, Inc. |
| Beach City Productions LLC |
| Beatrice Cable TV Company |
| Beautiful Day Productions LLC |
| Bell Tower Productions Limited |
| Belmont Productions Limited |
| Benu Networks, Inc. |
| Benu Video, Inc. |
| Beyond Talent Management LLC |
| Big Green Productions LLC |
| Big Minyan Films LLC |
| Bigpoint GMTP Lux JV S.à.r.l. |
| Billy Australia Pty Ltd |
| Billy Broadway LLC |
| Billy London Limited |
| Billy National Tour General Partner LLC |
| Billy National Tour II General Partner LLC |
| Billy National Tour II LP |
| Billy National Tour LP |
| Billy Toronto Limited |
| Billy Toronto ULC |
| Birmingham Broadcasting (WVTM TV) LLC |
| BJD Films Limited |
| BJD Films LLC |
| BlackArrow, Inc. |
| BlackStratus, Inc. |
| Blank Pictures Limited |
| Bleecker Production Services Limited |
| Blenheim Films Limited |
| BlogHer Inc. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Bobwell Productions LLC |
| BodyMedia, Inc. |
| Bones Productions LLC |
| Bourne Film Productions Inc. |
| Bourne Four Productions LLC |
| Braintree |
| Bravo Holding LLC |
| Bravo Media LLC |
| Bravo Media Productions LLC |
| Bravo Peacock Music LLC |
| Bravo Platinum Hit Music LLC |
| BRCC Holdings LLC |
| Brigand Pictures, Inc. |
| Bring It On The Musical LLC |
| BroadNet Europe SPRL |
| BroadNet Holdings, B.V. |
| Broadway Legends, LLC |
| Bromley Productions LLC |
| Bubble Motion, Inc. |
| Business News (Asia) LLP |
| Business News (Europe) Partnership |
| CA Holding C.V. |
| CACO Holding Company LLC |
| CampGurus, Inc. |
| Canciones de Mun2 Television, LLC |
| Canoe Ventures, LLC |
| Cargo Networks Corp. |
| Carnival (Charles Dickens) Limited |
| Carnival (Philanthropist) Limited |
| Carnival Film & Television Limited |
| Carnival Productions Limited |
| CarWoo, Inc. |
| Catalyst International Productions, Inc. |
| Cattleya S.r.l. |
| CATV Facility Co., Inc. |
| CBS Holdco, LLC |
| CCC-NJFT, Inc. |
| CCF Management Services, Inc. |
| Centaur Funding Corporation |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Centenary Canada Holding Company |
| CFN Class Financial Network Spa |
| CFN/CNBC Holding B.V. Ltd. |
| Charlie Film Productions Inc. |
| Chase Team Canada Inc. |
| Chase Team LLC |
| Checkpoint Technologies, LLC |
| Children's Network, LLC |
| Chiller LLC |
| Chocolate Media Limited |
| Cinemotion Inc. |
| Cirque Investments LLC |
| Cirque Productions LLC |
| CityWalk Big Screen Theatre Joint Venture |
| Clara Film Distribution LLC |
| Classic Services, Inc. |
| Clinton Cable TV Investors, LLC |
| Cloo LLC |
| Closely, Inc. |
| CNBC (UK) Limited |
| CNBC Advertising (Shanghai) Co., Ltd. |
| CNBC International Productions, L.L.C. |
| CNBC LLC |
| CNBC Media Productions LLC |
| CNBC Publishing LLC |
| CNBC World LLC |
| CNBC Worldwide LLC |
| CNBC.com Holding LLC |
| CNBC.com LLC |
| CNBC/MSNBC, L.L.C. |
| Coalition for Innovative Media Measurement LLC |
| COFDM Evaluation Project, LLC |
| Colorado Terrace Tower II Corporation |
| COM Indiana, LLC |
| COM Indianapolis, LLC |
| COM Inkster, LLC |
| COM South, LLC |
| Combined Conditional Access Development and Support, LLC |
| COMCAST Cable Communications, LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Comcast Shared Services Corporation |
| COMCAST Sports NY Holdings, LLC |
| COMCAST Sports Southwest, LLC |
| COMCAST SportsNet Bay Area Holdings, LLC |
| COMCAST SportsNet California, LLC |
| COMCAST SportsNet Chicago Holdings, LLC |
| Comcast SportsNet Chicago, LLC |
| COMCAST SportsNet Mid-Atlantic GP, LLC |
| COMCAST SportsNet Mid-Atlantic LP, LLC |
| COMCAST SportsNet Mid-Atlantic, L.P. |
| COMCAST SportsNet NE Holdings, Inc. |
| COMCAST SportsNet New England Holdings, LLC |
| Comcast SportsNet New England, LLC |
| COMCAST SportsNet Northwest, LLC |
| COMCAST SportsNet Philadelphia Holdings, LLC |
| COMCAST SportsNet Philadelphia, L.P. |
| COMCAST Spotlight Charter Cable Advertising, LP |
| Comedy Digital Limited |
| Command Cable of Eastern Illinois Limited Partnership |
| Community Realty, Inc. |
| Community Telecable of Seattle, Inc. |
| Compass Electro-Optical Systems Ltd. |
| Compound Films (US) LLC |
| Compound Films Limited |
| Conditional Access Licensing, LLC |
| Connected Media Technologies, Inc. |
| ConteXtream, Inc. |
| Continental Australia Programming, Inc. |
| Continental Cablevision Asia Pacific, Inc. |
| Continental Programming Australia Limited Partnership |
| Continental Telecommunications Corp. of Virginia |
| Continental Teleport Partners, Inc. |
| Corpus Vivos Productions LLC |
| CP Entertainment Services LLC |
| CR Films, LLC |
| Crater Lake Productions LLC |
| Crazy Hill Productions Inc. |
| Creative Park Productions LLC |
| Creative Screen Productions LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Creative Writing Productions LLC |
| Crime Network LLC |
| Cry-Baby Broadway Limited Partnership |
| Cry-Baby CT Limited Partnership |
| CSLP London, LLC |
| CSLP Phase One GP, LLC |
| CSLP Phase One Investor, L.P. |
| CSLP Phase One Operator, L.P. |
| CSLP Soccer, LLC |
| CSNNE Partner, LLC |
| CTI Towers, Inc. |
| Current Media, LLC |
| CVC Keep Well LLC |
| DailyCandy Commerce, LLC |
| DailyCandy, LLC |
| Darby Technology Ventures Group, LLC |
| Dark Forest Films Limited |
| Dark Mirror Films Limited |
| Definitely Films LLC |
| Del Mar Productions LLC |
| Delamere Films LLC |
| Delgany Productions LLC |
| Despereaux Productions Limited |
| DFA Deutsche Fersehnachrichten Agentur GmbH |
| Digital Cinema Initiatives, LLC |
| Digital Entertainment Content Ecosystem (DECE) LLC |
| Digital Entertainment Group Europe |
| Digiventures, LLC |
| DirecTV |
| Discos Telemundo, LLC |
| Discovery Communications, Inc. |
| Disson Skating, LLC |
| DM Attractions LLC |
| DM2 Productions LLC |
| DM2 UK Productions Limited |
| DocuSign, Inc. |
| Dotcom Film Productions LLC |
| DoubleVerify, Inc. |
| DR 3000 Films LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Drisco Films LLC |
| DriverTV LLC |
| Drunken Pig Productions LLC |
| Dylan Holdings LLC |
| E Entertainment UK Limited |
| E! Distribution, L.L.C. |
| E! Entertainment Europe BV |
| E! Entertainment Hong Kong Limited |
| E! Entertainment Television International Holdings, LLC |
| E! Entertainment Television Latin America Partners |
| E! Entertainment Television, LLC |
| E! Holdings, Inc. |
| E! Networks Productions, LLC |
| E! Networks Sales and Distribution, LLC |
| Earth Holdings LLC |
| EdgeConneX, Inc. |
| Elbert County Cable Partners, L.P. |
| ElectNext, Inc. |
| Enterprise Electronics Corporation |
| Enterproid, Inc. |
| Equity Resources Venture |
| Erdos LLC |
| Estrella Communications LLC |
| Estudios Mexicanos Telemundo, S.A. de C.V. |
| ETV Holdings, LLC |
| Eurekster, Inc. |
| Evening Films LLC |
| Evergreen Pictures LLC |
| Exclamation Music, LLC |
| Exclamation Productions, LLC |
| Exercise TV LLC |
| Exhibition Music LLC |
| Exmont Productions LLC |
| Expand Networks, Ltd. |
| Exposure Studios, LLC |
| FAB Communications, Inc. |
| Fairest Films LLC |
| Fandango Marketing, LLC |
| Fandango Media, LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Fandango, LLC |
| FandangoNOW |
| Fantail Funding LLC |
| Far North Entertainment Holdings, Inc. |
| Farraday Films (UK) Limited |
| Farraday Films Investments LLC |
| Farraday Films LLC |
| Fast Productions Limited |
| Fast V LLC |
| Fastball Productions LLC |
| Feedback Holdings, LLC |
| Fences On Broadway, LLC |
| FF5 Productions Canada, Inc. |
| FF5 Productions LLC |
| FF6 Productions LLC |
| Film Distribution and Service S.C.R.L. |
| Filmmaker Production Services LLC |
| Fingers of Time, Inc. |
| First Round Capital 2007 Annex Fund, LP |
| First Round Capital 2007, LP |
| First Round Capital II, LP |
| First Round Capital III, LP |
| First Round Capital IV, L.P. |
| First Television Corporation |
| Flagship Development LLC |
| Flanimals Productions LLC |
| Flipboard, Inc. |
| Flock of Peacocks Music JV/ASCAP LLC |
| Flyers Atlantic City Youth Hockey Club, Inc. |
| Flyers Skate Zone, L.P. |
| FNV LLC |
| Focus Features International Limited |
| Focus Features International LLC |
| Focus Features LLC |
| Focus Features of Puerto Rico LLC |
| Focus Features Productions LLC |
| Food Films LLC |
| For Games Music, LLC |
| Forty Productions LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Four Flags Cable TV |
| Four Flags Cablevision |
| FP Films LLC |
| FPS Rink, Inc. |
| FPS Rink, L.P. |
| FPS Urban Renewal, Inc. |
| Friedgold Films LLC |
| Friedgold Talent LLC |
| Frigate Films Limited |
| Front Row Marketing Services Canada, L.P. |
| Front Row Marketing Services, L.P. |
| Full Circle Media Pty Limited |
| Funbag Animation Studios Inc. |
| G4 Media Productions, LLC |
| G4 Media, LLC |
| Garden State Telecommunications, LLC |
| Gateway/Jones Communications, Ltd. |
| GE NBC |
| Genacast Ventures, LLC |
| Genband II, Inc. |
| Geneon Music Publishing LLC |
| Geneon Universal Entertainment Japan, LLC |
| GEP Productions Inc. |
| Get Him Productions LLC |
| Getting Away Productions, Inc. |
| GIGA Television GmbH |
| Gilmore Films LLC |
| Golfcolorado.com, LLC |
| GOLFNOW ENTERPRISES INC |
| GolfNow Enterprises, Inc. |
| GolfNow G1 LLC |
| Golfnow, LLC |
| Good Machine International LLC |
| Good Machine LLC |
| Gramercy Productions LLC |
| Greater Boston Cable Advertising |
| Green Twig Films Limited |
| Guardian Media Entertainment, LLC |
| Guide Investments, Inc. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| GuideWorks, LLC |
| Hadrian Productions Limited |
| Happy Hours, LLC |
| Harlan Films LLC |
| Headend In The Sky, Inc. |
| Health Media LLC |
| Healthline Networks, Inc. |
| Healthology LLC |
| Heartless Productions LLC |
| Heist Productions LLC |
| Hellboy Productions LLC |
| Heritage Cablevision of Massachusetts, Inc. |
| Heritage Cablevision of South East Massachusetts, Inc. |
| High Performance Golf Partnership, Ltd. |
| Hilltop Coffee LLC |
| Hilltop Hot Dogs LLC |
| Hilltop Services LLC |
| Home Sports Network, Inc. |
| Hop Productions LLC |
| Horror Entertainment, LLC |
| HotChalk, Inc. |
| Houston Regional Sports Network, L.P. |
| Houston Regional Sports Network, LLC |
| Houston SportsNet Finance, LLC |
| Houston SportsNet Holdings LLC |
| Houzz Inc. |
| Hulu, LLC |
| Husdawg Communications LLC |
| Husdawg, LLC |
| Hyde Park Films Limited |
| Ice Harvest LLC |
| Icebreaker Films LLC |
| iControl Networks, Inc. |
| Icy Films Inc. |
| ID Theft Canada Inc. |
| ID Theft Films LLC |
| IEC License Holdings, Inc. |
| IFH International Film Holding BV |
| IFH-U Holding B.V. |

Exhibit I-2

**NBCU**

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| IGA Worldwide Inc. |
| Ignite Media Brands Group Pty Ltd |
| I-Hatch Ventures, LP |
| Illumination Mac Guff |
| Imagine Films Entertainment LLC |
| Immedia Semiconductor, Inc. |
| In Demand L.L.C. |
| Incuborn Solutions, LLC |
| Infobonn Text-, Informations- und Pressebüro |
| Inheritance Pictures Limited |
| Inittowinit LLC |
| Integrate.com, Inc. |
| Intelligence Films Limited |
| Interactive Business News Video LLC |
| Interactive Desktop Video LLC |
| Interactive Technology Services, Inc. |
| Interlagos Films Limited |
| Intermedia Cable Investors, LLC |
| International Media Distribution, LLC |
| Intertainer, Inc. |
| Invidi Technologies Corporation |
| Iowa Hockey, LLC |
| iVillage (Caymans) Limited |
| iVillage International Holding LLC |
| iVillage Limited |
| iVillage LLC |
| iVillage Parenting Network LLC |
| iVillage Publishing LLC |
| IVN LLC |
| Jewel U.S. Holdings, Inc. |
| JiWire, Inc. |
| John Belsen Productions LLC |
| Joint Operating Entity, LLC |
| Jones Cable Corporation |
| Jones Cable Holdings, LLC |
| Jones Programming Services, Inc. |
| Jones Spacelink Cable Corporation |
| Jones Telecommunications of California, LLC |
| Josh Productions LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Kern Hydro Partners Limited Partnership |
| Kidsco Limited |
| Kingsley Film Productions LLC |
| Kiwi Crate, Inc. |
| Knightly Film Productions LLC |
| Knowledgeweb LLC |
| KNTV License LLC |
| KNTV Television LLC |
| KPCB SFUND, LLC |
| Kwelia, Inc. |
| Lacrosse Films (US) LLC |
| LAT34, LLC |
| Laurel Productions LLC |
| Lauren Film Productions LLC |
| Lava Films LLC |
| LCNI II, Inc. |
| Lead Intelligence, Inc. |
| Les Mins Productions LLC |
| Let It Rain LLC |
| Lexi Productions, LLC |
| Liberty Global, Inc. |
| Liberty Interactive Corporation |
| Liberty Lane, LLC |
| Liberty Media Corporation |
| Liberty Property 18th & Arch, LP |
| Liberty Ventures Group LLC |
| Livingston Pictures, Inc. |
| Lodgian, Inc. |
| London Civic Centre Corporation |
| London Civic Centre Limited Partnership |
| Lone Survivor Productions LLC |
| Long Branch Productions Inc. |
| Loomia Inc. |
| Lorax Productions LLC |
| Love Minky Television Development Inc. |
| LPT 18th & Arch Street GP, LLC |
| LPT 18th & Arch Street Limited, LLC |
| Lucky Cricket Productions LLC |
| Luminous Pictures, L.L.C. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| LVO Cable Properties, Inc. |
| LX Networks LLC |
| M H Lightnet, LLC |
| Madison Square Garden, Inc. |
| Mammoth Films LLC |
| Marital Assets, LLC |
| MarketLink Indianapolis Cable Advertising, LLC |
| Matchbox Pictures Pty Ltd |
| Matchbox Productions Pty Ltd |
| MCA Toys Holdings LLC |
| MCA Toys LLC |
| McPhee Farmyard Productions Limited |
| Media Technology Ventures III, L.P. |
| MegaPath Holding Corporation |
| Meihui Holdings Co. Limited |
| Memory Productions LLC |
| Merchandising Company of America LLC |
| Merry Men Films Limited |
| metaLayer, Inc. |
| Metropolitan Television Alliance, LLC |
| MFV Productions LLC |
| Michael Film Distribution LLC |
| Midcontinent Communications |
| Mile Hi Cable Partners, L.P. |
| Minaret Films LLC |
| Miss Universe LP, LLLP |
| Mobile Content Venture, LLC |
| MOC Holdco I, LLC |
| MOC Holdco II, Inc. |
| Monkey Kingdom Limited |
| Monkey Ventures Limited |
| Morgan Productions, Inc. |
| Mortar Data Inc. |
| Motion Picture Association |
| Motion Picture Association - International |
| Motion Picture Association of America, Inc. |
| Motion Picture Laboratories, Inc. |
| Mountain Cable Network, Inc. |
| Mountain States General Partner, LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Mountain States Limited Partner, LLC |
| MPD Films Limited |
| MSNBC Cable L.L.C. |
| MSNBC Canada Distribution Inc. |
| MSNBC Marks Trust |
| MSNBC Music Publishing LLC |
| MSNBC Super Desk LLC |
| Mt. Clemens Cable TV Investors, LLC |
| Muldiss Darton Productions Limited |
| Mun2 Television Music Publishing, LLC |
| Mun2 Television, LLC |
| Munchkinland Productions LP |
| Munich UNIVERSAL Films GmbH |
| Music Choice |
| Music of Syfy Channel LLC |
| Music of USA Cable Entertainment LLC |
| Music of USA Network LLC |
| Musica Telemundo, LLC |
| Must See Music LLC |
| MW Sports Holdings, LLC |
| MW Sports Network, LLC |
| MyWeather Cayman, LLC |
| MyWeather, LLC |
| Nascar Cafe/Orlando Joint Venture |
| National Cable Communications LLC |
| National Digital Television Center, LLC |
| NATV Sales LLC |
| NATV Sub LLC |
| NBBC, LLC |
| NBC (UK) Holdings Limited |
| NBC Cable Holding LLC |
| NBC Decaux LLC |
| NBC Desktop LLC |
| NBC Digital Health Network LLC |
| NBC Digital Media LLC |
| NBC Enterprises LLC |
| NBC Facilities LLC |
| NBC Interactive Media LLC |
| NBC International Limited |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| NBC Investments LLC |
| NBC NEWS ARCHIVES LLC |
| NBC News Bureaus LLC |
| NBC News Channel LLC |
| NBC News Digital LLC |
| NBC News Overseas LLC |
| NBC News Worldwide LLC |
| NBC Olympics LLC |
| NBC Olympics Planning LLC |
| NBC Pageants LLC |
| NBC Palm Beach Investment I LLC |
| NBC Palm Beach Investment II LLC |
| NBC Program Ventures LLC |
| NBC Records LLC |
| NBC Shop LLC |
| NBC Sports Network, L.P. |
| NBC Sports Ventures LLC |
| NBC Stations Management II LLC |
| NBC Stations Management LLC |
| NBC Storage Management LLC |
| NBC Studios LLC |
| NBC Sub (WCMH), LLC |
| NBC Subsidiary (KNBC-TV) LLC |
| NBC Subsidiary (WCAU-TV), L.P. |
| NBC Subsidiary (WMAQ-TV) LLC |
| NBC Subsidiary (WRC-TV) LLC |
| NBC Subsidiary (WTVJ-TV) LLC |
| NBC Syndication Holding LLC |
| NBC Telemundo License Holding LLC |
| NBC Television Investments BV |
| NBC TV Stations Sales & Marketing LLC |
| NBC Universal (Singapore) Holdings I Pte. Ltd. |
| NBC Universal (Singapore) Holdings II Pte. Ltd. |
| NBC Universal Digital Solutions LLC |
| NBC Universal Global Networks Australia (Services) Pty Ltd |
| NBC Universal Global Networks Deutschland GmbH |
| NBC Universal Global Networks España, S.L.U. |
| NBC Universal Global Networks France SAS |
| NBC Universal Global Networks Italia - S.r.l. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| NBC Universal Global Networks Japan Inc. |
| NBC Universal Global Networks Latin America LLC |
| NBC Universal Global Networks Management Limited |
| NBC Universal Global Networks UK Limited |
| NBC Universal International Television Distribution Germany |
| NBC Universal International Television Distribution Singapore |
| NBC Universal Television Japan, Ltd. |
| NBC Universal Television Studio Digital Development LLC |
| NBC Universal, LLC |
| NBC Weather Plus Network LLC |
| NBC West, LLC |
| NBC/Hearst-Argyle Syndication, LLC |
| NBC/IJV LLC |
| NBC-A&E Holding LLC |
| NBC-NPN Holding LLC |
| NBCP Holdings LLC |
| NBC-Rainbow Holding LLC |
| NBCU Acquisition Sub LLC |
| NBCU Chiller Holdings LLC |
| NBCU Coop Holdings LLC |
| NBCU Digital Music LLC |
| NBCU Dutch Holding (Bermuda) Limited |
| NBCU Dutch Holding (US) LLC |
| NBCU Emerging Networks LLC |
| NBCU Global Networks Asia Pte. Ltd. |
| NBCU Global Networks LLC |
| NBCU Global Networks-2 LLC |
| NBCU International LLC |
| NBCU New Site Holdings LLC |
| NBCU World-wide Coöperatief U.A. |
| NBCUniversal Digital Entertainment LLC |
| NBCUniversal Foundation |
| NBCUniversal Funding LLC |
| NBCUniversal International Limited |
| NBCUniversal International Television Distribution South Africa |
| NBCUniversal Media Distribution Services Private Limited |
| NBCUNIVERSAL MEDIA, LLC |
| NBCUniversal Networks International Brasil Programadora S.A. |
| NBCUniversal Production Services LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| NBCUniversal Real Estate LLC |
| NBCUniversal Receivables Funding LLC |
| NBCUniversal, LLC |
| NBC-VVTV Holding LLC |
| NBC-VVTV2 Holding LLC |
| NBC-West Coast Holding II LLC |
| NBC-West Coast Holding LLC |
| NBC-XFL Holding LLC |
| NCL, LLC |
| NDTC Technologies (India) Private Limited |
| NDTC Technology, Inc. |
| Nebula, Inc. |
| New England Cable News |
| New England Microwave, LLC |
| New Global Telecom, Inc. |
| New Mexico Lighting & Grip LLC |
| NewCo Cable, Inc. |
| Newsvine, Inc. |
| New-U Pictures Facilities LLC |
| New-U Studios LLC |
| NF Films LLC |
| NGNA, LLC |
| NHL Network US, L.P. |
| Nicholas Productions, LLC |
| Nikkei CNBC Japan, Inc. |
| North American Television LLC |
| Northbridge Programming Inc. |
| Northern Entertainment Productions LLC |
| Northwest Illinois Cable Corporation |
| NROCA Holdings, Inc. |
| Nueva Granada Investments, LLC |
| Nuevo Mundo Music LLC |
| NWI Network LLC |
| O2 Holdings, LLC |
| O2 Music, LLC |
| Oberon Media, Inc. |
| OCAP Development, LLC |
| October Films LLC |
| OFI Holdings LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| On the Rialto LLC |
| One Belmont Insurance Company |
| Online Games LLC |
| OnVantage, Inc. |
| Open 4 Business Productions LLC |
| Original Content Productions LLC |
| Outlet Broadcasting LLC |
| Outlet Communications LLC |
| Oxygen Cable, LLC |
| Oxygen Media Interactive LLC |
| Oxygen Media Productions LLC |
| Oxygen Media, LLC |
| OZ Films Limited |
| Pacific Northwest Interconnect |
| Pacific Regional Programming Partners |
| Paciolan, Inc. |
| PackLate.com, Inc. |
| Padopolis, Inc. |
| Palm Beach Group Cable Joint Venture |
| Palmas 40, S.A. de C.V. |
| Paqu Films LLC |
| Parks Holdings Acquisition LLC |
| Parks Holdings Acquisition Sub LLC |
| Parnassos Communications, L.P. |
| Parnassos Holdings, LLC |
| Patron Solutions, L.P. |
| Patron Solutions, LLC |
| Pattison Development, Inc. |
| Pattison Realty, Inc. |
| PE Productions LLC |
| Peacock European Holdings B.V. |
| Pelmorex Media, Inc. |
| Pennebaker LLC |
| Perfect Market, Inc. |
| Peter Engel Productions LLC |
| PG Cable Channel Company LLC |
| PG Filmed Entertainment LLC |
| PG Television LLC |
| PL Phase One LP |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| PL Phase One Operations, LP |
| Plaxo, Inc. |
| Plum District, Inc. |
| Prandial Productions LLC |
| Preview Magazine Corporation |
| Prima Cinema, Inc. |
| Prime Telecom Potomac, LLC |
| Private Productions Limited |
| Producciones RTI SAS |
| Producer Services Holdings Limited |
| Producer Services Limited |
| Pt. CNBC Indonesia |
| Ptown Productions LLC |
| QCOM TV Partners |
| Qwite Inc. |
| Rachel Films LLC |
| Radiocattleya S.r.l. |
| Radius Intelligence, Inc. |
| RAMP Inc. |
| Realand Productions LLC |
| Regional Film Distributors LLC |
| Regional Pacific Holdings II LLC |
| Regional Pacific Holdings LLC |
| Reservation Road Productions LLC |
| Retirement Living TV, LLC |
| Reunion Committee LLC |
| RGB Networks, Inc. |
| Ride Along Productions LLC |
| Rider Productions LLC |
| Ridgegarden Limited |
| Rightgarden Limited |
| RIPD Productions LLC |
| Roncom Films, Inc. |
| Rosemary & Thyme Enterprises Ltd. |
| Rosey Film Productions LLC |
| Rubin Productions LLC |
| Safe House Productions LLC |
| Saigon Broadcasting LLC |
| Sandler Capital Partners IV, L.P. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Satellite Services, Inc. |
| Saturn Cable TV, Inc. |
| Savoy Pictures, LLC |
| SCI 48, Inc. |
| SCI 55, Inc. |
| Sci Fi (VCSF) Holding LLC |
| Sci Fi Lab Development LLC |
| Sci Fi Lab LLC |
| Sci-Fi Channel Europe, L.L.C. |
| Scope Communications LLC |
| Sedna Patent Services, LLC |
| SeedStart 2011, LLC |
| Selkirk Communications (Delaware) Corporation |
| Series 24 of the Allied Security Trust I |
| Servicios de Produccion Reforma, S.A. de C.V. |
| S-F Channel Holdings LLC |
| Shanghai Meihai Software Co. Ltd |
| Sherwood Films LLC |
| Six Feathers Music JV/BMI LLC |
| SKC Hangar Partners |
| Sky Tower Productions, Inc. |
| Skyview T. V. Inc. |
| Smiley Face Productions LLC |
| Smokin' Films LLC |
| SnagFilms, Inc. |
| SNY NYM Holdings I, LLC |
| SNY NYM Holdings II, LLC |
| SNY NYM I, LLC |
| SNY NYM II, LLC |
| So Happy For You Productions LLC |
| SoftBank Capital Technology Fund III, L.P. |
| South Seas Productions, LLC |
| Southwest Washington Cable, Inc. |
| SP Canadian Film Productions, Inc. |
| SP Film Productions LLC |
| Spanish-Language Productions LLC |
| Sparrowhawk Distribution Limited |
| Sparrowhawk Holdings Limited |
| Sparrowhawk International (HK) Limited |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Sparrowhawk International Channels India Private Limited |
| Sparrowhawk International Channels Limited |
| Sparrowhawk Latin America, LLC |
| Sparrowhawk Media Limited |
| Sparrowhawk Media Services Limited |
| Spectacor Adjoining Real Estate New Arena, L.P. |
| Spectrum Arena Limited Partnership |
| SpectrumCo, LLC |
| Speechless Features Limited |
| Speedinfo, Inc. |
| Spirit Board Productions LLC |
| Sports Ventures Sub LLC |
| SportsChannel New England LLC |
| SportsChannel Pacific Associates |
| SPORTSENGINE INC |
| SportsEngine, Inc |
| Spot Buy Spot, LLC |
| Sprout Michigan Productions, LLC |
| St. Cloud Productions LLC |
| St. Giles LLC |
| St. Louis Productions LLC |
| St. Louis Tele-Communications, Inc. |
| Stage II, L.P. |
| Stamford Media Center & Productions LLC |
| StarPlay Productions Limited |
| Station Operations LLC |
| Sterling Entertainment Enterprises, LLC |
| Stormfront, LLC |
| StreamSage, Inc. |
| Style Media LLC |
| Style Media Productions LLC |
| SUB I - USA Holding LLC |
| Susquehanna Cable Co., LLC |
| Susquehanna Cable Investment Co. |
| Syfy Channel Publishing LLC |
| Syfy Films LLC |
| Syfy LLC |
| Syfy Media Productions LLC |
| Sympoz LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Talbot House Productions LLC |
| Tale Productions LLC |
| Talk Video Productions, LLC |
| Taurus Properties, LLC |
| Telecine Programacao de Filmes Ltda. |
| Tele-Communications of Colorado, Inc. |
| Telemundo Estudios Colombia, S.A.S. |
| Telemundo Group LLC |
| Telemundo Internacional LLC |
| Telemundo Las Vegas LLC |
| Telemundo Media LLC |
| Telemundo Music Publishing, LLC |
| Telemundo Network Group LLC |
| Telemundo of Arizona LLC |
| Telemundo of Chicago LLC |
| Telemundo of Denver LLC |
| Telemundo of Florida LLC |
| Telemundo of Fresno LLC |
| Telemundo of New England LLC |
| Telemundo of Northern California LLC |
| Telemundo of Texas LLC |
| Telemundo Studios Miami LLC |
| Telemundo Television Studios, LLC |
| Televents Group Joint Venture |
| Televents Group, Inc. |
| Televents of Colorado, LLC |
| Televents of Florida, LLC |
| Televents of Powder River, LLC |
| Televents of Wyoming, LLC |
| Television Korea 24, Inc. |
| Tely Labs Inc. |
| Tempo DBS, Inc. |
| Tempo Development Corporation |
| TEMPO Television, Inc. |
| Terra Properties LLC |
| TGC, LLC |
| Thadfab Productions LLC |
| ThaTrunk, Inc. |
| The Analytic Sciences Corporation Limited |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| The Canadian Motion Picture Distributors Association |
| The History Channel (Germany) GmbH & Co. KG |
| The History Channel (Germany) Holdings GmbH |
| The Jurassic Foundation, Inc. |
| The Lew Wasserman Scholarship Foundation |
| The MLB Network, LLC |
| The New York Interconnect L.L.C. |
| The Premium Movie Partnership |
| The Rubicon Project, Inc. |
| The Thing Films, Inc. |
| The Today Show Charitable Foundation, Inc. |
| The Weather Channel Global Media Limited |
| The Weather Channel, LLC |
| The Weather Underground, LLC |
| Think Cattleya S.r.l. |
| Tier One Subsidiary LLC |
| Tiny Little Steps LLC |
| TJ Productions LLC |
| Town Square Films Limited |
| TPB Holding LLC |
| Traffic Cast China (Shanghai) Co. Ltd |
| Traffic Cast China, Inc. |
| Traffic Ventures, LLC |
| TrafficCast International, Inc. |
| Transatlantic Productions LLC |
| Tribune-United Cable of Oakland County |
| Trio Entertainment Network Inc. |
| Trion World Network, Inc. |
| Truck 44 Productions LLC |
| True Blue Productions LLC |
| Tuxedo Terrace Films LLC |
| TV One, LLC |
| TV1 Entertainment Partners |
| TVWorks, LLC |
| TWC/COMCAST Brunswick Cable Advertising, LLC |
| TWC/COMCAST Kansas City Cable Advertising, LLC |
| TWCC Holding Corp. |
| TWCC Video Productions, Inc. |
| Two Belmont Insurance Company LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| U.I.P. (UK) Limited |
| U.I.P. Limited |
| UACC Midwest Insgt Holdings, LLC |
| UA-Columbia Cablevision of Massachusetts, Inc. |
| UATC Merger Corp. |
| UberMedia, Inc. |
| UCDP Finance, Inc. |
| UCF Hotel Venture |
| UCF Hotel Venture II |
| UCS Project I LLC |
| UCTC LP Company |
| UCTC of Los Angeles County, Inc. |
| UIP International Services B.V. |
| UIP Stichting |
| UIP-Danube International Pictures Ltd |
| Underworld Productions, LLC |
| Uniman, LLC |
| United Artists Holdings, Inc. |
| United Artists Holdings, LLC |
| United International Pictures |
| United International Pictures - Columbia Tristar Ltda |
| United International Pictures (Far East) |
| United International Pictures (Israel) |
| United International Pictures (Poland) B.V. |
| United International Pictures (SDN) |
| United International Pictures (South Africa) |
| United International Pictures A/S |
| United International Pictures AB |
| United International Pictures APS |
| United International Pictures B.V. |
| United International Pictures EPE |
| United International Pictures Filmcilik Ve Ticaret Limited Sirketi |
| United International Pictures Ltda |
| United International Pictures of Panama, Inc. |
| United International Pictures PTE |
| United International Pictures S de RL |
| United International Pictures S. R. L. |
| United International Pictures Sp. Zo.o. |
| United of Oakland, Inc. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Universal Sony Pictures Home Entertainment Australia Pty |
| Universal 13th Street.com LLC |
| Universal 1440 Entertainment LLC |
| Universal Animation Studios LLC |
| Universal Animation Studios Project E LLC |
| Universal Arenas Holdings, LLC |
| Universal Briggs LLC |
| Universal Briggs LLC dba Fat Tuesday |
| Universal Cable Productions Development LLC |
| Universal City Development Partners, Ltd. |
| Universal City Florida Holding Co. I |
| Universal City Florida Holding Co. II |
| Universal City Property Management II LLC |
| Universal City Restaurant Partners, Ltd. |
| Universal City Restaurant Venture, LLC |
| Universal City Studios LLC |
| Universal City Studios Productions LLLP |
| Universal City Studios, LLC |
| Universal City Travel Partners |
| Universal Film Exchanges Holdings II LLC |
| Universal Film Exchanges LLC |
| Universal Films of India B.V. |
| Universal First-Run Productions LLC |
| Universal First-Run Television LLC |
| Universal HD LLC |
| Universal Home Entertainment Productions LLC |
| Universal Home Entertainment Worldwide LLC |
| Universal Interactive Entertainment LLC |
| Universal International Films LLC |
| Universal International Television Services Limited |
| Universal Media Studios International Limited |
| Universal Network Programming LLC |
| Universal Network Television LLC |
| Universal Networks International (Asia) Pte. Ltd. |
| Universal Networks International (Japan) Inc. |
| Universal Networks International Poland Sp. z o.o. |
| Universal Orlando Foundation, Inc. |
| Universal Orlando Online Merchandise Store |
| Universal Parks & Resorts Management Services LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Universal Pictures (Australasia) Pty. Ltd. |
| Universal Pictures (Brasil) Limitada |
| Universal Pictures (Czech Republic) s.r.o. |
| Universal Pictures (Denmark) ApS |
| Universal Pictures (Hungary) Ltd. |
| Universal Pictures (México) S. de R.L. de C.V. |
| Universal Pictures (México) Services S. de R.L. de C.V. |
| Universal Pictures (UK) Limited |
| Universal Pictures Benelux N.V. |
| Universal Pictures Canadian Services LLC |
| Universal Pictures Company of Puerto Rico LLC |
| Universal Pictures Corporation of China LLC |
| Universal Pictures Finland OY |
| Universal Pictures Germany GmbH |
| Universal Pictures Group (UK) Limited |
| Universal Pictures Hamburg Film - und Fernsehvertrieb GmbH |
| Universal Pictures Iberia, S.L.U. |
| Universal Pictures Iberia, Sociedade Unipessoal Limitada - Em |
| Universal Pictures International Australasia Pty Ltd |
| Universal Pictures International Austria GmbH |
| Universal Pictures International Belgium SNC |
| Universal Pictures International Entertainment Limited |
| Universal Pictures International France SAS |
| Universal Pictures International Germany GmbH |
| Universal Pictures International Italy S.R.L. |
| Universal Pictures International Korea Company |
| Universal Pictures International Limited |
| Universal Pictures International LLC |
| Universal Pictures International Mexico S. de R. L. de C.V. |
| Universal Pictures International No.2 Limited |
| Universal Pictures International Spain, S.L. |
| Universal Pictures International Switzerland GmbH |
| Universal Pictures International UK & EIRE Limited |
| Universal Pictures Italia S.r.l. |
| Universal Pictures Limited |
| Universal Pictures Mexico Gestion de Recursos, S. de R.L. de C.V. |
| Universal Pictures Nordic AB |
| Universal Pictures Norway AS |
| Universal Pictures Productions G.m.b.H. |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Universal Pictures Productions Limited |
| Universal Pictures Rus LLC |
| Universal Pictures Stage Productions LLC |
| Universal Pictures Subscription Television Limited |
| Universal Pictures Switzerland GmbH |
| Universal Pictures Vidéo (France) SAS |
| Universal Pictures Visual Programming Limited |
| Universal Property Management Services LLC |
| Universal Rank Hotel Partners |
| Universal Reality Television LLC |
| Universal Studiocanal Video |
| Universal Studios Arcade LLC |
| Universal Studios Canada Inc. |
| Universal Studios Carousel Post Production LLC |
| Universal Studios Channel Holdings LLC |
| Universal Studios Child Care Center LLC |
| Universal Studios China Investment LLLP |
| Universal Studios Company LLC |
| Universal Studios Corner Store LLC |
| UNIVERSAL STUDIOS CORP |
| Universal Studios Development Venture Five LLC |
| Universal Studios Development Venture Seven LLC |
| Universal Studios Development Venture Six LLC |
| Universal Studios Development Venture Two LLC |
| Universal Studios Digital Cinema Ventures, LLC |
| Universal Studios Dubai Planning Services LLC |
| Universal Studios Enterprises LLC |
| Universal Studios Film Production LLC |
| Universal Studios Fitness Center LLC |
| Universal Studios Home Entertainment LLC |
| Universal Studios Home Entertainment Productions LLC |
| Universal Studios Hotel II LLC |
| Universal Studios Hotel LLC |
| Universal Studios International B.V. |
| Universal Studios International Television Do Brasil Ltda. |
| Universal Studios Korea Planning Services LLC |
| Universal Studios Licensing LLC |
| UNIVERSAL STUDIOS LLC |
| Universal Studios Moscow Planning Services LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Universal Studios Music LLLP |
| Universal Studios Network Programming |
| Universal Studios Networks Brazil LLC |
| Universal Studios NewCanada LLC |
| Universal Studios Pacific Partners LLC |
| Universal Studios Pay Television Australia 2 LLC |
| Universal Studios Pay Television Australia LLC |
| Universal Studios Pay Television LLC |
| Universal Studios Pay TV Latin America LLC |
| Universal Studios Pay-Per-View Development LLC |
| Universal Studios Pay-Per-View LLC |
| Universal Studios Recreation China Planning Services LLC |
| Universal Studios Recreation Japan Planning Services LLC |
| Universal Studios Satellite Services LLC |
| Universal Studios Singapore Planning Services LLC |
| Universal Studios Store Hollywood LLC |
| Universal Studios Store Orlando LLC |
| Universal Studios Television Distribution Spain, S.L.U. |
| Universal Studios TV Channel Poland LLC |
| Universal Studios TV1 Australia 2 LLC |
| Universal Studios TV1 Australia LLC |
| Universal Studios Water Parks FL, LLC |
| Universal Studios Water Parks Florida LLC |
| Universal Syndicated Productions LLC |
| Universal Television Enterprises LLC |
| Universal Television Group LLC |
| Universal Television Music Publishing LLC |
| Universal Television Networks |
| Universal Television Productions LLC |
| Universal TV Australia Pty. Limited |
| Universal TV Canada Productions LLC |
| Universal TV France SNC |
| Universal TV Limited |
| Universal TV LLC |
| Universal TV Music LLC |
| Universal TV Music Publishing LLC |
| Universal TV NewCo LLC |
| Universal TV Pictures Development LLC |
| Universal TV Pictures LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Universal TV Talk Video LLC |
| Universal VOD Venture Holdings LLC |
| Universal Worldwide Television LLC |
| Universal/Cineplex Odeon Joint Venture |
| UPI Development LLC |
| UPI Productions LLC |
| US Cable of Coastal-Texas, L.P. |
| USA Brasil Enterprise LLC |
| USA Brasil Holdings L.L.C. |
| USA Cable Entertainment LLC |
| USA Cable Entertainment Publishing LLC |
| USA Network Media Productions LLC |
| USA Network Publishing LLC |
| USA Networks Partner LLC |
| USA Ostar Theatricals, LLC |
| USANi Holding Company LLC |
| USI - USA Holding LLC |
| USI Asset Transfer LLC |
| USI Entertainment LLC |
| USI Interim LP LLC |
| USI Music Publishing LLC |
| USI Network Development LLC |
| USIE - USA Holding LLC |
| USI-New Bren Holdco LLC |
| U-Talk Enterprises LLC |
| UTI Purchase Company |
| V - USA Holding LLC |
| Valor Film Productions LLC |
| ValueVision Media, Inc. |
| VCSF, LLC |
| Vehix, Inc. |
| Ventures Merger Subsidiary, Inc. |
| Verivue, Inc. |
| Versus Holdings, LLC |
| Video 44 |
| Video 44 Acquisition LLC |
| Videology, Inc. |
| Visible World Inc. |
| Vision Video Limited |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
| --- |
| Vivox, Inc. |
| Vodafone Americas Inc. |
| Vox Media, Inc. |
| VUE Holding LLC |
| VUE NewCo LLC |
| Vyatta, Inc. |
| Walter Lantz Productions LLC |
| Waltham Tele-Communications |
| Waltham Tele-Communications, LLC |
| Wanted Productions LLC |
| Warrior Productions Limited |
| Washington Films LLC |
| Watch What You Play Music, LLC |
| WCAU Holdings, LLC |
| Weather Central Asia Pacific, Limited |
| Weather Central Cayman, LLC |
| Weather Central Technology (Beijing) Co., Ltd |
| Weather Central, LP |
| Weather Services International Limited |
| Westchester Films LLC |
| Western Range Insurance Co. |
| Western Satellite 2, Inc. |
| Westlake Films LLC |
| WestMarc Cable Holding, Inc. |
| WestMarc Development II, Inc. |
| WestMarc Development III, LLC |
| WestMarc Development IV, LLC |
| WestMarc Development, LLC |
| WestMarc Realty, Inc. |
| White Flag Development LLC |
| WhoSay, Inc. |
| Wicked Asia LLC |
| Wicked Australia LLC |
| Wicked California LP |
| Wicked Chicago LP |
| Wicked LLC |
| Wicked London LLC |
| Wicked London Production Limited |
| Wicked Oz Investment LLC |

Exhibit I-2

# NBCU

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, MDL1720 (MKB) (JO)*

| Entity Name (including their respective subsidiaries and predecessors) |
|---|
| Wicked Pacific Rim LLC |
| Wicked Tour Canada Corp. |
| Wicked Tour Managing Partner LLC |
| Wicked Tour Productions LP |
| Wicked UK Tour Production Limited |
| Wicked Worldwide Inc. |
| Williams Productions LLC |
| WineMeNow, Inc. |
| Winston Network, Inc. |
| WLT Systems, LLC |
| WNJU-TV Broadcasting LLC |
| Wolf Man Productions Limited |
| Women.com Networks LLC |
| Working Title (Developments) Limited |
| Working Title Films Limited |
| Working Title Group LLC |
| Working Title Music Limited |
| Working Title Production Services Limited |
| Working Title Theatre Productions Limited |
| World Championship Sports Network, Inc. |
| WSI Corporation |
| WSI GP, LLC |
| WT Film Productions Limited |
| WT Venture LLC |
| WT2 Limited |
| WTTV Limited |
| XFL, LLC |
| Xoom.com LLC |
| YieldMo, Inc. |
| Your Total Health LLC |
| ZAP Television Beteiligungs GmbH |
| ZAP Television GmbH & Co. KG |
| Zeebox Australia Pty Limited |
| Zeebox Inc. |
| Zeebox Limited |