

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

**Kimberly Weber Herlihy**
Direct Dial    (614) 464-8283
Direct Fax    (614) 719-5021
Email kwherlihy@vorys.com

March 12, 2020

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*,
              05-md-1720 (MKB)(JO): Discovery Schedule in Newly-Filed Opt-Out Cases

Dear Judge Orenstein:

    Pursuant to the court's March 11, 2020, status conference entry (ECF 7892), submitted herewith is a proposed scheduling order with respect to discovery in the newly-filed opt-out cases, reflecting the deadlines to which the parties have agreed and that the Court has approved. The parties would appreciate the Court's entry of the attached proposed scheduling order.

                                    Respectfully submitted,

                                      /s Kimberly Weber Herlihy
                                      Kimberly Weber Herlihy
                                      Vorys, Sater, Seymour and Pease LLP
                                      Attorneys for Grubhub Plaintiffs

cc: Counsel of Record (via ECF)