**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

March 18, 2019

<u>VIA ECF</u>

The Honorable Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge James Orenstein
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Room 1227 South
Brooklyn, NY 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
No. 1:05-MD-1720 (MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 27 of the Rule 23(b)(3) Class Settlement Preliminary Approval Order and paragraph 19 of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants, Rule 23(b)(3) Class Plaintiffs respectfully request the Court's approval of the Settlement Administrator's funding request in the amount of $2,124,901.08 from the Payment Interchange Class I QSF and the Class Settlement Interchange Escrow Account. This request covers invoices from the period May 2018-February 2019 and September 2019-January 2020 and includes work related to data preparation and noticing efforts, staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, opt-out review and processing and periodic reporting for counsel.

Attached as Exhibit A is the Settlement Administrator's funding request (which has been redacted only to remove sensitive banking information).

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
  & Dowd LLP**

Attachment

cc:    All Counsel via ECF