**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | **No. 05-md-01720 (MKB) (JO)** |
| **This Document Relates to:** | **PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |
| *Boyd Gaming Corp., et al. v. Visa Inc., et al.,* No. 20-cv-01325 (E.D.N.Y.) (MKB) (JO). | |

WHEREAS plaintiffs Boyd Gaming Corporation; MGM Resorts International; Creative Hairdressers, Inc.; Ratner Companies, L.C.; Seminole Tribe of Florida (doing business as Seminole Gaming); Seminole Hard Rock Entertainment, Inc.; TGI Friday's Inc.; and Briad Restaurant Group L.L.C. (collectively the "Plaintiffs"), which are all of the plaintiffs in the action *Boyd Gaming Corp., et al. v. Visa Inc., et al.*, No. 20-cv-01325 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against all of the defendants in the *Boyd Gaming* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

1

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: MAY 4          , 2020.

CRIDEN & LOVE, P.A.

By: _____
Kevin B. Love
7301 S.W. 57th Court, Suite 515
South Miami, FL   33143
(305) 357-9010
Klove@cridenlove.com

*Attorneys for Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Robert C. Mason
250 West 55th Street
New York, NY   10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A.
Inc., and Visa International Service Association*


**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By: _____

Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
Jessica Morton
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com
jmorton@paulweiss.com

*Attorneys for Defendants Mastercard
Incorporated and Mastercard International
Incorporated*

SO ORDERED:
s/ MKB 5/4/2020

_____

MARGO K. BRODIE
United States District Judge