**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | **Case No: 05-MD-01720 (JG) (JO)**<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Evan R. Kreiner of Skadden, Arps, Slate, Meagher & Flom LLP hereby enters his appearance as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and Chase Paymentech Solutions, LLC. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below.

Dated: New York, NY
      May 27, 2020                    Respectfully submitted,

                                                   */s/ Evan R. Kreiner*
                                        By: Evan R. Kreiner
                                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                        One Manhattan West
                                        New York, New York 10001
                                        Tel: (212)-735-3000
                                        Fax: (917)-777-2000
                                        Email: evan.kreiner@skadden.com

                                        *Attorney for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and Chase Paymentech Solutions, LLC*