**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7152**

WRITER'S EMAIL ADDRESS
**steigolson@quinnemanuel.com**

June 1, 2020

**VIA FILE & SERVEXPRESS**

Matthew A. Eisenstein                          Gary Carney
Arnold & Porter LLP                            Paul, Weiss, Rifkind, Wharton & Garrison LLP
601 Massachusetts Ave., NW                     1285 Avenue of the Americas
Washington, D.C. 20001-3743                    New York, NY 10019

Re:     *The Home Depot, Inc. et al. v. Visa U.S.A. Inc., et al.*, No. 16-cv-5507 (MKB)(JO)

Dear Counsel:

I write on behalf of The Home Depot in the above-referenced case to notify you that the following are being served today on behalf of The Home Depot via FTP:

- The Direct Action Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert David J. Teece (the "Teece Daubert");

- The Direct Action Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert Glenn Hubbard (the "Hubbard Daubert");

- The Direct Action Plaintiffs' Motion to Exclude the Report and Opinions of Defense Expert Barbara E. Kahn (the "Kahn Daubert");

- The Direct Action Plaintiffs' Motion to Exclude Portions of the Report and Opinions of Defense Expert David P. Kaplan (the "Kaplan Daubert");

- The Direct Action Plaintiffs' Motion to Exclude Portions of the Report and Opinions of Defense Expert R. Garrison Harvey (the "Harvey Daubert");

- The 7-Eleven Plaintiffs' and The Home Depot's Motion to Exclude Portions of the Report and Opinions of Defense Experts Marc Cleven and Stuart J. Fiske (the "Cleven/Fiske Daubert");

- The Home Depot's and The 7-Eleven Plaintiffs' Motion to Exclude Portions of the Report and Opinions of Defense Expert Kevin M. Murphy (the "Murphy Daubert"); and

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

- The 7-Eleven Plaintiffs' and The Home Depot's Motion for Partial Summary Judgment ("Partial MSJ").

We will provide you instructions for accessing the FTP for the Murphy Daubert and the Partial MSJ by separate e-mail.  Counsel for the other Direct Action Plaintiffs will provide instructions for accessing the FTP for the remaining documents.

The Home Depot notes that these motions and supporting papers have been designated as "Highly Confidential" pursuant to the April 3, 2015 protective order entered in this case, and should be handled accordingly.

The Home Depot expressly reserves any and all rights, privileges, and protections.


Very truly yours,

Steig D. Olson

cc      All Counsel (via File&ServeXpress)