

**MERRILL G. DAVIDOFF**
*MANAGING SHAREHOLDER, CHAIRMAN EMERITUS*
**p.** 215.875.3084  mdavidoff@bm.net

July 1, 2020

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie | The Honorable Magistrate Judge James Orenstein |
| United States District Court for the | United States District Court for the |
| Eastern District of New York | Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, New York 11201 | Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(JO)

Dear Judges Brodie and Orenstein:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the tax payments for 2019 in the amount of $716,766.00 for the Class I Cash Settlement Fund, and $438,857.00 for the Class II Interchange Settlement Fund.

In addition, we request the Court's approval of the estimated tax payments for the 1st and 2nd quarters of 2020 in the amount of $12,148,000.00 for the Class I Cash Settlement Fund, and $1,647,000.00 for the Class II Interchange Settlement Fund.

These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due to be paid on or before July 15, 2020.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | */s/ Merrill G. Davidoff* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | **Berger & Montague, P.C.** | **Robbins Geller Rudman & Dowd LLP** |

cc:   All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**