# CONSTANTINE CANNON LLP

**Jeffrey Shinder**
212-350-2709
jshinder@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

July 14, 2020

<u>**VIA ECF**</u>

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-1720-MKB-JO

Dear Judge Orenstein:

We write on behalf of all parties to report that there are no issues ripe for the Court's consideration. Accordingly, we respectfully request that the telephone status conference scheduled for July 21, 2020, be adjourned.

The parties are conferring and will propose potential dates for the next status conference for the Court's consideration shortly.

      Respectfully submitted,

      /s/ Jeffrey I. Shinder

      Jeffrey I. Shinder
      *Counsel for the 7-Eleven Plaintiffs*