UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 1:05-md-01720<br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

Michelle A. Mantine and the law firm of Reed Smith LLP respectfully move this Court for leave to have CONOR M. SHAFFER withdrawn as counsel of record for The PNC Financial Services Group, Inc. (successor by merger to National City Corporation) and PNC Bank, National Association (successor by merger to National City Bank and National City Bank of Kentucky), Defendants in the above-captioned matter.

This motion is precipitated by Mr. Shaffer's departure from the law firm of Reed Smith LLP.

Ms. Mantine has filed a Notice of Appearance on December 11, 2018 and will continue to represent The PNC Financial Services Group, Inc. (successor by merger to National City Corporation) and PNC Bank, National Association (successor by merger to National City Bank and National City Bank of Kentucky) in all future proceedings for these matters in this Court.

DATED: July 17, 2020

/s/ Michelle A. Mantine
Michelle A. Mantine
Conor M. Shaffer
Reed Smith LLP
Reed Smith Centre
225 5th Ave., Suite 1200
Pittsburgh, PA 15222
(412) 288-3131
mmantine@reedsmith.com
cshaffer@reedsmith.com

Counsel for The PNC Financial Services Group, Inc. (successor by merger to National City Corporation) and PNC Bank, National Association (successor by merger to National City Bank and National City Bank of Kentucky)

...

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, a true and correct copy of the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL was filed and noticed electronically to all parties by operation of the Court's electronic filing system.

DATED: July 17, 2020                 /s/ Michelle A. Mantine
                                     Michelle A. Mantine