**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | Case No. 05-md-01720 (MKB) (JO) |
| This Document Applies to:<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (MKB)(JO) (E.D.N.Y.) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on October 11, 2018, defendants in the above-captioned action ("Defendants") filed a letter requesting a pre-motion conference, stating that Defendants intended to move, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss all claims that plaintiffs in the above-captioned action ("Plaintiffs") asserted on behalf of their subsidiaries, affiliates, and franchisees (*see* ECF No. 7271);

WHEREAS, on February 1, 2019, the Court entered a stipulation whereby Defendants agreed to withdraw their pre-motion letter without prejudice in order to allow the parties to continue discussions in an attempt to resolve the issues raised in Defendants' letter, and Plaintiffs agreed to toll Defendants' response to the operative complaint until 30 days after Plaintiffs filed an amended complaint;

WHEREAS, pursuant to that stipulation, Plaintiffs filed their Sixth Amended Complaint on April 29, 2020;

WHEREAS, the Court entered a stipulation whereby Defendants' deadline to respond to the Sixth Amended Complaint was extended until June 26, 2020;

WHEREAS, the Court entered a stipulation whereby Defendants' deadline to respond to the Sixth Amended Complaint was further extended until July 31, 2020;

WHEREAS, the Court entered a stipulation whereby Defendants' deadline to respond to the Sixth Amended Complaint was further extended until September 30, 2020;

WHEREAS, the Court entered a stipulation whereby Defendants' deadline to respond to the Sixth Amended Complaint was further extended until October 14, 2020;

WHEREAS, the parties believe that Plaintiffs have resolved the issues relating to Defendants' October 11, 2018, letter requesting a pre-motion conference and therefore would like to allow additional time for Defendants to respond to the Sixth Amended Complaint; and

WHEREAS, the parties do not intend this extension to affect any other deadlines in the case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Defendants' deadline to answer the Sixth Amended Complaint in the above-captioned action is hereby extended until November 16, 2020.

Dated: October 14, 2020

        CONSTANTINE CANNON LLP

        By: /s/ *Jeffrey I. Shinder*
        Jeffrey I. Shinder
        A. Owen Glist
        David A. Scupp
        335 Madison Avenue, 9th Floor
        New York, New York 10017
        Telephone: (212) 350-2700
        Facsimile: (212) 350-2701
        jshinder@constantinecannon.com
        oglist@constantinecannon.com
        dscupp@constantinecannon.com

        *Attorneys for the 7-Eleven Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Robert C. Mason*
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
bob.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
Jayme A. Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com
jjonat@hsgllp.com

*Attorneys for Visa Defendants[1]*

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs except Barnes & Noble, Inc., and Barnes & Noble College Booksellers LLC.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Gary R. Carney*
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3051
gcarney@paulweiss.com

Kenneth A. Gallo
Donna Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Mastercard Defendants*

MORRISON & FOERSTER LLP

By: /s/ *Michael B. Miller*
Michael B. Miller
250 West 55th Street
New York, NY 100019
(212) 468-8000
mbmiller@mofo.com

*Attorneys for Bank of America Defendants*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Boris Bershteyn*
Boris Bershteyn
Kamali Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
boris.bershteyn@skadden.com
kamali.willett@skadden.com

*Attorneys for JP Morgan Chase Defendants*

SIDLEY AUSTIN LLP

By: /s/ *Benjamin R. Nagin*
Benjamin R. Nagin
787 Seventh Avenue
New York, NY 10019
bnagin@sidley.com

*Attorneys for Citi Defendants*

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ *Robert P. LoBue*
Robert P. LoBue
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY 10036

*Attorneys for Wells Fargo Defendants*

**SO ORDERED:**

Dated:

---

Brooklyn, New York

---

United States District Judge