UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720<br>Docket No. 1:05-md-01720-MKB-JO<br>NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |
| This Document Applies to: *All Actions* | |

  PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Wayne Dale Collins, counsel for Defendants Barclays Bank plc, Barclays Financial Corp., Barclays Delaware Holdings, LLC (f/k/a Juniper Financial Corporation), and Barclays Bank Delaware (f/k/a Juniper Bank) (collectively "Barclays"), hereby move this Court for an Order allowing me to withdraw as counsel for Barclays in this action. I make this request due to my impending retirement from Shearman & Sterling LLP. Although I am personally withdrawing as counsel, Barclays will continue to be represented by others at Shearman & Sterling LLP, and there will therefore be no disruption to the Court's calendar or the representation of Barclays in this action. I am not asserting any retaining or charging lien.

Dated: New York, New York
    October 30, 2020

                 Respectfully submitted,

                 SHEARMAN & STERLING LLP

                 By: */s/* Wayne Dale Collins
                     Wayne Dale Collins
                     599 Lexington Avenue
                     New York, NY  10022-6069
                     Telephone: 212-848-4127
                     Facsimile: 646-848-4127
                     Email: wcollins@shearman.com

                 *Attorneys for Defendants Barclays Bank plc, Barclays Financial Corp., Barclays Delaware Holdings, LLC (f/k/a Juniper Financial Corporation), and Barclays Bank Delaware (f/k/a Juniper Bank)*