UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE and MERCHANT-DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (MKB) (JO).<br><br>*Target Corp., et al. v. Visa Inc., et al.*, No. 13-cv-05745 (E.D.N.Y.) (MKB) (JO).<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.) (MKB) (JO).<br><br>*The Home Depot, Inc., et al. v. Visa Inc., et al.*, No. 16-cv-05507 (E.D.N.Y.) (MKB) (JO).<br><br>*Visa U.S.A. Inc., et al. v. Nat'l Ass'n of Convenience Stores, et al.*, No. 13-cv-03074 (E.D.N.Y.) (MKB) (JO).<br><br>*Visa U.S.A. Inc., et al. v. The Home Depot, Inc., et al.*, No. 14-cv-00261 (E.D.N.Y.) (MKB) (JO).<br><br>*Visa U.S.A. Inc., et al. v. Sears Holdings Corp.*, No. 14-cv-06450 (E.D.N.Y.) (MKB) (JO). | Case No. 1:05-md-1720 (MKB) (JO)<br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Rosemary Szanyi, and exhibits attached thereto; Defendants' Statement of Material Facts as to Which There Is No Genuine Issue to be Tried; Defendants' Memorandum of Law in Support of Their Motion For Summary Judgment under *Ohio v. American Express*; Defendants' Memorandum of Law in Support of Their Motion For Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims;

Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on Plaintiffs' Damages Claims under Federal Antitrust Laws Based on *Illinois Brick Co. v. Illinois*; Memorandum of Law in Support of Defendants' Motion to Exclude Plaintiffs' Experts' Opinions on EMV Chargebacks and for Partial Summary Judgment; Visa and Bank Defendants' Memorandum in Support of the Motion for Summary Judgment on Plaintiffs' Monopolization Claims; and Mastercard and Bank Defendants' Memorandum in Support of the Motion for Summary Judgment Based on Mastercard's Lack of Market Power, the undersigned, as set forth in the signature pages of the foregoing memoranda, will move this Court on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201–1818 for an Order pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor on all claims made by or against them, dismissing all Plaintiffs' complaints against them in their entirety, and for such other further relief as the court deems just and proper.

        PLEASE TAKE FURTHER NOTICE that Defendants request oral argument of this motion.

Dated: June 1, 2020             Respectfully submitted,

                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                         By: /s/ *Gary R. Carney*
                              Gary R. Carney
                              1285 Avenue of the Americas
                              New York, NY 10019-6064
                              Tel.: (212) 373-3000
                              Fax: (212) 757-3990
                              gcarney@paulweiss.com

                              Kenneth A. Gallo
                              Craig A. Benson
                              Jeannie S. Rhee
                              Donna M. Ioffredo
                              2001 K Street, NW
                              Washington, DC 20006-1047
                              Tel.: (202) 223-7300
                              Fax: (202) 223-7420

                              *Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Robert C. Mason*
    Robert C. Mason
    250 West 55th Street
    New York, NY 10019-9710
    (212) 836-8000
    robert.mason@arnoldporter.com

    Robert J. Vizas
    Three Embarcadero Center, 10th Floor
    San Francisco, CA 94111-4024

    Mark R. Merley
    Matthew A. Eisenstein
    Rosemary Szanyi
    Michael A. Rubin
    601 Massachusetts Avenue, NW
    Washington, DC 20001-3743

HOLWELL SHUSTER & GOLDBERG LLP

    Michael S. Shuster
    Demian A. Ordway
    Blair E. Kaminsky
    Jayme Jonat
    425 Lexington Avenue
    New York, NY 10017
    (646) 837-5151
    mshuster@hsgllp.com

    *Attorneys for Defendants Visa International (f/k/a Visa International Service Association), Visa U.S.A. Inc., and Visa Inc.*[1]

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* action except for Barnes & Noble, Inc. and Barnes & Noble College Booksellers LLC and as to all plaintiffs in the *Target* action except for J.C. Penney Corporation and The TJX Companies, Inc. and related entities.

MORRISON & FOERSTER LLP

By: */s/ Michael B. Miller*
Michael B. Miller
Mark P. Ladner
250 West 55th Street
New York, NY 10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2000 Pennsylvania Avenue, NW
Washington, DC 20006

ZEICHNER ELLMAN & KRAUSE LLP

By: */s/ Jantra Van Roy*
Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America, N.A. (including, as successor-by-merger, FIA Card Services, N.A.), BA Merchant Services LLC (f/k/a National Processing Inc.), and Bank of America Corporation*[2]

---

[2] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all opt-out plaintiffs except for Academy Ltd., Beall's, Inc., Costco Wholesale Corp., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc., as to which opt-out plaintiffs Zeichner Ellman & Krause LLP is counsel for the Bank of America defendants.

SHEARMAN & STERLING LLP

By: /s/ *Richard Schwed*
Richard Schwed
Grace J. Lee
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
rschwed@shearman.com
grace.lee@shearman.com

*Attorneys for Defendants Barclays Bank plc, Barclays Bank Delaware, and Barclays Financial Corp.*


O'MELVENY & MYERS LLP

By: /s/ *Andrew J. Frackman*
Andrew J. Frackman
Abby F. Rudzin
7 Times Square
New York, NY 10036
(212) 326-2000
afrackman@omm.com
arudzin@omm.com

*Attorneys for Defendants Capital One Bank (USA), N.A., and Capital One Financial Corporation*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ *Boris Bershteyn*
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY 10001
    (212) 735-3000
    boris.bershteyn@skadden.com

    *Attorneys for Defendants Chase Bank USA, N.A., Chase Manhattan Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., and JP Morgan Chase & Co.*

SIDLEY AUSTIN LLP

By: /s/ *Benjamin R. Nagin*
    Benjamin R. Nagin
    Marissa Alter-Nelson
    787 Seventh Avenue
    New York, NY 10019
    (212) 839-5911
    bnagin@sidley.com
    malternelson@sidley.com

    *Attorneys for Defendants Citibank, N.A., Citibank (South Dakota), N.A., Citigroup Inc., Citicorp Payment Services, Inc., and Citicorp*

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Robert P. LoBue*
Robert P. LoBue
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
rplobue@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

PULLMAN & COMLEY, LLC

By: */s/ Jonathan B. Orleans*
Jonathan B. Orleans
Adam S. Mocciolo
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203-330-2000
Fax: 203-576-8888
jborleans@pullcom.com
amocciolo@pullcom.com

*Attorneys for Texas Independent Bancshares, Inc.*

KUTAK ROCK LLP

By: */s/ James M. Sulentic*
James M. Sulentic
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
james.sulentic@kutakrock.com

*Attorney for First National Bank of Omaha*

8

KEATING MUETHING & KLEKAMP, PLL

By: */s/ Richard L. Creighton, Jr.*
    Richard L. Creighton, Jr.
    Drew M. Hicks
    One East Fourth Street, Suite 1400
    Cincinnati, OH 45202
    rcreighton@kmklaw.com
    dhicks@kmklaw.com
    Tel: (513) 579-6400
    Fax: (513) 579-6457

*Attorneys for Fifth Third Bancorp*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I caused a true and correct copy of the foregoing to be served on all counsel in the above-referenced action via FTP, in accordance with the parties' prior agreement.

Dated: June 1, 2020

*/s/ Gary R. Carney*
_____

Gary R. Carney