**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-md-01720 (MKB) (JO) |
| This Document Applies to:<br><br>*Target Corp., et al. v. Visa Inc., et al.*, No. 13-cv-05745 (E.D.N.Y.) (MKB) (JO). | ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE**
**THE OPINIONS OF DAVID P. STOWELL**

PLEASE TAKE NOTICE that, upon the accompanying (1) Defendants' Memorandum in Support of the Motion to Exclude the Opinions of David P. Stowell and (2) Transmittal Declaration of Gary Carney in Connection with Defendants' Motions to Exclude Certain Opinions of Dennis Carlton, Robert Harris, Jerry Hausman, Robert Hutchins, Mansour Karimzadeh, Reto Kohler, Stephen Mott, Stephen Rowe, Joseph Stiglitz, and David Stowell, and exhibits attached thereto, the undersigned Defendants will move this Court on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201–1818 for an Order pursuant to Federal Rules of Evidence 702 and 703 to exclude the opinions of Professor David P. Stowell, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument of this motion.

1

Dated: June 1, 2020   Respectfully submitted,
       New York, New York

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Robert C. Mason*
    Robert C. Mason
    250 West 55th Street
    New York, NY 10019-9710
    (212) 836-8000
    robert.mason@arnoldporter.com

    Robert J. Vizas
    Three Embarcadero Center, 10th Floor
    San Francisco, CA 94111-4024

    Mark R. Merley
    Matthew A. Eisenstein
    Rosemary Szanyi
    Michael A. Rubin
    601 Massachusetts Avenue, NW
    Washington, DC 20001-3743

HOLWELL SHUSTER & GOLDBERG LLP

    Michael S. Shuster
    Demian A. Ordway
    Blair E. Kaminsky
    Jayme Jonat
    425 Lexington Avenue
    New York, NY 10017
    (646) 837-5151
    mshuster@hsgllp.com

    *Attorneys for Defendants Visa International (f/k/a Visa International Service Association), Visa U.S.A. Inc., and Visa Inc.[1]*

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *Target* action except for J. C. Penney Corporation and The TJX Companies, Inc. and related entities.

2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Gary R. Carney*
　　Gary R. Carney
　　1285 Avenue of the Americas
　　New York, NY 10019-6064
　　Tel.: (212) 373-3000
　　Fax: (212) 757-3990
　　gcarney@paulweiss.com

　　Kenneth A. Gallo
　　Craig A. Benson
　　Jeannie S. Rhee
　　Donna M. Ioffredo
　　2001 K Street, NW
　　Washington, DC 20006-1047
　　Tel.: (202) 223-7300
　　Fax: (202) 223-7420

　　*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of June, 2020, I caused to be served a true and correct copy of the foregoing notice of motion and memorandum in support to be served on all counsel in the above-referenced action via FTP, per the parties' prior agreement.

      /s/ *Matthew A. Eisenstein*
      Matthew A. Eisenstein