**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

**Case No. 05-md-01720 (MKB) (JO)**

**This Document Applies to:**

**ORAL ARGUMENT REQUESTED**

***7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.) (MKB) (JO);**

***The Home Depot, Inc., et al. v. Visa Inc., et al.*, No. 16-cv-05507 (E.D.N.Y.) (MKB) (JO);**

***Visa U.S.A. Inc., et al. v. Nat'l Ass'n of Convenience Stores, et al.*, No. 13-cv-03074 (E.D.N.Y.) (MKB) (JO);**

***Visa U.S.A. Inc., et al. v. The Home Depot, Inc., et al.*, No. 14-cv-00261 (E.D.N.Y.) (MKB) (JO);**

***Visa U.S.A. Inc., et al. v. Sears Holdings Corp.*, No. 14-cv-06450 (E.D.N.Y.) (MKB) (JO).**

## VISA AND BANK DEFENDANTS' NOTICE OF MOTION TO EXCLUDE IN PART THE SECTION 2 AND DEBIT OPINIONS OF PROFESSOR JERRY HAUSMAN

PLEASE TAKE NOTICE that, upon the accompanying (1) Visa and Bank Defendants' Memorandum in Support of the Motion to Exclude in Part the Section 2 and Debit Opinions of Professor Jerry Hausman and (2) Transmittal Declaration of Gary Carney in Connection with Defendants' Motions to Exclude Certain Opinions of Dennis Carlton, Robert Harris, Jerry Hausman, Robert Hutchins, Mansour Karimzadeh, Reto Kohler, Stephen Mott, Stephen Rowe,

Joseph Stiglitz, and David Stowell and exhibits attached thereto, the undersigned Defendants[1] will move this Court on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201–1818 for an Order pursuant to Federal Rules of Evidence 702 and 703 to exclude in part the opinions of Prof. Jerry Hausman, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument of this motion.

[1] As applicable, the undersigned defendants also make this motion in their capacities as declaratory judgment plaintiffs in the above-captioned cases.

Dated: June 1, 2020
New York, New York

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Robert C. Mason*
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024

Mark R. Merley
Matthew A. Eisenstein
Rosemary Szanyi
Michael A. Rubin
601 Massachusetts Avenue, NW
Washington, DC 20001-3743

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com

*Attorneys for Defendants Visa International (f/k/a Visa International Service Association), Visa U.S.A. Inc., and Visa Inc.*[2]

[2] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* Action except for Barnes & Noble, Inc., and Barnes & Noble College Booksellers LLC.

MORRISON & FOERSTER LLP

By: /s/ *Michael B. Miller*
Michael B. Miller
Mark P. Ladner
250 West 55th Street
New York, NY 10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2000 Pennsylvania Avenue, NW
Washington, DC 20006

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ *Jantra Van Roy*
Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America, N.A. (including, as successor-by-merger, FIA Card Services, N.A.), and Bank of America Corporation*[3]

[3] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all opt-out plaintiffs except for Academy Ltd., Beall's, Inc., Costco Wholesale Corp., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc., as to which opt-out plaintiffs Zeichner Ellman & Krause LLP is counsel for the Bank of America defendants.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ *Boris Bershteyn*

Boris Bershteyn
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
boris.bershteyn@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, JPMorgan Chase Bank, N.A., and JP Morgan Chase & Co.*

SIDLEY AUSTIN LLP

By: /s/ *Benjamin R. Nagin*

Benjamin R. Nagin
Marissa Alter-Nelson
787 Seventh Avenue
New York, NY 10019
(212) 839-5911
bnagin@sidley.com
malternelson@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payment Services, Inc.*

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ *Robert P. LoBue*

Robert P. LoBue
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
rplobue@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

PULLMAN & COMLEY, LLC

By: /s/ *Jonathan B. Orleans*

Jonathan B. Orleans
Adam S. Mocciolo
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203-330-2000
Fax: 203-576-8888
jborleans@pullcom.com
amocciolo@pullcom.com

*Attorneys for Texas Independent Bancshares, Inc.*

KUTAK ROCK LLP

By: */s/ James M. Sulentic*

James M. Sulentic
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
james.sulentic@kutakrock.com

*Attorney for First National Bank of Omaha*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2020, I caused to be served a true and correct copy of the foregoing notice of motion and memorandum in support to be served on all counsel in the above-referenced action via FTP, per the parties' prior agreement.

/s/ *Matthew A. Eisenstein*
Matthew A. Eisenstein