## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| Suite 1400 | Suite 3800 | 32nd Floor |
| --- | --- | --- |
| 1900 Avenue of the Stars | 1201 Third Avenue | 1301 Avenue of the Americas |
| Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 | New York, New York 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

William R.H. Merrill
Direct Dial (713) 653-7865

Arun Subramanian
Direct Dial (212) 471-8346

E-Mail BMerrill@susmangodfrey.com

E-Mail ASubramanian@susmangodfrey.com

January 14, 2021

The Hon. Margo K. Brodie
Attention: Court Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    1:05-md-01720-MKB-VMS; *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*; In the U.S. District Court, Eastern District of New York.

Dear Clerk:

We respectfully request removal from electronic case notifications regarding the above-referenced matter. Our client, Buc-ee's Ltd remains a class member, but has not been a named party in the litigation for several years.  See Dkt. 6633.

Please remove the following attorneys from electronic case notifications:

    William R.H. Merrill
    bmerrill@susmangodfrey.com
    Arun S. Subramanian
    asubramanian@susmangodfrey.com
    Susman Godfrey L.L.P.
    1000 Louisiana St., Suite 5100
    Houston, TX 77002-5096

7848781v1/013778

January 14, 2021
Page 2

Thank you for your assistance with this matter.

Respectfully,

*/s/ William R.H. Merrill*             */s/ Arun S. Subramanian*
William R. H. Merrill                Arun S. Subramanian

7848781v1/013778