EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

March 26, 2021

***Via File&ServeXpress***

To: All Counsel of Record

***Re:* Merchant Trade Groups' Motion to Intervene to Oppose Class Certification as Proposed**
***Barry's Cut Rate Stores Inc., et al. v. Visa, Inc., et al.,***
**No. 05-md-01720-MKB-VMS (E.D.N.Y)**

Dear Counsel:

I write on behalf of the National Retail Federation ("NRF") and the Retail Industry Leaders Association ("RILA") (collectively, "Merchant Trade Groups") to notify you that we are serving the following today on behalf of Merchant Trade Groups via FTP:

- Notice of Motion to Intervene for the Limited Purpose of Opposing Class Certification;

- Merchant Trade Groups' Memorandum of Law in Support of Motion to Intervene;

- Declaration of Debra L. Greenberger in Support of Merchant Trade Groups' Motion to Intervene and Oppose Class Certification as Proposed;

- Ex. 1 to Greenberger Declaration: Merchant Trade Groups' Memorandum of Law in Opposition to Equitable Relief Class Plaintiffs' Motion for Class Certification as Proposed;

- Ex. 2 to Greenberger Declaration: RILA Objection to 2012 Proposed Class Settlement (Dkt. 2469);

- Ex. 3 to Greenberger Declaration: NRF Objection to 2012 Proposed Class Settlement (Dkt. 2538);

- Ex. 4 to Greenberger Declaration: Merchant Trade Groups' Brief in Support of Their Appeal of Final Approval of the 2012 Settlement

- Ex. 5 to Greenberger Declaration: Merchant Trade Groups' Memorandum of Law in Support of Appointment of Alternative Counsel (Dkt. 6697);

- Ex. 6 to Greenberger Declaration: RILA Exclusion Request from 2019 Rule 23(b)(3) Settlement; and

- Ex. 7 to Greenberger Declaration: NRF Exclusion Request from 2019 Rule 23(b)(3) Settlement.

- Merchant Trade Groups' Corporate Disclosure Statement;

In accordance with Judge Brodie's Individual Practices and Rules, we are not yet filing the Motion to Intervene with supporting papers. We intend to file the intervention motion with supporting papers at or about the time that the Motion for Class Certification is fully briefed, because we would like the Court to have the benefit of the Merchant Trade Groups' views in considering the class certification motion.

Defense counsel indicated that they did not take a position as to a briefing schedule before reviewing the papers, and Equitable Relief Plaintiffs' counsel stated that they would work out a briefing schedule with us once they have reviewed the papers and seen what other motions to intervene would be filed. Accordingly, Merchant Trade Groups will confer with counsel and submit a briefing schedule next week on the motion to intervene to the Court for approval.

Respectfully submitted,

*/s/ Debra L. Greenberger*

Debra L. Greenberger
Noel R. Leon

cc: The Honorable Margo K. Brodie (by ECF)
The Honorable Vera M. Scanlon (by ECF)