**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-MD-01720 (MKB) (VMS) |
| This Document Relates To: *The Home Depot, Inc. et al. v. Visa Inc., et al.*, No. 16-CV-05507 (MKB) (VMS). | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

I am admitted *pro hac vice* and authorized to practice in this court, and I appear in this case as counsel for Plaintiffs The Home Depot, Inc. and Home Depot, U.S.A., Inc., and request service of all pleadings, notices, orders, and any other materials involved in this action.

Respectfully submitted this 28th day of April, 2021.

    */s/ William C. Price*
William C. Price
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3156
Facsimile: (213) 443-3100
Email: williamprice@quinnemanuel.com

*Counsel for Plaintiffs The Home Depot, Inc. and Home Depot, U.S.A., Inc.*