**Kramer Levin**

Paul H. Schoeman
**T** 212.715.9264
**F** 212.715.8064
pschoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000



April 30, 2021

<u>VIA FILE&SERVE AND ECF</u>

To All Counsel of Record

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, <u>No. 05 MD 1720 (MKB)(VMS)</u>

Dear Counsel:

On behalf of Walmart Inc. ("Walmart"), I write to advise you that we are serving on you today by FTP a copy of the Reply in Support of Walmart's Motion to Intervene. Pursuant to the Court's April 6, 2021 Order, this Reply will be filed on ECF on or before May 4, along with the other filings in connection with Walmart's Motion to Intervene.

Sincerely,

/s/ *Paul H. Schoeman*

Paul H. Schoeman
*Counsel for Proposed Intervenor Walmart Inc.*

Cc:   Hon. Margo K. Brodie (via ECF) (without enclosures)
        Hon. Vera M. Scanlon (via ECF) (without enclosures)