E-SERVICE
66460960
Mar 27 2021
08:47PM
File & ServeXpress™

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY'S CUT RATE STORES INC.; DDMB, INC. d/b/a EMPORIUM ARCADE BAR; DDMB 2, LLC d/b/a EMPORIUM LOGAN SQUARE; BOSS DENTAL CARE; RUNCENTRAL, LLC; CMP CONSULTING SERV., INC.; TOWN KITCHEN, LLC d/b/a TOWN KITCHEN & BAR; GENERIC DEPOT 3, INC. d/b/a PRESCRIPTION DEPOT; and PUREONE, LLC d/b/a SALON PURE,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC.; MASTERCARD INCORPORATED; MASTERCARD INTERNATIONAL INCORPORATED; BANK OF AMERICA, N.A.; BA MERCHANT SERVICES LLC (f/k/a DEFENDANT NATIONAL PROCESSING, INC.); BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE; BARCLAYS FINANCIAL CORP.; CAPITAL ONE BANK, (USA), N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CHASE MANHATTAN BANK USA, N.A.; CHASE PAYMENTECH SOLUTIONS, LLC; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK N.A.; CITIGROUP, INC.; CITICORP; and WELLS FARGO & COMPANY,<br><br>Defendants. | MDL No. 1720<br><br>Docket No. 1:05-md-01720-MKB-VMS |

**NOTICE OF MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING CLASS CERTIFICATION**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of the Motion to Intervene, Declaration of Debra L. Greenberger, Esq., dated March 26, 2021, and the exhibits appended thereto, and upon all prior proceedings, pleadings, and filings in this Action, the National Retail Federation ("NRF") and the Retail Industry Leaders Association ("RILA") (collectively, "Merchant Trade Groups") will move this Court at the United States Courthouse for the Eastern District of New York, 500 Pearl Street, New York, New York, before the Honorable Margo K. Brodie, United States District Judge, on a date to be determined by the Court, to grant Merchant Trade Groups' motion to intervene as of right under Fed. R. Civ. P. 24(a) or, in the alternative, to intervene permissively under Fed. R. Civ. P. 24(b), for the limited purpose of opposing Equitable Relief Plaintiffs' motion for class certification under Rule 23(b)(2).

Dated: March 26, 2021
New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

*/s/ Debra L. Greenberger*
Debra L. Greenberger
Noel R. León
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
dgreenberger@ecbawm.com
nleon@ecbawm.com

*Attorneys for Merchant Trade Groups*