UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.*, No. 2:20-cv-02394 (E.D.N.Y.) (MKB)(VMS) | MASTER FILE 05-MD-1720<br><br><br>**MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that in the courtroom of the Honorable Margo K. Brodie of the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiffs in *Old Jericho Enterprise, Inc. v. Visa, Inc.* will and hereby move the Court, pursuant to Federal Rule of Civil Procedure 23(g)(3), for an order appointing the law firm of Cohen Milstein Sellers & Toll PLLC as interim class counsel.

The motion is based on this notice and motion; the accompanying memorandum of points and authorities in support of the motion; the concurrently filed declaration of Richard A. Koffman, with its exhibit; and the Proposed Order that accompanies this motion. The motion is supported by all Plaintiffs in this action and their counsel; Defendants take no position on the motion.

August 16, 2021

Respectfully submitted,

/s/ *Sharon K. Robertson*
Sharon K. Robertson
Christopher J. Bateman
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
cbateman@cohenmilstein.com

Benjamin D. Brown
Richard A. Koffman
Matthew S. Wild
Louis R. Katz
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
mwild@cohenmilstein.com
lkatz@cohenmilstein.com

Manuel J. Dominguez
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: (561) 515-2604
Fax: (561) 515-1401
jdominguez@cohenmilstein.com

Robert W. Cohen
Mariko Taenaka
**LAW OFFICES OF ROBERT W. COHEN, P.C.**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel: (310) 282-7586
Fax: (310) 282-7589
rwc@robertwcohenlaw.com

Edward S. Zusman
Kevin K. Eng
**MARKUN ZUSMAN FRENIERE COMPTON LLP**
465 California Street, Suite 500
San Francisco, CA 94104
Tel: (415) 438-4515
Fax: (415) 434-4505
ezusman@mzclaw.com

David Song
Tracey Kitzman
**SONG P.C.**
26 Broadway, Fl 8
New York, NY 10004
Tel: (212) 599-0700

*Attorneys for Plaintiffs*