UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Halcyon Loan Trading Fund LLC v. Visa Inc., et al.*, No. 21-cv-06708 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiff Halcyon Loan Trading Fund LLC (and as assignee on behalf of Specialty Retail Shops Holding Corp. (formerly known as SKO Group Holding Corp.); Pamida Stores Operating Co., LLC; Pamida Transportation, LLC; Penn-Daniels, LLC; Place's Associates Expansion, LLC (also known as Place's Associates' Expansion, LLC); Retained R/E SPE, LLC; ShopKo Finance, LLC (also known as Shopko Finance, LLC); Shopko Gift Card Co., LLC (formerly known as ShopKo Ventures Duluth, LLC); ShopKo Holding Company, LLC; ShopKo Institutional Care Services Co., LLC; ShopKo Optical Manufacturing, LLC; ShopKo Properties, LLC; SKO Group Holding, LLC; ShopKo Stores Operating Co., LLC; and SVS Trucking, LLC) ("Plaintiff"), which is the only plaintiff in the action *Halcyon Loan Trading Fund LLC v. Visa Inc., et al.*, No. 21-cv-06708 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against all of the defendants in the *Halcyon Loan Trading Fund LLC* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and

1

Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: \_\_\_\_December 9\_\_\_\_, 2021.

                                         **CROWELL & MORING LLP**

                                    By: */s/ Kelly T. Currie*
                                            Kelly T. Currie
                                            590 Madison Avenue, 20th Floor
                                            New York, NY  10022-2524
                                            (212) 223-4000
                                            kcurrie@crowell.com

Daniel A. Sasse
Deborah E. Arbabi
Jordan L. Ludwig
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 263-8400
dsasse@crowell.com
darbabi@crowell.com
jludwig@crowell.com

*Attorneys for Plaintiff*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert C. Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
matthew.eisenstein@arnoldporter.com

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

SO ORDERED:

Dated:

_____  _____
Brooklyn, New York                United States District Judge