UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*CenturyLink Communications, LLC, et al. v. Visa Inc., et al.,* No. 19-cv-06318 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiffs Cheney Bros., Inc., Plaid Pantries, Inc., and WideOpenWest, Inc. ("Plaintiffs"), which are some of the plaintiffs in the action *CenturyLink Communications, LLC, et al. v. Visa Inc., et al.,* No. 19-cv-06318 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against all of the defendants in the *CenturyLink Communications* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or

relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  December 15 , 2021.

        **CARLTON FIELDS, P.A.**

        By: _____
        David B. Esau
        Jennifer Yasko
        Scott Abeles
        Dean A. Morande
        Kristen A. Gore
        Amanda R. Jesteadt
        Stephen A. Cohen
        Casey R. McGowan
        525 Okeechobee Boulevard, Suite 1200
        West Palm Beach, FL   33401
        (561) 659-7070
        desau@carltonfields.com
        jyasko@carltonfields.com
        sabeles@carltonfields.com
        dmorande@carltonfields.com
        kgore@carltonfields.com
        ajesteadt@carltonfields.com
        scohen@carltonfields.com
        cmcgowan@carltonfields.com

        **LAW OFFICE OF JANA EISINGER, PLLC**

        Jana Eisinger
        4610 South Ulster Street, Suite 150
        Denver, CO   80237
        (303) 209-0266
        jeisinger@eisingerlawfirm.com

        *Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *Robert C Mason*
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Gary R. Carney
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard
Incorporated and Mastercard International
Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                      United States District Judge