# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

December 20, 2021

To: Rule 23(b)(3) Class Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

Re: Funding Request for June 2021 to November 2021 Invoices

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred from the month of June 2021 through November 2021. These six invoices total $368,399.26. The invoices principally relate to the following activities:  staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 90557587 | June 2021 | $48,730.44 |
| 90565475 | July 2021 | $48,041.18 |
| 90573900 | August 2021 | $50,115.90 |
| 90581928 | September 2021 | $120,481.83 |
| 90591134 | October 2021 | $52,733.00 |
| 90598922 | November 2021 | $48,296.91 |
| | Total: | $368,399.26 |

Epiq recommends that these outstanding invoices be paid $313,139.37 (85%) from the Payment Interchange Class I QSF and $55,259.89 (15%) from the Class Settlement Interchange Escrow Account(s) (Fund II). Should a different allocation be preferred, please advise.

Payment may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions

Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By   /s/
Michael O'Connor
Vice President