**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

05-MD-1720 (MKB)(VMS)

----------------------------------------------------

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**NOTICE OF WITHDRAWAL AS
COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, upon the annexed declaration of Marco R. Minichiello, and subject to the approval of the Court, Marco R. Minichiello hereby withdraws as counsel for Defendants, Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: New York, NY
      March 1, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: */s/ Marco R. Minichiello*
     Marco R. Minichiello

     1285 Avenue of the Americas
     New York, NY 10019
     (212) 373-3725
     mminichiello@paulweiss.com

SO ORDERED:

_____

Margo Kitsy Brodie, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

05-MD-1720 (MKB)(VMS)

-----------------------------------------------------

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**DECLARATION OF
MARCO R.
MINICHIELLO**

I, MARCO R. MINICHIELLO, declare as follows:

1.      I am an associate at the law firm Paul, Weiss, Rifkind, Wharton &
Garrison LLP ("Paul, Weiss"), counsel for Mastercard Incorporated and Mastercard
International Incorporated in this matter.  I submit this declaration in compliance with Local
Rule 1.4 to notify the Court that I am withdrawing as counsel.

2.      Paul, Weiss will continue to represent Mastercard Incorporated and
Mastercard International Incorporated in this matter.

3.      My withdrawal will not delay the matter or prejudice any party,
and I am not retaining or charging a lein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
correct.

Executed on March 1,
2022
New York, NY

By:___*/s/ Marco R. Minichiello*_____
        Marco R. Minichiello