UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-05746 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>AMAZON PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiffs Amazon.com, Inc. and Zappos.com, Inc. (and the latter doing business as Zappos.com and 6pm.com (formerly known as Shoedini.com); and including their subsidiaries Abebooks; Audible Inc.; Booksurge; Brilliance Audio; Casa.com; CDNOW; Comixology; Diapers.com; Egghead; Endless.com; Fabric.com; IMDB; NICE; Shoedini.com; Shopbop.com; Soap.com; SOUQ; The Book Depository; Twitch Interactive; Wag.com; and Woot and Woot.com; and including Amazon Services LLC; Amazon Payments, Inc.; Amazon Web Services LLC; AmazonFresh LLC; ACI Gift Cards, Inc.; AmazonLocal LLC; Amazon Media Group LLC; Amazon Digital Services, Inc.; Amazon Corporate LLC; and Amazon.com LLC; and including Zappos Insights, Inc.; Zappos IP, Inc.; Zappos Gift Cards, Inc.; 6pm.com, LLC; and Zappos Development, Inc.); Whole Foods Market Group, Inc.; Whole Foods Market Rocky Mountain/Southwest, L.P.; Whole Foods Market California, Inc.; Mrs. Gooch's Natural Food Markets, Inc.; Whole Foods Company, Inc. (also known as Whole Foods Company); Whole Foods Market Pacific Northwest, Inc.; WFM-WO, Inc.; WFM Northern Nevada, Inc.; WFM Hawaii, Inc.; and WFM Southern Nevada, Inc. (and including Whole Foods Market, Inc.; Nature's Heartland, Inc.; WFM Nebraska, LLC; Whole Food Company, Inc.; Whole Food Company; Whole Foods Market - WO, Inc.; Whole Foods Market Canada, Inc.; and Whole Foods Market Services, Inc.); and all of the foregoing entities' respective subsidiaries, affiliates,

1

and related entities (collectively "Amazon Plaintiffs"), which are some of the plaintiffs in the action 7-*Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against some of the defendants in the *7-Eleven* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants") —by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that Amazon Plaintiffs' claims and action against the Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of Amazon Plaintiffs against the Visa Defendants be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.


Case 1:05-md-01720-MKB-VMS   Document 8685   Filed 03/03/22   Page 3 of 4 PageID #: 493255

Dated: *March 3*, 2022.

          **CONSTANTINE CANNON LLP**

By: _____
Jeffrey I. Shinder
A. Owen Glist
Ankur Kapoor
Taline Sahakian
David A. Scupp
335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
jshinder@constantinecannon.com
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com
dscupp@constantinecannon.com

W. Stephen Cannon
David Golden
One Franklin Square
1001 Pennsylvania Avenue, NW
Suite 1300N
Washington, DC 20004
(202) 204-3500
scannon@constantinecannon.com
dgolden@constantinecannon.com

*Attorneys for Amazon Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

**SO ORDERED:**

Dated:

_____    _____
Brooklyn, New York                United States District Judge

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* action except for Barnes & Noble, Inc. and Barnes & Noble College Booksellers LLC.