**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand twenty-two.

Before:  Michael H. Park,
  *Circuit Judge,*

---

IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

**ORDER**

Docket No. 20-304

---

Objector-Appellant R & M Objectors and Rule 23(b)(3) Class Plaintiffs-Appellees Photos Etc. Corporation DBA ScanMyPhotos,Com; Traditions, Ltd.; Capital Audio Electronics, Inc.; CHS Inc.; Discount Optics, Inc.; Leon's Transmission Service, Inc.; Parkway Corporation; and Payless, Inc. stipulate pursuant to Fed. R. App. P. 42(b) to dismiss the appeal docketed under 20-304, with each party to bear its own costs, fees, and expenses.

The stipulation is SO ORDERED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 03/21/2022**