UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>-------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | 05-MD-01720 (MKB)(VMS)<br><br>NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD |

    PLEASE TAKE NOTICE that, upon the annexed declaration of Kelly D. Garcia, and subject to the approval of the Court, Kelly D. Garcia hereby withdraws as counsel for Defendants, Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: New York, New York
   April 4, 2022

               PAUL, WEISS, RIFKIND, WHARTON & GARRISON

               By: */s/ Kelly D. Garcia*
                  Kelly D. Garcia
                  1285 Avenue of the Americas
                  New York, New York 10019-6064
                  Tel: (212) 373-3000
                  kgarcia@paulweiss.com

SO ORDERED:

_____

Margo Kitsy Brodie, U.S.D.J.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION <br><br> ---------------------------------------------------- <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | 05-MD-01720 (MKB)(VMS) <br><br> **DECLARATION OF** <br> **KELLY D. GARCIA** |

I, KELLY D. GARCIA, declare as follows:

1. I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Mastercard Incorporated and Mastercard International Incorporated in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2022
New York, New York

By: */s/ Kelly D. Garcia*
       Kelly D. Garcia