**Anthony J. Staltari**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4640
AStaltari@manatt.com

# manatt

May 25, 2022

**VIA ECF**

Hon. Margo K. Brodie, Chief District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** **In re Payment Card Interchange Fee and Merchant Discount Antitrust Lit.
<u>No. 1:05-md-01720-MKB-VMS</u>**

Dear Chief Judge Brodie:

      This Firm represented Amicus The ATM Industry Association ("ATMIA") in the above-referenced matter. I write to inform the Court and Counsel that May 27, 2022 is my last day as an attorney employed at Manatt, Phelps & Phillips, LLP and therefore request that I be permitted to withdraw as counsel and that Your Honor direct the Clerk's Office to terminate me from the docket for this case.

      Benjamin G. Shatz continues as counsel of record for ATMIA in this matter and my withdrawal will not affect any discovery, trial or other such dates pending in this matter.

      I am available at the Court's convenience should you have any questions.

      Respectfully Submitted,

      *s/ Anthony J. Staltari*

      Anthony J. Staltari

CC:     All Counsel of Record via ECF

Manatt, Phelps & Phillips, LLP   7 Times Square, New York, New York 10036   Tel: 212.790.4500  Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Sacramento | San Francisco | Silicon Valley | Washington, D.C.