# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-two.

Before:     Dennis Jacobs,
                Pierre N. Leval,
                Michael H. Park
                      *Circuit Judges*.

_____

In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation

                              **ORDER**

                              Docket Nos. 20-339(L);
                              20-340(CON), 20-341(CON),
                              20-342(CON), 20-343(CON),
                              20-344(CON)

_____

      The district court intends to appoint a special master to decide which, as between the integrated oil companies and their branded service stations, shall be deemed to have "accepted" payment cards, and thus is within the certified settlement class. In order to obviate any complications regarding appellate jurisdiction that might otherwise arise from this unresolved issue, we remand pursuant to the procedure set out in <u>United States v. Jacobson</u>, 15 F.3d 19 (2d Cir. 1994), for the district court to consider whether, in the event the court's disposition of the dispute between the service stations and oil companies is deemed not a final judgment, there is no just reason for delay in the appeal of all other issues. If the court so concludes, it should provide a reasoned, even if brief, explanation of its conclusion and certify that the judgment previously entered and appealed from should be considered a partial final judgment in accordance with Rule 54(b) of the Federal Rules of Civil

Procedure. The district court should advise us of its response within 30 days, and we will resume consideration of this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07-08-2022