# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

July 13, 2022

**To:** Rule 23(b)(3) Class Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:** Funding Request for December 2021 to June 2022 Invoices

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred from the month of December 2021 through June 2022. These seven invoices total $369,974.41. The invoices principally relate to the following activities:  staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
| --- | --- | --- |
| 90608031 | December 2021 | $55,899.73 |
| 90615981 | January 2022 | $48,756.07 |
| 90624971 | February 2022 | $48,103.37 |
| 90633280 | March 2022 | $61,871.28 |
| 90641567 | April 2022 | $54,438.77 |
| 90649964 | May 2022 | $47,527.58 |
| 90657328 | June 2022 | $53,377.61 |
| | Total: | $369,974.41 |

Epiq recommends that these outstanding invoices be paid $314,478.25 (85%) from the Payment Interchange Class I QSF and $55,496.16 (15%) from the Class Settlement Interchange Escrow Account(s) (Fund II). Should a different allocation be preferred, please advise.

Payment may be wired to Epiq via the following account:

    Epiq Class Action & Claims Solutions
    Silicon Valley Bank
    [REDACTED]
    Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By          /s/
        Charles Marr
        Project Director