# Law Office of
## N. Albert Bacharach, Jr., P.A.



4128 NW 13th Street
Gainesville, FL 32609-1807
Phone: (352) 378-9859
Toll Free: (833) 378-9859
Fax: (352) 338-1858
E-Mail: N.A.Bacharach@att.net

September 8, 2022

In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litig.

Re: PROPOSED INTERVENORS, JACK RABBIT, LLC, AND 280 STATION LLC
(D/B/A/ COWBOYS), RENEWED MOTION FOR LEAVE TO INTERVENE
AND MEMORANDUM IN SUPPORT PURSUANT TO FED. R. CIV. P. 24

Gentlepersons,

Pursuant to Chief Judge Brodie's Individual Practices and Rules[1], subpart 3, governing motions I
am providing you with copies of:

    1) Proposed Intervenors, Jack Rabbit, LLC, and 280 Station LLC
    (D/B/A/ Cowboys), Renewed Motion for Leave to Intervene and Memorandum in
    Support Pursuant to FED. R. CIV. P. 24;
    2) Proposed Intervenors Complaint in Intervention;
    3) Jack W. Kidd's Declaration Pursuant to 28 U.S.C. § 1746; and,
    3) a Notice of Motion.

Also pursuant to the Court's above referenced instruction, only this letter will be filed on
September 8, 2022 and the motion papers will be filed when fully briefed or stipulated to.

Sincerely,

N. Albert Bacharach, Jr

NAB:mw
Enclosures as stated

Served Via Email To: kcwildfang@robinskaplan.com, tundlin@robinskaplan.com,

---

[1] https://www.nyed.uscourts.gov/pub/rules/MKB-MLR.pdf

rmarth@robinskaplan.com, hlmontague@bm.net, mdavidoff@bm.net, mkane@bm.net, patc@rgrdlaw.com, xanb@rgrdlaw.com, cmedici@rgrdlaw.com, mark.merley@arnoldporter.com, matthew.eisenstein@arnoldporter.com, robert.mason@arnoldporter.com, mshuster@hsgllp.com, dordway@hsgllp.com, bkaminsky@hsgllp.com, kgallo@paulweiss.com, zdietert@paulweiss.com, gcarney@paulweiss.com, mladner@mofo.com, mbmiller@mofo.com, wcollins@shearman.com, jtallon@shearman.com, afrackman@omm.com, arudzin@omm.com, peter.greene@skadden.com, boris.bershteyn@skadden.com, kamali.willett@skadden.com, dgraham@sidley.com, bnagin@sidley.com, rcreighton@kmklaw.com, dhicks@kmklaw.com, John.Passarelli@KutakRock.com, James.Sulentic@KutakRock.com, david.lesser@wilmerhale.com, fegler@reedsmith.com, Teresa.Bonder@alston.com, Valarie.Williams@alston.com, Kara.Kennedy@alston.com, jborleans@pullcom.com, amocciolo@pullcom.com, rplobue@pbwt.com, wfcavanaugh@pbwt.com