# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3834
DIRECT FAX
917-777-3834
EMAIL ADDRESS
Boris.Bershteyn@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 22, 2022

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>  RE:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-1720 (MKB)(VMS)

Dear Judge Brodie:

     We write on behalf of defendants in the Rule 23(b)(3) class action with respect to the September 8, 2022 motion to intervene in the referenced action filed by proposed intervenors Jack Rabbit, LLC and 280 Station LLC (d/b/a Cowboys). In response to this filing, co-lead class counsel filed a letter on September 15, 2022 (Dkt. No. 8710) explaining that the Court does not presently have jurisdiction to address proposed intervenors' motion, which should therefore be denied.

     Defendants join class plaintiffs' position, which provides a threshold basis for denying the proposed intervenors' motion. Should the Court nonetheless determine that it would benefit from briefing of any additional issues prior to ruling on proposed intervenors' motion, defendants respectfully request the opportunity to confer with proposed intervenors and class plaintiffs to establish a briefing schedule pursuant to Your Honor's Individual Rules 3(c) and (d).

The Honorable Margo K. Brodie
September 22, 2022
Page 2

                                                Respectfully submitted,

                                                /s/ Boris Bershteyn
                                                Boris Bershteyn

cc:      All counsel of record (via ECF)