# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | Case No.    1:05-md-01720-MKB-VMS<br><br>**NOTICE OF WITHDRAWAL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Regina M. Calcaterra respectfully moves this court for permission to withdraw my appearance in the above-captioned matter. I request that my name be removed form the case docket and from the Court's e-notification system in this matter. All other counsel of record for Plaintiffs remain the same.

Dated: November 4, 2022

Respectfully submitted,
**CALCATERRA POLLACK LLP**

Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Fax: (332) 206-2073
rcalcaterra@calcaterrapollack.com