

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 15 2022 ★

BROOKLYN OFFICE

Sara Van Deusen
Conflicts & Ethics Counsel
303.244.1868
vandeusen@wtotrial.com

November 8, 2022

Clerk of Court
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
        No. 1:05-MD-1720 (MKB)(VMS)

Dear Clerk of Court:

    Attorneys with the law firm Wheeler Trigg O'Donnell LLP represented Furniture Row BC, Inc., Furniture Row, LLC, and Einstein Noah Restaurant Group, Inc. in a case filed in the Eastern District of New York, Case No. 1:14-cv-1980. That case was made part of *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Eastern District of New York, Case No. 05-MD-1720. The claims in the underlying case involving the Furniture Row and Einstein defendants were resolved in June 2015 and October 2015.

    In light of the dismissal, Wheeler Trigg O'Donnell LLP no longer needs to be notified of filings in the MDL. Additionally, the attorneys who entered an appearance in the MDL on behalf of the Furniture Row entities and Einstein are no longer employed with Wheeler Trigg O'Donnell. In light of their departure, we are unable to file this request via PACER.

    We are writing to request that Wheeler Trigg O'Donnell LLP and its attorneys be removed from the Electronic Case Filing notification list related to 1:05-md-01720-MKB-VMS. The attorneys who need to be removed are: Michiko Brown, John Vaught, Kelly Laudenslager, and Michael Alper.

    Thank you for your time and assistance in this matter.

                      Sincerely,

                        */s/ Sara Van Deusen*
                        Sara Van Deusen

SCV:khs

**Wheeler Trigg O'Donnell LLP**

370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647

DENVER CO 802
9 NOV 2022 PM

US POSTAGE
$ 00.57
First-Class
Mailed From
11/08/2022
032A 0061827556

Clerk of Court
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299

