**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

**IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

**This Document Relates to:**

***Visa U.S.A. Inc., et al. v. Sears Holdings Corp.,*** **No. 14-cv-06450 (E.D.N.Y.) (MKB) (VMS).**

</td>
<td>

**No. 05-md-01720 (MKB) (VMS)**

**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

</td>
</tr>
</table>

WHEREAS plaintiffs Visa U.S.A. Inc., Visa Inc., and Visa International Service Association ("Plaintiffs"), which are the only plaintiffs in the action *Visa U.S.A. Inc., et al. v. Sears Holdings Corp.,* No. 14-cv-06450 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against the defendant in the *Visa U.S.A.* action — i.e., Elgin Ave. Recovery, LLC, as successor in interest to Sears Holdings Corporation (the "Defendant") — by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Defendant be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the

Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: November 17, 2022.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: *Robert C Mason*

Robert C. Mason
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY  10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa Inc., and Visa International Service Association*

**MCKOOL SMITH PC**

By: _____
John C. Briody
James H. Smith
One Manhattan West, 50th Floor
New York, NY  10001
(212) 402-9400
jbriody@mckoolsmith.com
jsmith@mckoolsmith.com

*Attorneys for Plaintiff Elgin Ave. Recovery, LLC*

**SO ORDERED:**

Dated:

_____
Brooklyn, New York

_____
United States District Judge