

December 8, 2022

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie | The Honorable Magistrate Judge Vera M. Scanlon |
| United States District Court for the | United States District Court for the |
|   Eastern District of New York |   Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, New York 11201 | Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Scanlon:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 4th quarter of 2022 in the amount of $10,800,000.00 for the Class I Cash Settlement Fund, and $1,675,815.00 for the Class II Interchange Settlement Fund.

These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before December 15, 2022.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | Merrill G. Davidoff | Patrick J. Coughlin |
| Thomas J. Undlin | **Berger Montague PC** | Alexandra S. Bernay |
| **Robins Kaplan LLP** | | **Robbins Geller Rudman** |
| | |   **& Dowd LLP** |

cc: All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**