**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>*This motion applies to all actions* | Case No. 1:05-md-1720-JG-JO<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Robert P. LoBue respectfully moves to withdraw as counsel in the above-captioned case for defendants Wells Fargo Bank, N.A., Wells Fargo & Company, Wachovia Bank, NA. and Wachovia Corporation. As of January 1, 2023, Mr. LoBue is no longer a member or employee of Patterson Belknap Webb & Tyler LLP.  Attorneys from Patterson Belknap Webb & Tyler LLP shall remain counsel of record for said defendants in this action.  Mr. LoBue's withdrawal will not delay the matter or prejudice any party.  Pursuant to Local Rule 1.4, a copy of this Motion has been served on Plaintiffs and Defendants via ECF.

Dated: January 3, 2023
New York, New York

Respectfully submitted,

/s/ Robert P. LoBue
Robert P. LoBue (RL 2284)
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2596
rplobue@pbwt.com

14062470v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL to be served upon all counsel of record by operation of the Court's electronic filing system.


/s/ Robert P. LoBue
Robert P. LoBue

-2-

14062470v.1