UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(MKB)(VMS) |
|  | Civil No. 05-5075(MKB)(VMS) |
| This Document Relates To:<br><br>ALL ACTIONS. | MOTION TO WITHDRAW CARMEN A. MEDICI AS ATTORNEY OF RECORD |

4855-8540-7049.v1

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4, to allow Carmen A. Medici to withdraw as counsel of record for Plaintiffs Capital Audio Electronics, Inc., CHS Inc., Discount Optics, Inc., Leon's Transmission Service, Inc., Parkway Corporation, Payless Inc., Photos Etc. Corporation, and Traditions, Ltd. in the above-referenced action due to his departure from the law firm of Robbins Geller Rudman & Dowd LLP.  I respectfully request that Carmen A. Medici be removed from the docket as counsel for Plaintiffs Capital Audio Electronics, Inc., CHS Inc., Discount Optics, Inc., Leon's Transmission Service, Inc., Parkway Corporation, Payless Inc., Photos Etc. Corporation, and Traditions, Ltd.  All other counsel listed on the docket from the law firm of Robbins Geller Rudman & Dowd LLP will continue to represent Plaintiffs Capital Audio Electronics, Inc., CHS Inc., Discount Optics, Inc., Leon's Transmission Service, Inc., Parkway Corporation, Payless Inc., Photos Etc. Corporation, and Traditions, Ltd. in this matter.

A proposed order is attached hereto.

DATED:  January 17, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

4855-8540-7049.v1

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs