**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>***7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-05746 (E.D.N.Y.) (MKB) (VMS).** | **No. 05-md-01720 (MKB) (VMS)**<br><br>**PLAINTIFF PACIFIC SUNWEAR OF CALIFORNIA, INC.'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS plaintiff Pacific Sunwear of California, Inc. (now known as Pacific Sunwear of California, LLC) ("Plaintiff"), which is one of the plaintiffs in the action *7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-05746 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against all of the defendants in the *7-Eleven* action — i.e., Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Mastercard International Incorporated, Mastercard Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A., Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") — by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this

Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: January 23, 2023.

**CONSTANTINE CANNON LLP**

By: ______________________
Jeffrey I. Shinder
A. Owen Glist
Ankur Kapoor
Taline Sahakian
David A. Scupp
335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
jshinder@constantinecannon.com
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com
dscupp@constantinecannon.com

W. Stephen Cannon
David Golden
One Franklin Square
1001 Pennsylvania Avenue, NW
Suite 1300N
Washington, DC 20004
(202) 204-3500
scannon@constantinecannon.com
dgolden@constantinecannon.com

*Attorneys for Pacific Sunwear of California, Inc. and All Other Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: Robert C Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: ______________________
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* action except for Barnes & Noble, Inc. and Barnes & Noble College Booksellers LLC.

**MORRISON & FOERSTER LLP**

By: [signature]

Michael B. Miller
250 West 55th Street
New York, NY 10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
nflemingnolen@mofo.com

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[2]

[2] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: ______________________________

Boris Bershteyn
Kamali P. Willett
One Manhattan West
New York, NY 10001-8602
(212) 735-3000
boris.bershteyn@skadden.com
kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: ______________________________

Benjamin R. Nagin
Thomas A. Paskowitz
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: ______________________________
Boris Bershteyn
Kamali P. Willett
One Manhattan West
New York, NY 10001-8602
(212) 735-3000
boris.bershteyn@skadden.com
kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

**SIDLEY AUSTIN LLP**

By: Benjamin R. Nagin
Benjamin R. Nagin
Thomas A. Paskowitz
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: ______________________________
Amy N. Vegari
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
avegari@pbwt.com
wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated:

______________________________
Brooklyn, New York

______________________________
United States District Judge