**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.,* **No. 13-cv-05746 (E.D.N.Y.) (MKB) (VMS).** | **No. 05-md-01720 (MKB) (VMS)**<br><br>**PLAINTIFF PETCO ANIMAL SUPPLIES, INC.'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS plaintiff Petco Animal Supplies, Inc. ("Plaintiff"), which is one of the

plaintiffs in the action *7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-05746 (E.D.N.Y.),

which action is included in *In re Payment Card Interchange Fee and Merchant Discount*

*Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against

all of the defendants in the *7-Eleven* action — i.e., Visa Inc., Visa U.S.A. Inc., Visa International

Service Association, Mastercard International Incorporated, Mastercard Incorporated, Bank of

America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co.,

Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase

Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A.,

Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells

Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") — by and

through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil

Procedure 41(a), that the Plaintiff's claims and action against the Defendants be dismissed with

prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court

retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the

parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: ___January 23___, 2023.

**CONSTANTINE CANNON LLP**

By: _____
Jeffrey I. Shinder
A. Owen Glist
Ankur Kapoor
Taline Sahakian
David A. Scupp
335 Madison Avenue, 9th Floor
New York, NY 10017
(212) 350-2700
jshinder@constantinecannon.com
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com
dscupp@constantinecannon.com

W. Stephen Cannon
David Golden
One Franklin Square
1001 Pennsylvania Avenue, NW
Suite 1300N
Washington, DC 20004
(202) 204-3500
scannon@constantinecannon.com
dgolden@constantinecannon.com

*Attorneys for Petco Animal Supplies, Inc. and*
*All Other Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER
LLP**

By: *Robert C Mason*
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association[i]*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____

Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

---

[i] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* action except for Barnes & Noble, Inc. and Barnes & Noble College Booksellers LLC.

**MORRISON & FOERSTER LLP**

By: _____

Michael B. Miller
250 West 55th Street
New York, NY   10019-9601
(212) 468-8000
mbmiller@mofo.com

Natalie Fleming Nolen
2100 L Street, NW, Suite 900
Washington, DC   20037
(202) 887-1500
nflemingnolen@mofo.com

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY 10036
(212) 223-0400
dchenkin@zeklaw.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[2]

---

[2] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc.

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


By: _____
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY   10001-8602
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*


**SIDLEY AUSTIN LLP**


By: _____
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 Seventh Avenue
    New York, NY   10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com


*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payments Services, Inc.)*

6

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**


By: _____
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY   10001-8602
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase &
Co., Paymentech, LLC (and as successor to
Chase Paymentech Solutions, LLC), and
JPMorgan Chase Bank, N.A. (and as successor
to Chase Bank USA, N.A.)*


**SIDLEY AUSTIN LLP**


By: *Benjamin R. Nagin*
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 Seventh Avenue
    New York, NY   10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com


*Attorneys for Defendants Citigroup Inc.,
Citibank, N.A., and Citicorp Credit Services,
Inc. (USA) (as successor to Citicorp Payments
Services, Inc.)*

PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
Amy N. Vegari
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY   10036
(212) 336-2000
avegari@pbwt.com
wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo*
*& Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated:

_____
Brooklyn, New York

_____
United States District Judge