UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | 1:05-cv-1720 (FB) (VMS) |

## MOTION TO WITHDRAW APPEARANCE OF NOEL R. LEÓN

Upon the accompanying affirmation of Noel R. León, the undersigned respectfully moves this Court to withdraw the appearance of Noel R. León on behalf of Objectors National Retail Federation and Retail Industry Leaders Association in the above-entitled action.

Dated: February 8, 2023
New York, New York

By:   /s/ Noel R. León
11 Dupont Circle NW, Suite 800
Washington, DC 20036

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | 1:05-cv-1720 (FB) (VMS) |

**AFFIRMATION OF NOEL R. LEÓN
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

NOEL R. LEÓN, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I was an associate of the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Objectors National Retail Federation and Retail Industry Leaders Association ("NRF" and "RILA") in the above-entitled action.

2. I am one of the attorneys of record for NRF and RILA in this action.

3. I left my employment with ECBAWM effective January 28, 2023.

4. Andrew G. Celli, Jr., Debra L. Greenberger, and Diane L. Houk of ECBAWM are also attorneys of record for NRF and RILA, and they continue to represent NRF and RILA in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for NRF and RILA in this action.

Dated: February 8, 2023
New York, New York

/s/ Noel R. León
NOEL R. LEÓN