**Arnold & Porter**

**Robert Mason**
+1 212.836.8077 Direct
Robert.Mason@arnoldporter.com

February 15, 2023

**VIA ECF**

The Honorable Margo K. Brodie
The Honorable Vera M. Scanlon
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.) (MKB) (VMS)

Dear Judges Brodie and Scanlon:

    We represent defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively, "Visa") in the above-captioned MDL 1720 action. In accordance with the past practice for filing answers to complaints in the individual member cases, we write to notify the Court that Visa has filed an answer to the operative complaint in the following member case on the docket for that individual member case: *John Palladino, et al. v. JPMorgan Chase & Co., et al.*, No. 23-cv-1215 (E.D.N.Y.) (MKB) (VMS).

                                        Respectfully submitted,

                                        */s/ Robert C. Mason*

                                        Robert C. Mason
                                        *Counsel for Visa*

cc:  All Counsel of Record via ECF