UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Palladino et al. v. JPMorgan Chase & Co. et al.*, No. 23-cv-1215 (MKB) (VMS) (E.D.N.Y.) | Case No.: 1:05-md-1720 (MKB) (VMS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael B. Miller, associated with the law firm of Morrison & Foerster LLP, hereby appears in the above-entitled action on behalf of defendants Bank of America Corporation and Bank of America, N.A.

Dated: New York, New York
March 10, 2023

MORRISON & FOERSTER LLP


By: */s/ Michael B. Miller*
Michael B. Miller
250 West 55th Street
New York, NY  10019
(212) 468-8000
MBMiller@mofo.com

*Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*

ny-2524701