

ATTORNEYS AT LAW

**CityPlace Tower**
525 Okeechobee Boulevard | Suite 1200
West Palm Beach, Florida 33401-6350
P.O. Box 150 | West Palm Beach, Florida 33402-0150
561.659.7070 | fax 561.659.7368
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
**West Palm Beach**

Kristin A. Gore
Attorney At Law
561.650.8046 Direct Dial
kgore@carltonfields.com

March 21, 2023

Clerk of Court
United States District Court
for the Eastern District of New York           **VIA CM/ECF**
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      Case No. 1:05-MD-1720-MKB-VMS

Dear Clerk of Court:

Attorneys with the law firm Carlton Fields, P.A. represented Plaintiffs CenturyLink Communications LLC; Level 3 Communications, LLC; DISH Network L.L.C.; Casey's General Stores, Inc.; Casey's Marketing Company; Casey's Retail Company; Casey's Services Company; CGS Sales Corporation; Cheney Bros., Inc.; Plaid Pantries, Inc.; Cary Oil Co., Inc.; Breeze Thru Markets, LLC; Clipper Petroleum, Inc.; Energy North, Inc.; Gate Petroleum Company; Gate North Carolina, Inc.; Gate Fuel Service, Inc.; BFC, Inc.; Ponte Vedra Corporation; Epping Forest Yacht Club, Inc.; The River Club, Inc.; Ponte Vedra Lodge; Jaco Oil Company; Basic Properties LP; Jaco Hill Company; Jamieson Hill Company; Fastrip Oil Company; Reid Petroleum Corp.; Reid Stores, Inc.; Sampson-Bladen Oil Company, Inc.; United Energy, Inc; WideOpenWest, Inc.; Sodexo, Inc.; Comcast Cable Communications, LLC; and NBCUniversal Media, LLC (the "CenturyLink Plaintiffs") in *CenturyLink Communications, LLC et al. v. Visa Inc. et al.*, Case No. 1:19-cv-06318-MKB-VMS (E.D.N.Y.). That case was made part of *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-MD-1720-MKB-VMS (E.D.N.Y.). The claims in the underlying case were resolved and the case was closed on December 13, 2022.

In light of the dismissal of all claims, we are writing to request that Carlton Fields, P.A. and its attorneys be removed from the Electronic Case Filing notification list related to 1:05-md-01720-MKB-VMS. The attorneys who need to be removed are: Jennifer Yasko, David B. Esau, Scott Abeles, Dean A. Morande, Kristin A. Gore, Amanda R. Jesteadt and Stephen A. Cohen.

Thank you for your time and assistance in this matter.

Sincerely,

Kristin A. Gore

Carlton Fields, P.A.

Carlton Fields, P.A. practices law in California through Carlton Fields, LLP.