# Attorney Paul S. Rothstein, P.A.
## ATTORNEY AT LAW

| | |
|---|---|
| 626 N.E. First Street | 151 S.E. Eighth Street |
| Gainesville, Florida 32601 | Ocala, Florida 34471 |
| | |
| Gainesville: (352) 376-7650 | Ocala: (352) 351-8582 |
| Fax: (352) 374-7133 | Lake City: (904) 752-5755 |

March 22, 2023

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case No. 1:05-md-01720-MKB-VMS

Re: PROPOSED INTERVENORS, JACK RABBIT, LLC, AND 280 STATION LLC (D/B/A/ COWBOYS), POST SECOND CIRCUIT AFFIRMATION MOTION FOR LEAVE TO INTERVENE FOR PURPOSES OF BECOMING SUBCLASS COUNSEL AND MEMORANDUM IN SUPPORT

Counsel,

Pursuant to Chief Judge Brodie's Individual Practices and Rules[1], subpart 3, governing motions, I am providing you with copies of:

1) Proposed Intervenors, Jack Rabbit, LLC, and 280 Station LLC (D/B/A/ Cowboys), Post Second Circuit Affirmation Motion for Leave to Intervene for Purposes of Becoming Subclass Counsel or otherwise granting intervention and Memorandum in Support;
2) Proposed Intervenors Complaint in Intervention;
3) Jack W. Kidd's Declaration Pursuant to 28 U.S.C. § 1746; and,
4) a Notice of Motion.

Also pursuant to the Court's above referenced instruction, only this letter will be filed on March 22, 2023 and the motion papers will be filed after fully briefed or a stipulation has been reached.

Sincerely,

*/s/ Paul S. Rothstein*
Paul S. Rothstein

PSR:kcg
Enclosures as stated.

Served Via Email Only To: Service list begins on page 2.

---

[1] https://www.nyed.uscourts.gov/pub/rules/MKB-MLR.pdf

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case No. 1:05-md-01720-MKB-VMS
March 22, 2023
P a g e | 2

Service List begins on Page 28

| Co-Lead Counsel for Class Plaintiffs | Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association |
|---|---|
| K. Craig Wildfang<br>Thomas J. Undlin<br>Ryan W. Marth<br>Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br>E-Mail: kcwildfang@robinskaplan.com<br>E-Mail: tundlin@robinskaplan.com<br>E-Mail: rmarth@robinskaplan.com<br><br>H. Laddie Montague, Jr.<br>Merrill G. Davidoff<br>Michael J. Kane<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: 215-875-3000<br>Facsimile: 215-875-4604<br>E-Mail: hlmontague@bm.net<br>E-Mail: mdavidoff@bm.net<br>E-Mail: mkane@bm.net<br><br>Patrick J. Coughlin<br>Alexandra S. Bernay<br>Carmen A. Medici<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>E-Mail: patc@rgrdlaw.com<br>E-Mail: xanb@rgrdlaw.com<br>E-Mail: cmedici@rgrdlaw.com | Robert J. Vizas<br>Arnold & Porter Kaye Scholer LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415-471-3100<br>Facsimile: 415-471-3400<br>E-Mail: robert.vizas@arnoldporter.com<br><br>Mark R. Merley<br>Matthew A. Eisenstein<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: 202-942-5000<br>Facsimile: 202-942-5999<br>E-Mail: mark.merley@arnoldporter.com<br>E-Mail: matthew.eisenstein@arnoldporter.com<br><br>Robert C. Mason<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212-836-8000<br>Facsimile: 212-836-8689<br>E-Mail: robert.mason@arnoldporter.com<br><br>Michael S. Shuster<br>Demian A. Ordway<br>Blair E. Kaminsky<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Telephone: 646-837-5151<br>Facsimile: 646-837-5153<br>E-Mail: mshuster@hsgllp.com<br>E-Mail: dordway@hsgllp.com<br>E-Mail: bkaminsky@hsgllp.com |

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case No. 1:05-md-01720-MKB-VMS
March 22, 2023
P a g e | 3

| | |
|---|---|
| Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated<br><br>Kenneth A. Gallo<br>Zachary A. Dietert<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202-223-7300<br>Facsimile: 202-223-7420<br>E-Mail: kgallo@paulweiss.com<br>E-Mail: zdietert@paulweiss.com<br><br>Gary R. Carney<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: 212-373-3000<br>Facsimile: 212-757-3990<br>E-Mail: gcarney@paulweiss.com | Attorneys for Defendants Bank of America, N.A., BA Merchant Services LLC (f/k/a National Processing, Inc.), and Bank of America Corporation<br><br>Mark P. Ladner<br>Michael B. Miller<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: 212-468-8000<br>Facsimile: 212-468-7900<br>E-Mail: mladner@mofo.com<br>E-Mail: mbmiller@mofo.com |
| Attorneys for Defendants Barclays Bank plc, Barclays Delaware Holdings, LLC, (f/k/a Juniper Financial Corporation), Barclays Bank Delaware (f/k/a Juniper Bank), and Barclays Financial Corp.<br><br>Wayne D. Collins<br>James P. Tallon<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: 212-848-4000<br>Facsimile: 212-848-7179<br>E-Mail: wcollins@shearman.com<br>E-Mail: jtallon@shearman.com | Attorneys for Defendants Capital One Bank (USA), N.A., Capital One F.S.B., and Capital One Financial Corporation<br><br>Andrew J. Frackman<br>Abby F. Rudzin<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061<br>E-Mail: afrackman@omm.com<br>E-Mail: arudzin@omm.com |

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case No. 1:05-md-01720-MKB-VMS
March 22, 2023
P a g e | 4

| Attorneys for Defendants JPMorgan Chase & Co. (and as successor to Bank One Corporation), JPMorgan Chase Bank, N.A., Chase Bank USA, N.A. (and as successor to Chase Manhattan Bank USA, N.A. and Bank One Delaware, N.A.), and Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC)<br><br>Peter E. Greene<br>Boris Bershteyn<br>Kamali P. Willett<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Telephone: 212-735-3000<br>Facsimile: 212-735-2000<br>E-Mail: peter.greene@skadden.com<br>E-Mail: boris.bershteyn@skadden.com<br>E-Mail: kamali.willett@skadden.com | Attorneys for Defendants Citibank, N.A., Citigroup Inc., and Citicorp.<br><br>David F. Graham<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br>E-Mail: dgraham@sidley.com<br><br>Benjamin R. Nagin<br>Sidley Austin LLP<br>787 Seventh Ave<br>New York, NY 10019<br>Telephone: 212-839-5300<br>Facsimile: 212-839-5599<br>E-Mail: bnagin@sidley.com |
|---|---|
| Attorneys for Defendant Fifth Third Bancorp<br><br>Richard L. Creighton, Jr.<br>Drew M. Hicks<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>Telephone: 513-579-6400<br>Facsimile: 513-579-6457<br>E-Mail: rcreighton@kmklaw.com<br>E-Mail: dhicks@kmklaw.com | Attorneys for Defendant First National Bank of Omaha<br><br>John P. Passarelli<br>James M. Sulentic<br>Kutak Rock LLP<br>1650 Farnam Street<br>The Omaha Building<br>Omaha, NE 68102<br>Telephone: 402-346-6000<br>Facsimile: 420-346-1148<br>E-Mail: John.Passarelli@KutakRock.com<br>E-Mail: James.Sulentic@KutakRock.com |

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
Case No. 1:05-md-01720-MKB-VMS
March 22, 2023
P a g e | 5

| | |
|---|---|
| Attorneys for HSBC Finance Corporation, HSBC Bank USA, N.A., HSBC North America Holdings Inc., HSBC Holdings plc, and HSBC Bank plc<br><br>David S. Lesser<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br>E-Mail: david.lesser@wilmerhale.com | Attorneys for Defendants The PNC Financial Services Group, Inc. (and as acquirer of National City Corporation), National City Corporation, and National City Bank of Kentucky<br><br>Frederick N. Egler<br>Reed Smith LLP<br>Redd Smith Center<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Telephone: 412-288-3396<br>Facsimile: 412-288-3063<br>Email: fegler@reedsmith.com |
| Attorneys for Defendants SunTrust Banks, Inc. and SunTrust Bank<br><br>Teresa T. Bonder<br>Valarie C. Williams<br>Kara F. Kennedy<br>Alston & Bird LLP<br>1201 West Peachtree Street NW<br>Atlanta GA 30309<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777<br>E-Mail: Teresa.Bonder@alston.com<br>E-Mail: Valarie.Williams@alston.com<br>E-Mail: Kara.Kennedy@alston.com | Attorneys for Defendant Texas Independent Bancshares, Inc.<br>Jonathan B. Orleans<br>Adam S. Mocciolo<br>Pullman & Comley, LLC<br>850 Main Street<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>Telephone: 203-330-2000<br>Facsimile: 203-576-8888<br>E-Mail: jborleans@pullcom.com<br>E-Mail: amocciolo@pullcom.com |
| Attorneys for Defendants Wells Fargo & Company (and as successor to Wachovia Corporation)<br><br>Robert P. LoBue<br>William F. Cavanaugh<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-336-2000<br>Facsimile: 212-336-2222<br>E-Mail: rplobue@pbwt.com<br>E-Mail: wfcavanaugh@pbwt.com | */s/ Paul S. Rothstein*___<br>Paul S. Rothstein |