# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br>PAYMENT CARD INTERCHANGE FEE<br>AND MERCHANT DISCOUNT<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.*, No. 2:20-cv-02394 (E.D.N.Y.) (MKB)(VMS) | MASTER FILE NO. 05-MD-01720<br><br>**PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER** |

Plaintiffs and Defendants Visa Inc. and Mastercard Incorporated and Mastercard International Incorporated ("Defendants") (collectively, the "Parties") submit this joint status report and proposed scheduling order.

In its Order of October 7, 2021, the Court approved the Parties' proposed scheduling order (submitted pursuant to their Rule 26(f) report), generally deferred discovery in this case pending resolution of the appeal of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF No. 7818), and directed the Parties to submit a revised joint proposed scheduling order (and proposed dates for a conference) within two weeks of a decision from the Second Circuit on that appeal. Following the issuance of the Second Circuit's March 15, 2023 Judgment and Opinion on that appeal, the Parties have met and conferred regarding next steps in this case.

The parties believe that it would be productive to meet and confer further, and respectfully propose to submit their positions on the next steps regarding the above-captioned case in the MDL status report due on April 21, 2023, in advance of the May 11, 2023 status conference.

1

Respectfully submitted on behalf of Plaintiffs' and Defendants' Counsel,

/s/ *Christopher Bateman*

Christopher J. Bateman
Sharon K. Robertson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com
srobertson@cohenmilstein.com

Benjamin D. Brown
Richard A. Koffman
Matthew S. Wild
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W., Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
mwild@cohenmilstein.com

Manuel J. Dominguez
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Tel: (561) 515-2604
Fax: (561) 515-1401
jdominguez@cohenmilstein.com

Robert W. Cohen
Mariko Taenaka
**LAW OFFICES OF ROBERT W. COHEN, P.C.**

1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Tel: (310) 282-7586
Fax: (310) 282-7589
rwc@robertwcohenlaw.com

Edward S. Zusman
Kevin K. Eng
**MARKUN ZUSMAN FRENIERE COMPTON LLP**
465 California Street, Suite 500
San Francisco, CA 94104
Tel: (415) 438-4515
Fax: (415) 434-4505
ezusman@mzclaw.com

David Song
Tracey Kitzman
**SONG P.C.**
26 Broadway, Fl 8
New York, NY 10004
Tel:  212-599-0700

*Counsel for Plaintiffs*


**ARNOLD & PORTER KAYE SCHOLER LLP**


By: /s/ *Robert C. Mason*
Robert C. Mason
250 West 55th Street
New York, NY   10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Gary R. Carney*
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*