UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*The Home Depot, Inc., et al. v. Visa Inc., et al.,* No. 16-cv-05507 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS** |

WHEREAS plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc. ("Plaintiffs"), which are all of the plaintiffs in the action *The Home Depot, Inc., et al. v. Visa Inc., et al.,* No. 16-cv-05507 (E.D.N.Y.) ("*The Home Depot* Action"), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against some of the defendants in *The Home Depot* Action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively, the "Visa Defendants") — by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their

applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs against the Visa Defendants be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: ___April 13___, 2023.

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _____
    Steig D. Olson
    51 Madison Avenue, 22nd Floor
    New York, NY   10010
    (212) 849-7000
    steigolson@quinnemanuel.com

    Alicia Cobb
    1109 First Avenue, Suite 210
    Seattle, WA   98101
    (206) 905-7000
    aliciacobb@quinnemanuel.com

        **BONDURANT MIXSON & ELMORE, LLP**

    Frank M. Lowrey IV
    Ronan P. Doherty
    3900 One Atlantic Center
    1201 West Peachtree Street, N.E.
    Atlanta, GA   30309
    (404) 881-4100
    lowrey@bmelaw.com
    doherty@bmelaw.com

*Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert C Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**SO ORDERED:**

Dated:

_____            _____
Brooklyn, New York                                            United States District Judge

3