Clerk's Office
Filed Date: 4/17/23

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW
YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>***Visa U.S.A. Inc., et al. v. The Home Depot, Inc., et al.*, No. 14-cv-00261 (E.D.N.Y.) (MKB) (VMS).** | **No. 05-md-01720 (MKB) (VMS)**<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS plaintiffs Visa U.S.A. Inc., Visa Inc., and Visa International Service Association ("Plaintiffs"), which are the only plaintiffs in the action *Visa U.S.A. Inc., et al. v. The Home Depot, Inc., et al.,* No. 14-cv-00261 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against all of the defendants in the *Visa U.S.A.* action — i.e., The Home Depot, Inc. and Home Depot U.S.A., Inc. (the "Defendants") — by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the

Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: April 13, 2023.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: Robert C Mason

Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: _____

Steig D. Olson
51 Madison Avenue, 22nd Floor
New York, NY   10010
(212) 849-7000
steigolson@quinnemanuel.com

Alicia Cobb
1109 First Avenue, Suite 210
Seattle, WA   98101
(206) 905-7000
aliciacobb@quinnemanuel.com

**BONDURANT MIXSON & ELMORE, LLP**

Frank M. Lowrey IV
Ronan P. Doherty
3900 One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, GA   30309
(404) 881-4100
lowrey@bmelaw.com
doherty@bmelaw.com

*Attorneys for Defendants*

**SO ORDERED:**

Dated:

___04/14/23___
_____
Brooklyn, New York

SO ORDERED:
s/ MKB 4/14/2023

_____
MARGO K. BRODIE
United States District Judge