John J. Pentz, Esq.<br>
Law Offices of John J. Pentz<br>
18 Damon Street<br>
Wayland, MA 01778

May 2, 2023

Hon. Margo K. Brodie, Chief Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,*
       Case No. 1:05-md-1720-(MKB)(VMS)

Dear Judge Brodie:

I represent objectors/appellants Unlimited Vacations and Cruises, Inc. and USA Pets, LLC in the above-referenced matter. I am requesting permission to appear via remote video or telephone at the May 11, 2023 status conference scheduled in this matter. I reside in Massachusetts and do not have an office in the Eastern District (or any neighboring district), and I have a hearing in a separate matter in the Northern District of California also set for May 11, 2023.

My participation in the status conference would be limited to concerns related to the Second Circuit's remand of the grant of service awards. *See* Parties' Joint Status Report, Doc. 8819, p. 7.

If anything further is required in connection with this request, I may be reached at (978) 985-4668. Thank you.

Respectfully,

s/ John J. Pentz