# Arnold & Porter

Robert J. Vizas
+1 415.471.3311 Direct
Robert.Vizas@arnoldporter.com

May 2, 2023

<u>VIA ECF</u>

The Honorable Margo K. Brodie
The Honorable Vera M. Scanlon
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.) (MKB) (VMS)

Dear Judges Brodie and Scanlon:

    We write at the request of counsel for a number of plaintiffs and defendants in the above-referenced action to ask that the Court open a telephone line for counsel to listen to the joint status conference scheduled for 2:00 pm on May 11, 2023.  The parties contemplate that counsel who may wish to speak at the hearing will appear in person, but there are other counsel who cannot attend in person who would like to be able to listen to the conference remotely if that could be accommodated.

    We appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    /s/  Robert Vizas

                                  Robert J. Vizas
                                  *Counsel for Visa*

cc: All Counsel of Record via ECF