# Kendrick Jan, APC
## Attorney at Law

225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 231-7702
Email: kj@jan-law.com

May 2, 2023

Hon. Margo K. Brodie, Chief Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
       Case No. 1:05 MD-1720-(MKB)(VMS)

Dear Judge Brodie:

I represent objectors/appellants Gnarlywood LLC and Quincy Woodwrights, LLC, in the referenced matter. In connection with a status conference in the matter set for May 11, 2023, I am requesting permission to appear via remote video or telephonic appearance. I reside in San Diego County, California, and do not keep an office in the Eastern District (or any neighboring district), and I have a hearing in a separate matter in the Northern District of California also set for May 11, 2023.

My participation in the status conference would be limited to concerns related to the Second Circuit's remand of the grant of service awards attributable to lead plaintiffs' lobbying efforts. My primary interest will be to confirm my clients' right to respond to supplemental submissions to be filed/made by Class Counsel/lead plaintiffs in this regard and to appear and be heard at any subsequent hearing on the matter. *See* Parties' Joint Status Report, Doc. 8819, p. 7.

If anything further is required in connection with this request, please have your staff contact me directly at 619.607.9750.

Respectfully,

Kendrick Jan
Kendrick Jan, APC