IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>*This document relates to all actions* | Civil Action No. 05-MD-01720 (MKB) (JO) |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that, upon the annexed declaration of Jordan Lyn Warshauer and subject to the approval of the Court Jordan Lyn Warshauer hereby withdraws as counsel for Defendants Capital One, N.A., Capital One Bank (USA), N.A., and Capital One Financial Corporation ("Capital One Defendants") in the above-captioned action. O'Melveny & Myers LLP will continue to represent the Capital One Defendants in this proceeding.

Dated: May 12, 2023

AHMAD, ZAVITSANOS, & MENSING PLLC

*/s/ Jordan Warshauer*
John Zavitsanos
Texas Bar No. 22251650
jzavitsanos@azalaw.com
Jordan Warshauer
Texas Bar No. 24086613
jwarshauer@azalaw.com
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: 713-655-1101

SO ORDERED:

_____
Margo Kitsy Brodie, U.S.D.J.

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>*This document relates to all actions* | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 05-MD-01720 (MKB) (JO) |

### DECLARATION OF JORDAN LYN WARSHAUER

I, Jordan Warshauer, declare as follows:

1. I am an associate at Ahmad, Zavitsanos, & Mensing PLLC, co-counsel for Defendants Capital One, N.A., Capital One Bank (USA), N.A., and Capital One Financial Corporation (the "Capital One Defendants").

2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because the underlying action for which I represented the Capital One Defendants that was filed in the United States District Court for the Southern District of Texas has been resolved.

3. O'Melveny & Myers LLP will continue to represent the Capital One Defendants for any remaining claims in this matter.

4. My withdrawal with not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on the 12th day of May, 2023.

_____
|Jordan Warshauer