

**Deborah E. Arbabi**
DArbabi@crowell.com
(949) 798-1318 direct

Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
+1.949.263.8400 main
+1.949.263.8414 fax

May 23, 2023

The Honorable Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(VMS)

Dear Judge Brodie:

      In accordance with the Court's May 19, 2023 minute entry directing parties and objectors to submit any objection to the proposed special master procedures on or before May 26, 2023, we write on behalf of a number of absent class members who intend to submit claims to the settlement funds. Specifically, we seek modification of paragraph 4 of the [Proposed] Order Appointing Special Master (ECF 8831-1), which provides as follows:

> Unless otherwise directed by the Court, the Special Master's report and recommendation on each matter, and all evidence considered by the Special Master in making or recommending any findings of fact, shall be filed on the *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(VMS) (E.D.N.Y.) docket and served on any affected parties no later than 30 days after the reply papers have been received by the Special Master. Any interested party shall have 21 days, following the filing and service, to file objections to the Special Master's report and recommendation with the Court; any responses to objections may be filed within 21 business days thereafter. No replies regarding objections shall be permitted unless they are authorized by the Court. The Court shall review the Special Master's reports and recommendations *de novo*, and that review shall be on the record before the Special Master.

The Honorable Margo K. Brodie
May 23, 2023
Page 2

Specifically, we seek two modifications to paragraph 4.

(1) Given the nature of the evidence anticipated before the Special Master, we request that the Special Master be directed to develop procedures for filing materials under seal or taking other measures to protect confidentiality and the identity of claimants as appropriate.

(2) Given the length of time this litigation has been pending and shared desire by all parties to expedite distribution of settlement funds, timeframes for the filings called for in paragraph 4 should be shortened as follows: 20 days for the Special Master's report and recommendation; 14 days for objections; and 14 days for responses to the objections. Because disputes presented to the Special Master are anticipated to be relatively straightforward and in many cases are already well-understood, these shorted timeframes will still provide ample time for interested parties to brief them.

In order to address the points described above, we respectfully request that paragraph 4 of the [Proposed] Order be modified as shown in the following redline edits:

> <u>Prior to receiving evidence on disputed matters, the Special Master will develop procedures for filing materials under seal and taking other measures to protect confidentiality and the identity of claimants as appropriate.</u> Unless otherwise directed by the Court, the Special Master's report and recommendation on each matter, and all evidence considered by the Special Master in making or recommending any findings of fact, shall be filed on the *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(VMS) (E.D.N.Y.) docket and served on any affected parties no later than <u>20</u> ~~30~~ days after the reply papers have been received by the Special Master. Any interested party shall have <u>14</u> ~~21~~ days, following the filing and service, to file objections to the Special Master's report and recommendation with the Court; any responses to objections may be filed within <u>14</u> ~~21 business~~ days thereafter. No replies regarding objections shall be permitted unless they are authorized by the Court. The Court shall review the Special Master's reports and recommendations *de novo*, and that review shall be on the record before the Special Master.

Respectfully submitted,

*/s/ Deborah E. Arbabi*
Daniel A. Sasse
Deborah E. Arbabi
**Crowell & Moring LLP**

cc:    All Counsel of Record via ECF