Paul S. Rothstein
626 N.E. First Street
Gainesville, Florida 32601
Tel: (352) 376-7650
Fax: (352) 374-7133
PSR@Rothsteinforjustice.com

N.Albert Bacharach, Jr., P.A.
4128 NW 13th Street
Gainesville, FL 32609-1807
(352) 378-9859
(352) 338-1858 (Fax)
N.A.Bacharach@att.net

*Attorneys for Class Members/Subclass Representative*
*Jack Rabbit, LLC &* 280 Station LLC (d/b/a/ Cowboys)

EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | **Case No. 05-MD-01720 (MKB) (JO)** |

**DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF THE FED. R. CIV. P. 23(a) AND 23(b)(3) SUBCLASS CERTIFICATION AND MOTION FOR APPOINTMENT AS SUBCLASS COUNSEL**

I, Paul S. Rothstein, declare as follows:

1. I am an attorney of record in the above styled action and one of the attorneys of record for Jack Rabbit. I submit this Declaration in Support of Appointment as Co-Subclass Counsel for Retail Gas Station Owner Franchisee pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) Subclass Certification.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would testify to the matters stated herein.

3. My experience in class action litigation and complex litigation includes my representation of clients in the following cases:

Lead Counsel: *Bronson. et al. v. Samsung Electronics America, Inc.,* USDC Northern District of California, No.: 3:18-cv-02300-WHA (Class Action, Certification for Settlement Purposes)

Lead Counsel: *Ware, et al. v. Best Buy Stores, L.P.*, Cook County, Illinois, Case No. 2021 CH 04264 (Class Action)

Lead Counsel: *Browning, et al. v. The University of Florida Board of Trustees.,* Alachua County, Florida, CASE NO.: 2019 CA 3236 (On Appeal in the 1st Circuit)

*In re: Deere & Company Repair Services Antitrust Litigation*, USDC Northern District of Illinois, 3:22-cv-50188 (Antitrust litigation ongoing)

In re: Payment Card Interchange Fee And Merchant Discount Antitrust Litigation, USDC Eastern District of New York, No. 05-MD-01720 (MKB) (JO) (Representing Objector/Proposed Intervenor/Proposed Subclass representative Jack Rabbit)

In re: ENDO INTERNATIONAL plc, et al., United States Bankruptcy Court Southern District of New York, Case No. 22-22549 (JLG) (Counsel for Independent Emergency Room Physician Selected to be a member of Opioid Creditor Ctee)

In re: MALLINCKRODT plc, et al., United States Bankruptcy Court Southern District of Delaware, Case No. 20-12522 (JTD) (Counsel for Independent Emergency Room Physician Selected to be a member of Opioid Creditor Ctee)

Co-lead Counsel: *Lee-Bolton et al. v. Koppers Inc. et al.,* 1:IO-cv-253- MCR-GRJ; United States District Court, Northern District of Florida (Class Certification Denied)

Lead Counsel:  Ortega v Chevron, et al., 4:14-cv-02416, Southern District of Texas (Houston Division) (Class Certified for settlement purposes)

Co-lead Counsel: *Yariv. et al. v. AT&T Corp., et al., SOM-L-272-05* Superior Court of New Jersey, Somerset County (Class Certified, case settled.)

DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF THE FED. R. CIV. P.  23(a) AND 23(b)(3) SUBCLASS CERTIFICATION MOTION AND MOTION FOR APPOINTMENT AS SUBCLASS COUNSEL
PAGE 2

*Hill v. The Hoover Company, et al.,* 01-2005-CA-759
Eighth Judicial Circuit in and for Alachua County Florida (Class certification denied)

*Sunfower Health, Inc., v. First Data Corp., et al.,* 1:15-cv-00128-MW-GRJUSDC Northern District of Florida, Gainesville Division (Case Compelled to Arbitration)

*Hall et al., v. SeaWorld Entertainment Inc.,* 3:15-cv-00660-CAB-RBB
USDC Southern District of California (Dismissed on Appeal)

*Garmey. et al.* v. *Perry. et al.,* Nevada state court - Las Vegas. (Class certified and settlement approved by court.)

*Fiala* v. *Metropolitan Life Ins. Co.* New York state court, New York, New York. (Class certified; case settled.)

*Wise. et al. v. Correctional Medical Services. et al.,* 97-665-CAA Marion County, Florida (Class certified, de-certified on appeal, case settled.)

*Cox v. Shell Oil Company, et al.*, Chancery Court for Obion County, Tennessee, at Union City, Tennessee; (Class Action – Defective Product)

*Spencer et at. v. Shell Oil Company, et al.*, Circuit Court of Greene County, Alabama; (Class Action – Defective Product)

*Viera v. Hoechst Celanese Corporation, Shell Oil Company d/b/a Shell Chemical Company; E.I. Dupont et al.*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Defective Product)

*Walker v. State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company*, Circuit Court of the 11th Judicial Circuit, Dade County, Florida; (Class Action – Insurance)

*Campbell. et al. v. Braun. et al.,* 98-8605-CAA Marion County, Florida (Class certified, de-certified on appeal.)

*Dunmore. et al. v. The Progressive Corporation. et al.* MDL Docket No.: 1519 USDC Northern District of Florida (Putative class - different class complaint certified for settlement purposes. Mr. Rothstein, in association with other counsel, on behalf of Ms. Dunmore, objected to the proposed settlement.)

DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF THE FED. R. CIV. P. 23(a) AND 23(b)(3) SUBCLASS CERTIFICATION MOTION AND MOTION FOR APPOINTMENT AS SUBCLASS COUNSEL
PAGE 3

*Hunter's Ridge. et al. v. Georgia-Pacific Corporation, et al.*
USDC Middle District of Florida (Complex litigation, not a class action.)

4. Undersigned Counsel seeks Subclass certification for Branded Operators/Retail Gas Station Franchisees and Jack Rabbit's appointment as subclass representative and his counsel's appointment as subclass counsel.

5. The Subclass of Branded Operators/Retail Gas Station Franchisees have met the requirements for certification under Rule 23(a) and Rule 23(c)(5).

    a. The Subclass of Branded Operators is so numerous that joinder of all members is impractical.

    b. Branded Operators/Retail Gas Station Franchisees are Cost-Plus Direct Purchasers under *Illinois Brick*.

    c. Jack Rabbit has claims that are typical of the Subclass.

    d. Jack Rabbit, and his Counsel, will fairly and adequately represent the interests of the Subclass.

6. Jack Rabbit, through counsel, since July of 2019 has zealously litigated on behalf of Retail Gas Station Franchisees (*See* Jack Rabbit's Objections To Both The Proposed Settlement And Class Counsel's Request For Attorney's Fees; And Notice Of Intent To Appear, Dkt. No. [7574]) and argued in favor of establishing a subclass for Branded Operators. (*See* Fairness Hearing Transcript Pages 15 – 26)

7. Jack Rabbit's counsel identified, at the Fairness Hearing, the Class Counsel conflict reiterated by the 2nd Circuit. (*See* Fairness Hearing Transcript Page 21, lines 10-12)

DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF THE FED. R. CIV. P. 23(a) AND 23(b)(3) SUBCLASS CERTIFICATION MOTION AND MOTION FOR APPOINTMENT AS SUBCLASS COUNSEL
PAGE 4

8. Counsel for Jack Rabbit has no conflicts in representing the subclass of Branded Operators/Franchisees.

9. Counsel for Jack Rabbit has the requisite knowledge, expertise and resources needed to represent the Branded Operator/Retail Gas Station Franchisees in this case.

10. Counsel for Jack Rabbit is the best applicant for Subclass Counsel under Rule 23(g) and should therefore be appointed Subclass Counsel pursuant to Rule 23(g)(2).

11. The statements contained in this declaration are true and correct and of personal knowledge.

Executed this 26th day of May 2023.

> By: /s/Paul S. Rothstein
> Paul S. Rothstein
> 626 N.E. First Street
> Gainesville, Florida 32601
> (352) 376-7650
> PSR@rothsteinforjustice.com
>
> *Attorney for Class Members/Proposed Subclass Representative Jack Rabbit, LLC & 280 Station LLC (d/b/a/ Cowboys)*

DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF THE FED. R. CIV. P.  23(a) AND 23(b)(3) SUBCLASS CERTIFICATION MOTION AND MOTION FOR APPOINTMENT AS SUBCLASS COUNSEL
PAGE 5