

**ERIC L. CRAMER** / *CHAIRMAN*
d 215.875.3009 m 215.327.9583 | ecramer@bm.net

June 7, 2023

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate Judge Vera M. Scanlon
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Scanlon:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 2nd quarter of 2023 in the amount of (1) $27,600,000.00 for the Class I Cash Settlement Fund, and (2) $5,050,000.00 for the Class II Interchange Settlement Fund.

These payments are based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before June 15, 2023.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

Eric L. Cramer
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Alexandra S. Bernay
Patrick J. Coughlin
**Robbins Geller Rudman
 & Dowd LLP**

cc:     All Counsel via ECF