UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>---------------------------------------------------<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | 05-MD-01720 (MKB)(VMS)<br><br>NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD |

      PLEASE TAKE NOTICE that, upon the annexed declaration of Justin Anderson, and subject to the approval of the Court, Justin Anderson hereby withdraws as counsel for Defendants, Mastercard Incorporated and Mastercard International Incorporated in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this proceeding.

Dated: Washington, DC
       July 10, 2023

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON

                                    By: /s/ Justin Anderson
                                          Justin Anderson
                                          2001 K Street, NW
                                          Washington, DC 20006-1047
                                          Tel: (212) 373-3000
                                          janderson@paulweiss.com

SO ORDERED:

_____

Margo Kitsy Brodie, U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>-----------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | 05-MD-01720 (MKB)(VMS)<br><br>**DECLARATION OF JUSTIN ANDERSON** |

I, JUSTIN ANDERSON, declare as follows:

1. I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Mastercard Incorporated and Mastercard International Incorporated in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Mastercard Incorporated and Mastercard International Incorporated in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2023
Washington, DC

By: /s/ Justin Anderson
    Justin Anderson