# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
1.212.735.3834
DIRECT FAX
1.917.777.3834
EMAIL ADDRESS
BORIS.BERSHTEYN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

July 21, 2023

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> RE: *Palladino v. JPMorgan Chase & Co.*,
> 1:23-cv-01215 (MKB-VS)

Dear Judge Scanlon:

On behalf of all defendants in the above-referenced action, I respectfully write in connection with Your Honor's July 20, 2023 text order, which ruled on defendants' unopposed request for an extension of time to respond to plaintiffs' Amended Complaint. (*See* Case 1:05-md-01720-MKB-VMS, Dkt. 8865; Text Order docketed July 20, 2023.) Although the request was filed by counsel for defendants Citigroup Inc. and Citibank N.A., it was made on behalf of all defendants, as they expect to jointly respond to the Amended Complaint. The Court's order, however, while stating that "[t]he extension . . . is granted," noted only that "[t]he time for Defendants Citigroup Inc. and Citibank N.A. to answer or otherwise respond to the amended complaint is extended to 8/28/2023." (Text Order docketed July 20, 2023.)

Defendants therefore respectfully seek to clarify that the extension granted in Your Honor's July 20 order applies to all defendants here.

Respectfully submitted,

/s/ Boris Bershteyn

Boris Bershteyn

*Counsel for JPMorgan Chase & Co.
and JPMorgan Chase Bank, N.A.*

cc: All Counsel of Record via ECF