**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

July 24, 2023

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

Magistrate Judge Vera M. Scanlon
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Room 1214 South
Brooklyn, NY  11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
        No. 1:05-MD-1720 (MKB)(VMS)

Dear Judges Brodie and Scanlon:

Pursuant to paragraph 27 of the Rule 23(b)(3) Class Settlement Preliminary Approval Order and paragraph 19 of the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants, Rule 23(b)(3) Class Plaintiffs respectfully request the Court's approval of the Settlement Administrator's funding request in the amount of $724,832.37 from the Payment Interchange Class I QSF and the Class Settlement Interchange Escrow Account. This request covers invoices from the period December 2022 through June 2023 and includes work related to staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, data preparation related to the potential claims process, hosting efforts, and periodic reporting for counsel.

Attached as Exhibit A is the Settlement Administrator's funding request (which has been redacted only to remove sensitive banking information).

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ Merrill G. Davidoff* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

Attachment

cc:    All Counsel via ECF