

August 8, 2023

The Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
           Case No. 1:05-MD-1720 (MKB)(VMS)

Dear Judge Brodie:

    We write on behalf of the Settling Parties in the Rule 23(b)(3) class action in the above-captioned matter.

    The deadline to petition the Supreme Court for certiorari in this matter was July 24. No petitions were filed. Therefore, pursuant to Paragraph 3(ss) of the Superseding and Amended Definitive Class Action Settlement Agreement, the "Settlement Final Date" is August 8, 2023.

    Accordingly, the Settling Parties suggest that it would be appropriate for the Court to convene a status conference, at which time the following matters may be discussed:

- An update on the claims process under the settlement agreement;
- The engagement of Hon. James Orenstein (Ret.) as Special Master;
- Class Plaintiffs' renewed motion for service awards;
- Any other issues the Court wishes to address.

The Honorable Judge Margo K. Brodie
Page 2

      The Settling Parties have conferred regarding their availability for a conference and suggest September 6 or 7. If neither of these dates are convenient for the Court, the Settling Parties can propose additional dates later in September.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ Merrill G. Davidoff* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | Merrill G. Davidoff | Alexandra S. Bernay |
| Thomas J. Undlin | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Gellar Rudman & Dowd LLP** |

cc:  All Counsel via ECF

94053530.2