# United States District Court Eastern District of New York

**Date: September 7, 2023,**  **Time: 2:00 PM**

**Court Reporter: Anthony Frisolone**

**Case Number: MDL 05-1720 (MKB)(VMS)**

**Case Caption: In re Payment Card Interchange Fee & Merchant Discount Antitrust**

| | |
|---|---|
| Garry Carney | Mastercard |
| Michael Shuster | Mastercard |
| Demian Orday | Visa |
| Boris Bershteyn | JP Morgan |
| Kamali Willet | JP Morgan |
| Albert Bacharach | Jack Rabbi |
| Manuel Dominguez | Old Jericho Plaintiffs |
| Craig Wilfang | (b)(3) Class |
| Laddie Montague | (b)(3) Class |
| Michael Kane | (b)(3) Class |
| Alexandra Bernay | (b)(3) Class |
| Steve Shadowen | (b)(2) Class |
| Linda Nussbaum | (b)(2) Class |
| Jeffry Shinder | 7-Eleven |
| Bob Vizas | Visa |
| Alicia Cobb | Home Depot |
| Steig D. Olson | Home Depot |
| Amy Vegari | Wells Fargo |

# United States District Court Eastern District of New York

| | |
|---|---|
| Paul Schoeman | Walmart |
| Jana Eisinger | Branded Operators |
| John Pentz | Unlimited Vacations |
| Craig Wilfang | (b)(3) Class |
| Laddie Montague | (b)(3) Class |
| Patrick Coughlin | (b)(3) Class |
| Alexandra Bernay | (b)(3) Class |
| Steve Shadowen | (b)(2) Class |
| Linda Nussbaum | (b)(2) Class |
| Jeffry Shinder | 7-Eleven |
| Bob Vizas | Visa |
| Kim Hurlihy | Grubhub |
| Alicia Cobb | Home Depot |
| Kathy Patrick | Target |
| Amy Vegari | Wells Fargo |
| Melita Wallace | Cohen Milstein |
| Donna Ioffredo | Paul Weiss for Mastercard Defendants |
| Ryan Marth | Rule 23(b)(3) Plaintiffs |
| Tom Undlin | Rule 2B(6)(3) Plaintiffs |
| Joe Goldberg | Rule 2B (6)(3) Plaintiffs |
| Matthew Eisenstein | Arnold and Porter (Visa) |
| Paul Rothstein | Jack Rabbit |

# United States District Court Eastern District of New York

| Mark Rifkin | Wilf Haldenstein |
| --- | --- |
| Abby Rudzin | Capital One |
| Marc Greenwald | Quinn Emanuel |
| Benjamin R. Nagin | Citi |
| *** The names listed are the individuals who signed in and/or spoke; Several other parties may have been present in the Courtroom but did not speak or sign in with the Court. | |