**Robbins Geller Rudman & Dowd LLP**

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

September 12, 2023

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY  11201

Magistrate Judge Vera M. Scanlon  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Room 1214 South  
Brooklyn, NY  11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(VMS)

Your Honors:

Rule 23(b)(3) Class Counsel write to follow-up on the funding request from Epiq submitted on July 24, 2023.  ECF 8879.  To date, this request has not been approved.  If additional information is needed, or any questions regarding this request, Epiq has stated that they are available to answer any questions Your Honors might have.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

cc:    All Counsel via ECF