UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | No. 05-md-01720 (MKB) (VMS) |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

Pursuant to the Court's October 4, 2023 minute order, the parties submit the following proposed briefing schedule regarding (i) defendants' motion to enforce the Rule 23(b)(3) Class Settlement Agreement, or in the alternative for summary judgment, with respect to certain claims brought by Intuit Inc. and Intuit Payment Solutions, LLC (collectively, "Intuit") in *Intuit, Inc., et al. v. Visa Inc., et al.*, No. 1:21-cv-01175-MKB-VMS (E.D.N.Y.), and Block Inc., f/k/a Square, Inc. ("Square") in *Block, Inc. v. Visa Inc., et al.*, No. 1:23-cv-05377-MKB-VMS (E.D.N.Y.), and (ii) cross-motions for summary judgment by plaintiffs in the *Intuit*, *Block*, *Camp Grounds Coffee, LLC v. Visa Inc., et al.*, No. 1:21-cv-03401-MKB-VMS (E.D.N.Y.), and *Lanning et al. v. Visa Inc., et al.*, No. 1:21-cv-02360-MKB-VMS (E.D.N.Y.) actions:

1. The deadline for defendants' motion to enforce, or in the alternative, for summary judgment shall be November 1, 2023.

2. The deadline for plaintiffs to oppose defendants' motion and for any cross-motions for summary judgment shall be December 4, 2023.

3. The deadline for defendants to reply in support of their motion and to oppose any cross-motions for summary judgment shall be January 8, 2024.

4. The deadline for plaintiffs to reply in support of any cross-motion for summary judgment shall be January 29, 2024.

All papers are to be filed consistent with Paragraph 3.D of Judge Brodie's Individual Practices and Rules.

Dated: October 10, 2023.

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Matthew A. Eisenstein*
    Anne P. Davis
    Matthew A. Eisenstein
    601 Massachusetts Avenue, NW
    Washington, DC   20001-3743
    (202) 942-5000
    anne.davis@arnoldporter.com
    matthew.eisenstein@arnoldporter.com

    Robert J. Vizas
    Three Embarcadero Center, 10th Floor
    San Francisco, CA   94111-4024
    (415) 471-3100
    robert.vizas@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**
    Michael S. Shuster
    Demian A. Ordway
    Blair E. Kaminsky
    425 Lexington Avenue
    New York, NY   10017
    (646) 837-5151
    mshuster@hsgllp.com
    dordway@hsgllp.com
    bkaminsky@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Gary R. Carney*
    Brette Tannenbaum
    Gary R. Carney
    1285 Avenue of the Americas

> New York, NY 10019-6064
> Tel.: (212) 373-3000
> Fax: (212) 757-3990
> gcarney@paulweiss.com
>
> Kenneth A. Gallo
> Donna M. Ioffredo
> 2001 K Street, NW
> Washington, DC 20006-1047
> Tel.: (202) 223-7300
> Fax: (202) 223-7420

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Adam B. Wolfson*
> Adam B. Wolfson
> Kevin Y. Teruya
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017-2543
> Tel.: (213) 443-3000
> Fax: (213) 443-3100
> adamwolfson@quinnemanuel.com
> kevinteruya@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Manisha M. Sheth*
> Marc L. Greenwald
> Manisha M. Sheth
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> marcgreenwald@quinnemanuel.com
> manishasheth@quinnemanuel.com

        Justin T. Reinheimer
        50 California Street, 22nd Floor
        San Francisco, California 94111
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700
        justinreinheimer@quinnemanuel.com

*Counsel for Plaintiff Block, Inc.*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ, LLP**

By: */s/ Mark Carl Rifkin*
      Mark Carl Rifkin
      Thomas H. Burt
      270 Madison Avenue
      New York, NY 10016
      212-545-4600
      Fax: 212-545-4653
      rifkin@whafh.com
      burt@whafh.com

**PEARSON WARSHAW, LLP**
      Benjamin Ernest Shiftan
      555 Montgomery Street
      Suite 1205
      San Francisco, CA 94111
      415-433-9000
      Fax: 415-433-9008
      bshiftan@pwfirm.com

      Daniel L. Warshaw
      15165 Ventura Blvd.
      Suite 400
      Sherman Oaks, CA 91403
      818-788-8300
      dwarshaw@pwfirm.com

**KIESEL LAW LLP**
      Jeffrey A. Koncius
      Mahnam Ghorbani
      Nicholas Brancolini
      Nicole Ramirez Jones
      8648 Wilshire Boulevard
      Beverly Hills, CA 90211
      310-854-4444

Fax: 310-854-0812
koncius@kiesel.law
ghorbani@kiesel.law
brancolini@kiesel.law
ramirez@kiesel.law

*Counsel for Plaintiffs Lanning et al.* and *Camp Grounds Coffee, LLC et al.*

**SO ORDERED:**

Dated:

_____       _____
Brooklyn, New York                                         United States District Judge