# EXHIBIT 1

10/30/23, 2:02 PM
WHOIS search results
Case 1:05-md-01720-MKB-VMS   Document 8994-1   Filed 11/03/23   Page 2 of 5 PageID #: 524129




## Search the WHOIS Database

| settlement2023.org | Search |

### WHOIS search results

Domain Name: settlement2023.org
Registry Domain ID: 2f0ad2032b564d82ad3ce1efc73965ee-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-07-26T21:20:23Z
Creation Date: 2023-07-26T21:20:23Z
Registrar Registration Expiration Date: 2024-07-26T21:20:23Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: CR668252264
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=settlement2023.org
Registry Admin ID: CR668252266
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:

### Find your Domain

| Find your perfect domain |



### Take a look at these alternate options

settlement2023.com    $11.99   $21.99
for the first year  

X

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Manage

Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=settlement2023.org
Name Server: NS1.DNS-PARKING.COM
Name Server: NS2.DNS-PARKING.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-10-30T21:02:23Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.

See Underlying Registry Data     Contact Domain Holder

Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information *here*.

settlement2023.info   $3.99  $31.99  for the first year

PREMIUM
pra2023.org   $5.00  +$22.99/yr

Get our newsletter, join the community:

Email Address

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

10/30/23, 2:02 PM
Case 1:05-md-01720-MKB-VMS   Document 8994-1   Filed 11/03/23   Page 4 of 5 PageID #: 524131
WHOIS search results

guides

**About GoDaddy**

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

**Help Center**

Help Center

Community

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse

**Resources**

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy


https://www.godaddy.com/whois/results.aspx?itc=dlp_domain_whois&domain=https%3A%2F%2Fsettlement2023.org%2F
3/4

Account
My Products
Renewals & Billing
Create Account

Shopping
Buy a Domain
Websites
WordPress
Hosting
Web Security
Email & Office
Phone Numbers

United States - English        USD

Legal                    Privacy Policy                    Advertising Preferences                    Cookies

Do not sell my personal information

Copyright © 1999 - 2023 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy