# EXHIBIT 2

# Update April 25, 2023: All businesses processing Visa/Mastercard transactions from January 1, 2004 to January 25, 2019 must participate in the settlement case. Access the platform below for an estimation of potential refund amounts.

Retrieve Settlement Estimate (Https://Settlement2023.Org/Settlement-Amount-Estimator)

- Settlement Long-Form Notice (https://onspot.cc/wp-content/uploads/2023/07/Notice.pdf)
- Superseding and Amended Definitive Class Settlement Agreement – Filed September 18, 2018 (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7257-2_Settlement-Agreement.pdf)
- Superseding and Amended Definitive Class Settlement Agreement Appendices A through J – Filed September 18, 2018 (https://onspot.cc/wp-content/uploads/2023/07/Settlement-Agreement-Appendices-A-J.pdf)
- Memorandum & Order re: Preliminary Approval (https://onspot.cc/wp-content/uploads/2023/07/Memo-and-Order-re-Preliminary-Approval.pdf)
- Order Regarding Third-Party Claims Filing Services – Filed September 26, 2018 (https://onspot.cc/wp-content/uploads/2023/07/Order-Regarding-Third-Party-Claims-Filing-Services.pdf)
- Settlement Order and Final Judgment (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7832_Settlement-Order-and-Final-Judgment.pdf)
- Order on Motion for Settlement – Class Representative Awards (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7823_Order-on-Motion-for-Settlement.pdf)
- Order on Motion for Attorney Fees (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7822_Order-on-Motion-for-Attorney-Fees.pdf)

On March 15, 2023, the Court of Appeals for the Second Circuit upheld the majority of the District Court's final approval order. However, it directed the district court to reduce service awards to class representatives if their size was increased by time spent in lobbying efforts that would not enhance the recovery of damages. It is currently uncertain whether any party will seek further appeals, and additional information will be provided as it becomes available.

The lawsuit revolves around allegations that merchants paid excessive fees to accept Visa and Mastercard cards due to violations of antitrust laws by Visa, Mastercard, and their respective member banks.

The settlement establishes the Rule 23(b)(3) Settlement Class, which includes all individuals, businesses, and other entities that accepted Visa-Branded Cards and/or Mastercard-Branded Cards in the United States between January 1, 2004, and January 25, 2019, with certain exceptions. These exceptions consist of the Dismissed Plaintiffs, the United States government, the named Defendants in the lawsuit, including their directors, officers, or family members, and financial institutions that issued or acquired Visa-Branded Cards or Mastercard-Branded Cards or their transactions during the specified period. The Dismissed Plaintiffs refer to those who previously settled and dismissed their own lawsuit against a Defendant, along with related entities. If you are unsure whether you qualify as a Dismissed Plaintiff, you can view the list of Dismissed Plaintiffs here (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7257-2_Exhibit-1-Part-B.pdf).

The Notice (https://onspot.cc/wp-content/uploads/2023/07/Notice.pdf) contains crucial information for merchants who accepted Visa and Mastercard cards since January 1, 2004. It provides an explanation of the settlement in the class action lawsuit, as well as details about your rights and options in this case. The court has also issued a "Notice of Exclusion" (https://onspot.cc/wp-content/uploads/2023/07/A4586-4598-Notice-of-Exclusion-from-Class-Action-Settlement.pdf) to the Dismissed Plaintiffs and an additional notice (https://onspot.cc/wp-content/uploads/2023/07/A7254-7255-Notice-Regarding-Class-Action-Settlement.pdf) to those merchants, outlining their right to file claims once claim forms become available.

For complete terms of the Settlement, you should refer to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants, along with its Appendices (the "Class Settlement Agreement"), accessible here (https://onspot.cc/wp-content/uploads/2023/07/Dkt-No.-7257-2_Settlement-Agreement.pdf). In case of any discrepancies between the terms of the Notice or this website and the Class Settlement Agreement, the terms of the Class Settlement Agreement will prevail.

Please visit this website for any updates regarding the settlement or the settlement approval process.

## Current Status

**The Settlement received final approval by the district court. The Second Circuit Court of Appeals heard oral arguments and affirmed all aspects of the District Court's final approval order save one. At this time, it is unknown if any party will pursue further appeals. Additional details will be provided as they become available.**

## Important Dates

**January 1, 2004 to January 25, 2019**

Class Period

---

**July 23, 2019**

Deadline to exclude yourself from the settlement has passed

---

**July 23, 2019**

Deadline to object to the settlement has passed

---

**December 16, 2019**

District Court granted final approval to settlement

---

**March 16, 2022**

Oral argument in appeal of final approval order

---

**March 15, 2023**

Second Circuit opinion issued

---

**TBD**

Claim Filing Deadline

---

P.O. Box 2530, Portland, OR 97208-2530

©2023 Settlement-2023. All rights reserved

Privacy Policy