# EXHIBIT 3

# Settlement Amount Estimator

**Average Volume Processed Per Month ***

$30,000

**How many months have you been processing ***

65

**Estimated Settlement Amount Due:**

$ 0.00

PROCESS SETTLEMENT

A settlement of as much as $6.24 Billion and not less than $5.54 Billion will provide payments to merchants that accepted Visa and Mastercard since 2004.

P.O. Box 2530, Portland, OR 97208-2530

©2023 Settlement-2023. All rights reserved

Privacy Policy