# EXHIBIT 4

# Few Slots Left !!

# Get Settlement in 2 Simple Steps

## Step 1

Speak with a settlement specialist to go over your documents and get your confirmed disbursement amount.

## Book Appointment Now!



By Scheduling the appointment, I agree to receive text messages and/or phone calls until I request to opt out via phone or by sms. By providing my mobile, I also agree to the privacy policy, which has been provided on our website. Message & data rates may apply. We do not sell or share SMS opt-in information with any third parties.

P.O. Box 2530, Portland, OR 97208-2530

©2023 Settlement-2023. All rights reserved

Privacy Policy