# EXHIBIT 5

**EXHIBIT 5**
**(Transcription of purported voicemail from Snoop Dogg)**

Hey man Snoop Dogg, dropping in with some knowledge for all you business hustlers out there. Listen up, 'cause this is some real talk.  Check it.  If your business been dealing with Visa and Mastercard transactions from 2004 to 2019, I got some news for you.  There's a federal lawsuit settlement case going down and you might be part of it.  Here's the deal.  All businesses in that timeframe got a shot at this settlement.  It's like a chance to get what's rightfully yours, ya feel me?  So if you wanna know how much you might be looking at for a potential refund, all you gotta do is visit settlement2023.org.  Yea that's right, settlement2023.org is where you wanna be to get the low down on those potential refund amounts.  It's all about keeping it fair, and you know your main man, Snoop's always got your back!  So hit up that website and see what's up, settlement2023.org.  Thanks for listening and remember, keep those businesses rolling and those Visa/Mastercard transactions flowing.  Stay real ya'll!