# EXHIBIT 6

**Xan Bernay**

| | |
|---|---|
| **From:** | info@mail.settlement2023.org on behalf of Settlement2023 <info@mail.settlement2023.org> |
| **Sent:** | Monday, October 30, 2023 4:16 PM |
| **To:** | Xan Bernay |
| **Subject:** | Thank You for Booking an Appointment! |

EXTERNAL SENDER

Dear Alexandra Bernay,

I hope this email finds you well. We are pleased to confirm that your appointment for participating in the settlement suit has been tentatively scheduled. Our team at settlement2023 will be handling your case, and a case manager will be assigned shortly to help throughout the process.

In order to keep our upcoming meeting on November 3, 2023 at 11:30 AM, we kindly request your cooperation in providing us with the **last 2 months credit card processing statements 24 Hours prior to your appointment.** These statements will assist us in efficiently processing the settlement refund, ensuring a seamless and timely resolution for you.

To maintain confidentiality and security, please share the 2 months requested credit card statements through the secure channel: **Click Here to Upload Docs**

All personal and financial information will be handled in compliance with all data protection regulations.

If you have any concerns or questions regarding the document submission process or the settlement suit in general, please do not hesitate to reach out to us at info@settlement2023.org

We appreciate your cooperation and look forward to assisting you with the settlement suit.

Thank you for choosing settlement2023.org.

Best regards,

settlement2023.org
info@settlement2023.org

1