# EXHIBIT 7

To whom it may concern

I am co-lead counsel in the above case. Please have this email shared with your legal counsel, if possible.

I have been alerted to messages your company has been sending via voicemail as well as your website, settlement2023.org

There are numerous issues with the message and website and we demand that you cease and desist your conduct.

To be specific, your website copies the home page of the official court-approved website, even including the address of the settlement administrator. We have sought a takedown order from your web hosting company.

In addition, there are numerous false and misleading statements that your company has on the site and other pages associated with your company. It falsely states that: "All businesses processing Visa/Mastercard transactions from January 1, 2004 to January 25, 2019 must participate in the settlement case."  There is a button that then leads to a calculator page that purports to show a "settlement amount estimator." Then there is a button that says "process settlement." These statements are also false.

This then leads to another page that states "get settlement in 2 simple steps."  Step one is "Speak with a settlement specialist to go over your documents and get your confirmed disbursement amount."  Your company cannot provide a "confirmed disbursement amount." This is false.

Further, once an "appointment is made an email is sent requesting two months of processing statements", purportedly to "assist us in efficiently processing the settlement refund," This also appears false and/or misleading.

We also note that every page of your site fails to include the Court-ordered disclaimer language. We plan to alert the Court to your highly suspect business operations and will seek an order to show cause as to why your company should be allowed to have anything to do with the settlement in this matter. We will also seek to cancel any contracts you may have entered into based on these false and misleading actions.

Please call me as soon as possible at
619 231 -1058 to discuss how you can come into compliance.

Best

Xan Bernay