# EXHIBIT 8

# Upload Statement

Please upload the Credit Card Processing statements from the last two months. Please make sure that the statements are uploaded at least 24 hours before your scheduled appointment.

## Step 2

Upload your credit card processing statements here. If you do not have your statement ready, you can follow the instructions sent to your email to come back and upload.

## Why do we need this?

"We request this information to establish a baseline of your recent charges and calculate an average. It's important to note that not all fees are related to the lawsuit."

## Where to Find Statement?

"Login to your merchant account and download your last 2 months of credit card processing statements."

Upload Your Statement *



Submit

P.O. Box 2530, Portland, OR 97208-2530

©2023 Settlement-2023. All rights reserved

Privacy Policy