# EXHIBIT 9

## Xan Bernay

| | |
|---|---|
| **From:** | info@mail.settlement2023.org on behalf of Settlement2023.org <info@mail.settlement2023.org> |
| **Sent:** | Monday, October 30, 2023 4:33 PM |
| **To:** | Xan Bernay |
| **Subject:** | Appointment Confirmation - Zoom Booking Confirmed! |

EXTERNAL SENDER
Dear Alexandra Bernay,

Thank you for uploading the required document. We are pleased to confirm your booking and provide you with the details for your upcoming Zoom Appointment

Booking Details:

Date: November 3, 2023
Time: 11:30 AM PDT
Zoom Link: https://us05web.zoom.us/j/87368765910?pwd=jiqP3cBwke4WSV5yLHaqIcyMtEwl3j.1

In case your plans change and you need to cancel or reschedule the meeting, you can do so by using the following links:

To cancel the booking, please click Cancel.
To reschedule the booking, please click Reschedule.

Please make sure to mark your calendar for the scheduled time. If you have any questions or need further assistance, please feel free to reach out to us at info@settlement2023.org.

We look forward to meeting you on Zoom and discussing the matters at hand. Should you require any additional information, please do not hesitate to get in touch.

Thank you for choosing our services.

Best regards,

Jeff Russell
Settlement2023.org