**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

November 8, 2023

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY  11201

Magistrate Judge Vera M. Scanlon  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Room 1214 South  
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(VMS)

Dear Judges Brodie and Scanlon:

     Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2) ("Settlement Agreement"), Rule 23(b)(3) Class Counsel ("Class Counsel") respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in October related to the claims administration process. Attached as Exhibit A is Wright On's Invoice #1220-4360R for $64,029.75. The expenses are related to services including design, social media research and review, trade association and merchant outreach, development of presentations for educational outreach, database development, and other tasks as detailed in Exhibit A.

Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

Exhibit A

cc: All Counsel via ECF