**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

November 21, 2023

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

     Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Your Honors:

     Rule 23(b)(3) Class Counsel ("Class Counsel") write to provide an update regarding the suspect website, settlement2023.org. As of today, the website is down, following Epiq's takedown request to the site's host, Hostinger.com.

     Visits to the site now direct to a blank page stating the site can't provide a secure connection.

     Class Counsel has sent additional emails to the only contact addresses we have been able to find to again alert them to the Court's November 27, 2023 deadline and to provide information regarding the takedown of the website. No response has ever been received.

     Currently there is no way to know how many, if any, class members have contracted with settlement2023.org for claims filing or other services while the site was active and we do not know if the people behind the website have other, undiscovered, websites.

     Epiq has been instructed to be on the lookout for claims submitted by that entity when the claims process opens.

     Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

cc:    All Counsel via ECF

4868-8270-9394.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com