UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-md-01720 (MKB) (JAM) |
| This Document Applies to:<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc. et al.*, Case No. 05-md-01720 (MKB) (JAM) | |

**EQUITABLE RELIEF CLASS PLAINTIFFS AND DEFENDANT CAPITAL ONE'S JOINT STATUS REPORT REGARDING DISCOVERY DISPUTE**

Pursuant to the Court's November 7, 2023 Order, the Equitable Relief Class Plaintiffs ("ERCPs") and Defendants Capital One Bank, Capital One Bank (USA), N.A., Capital One F.S.B., and Capital One Financial Corporation ("Capital One") hereby submit this Joint Status Report Regarding Discovery Dispute.

On November 1, 2023, the Court heard argument on ERCPs' letter motion to compel (ECF No. 8921). On November 7, 2023, the Court ordered the parties to "meet and confer to discuss whether the scope of the requests can be narrowed and whether the discovery dispute can be resolved without the need for Court intervention." Order of Magistrate Judge Vera M. Scanlon (Nov. 7, 2023). The Court also ordered Capital One to "determine what categories of documents can be readily produced." *Id.* Finally, the Court ordered the parties to submit, by December 1, 2023, a joint status report regarding the status of their efforts. *Id.*

ERCPs and Capital One are negotiating the scope of ERCPs' requests, and Capital One is working to identify the categories of documents that it can readily produce. However, in order to resolve their dispute without further Court intervention, the parties require additional time. Accordingly, ERCPs and Capital One have agreed to continue their negotiations and propose to

update the Court on the status of their efforts, including identifying any remaining disputes, within 45 days from the date of this Joint Status Report.

Dated: December 1, 2023

Respectfully submitted,

HILLIARD & SHADOWEN LLP
By: /s/ Steve D. Shadowen
Steve D. Shadowen
Richard Brunell
Sherwin Faridifar
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
sfaridifar@hilliardshadowenlaw.com

GRANT & EISENHOFER P.A.
Robert G. Eisler
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
reisler@gelaw.com

FREED KANNER LONDON & MILLEN LLC
Michael J. Freed
Robert J. Wozniak
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mfreed@fklmlaw.com
rwozniak@fklmlaw.com

NUSSBAUM LAW GROUP, P.C.
Linda P. Nussbaum
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

*Co-Lead Counsel for*
*Equitable Relief Class Plaintiffs*

        O'MELVENY & MYERS LLP
By: /s/ Abby F. Rudzin
Andrew J. Frackman
Abby F. Rudzin
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
afrackman@omm.com
arudzin@omm.com

*Counsel for Defendants Capital One Bank; Capital One Bank (USA), N.A.; Capital One F.S.B.; and Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2023, I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access this filing and notice of this filing will be sent to those parties by operation of the CM/ECF system.

                                                /s/ Steve D. Shadowen
                                                Steve D. Shadowen