**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 1, 2023

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2) ("Settlement Agreement"), Rule 23(b)(3) Class Counsel ("Class Counsel") respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in November related to the claims administration process. Attached as Exhibit A is Wright On's Invoice #1220-4374 for $141,775.77. The expenses are related to services including licensing for video, design, social media research and review, trade association and merchant outreach, development of presentations for educational outreach including filming, communication plan development, and other tasks as detailed in Exhibit A.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman**
  **& Dowd LLP**

Exhibit A

cc:    All Counsel via ECF