**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 1, 2023

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Your Honors:

Rule 23(b)(3) Class Counsel ("Class Counsel") write to provide a brief follow-up to the Proof of Service (ECF 9011) filed yesterday regarding efforts to serve the person or persons responsible for the website settlement2023.org with a copy of the Report and Recommendation issued November 28, 2023 (ECF 9009).

This morning Class Counsel received an email from the compliance department at Hostinger.com, the site that had previously hosted the settlement2023.org website, that stated the following: "We wish to inform you that [y]our email was undelivered. It seems that the customer's email no longer exists. Unfortunately, we do not have any other way to contact them." Class Counsel wrote back and asked whether the company would be willing to provide the name of the person or entity that had been associated with the website. As of 3:30 p.m. PST, no response has been received.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
  &Dowd LLP**

cc: All Counsel via ECF