

**ERIC L. CRAMER** / *CHAIRMAN*
d 215.875.3009  m 215.327.9583   ecramer@bm.net

December 4, 2023

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie<br>United States District Court for the<br>  Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | The Honorable Magistrate<br>Judge Joseph A. Marutollo<br>United States District Court for the<br>  Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
      Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 4th quarter of 2023 in the amount of $26,600,000.00 for the Class I Cash Settlement Fund.

This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before December 15, 2023.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang*<br>K. Craig Wildfang<br>Thomas J. Undlin<br>**Robins Kaplan LLP** | Eric L. Cramer<br>**Berger Montague PC** | */s/ Alexandra S. Bernay*<br>Alexandra S. Bernay<br>Patrick J. Coughlin<br>**Robbins Geller Rudman<br>  & Dowd LLP** |

cc:   All Counsel via ECF

**1818 MARKET STREET, SUITE 3600**
**PHILADELPHIA, PA 19103**
215.875.3000 | **BERGERMONTAGUE.COM**