# EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway, Suite 2900
San Diego, CA  92101 US
(858) 886-7900
info@wrightoncomm.com
wrightoncomm.com

**Invoice  1220-4399**

**BILL TO**
Alexandra Bernay
Robbins Geller Rudman &
Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA  92101

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/31/2024 | **$65,094.87** | 01/31/2024 |

| | AMOUNT |
|---|---|
| **Services**<br>Credit on file. | -20,000.00 |
| - | |
| PCS - annual hosting pcsoutreachkit.com account expense. | 240.00 |
| - | |
| PCS - (1,000) Flyers 8.5x11 portrait, 4/4 digital color, 100# white gloss text printing expense. | 253.97 |
| - | |
| PCS - national Center for American Indian Enterprise Development event attendance for communications expense. | 973.75 |
| - | |
| PCS - Photo (5) photo and (3) audio license expense. | 359.00 |
| - | |
| PCS - Social Media posts boosting expense. | 6,299.90 |
| **Services**<br>January communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately. | 56,968.25 |
| - | |
| **Services**<br>February Communications Services (initial base). | 20,000.00 |
| - | |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. ███████████. Thank you!

| TOTAL DUE | **$65,094.87** |
|---|---|

THANK YOU.