# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

January 30, 2024

**To:**   Rule 23(b)(3) Class Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:**   Funding Request for December 2023

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the month of December 2023. After application of prior pre-payment amounts received for anticipated printing and postage costs, this invoice totals $447,952.02. The invoice principally relates to the following activities: Printing and postage for the December Claim Form Mailing, staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 90816941 | December 2023 | $447,952.02 |
| | Total: | **$447,952.02** |

The below chart provides a summary of the funding received and applied to invoices to date:

| Epiq Invoice # | Billing Period / Date Received | Amount |
|---|---|---|
| Funding | September 19, 2023 | $ 2,000,000.00 |
| Funding | November 9, 2023 | $ 15,284,000.00 |
| 90797725 | October 2023 | $ 126,598.77 |
| 90797716 | October 2023 | $ 820,271.35 |
| 90807273 | November 2023 | $ 151,213.52 |
| 90807272 | November 2023 | $ 1,669,974.82 |
| 90816941 | December 2023 | $ 14,963,893.56 |
| | **Total Balance:** | **$ 447,952.02** |

As the funding has been applied in full, Epiq is requesting that $447,952.02 is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions



Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By   /s/
Amanda Sternberg
Director, Client Services' Programs