**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720<br><br>Docket No. 05-md-01720 (MKB-JAM) |
| This Document Relates To:<br><br>BARRY'S CUT RATE STORES INC.; DDMB, INC. d/b/a EMPORIUM ARCADE BAR; DDMB 2, LLC d/b/a EMPORIUM LOGAN SQUARE; BOSS DENTAL CARE; RUNCENTRAL, LLC; CMP CONSULTING SERV., INC.; TOWN KITCHEN, LLC d/b/a TOWN KITCHEN & BAR; GENERIC DEPOT 3, INC. d/b/a PRESCRIPTION DEPOT; and PUREONE, LLC d/b/a SALON PURE,<br><br>       Plaintiffs,<br><br>  v.<br><br>VISA, INC.; MASTERCARD INCORPORATED; MASTERCARD INTERNATIONAL INCORPORATED; BANK OF AMERICA, N.A.; BA MERCHANT SERVICES LLC (f/k/a DEFENDANT NATIONAL PROCESSING, INC.); BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE; BARCLAYS FINANCIAL CORP.; CAPITAL ONE BANK, (USA), N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CHASE MANHATTAN BANK USA, N.A.; CHASE PAYMENTECH SOLUTIONS, LLC; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK N.A.; CITIGROUP, INC.; CITICORP; and WELLS FARGO & COMPANY,<br><br>       Defendants. | **NOTICE OF MOTION AND EQUITABLE RELIEF CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on a date and time determined by the Court, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Margo K. Brodie, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Equitable Relief Class Plaintiffs[1] will and hereby do move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order granting their Motion for Preliminary Approval of Settlement, a proposed copy of which is filed herewith and attached as Appendix E to the fully executed Class Settlement Agreement of the Rule 23(b)(2) Class Plaintiffs and the Defendants.

This Motion is based on this Notice and the accompanying Memorandum of Law in support thereof, the attached complete and fully executed Class Settlement Agreement of the Rule 23(b)(2) Class Plaintiffs and the Defendants, along with the Appendices attached thereto, the Declaration of Class Counsel in Support of Rule 23(b)(2) Motion for Preliminary Approval of Settlement, the Declaration of Liz Lambert, the Declaration of Eric D. Green dated March 22, 2024, the Declaration of Joseph E. Stiglitz dated March 25, 2024, the Declaration of Keith B. Leffler dated March 24, 3024, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

PLEASE TAKE FURTHER NOTICE that the Equitable Relief Class Plaintiffs request oral argument on this Motion.

Dated: March 26, 2024                                Respectfully submitted,

                                                     By: */s/ Robert G. Eisler*
                                                     Robert G. Eisler

---

[1] Equitable Relief Class Plaintiffs include Boss Dental Care; Runcentral, LLC, CMP Consulting Serv., Inc., Generic Depot 3, Inc. (doing business as Prescription Depot), and PureOne, LLC.; and the certified class of which they are the named representatives.

Chad B. Holtzman
**GRANT & EISENHOFER P.A.**
485 Lexington Ave., 29th Floor
New York, NY 10017
Phone:  646-722-8500
reisler@gelaw.com
choltzman@gelaw.com

Michael J. Freed
William H. London
Robert J. Wozniak
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
mfreed@fklmlaw.com
wlondon@fklmlaw.com
rwozniak@fklmlaw.com

Linda P. Nussbaum
Susan R. Schwaiger
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Fl.
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com

Steve D. Shadowen
Richard M. Brunell
Sherwin Faridifar
**HILLIARD & SHADOWEN LLP**
1717 W. 6th Street. Suite 370
Austin, TX 78703
(855) 344-3298
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
sfaridifar@hilliardshadowenlaw.com

*Equitable Relief Class Counsel*