UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

This Document Relates To:

ALL ACTIONS.

Case No. 1:05-MD-01720 (MKB)(JAM)

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, Michelle Katherine Parikh hereby withdraws as counsel for defendants Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am Counsel at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Mastercard in this proceeding.

Dated: Washington, D.C.
April 4, 2024

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Donna Ioffredo*
Donna Ioffredo
2001 K Street, NW
Washington, D.C. 20006
202 223 7376
dioffredo@paulweiss.com

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 1:05-MD-01720 (MKB)(JAM) |

## **DECLARATION OF DONNA IOFFREDO**

I, Donna Ioffredo, declare and state as follows:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendants Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Michelle Katherine Parikh is withdrawing as counsel for defendants because she left the employ of Paul, Weiss.

2. I will continue to represent Mastercard in this proceeding.

3. Ms. Parikh's withdrawal will not delay the matter or prejudice any party.

4. Ms. Parikh is not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

April 4, 2024
Washington, D.C.

*/s/ Donna Ioffredo*
Donna Ioffredo