# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

April 12, 2024

**To:** Rule 23(b)(3) Class Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:** Funding Request for February and March 2024 Invoice and Postcard Mailing

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of February and March 2024. The invoice principally relates to the following activities: Printing and postage for Claim Form remails in February and March, staffing the toll-free number and email inbox to respond to class member questions, conflict noticing efforts, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 90835022 | February 2024 | $3,552,482.21 |
| 90844181 | March 2024 | $2,735,882.19 |
| | **Invoice Total:** | **$6,288,634.40** |

Additionally, pre-payment of $4,800,000.00 is further requested for printing and mailing of reminder postcards to Class Members who have yet to register on the settlement website or file a paper claim.

| Item | Amount |
|---|---|
| Outreach Postcard Print/Postage | $4,800,000.00 |
| **Pre-Payment Total:** | **$4,800,000.00** |

Epiq is requesting that **$11,088,364.40** is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions



Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By      /s/
        Amanda Sternberg
        Director, Client Services' Programs