

THE BRAND BEHIND YOUR BRAND

April 12, 2024

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 17 2024 ★

BROOKLYN OFFICE

United States District Court for the Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201

To Whom It May Concern:

Please accept this letter as a statement of objection in relation to the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation identified as No. 05-MD-1720 (MKB)(JAM).

ASB Sports Acquisition Inc dba Game One is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. We object to the proposed settlement. Game One is a member of the class because we are a merchant who accepts Visa and Mastercard payment cards covered by the litigation. We are a retail business that sells team sports apparel and related goods to institutions and their fans with facility operations in five states servicing customers nationwide via our 680 employees. The current credit and debit card system is anticompetitive due to the limited number of primary merchant service providers, Visa being a prime example. Swipe fees among other imposed transaction related fees have grown over the years. This settlement does not solve these primary problems within the merchant service industry.

Thank you for your consideration. Should you need to contact our attorney, Matthew Miller, he can be reached at 401 East Las Olas Blvd Ste 2000, Fort Lauderdale FL 33301, 954-765-0500.

Sincerely,

Kenneth E Finkbeiner
VP of Accounting
11500 Tailwinds Dr, Swanton OH 43558
443-889-2545

GAME-ONE.COM

Game One
11500 Tailwinds Drive
Swanton, Ohio 43558





US DISTRICT COURT FOR THE EAST DISTRICT OF NY
CLERK OF COURT
225 CADMAN PLAZA
BROOKLYN NY 11201



11201-183299