HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

No. 1:05-md-01720 (MKB) (JAM)

This Document Applies to:

*Old Jericho Enterprise, Inc., et al. v. Visa Inc.,
et al.,* No. 2:20-cv-02394 (E.D.N.Y.) (MKB)
(JAM)

TRANSMITTAL DECLARATION OF JAYME JONAT IN CONNECTION WITH
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND COUNTER-STATEMENT OF MATERIAL FACTS

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
TO BE FILED UNDER SEAL

`

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**
**TO BE FILED UNDER SEAL**

Jayme Jonat, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a partner with the law firm of Holwell Shuster & Goldberg LLP, counsel to Defendant Visa Inc.

2.    I submit this declaration in support of Defendants' Memorandum of Law in Opposition to the Old Jericho Plaintiffs' Motion for Partial Summary Judgment.

3.    Attached hereto as exhibits are true and correct copies of documents listed in the following index, all of which were documents produced in discovery.   Each document provides and is cited as support for one or more of the statements of undisputed fact set forth in Defendants' Counter-Statement in Opposition to the Old Jericho Plaintiffs' Rule 56.1 Statement of Undisputed Facts.

| **Exhibit** | **Item** |
|---|---|
| 01 | ██████████████████████████████████, bearing control numbers ZARCO000000012 to ZARCO000000017 |
| 02 | ████████████████████████████, bearing control numbers MSAG000000017 to MSAG000000026 |
| 03 | ██████████████████████████, bearing control number PIT000000114 |
| 04 | ████████████████████████████, bearing control numbers PIT000000122 to PIT000000123 |
| 05 | ████████████████████████████, bearing control numbers POINTE000000001 to POINTE000000004 |
| 06 | ██████████████████████, bearing control numbers RED_EAGLE000000021 to RED_EAGLE000000022 |
| 07 | ██████████████████████████████, bearing control numbers VICTORY000000019 to VICTORY000000061 |

`

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**
**TO BE FILED UNDER SEAL**

08 ██████████████████████████ bearing control numbers VICTORY000000393 to VICTORY000000419

09 ███████████████████████████████ bearing control numbers WLF000000072 to WLF000000074

10 ██████████████████████ , bearing control numbers WESCO000000388 to WESCO000000389

11 █████████████████████████████ , bearing control numbers BUCKS000000081 to BUCKS000000117

12 ██████████████████████ , bearing control numbers 32T000000059 to 32T000000101

13 ██████████████████████████ , bearing control numbers CHANDLER000000001 to CHANDLER000000016

14 ██████████████████████ , bearing control numbers H&H000000007 to H&H000000029

15 ██████████████████████ , bearing control numbers H&H000000080 to H&H000000102

16 ██████████████████████ , bearing control numbers H&H000000048 to H&H000000070

17 ██████████████████████ , bearing control numbers KOEHNEN000000001 to KOEHNEN000000004

18 ███████████████████████████ , bearing control numbers MSAG000000001 to MSAG000000016

19 ██████████████ , bearing control numbers MOX000000001 to MOX000000082

`

**HIGHLY CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**
**TO BE FILED UNDER SEAL**

20      ████████████████████████████████, bearing
control numbers OKY000000006 to OKY000000056

21      ████████████████████████████████, bearing control
numbers JERICHO000000279 to JERICHO000000327

22      ████████████████████████████████, bearing control
numbers PIT000000003 to PIT000000051

23      ████████████████████████████████, bearing control numbers
POINTE00000005 to POINTE00000067

24      ████████████████████████████████
████, bearing control numbers RED_EAGLE000000001 to
RED_EAGLE000000010

25      ████████████████████████████████, bearing
control numbers VICTORY000000366 to VICTORY000000392

26      ████████████████████████████████, bearing
control numbers VCAC000000001 to VCAC000000014

27      ████████████████████████████████
████, bearing control numbers
WESCO000000354 to WESCO000000358

28      ████████████████████████████████, bearing control
numbers WLF000000023 to WLF000000071

29      ████████████████████████████████
████, bearing control numbers ZARCO000000001 to
ZARCO000000010

30      ████████████████████████████████, bearing control
numbers MOX000000101 to MOX000000122

31      ████████████████████████████████,
bearing control numbers JERICHO000000022 to
JERICHO000000069

32      ████████████████████████████████,
bearing control numbers POINTE000000053 to
POINTE000000067

33      ████████████████████████████████,
bearing control numbers WLF000000001 to WLF000000022

4

`

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
TO BE FILED UNDER SEAL

34      , bearing control numbers 32T000000114 to 32T000000120

35      ███████████████████████████████, bearing control numbers BUCKS000000154 to BUCKS000000202

36      ███████████████████████, bearing control numbers PIT000000052 to PIT000000070

37      ████████████████████████████████████, bearing control number 32T000000058

38      ███████████████, bearing control numbers Sinclair-00000051 to Sinclair-00000054

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        April 11, 2024

                                    By:   /s/ Jayme Jonat

                                          Jayme Jonat

5