# EXHIBITS 1-38

# FILED UNDER SEAL