UNITED STATES DISTRICT COURT    :
FOR THE EASTERN DISTRCIT OF NEW YORK  :
    :
In re Payment Card Interchange Fee and    : No. 05-MD-1720 (MKB)(JAM)
Merchant Discount Antitrust Litigation    :

BROOKLYN OFFICE

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2024 ★

## Statement of Objections

Objector is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, I object to the proposed settlement.

Objector and all other class member merchants supported this action for 20 years to obtain relief from the unlawful and oppressive actions of the defendants in the way they control the use of their credit card systems and the fees they demand for such use.

The proposed Settlement affords only minimal relief from Visa/MasterCard's oppressive administration of their respective credit card systems. As for relief from their outrageous fees, the proposed Settlement would reduce interchange fees by just four basis points, and even that tiny relief is only temporary.

Instead of addressing the core claims in the case, the settlement merely provides merchants with a limited relief from Visa and Mastercard, we also accept Discover and American Express transactions.

We operate stores in the state of Texas which prohibit surcharging of credit card transactions. Because of this law, the principal relief is of no value to us.

Based on the outcome of the settlement, we do not believe the lawyers who negotiated it represented our best interests.

**Finally, the proposed settlement class is "mandatory." Court approval will preclude any future merchant legal action against Visa and Mastercard.**

For this meagre outcome to be the result of so many years of effort, is just unacceptable.

By:_____

Name:_____Sandra Garza_____

Company:_____La Lomita, Inc_____

Address:_____2105 Remington Ave_____

City/State/Zip:_Edinburg TX 78539_____

fedex.com 1800 GoFedEx 1.800.463.3339

RT 346

2 10:30 C

2069 04.29

FZ

**FedEx** Express

8175 7683 2069

MON - 29 APR AA
PRIORITY OVERNIGHT
DSR

**XE EGXA**

11201
NY-US
EWR

**FedEx** Express

*Package*
**US Airbill**

FedEx Tracking Number    **8175 7683 2069**

### 1 From

Date

Sender's
Name                                    Phone

Company    __LAT TRAVEL CENTER INC__

Address

City                          State      ZIP

### 2 Your Internal Billing Reference

### 3 To

Recipient's
Name                                    Phone

Company

Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.                    Dept./Floor/Suite/Room

Hold Weekday
FedEx location address
REQUIRED. NOT available for
FedEx First Overnight.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

Hold Saturday
FedEx location address
REQUIRED. Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

City                          State      ZIP

4404814  26/Apr/2024  NFEA  581G6/8FEC/C888

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be
delivered on Monday unless Saturday Delivery
is selected.

☐ Second business
will be delivered on Monday unless Saturday
Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

### 5 Packaging    *Declared value limit $500.

☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

### 6 Special Handling and Delivery Signature Options    Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without
obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address
may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's
address, someone at a neighboring
address may sign for delivery. For
residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☐ No    ☐ Yes    As per attached
Shipper's Declaration.

☐ Yes    Shipper's Declaration
not required.

☐ Dry Ice
Dry Ice, 9, UN 1845 _____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.    ☐ Cargo Aircraft Only

### 7 Payment    Bill to:

Enter FedEx Acct. No. below

☐ Sender
Acct. No. in Section
1 will be billed.

☐ Recipient    ☐ Third Party

Obtain recip.
FedEx Acct. No.

Total Packages    Total Weight _____ lbs.

611

*Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 3/19 • Part #153134 • ©1994–2019 FedEx • PRINTED IN U.S.A.

8175 7683 2069

fedex.com 1800 GoFedEx 1.800.463.3339

► Insert shipping
document here.