Robbins Geller
Rudman & Dowd LLP

Chicago    Melville    Nashville    San Diego    Wilmington
Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

May 3, 2024

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom N324  
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2), Rule 23(b)(3) Class Counsel respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in April related to the claims administration process. Attached as Exhibit A is Wright On's Invoice #1220-4442 for $76,804.65. The expenses are related to services including travel, owned media, media boosting, meeting attendance, project management, communication services, and other tasks as detailed in Exhibit A.

Respectfully submitted,

/s/ *K. Craig Wildfang*  
K. Craig Wildfang  
Thomas J. Undlin  
**Robins Kaplan LLP**

/s/ *H. Laddie Montague, Jr.*  
H. Laddie Montague, Jr.  
Merrill G. Davidoff  
**Berger Montague PC**

/s/ *Alexandra S. Bernay*  
Patrick J. Coughlin  
Alexandra S. Bernay  
**Robbins Geller Rudman & Dowd LLP**

Exhibit A

cc: All Counsel via ECF