EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway, Suite 2900
San Diego, CA  92101 US
(858) 886-7900
info@wrightoncomm.com
wrightoncomm.com

**Invoice  1220-4442**

| BILL TO | | | |
|---|---|---|---|
| Alexandra Bernay<br>Robbins Geller Rudman & Dowd LLP<br>655 W Broadway, Suite 1900<br>San Diego, CA  92101 | DATE<br>04/30/2024 | PLEASE PAY<br>$76,804.65 | DUE DATE<br>05/15/2024 |

| | AMOUNT |
|---|---|
| **Services**<br>Credit on file.<br>- | -20,000.00 |
| PCS - (5,000) Flyers 8.5x11 Indian Gaming bag insert expense.<br>- | 1,053.63 |
| PCS - (1) video, (1) photo license expense.<br>- | 140.00 |
| PCS - National Indian Gaming bag inserts expense.<br>- | 3,000.00 |
| PCS - social media boosting expense.<br>- | 1,309.96 |
| PCS - NYC April Mtg (hotel, air, taxi - J.Wright; L.Smalheiser) expense.<br>- | 1,992.51 |
| PCS - Indian Gaming Conference (travel, hotel, meal) expense.<br>- | 973.90 |
| **Services**<br>April communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately.<br>- | 68,334.65 |
| **Services**<br>May Communications Services (initial base).<br>- | 20,000.00 |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. Thank you!

**TOTAL DUE** $76,804.65

**THANK YOU.**