UNITED STATES DISTRICT COURT :
FOR THE EASTERN DISTRCIT OF NEW YORK :
:
In re Payment Card Interchange Fee and : No. 05-MD-1720 (MKB)(JAM)
Merchant Discount Antitrust Litigation :

Statement of Objections

Objector is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, I object to the proposed settlement.

Objector and all other class member merchants supported this action for 20 years to obtain relief from the unlawful and oppressive actions of the defendants in the way they control the use of their credit card systems and the fees they demand for such use.

The proposed Settlement affords only minimal relief from Visa/MasterCard's oppressive administration of their respective credit card systems. As for relief from their outrageous fees, the proposed Settlement would reduce interchange fees by just four basis points, and even that tiny relief is only temporary. **Finally, the proposed settlement class is "mandatory." Court approval will preclude any future merchant legal action against Visa and Mastercard.**

For this meagre outcome to be the result of so many years of effort, is just unacceptable.

By: ___Monica Muns___

Name: Monica Muns

Company: Fred Garrison Oil Company – Allstar Fuel

Address: 1107 Walter Griffin

City/State/Zip: Plainview TX 79072

**Allstar fuel**

Fred Garrison Oil Company
Graham Petroleum
Breckenridge Petroleum

PO Box 100 • Plainview, Texas 79073-0100

NORTH TEXAS TX 750
26 APR 2024 PM 6 L

FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
BROOKLYN OFFICE

United States District Court for the
Eastern District of New York
225 Cadman Plaza
Brooklyn NY 11201



USMS



11201-10529