

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ APR 30 2024

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT :
FOR THE EASTERN DISTRCIT OF NEW YORK :
:
In re Payment Card Interchange Fee and : No. 05-MD-1720 (MKB)(JAM)
Merchant Discount Antitrust Litigation :

Statement of Objections

Objector is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, I object to the proposed settlement.

Objector and all other class member merchants supported this action for 20 years to obtain relief from the unlawful and oppressive actions of the defendants in the way they control the use of their credit card systems and the fees they demand for such use.

The proposed Settlement affords only minimal relief from Visa/MasterCard's oppressive administration of their respective credit card systems. As for relief from their outrageous fees, the proposed Settlement would reduce interchange fees by just four basis points, and even that tiny relief is only temporary. **Finally, the proposed settlement class is "mandatory." Court approval will preclude any future merchant legal action against Visa and Mastercard.**

For this meagre outcome to be the result of so many years of effort, is just unacceptable.

By: _____Perry Rackley_____, PRESIDENT
Name: _PERRY RACKLEY_
Company: _RACKLEY OIL, INC_
Address: _PO Box 826_
City/State/Zip: _STARKVILLE, MS 39760_

P.O. Box 826 | Starkville, MS 39760 | 662-323-2380 | rackleyoil.com



**RACKLEY OIL**

P.O. Box 826
Starkville, MS 39760

rackleyoil.com



JACKSON MS 390

26 APR 2024 PM 3 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2024 ★

BROOKLYN OFFICE

United States District Court for the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

USMS

11201-183299