Clerk of the Court
225 Cadman Plaza
Brooklyn, New York 11201
VIA USPS CERTIFIED MAIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 6 2024 ★
BROOKLYN OFFICE

MDL-05-1720
(MKB)

May 3, 2024

Re: Payment Card Interchange Fee Settlement
MDTix, LLC EIN 46-1058980

Hello,
I am contacting your office out of frustration with the process to submit a claim and receive the proportionate settlement. The organization handling the process is being unresponsive and I am concerned that my claim will be denied since the deadline to file is May 31, 2024.

This is a quick history on my interaction with the settlement administrator.

1/25/24 – My first contact by email with paymentcardsettlement.com. I advised them that I had not yet received a claim form and so I had registered on the website to begin the claim process. I did receive a reply asking for specific company information (which was submitted to the website previously).

1/26/24 – After replying to their email and providing the requested information, they replied with a summary of the process for submitting a claim. (although I had already registered online. Their response was auto-generated and again directed me to the website to submit information and a claim.

1/29/24 – I sent a screenshot to the administrator showing my created account and that I did not have the figures on my estimated interchange fees during the term. Their response was auto-generated and claimed that they were looking into my inquiry and would reply as soon as possible.

2/4/24 – I received two paper claim forms vis USPS to my address. I am assuming there were two because I had two different processor during the term. Those forms were completed and mailed to the address on the forms via USPS Certified Mail. The mail pieces were both received by the administrator on 2/6/24. USPS tracking numbers 70222410000146828931 and 70222410000146828955.

2/6/24 – I followed up with the administrator by email once the forms were confirmed as delivered. I provided a history of my experience so far and asked that they confirm my claim forms. I received a reply on 2/7/24 stating that my inquiry required further consideration and a response was forthcoming.

3/18/24 – I received and email from the Administrator apologizing for the delay in response and that they were actively researching my inquiry and that a reply was coming as soon as possible. I responded that I was concerned with the amount of time it was taking to simply confirm receipt of my claims.

3/29/24 – I received this message:
*Thank you for your patience while we researched your inquiry.*

*Thank you for your patience while we researched your requesting regarding your proof of authority documentation. The POA documentation is reviewed in the order that they are received. Please note that this review can take time and the determination will not be immediate.*

*Please note that registering is not the same as filing a claim. Once you are registered and have authority to act on behalf of a Merchant, you will be able to file a claim online.*

*If the authority status is "under review" or "conflict", that means the Class Administrator has to conduct further reviews before you are able to file a claim for that particular merchant. The Class Administrator will reach out to you if additional information is needed.*

*Claims were submitted via USPS:*
*Please note that at this time, we do not know a specific date by when payments will be made.*
*A number of things have to happen before class members can be paid.*

*First, the Class Administrator will deliver claim forms to Class Members.*

*Second, the Class Administrator will use the information it receives on returned claim forms to calculate the amount it believes is due to every class member.*

*Third, the Court must approve the amounts that will be distributed to class members.*
*After the court has approved the claims distribution amounts, the Class Administrator can begin to send payments to Class Members.*

*Please note: It is your responsibility to update the Class Administrator if you move or your contact information changes.*

*For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.*

Keep in mind that I have been 'registered' on the website since November 2023. However, to this day, my account status 'Authorization Status – Under Review' and 'Claim Status – No Claim Submitted' although I have evidence that the certified mail was received by them.

4/26/24 – Again, I contacted the Administrator by email to express my growing concern that there was no update to my online account regarding authorization or claim status and that I did not want to be excluded from the settlement due their lack of progress.

5/3/24 – I received an auto-generated reply one week later to my 4/26 inquiry. Stating again that they were looking into my inquiry and would reply as soon as possible. So it has come full circle.

I have reached out to my own counsel who said it may be effective to contact your office and report the issues with the Administrator. Outside of that, I am uncertain of how I can make any progress with them and get the settlement back on track.

Some additional information you may require:

Business Name: MDTix, LLC
Complete Name: Douglas Steven Seligson
Business Address: 10787 Forest Edge Circle, New Market, MD 21774 (registered address with the State of MD)
Email Address: doug@mdtix.com
EIN: 46-1058980

Please advise on how to ensure that the Administrator has the necessary information to process my claim and that I will not be excluded because they have not acted in good faith prior to the claim filing deadline.

I can also be reached at 301.401.5161 if you need additional information.

Thank you for your time in addressing my concerns.

Douglas Seligson
Owner
MDTix, LLC
301.401.5161
doug@mdtix.com

*As of 5/4/24*

# Merchant Portal - Account Summary

## Account: doug@mdtix.com

The grid below shows all the Merchants linked to your account. Once the Class Administrator has determined you are authorized to view information about these Merchants, you can take additional actions for each, including submitting a Claim, by clicking on the link in the Interchange Fee Total column. If you do not see a link in the Interchange Fee Total column for a particular Merchant, then you are not authorized to view interchange transaction information for that Merchant yet. The Class Administrator will contact you when any authorization documentation has been reviewed, if applicable, or will otherwise contact you to request additional information if needed. On this page, you can also view a record of any Correspondence sent to you, or use the buttons at the bottom of the page to take additional actions as applicable.

### Account Summary

Show [10] entries                                                                                         Search: [      ]

| Claimant ID | Control No. | TIN | Merchant Name | Preferred Merchant Name | Authorization Status ⓘ | Claim Status | Interchange Fee Total |
|---|---|---|---|---|---|---|---|
|  |  | XXXXX8980 | MDTIX COM |  | Under Review | No Claim Submitted |  |

Showing 1 to 1 of 1 entries                                                                                                    [1]

Export Data

**Registration and settlement question** External › Inbox ×



**Doug MDTix** <doug@mdtix.com>
to info

Thu, Jan 25, 10:44 AM

Hello,
I never received any documentation by mail, so I registered on the website over a month ago.
The Company is MDTix and the last four of the TIN is 8980.

I have not received any confirmation of my registration or any further information regarding the claim or a claimant ID assignment.

Could you provide an update and/or acknowledgement that MDTix is a legitimate claimant and a rough timeline for determining and paying out the claim?

Thank you for your assistance.

--
Doug Seligson
MDTix, LLC
Frederick, Maryland 21701
info@mdtix.com

www.mdtix.com
Facebook
Twitter
LinkedIn



**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Thu, Jan 25, 4:20 PM

Dear Doug Seligson,

Thank you for your email.

We would be happy to research your inquiry. In order to locate your record in our database, please provide the Claimant ID as shown on your claim form.

If you have not received the Claim Form please provide ALL of the following information:

• Business Name
• Your complete name
• Business address
• Your email address
• EIN/TIN
• Any and all previous addresses that may be associated with your record

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Amanda A.
Payment Card Interchange Fee Settlement Administrator
...
...

[Message clipped] View entire message



**Doug MDTix** <doug@mdtix.com>
to Payment

Thu, Jan 25, 4:50 PM

Thank you for your quick reply.
I have not received the form by mail, however I did register on the paymentcardsettlement.com site back in December.

Here is the information you have requested:
Business Name: MDTix, LLC
Complete Name: Douglas Steven Seligson
Business Address: 10787 Forest Edge Circle, New Market, MD 21774 (registered address with the State of MD)
Email Address: doug@mdtix.com
EIN: 46-1058980
Previous Addresses: 47 East All Saints St. Frederick, MD 21701 / 5 Vista Ave. Thurmont MD 21788 / POB 123 Frederick, MD 21705 (still in use)

Please advise.
Thank you.
...





1|5



**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Jan 26, 2024, 1:40 PM

Dear Doug Seligson,

Thank you for your email.

Settlement Class Members consist of, with some exceptions:

All persons, businesses, and other entities that have accepted any Visa-Branded Cards and/or Mastercard-Branded Cards in the United States for payment from cardholders at any time from January 1, 2004, to January 25, 2019.
Using a credit or debit card does not qualify you for the settlement unless you also accepted the cards as a form of payment.

Claim forms began being sent in December 2023, and will continue being sent. If you do not receive a claim form, but believe you are a class member, you can request a claim form online at paymentcardsettlement.com or by calling 800-625-6440 or by writing to info@paymentcardsettlement.com.

Blank claim forms are available to download on the "Documents" page of the settlement website. A link is also available at the bottom of the "Submit a Claim" page.

Alternatively, you can go to https://paymentcardsettlement.com/en/Login and use the TIN associated with the business to create a login. Please note that you will also need to provide documentation showing you have the right to act on behalf of the merchant to which the TIN belongs.

Once it is determined that you have authority to file a claim on behalf of your registered TIN, you can provide your own merchant data or other information about your business to file a claim and assist the Class Administrator in querying the Defendants' databases for qualifying Interchange Fees Paid by your business.

Settlement Payments will be made after all claims are received and processed following the Claims Deadline of May 31, 2024. Please be patient.

For more information, please call 1-800-625-6440 or visit the settlement website.

Regards,

Pooja R.

---



**Doug MDTix** <doug@mdtix.com>
to Payment

Jan 27, 2024, 9:22 AM

Hello,

It seems as if all of the replies I'm getting are auto generated.
As I noted in my previous reply, I created a login at the paymentcardsettlement.com site back in December.
It can be referenced by the business name MDTix, LLC, or the EIN 46-1058980

What I am seeking is confirmation that I am registered and that my claim is under review.
Please let me know if this is adequate to review my claim, or I should also download and complete the claim form? Is that necessary if I already registered on the site?

Thank you.

---

**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Jan 29, 2024, 9:29 AM

Dear Doug Seligson,

Thank you for your email.

You will need to log into the Merchant Portal at www.paymentcardsettlement.com and follow instructions for logging into the Merchant Portal. Once logged in, you will be asked to provide your total Interchange Fees for the Class period. After providing that information, you will be able to click the "File a Claim" button.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Shawn M.

---



**Doug MDTix** <doug@mdtix.com>
to Payment

Jan 29, 2024, 10:13 AM

This is what my account summary page is showing (attached)
I do not know what my interchange fees were and that has never been provided by either processor I have used in the past (Eleavon and WePay).
Does the Class Administrator have access to these figures?

One attachment • Scanned by Gmail

2/5


**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Dear Doug Seligson,

Thank you for your email.

We are looking into your inquiry and will get back to you as soon as possible.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Imani B.

Jan 31, 2024, 3:06 PM

---


**Doug MDTix** <doug@mdtix.com>
to Payment

Good morning,

It has been over a month since your last reply. I am concerned because the claim registration ends in May.
Here is what I have done so far.

- Having not initially received claim information from your firm, I registered on the website in late December 2023 under doug @ mdtix.com. There has been no update to the claim status in the online portal since then and the authorization status still shows as under review.
- I was mailed two authorization forms by your firm in late January 2024. I'm assuming it is because during the term I used both WePay and Elavon as card processors.
- Both forms were completed and returned to your firm via USPS Certified Mail on February 6, 2024. (see attached photo of both tracking receipts)
- As of March 6, 2024 I have received no confirmation of my authorization or claim status either in the online portal or through US Mail.

What I need is a confirmation from your firm that you have received my documentation and that a claim is forthcoming.
The company name is MDTix, LLC and the TIN ends in 8980.

Thank you for your attention to this matter.
(1 attachment)

Mar 6, 2024, 8:49 AM

One attachment • Scanned by Gmail



---


**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Dear Doug Seligson,

Thank you for your email.

Your inquiry requires further consideration, we will respond to you once information is available.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Rassfeld N.

Mar 7, 2024, 8:54 AM

---

**Payment Card Settlement** <info@paymentcardsettlement.com>
to me

Dear Doug Seligson,

Thank you for your email.

We apologize for the delay in responding to your inquiry. We wanted to let you know that we are actively researching your inquiry and will reply as soon as possible. You patience is greatly appreciated.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Mar 18, 2024, 1:48 PM

3/5



**Doug MDTix** <doug@mdtix.com>
to Payment

Mon, Mar 18, 2:13 PM

Thank you.
I am growing quite concerned because it seems as if this has been being 'researched' for over two months.
Certainly, there are thousands of other merchants involved, but I know that the deadline is growing closer and I don't know how to escalate this.

It should only require matching up the TIN with the LLC and providing the authorization and interchange amounts to me. Also, I did return the two authorization forms you sent me by US Mail.
I'm not sure what else is needed to get me authorized and eligible for the settlement.

Thank you for your assistance.

...



**Payment Card Settlement**
to me

Fri, Mar 29, 9:25 AM

Dear Doug Seligson,

Thank you for your patience while we researched your inquiry.

Thank you for your patience while we researched your requesting regarding your proof of authority documentation.  The POA documentation is reviewed in the order that they are received. Please note that this review can take time and the determination will not be immediate.

Please note that registering is not the same as filing a claim. Once you are registered and have authority to act on behalf of a Merchant, you will be able to file a claim online.

If the authority status is "under review" or "conflict", that means the Class Administrator has to conduct further reviews before you are able to file a claim for that particular merchant. The Class Administrator will reach out to you if additional information is needed.

Claims were submitted via USPS:
Please note that at this time, we do not know a specific date by when payments will be made.
A number of things have to happen before class members can be paid.

First, the Class Administrator will deliver claim forms to Class Members.

Second, the Class Administrator will use the information it receives on returned claim forms to calculate the amount it believes is due to every class member.

Third, the Court must approve the amounts that will be distributed to class members.
After the court has approved the claims distribution amounts, the Class Administrator can begin to send payments to Class Members.

Please note: It is your responsibility to update the Class Administrator if you move or your contact information changes.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Imani B.
Payment Card Interchange Fee Settlement Administrate

...



**Doug MDTix** <doug@mdtix.com>
to Payment

Mar 29, 2024, 9:35 AM

Ok, thank you.
I'm just glad to have some positive acknowledgement that the claims were acknowledged.

...



**Doug MDTix** <doug@mdtix.com>
to Payment

Fri, Apr 26, 3:57 PM (8 days ago)

Hello,
It has now been three months since my first inquiry.
I'M VERY CONCERNED BECAUSE THE FILING DEADLINE IS NOW A MONTH AWAY AND:
1) THE ONLINE PORTAL IS STILL SHOWING MY AUTHORIZATION STATUS AS UNDER REVIEW.
2) THE CLAIM STATUS IS SHOWING AS NO CLAIM SUBMITTED.
3) THE FILING DEADLINE IS MAY 31 AND THERE HAS BEEN NO ACTION ON MY CLAIM TO DATE. (that I have been informed of)

I have now had numerous phone conversations with your organization and continue to get 'stock' answers about my inquiries.
I really need to know what exactly is going on because I don't want to be excluded if there is no action on your part by May 31.
I returned the claim forms (there were two different processors during the claim term) you mailed me on February 6, and have receipts that it was delivered to you on February 9.
The company name is MDTix, LLC and the TIN is 46-1058980

PLEASE advise on my status with more detail. If I am missing information in the submission, I need to know that ASAP.
I understand that this all takes time, however, the deadline for me to be included is drawing near and I need confirmation that my claim is proceeding.

Thank you for your assistance in advance.

...





**Doug MDTix** <doug@mdtix.com>
to Payment

Fri, Apr 26, 3:57 PM (8 days ago)

Hello,

It has now been <u>three months</u> since my first inquiry.
I'M VERY CONCERNED BECAUSE THE FILING DEADLINE IS NOW A MONTH AWAY AND:
1) THE ONLINE PORTAL IS STILL SHOWING MY AUTHORIZATION STATUS AS UNDER REVIEW.
2) THE CLAIM STATUS IS SHOWING AS NO CLAIM SUBMITTED.
3) THE FILING DEADLINE IS MAY 31 AND THERE HAS BEEN NO ACTION ON MY CLAIM TO DATE. (that I have been informed of)

I have now had numerous phone conversations with your organization and continue to get 'stock' answers about my inquiries.
I really need to know what exactly is going on because I don't want to be excluded if there is no action on your part by May 31.
I returned the claim forms (there were two different processors during the claim term) you mailed me on February 6, and have receipts that it was delivered to you on February 9.
The company name is MDTix, LLC and the TIN is 46-1056980

PLEASE advise on my status with more detail. If I am missing information in the submission, I need to know that ASAP.
I understand that this all takes time, however, the deadline for me to be included is drawing near and I need confirmation that my claim is proceeding.

Thank you for your assistance in advance.

...

**Info@PaymentCardSettlement.com**
to me

Fri, May 3, 1:29 PM (18 hours ago)

Dear Doug Seligson,

Thank you for your email.

We are looking into your inquiry and will get back to you as soon as possible.

For more information, please call 1-800-625-6440 or visit the settlement website at www.PaymentCardSettlement.com.

Regards,

Polex L.

...

...

5/5