**ROBINS KAPLAN** LLP

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800  612 339 4181 FAX
MINNEAPOLIS MN 55402  ROBINSKAPLAN.COM

May 13, 2024

The Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
Case No. 1:05-MD-1720 (MKB)(VMS)

Dear Judge Brodie:

I write on behalf of Rule 23(b)(3) Class Counsel regarding Mr. Seligson's letter [ECF No. 9286].

Upon learning of Mr. Seligson's issues, Class Counsel coordinated with the Administrator to review the information that Mr. Seligson submitted in support of his claim. The Administrator then approved his claim for filing and communicated that status to him. After being contacted by the Administrator and Class Counsel, Mr. Seligson responded that he was satisfied with the response and had filed his claim.

Respectfully submitted,

*/s/ Ryan W. Marth*

Ryan W. Marth
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*

H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*

Alexandra S. Bernay
**Robbins Gellar Rudman
& Dowd LLP**

cc:  All Counsel via ECF

94915742.1