# Arnold & Porter

**Matthew A. Eisenstein**
+1 202.942.6606 Direct
Matthew.Eisenstein@arnoldporter.com

May 31, 2024

**BY ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-01720 (MKB) (JAM); *Intuit Inc. et al. v. Visa Inc. et al.*, 1:21-cv-01175-MKB-JAM (E.D.N.Y.); *Block, Inc. v. Visa Inc. et al.*, 1:23-cv-05377-MKB-JAM (E.D.N.Y.); *Lanning et al. v. Visa, Inc. et al.*, 1:21-cv-02360-MKB-JAM (E.D.N.Y.); *Camp Grounds Coffee, LLC et al. v. Visa, Inc. et al.*, No. 1:21-cv-03401-MKB-JAM (E.D.N.Y.)

Dear Judge Brodie:

In response to Your Honor's May 28, 2024 order, the parties in the *Intuit*, *Block*, and *Lanning/Camp Grounds* actions have conferred and identified portions of Your Honor's May 28, 2024 decision on Defendants' motion to enforce the Settlement Agreement, and Intuit's and the Lanning and Camp Grounds Plaintiffs' cross-motions for summary judgment, that the parties believe should be redacted prior to the public filing of that decision. We accordingly are filing publicly by ECF copies of that decision with the parties' redactions applied, and are filing under seal the decision with those redactions highlighted.

Respectfully submitted,

*/s/ Matthew A. Eisenstein*
Matthew A. Eisenstein
*Counsel for Visa*

Enclosures
cc: All Counsel of Record by ECF