# EXHIBIT A

**Proposed Pre-Trial Schedule for MDL 1720**

| | |
|---|---|
| April 1, 2024 | Exchange initial witness lists |
| April 1 – August 31, 2024 | Trial depositions of undeposed witnesses |
| April 26, 2024 | Exchange preliminary exhibit lists |
| June 28, 2024 | Exchange preliminary objections to exhibits |
| August 1, 2024 | Simultaneous exchange of supplemental expert reports |
| October 1, 2024 | Exchange Final Exhibit Lists<br>Exchange Deposition Designations<br>Deadline to Conclude All Supplemental Fact Discovery and Disclosures |
| October 11, 2024 | Exchange proposed voir dire, jury instructions, and verdict form<br>Serve Motions in Limine |
| November 1, 2024 | Counter Designations of Depositions<br>Exchange Other Required Components of Joint Pretrial Order (counsel, witness list, proposed stipulations of fact, etc.) |
| November 25, 2024 | Responses to Motions in Limine |
| November 1 – December 6, 2024 | Negotiate objections to components of pretrial order<br><br>Negotiate proposed voir dire, jury instructions, and verdict form |
| December 13, 2024 | Submission of Joint Pretrial Order (incl. deposition designations, counter-designations and objections, and reply designations and objections to counter-designations; exhibit lists w/objections & stipulations; stipulated facts; and proposed voir dire, jury instructions, and verdict form)<br>MIL fully submitted |
| January 15, 2025 | Exchange 1006 exhibits and Submit Materials Required by Rule 4 |
| February 3, 2025 | Trial commences |