UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
EASTERN DISTRICT OF NEW YORK

PAYMENT CARD INTERCHANGE FEE
AND MERCHANT DISCOUNT ANTITRUST
LITIGATION

Case No.: 1:05-md-01720-MKB-VMS

NOTICE OF INQUIRY

Plaintiff request to know if case listed above is still pending, and if so, will you provide with Claim Administrative (or attorney) address.

Carlton X. Mathews DC# J27519
Santa Rosa C.I.
5850 East Milton Rd
Milton, FL 32583

Carlton X. Matthew #J91919
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583

United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 05 2024 ★
BROOKLYN OFFICE

USMS

