**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

June 7, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

Pursuant to your text-only Order dated June 7, 2024, Rule 23(b)(3) Class Counsel has served the law firm Milberg Coleman Bryson Phillips Grossman, LLC a copy of your Order by email.

          Respectfully submitted,

          */s/ Alexandra S. Bernay*
          Patrick J. Coughlin
          Alexandra S. Bernay
          **Robbins Geller Rudman
            & Dowd LLP**

cc:  All Counsel via ECF