Robbins Geller
Rudman & Dowd LLP

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

June 17, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
            No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

    As a courtesy, Rule 23(b)(3) Class Counsel ("Class Counsel") is filing Milberg Coleman Bryson Phillips Grossman, LLC's ("Milberg") response to the Court's Order dated June 7, 2024, as the firm has not yet made an appearance in this Action.

    Milberg's response is attached as Exhibit A, and Class Counsel's response will be filed June 24, 2024, as ordered by the Court.

                                Respectfully submitted,

                                ALEXANDRA S. BERNAY

Attachment

cc:   All Counsel via ECF
      Gary M. Klinger (via email)