# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

June 14, 2024

**To:**   **Rule 23(b)(3) Class Counsel**
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:**   **Funding Request for April and May 2024 Invoices**

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of April and May 2024. The invoice principally relates to the following activities: staffing the toll-free number and email inbox to respond to class member questions, maintaining and updating the settlement website, third-party filer communications, conflict processing, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 90853798 | April 2024 | $1,899,945.03 |
| 90826919 | May 2024 | $8,087,566.77 |
| | Total: | $9,987,511.80 |

Epiq is requesting that $9,987,511.80 is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions



Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By   /s/
     Amanda Sternberg
     Director, Client Services' Programs