**Robbins Geller**
**Rudman & Dowd** LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

June 28, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

     Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
          No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

     Pursuant to your text-only Order dated June 28, 2024, Rule 23(b)(3) Class Counsel has served the law firm Milberg Coleman Bryson Phillips Grossman, LLC a copy of your Order by email as well as a copy of the Zoom conference instructions received from Chambers.

     Respectfully submitted,

ALEXANDRA S. BERNAY

cc:  All Counsel via ECF
     Jonathan Cohen (via email)
     Gary M. Klinger (via email)