# Robbins Geller
## Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 10, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:     *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
          No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") has served the law firm Milberg Coleman Bryson Phillips Grossman, LLC a file-stamped copy of Class Counsel's letter providing the Court with case law regarding the Court's authority to assess costs on a non-party.  ECF 9348.

Respectfully submitted,

ALEXANDRA S. BERNAY

cc:     All Counsel via ECF
         Jonathan Cohen (via email)
         Gary M. Klinger (via email)