

| | | | |
|---|---|---|---|
| **Robert G. Eisler** | **Michael J. Freed** | **Steve D. Shadowen** | **Linda Nussbaum** |
| reisler@gelaw.com | mfreed@fklmlaw.com | steve@hilliardshadowenlaw.com | LNussbaum@nussbaumpc.com |

July 26, 2024

<u>VIA ECF</u>

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (MKB) (JAM)

Dear Chief Judge Brodie:

    We write on behalf of the parties in the Rule 23(b)(2) class action. Following the Court's denial of the Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Settlement, *see* ECF No. 9333, the parties have restarted settlement discussions and have engaged a mediator to aid in the process.

    As the parties continue their efforts to resolve this action, we respectfully seek the Court's guidance in connection with scheduling a trial in this case to proceed in the event that those efforts are ultimately unsuccessful. After conferring about their respective commitments, including a trial already set for early January through mid-February, counsel for the parties jointly ask that the Court set trial in this matter for April-May of 2025, if that is possible for the Court. Plaintiffs seek a trial of four to six weeks, while Defendants believe that a total of eight weeks will be necessary to fully and fairly present their defenses. Based on the Court's availability, in accordance with Your Honor's Individual Practices and Rules, the parties will confer regarding interim deadlines and will file a proposed scheduling order(s) for the Court's consideration.

    We are available to discuss these matters at the Court's convenience and stand ready to provide any further information that would be helpful to the Court.

Respectfully submitted,

*/s/ Steve D. Shadowen*
Steve D. Shadowen
Hilliard & Shadowen LLP
1717 W. 6th Street, Suite 290
Austin, TX 78703

Chief Judge Margo K. Brodie
July 26, 2024
Page 2

/s/ Robert G. Eisler
Robert G. Eisler
Grant & Eisenhofer PA
123 Justison Street
Wilmington, DE 19801

/s/ Michael J. Freed
Michael J. Freed
Freed Kanner London & Millen LLC
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069

/s/ Linda Nussbaum
Linda P. Nussbaum
Nussbaum Law Group, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036

*Equitable Relief Class Counsel*


cc: All Counsel of Record (by ECF)