**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 29, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
               No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

      Following receipt of your text-only Order dated July 26, 2024, Rule 23(b)(3) Class Counsel served the law firm Milberg Coleman Bryson Phillips Grossman, LLC a copy of your Order by email on July 26, 2024.

                                     Respectfully submitted,

                                       ALEXANDRA S. BERNAY

cc:   All Counsel via ECF
       Jonathan Cohen (via email)
       Gary M. Klinger (via email)