UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Airbnb, Inc., et al. v. Visa, Inc., et al.*, No. 1:24-cv-5251 (E.D.N.Y.). | No. 05-md-01720 (MKB) (VMS)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiffs Airbnb, Inc., Airbnb Payments, Inc. and Hotel Tonight, LLC (collectively the "Plaintiffs"), which are all of the plaintiffs in the action *Airbnb, Inc., et al. v. Visa, Inc., et al.,* No. 1:24-cv-5251 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against all of the defendants in the *Airbnb, Inc.* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: July 29, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Marc L. Greenwald

Marc L. Greenwald
Steig D. Olson
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com

*Attorneys for Plaintiffs Airbnb, Inc., Airbnb Payments, Inc., & Hotel Tonight LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Robert J. Vizas

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

SO ORDERED:
s/ MKB 7/29/2024

_____

MARGO K. BRODIE
United States District Judge