**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

August 5, 2024

VIA ECF

The Honorable Judge Margo K. Brodie    Magistrate Judge Joseph A. Marutollo
United States District Court    United States District Court
   for the Eastern District of New York       for the Eastern District of New York
225 Cadman Plaza East    225 Cadman Plaza East
Courtroom 6F    Courtroom N324
Brooklyn, NY 11201    Brooklyn, NY 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
       No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

      Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2), Rule 23(b)(3) Class Counsel respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in July related to the claims administration process. Attached as Exhibit A is Wright On's Invoice #1220-4470 for $46,781.47. The expenses are related to services including travel, photo/video licensing, owned media, social media boosting, meeting attendance, project management, communication services, and other tasks as detailed in Exhibit A.

                Respectfully submitted,

*/s/ K. Craig Wildfang*       */s/ H. Laddie Montague, Jr.*     */s/ Alexandra S. Bernay*
K. Craig Wildfang           H. Laddie Montague, Jr.       Patrick J. Coughlin
Thomas J. Undlin             Merrill G. Davidoff          Alexandra S. Bernay
**Robins Kaplan LLP**         Michael J. Kane           **Robbins Geller Rudman**
                       **Berger Montague PC**         **& Dowd LLP**

Exhibit A

cc:     All Counsel via ECF