FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 05 2024 ★

BROOKLYN OFFICE

July 31, 2024

Chief Judge Brodie

Eastern District of New York

225 Cadman Plaza E.

Brooklyn, New York 11201

Bernadette Harper

4607 S. Ridgewalk Dr.

Houston, Texas 77053

Ph. 346-907-7349

To Honorable Chief Judge Brodie:

I am writing to the Eastern District Court of New York, in regards to my claim for the Interchange Fees for Master Card and VISA, according to the Claims Administrator; they cannot send me a claim form because they do not know which is my EIN number out of thousands they have received. I have been informed by Robins & Kaplan LLC, one of the law firms assigned to represent the defendants in the case. Master Card and VISA has provided them with everyone's EIN number who is affiliated with the case...but I do not know my EIN number, so the Claims Administrator, nor Robins & Kaplan can locate my claim.

I do not understand...if the Claims Administrator has my EIN number why should I have to do anything else? They have my social security number, my name, my tracking number that was given to me by the Claims Administrator, my address for my business, and my new mailing address. I tried to update my new mailing address and I was told that their system could not expect my new address. The original claim was mail to the old address and returned. So, I do not understand why they cannot make a match, if a claim form has already been sent to me.

I opened my business in 2001 and closed it in 2006, it has been over 18 years since I used that number, and I never used the number again. And now the IRS does not have access it the number any longer. I am writing the to the courts to find out what are my rights in getting my claim filed before the deadline August 31, 2024? Myself and other store owners are all in the same situation. This case has gone on for so long now...and we as store owners, the Claims Administrator, and the attorneys are not prepared. I am at the mercy of the courts.

Respectively,

Bernadette Harper

Bernadette Harper
4607 S. Ridgewalk Dr.
Houston, TX 77053

Chief Judge Brodie
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York 11201





1120181632 C030