UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 1:05-md-01720-MKB-VMS |

**NOTICE OF OPTIUM CAPITAL LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE, that class member Optium Capital LLC ("Optium"), by its attorneys, will move this Court, before the Honorable Margo K. Brodie, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for an order granting its Motion for a Preliminary Injunction.

Optium's motion is based upon this Notice of Motion, the Memorandum of Law offered in support thereof, the Declaration of Daniel A. Sasse, dated August 20, 2024, and its exhibits attached thereto.

Pursuant to 28 U.S.C. § 2283, Optium seeks the following relief: granting Optium's Motion for a Preliminary Injunction and enjoining Cascade Settlement Services LLC's California state court proceeding.

Dated: August 20, 2024

Respectfully submitted,

/s/ Daniel A. Sasse
Daniel A. Sasse (*pro hac vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414
DSasse@crowell.com

*Attorney for Optium Capital LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Daniel A. Sasse*
Daniel A. Sasse
