

**ERIC L. CRAMER** / *CHAIRMAN*
d 215.875.3009  m 215.327.9583  |  ecramer@bm.net

August 30, 2024

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate
Judge Joseph A. Marutollo
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 3rd quarter of 2024 in the amount of $19,350,000.00 for the Class I Cash Settlement Fund.

This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before September 16, 2024.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | Eric L. Cramer | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | **Berger Montague PC** | Alexandra S. Bernay |
| Thomas J. Undlin | | Patrick J. Coughlin |
| **Robins Kaplan LLP** | | **Robbins Geller Rudman** |
| | | **  & Dowd LLP** |

cc:   All Counsel via ECF

**1818 MARKET STREET, SUITE 3600**
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**