# EXHIBIT E



# Access Your Share of This Historic $5.54 Billion Visa/MC Settlement by 8/30/24.

You may be entitled to receive a portion of the recent $5.54 Billion dollar Visa/MC class action suit settlement. **You must opt in to do so**. The deadline is 8/30/2024.

**Q:** How difficult is it to opt in and participate in this refund/settlement?
**A:** It's easy. No statements are required. Scan the QR code (↓) to visit our page.

**Q:** What is the estimated total we could receive due to this settlement?
**A:** Payout is estimated at $10,000+ per $1MM in charges over a 15-year window.

**Q:** What years are included in this 'Visa/Mastercard' refund/settlement?
**A:** Payouts include a % of your Visa/MC charges from Jan 1 2004 to Jan 24 2019.

**Q:** How long does it take to opt in … and who is qualified to participate?
**A:** Just 5 min's, and whoever owned the organization EIN #'s during each year.

**Q:** What is the deadline to opt in for my share of this refund/settlement?
**A:** You must opt in and complete the law firm's agreement by Aug. 30th, 2024.

Visit our info/opt in site by scanning the QR code with your smartphone–or visit https://certaintyteam.com/settlement. Please note the full name of whomever referred you. Call 888-684-3122 with ?'s.

