**Robbins Geller Rudman & Dowd LLP**

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

September 9, 2024

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

Pursuant to ECFs 9408, 9409 and 9410, Rule 23(b)(3) Class Counsel served via email the Orders to Show Cause as to Betz & Baril, Certainty Management, and LenCred, Certificate Clearing Corporation, and National Processing Alliance Inc. and it's principal, Mr. Fuhrman on September 8, 2024.

Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc: All Counsel via ECF