**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 1:05-md-01720-MKB-VMS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel for Cascade Settlement Services LLC.

Dated:  September 16, 2024                    Respectfully submitted,


 /s/ Anthony M. Capozzolo
Anthony M. Capozzolo
Lewis Baach Kaufmann Middlemiss PLLC
155 East 44th Street
25th Floor
New York, New York 10017
(212) 897-1970
anthony.capozzolo@lbkmlaw.com