FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
☆ SEP 20 2024 ☆
BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
SEP 24 '24 PM3:48

To: Honorable Judge John Gleeson &
Honorable Judge Margo K. Brodie
United states District Court, Eastern District
225 Cadman plaza east
Brooklyn, New york 11201

From: Robert Jay Davis
G.D.C# 1000183793
Gwinnett County Corrections
750 Hi Hope Road
Lawrenceville, Georgia 30043

Greeting your honorable Sir's,
I pray that all is well with you and your families.

Im contacting you because i feel like you may have a obligation and a duty to help me as a Federal Judge, because you overseen this case # 05-MD-1720 (JG)(✗) Intercharge fee merchant ligitation 05-MD (MKB)

Im even considering about filing a complaint with the 2nd Circuit court of appeals. against the Court's ~~[scribbled]~~

pages 1 - of - 4 -

In 2019 the Court Administrator wrote me a letter stating Im a Claimant in the above ligitation.

Since 2019 ive received a total of four letters from the Interchange settlement fee Administrator.

Now, since the Claim forms have come avilidole ive written the Courts administrator about five times and the Courts administrator wont Reply, Ive asked them to send me a Claim form or my settlement Check.

My Brother Jason Davis @ 706-988-7275 has even e-mailed them the Courts administrator and sent them a Copy of the letter, hes even filled out a Claim form on my behalf to only be told that he needs several documents from 2008-2009 my Banking Records or other document that no longer exist, the Court administrator didnt respond to his e-mails.

At this time today ive written Attorneys Alston & Bird with suntrust ant attorneys Robbins, Geller, Rudman, & Dowd LLP.

Ive written them and explained that this Courts administrator wont Reply to my letters or send me my settlement Check.

Im so sure that this Court has seen evidence from master card & visa from my Banking to make a ruling in this Settlement, im also sure that this Court issue a Base Settlement per claiment my Business was Doing Business as D.B.A. perfect landscaping & lawn maintenance out of WARNER Robins GA

i set up a merchant account with suntrust Bank.

my D.O.B. 11-22-70
my last four Digits S.S# 8051

I even though about filing a writ of mandamus against the Courts administrator Compelling (28 USC 1361) them to send me my settlement Check.

or even,
Contacting a Law firm asking them to seek Intrest, ever Compounding intrest for myself and all 1/2 million plaintiffs., because master Card

pages -3- of -4-

and Visa kept our money long enough.
over charging us fees.

Sirs, now Im asking you to help me obtain my settlement check and or Compel this Courts Administrator to perform its duty owed to this plaintiff. and the plaintiffs attornies

Respectfully submitted  September 13, 2024
by Robert Jay Davis
"pro se"

Certificate of Service

I Do hereby Certify that ive placed this by placing it into the U.S. mail, postage paid, properly addressed to the above within address.

pages -4- of 4. end pages
cc// Copy Kept



Robert Jay Davis
#1000183793
Gwinnett County Corrections
750 Hi Hope Road
Lawrenceville, GA 30043

Honorable Judge John Gleeson
&
Honorable Judge Margo K. Brodie
United States District Court Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

GWINNETT COUNTY C.I.
760 HI-HOPE ROAD
LAWRENCEVILLE, GA 30043

The enclosed letter was processed through special Mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises are question or problem over which facility has jurisdiction, you wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above addressee.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016



FSC
MIX
Envelope
FSC® C137131