

*Brian D. Graifman*
Partner
Manhattan Office
*bgraifman@borahgoldstein.com*
O: (212) 431-1300, Ext. 322
Dir: 212-965-2566

September 26, 2024

**VIA ECF**
Hon. Joseph A. Marutollo, M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn New York 11201

Re: *Optium prelim injunction motion against Cascade (ECF 9394)*
In re Payment Card Interchange Fee
& Merchant Discount Antitrust Litig., 05-MD-1720-MKB-VMS

Dear Magistrate Judge Marutollo:

Earlier today I filed a letter addressed to Judge Brodie (ECF 9434) in response to the motion of Optium Capital LLC for preliminary injunction (ECF 9394). I now see that the motion had been referred to you on August 22.

Please consider our earlier letter as if addressed to you for your attention.

Respectfully submitted,

*/s Brian D. Graifman*

Brian D. Graifman

*Main Office* 377 Broadway • New York, New York • 10013 • T: (212) 431-1300 • F: (212) 334-0960
**(Delivery of Manhattan Papers Only)**
*Queens Office* 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272 *Bronx Office* 800 Grand Concourse • Bronx, New York 10451 •
T: (718) 585-7000 • F: (718) 585-8969 **www.borahgoldstein.com**