Robbins Geller
Rudman & Dowd LLP

Chicago   Melville   Nashville   San Diego   Wilmington
Boca Raton   Manhattan   Philadelphia   San Francisco   Washington, D.C.

September 27, 2024

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
             No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

      Pursuant to the Court's September 26, 2024 text-entry order, Rule 23(b)(3) Class Counsel ("Class Counsel") served Robert Jay Davis via Priority Express Mail and U.S. Mail the text-entry order, the previously sent September 20, 2024 letter, as well as Class Counsel's September 26, 2024 letter to the Court.

                                  Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc:   All Counsel via ECF