UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.*, No. 2:20-cv-02394 (E.D.N.Y.) (MKB)(JAM) | No. 1:05-md-01720 (MKB) (JAM) |

### ORDER

The Old Jericho Plaintiffs' Motion for Entry of Judgment pursuant to rule 58(b) is GRANTED. The Clerk of the Court is directed to enter judgment for Defendants in the matter of *Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.*, No. 2:20-cv-02394 (E.D.N.Y.).

Dated: October 1, 2024
       Brooklyn, New York

SO ORDERED:

                s/MKB
MARGO K. BRODIE
United States District Judge