UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Old Jericho Enterprise, Inc. et al. v. Visa, Inc. et al.*, No. 2:20-cv-02394 (E.D.N.Y.) (MKB)(JAM) | No. 1:05-md-01720 (MKB) (JAM) |

## ORDER

The Old Jericho Plaintiffs' Motion for the creation of a settlement trust account is GRANTED. Rule 23(b)(3) Class Counsel is directed to establish and fund a trust account with settlement funds owed to branded gasoline retailers who contract with their suppliers to receive card-acceptance services pending the Second Circuit's resolution of the Old Jericho Plaintiffs' appeal.

Dated: October 1, 2024
       Brooklyn, New York

SO ORDERED:

_____s/MKB_____
MARGO K. BRODIE
United States District Judge