**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

October 1, 2024

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
       No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

       Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2), Rule 23(b)(3) Class Counsel respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in September related to the claims administration process. Attached as Exhibit A is Wright On's Invoice #1220-4486 for $50,695.46. The expenses are related to services including work related to photo/video licensing, domain renewal, owned media, social media public relations, and other tasks as detailed in Exhibit A.

               Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
**Robins Kaplan LLP**

*/s/ H. Laddie Montague, Jr.*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman**
  **& Dowd LLP**

Exhibit A

cc:    All Counsel via ECF