

**MICHAEL J. KANE**
*SHAREHOLDER*
**p.** 215.875.4686 | mkane@bm.net

October 1, 2024

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Brodie:

We write regarding Rule 23(b)(3) class member Marcel McAllen, LLC and Marcel Enterprises, Inc. (collectively "Marcel") who opted out of the settlement on July 23, 2019. Marcel was included in Exhibit 1 to the Final Approval Order (ECF No. 7818) listing the members of the Rule 23(b)(3) Settlement Class that validly excluded themselves from the Class and became an Opt Out.

Marcel has now informed the Claims Administrator (Epiq) that it would like to withdraw its Opt Out. If Marcel is permitted to rejoin the class, the claim is likely to be very small. Rule 23(b)(3) Class Counsel do not oppose Marcel's request.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
| Ryan W. Marth | Michael J. Kane | Alexandra S. Bernay |
| K. Craig Wildfang | **Berger Montague PC** | Patrick J. Coughlin |
| Thomas J. Undlin | | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | | **& Dowd LLP** |

cc:   All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**