**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

October 24, 2024

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") attach as Exhibit A a funding request from Epiq regarding a pre-payment related to the printing and mailing of reminder postcards. In support of this request, Class Counsel attach as Ex. B (Declaration of Loree Kovach Regarding Supplemental Reminder Postcard Mailing).

Class Counsel request that the Court approve the funding request of $5,114,102.57. The requested funds should be paid from the Class Settlement Cash Escrow Account.

Respectfully submitted,

/s/ K. Craig Wildfang
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

/s/ H. Laddie Montague, Jr.
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

/s/ Alexandra S. Bernay
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

Exhibit A

cc: All Counsel via ECF