UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : | MDL No. 1720(MKB)(JAM) Civil No. 05-5075(MKB)(JAM) [PROPOSED] ORDER TO SHOW CAUSE |
| This Document Relates To: ALL ACTIONS. | : : : : : | |

Beginning in early November, 2024, Rule 23(b)(3) Class Counsel ("Class Counsel") became aware of an issue related to the entity cardsettlement.org. On December 3, 2024, Class Counsel became aware of conduct by an affiliate partner of cardsettlement.org called Merchant Stronghold.

Upon review of the materials submitted by Class Counsel (ECF 9489), the Court hereby grants the Order to Show Cause as to cardsettlement.org and Merchant Stronghold.

By December 16, 2024, *cardsettlement.org* shall:

1. Provide a written response to the Court explaining why cardsettlement.org should not cease and desist all new sign ups of merchants and be required to pay the expenses related to disentangling fraudulent submissions made to Epiq; and

2. If these measures are not taken, Class Counsel is instructed to inform the Court by December 20, 2024 whether it will further seek to have cardsettlement.org's claim-filing contracts cancelled, at cardsettlement.org's expense, and seek an order barring the company from any role in the settlement.

By December 16, 2024, *Merchant Stronghold* shall:

1. Provide a written response to the Court outlining why Merchant Stronghold should not be permanently barred from any settlement-related services following the admission that it signed up merchants for claims-filing services without their knowledge or consent; and

2. If Merchant Stronghold fails to provide a satisfactory response, Class Counsel is instructed to inform the Court by December 20, 2024 whether it will seek an order barring Merchant Stronghold from any role in the settlement.

4918-6688-0003.v1

Class Counsel are hereby directed to send a copy of this order to cardsettlement.org and Merchant Stronghold in the manner most likely to constitute timely and effective notice.

IT IS SO ORDERED.

DATED: December 7, 2024

*Joseph A. Marutollo*
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE