**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | Case No. 05-md-1720 (MKB) (JAM) |
| This Document Relates to:<br><br>*Block, Inc. v. Visa Inc., et al.*, 23-cv-5377-MKB-JAM | **NOTICE OF CHANGE OF ADDRESS** |

To All Counsel of Record and the Clerk of Court:

    PLEASE TAKE NOTICE that the undersigned has a new address and demands that all papers in the above-captioned matters be served at the address stated below.

Dated: December 11, 2024　　　　**QUINN EMANUEL URQUHART &**
　　　　New York, New York　　　　**SULLIVAN, LLP**

　　　　　　　　　　　　　　　By: */s/ Marc L. Greenwald*
　　　　　　　　　　　　　　　　　Marc L. Greenwald
　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　295 Fifth Avenue
　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　Telephone: (212) 849-7000
　　　　　　　　　　　　　　　　　Facsimile: (212) 849-7100
　　　　　　　　　　　　　　　　　marcgreenwald@quinnemanuel.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Block, Inc.*

To:　　All Counsel of Record