| Robbins Geller Rudman & Dowd LLP | | | | | |
|---|---|---|---|---|---|
| | Chicago | Melville | Nashville | San Diego | Wilmington |
| | Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 11, 2024

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

    Pursuant to Your Honor's Orders, Rule 23(b)(3) Class Counsel ("Class Counsel") served counsel for cardsettlement.org and Merchant Stronghold with a copy of the Court's Order to Show Cause on December 11, 2024.  ECF 9503.

Respectfully submitted,

| /s/ Ryan W. Marth | /s/ Michael J. Kane | /s/ Alexandra S. Bernay |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **  & Dowd LLP** |

Attachment

cc:    All Counsel via ECF

4918-0547-2773.v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com