**David Christianson, Frogurt, LLC.**
2170 Chamisos Ct.
Santa Fe, NM. 87505
Christianson.david@gmail.com
(505) 670-0777
11/26/2024

Claimant ID: N723673A79, Control No: 269726

**Honorable Judge Margo K. Brodie**
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Case No. 1:05-md-01720-MKB-JO)**

Dear Judge Brodie,

I am writing to respectfully express my concerns as a verified claimant in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation. While I understand the complexity of this case and the need for careful administration, I am deeply frustrated by the repeated extensions of the claims-filing deadline, which appear to be unnecessarily delaying the distribution of settlement funds to class members.

The settlement process has been ongoing for years, and the deadline has been extended multiple times under the rationale of allowing more claimants to file. At this point, I believe that any eligible class member who intended to file a claim has likely already done so. Further extensions seem unlikely to increase participation meaningfully and instead prolong the process while incurring additional administrative costs that may deplete the settlement fund.

I respectfully request the court's consideration of the following:

1. **A Firm Timeline:** That the current deadline of February 4, 2025, be maintained as final to ensure that claim calculations and distributions can proceed without further delay.

2. **Transparency:** That the Settlement Administrator provide an itemized report detailing current administrative costs, interest accrued on escrowed funds, and the expected timeline for finalizing distributions.

3. **Accountability:** That the court ensure the Settlement Administrator is prioritizing the efficient and fair resolution of this case to maximize the funds available to class members.

As a claimant, I have complied with all necessary requirements and kept my information updated, yet I remain uncertain about when—or if—these funds will ever be distributed. I, along with many others, am depending on the court's oversight to bring this matter to a timely resolution.

Thank you for your time and attention to this matter. I appreciate the court's efforts to ensure fairness and equity in this important case.

Sincerely,

David Christianson

**Claimant ID:** N723673A79

**Control No:** 269726

As of November 2024

sent to you, or use the buttons at the bottom of the page to take additional actions as applicable.

## Account Summary

Show 10 ◆ entries                                                                 Search: [          ]

| Claimant ID | Control No. | TIN | Merchant Name | Preferred Merchant Name | Authorization Status ⓘ | Claim Status | Interchange Fee Total |
|---|---|---|---|---|---|---|---|
| N723673A79 | 269726 | XXXXX0167 | FROGURT, LLC. | | N/A | Claim Received | $25,988.00 |

Showing 1 to 1 of 1 entries                                                                                    1

Export Data