

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Intuit, Inc. et al. v. Visa Inc. et al.*, 1:21-cv-01175-MKB-JAM<br><br>*Block, Inc. v. Visa Inc., et al.*, 23-cv-5377-MKB-JAM | Case No. 1:05-md-1720 (MKB) (JAM) |

**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR INJUNCTION COMPELLING DISMISSAL OF PLAINTIFFS' CLAIMS**

I, Adam B. Wolfson, declare as follows:

1. I am a partner of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel to Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC's (collectively, "Intuit").

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Injunction Compelling Dismissal of Plaintiffs' Claims.

3. I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would testify competently and completely to the statements made herein.

4. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the article by Daniel Vaisman, *Enable Faster Customer Payments with New QuickBooks Online Payment Portal*, QuickBooks Blog (Apr. 2, 2019), https://quickbooks.intuit.com/r/whats-new/enable-faster-customer-payment-with-new-quickbooks-online-payment-portal/.  Specifically, Exhibit A is a generic example of an invoice generated by QuickBooks Payments that customers receive.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 13, 2024 in Los Angeles County, California

                                              */s/ Adam B. Wolfson*
                                              Adam B. Wolfson