Case 1:05-md-01720-MKB-JAM   Document 9535   Filed 01/06/25   Page 1 of 5 PageID #: 547585

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 06 2024 ★
BROOKLYN OFFICE

Greetings

Your Honorable Sir,

I'm writing you in Reference to No.# Inre payment card interchange fee Merchant Discount Antitrust litigation

No. 1:05-MD-1720 (MKB)(JAM)

Sir all due Respect to you but as you already know i was going to file a writ of mandamus to compel the Court to compel the defendants to obtain documents (evidence) so I can submit my claim, they had to use this same evidence to obtain the Judgment, evidence i need to obtain my claim.

I already informed the Court and lawyers and the Class administrator that this evidence there seeking is about 14-15 years ago and since im incarcerated it almost impossible to obtain these documents because most Banks and even the I.R.S. Dont keep Records But about ten years.

I Did Contact the Chief Counsel with the I.R.S. here in Atlanta Georgia asking them for a copy of my Tax Return filing showing my Business from 2008-2009. The Chief Counsel Mrs. Margie Rollinson wrote me a letter sent it to my brother Jason Davis telling me that before I Compel this Court by writ, or Subpoena to give them 60-days to see if they can find my tax returns from my Business filings.

I also wrote class Counsel asking them to help, "see enclosed"

Sir at this time I cannot afford an attorney, But I may be able to find one on Contergency fees. Because i need to file my Claim and im having troble because documents they are requiring either no longer exist, OR I cant seem to get.

I still have Questions as to why there isnt a Base Settlement fee for any claimants who cant seem to produce said documents,

and, Are we all entitled to intrest from master card and Visa from our money from all these years? Im sure they got intrest on the over charging us.
and what about Compounding Intrest? From master card & Visa.
and what about the intrest where the settlements been kept In Escrow.?

Sir,
If I was to obtain an attorney it will prolong this case, Because Im sure they would want to file on behalf of all plaintiffs & (Claiments) and ask Some of the same Questions I have.

Sir at this time im hoping and praying that maybe this honorable Court can order or Subpoena either the defendants to obtain these documents that are required in order for me to file my Claim before february 2025.
Thank you & God Bless you for your Service
Respectfully Submitted December 20, 2024
Robert Jay Davis
%0 Perfect Landscapes & Lawn Maintenance

**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alexandra S. Bernay
xanb@rgrdlaw.com

## LEGAL CORRESPONDENCE

December 5, 2024

<u>VIA U.S. MAIL</u>

Robert Jay Davis, #1000183793
Athens Clark County Correctional Institute
2825 Country Farm Road
Athens, GA 30605

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Mr. Davis:

Thank you for your letter received in my office on November 26, 2024.

I understand that you have been attempting to obtain certain records related to a business you once operated so that you can file a claim in the above-titled Action. As Rule 23(b)(3) Class Counsel, I am not able to contact the Internal revenue Service on your behalf or to subpoena any documents on your behalf.

Best regards,

ALEXANDRA S. BERNAY

ASB:sll

Robert Jay Davis #1000183793
Athens Clark County Correctional Inst.
2825 County Farm Road
Athens, Georgia 30605

23 DEC 2024 PM 1 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 06 2024 ★
BROOKLYN OFFICE

USMS

The Honorable Judge Margo K. Brodie
United States District Court for
the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201