UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

---

This Document Relates To:

    ALL ACTIONS.

---

:    MDL No. 1720(MKB)(JAM)

:

:    Civil No. 05-5075(MKB)(JAM)

:

:    RULE 23(b)(3) CLASS PLAINTIFFS'
:    NOTICE OF MOTION AND MOTION FOR
:    SANCTIONS AGAINST THIRD-PARTIES
:    CARDSETTLEMENT.ORG AND
:    MERCHANT STRONGHOLD

4937-3746-0494.v1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on a date to be determined, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, New York 11201, Courtroom N324, Rule 23(b)(3) Class Plaintiffs ("Plaintiffs"), by and through their undersigned attorneys, will and hereby do move this Court for an order sanctioning third-parties cardsettlement.org and Merchant Stronghold.

The grounds for this motion are set forth and based on Plaintiffs' accompanying memorandum of points and authorities, the declaration of Alexandra S. Bernay in support thereof, and exhibits A-D thereto, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

DATED:  January 13, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
RYAN W. MARTH
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

- 1 -

4937-3746-0494.v1

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

4937-3746-0494.v1