UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | MDL No. 1720(MKB)(JAM) Civil No. 05-5075(MKB)(JAM) |
| | : | DECLARATION OF ALEXANDRA S. |
| This Document Relates To: ALL ACTIONS. | : : : : : : : | BERNAY IN SUPPORT OF RULE 23(b)(3) CLASS PLAINTIFFS' MOTION FOR SANCTIONS AGAINST THIRD-PARTIES CARDSETTLEMENT.ORG AND MERCHANT STRONGHOLD |
| | x | |

4902-5245-2622.v1

I, ALEXANDRA S. BERNAY, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* in this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of three firms the Court has appointed to serve as Rule 23(b)(3) Class Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration in support of Rule 23(b)(3) Class Plaintiffs' Motion for Sanctions Against Third-Parties cardsettlement.org and Merchant Stronghold.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Relevant excerpts from the deposition transcript of Lawrence Rapoport ("Rapoport Deposition"), taken January 9, 2025;

Exhibit B:      Rapoport Deposition Exhibits 4 and 5;

Exhibit C:      Cardsettlement.org website, https://cardsettlement.org/ (last visited January 12, 2025); and

Exhibit D:      Declaration of Loree Kovach Regarding Administrative Submission of Certain Claims, dated January 13, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of January, 2025, at Portland, Oregon.

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

- 1 -

4902-5245-2622.v1