# EXHIBIT B

*Instagram*



drod6211 • Follow                                    ...



**drod6211** Contact me for more info!

https://cardsettlement.org/darod1/

Edited · 2w

If anyone of my friends currently own or previously owned a business from 2004-2019 and accepted Visa/Mastercard credit or debit card payments contact me asap for an opportunity to get a big payout! Completely legal, no cost to you, and effortless on your end!

It is in regards to the Visa Class action lawsuit that my firm can process for you to get you compensation for fees you were over charged!



                               

**288 views**

December 23, 2024

 Add a comment...                              Post

🔗 Learn more here!

More posts from drod6211

**Exhibit 0004**

01/09/2025

# Instagram

Instagram

Meta    About    Blog    Jobs    Help    API    Privacy    Consumer Health Privacy    Terms    Locations    Instagram Lite    Threads

Contact Uploading & Non-Users    Meta Verified

English ⌄    © 2025 Instagram from Meta

# Instagram







**hope_dealer1** • Follow
Original audio

**hope_dealer1** VISA & MASTERCARD COULD OWE YOU MONEY!!! THERE HAS BEEN A $5.54 BILLION DOLLAR CLASS ACTION SETTLEMENT FOR BUSINESS OWNERS!!! THIS GOES BACK OVER A DECADE. EVEN IF YOU ARE NO LONGER IN BUSINESS!!! THE DEADLINE TO APPLY IS FEBRUARY 2025!! CLICK THE LINK BELOW TO INQUIRE:

https://cardsettlement.org/jobra/

1w



Be the first to like this

December 26, 2024

Add a comment...        Post

More posts from hope_dealer1

**Exhibit 0005**
01/09/2025

*Instagram*

### FETTERMAN: ILLEGALS WHO COMMIT CRIMES 'ALL NEED TO GO', IF WE CAN'T BACK LAKEN RILEY ACT, THAT'S A REASON WHY WE LOST



### BIDEN BANS OFFSHORE OIL, GAS DRILLING IN MOST FEDERAL WATERS AS TRUMP VOWS TO REVERSE IT



### CANADIAN PRIME MINISTER JUSTIN TRUDEAU RESIGNS



Dean Casavechia/Bloomberg

### SEATTLE RESTAURANT OWNER CRIES AFTER MINIMUM WAGE HIKE FORCES HER TO CLOSE





Anna Shvets via Pexels





Instagram

Meta     About     Blog     Jobs     Help     API     Privacy     Consumer Health Privacy     Terms     Locations     Instagram Lite     Threads

Contact Uploading & Non-Users     Meta Verified

English ⌄     © 2025 Instagram from Meta