# EXHIBIT C

info@cardsettlement.org



a

# Visa / Mastercard Settlement

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 3 of 21 PageID #: 547743



Learn More

# The Settlement

The $5.54 billion settlement is part of a long-standing class-action lawsuit against Visa and Mastercard. The lawsuit accused the credit card giants of imposing unfair fees on merchants, specifically swipe fees, which merchants have argued were excessively high and not transparent.

The litigation began in 2005, initiated by merchants who claimed that Visa and Mastercard, along with several banks, colluded to set fees and rules for credit card transactions that were anti-competitive and violated antitrust laws.

After years of legal battles and a previous settlement that was overturned on appeal, this $5.54 billion settlement is seen as a significant resolution

The Settlement Details

# Key Settlement Information



## SETTLEMENT FUND

$5.54 BILLION DOLLARS





## SETTLEMENT PERIOD

Jan 1, 2004 – Jan 25, 2019





Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 5 of 21 PageID #: 547745

## CLAIM FILING DEADLINE

February 4, 2025





## CURRENT STATUS

Claims Filing Has Begun

# Visa / Mastercard Class Action Settlement
# Frequently Asked Questions, Answered

### Who can file a cclaim?

If your business accepted Visa or Mastercard credit or debit cards in the U.S. from January 1, 2004, to January 25, 2019, you might qualify to receive compensation.

What is the Visa & Mastercard settlement?

The Visa and Mastercard settlement is an agreement to address claims that these companies engaged in unfair practices with debit & credit card transactions, like setting high fees and limiting competition. The goal of the settlement is to offer compensation to merchants who were affected by these practices.

How do I file a claim?

Class members need not sign up for a third-party service to participate in any monetary relief and no-cost assistance will be provided from the Class Administrator and Class Counsel during the claims-filing period. For further information, please visit paymentcardsettlement.com

Where can I find the court documents?

The official settlement site can be found here: https://www.paymentcardsettlement.com/en/Document

How will your claim amount be determined?

The amount of your business award will be determined based on several factors, including the volume of Visa and Mastercard transactions your business processed during the eligible period and the specific details of the settlement. The more transactions you had, the higher your potential award might be.

How much money will I get?

The amount paid from the settlement fund will be based on your actual or estimated interchange fees attributable to Visa and Mastercard card transactions (between you and your customers) from January 1, 2004, through January 25, 2019. The amount of money each Authorized Claimant will receive from the settlement fund depends on the money available to pay all claims, the total dollar value of all valid claims filed, the cost of class administration and notice, applicable taxes on the settlement fund and any other related tax expenses, attorneys' fees and expenses, and money awards to the Rule 23(b)(3) Class Plaintiffs for their representation of merchants in MDL 1720, which culminated in the Class Settlement Agreement, all as approved by the Court.

What is the deadline to file a claim?

The deadline to file a claim is February 4, 2025. File a claim now to see if you qualify.

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 7 of 21 PageID #: 547747

Will my settlement amount be taxed?

You should consult with a tax professional, as settlement payments may be considered taxable income.

What if I owned multiple businesses during the settlement period?

You can file claims for each eligible business, but each claim must be filed separately.

Is this a scam?

No, this is a legitimate settlement approved by the courts. See the court documents **here** and feel free to Contact Us with any questions.

What if I have more questions?

If you have more questions, please contact us by using the form on this page, or you can email us at support@cardsettlement.org



Get An Update

Check Your Deal Status

# Settlement Claim Status
## Enter your tax ID to check the status of your claim

Business EIN *

Email used for the company representative on the application *

Submit

*This will ONLY work if you have used CardSettlement.org to file your claim.

Contact Us

Get in touch

# Contact Us Today

You can reach us using the following contact details.

**Phone:** 601-389-7839

**Email:** info@cardsettlement.org

Or Send Us A Message Here

Contact First Name

Contact First Name

Contact Phone

Email

Comments *

Submit

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 10 of 21 PageID #: 547750



Claim forms are being delivered and are available online beginning December 1, 2023. Class members need not sign up for a third-party service in order to participate in any monetary relief. No-cost assistance is available from the Class Administrator and Class Counsel during the claims-filing period. For further information please visit paymentcardsettlement.com

Case 1:05-md-01720-BMC-JAM     Document 9544-5     Filed 01/13/25     Page 11 of 21
PageID #: 547751

Copyright © 2024 – CardSettlement.org – All Rights Reserved

Privacy Policy

Case 1:05-md-01720-BMC-JAM   Document 9544-5   Filed 01/13/25   Page 12 of 21   PageID #: 547752



info@cardsettlement.org

a

Last updated: Dec 2, 2024

This Privacy Policy describes Our policies and procedures on the collection, use and disclosure of Your information when You use the Service and tells You about Your privacy rights and how the law protects You.

We use Your Personal data to provide and improve the Service. By using the Service, You agree to the collection and use of information in accordance with this Privacy Policy.

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions. The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of this Privacy Policy:

**Account** means a unique account created for You to access our Service or parts of our Service.

**Affiliate** means an entity that controls, is controlled by or is under common control with a party, where "control" means ownership of 50% or more of the shares, equity interest or other securities entitled to vote for election of directors or other managing authority.

**Company** (referred to as either "the Company," "We", "Us" or "Our" in this Agreement) refers to ClickFunds LLC, 14747 N. Northsight Blvd Suite 114, Scottsdale, AZ 85260.

**Cookies** are small files that are placed on Your computer, mobile device or any other device by a website, containing the details of Your browsing history on that website among its many uses.

**Country** refers to: Arizona, United States

**Device** means any device that can access the Service such as a computer, a cellphone or a digital tablet.

**Personal Data** is any information that relates to an identified or identifiable individual.

**Service** refers to the Website.

**Service Provider** means any natural or legal person who processes the data on behalf of the Company. It refers to third-party companies or individuals employed by the Company to facilitate the Service, to provide the Service on behalf of the Company, to perform services related to the Service or to assist the Company in analyzing how the Service is used.

**Usage Data** refers to data collected automatically, either generated by the use of the Service or from the Service infrastructure itself (for example, the duration of a page visit).

**Website** refers to CardSettlement.org, accessible from CardSettlement.org

**You** means the individual accessing or using the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.

# Collecting and Using Your Personal Data
## Types of Data Collected
### Personal Data

While using Our Service, We may ask You to provide Us with certain personally identifiable information that can be used to contact or identify You. Personally identifiable information may include, but is not limited to:

Email address

First name and last name

Phone number

Case 1:05-md-01720-BMC-JAM     Document 9544-5     Filed 01/13/25     Page 14 of 21
PageID #: 547754

## Usage Data

Usage Data is collected automatically when using the Service.

Usage Data may include information such as Your Device's Internet Protocol address (e.g. IP address), browser type, browser version, the pages of our Service that You visit, the time and date of Your visit, the time spent on those pages, unique device identifiers and other diagnostic data.

When You access the Service by or through a mobile device, We may collect certain information automatically, including, but not limited to, the type of mobile device You use, Your mobile device unique ID, the IP address of Your mobile device, Your mobile operating system, the type of mobile Internet browser You use, unique device identifiers and other diagnostic data.

We may also collect information that Your browser sends whenever You visit our Service or when You access the Service by or through a mobile device.

## Tracking Technologies and Cookies

We use Cookies and similar tracking technologies to track the activity on Our Service and store certain information. Tracking technologies used are beacons, tags, and scripts to collect and track information and to improve and analyze Our Service. The technologies We use may include:

- **Cookies or Browser Cookies.** A cookie is a small file placed on Your Device. You can instruct Your browser to refuse all Cookies or to indicate when a Cookie is being sent. However, if You do not accept Cookies, You may not be able to use some parts of our Service. Unless you have adjusted Your browser setting so that it will refuse Cookies, our Service may use Cookies.

- **Web Beacons.** Certain sections of our Service and our emails may contain small electronic files known as web beacons (also referred to as clear gifs, pixel tags, and single-pixel gifs) that permit the Company, for example, to count users who have visited those pages or opened an email and for other related website statistics (for example, recording the popularity of a certain section and verifying system and server integrity).

Cookies can be "Persistent" or "Session" Cookies. Persistent Cookies remain on Your personal computer or mobile device when You go offline, while Session Cookies are

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 15 of 21 PageID #: 547755

deleted as soon as You close Your web browser. Learn more about cookies on the Free Privacy Policy website article.

We use both Session and Persistent Cookies for the purposes set out below:

**Necessary / Essential Cookies**

Type: Session Cookies

Administered by: Us

**Purpose**: These Cookies are essential to provide You with services available through the Website and to enable You to use some of its features. They help to authenticate users and prevent fraudulent use of user accounts. Without these Cookies, the services that You have asked for cannot be provided, and We only use these Cookies to provide You with those services.

**Cookies Policy / Notice Acceptance Cookies**

Type: Persistent Cookies

Administered by: Us

Purpose: These Cookies identify if users have accepted the use of cookies on the Website.

**Functionality Cookies**

Type: Persistent Cookies

Administered by: Us

Purpose: These Cookies allow us to remember choices You make when You use the Website, such as remembering your login details or language preference. The purpose of these Cookies is to provide You with a more personal experience and to avoid You having to re-enter your preferences every time You use the Website.

For more information about the cookies we use and your choices regarding cookies, please visit our Cookies Policy or the Cookies section of our Privacy Policy.

# Use of Your Personal Data

The Company may use Personal Data for the following purposes:

**To provide and maintain our Service**, including to monitor the usage of our Service.

Case 1:05-md-01720-BMC-JAM   Document 9544-5   Filed 01/13/25   Page 16 of 21 PageID #: 547756

**To manage Your Account:** to manage Your registration as a user of the Service. The Personal Data You provide can give You access to different functionalities of the Service that are available to You as a registered user.

**For the performance of a contract:** the development, compliance and undertaking of the purchase contract for the products, items or services You have purchased or of any other contract with Us through the Service.

**To contact You:** To contact You by email, telephone calls, SMS, or other equivalent forms of electronic communication, such as a mobile application's push notifications regarding updates or informative communications related to the functionalities, products or contracted services, including the security updates, when necessary or reasonable for their implementation.

**To provide You** with news, special offers and general information about other goods, services and events which we offer that are similar to those that you have already purchased or enquired about unless You have opted not to receive such information.

**To manage Your requests:** To attend and manage Your requests to Us.

**For business transfers:** We may use Your information to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which Personal Data held by Us about our Service users is among the assets transferred.

**For other purposes**: We may use Your information for other purposes, such as data analysis, identifying usage trends, determining the effectiveness of our promotional campaigns and to evaluate and improve our Service, products, services, marketing and your experience.

We may share Your personal information in the following situations:

- **With Service Providers:** We may share Your personal information with Service Providers to monitor and analyze the use of our Service, to contact You.

- **For business transfers:** We may share or transfer Your personal information in connection with, or during negotiations of, any merger, sale of Company assets, financing, or acquisition of all or a portion of Our business to another company.

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 17 of 21
PageID #: 547757

**With Affiliates:** We may share Your information with Our affiliates, in which case we will require those affiliates to honor this Privacy Policy. Affiliates include Our parent company and any other subsidiaries, joint venture partners or other companies that We control or that are under common control with Us.

- **With business partners:** We may share Your information with Our business partners to offer You certain products, services or promotions.

- **With other users:** when You share personal information or otherwise interact in the public areas with other users, such information may be viewed by all users and may be publicly distributed outside.

- **With Your consent**: We may disclose Your personal information for any other purpose with Your consent.

## Consent to Communications.

By signing an Engagement Agreement with cardsettlement.org, you ("Client") expressly authorize CardSettlement.org ("Company") and its affiliates, employees, agents, contractors, and representatives (collectively, "Authorized Parties") to communicate with you using the contact information you have provided, including but not limited to email addresses, phone numbers, and mailing addresses. Such communications may include, but are not limited to, updates, notices, requests for information, account servicing communications, and other correspondence related to your engagement with CardSettlement.org.

- **Scope of Communications**: You expressly consent to receiving communications through various channels, including but not limited to:
  - **Email**: For account updates, document requests, and general correspondence.
  - **SMS/Text Messages**: For time-sensitive notifications, reminders, and updates about your claim status or account.
  - **Telephone Calls**: Including calls made using automated systems, prerecorded messages, or live operators for account servicing purposes.
  - **Mail**: For physical correspondence, including but not limited to official notices or account-related updates.

These communications are essential to servicing your account and facilitating your

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 18 of 21 PageID #: 547758

participation in the Visa/Mastercard settlement process.

- **Use of Contact Information**: The contact information you provide will be used exclusively for the purposes of servicing your account with CardSettlement.org. Under no circumstances will your personal information be sold, rented, or shared with third parties for marketing purposes. Your information will only be used to facilitate your participation in the settlement process and to comply with any necessary legal, regulatory, or procedural requirements.

- **No Marketing Communications**: CardSettlement.org will not use your information to send marketing communications or solicitations unrelated to the services you have engaged us to perform. All communications will be limited to the servicing and management of your claim and account.

- **Data Security and Privacy**: CardSettlement.org is committed to safeguarding your personal information. All communications will comply with applicable laws, including the Telephone Consumer Protection Act (TCPA), CAN-SPAM Act, and any other relevant federal, state, or local laws governing electronic and telephonic communications. Your information will be handled in accordance with our Privacy Policy, which can be provided upon request.

- **Revocation of Consent**: You have the right to revoke your consent to receive communications at any time by providing written notice to CardSettlement.org at [insert mailing address] or by contacting our customer support team at info@cardsettlement.org or 601-389-7839. Please note, however, that revoking your consent to receive certain communications may limit our ability to effectively service your account and fulfill our obligations under this Agreement.

# Retention of Your Personal Data

The Company will retain Your Personal Data only for as long as is necessary for the purposes set out in this Privacy Policy. We will retain and use Your Personal Data to the extent necessary to comply with our legal obligations (for example, if we are required to retain your data to comply with applicable laws), resolve disputes, and enforce our legal agreements and policies.

The Company will also retain Usage Data for internal analysis purposes. Usage Data is generally retained for a shorter period of time, except when this data is used to strengthen the security or to improve the functionality of Our Service, or We are legally obligated to retain this data for longer time periods.

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 19 of 21 PageID #: 547759

## Transfer of Your Personal Data

Your information, including Personal Data, is processed at the Company's operating offices and in any other places where the parties involved in the processing are located. It means that this information may be transferred to — and maintained on — computers located outside of Your state, province, country or other governmental jurisdiction where the data protection laws may differ than those from Your jurisdiction.

Your consent to this Privacy Policy followed by Your submission of such information represents Your agreement to that transfer.

The Company will take all steps reasonably necessary to ensure that Your data is treated securely and in accordance with this Privacy Policy and no transfer of Your Personal Data will take place to an organization or a country unless there are adequate controls in place including the security of Your data and other personal information.

## Delete Your Personal Data

You have the right to delete or request that We assist in deleting the Personal Data that We have collected about You.

Our Service may give You the ability to delete certain information about You from within the Service.

You may update, amend, or delete Your information at any time by signing in to Your Account, if you have one, and visiting the account settings section that allows you to manage Your personal information. You may also contact Us to request access to, correct, or delete any personal information that You have provided to Us.

Please note, however, that We may need to retain certain information when we have a legal obligation or lawful basis to do so.

## Disclosure of Your Personal Data

### Business Transactions

If the Company is involved in a merger, acquisition or asset sale, Your Personal Data may be transferred. We will provide notice before Your Personal Data is transferred and becomes subject to a different Privacy Policy.

### Law enforcement

Under certain circumstances, the Company may be required to disclose Your Personal Data if required to do so by law or in response to valid requests by public authorities (e.g. a court or a government agency).

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 20 of 21 PageID #: 547760

**Other legal requirements**

The Company may disclose Your Personal Data in the good faith belief that such action is necessary to:

- Comply with a legal obligation

- Protect and defend the rights or property of the Company

- Prevent or investigate possible wrongdoing in connection with the Service

- Protect the personal safety of Users of the Service or the public

- Protect against legal liability

## Security of Your Personal Data

The security of Your Personal Data is important to Us, but remember that no method of transmission over the Internet, or method of electronic storage is 100% secure. While We strive to use commercially acceptable means to protect Your Personal Data, We cannot guarantee its absolute security.

# Children's Privacy

Our Service does not address anyone under the age of 13. We do not knowingly collect personally identifiable information from anyone under the age of 13. If You are a parent or guardian and You are aware that Your child has provided Us with Personal Data, please contact Us. If We become aware that We have collected Personal Data from anyone under the age of 13 without verification of parental consent, We take steps to remove that information from Our servers.

If We need to rely on consent as a legal basis for processing Your information and Your country requires consent from a parent, We may require Your parent's consent before We collect and use that information.

# Links to Other Websites

Our Service may contain links to other websites that are not operated by Us. If You click on a third party link, You will be directed to that third party's site. We strongly advise You

Case 1:05-md-01720-BMC-JAM    Document 9544-5    Filed 01/13/25    Page 21 of 21 PageID #: 547761

to review the Privacy Policy of every site You visit.

We have no control over and assume no responsibility for the content, privacy policies or practices of any third party sites or services.

# Changes to this Privacy Policy

We may update Our Privacy Policy from time to time. We will notify You of any changes by posting the new Privacy Policy on this page.

We will let You know via email and/or a prominent notice on Our Service prior to the change becoming effective and update the "Last updated" date at the top of this Privacy Policy.

You are advised to review this Privacy Policy periodically for any changes. Changes to this Privacy Policy are effective when they are posted on this page.

# Contact Us

If you have any questions about this Privacy Policy, You can contact us:

- By email: support@cardsettlement.org

Claim forms are being delivered and are available online beginning December 1, 2023. Class members need not sign up for a third-party service in order to participate in any monetary relief. No-cost assistance is available from the Class Administrator and Class Counsel during the claims-filing period. For further information please visit paymentcardsettlement.com

Copyright © 2024 – CardSettlement.org – All Rights Reserved

Privacy Policy