UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | MDL No. 1720(MKB)(JAM) Civil No. 05-5075(MKB)(JAM) |
| This Document Relates To: ALL ACTIONS. | : : : : : : | RULE 23(b)(3) CLASS COUNSEL AND CARDSETTLEMENT.ORG'S JOINT STATUS REPORT |

Rule 23(b)(3) Class Counsel ("Class Counsel") and cardsettlement.org write jointly in response to the Court's January 14, 2025 text-entry Order. On January 13, 2025, Class Counsel filed a notice of motion and memorandum of law seeking sanctions as to third-parties cardsettlement.org and Merchant Stronghold. Over the weekend, and on Tuesday, January 14, 2025, Class Counsel and cardsettlement.org's counsel and principals held lengthy meetings, and cardsettlement.org produced documents, and updated its interrogatory responses.

Class Counsel provided cardsettlement.org with a list of items that it would need cardsettlement.org to agree to in order to recommend that further action is not necessary and that the sanctions motion be mooted. Cardsettlement.org has agreed to all of the steps that Class Counsel has proposed. Therefore, the parties jointly request the sanctions motion as to cardsettlement.org be mooted. Class Counsel will continue to monitor cardsettlement.org and will immediately report to the Court should cardsettlement.org fail to honor the agreement.

The agreement is as follows:

1. Letters will be sent to clients that require affirmative consent in order for cardsettlement.org to service those clients.

2. Cardsettlement.org will pay Epiq's reasonable costs incurred due to issues with cardsettlement.org dating from early November 2024 to present.

3. Cardsettlement.org will add a disclaimer to its website to make clear that it is not the official Court-approved website. Cardsettlement.org will add the following disclaimer:

> Please be aware, this is not the Court-approved website. Cardsettlement.org is a private business providing claims-filing services. The official Court-approved website is: paymentcardsettlement.com.

4. Class Counsel will be allowed to review responses received to the letters sent to clients.

5. Cardsettlement.org must remind all those in its referral network that they are to cease marketing.

- 1 -

6. Cardsettlement.org will immediately report to Class Counsel any issues it learns of regarding referral partners.

7. Cardsettlement.org agrees that no new claims be submitted to Epiq beyond the 17,000+ that are in process.

With these agreements, Class Counsel is satisfied that the motion for sanctions as to cardsettlement.org is no longer necessary. The motion as to Merchant Stronghold remains pending.

DATED: January 15, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
RYAN W. MARTH
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402-2015
Telephone: 612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

DATED:  January 15, 2025                THE LAWYER JAMES
                                                                                    JAMES J. DeCRISTOFARO

                                                                                     _s/ James J. DeCristofaro with permission_
                                                                                            JAMES J. DeCRISTOFARO

                                                                                    462 Fashion Ave Fl 6
                                                                                    New York, NY  10018
                                                                                    Telephone:  212/500-1891
                                                                                    917/591-0289 (fax)

                                                                                   Counsel for cardsettlement.org

4903-2789-9407.v1