UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 1:05-md-01720 (MKB) (JAM) |
| **This Document Applies to:** *Intuit Inc., et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> *Visa Inc., et al.*, <br><br> Defendants. | No. 1:21-cv-01175 (MKB) (JAM) |
| *Block, Inc.*, <br><br> Plaintiff, <br><br> v. <br><br> *Visa Inc., et al.*, <br><br> Defendants. | No. 1:23-cv-05377 (MKB) (JAM) |

## JOINT STATUS REPORT

Pursuant to the Court's December 16, 2024 Order, the parties to *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y) and *Block, Inc. v. Visa Inc., et al.*, No. 23-cv-05377 (E.D.N.Y.) respectfully submit this Joint Status Report.

The briefing on Defendants' motion for injunction is now complete and ripe for decision, and the Parties have filed public, redacted copies of their respective briefs.

Since the filing of the last status report, the Parties have continued to address discovery related to the Intuit and Block (d/b/a "Square") Plaintiffs' non-payment facilitator claims. On December 18, 2024, the Intuit Plaintiffs served responses and objections to Defendants' amended Requests for Production. On December 19, 2024, the Square Plaintiffs served responses and objections to Defendants' First Set of Requests for Production. Defendants met and conferred with the Square Plaintiffs on January 14, 2025 and are scheduled to do so with the Intuit Plaintiffs on January 16, 2025. Visa is finalizing a production of documents to the Intuit Plaintiffs that Visa expects to produce by January 17, 2025. The parties will continue to work cooperatively and will raise any disputes with the Court should it become necessary.

Dated: January 15, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Marc L. Greenwald*
Marc L. Greenwald
Steig D. Olson
Manisha M. Sheth

295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com

Justin T. Reinheimer
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
justinreinheimer@quinnemanuel.com

*Counsel for Plaintiff Block, Inc.*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: */s/ Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme A. Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
(415) 471-3100
robert.vizas@arnoldporter.com

Matthew A. Eisenstein
Rosemary Szanyi
Michael A. Rubin
Karen Otto
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

3

michael.rubin@arnoldporter.com
karen.otto@arnoldporter.com

Dylan S. Young
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
dylan.young@arnoldporter.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kenneth A. Gallo*

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
kgallo@paulweiss.com
dioffredo@paulweiss.com

Nina Kovalenko
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
nkovalenko@paulweiss.com
gcarney@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*