

800 LASALLE AVENUE  612 349 8500 TEL
SUITE 2800  612 339 4181 FAX
MINNEAPOLIS, MN 55402  ROBINSKAPLAN.COM

RYAN W. MARTH
612 349 0962 TEL
RMARTH@ROBINSKAPLAN.COM

January 23, 2025

Magistrate Judge Joseph A. Marutollo
United State District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (MKB) (JAM)

Dear Judge Marutollo:

I write on behalf of Rule 23(b)(3) Class Counsel, in response to the Court's order of January 14, 2025, requesting an update on the status of communications with Robert Jay Davis, who claimed in prior filings [*see* ECF 9457, 9535] to be a member of the class.

Since Class Counsel's most recent report on this matter, [ECF 9545, Jan. 14, 2025], I exchanged voice messages with Mr. Davis's brother, whom Mr. Davis indicated was assisting him with his claim. On January 21, I spoke with Mr. Davis's brother for approximately 30 minutes, in which time I walked him through the process of logging into Mr. Davis's account on the settlement portal and submitting a research request. During our call, Mr. Davis's brother received confirmation that the research request was successfully submitted. I invited Mr. Davis's brother to contact me regarding any questions he may have about the settlement or Mr. Davis's claim.

Class Counsel also learned through public-records searches and confirmed with Mr. Davis's brother that Mr. Davis is still housed at the Clarke County facility, as opposed to the Gwinnett County facility where Class Counsel's most recent correspondence was directed. Class Counsel therefore re-sent the correspondence to the Clarke County facility to Mr. Davis's attention.

95809486.1

January 23, 2025
Page 2

Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc: All Counsel via ECF