UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : : : : : : : | MDL No. 1720(MKB)(JAM)<br><br>Civil No. 05-5075(MKB)(JAM)<br><br>RULE 23(b)(3) CLASS COUNSEL'S STATUS REPORT REGARDING CARDSETTLEMENT.ORG'S COMPLIANCE WITH THEIR AGREEMENT |
| This Document Relates To:<br><br>   ALL ACTIONS. | | |

In the Court's January 17, 2025 *Sua Sponte* Report and Recommendation, the Court ordered Rule 23(b)(3) Class Counsel ("Class Counsel") to provide a status report regarding cardsettlement.org's compliance with their agreement. ECF 9549.

The Court mooted the motion to sanction cardsettlement.org, based on an agreement between the parties. *Id.* at 2. Class Counsel has posted the Court's Order on the official website and cardsettlement.org has also posted the Order on its website.

Status of the agreements between Class Counsel and cardsettlement.org:

Class Counsel, counsel for cardsettlement.org and the firm's three principals held a conference call on January 22, 2025. Class Counsel has provided below the current status of each of the agreements.

**1.     Letters will be sent to clients that require affirmative consent in order for cardsettlement.org to service those clients.**

Cardsettlement.org reports that it has sent communications requiring affirmative consent. As of January 22, 2025, at 10:00 a.m., cardsettlement.org has provided the following statistics:

|  | Totals | Before Register | After Register |
|---|---:|---:|---:|
| Clients Sent Emails | 16,261 | 4,462 | 11,799 |
| Engagement Confirmed | 7,493 | 2,361 | 5,132 |
| Rejected | 48 | 5 | 43 |
| Response Pending | 8,720 | 2,096 | 6,624 |

**2.     Cardsettlement.org will pay Epiq's reasonable costs incurred due to issues with cardsettlement.org dating from early November 2024 to present.**

Class Counsel has instructed Epiq to provide materials detailing the reasonable costs incurred by Epiq related to issues caused by cardsettlement.org since November 2024. Epiq has agreed to provide information regarding these costs within 10 days. Class Counsel will share the information with cardsettlement.org and will report further if there are any issues.

3.      **Cardsettlement.org will add a disclaimer to its website to make clear that it is not the official Court-approved website.  Cardsettlement.org will add the following disclaimer:**

> Please be aware, this is not the Court-approved website.  Cardsettlement.org is a private business providing claims-filing services.  The official Court-approved website is: paymentcardsettlement.com.

Cardsettlement.org has added the disclaimer to its website:



4.      **Class Counsel will be allowed to review responses received to the letters sent to clients.**

Cardsettlement.org has confirmed that Class Counsel is welcome to review responses.  Class Counsel has suggested the possibility of cardsettlement.org providing a spreadsheet with detailed information, following submissions of its claims.

5.      **Cardsettlement.org must remind all those in its referral network that they are to cease marketing.**

Cardsettlement.org stated that it has sent out an email to all referral partners reminding those partners that all marketing must cease.  It also instructed referral partners to ensure that old marketing be removed.  The company further reported that it appears that marketing has ceased based on their view that calls have exponentially decreased.

6.      **Cardsettlement.org will immediately report to Class Counsel any issues it learns of regarding referral partners.**

Cardsettlement.org has reaffirmed that it will report issues with referral partners, if any, immediately.

4930-0367-5154.v1

7.  **Cardsettlement.org agrees that no new claims be submitted to Epiq beyond the 17,000+ that are in process.**

Cardsettlement.org affirmed that no new claims were to be submitted.

| | |
|---|---|
| DATED:  January 24, 2025 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>PATRICK J. COUGHLIN<br>ALEXANDRA S. BERNAY |

s/ Alexandra S. Bernay<br>
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
RYAN W. MARTH
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs