
COLEMAN BRYSON PHILLIPS GROSSMAN


**Gary M. Klinger**
Partner
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: 866-252-0878
gklinger@milberg.com

February 1,, 2025

<u>VIA CM/ECF</u>

The Honorable Judge Margo K. Brodie
The Honorable Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

      **RE:**    ***In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* Case No. 1:05-MD-1720 (MKB)(JAM)**

Dear Judges Brodie and Marutollo:

On July 12, 2024, Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg") and Class Counsel filed a Joint Stipulation (ECF 9353, approved by this Court) wherein Milberg agreed it would not register any more clients with Epiq in regards to the Settlement. In the wake of that Joint Stipulation, Milberg received additional information from approximately 450 clients whose claims had not previously been registered because they were either unresponsive or provided inaccurate or insufficient information to register their claims. With this additional information, these claimants claims are now eligible to be registered with Epiq. These clients retained Milberg's services prior to its Joint Stipulation with the Court to register no new claims. Milberg does not wish to prejudice these clients' rights to participate in the Settlement but is also cognizant of its Stipulation filed with the Court. Accordingly, undersigned counsel contacted Class Counsel to discuss the issue. Both Milberg and Class Counsel have agreed, subject to this Court's approval, that Milberg may register these approximately 382 claims with Epiq.

Accordingly, Milberg and Class Counsel jointly request that the Court permit Milberg to register these additional claims with Epiq to protect these claimants' rights to participate in the Settlement.

                Very truly yours,

                s/ *Gary M. Klinger*
                Gary M. Klinger

cc: All Counsel of Record (via CM/ECF)