**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

February 5, 2025

<u>VIA ECF</u>

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

    Pursuant to paragraph 7 of the Order Appointing Special Master (ECF 8883), Rule 23(b)(3) Class Counsel ("Class Counsel") respectfully request the Court's approval of the attached invoice related to work by Special Master James Orenstein.  Class Counsel expects Judge Orenstein to provide invoices on a regular basis which will then be submitted to the Court for approval.  Pursuant to paragraph 7 of the Order Appointing Special Master, the Special Master's fees and expenses shall be paid out of the Class Settlement Cash Escrow Account.

    Respectfully submitted,

| */s/ K. Craig Wildfang* | */s/ H. Laddie Montague, Jr.* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | **Berger Montague PC** | **Robbins Geller Rudman & Dowd LLP** |

Exhibit A

cc:   All Counsel via ECF