3.08

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2025 ★
BROOKLYN OFFICE

To: Honorable Judge Joseph A. Marutollo
United States District Court for
the Eastern District of New York
225 Cadman Plaza East
Courtroom N 324
Brooklyn, NY 11201

January 24, 2025

From: Robert Jay Davis
GDC # 1000183793
Athens Clark County Correctional Inst.
2825 County Farm Road
Athens Georgia 30605

Re: In re Payment Card Interchange Fee
and Merchant Discount Antitrust Litigation
No. 1:05-MD-1720 (MKB)(JAM)

Greetings your honor, i pray that all is well with you and your family.

The lawyer helped my brother Jason Davis fill out the claim form. My brother received a e-mail from the class administrator stating that after they review of the records that i only made two transactions through mastercard & Visa, with my merchant account,

one transaction was for $26,000.00 and another one for $1,700.00 total $27,700.00 and that my part of the settlement was a total of $3.08 three dollars and eight cent.

? (Your honor its really ~~been~~ hard to believe that 8% percent of $27,700.00 is $3.08 three dollars and eight cent.)

Its also hard to believe that this is my part of a $5.4 Billion Dollar settlement

Its also very hard to believe that they had my money for fifteen years without no Intrest, paid to me. when Visa & master card charge so much Intrest to us for any type of transactions.

At this time I ask you to please use your power and open up an investigation into why I'm only receiving three dollars & 8 cent thanks and may God Bless you I await your Response sincerely Robert Taylor

Robert Roy Dav 15
# 1000 1839793
Athens Clark County Correctional
2325 County Farm Road
Athens Georgia 30605

ATLANTA GA RPDC 302
27 JAN 2025 PM 5 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2025 ★
BROOKLYN OFFICE

Honorable Judge A. Merutdllo
United States District Court for
the Eastern District of New York
225 Cadman Plaza East Courtroom N3
Brooklyn NY 11201