Case 1:05-md-01720-MKB-JAM    Document 9560    Filed 01/30/25    Page 1 of 4 PageID #: 547843

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 30 2025 ★
BROOKLYN OFFICE

To: Honorable Judge Joseph A. Maruto
United States District Court for the
Eastern District of New York.
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

From: Robert Jay Davis
G.D.C # 1000183993
@ Athens Clark County Correctional Institution
2825 County Farm Road
Athens Georgia 30605

RE: In re payment Card Interchange Fee
and Merchant Antitrust litigation
No. 1:05-MD-1720 (MKB)(JAM).

Greetings your honor I pray that
all is well with you and your family,
Today I did receive a letter from
Attorney Alexandra S. Bernay about a
text-entry order issued in response
about my letter to the Court ECF 9535.

However at this time I still have
not received no response about
the issues and concerns that

pages 1-of-3-

I mentioned inside my letter, and I'm wondering if my concerns, (such as intrest on the settlement) was shown to all other claiments?

also
was my letter shown to all other claiments? (I really think it should be shown).

also your honor at this time I would like to request a copy of all settlement contracts dealing with this litigation.

also your honor attorney Alexandra S. Bernay Did reach out by phone to my Brother Jason Davis 706-988-5275 and is going to help him sumit a claim for me, the lawyer did tell my Brother at this time the documents we needed are no longer needed, so I pray that will make it easyer for us to submit our claim, I'm still concerned about the intrest on the money that master Card&Visa has made off of the money (fees) they over charged us.

pages -2- of -3-

when the Court has time will the Court see that i receive a copy of all settlements contracts dealing with this litigation.

I Thank you a may GOD Bless you for your service

Respectfully Submitted on January 21, 2025
by Robert Jay Davis

Certificate of Service

I do hereby Certify that i've placed this into the U.S. mail, postage paid, properly addressed to the above within address.

by Robert Jay Davis

pages 3-of-3; end pages

Robert Jay Davis #1000183793
Athens Clark County Corrections Inst
2825 County farm Road
Athens, GA 30605

JAN 3 0 2025

BROOKLYN OFFICE

Magistrate "Honorable" Judge
Joseph A. Marutollo
United States District Court for the
Eastern District of New York
225 Cadman plaza East, Courtroom-N324
Brooklyn, NY 11201-180299