**Robbins Geller Rudman & Dowd LLP**

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

February 24, 2025

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
             No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

      On February 18, 2025, the Court entered a text-only Order requiring Rule 23(b)(3) Class Counsel ("Class Counsel") to submit a further update regarding LenCred.

      Class Counsel has been in communication with LenCred and can report the following:

      LenCred has completed its review of all submissions, and other than the issues raised in the last report (ECF 9559), there does not appear to be any additional problematic submissions from this entity. LenCred provided Class Counsel with a spreadsheet detailing various aspects of its review. Further, LenCred has agreed to pay Epiq's expenses related to the prior issues and Epiq reports no outstanding matters related to this company. Class Counsel will continue to monitor this entity.

                                  Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc:    All Counsel via ECF

4921-2212-2783.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com