# EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway Ste 2900
Ste 2900
San Diego, CA 92101-8598 USA
+18588867900
info@wrightoncomm.com
wrightoncomm.com

**Invoice 1220-4538**

**BILL TO**
Alexandra Bernay
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 02/28/2025 | $25,423.23 | 03/15/2025 |

**PMT METHOD**
Bank Transfer

| | AMOUNT |
|---|---:|
| **Services** <br> Credit on file. <br> -- | -20,000.00 |
| PCS - NIX annual hosting acct pcsoutreachkit.com <br> - | 240.00 |
| PCS - Photo (1) license expense. <br> - | 20.00 |
| PCS - Social Media boosting expense. <br> - | 1,119.33 |
| **Services** <br> February communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately. <br> - | 24,043.90 |
| **Services** <br> March Communications Services (initial base). <br> -- | 20,000.00 |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. Thank you!

**TOTAL DUE** $25,423.23

**THANK YOU.**