**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

March 10, 2025

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") attach as Exhibit A a funding request from Epiq regarding funding for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of December 2024, January 2025, and February 2025. The invoices principally relate to the following activities: document review, staffing the toll-free number and email inbox to respond to class member questions, conflict and Special Master determination noticing efforts, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

Class Counsel request that the Court approve the funding request of $14,968,791.30. The requested funds should be paid from the Class Settlement Cash Escrow Account.

Respectfully submitted,

| /s/ K. Craig Wildfang | /s/ H. Laddie Montague, Jr. | /s/ Alexandra S. Bernay |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

Exhibit A

cc:   All Counsel via ECF