# EXHIBIT A



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

March 7, 2025

**To:   Rule 23(b)(3) Class Counsel**
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:   Funding Request for December 2024, January 2025, and February 2025 Invoices**

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of December 2024, January 2025, and February 2025. The invoices principally relate to the following activities: document review, staffing the toll-free number and email inbox to respond to class member questions, conflict and Special Master determination noticing efforts, maintaining and updating the settlement website, data preparation and hosting efforts, and periodic reporting for counsel.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 90931346 | December 2024 | $4,986,468.16 |
| 90939221 | January 2025 | $5,091,085.16 |
| 90949652 | February 2025 | $4,891,237.98 |
| | **Invoice Total:** | **$14,968,791.30** |

Epiq is requesting that **$14,968,791.30** is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions



Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By      /s/
        Amanda Sternberg
        Director, Client Services' Programs