Robbins Geller
Rudman & Dowd LLP

Chicago   Melville   Nashville   San Diego   Wilmington
Boca Raton   Manhattan   Philadelphia   San Francisco   Washington, D.C.

March 11, 2025

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
　for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

　　　　　Re:　*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
　　　　　　　　No. 1:05-MD-1720 (MKB)(JAM)

Dear Your Honor:

　　　Rule 23(b)(3) Class Counsel write in regards to Your Honor's *Sua Sponte* Report and Recommendation of March 7, 2025 (ECF 9572 concerning third-party entity JAM3STRO).  In the Report and Recommendation, Your Honor discussed the possibility of referral to the U.S. Attorney or U.S. Department of Justice ("DOJ").  On March 11, 2025, Class Counsel sent a letter to the Fraud Section of the DOJ detailing the history of the incidents concerning JAM3STRO and suggesting the DOJ may be interested in pursuing a review and investigation.  Class Counsel provided various Court filings regarding the matter and offered its assistance, should it be requested.

　　　　　　　　　　　　　Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **　& Dowd LLP** |

cc:　All Counsel via ECF