UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

This Document Relates To:

    ALL ACTIONS.

---------------------------------------x

: MDL No. 1720(MKB)(JAM)

: Civil No. 05-5075(MKB)(JAM)

: [~~PROPOSED~~] ORDER REGARDING THIRD-PARTY CLAIMS FILING SERVICES

4927-6656-1323.v1

WHEREAS at various times since 2012, the Court has determined that certain solicitations of class members regarding third-party claims filing services have been misleading;

WHEREAS the Court has expressed concern about additional instances of class member confusion;

WHEREAS since 2018, third-party entities have been required to include certain disclaimers on all solicitations; and

WHEREAS the claims-filing period ended on February 4, 2025.

IT IS HEREBY ORDERED AND DECREED as follows:

All third-party claims filing companies shall remove the ability for new class members to sign up for claims-filing.

All solicitations must contain the following information:

1. A statement that the deadline to file claims has elapsed;

2. A statement that no-cost assistance is available from the Class Administrator and Class Counsel regarding the settlement; and

3. A statement that additional information is available at the Court-approved website, www.paymentcardsettlement.com.

FURTHER, the Court orders that:

1. The proposed relief outlined above must be included in any solicitation, in any form including websites, mail and email solicitations, contracts, telephone, and in-person solicitations;

2. Solicitations that do not contain the required information (as set forth above), may be deemed misleading and following notice and an opportunity to cure, those entities may be enjoined permanently from taking any role in the settlement; and

3. Class Counsel is ordered to alert all known third-party claims filing entities of the requirements within five days of entry of this Order.

IT IS SO ORDERED.

DATED: March 18, 2025

*Joseph A. Marutollo*
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE