

Matthew A. Eisenstein
+1 202.942.6606 Direct
Matthew.Eisenstein@arnoldporter.com

March 27, 2025

**BY ECF**

The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 05-md-01720- MKB-JAM (E.D.N.Y.); *Intuit Inc. et al. v. Visa Inc. et al.*, 1:21-cv-01175-MKB-JAM (E.D.N.Y.); *Block, Inc. v. Visa Inc. et al.*, 1:23-cv-05377-MKB-JAM (E.D.N.Y.)

Dear Judge Marutollo:

    We write on behalf of all parties in the *Intuit* and *Block* actions in response to your Order of March 24, 2025, directing the parties to identify any portions of Your Honor's March 24, 2025 Report & Recommendation that should be redacted prior to the public filing of that decision. The parties have conferred and do not have any redactions to propose.

    Respectfully submitted,

    */s/ Matthew A. Eisenstein*
    Matthew A. Eisenstein
    *Counsel for Visa*

cc: All Counsel of Record by ECF

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | **www.arnoldporter.com**