**Robbins Geller Rudman & Dowd LLP**

Chicago · Melville · Nashville · San Diego · Wilmington
Boca Raton · Manhattan · Philadelphia · San Francisco · Washington, D.C.

April 5, 2025

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judge Marutollo:

    Following the Court's April 4, 2025 Order regarding LenCred, Rule 23(b)(3) Class Counsel provided LenCred a copy of the Court's text-only Order via email at 9:04 pm Pacific time on April 4, 2025.

    The Court's April 4, 2025 Order states that "LenCred shall also provide the Court with all materials it provides to referral partners (including any scripts), as the Court originally requested. See March 31, 2025 Text Order." Class Counsel notes that the Court's March 31, 2025 Order regarding LenCred required it to "provide Class Counsel with all materials that it provides to referral partners, including any scripts." LenCred provided materials to Class Counsel on April 4, 2025. Class Counsel has attached those materials here for the Court's review.

                                Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **   & Dowd LLP** |

Attachments

cc:   All Counsel via ECF

4913-6457-6560.v2

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com