UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 05-md-01720 (MKB) (JAM) |

**MOTION FOR GARY R. CARNEY TO
WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Gary R. Carney of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Defendants Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") on the grounds that he is leaving his employment with Paul, Weiss. Paul, Weiss, will continue to represent Mastercard in this proceeding. No party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

Dated: April 25, 2025
       New York, New York

                              PAUL, WEISS, RIFKIND, WHARTON &
                               GARRISON LLP

                              By: */s/ Gary R. Carney*
                              Gary R. Carney
                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Tel: (212) 373-3051

Fax: (212) 492-0051
gcarney@paulweiss.com

*Counsel for Mastercard*

SO ORDERED:

_____

## **CERTIFICATE OF SERVICE**

I, Gary R. Carney, hereby certify that on April 25, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Mastercard Defendants via email.

Dated:  New York, New York  
April 25, 2025

*/s/ Gary R. Carney*
_____
Gary R. Carney