

**MICHAEL J. KANE** / *SHAREHOLDER*
d 215.875.4686 | mkane@bm.net

May 5. 2025

**VIA ECF**

The Honorable Magistrate
Judge Joseph A. Marutollo
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judge Marutollo:

      On April 11, 2025, the Court issued a text order requiring Class Counsel to file its next monthly status report on May 7, 2025. We respectfully request a brief extension until May 16 to file the report due to extenuating circumstances. One of the Class Counsel, Alexandra Bernay, suffered a medical emergency. Ms. Bernay has had primary responsibility for addressing the third-party issues in Class Counsel's monthly reports. Class Counsel cannot submit a complete and accurate monthly status report on third party issues without Ms. Bernay's input. The requested extension will provide the time necessary for Ms. Bernay to recover so that she can participate in drafting the next status report.

      Respectfully submitted,

      */s/ Michael J. Kane*
      Michael J. Kane

MJK/sll

**1818 MARKET STREET, SUITE 3600**
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**