# EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway Ste 2900
Ste 2900
San Diego, CA  92101-8598 USA
+18588867900
info@wrightoncomm.com
wrightoncomm.com

**Invoice  1220-4556**

**BILL TO**

Alexandra Bernay
Robbins Geller Rudman &
Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA  92101

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 04/30/2025 | $8,489.35 | 05/15/2025 |

**PMT METHOD**
Bank Transfer

|  | AMOUNT |
|---|---|
| **Services**<br>Credit on file.<br>- | -10,000.00 |
| **Services**<br>April communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately.<br>- | 9,489.35 |
| **Services**<br>May Communications Services (initial base).<br>- | 9,000.00 |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. Thank you!

| TOTAL DUE | $8,489.35 |
|---|---|

THANK YOU.