

ERIC L. CRAMER / *CHAIRMAN*
d 215.875.3009  m 215.327.9583 | ecramer@bm.net

May 30, 2025

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie | The Honorable Magistrate |
| United States District Court for the | Judge Joseph A. Marutollo |
|   Eastern District of New York | United States District Court for the |
| 225 Cadman Plaza East |   Eastern District of New York |
| Brooklyn, New York 11201 | 225 Cadman Plaza East |
| | Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Marutollo:

    Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 2nd quarter of 2025 in the amount of $15,975,000.00 for the Class I Cash Settlement Fund.

    This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before June 16, 2025.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | Eric L. Cramer | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | **Berger Montague PC** | Alexandra S. Bernay |
| Thomas J. Undlin | | Patrick J. Coughlin |
| **Robins Kaplan LLP** | | **Robins Geller Rudman**<br>  **& Dowd LLP** |

cc: All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**