# EXHIBIT A



# STATEMENT

**Date**
6/01/2025 through 6/30/2025

Bill To:
**Alexandra Bernay Esq.
Robbins Geller Rudman & Dowd LLP
655 W. Broadway
Suite 1900
San Diego CA 92101**

| | |
|---|---|
| **Reference #:** | **1425040567 - Rep# 2** |
| Billing Inquiries: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | |

RE: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

Representing:

Neutral(s):   **Hon. James Orenstein, (Ret.)**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | $0.00 |
| 6/24/25 | Hon. James Orenstein<br>Review sample conflict submissions and draft responsive memo | 1.55 | $775.00 | $1,201.25 | 1 | $1,201.25 |
| 6/25/25 | Hon. James Orenstein<br>Review sample conflict submissions and draft responsive memo | 1.80 | $775.00 | $1,395.00 | 1 | $1,395.00 |
| 6/26/25 | Hon. James Orenstein<br>Review sample conflict submissions and draft responsive memos | 0.90 | $775.00 | $697.50 | 1 | $697.50 |
| 6/30/25 | Case Management Fee | | | | | $428.19 |
| | | | | Fees: | | $3,721.94 |
| | | | | Total: | | $3,721.94 |

**Payment Activity:** (none)

Balance Due:   $3,721.94

---

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402
Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350
Irvine, CA 92612**