# EXHIBIT 2

**Google** Maps

U.S. District Court - Eastern District of New York, 225 Cadman Plaza E, Brooklyn, NY 11201 to 2101 NJ-27, Edison, NJ 08817

Drive 33.2 miles, 58 min

