# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ADRIAN JONES,

                                  **Plaintiff,**

                v.                                          5:20-CV-340
                                                                                              (FJS/MJK)

POLICE SERGEANT JAMES MILANA,
POLICE OFFICER GORDON QUONCE,
POLICE OFFICER TARAS SENENKO, and
POLICE OFFICER DERRICK ETTINGER,

                                  **Defendants.**
_____

## WRIT OF BODY ATTACHMENT

In its Memorandum-Decision and Order, dated October 16, 2024, *see* Dkt. No. 99, the Court, among other things, ordered

> Emerson Kinsey to appear before this Court on **November 12, 2024 at 11:00 a.m. in Courtroom No. 6 on the 12th Floor of the James Hanley U.S. Courthouse & Federal Building, 100 South Clinton Street, Syracuse, New York,** and **SHOW CAUSE** why this Court should not hold him in civil contempt for failing to obey the July 11, 2024 subpoena requiring him to appear on July 17, 2024, and give testimony in this matter and for failing to obey Magistrate Judge Katz's July 30, 2024 Order to Show Cause directing him to appear at this courthouse on August 21, 2024, at 11 a.m.

*See* Dkt. No. 99 at 5.

The Court also advised Emerson Kinsey that, immediately after the hearing on November 12, 2024, his deposition would commence in the same courtroom. *See id.*

Finally, the Court notified Emerson Kinsey "**that, if he [did] not appear before the Court on *November 12, 2024, at 11:00 a.m.* as instructed herein, the Court [would] issue a Writ of Body Attachment directing the United States Marshal to take him into custody and**

**to hold him until such time as the Court [could] schedule a date for him to appear in this courthouse to address the issue of contempt and for the taking of his deposition[.]"** *See id.* at 5-6.

Emerson Kinsey, having failed to appear and show cause on November 12, 2024, at 11:00 a.m. as the Court directed him to do in its October 16, 2024 Memorandum-Decision and Order, the Court finds him in civil contempt of court.

Accordingly, the Court hereby

**ORDERS** that Emerson Kinsey is in civil contempt; and the Court further

**ORDERS** that the United States Marshal in and for the Northern District of New York or his deputy shall take into custody the person of **Emerson Kinsey** and hold him until such time as the Court can schedule a date for him to appear in this courthouse to address the issue of contempt and for the taking of his deposition; and the Court further

**ORDERS** that, upon taking Emerson Kinsey into custody, the United States Marshal or his deputy shall, as soon as possible, notify the Court of same.

**IT IS SO ORDERED.**

Dated: November 13, 2024
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge

---

### Return

This Writ of Body Attachment was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____.

Date _____

Arresting officer's signature _____

Printed name and title _____