**Robbins Geller Rudman & Dowd LLP**

Chicago   Melville   Nashville   San Diego   Wilmington
Boca Raton   Manhattan   Philadelphia   San Francisco   Washington, D.C.

August 5, 2025

VIA ECF

The Honorable Judge Margo K. Brodie
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY  11201

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 7 of the Order Appointing Special Master (ECF 8883), Rule 23(b)(3) Class Counsel ("Class Counsel") respectfully request the Court's approval of the attached invoice related to work by Special Master James Orenstein. Class Counsel expects Judge Orenstein to provide invoices on a regular basis which will then be submitted to the Court for approval. Pursuant to paragraph 7 of the Order Appointing Special Master, the Special Master's fees and expenses shall be paid out of the Class Settlement Cash Escrow Account.

Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **  & Dowd LLP** |

Exhibit A

cc:   All Counsel via ECF

4916-2727-6122.v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com