# EXHIBIT A



# STATEMENT

**Date**
7/01/2025 through 7/31/2025

Bill To:
Alexandra Bernay Esq.
Robbins Geller Rudman & Dowd LLP
655 W. Broadway
Suite 1900
San Diego CA 92101

| | |
|---|---|
| **Reference #:** | 1425040567 - Rep# 2 |
| Billing Inquiries: | Mindiola, Nicholaus |
| Email: | nmindiola@jamsadr.com |
| Telephone: | 949-224-4626 |
| Employer ID: | ▮▮▮▮▮ |

RE: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**
Representing:

Neutral(s):  Hon. James Orenstein, (Ret.)
Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | $3,721.94 |
| 7/3/25 | Hon. James Orenstein<br>Review materials from claims administrator and draft memo re same | 0.85 | $775.00 | $658.75 | 1 | $658.75 |
| 7/3/25 | Hon. James Orenstein<br>Zoom conference with claims administrator | 1.25 | $775.00 | $968.75 | 1 | $968.75 |
| 7/11/25 | Hon. James Orenstein<br>Review and annotate materials from claims administrator and exchange emails re same | 0.35 | $775.00 | $271.25 | 1 | $271.25 |
| 7/14/25 | Hon. James Orenstein<br>Review and comment on draft communications to registrants provided by claims administrator | 0.15 | $775.00 | $116.25 | 1 | $116.25 |
| 7/15/25 | Hon. James Orenstein<br>Review and comment on draft communications to registrants provided by claims administrator | 0.15 | $775.00 | $116.25 | 1 | $116.25 |
| 7/31/25 | Case Management Fee | | | | | $277.06 |
| | | | | Fees: | | $2,408.31 |
| | | | | Total: | | $2,408.31 |

**Payment Activity:**

| 7/14/25 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ($3,721.94) |
|---|---|---|
| | Total Payments: | ($3,721.94) |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

# STATEMENT



**Date**
**7/01/2025 through 7/31/2025**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Due: | | | $2,408.31 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

**Standard mail:**
**P.O. Box 845402**
**Los Angeles, CA 90084**

**Overnight mail:**
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**