Robbins Geller Rudman & Dowd LLP

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

August 6, 2025

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY  11201

Magistrate Judge Joseph A. Marutollo  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom N324  
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

      Pursuant to the Superseding and Amended Definitive Class Settlement Agreement of the Rule 23(b)(3) Class Plaintiffs and the Defendants (ECF 7257-2), Rule 23(b)(3) Class Counsel respectfully request the Court's approval of (W)right On Communications, Inc.'s ("Wright On") funding request to pay for services provided in July related to the claims administration process.  Attached as Exhibit A is Wright On's Invoice #1220-4582 for $11,905.80.  The expenses are related to services including work related Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately, and other tasks as detailed in Exhibit A.

      Respectfully submitted,

| /s/ Ryan W. Marth | /s/ Michael J. Kane | /s/ Alexandra S. Bernay |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

Exhibit A

cc:    All Counsel via ECF