UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(MKB)(JAM) |
| | Civil No. 05-5075(MKB)(JAM) |
| This Document Relates To:<br><br>ALL ACTIONS. | RULE 23(b)(3) CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INITIAL, PARTIAL DISTRIBUTION OF SETTLEMENT FUNDS |

96444941.1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on a date to be determined, in the courtroom of the Honorable Margo K. Brodie, Courtroom 6F, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Rule 23(b)(3) Class Plaintiffs, by and through their undersigned attorneys, will and hereby do move this Court for an order for initial, partial distribution of settlement funds.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities in support thereof, the accompanying declarations of Cameron R. Azari and Loree Kovach in support thereof, and such other matters and arguments as the Court may consider in the hearing of this motion.

DATED: August 20, 2025

Respectfully submitted,

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
RYAN W. MARTH

*/s/ Ryan W. Marth*
RYAN W. MARTH

2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

96444941.1

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

96444941.1