**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

IN RE PAYMENT CARD
INTERCHANGE FEE AND MERCHANT
DISCOUNT ANTITRUST LITIGATION

**This Document Applies to: All Cases.**

No. 05-MD-01720 (MKB) (JO)

---

### DECLARATION OF CAMERON R. AZARI, ESQ., ON IMPLEMENTATION OF CLAIM PHASE NOTICE

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1.    My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.    I am a nationally recognized expert in the field of legal notice and I have served as an expert in dozens of federal and state cases involving class action notice plans.

3.    I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.  Hilsoft Notifications was recently rebranded as Epiq Legal Noticing.

4.    This declaration describes the successful implementation of the Claim Phase Notice Plan ("Notice Plan" or "Plan") for the parties' settlement between the Rule 23(b)(3) Class Plaintiffs and the Defendants in *In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL 1720 in the United States District Court for the Eastern District of New York.  Epiq conducted an extensive notice and publicity campaign, both at the time of preliminary approval and continuing throughout the claims-administration process.  As described herein, the Notice Plan for the claim phase as designed and implemented reached the greatest practicable number of Settlement Class members and was consistent with the Notice Plan presented to and approved by the Court.  This was a massive effort.  Epiq received and analyzed more than 40 million data records and hundreds of billions of rows of transactions data, sent more than 38

million mailed Claim Forms, of which approximately 82% were successfully delivered, and implemented a comprehensive Media Plan that included more than 1.2 billion digital and social media notices (one of the largest digital noticing campaigns ever implemented for a class action case).

5.      I previously executed my *Declaration of Cameron R. Azari, Esq., on Proposed Settlement Class Notice Program* ("Notice Plan Declaration") dated August 31, 2018, which detailed Epiq's class action notice experience and attached Epiq's curriculum vitae.  I also provided my educational and professional experience relating to class actions and my ability to render opinions on the overall adequacy of notice programs.  Subsequently, I executed my *Declaration of Cameron R. Azari, Esq., on Implementation and Adequacy of Settlement Notices and Notice Plan* ("Implementation Declaration") on June 6, 2019, which described the successful implementation of the Settlement Class Notice Program and provided settlement administration statistics.  In addition, I executed my *Supplemental Declaration of Cameron R. Azari, Esq., on Implementation and Adequacy of Settlement Notice Plan* ("Supplemental Implementation Declaration") on August 7, 2019, which provided updated administration statistics following the implementation of the Settlement Notice Plan.

6.      The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq and Epiq Legal Noticing (hereinafter "Epiq").

## OVERVIEW

7.      As detailed in my Implementation Declaration, after preliminary approval, Epiq successfully implemented the initial Notice Plan.  This declaration details the notice activities undertaken for the claim phase, provides "proofs of performance," and explains how and why the Notice Plan was comprehensive, well suited to the Class, and conformed to the standards that federal courts and jurisprudence require.  Epiq successfully implemented all aspects of the Notice Plan for the claim phase.

8.      Considerable efforts were undertaken by Epiq to compile a database of individuals and entities that have accepted MasterCard or Visa during the 15-year class period stretching from January 1, 2004 to January 25, 2019.  The process began with Epiq working within the data it obtained from the Defendants and others to compile a database of merchants that were likely to have accepted Visa and Mastercard during the fifteen-year class period.[1]  Initially more than 221 million merchant records were gathered from MasterCard, Visa and the largest U.S. payment processors resulting in a database of more than 16 million distinct merchant records.  Additional data provided by Visa after the 2019 Notice mailing, and additional details from Visa about how to interpret that data, resulted in more than 38 million distinct merchant records in total.

9.      Since the precise number of Settlement Class members is unknown, the measured media selections to reach Settlement Class members were established based on three broad target audiences: (1) U.S. Adults aged 18+; (2) U.S. Adults who are Business Owners; and (3) U.S. Adults who are in Business and Finance Occupations.

10.    To date, the Notice Plan has been implemented as ordered by the Court, including dissemination of the Claim Form to likely Rule 23(b)(3) Settlement Class members via postal mail and a Media Plan with an extensive schedule of well-read consumer magazines, national business publications, U.S. territories newspapers, digital notices, social media notices, Satellite radio, and streaming radio/television.[2]  Notice placements also appeared in non-measured trade, business and specialty publications, local business journals, specialty language publications,  sponsored search listings, a Case Website, and an extensive public relations campaign with (W)right On Communications, Inc., ("(W)right On") providing additional notice exposures.

---

[1] Epiq was also able to make use of the data work that it performed from the time of the 2012 Settlement to the Second Circuit's reversal of that Settlement.

[2] The Media Notice Plan that was implemented for the claim phase was modeled after the Media Notice Plan that Epiq designed and implemented for the initial notice efforts as detailed in my 2019 Implementation Declaration.  The Media Notice Plan for the claim phase was updated to replace media publications such as *Parade Magazine* and *People en Espanol,* which no longer exist with modern media options such as streaming radio and television.

11.    Commencing on December 1, 2023, Epiq sent a total of 38,185,025 individual Claim Forms to Settlement Class members by USPS first class mail.  This campaign consisted of an initial 18.5 million Claim Forms mailed to merchants, starting in December 2023 into early 2024.  An additional 19.6 million Claim Forms were mailed to additional potential Settlement Class members, identified based on additional data and information from Visa, commencing in September 2024, following the Court's August 8, 2024, Order, ECF 9380 granting an extension of the claim filing deadline and ordering Claim Forms to be mailed to these potential Settlement Class members.  Complimenting this massive individual direct mailing effort, the measurable paid media effort alone reached 89.3% of all U.S. Adults aged 18+ with an average frequency of 5.0 times, 89.7% of all U.S. Adults who are Business Owners with an average frequency of 5.2 times, and 89.4% of all U.S. Adults in Business and Finance Occupations with an average frequency of 4.6 times.[3]

12.    Not reflected in the calculable reach and average frequency of exposure are additional efforts that were utilized, but for which reach and average frequency of exposure are either incalculable or provide qualitative, not quantitative, enhancement (*e.g.*, the notice placements in trade, business and specialty publications, local business journals, specialty language publications, sponsored search listings, a Case Website, and an extensive public relations campaign with (W)right On .  A significant number of Settlement Class members were smaller businesses, and many represented diverse and/or underserved communities where language or history created additional obstacles to communicating regarding the Settlement.  For these reasons, noticing efforts and resources were intentionally targeted to ensure the message reached diverse business communities.

---

[3] Reach is defined as the percentage of a class exposed to notice, net of any duplication among people who may have been exposed more than once.  Notice exposure is defined as the opportunity to see a notice.  The average frequency of notice exposure is the average number of times that those reached by a notice would be exposed to the notice.

13.    Altogether, the significant paid media effort included 171 separate print publication units with a combined circulation of more than 11.2 million and more than 1.2 billion adult internet digital impressions.  While the majority of the components of the Notice Plan appeared in English, the Notice was also published in seven additional languages (Spanish, Chinese, Japanese, Korean, Russian, Thai, and Vietnamese) to reach Settlement Class members whose native language is not English.

14.    All documents were designed to be noticeable, clear, simple, substantive, and informative.  No significant or required information was missing.

15.    In my opinion, the Notice Plan fairly and adequately covered and notified the Class about their right to file a claim without excluding any demographic group or geographic area.

16.    In my opinion, each person reached has been provided with adequate time prior to the Claims Deadline to accomplish what is necessary for filing a claim.

## NOTICE PLAN IMPLEMENTATION

### *Individual Notice – Direct Mail*

17.    Epiq worked with the settling parties to develop a notice database using the extensive data developed for the initial notice phase, combined with additional data provided by Visa and Mastercard, and 2013-forward acquirer records.  Historically, Epiq received and reviewed 221,872,131 rows of data containing merchant name, address and related information (Epiq received and processed 115,045,756 records as part of the prior, 2013 notice effort and an additional 106,826,375 records for transactions that occurred since that time).  This data was obtained from Visa, Mastercard, settling banks, and third-party acquirers.  Epiq combined and de-duplicated the data as appropriate.  As with the data used for individual notice for the proposed 2012 settlement, extensive data analysis efforts were undertaken to maximize the accuracy of the deduplication efforts and to enhance the deliverability of the mailing effort.  To the extent reasonably possible, separate records were "rolled-up" into one record for the notice mailing.  After reasonable efforts to normalize, combine and de-duplicate these multiple datasets, Epiq determined that there were 38,185,025 records that would be mailed individual notice.  *See Kovach Declaration*.

18.     Prior to mailing, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[4]  Any addresses that are returned by the NCOA database as invalid were updated through a third-party address search service.  In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

19.     Commencing on December 1, 2023, Epiq disseminated 38,185,025 Claim Forms via USPS first class mail to likely Settlement Class members.  The Claim Form, sent by postal mail, was an 8½" x 11" page including brief information about: 1) the Settlement and the Merchant's associated Interchange Fees; 2) where Interchange Fees were located in the transaction data for the Merchant, 3) the amount of Interchange Fees for each merchant – pre-populated on the Claim Form; and 4) if  Interchange Fees for the Merchant were not available, a field for the Merchant to submit their estimated Interchange Fee amount or select a box asserting that they do not know the amount of fees paid during the Class Period and would like the fees calculated for them.  Many of the Claim Forms were prepopulated with merchant-identifying information and estimated Interchange Fees Paid and QR-codes and links to take the merchant to an online Merchant Portal that in many cases allowed the merchant to view its data and take various actions related to its claim.  There were four types of Claim Forms, including: 1) Pre-Populated Claim Form (with transactional data); 2) No Transactional Value *with* Tax ID Claim Form; 3) No Transactional Value *without* Tax ID Claim Form; and 4) Blank Claim Form (for Class Members without any available data).  The Claim Forms are included as **Attachment 1**.

---

[4] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the name and known address.

20.      The return address on the Claim Form is "Payment Card Interchange Fee Settlement."  The address panel of the envelope containing the Claim Form had a bold callout on the back: ("**It is time to file your claim for your share of the $5.5+ billion settlement for anyone that accepted Visa or Mastercard from January 1, 2004 through January 25, 2019."**)  It also stated: ("**Enclosed claim form approved by U.S. Federal Court**").

21.      The return address on the Claim Form was a post office box that Epiq maintains for this action.  The USPS automatically forwarded Claim Forms with an available forwarding address order that has not expired ("Postal Forwards").  Claim Forms returned as undeliverable were re-mailed to any new address available through USPS information, (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order had expired but was still within the time period in which the USPS returned the piece with the address indicated), or to better addresses that were found using a third-party address lookup service.  Upon successfully locating better addresses, Claim Forms were promptly remailed.  Epiq has re-mailed over six million Claim Forms.

22.      Additionally, Claim Forms were mailed to all persons/entities who requested one via the toll-free telephone number or other means.  The contents of the Claim Forms are also available to download or print at the Case Website, www.paymentcardsettlement.com (in English, Spanish, Chinese, Japanese, Korean, Russian, Thai, and Vietnamese).

### *Media Notice Plan*

23.      To guide the selection of measured media in reaching Settlement Class members, the Notice Plan focused the reach to three target audiences including (1) U.S. Adults aged 18+; (2) U.S. Adults who are Business Owners; and (3) U.S. Adults who are in Business and Finance Occupations.

### *National Consumer Magazine Publications*

24.      To target all demographic groups, the Publication Notice appeared in two selected leading weekly and monthly publications.  The Notice appeared twice in each *People* and *Sports Illustrated*, for a total of four insertions.  The Notice appeared as a highly visible, full page notice in each publication.  The Notice ran on the dates and pages indicated below:

| Publication | On-Sale Dates | Page Positions |
|---|---|---|
| *People* | 1/5/24 & 3/1/24 | 76 & 28 |
| *Sports Illustrated* | 1/30/24 & 2/27/24 | 21 & 21 |

25.    The selected publications have a combined circulation of 3.5 million.   The Publication Notice is included as **Attachment 2**.  Individual tear sheets of the Notice as it appeared in each of these selected consumer magazine publications are included as **Attachment 3**.

### *U.S. Territories Newspapers*

26.    The Publication Notice appeared once as a standard magazine sized, full page ad unit in English and Spanish language newspapers targeting the U.S. territories.  Specifically, the Publication Notice ran on the dates and pages in the following five newspapers indicated below:

| Publication | Distribution | On-Sale Date | Page Position |
|---|---|---|---|
| *El Nuevo Dia* | Puerto Rico | 1/3/24 | 11 |
| *El Vocero De Puerto Rico* | Puerto Rico | 1/3/24 | 12 |
| *Primera Hora* | Puerto Rico | 1/3/24 | 19 |
| *Samoa News* | American Samoa | 1/3/24 | B8 |
| *Virgin Islands Daily News* | U.S. Virgin Islands | 1/3/24 | 9 |

27.    The selected publications have a combined circulation of over 442,000.   An example of the Notice as it appeared in these publications is included as **Attachment 4**.  Individual tear sheets for each U.S. territories newspaper insertion have been collected by Epiq and are available upon request.

### *National Business Publications*

28.    To target business owners and adults in business and finance occupations, the Publication Notice appeared in seven selected leading national business publications as a full-page or equivalent size ad unit.   The selected publications include some of the largest circulating newspapers in the U.S.

| Publication | On-Sale Date(s) | Page Position(s) |
|---|---|---|
| Barrons | 1/6/24 & 3/6/24 | 6 & 9 |
| Financial Times | 1/5/23 | 3 |
| Forbes | 2/21/24 | 29 |
| Fortune | 2/20/24 & 4/23/24 | 11 & 29 |
| Investors Business Daily | 1/8/24 | A7 |
| New York Times | 1/7/23 | 5 |
| Wall Street Journal | 1/6/24 | B11 |

29.     The selected seven business publications have a combined circulation of over 2.2 million.  An example of the Publication Notice as it appeared in these selected national business publications is included as **Attachment 5**.  Individual tear sheets for each business publication insertion have been collected by Epiq and are available upon request.

### Trade & Specialty Publications

30.     The Publication Notice appeared in 15 selected trade & specialty publications once or twice as a full page or equivalent size ad unit for a total of 23 insertions, three times as a half page ad and once as a full page spread.  A complete list of the trade & specialty publications in which the Publication Notice appeared is included below.

| Publication | On-Sale Date(s) | Page Position(s) |
|---|---|---|
| Crain's New York | 1/8/24 & 2/26/24 | 7 & 5 |
| Crain's Chicago | 1/8/24 & 2/26/24 | 9 & 5 |
| Crain's Detroit | 1/8/24 & 2/26/24 | 9 & 7 |
| Crain's Cleveland | 1/8/24 & 2/26/24 | 5 & 5 |
| Convenience Store News | 1/14/24 | 33 |
| Mass Market Retailers | 1/15/24 & 2/26/24 | 7 & 13 |
| Supermarket News | 2/6/24 | 16-17 |
| C-Store Decisions | 1/8/24 | 51 |
| CSP Magazine | Dec 2024 & Jan 2025 | 75 & 34 |

| Publication | On-Sale Date(s) | Page Position(s) |
|---|---|---|
| NACS | Dec 2024 & Jan 2025 | 36 & 46 |
| FabriCare | Q2 2025 | 7 |
| Hardware Retailing | March 2024 | 57 |
| Clean Facts | Q2 2024 | 8 |
| Total Food Service | March 2024 & April 2024 | 57 & 57 |
| Retail Merchandiser (digital only) | 1/15/24 | 2 |

31.     The selected publications, which include all editions of Crain's, have a combined circulation of over 558,000.  An example of the Publication Notice as it appeared in these publications is included as **Attachment 6**.  Individual tear sheets for each trade, business and specialty publication insertion have been collected by Epiq and are available upon request.

*Local Business Journals*

32.     The Publication Notice appeared twice as a full-page ad unit in local business journals and covering all major metropolitan areas in the United States in English.  More details regarding the selected publications, on-sale dates, and page position are included in the following table.

| Local Business Journal | On-Sale Dates | Page Positions |
|---|---|---|
| Albany Business Review | 1/5/24 & 3/1/24 | 9 & 7 |
| Albuquerque Business First | 1/5/24 & 3/1/24 | 3 & 7 |
| Atlanta Business Chronicle | 1/5/24 & 3/1/24 | 2 & 13 |
| Austin Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Baltimore Business Journal | 1/5/24 & 3/1/24 | 32 (Back Cover) & 24 (Back Cover) |
| Birmingham Business Journal | 1/5/24 & 3/1/24 | 11 & 7 |
| Boston Business Journal | 1/5/24 & 3/1/24 | 5 & 24 |
| Buffalo Business Journal | 1/5/24 & 3/1/24 | 5 & 7 |
| Charlotte Business Journal | 1/5/24 & 3/1/24 | 5 & 2 |
| Cincinnati Business Courier | 1/5/24 & 3/1/24 | 7 & 9 |

| Local Business Journal | On-Sale Dates | Page Positions |
|---|---|---|
| Columbus Business First | 1/5/24 & 3/1/24 | 2 & 2 |
| Dallas Business Journal | 1/5/24 & 3/1/24 | 9 & 5 |
| Dayton Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Denver Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Triad Business Journal | 1/5/24 & 3/1/24 | 24 (Back Cover) & 9 |
| Pacific Business News | 1/5/24 & 3/1/24 | 5 & 13 |
| Houston Business Journal | 1/5/24 & 3/1/24 | 44 & 48 |
| Jacksonville Business Journal | 1/5/24 & 3/1/24 | 7 & 7 |
| Kansas City Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Louisville Business First | 1/5/24 & 3/1/24 | 5 & 5 |
| Memphis Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| South Florida Business Journal | 1/5/24 & 3/1/24 | 32 (Back Cover) & 13 |
| Milwaukee Business Journal | 1/5/24 & 3/1/24 | 28 (Back Cover) & 7 |
| Minneapolis/St. Paul Business Journal | 1/5/24 & 3/1/24 | 5 & 10 |
| Nashville Business Journal | 1/5/24 & 3/1/24 | 9 & 5 |
| Orlando Business Journal | 1/5/24 & 3/1/24 | 24 & 5 |
| Philadelphia Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Phoenix Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Pittsburgh Business Times | 1/5/24 & 3/1/24 | 7 & 5 |
| Portland Business Journal | 1/5/24 & 3/1/24 | 24 (Back Cover) & 5 |
| Triangle Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| Sacramento Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |
| San Antonio Business Journal | 1/5/24 & 3/1/24 | 3 & 3 |
| San Francisco Business Times | 1/5/24 & 3/1/24 | 5 & 3 |
| Silicon Valley Business Journal | 1/5/24 & 3/1/24 | 5 & 7 |
| Puget Sound Business Journal | 1/5/24 & 3/1/24 | 5 & 5 |

DECLARATION OF CAMERON R. AZARI, ESQ., ON IMPLEMENTATION OF CLAIM
PHASE NOTICE

| Local Business Journal | On-Sale Dates | Page Positions |
|---|---|---|
| St. Louis Business Journal | 1/5/24 & 3/1/24 | 5 & 7 |
| Tampa Bay Business Journal | 1/5/24 & 3/1/24 | 5 & 7 |
| Washington Business Journal | 1/5/24 & 3/1/24 | 24 & 9 |
| Wichita Business Journal | 1/5/24 & 3/1/24 | 16 & 5 |
| Alaska Journal of Commerce | 1/7/24 & 2/25/24 | 5 & 3 |
| Central New York Business Journal | 1/15/24 & 2/26/24 | 9 & 9 |
| Business Record (Central Iowa) | 1/5/24 & 3/1/24 | 28 (Back Cover) & 2 |
| Westfair Business Journal (f/k/a Fairfield County Business Journal &Westchester County Business Journal (Combined Online Issue) | 1/8/24 & 2/26/24 | 3 & 5 |
| Long Island Business News | 1/5/24 & 3/1/24 | 7 & 2 |
| Los Angeles Business Journal | 1/8/24 & 2/26/24 | 9 & 13 |
| Mississippi Business Journal (Jackson) | 1/12/24 & 3/8/24 | 39 & 11 |
| New Orleans City Business | 1/12/24 & 3/8/24 | 5 & 2 |
| NJBIZ | 1/8/24 & 2/26/2024 | 5 & Back Cover |
| Orange County Business | 1/8/24 & 2/26/2024 | 5 & 5 |
| Pacific Coast Business Times | 1/5/24 & 3/1/24 | 16A & 2A |
| Rochester Business Journal | 1/5/24 & 2/23/24 | 3 & 3 |
| San Diego Business Journal | 1/8/24 & 2/26/24 | 9 & 5 |
| San Fernando Valley Business Journal | 1/15 & 2/26/24 | 13 & 17 |
| North Bay Business Journal | 1/8/24 & 2/26/24 | 14 & 9 |
| The Journal Record (Oklahoma) | 1/3/24 & 2/28/24 | 3A & 5A |

33.    The selected 56 local business journals have a combined circulation of more than 675,000.  An example of the Publication Notice as it appeared in these publications is included as **Attachment 7**.  Individual tear sheets for each trade, business and specialty publication insertion have been collected by Epiq and are available upon request.

### *Specialty Language and Targeted Newspapers*

34.    To target foreign language business owners and adults in business and finance occupations affected by the Settlement, the Publication Notice appeared in 87 specialty language and targeted newspapers.  The Publication Notice appeared as a full-page ad unit or equivalent size two times in selected daily or weekly publications and one time in selected monthly publications for a total of 172 insertions.  The Publication Notice was translated into Spanish, Chinese, Japanese, Korean, Russian, and Vietnamese.

| *Specialty Language and Targeted Newspapers* | *Distribution* | *On-Sale Dates* | *Page Positions* |
|---|---|---|---|
| *Afro-American* | Washington, DC | 1/6/2024 & 3/2/2024 | A6 & A5 |
| *Al Dia* | Dallas / Ft. Worth | 1/3/2024 & 2/28/2024 | 10A & 10A |
| *Al Dia* | Philadelphia | 1/3/2024 & 2/28/2024 | 10A & 10A |
| *Asian Journal (Las Vegas)* | Las Vegas | 1/4/2024 & 2/29/2024 | 3 & 3 |
| *Asian Journal (Los Angeles)* | Los Angeles | 1/6/2024 & 3/2/2024 | A8 & A8 |
| *Atlanta Inquirer* | Atlanta | 1/6/2024 & 3/2/2024 | 5 & 5 |
| *Atlanta Voice* | Atlanta | 1/5/2024 & 3/1/2024 | 7 & 7 |
| *Black Star News* | New York | 4/4/2024, 4/18/2024, 5/9/2024, 5/16/2024 (print) 4/4/2024 - 5/29/2024 (digital) | N/A |
| *Boston Banner (Baystate Banner)* | Boston / Manchester | 1/4/2024 & 2/29/2024 | 16 & 7 |
| *California Journal* | Los Angeles | 1/5/2024 & 3/1/2024 | 24 & 24 |
| *Chicago Citizen Newspaper Group (5 Papers)* | Chicago | 1/3/2024 & 2/28/2024 | 6 &7 |
| *China Press - Philadelphia Edition* | Philadelphia | 1/5/2024 & 3/1/2024 | A11 & A11 |
| *Chinese Daily News - (World Journal Los Angeles)* | Los Angeles | 1/4/2024 & 2/29/2024 | A16 & A16 |
| *Crusader Group (Chicago-Gary - Forced Combo)* | Chicago | 1/6/2024 & 3/2/2024 | 16/9 & 9/9 |
| *Daily Sun New York* | New York | 1/5/2024 & 3/1/2024 | 6 &5 |
| *Dallas Chinese News* | Dallas/Ft. Worth | 1/5/2024 & 3/1/2024 | A7 & B14 |

| Specialty Language and Targeted Newspapers | Distribution | On-Sale Dates | Page Positions |
|---|---|---|---|
| Dallas Examiner | Dallas/Ft. Worth | 1/4/2024 & 2/29/2024 | 3 & 3 |
| El Diario | New York | 1/3/2024 & 2/26/2024 | 9 & 7 |
| El Especialito - Northern Jersey | New York | 1/5/2024 & 3/1/2024 | 5 & 5 |
| El Mundo | Boston/Manchester | 1/4/2024 & 2/29/2024 | 3 & 3 |
| El Observador | San Francisco/Oakland/ San Jose | 1/5/2024 & 3/1/2024 | 13 & 3 |
| El Planeta | Boston/Manchester | 1/12/2024 & 3/8/2024 | 5 & 17 |
| El Pregonero | Washington, DC | 1/18/2024 & 3/21/2024 | 9 & 9 |
| El Reportero | San Francisco / Oakland / San Jose | 1/5/2024 & 3/1/2024 | 8 & 8 |
| El Sol Latino (Philadelphia) | Philadelphia | 1/4/2024 & 2/29/2024 | 19 & 15 |
| El Tiempo Latino | Washington, DC | 1/5/2024 & 3/1/2024 | A7 & A7 |
| Epoch Times - Chicago (Chinese Edition) | Chicago | 1/5/2024 & 3/1/2024 | B12 & B12 |
| Epoch Times - Dallas (Chinese Edition) | Dallas/Ft. Worth | 1/5/2024 & 3/1/2024 | B8 & B8 |
| Epoch Times - New York (Chinese Edition) | New York | 1/5/2024 & 3/1/2024 | A12 & A12 |
| Epoch Times - Philadelphia (Chinese Edition) | Philadelphia | 1/5/2024 & 3/1/2024 | B12 & B12 |
| Forward Times | Houston | 1/3/2024 & 2/28/2024 | 6B & 6A |
| Houston Defender | Houston | 1/4/2024 & 2/29/2024 | 12 & 12 |
| Houston Sun | Houston | 1/5/2024 & 3/1/2024 | 8 & 8 |
| Impacto Latino Newspaper | New York | 1/4/2024 & 2/29/2024 | 9 & 11 |
| Korea Daily - Los Angeles | Los Angeles | 1/3/2024 & 2/28/2024 | 7 & 9 |
| Korea Daily - New York | New York | 1/3/2024 & 2/26/2024 | 7 & 9 |
| Korea Times – Chicago | Chicago | 1/3/2024 & 2/28/2024 | A11 & A12 |
| Korea Times - Los Angeles | Los Angeles | 1/5/2024 & 3/1/2024 | A5 & A28 |
| Korea Times - New York Edition | New York | 1/3/2024 & 2/26/2024 | A5 & A5 |
| Korean New York Daily (New York Ilbo) | New York | 1/3/2024 & 2/26/2024 | A12 & A11 |

DECLARATION OF CAMERON R. AZARI, ESQ., ON IMPLEMENTATION OF CLAIM PHASE NOTICE

| Specialty Language and Targeted Newspapers | Distribution | On-Sale Dates | Page Positions |
|---|---|---|---|
| Korean Phila Times | Philadelphia | 1/5/2024 & 3/1/2024 | 2 & 2 |
| La Informacion | Houston | 1/4/2024 & 2/29/2024 | 5 & 5 |
| La Opinion | Los Angeles | 1/3/2024 & 2/26/2024 | 7 & 5 |
| La Opinion De La Bahia | San Francisco / Oakland / San Jose | 1/7/2024 & 3/3/2024 | 3 & 3 |
| La Raza | Chicago | 1/7/2024 & 3/3/2024 | 8 & 3 |
| La Voz De Houston | Houston | 1/3/2024 & 2/28/2024 | V3 & V10 |
| La Voz Hispana | New York | 1/4/2024 & 2/29/2024 | 24 & 13 |
| Lawndale Group News | Chicago | 1/4/2024 & 2/29/2024 | 5 & 12 |
| Lighthouse (Los Angeles Edition) | Los Angeles | 1/30/2024 & 3/1/2024 | 91 & 92 |
| Los Angeles News Observer | Los Angeles | 1/4/2024 & 2/29/2024 | A10 & A11 |
| Metro Chinese Weekly | Philadelphia | 1/5/2024 & 3/1/2024 | A24 & A24 |
| Metro Viet News | Philadelphia | 1/5/2024 & 3/1/2024 | 24 & 24 |
| Mundo Hispanico | Atlanta | 1/4/2024 & 2/29/2024 | 7 & 3 |
| NC Magazine | National | March 2024 | 8 |
| New York Amsterdam News | New York | 1/4/2024 & 2/29/2024 | 11 & 7 |
| New York Trend | New York | 1/4/2024 & 2/29/2024 | 2 & 2 |
| Nguoi Viet Daily News | Los Angeles | 1/3/2024 & 2/26/2024 | A12 & A8 |
| Novedades News | Dallas / Ft. Worth | 1/3/2024 & 2/28/2024 | 12 & 12 |
| NY Japon | New York | 1/12/2024 & 3/1/2024 | 13 & 13 |
| Philadelphia Asian News | Philadelphia | 1/19/2024 & 3/8/2024 | 7 & 7 |
| Philadelphia Observer | Philadelphia | 1/4/2024 & 2/29/2024 | 9 & 9 |
| Philadelphia Sunday Sun | Philadelphia | 1/5/2024 & 3/1/2024 | 5 & 22 |
| Philadelphia Tribune | Philadelphia | 1/3/2024 & 2/26/2024 | 5A & 5A |
| Philippine News - Los Angeles Edition | Los Angeles | 1/5/2024 & 3/1/2024 | 24 & 24 |
| Pinoy News magazine | Chicago | 2/1/2024 & 3/1/2024 | 21 & 21 |

| Specialty Language and Targeted Newspapers | Distribution | On-Sale Dates | Page Positions |
|---|---|---|---|
| Post News Group Newspaper Network | San Francisco / Oakland / San Jose | 1/3/2024 & 2/28/2024 | 7 & 8 |
| Precinct Reporter/Tri-County Bulletin/Long Beach Leader | Los Angeles | 1/4/2024 & 2/29/2024 | 6/A8 & 6A8 |
| Reporter Publications | San Francisco / Oakland / San Jose | 1/4/2024 & 2/29/2024 | 8 & 11 |
| Rolling Out New York | New York | 1/4/2024 & 2/29/2024 | 12 & 12 |
| Russkaya Reklama - New York Edition | New York | 1/5/2024 & 3/1/2024 | A31 & A29 |
| Saigon Times | Los Angeles | 1/5/2024 & 3/1/2024 | 2C & 2C |
| San Francisco Bay View Newspaper | San Francisco / Oakland / San Jose | 2/1/2024 & 3/1/2024 | 23 & 15 |
| Seikatsu Press | New York | 1/13/2024 & 3/2/2024 | 2 & 2 |
| Sing Tao Daily - Chicago | Chicago | 1/3/2024 & 2/26/2024 | A7 & A7 |
| Sing Tao Daily - New York) | New York | 1/3/2024 & 2/29/2024 | A7 &, A7 |
| Sing Tao Daily - Southern California | Los Angeles | 1/3/2024 & 2/26/2024 | A16 & A16 |
| Svet | Chicago | 1/5/2024 & 3/1/2024 | 4 & 11 |
| US Asian Post (Chicago) | Chicago | 1/5/2024 & 3/1/2024 | 10 & 10 |
| US Asian Post (Los Angeles) | Los Angeles | 1/5/2024 & 3/1/2024 | 10 & 10 |
| US Asian Post (New York) | New York | 1/5/2024 & 3/1/2024 | 10 & 10 |
| Via Times | Chicago | 1/10/2024 & 3/10/2024 | 3 & 3 |
| Viet Bao Daily News - LA Edition | Los Angeles | 1/5/2024 & 3/1/2024 | 18 & 16 |
| Vocero Hispano | Boston / Manchester | 1/5/2024 & 3/1/2024 | 7 & 7 |
| Washington Hispanic | Washington, DC | 1/5/2024 & 3/1/2024 | 24A & 24A |
| Washington Informer | Washington, DC | 1/4/2024 & 2/29/2024 | 17 & 19 |
| Wave Community Newspapers | Los Angeles | 1/4/2024 & 2/29/2024 | 6 & 3 |
| World Journal New York - Chinese Daily News | New York | 1/3/2024 & 2/26/2024 | A13 & A14 |

35.    The selected specialty language and targeted newspapers have a combined circulation of over 3.8 million.  An example of the Notice as it appeared in these publications is

included as **Attachment 8**.   Individual tear sheets for each specialty language and targeted newspaper insertion have been collected by Epiq and are available upon request.   More details regarding the selected publications, on-sale dates, and page position are included in the following table.

### *Digital Notice*

36.      The Notice Plan included targeted digital advertising in English and Spanish on the selected advertising networks *Google Display Network* and *Yahoo Audience Network*, which together represent thousands of digital properties across all major content categories.   All Digital Notices were designed to encourage engagement by Settlement Class members—by linking directly to the Case Website, allowing visitors easy access to relevant information and documents, including the Long Form Notice.   Consistent with best practices, the Digital Notices used language from the Long Form Notice headline, which allowed users to identify themselves as potential Settlement Class members.

37.      The Digital Notices were also placed on the leading social media platforms in the United States, including *Facebook*, *Instagram*, *X* (*Twitter*), *LinkedIn, YouTube*, *Reddit*, and *TikTok*.   For *YouTube* and *TikTok*, the Digital Notices were 30-second videos ads directing viewers to the Case Website. The social media campaign targeted users based on job title as well as used an interest-based approach which focuses on the interests that users exhibit while on the social media platforms, capitalizing on the Target Audience's propensity to engage in social media.

38.      *Facebook* is the leading social networking site in the United States with 60% of all social media usage with 196 million users,[5] and *Instagram* has 171 million active users in the United States.[6]

---

[5] Statista Digital 2024: Global Overview Report.  Statista, founded in 2007, is a leading provider of worldwide market and consumer data and is trusted by thousands of companies around the world for data.  Statista.com consolidates statistical data on over 80,000 topics from more than 22,500 sources and makes.

[6] Statista Digital 2024: Global Overview Report.

39.     *X* (*Twitter*) is a popular microblogging social media website that allows posts/tweets containing images or videos.  Users can like, comment, and share/retweet posts.  *X* has more than 103 million users in the United States.[7]

40.     *LinkedIn* is the world's largest professional network on the internet with more than 250 million members in the United States.[8]

41.     *YouTube* is the largest streaming video website in the United States with over 253 million users.[9]

42.     *Reddit* is a widely used social forum website that contains more than one million communities known as subreddits.  These communities cover specific topics making this an ideal platform to reach individuals with focused interests.  *Reddit* has more than 57 million daily active users in the United States.[10]

43.     *TikTok* is a short-form, video sharing app that is very popular among younger users.  Videos are in portrait orientation, and most are 30 seconds or less.  The app has over 135 million users in the U.S.[11]

44.     Digital Notices were also placed on the websites of several financial media outlets mirrored in the print portion of the Notice Plan, including the *WSJ.com*, *Bloomberg.com*, *Forbes.com, Time.com, Fortune.com, BusinessInsider.com, Inc.com*, and *Bizjournals.com*.  Additional Spanish language and multi-cultural websites advertising in Spanish, Chinese, Japanese, Vietnamese, Korean, Thai & Russian also ran. Finally, advertising ran in the following trade websites: *Totalfood.com, CSPDailyNews.com, FuelsMarketNews.com* and *Convenience.org.*

45.     In addition, 30-second audio ad placements were purchased on popular podcasts focused on content categories such as Entrepreneurship and Business/Professional News.

---

[7] Statista Digital 2024: Global Overview Report.
[8] Statista Digital 2024: Global Overview Report.
[9] Statista Digital 2024: Global Overview Report.
[10] Statista Digital 2024: Global Overview Report.
[11] Statista Digital 2024: Global Overview Report.

Examples of podcasts that aired the 30-second Notice include *The Diary of a CEO*, *WorkLife* with Adam Grant, *Smart Passive Income*, *The Ed Mylett Show*, and *The Prof G Pod* with Scott Galloway. Additionally, 30-second video ad placements were purchased on connected television and streaming services including *Hulu*, *Disney+*, *Fubo*, *Pluto TV*, and *Samsung TV*. Notices were also placed during traditional commercial breaks on ad-supported streaming plans and targeted to individuals who consume business/financial oriented content online. Airing video ads notices on streaming services allowed the digital notice to be distributed on any device where an individual chose to consume their content and entertainment including mobile devices, tablets, computers, and/or connected televisions.

46. More details regarding the target audiences, distribution, specific ad types of the Digital Notices, and the number of impressions are included in the following table:

| Network/Property | Target Audience | Ad Size(s) | Run Dates | Impressions Delivered |
|---|---|---|---|---|
| *Google Display Network* | A18+ | | 1/2/24 - 2/4/24 | 28,487,850 |
| *Google Display Network* | A18+ and Affinity for business owner and/or business and finance | | | 188,767,547 |
| *Google Display Network* | A18+ and Intent for business owner and/or business and finance | | | 183,566,878 |
| *Yahoo Audience Network* | A18+; business and finance content | 728x90, 300x250, 300x600 & 970x250 | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 122,026,424 |
| *Bizjournals.com* | A18+; business and finance content | | | 5,238,843 |
| *Bloomberg.com* | A18+; business and finance content | | | 2,732,815 |
| *Forbes.com* | A18+; business and finance content | | | 5,166,379 |
| *WSJ.com* | A18+; business and finance content | | | 2,801,107 |
| *Time.com* | A18+; business and finance content | | | 1,242,111 |
| *Fortune.com* | A18+; business and finance content | | | 1,276,371 |

| Network/Property | Target Audience | Ad Size(s) | Run Dates | Impressions Delivered |
|---|---|---|---|---|
| Inc.com | A18+; business and finance content | 728x90, 300x250, 300x600 & 970x250 | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 1,137,352 |
| BusinessInsider.com | A18+; business and finance content | | | 1,257,468 |
| totalfood.com | A18+ | 300x250 | 5/1/24 - 5/31/24 | n/a |
| cspdailynews.com | A18+ | 300x250, 728x90, 300x50 | 12/1/24 - 1/31/25 | 77,189 |
| fuelsmarketnews.com | A18+ | 970x90, 450x75, 728x90 | 12/1/24 - 1/31/25 | 141,193 |
| convenience.org | A18+ | 970x90, 450x75 | 12/1/24 - 12/31/24 | 140,061 |
| bizjournals.com DMA Targeted to Chicago | A18+ | 728x90, 300x250, 300x600 & 970x250 | 1/2/24 - 2/5/24 2/26/24 - 3/31/24 | 357,197 |
| bizjournals.com DMA Targeted to Cleveland | A18+ | | | 357,227 |
| bizjournals.com DMA Targeted to Los Angeles | A18+ | | | 350,083 |
| bizjournals.com DMA Targeted to New York | A18+ | | | 357,200 |
| Spanish Website Targeting[12] | A18+ | | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 122,423,327 |
| Multi-cultural Language Targeting | A18+; business and finance content | | | 65,928,259 |
| Facebook | A18+ | Newsfeed & Right Hand Column | 1/2/24 -2/4/24 | 26,067,249 |
| Facebook | A18+ with interest in Mastercard, Visa, business and/or small business | | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 149,016,318 |
| Facebook | A18+ who are in business & finance or with demographics of small business owner | | | 59,017,128 |
| Facebook | A18+ with job title of business owner[13] | | | 28,892,355 |

---

[12] Spanish websites included Univision.com, Telemundo.com, Elpais.com, CNNespanol.cnn.com, ESPNDeportes.com, and others.

[13] Job titles included auto body owner, daycare owner, dry cleaner/laundromat owner, gym owner, hotel/motel owner, landscaping owner, retail merchandise store owner, salon owner, spa owner, restaurant owner, and others.

| Network/Property | Target Audience | Ad Size(s) | Run Dates | Impressions Delivered |
|---|---|---|---|---|
| Instagram | A18+ | Newsfeed | 1/2/24 -2/4/24 | 6,974,653 |
| Instagram | A18+ with interest in Mastercard, Visa, business and/or small business | Newsfeed | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 32,047,687 |
| Instagram | A18+ who are in business & finance or with demographics of small business owner | | | 14,205,167 |
| Instagram | A18+ with job title of business owner (same as Facebook) | | | 15,544,933 |
| Twitter | A18+ with interests in business owner, business & finance and/or small business | Twitter Feed Ads | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 17,926,515 |
| Twitter | A18+ and Post Engagement Targeting for Business Owner, Small Business Owner, Visa Merchant Services and/or Mastercard Merchant Services | | | 38,339,824 |
| LinkedIn | A18+ with job titles in senior management[14] | LinkedIn Feed Ads | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 18,781,654 |
| YouTube | A18+ and Affinity for business owner and/or business and finance | :30 second video ads | | 14,015,368 |
| YouTube | A18+ and Intent for business owner and/or business and finance | | | 13,844,888 |
| YouTube | A18+ and select channel and video targeting[15] | | | 7,276,448 |
| Reddit | A18+ targeted to feeds r/Business, /SmallBusiness, r/Entrepreneurs/, /r/BusinessHub/ and /r/Businessideas/ | Reddit Feed Ads | | 18,003,941 |

[14] Job titles included Owner, Business Partner, CEO, President, Vice President, CFO, CTO, COO, CIO, Business Director, Chief of Staff and/or Manager, among others.

[15] Select channel and video targeting on youtube.com/Bloomberg, youtube.com/InsiderBusiness, youtube.com/wsj, youtube.com/Forbes, youtube.com/markets, and/or youtube.com/CNBC, among others.

| Network/Property | Target Audience | Ad Size(s) | Run Dates | Impressions Delivered |
|---|---|---|---|---|
| TikTok | A18+; business and finance content | :30 second video ads | 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 10,689,428 |
| Podcast Targeting (Spotify, Apple, Google) | A18+ Entrepreneurship, Business news and Professional content | :30 second audio ads | 1/2/24 - 2/4/24 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 6,479,097 |
| Streaming Television | A18+ Business Owner | :30 second video ads | 1/2/24 - 2/4/24, 2/26/24 - 3/31/24 5/1/24 - 5/31/24 | 6,972,165 |
| TOTAL | | | | 1,216,147,549 |

47.    Combined, approximately 1.2 billion adult impressions were generated by these Digital Notices during a five-month period.[16]  As applicable, clicking on the Digital Notice brought the reader to the Case Website with detailed information about the case.  Examples of the various types of Digital Notices are included as **Attachment 9**.

***Streaming Radio Campaign***

48.    The radio campaign component of the Notice Plan included radio spots strategically designed to bring awareness of the Settlement to Settlement Class members.  MRI-Simmons[17] syndicated data demonstrates that members of the Target Audience listen to radio an average of 15.5 hours per week.[18]  Internet streaming radio spots focused on stations of general interest and served on internet and satellite radio via the *Sirius XM Radio* (app) and *Pandora Streaming Radio*, which is likely

---

[16] The third-party ad management platform, ClickCease was used to audit the Digital Notice ad placements.  This type of platform tracks all Digital Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses.  This helps reduce wasted, fraudulent, or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).

[17] MRI-Simmons is a leading source of publication readership and product usage data for the communications industry.  MRI-Simmons is a joint venture of GfK Mediamark Research & Intelligence, LLC ("MRI") and Simmons Market Research.  MRI-Simmons offers comprehensive demographic, lifestyle, product usage and exposure to all forms of advertising media collected from a single sample.  As the leading U.S. supplier of multimedia audience research, the company provides information to magazines, televisions, radio, internet, and other media, leading national advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United States.  MRI-Simmons's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the United States.

[18] MRI-Simmons 2024 Survey of the American Consumer®.

to be listened to by the Target Audience. *Sirius XM Radio* and *Pandora Streaming Radio* were played on desktop, mobile, tablet, television, and in automobiles (*Sirius XM Radio* in automobiles uses satellite signal; however, users can stream the internet enabled content from their mobile devices). The radio campaign consisted of 30-second streaming radio spots that aired nationwide and were designed to drive individuals to the Case Website to learn more about the Settlement.

49.    *Sirius XM Radio* spots were targeted via news channels, specifically *Bloomberg*, *CNBC*, *CNN*, *Business Radio*, and *Fox Business*. More than 1,100 spots aired via those channels. The *Pandora Streaming* radio campaign delivered 5 million streaming radio spots nationwide and were accompanied by more than 1.1 million Digital Notices on the *Pandora* app/website. The streaming radio campaign ran for three separate time periods ("flights") from January 8, 2024, through May 31, 2024. The first flight ran from January 8, 2024, through January 28, 2024, delivering 259 spots. The second flight ran from March 11, 2024, through March 31, 2024, delivering 259 spots.[19] The third flight ran from May 1, 2024, through May 31, 2024, delivering 584 spots. The streaming radio script is included as **Attachment 10**.

### *Internet Sponsored Search Listings*

50.    To facilitate Settlement Class members with locating the Case Website, sponsored search listings were acquired on the three most highly-visited internet search engines: *Google*, *Yahoo!* and *Bing*. When search engine visitors searched on common keyword combinations such as "Visa Mastercard Settlement," "Interchange Fee Settlement," or "Payment Card Settlement," the sponsored search listing was generally displayed at the top of the page prior to the search results or in the upper right hand column.

51.    The sponsored listings ran from December 1, 2023, through May 31, 2024, and were displayed 1,729,240 times, resulting in 168,494 clicks that displayed the Case Website. A complete list of the sponsored search keyword combinations is included as **Attachment 11**.

---

[19] One makegood spot ran on April 4, 2024, which was originally scheduled to run on March 22, 2024.

Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 12**.

### PR Partnership with (W)right On Communications

52.     Epiq worked directly with (W)right On, an award-winning integrated strategic communications firm based in San Diego, California.  (W)right On was selected and engaged by Class Counsel to lead the overall public relations effort surrounding the Claim Form mailing and the claim phase in general.  Epiq designed the Claim Forms in conjunction with (W)right On's feedback—to provide necessary information to merchants in an official yet accessible and concise manner. (W)right On also supported creating a "brand" for the Settlement and ensuring that communications from Epiq and Class Counsel adhered to intended messaging, which were designed to increase awareness of and participation in the Settlement.  (W)right On also arranged for media appearances for selected Class Representatives, other Settlement Class members, and Class Counsel to raise awareness of the Settlement in the merchant community.

53.     (W)right On publicized and explained the claim filing process and ensured the paid media program aligned with the public relations efforts and outreach program.  Not only did (W)right On's outreach efforts reach the business community generally, it also targeted smaller businesses, including those from diverse and/or underserved communities to ensure the noticing reached all Class Members.  More details regarding these efforts are explained in section 4.5 of Attachment 14 described below.  (W)right On's *curriculum vitae* is included as **Attachment 13**.

54.     (W)right On provided Class Member outreach and educational support throughout the life of the claim filing period including the following:

- Branded educational materials delivered through email campaigns, an online outreach kit, printed hard copies for in-person outreach at events and conferences, image and video storytelling, and educational webinars including claim submission demonstrations;

- Media materials and outreach in nine languages including a video news release in English and Spanish;

- Social media channels, content and engagement across *Facebook*, *X*, *Instagram*, *YouTube*, and *TikTok* as well as influencer content; and

- Outreach to hundreds of trade associations serving merchants and business groups including small and diverse businesses.

55.     Over a 14-month period, the outreach and education strategy generated more than 70 million impressions, including:

- 42.5 million impressions from more than 500 media mentions;

- 21.5 million impressions from social media content and influencers; and

- 6.4 million impressions from the membership of 300 trade associations and business groups.

56.     It is my understanding the outreach effort was recently awarded the Mark of Excellence by the Public Relations Society of America regional chapter.  A full Outreach and Education Program Report as provided by (W)right On is included as **Attachment 14**.

*Reminder Notice*

57.     In an effort to increase claim filing, commencing on April 25, 2024, Epiq sent 12,660,711 Reminder Postcard Notices via USPS first class mail to those Settlement Class members for whom a valid address was available and the initial Notice was not returned as undeliverable, and who had not yet filed a Claim Form or registered via the Merchant Portal at the website.  The April Reminder Postcard Notices are included as **Attachment 15**.

58.     Subsequently, commencing on November 4, 2024, Epiq sent 12,090,077 Reminder Postcard Notices via USPS first class mail to those Settlement Class members for whom a valid address was available and the initial Notice was not returned as undeliverable, and who had not yet filed a Claim Form or registered via the Merchant Portal at the website.  The November Reminder Postcard Notices are included as **Attachment 16**.

59.    There was a substantial increase in claim filing activity after the claim stimulation Reminder Postcard Notices were sent.  The following graph illustrates the spikes in the claim filing activity after sending the Reminder Postcard Notices.



### *Case Website*

60.    Epiq continues to maintain and update the existing Case Website established on December 7, 2012, (www.PaymentCardSettlement.com).  Epiq adapted the Case Website to be consistent with the education-and-outreach campaign that Epiq, (W)right On, and Class Counsel were conducting.  In addition to containing the Merchant Portal, the Case Website was the main source of official settlement information to merchants.  Settlement Class members are able to obtain detailed information about the action, review important documents including, Notices and answers to frequently asked questions (FAQs).  At the onset of the claim phase, the website was significantly updated to accept online claims, with a Merchant Portal that allowed merchants to input their username and password (provided with the Claim Form) in order to file their claim. Potential unidentified Settlement Class members who did not receive a mailed Claim Form could also file a claim via the website.  The Case Website was translated and is available in Spanish,

Chinese, Japanese, Korean, Russian, Thai, and Vietnamese with translated versions of the Notices. Links for each language and a corresponding country flag continue to be displayed prominently in the upper right corner of all key pages of the website. The Case Website address was displayed prominently on all notice documents. The Digital Notices linked directly to the Case Website. As of August 11, 2025, there have been 4,803,520 unique visitor sessions to the Case Website and 24,038,024 web pages have been presented.

### *Toll-free Telephone Number*

61.    The existing toll-free telephone number (1-800-625-6440) continues to be available and updated to allow Settlement Class members to call for additional information, listen to answers to FAQs, request that a Claim Form be mailed to them and select to speak to a live operator during normal business hours. The toll-free number was prominently displayed in the Notice documents as appropriate. As of July 9, 2025, there have been 255,647 calls to the toll-free telephone number representing 2,383,100 minutes of use, and service agents had handled 146,816 incoming calls representing 1,952,681 minutes of use and 45,932 outbound calls representing 261,673 minutes of use.

62.    Throughout the claim period, Epiq handled inquiries from large and small merchants regarding the claim process, including routine merchant questions, which were escalated to more senior Epiq employees or Class Counsel as appropriate.

### *Email Inbox and Postal Mailing Address*

63.    The existing postal mailing address and email address established for the case continue to be available allowing Settlement Class members with the opportunity to request additional information or ask questions.

### <u>CONCLUSIONS</u>

64.    To date, the Notice Plan for the claim phase has been implemented as ordered by the Court, including dissemination of the Claim Form to likely Rule 23(b)(3) Settlement Class members via postal mail and a Media Plan with an extensive schedule of well-read consumer magazines, national business publications, U.S. territories newspapers, digital notices, social

media notices, Satellite radio, and streaming radio/television. Notice placements also appeared in non-measured trade, business and specialty publications, local business journals, specialty language publications, sponsored search listings, a Case Website, and an extensive public relations campaign with (W)right On, providing additional notice exposures.

65.    Based on conservative calculations, the combined measurable paid media effort alone reached 89.3% of all U.S. Adults aged 18+ with an average frequency of 5.0 times, 89.7% of all U.S. Adults who are Business Owners with an average frequency of 5.2 times, and 89.4% of all U.S. Adults in Business and Finance Occupations with an average frequency of 4.6 times.

66.    Although not calculable, reach and frequency of exposure were enhanced further by the individual notice effort, notice placements in trade, business and specialty publications, local business journals, specialty language publications, sponsored search listings, and a Case Website.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2025.

_____
Cameron R. Azari, Esq.

# Attachment 1

# Pre-Populated Claim Form



**Claim your share now.** ▶▶▶

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

**Submission Deadline:
February 4, 2025**

Claimant ID: ███████
Tax ID: ███████

**Scan the QR code to file a claim online via your phone, computer, tablet, or other smart device.**



## • COURT-APPROVED CLAIM FORM •

**If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.**

Claim your share now. ▶▶▶





### Submit Your Claim Online:

Submitting your claim online takes less than five minutes. You can scan the QR code or visit **www.PaymentCardSettlement.com** and use the secure website credentials provided below to file your claim. If you file your claim online, it must be submitted by 11:59 pm PST on **February 4, 2025.**

**STEP ONE:**
Scan the QR code to access the Case Website.



**STEP TWO:**
Enter your secure credentials where requested.

**YOUR CLAIMANT ID:**
████████

**CONTROL NO.:**
████████

**STEP THREE:**
Submit your claim! Your claim process is now complete.



## Why are you receiving this Claim Form?

You are receiving this Claim Form because records show you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019 ("Class Period"). Visa, Mastercard and their issuing banks ("Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal. After years of appeals, the Settlement is now final, and it is time to file your claim for a Settlement Payment. If you do not file your claim, you will not receive a Settlement Payment.

For many eligible merchants, data is available to determine the value of Visa and/or Mastercard transactions accepted during the Class Period. If that applies to you, your information is on the next page, and you can quickly file your claim based on those estimates (either by using the QR codes on this form, going to **www.PaymentCardSettlement.com**, or by mailing in this paper Claim Form). If you believe that the estimates of your Visa and/or Mastercard-branded activity provided on the next page are incorrect, please visit the Case Website to provide more information regarding your transactions. You may also be able to request additional detail on your business' transaction activity.

**Please scan the QR code, or visit www.PaymentCardSettlement.com, for detailed information about the Settlement or to file your claim online.** If you are making your claim by mail on the basis of the amount below, complete this Claim Form and send it to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530, postmarked by **February 4, 2025**. If you have questions, contact us at info@PaymentCardSettlement.com or call 1-800-625-6440.

**How much will you receive?** **It's based on the estimated amount of your Visa and/or Mastercard transactions.**

The chart below includes a summary of estimates of your Visa and/or Mastercard transactions within the United States during the Class Period:

| Visa and/or Mastercard Activity Summary | | | |
|---|---|---|---|
| | TRANSACTIONS | VOLUME | INTERCHANGE FEES |
| TOTAL | ▨ | ▨ | ▨ |

**CLAIMANT ID:** ▨
**CONTROL NO.:** ▨

**Your actual recovery will not be the Interchange Fees listed above, but rather a percentage of the total based on a variety of factors including the total number of eligible claims submitted.** The estimate of your Mastercard and Visa fees paid may be subject to further validation based on qualifying interchange activity under the terms of the Settlement. In such case, you would be mailed an updated Claim Form for your review and either acceptance or the opportunity to provide alternative figures. However, you should file a claim now to maximize your potential to receive a Settlement Payment. To view more detailed information related to your business, please visit **www.PaymentCardSettlement.com** and use the credentials shown above. At the Case Website, you may electronically submit your claim and receive an email confirmation of your claim submission.

## File your claim now. ▶▶▶

It's easy to file your claim. Fill out the below information, and use the enclosed envelope to return your claim. Or if you prefer to file online in less than five minutes, you can scan the QR code or visit **www.PaymentCardSettlement.com** and use the secure website credentials provided to file your claim.



I accept the Class Administrator's estimate of Interchange Fees paid. By signing below, I attest that I have sufficient authority to submit this Claim Form on behalf of ▨

**Signature:** _____

**Date** (MM/DD/YYYY): _____

**Printed Name:** _____

**Title:** _____

You may sign and return this form using the enclosed envelope to: Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530.

Settlement Payments will be made after all claims are received and processed following the Claims Deadline of **February 4, 2025**. Please be patient.

**Do you think the summary above is missing transactional data related to your business?** If so, please visit the Case Website where you can provide additional information about your business. You can ask the Class Administrator to use the additional information you provide to re-query the Defendants' database for additional transactional data that may be available. You can also provide your own estimate of eligible Interchange Fees you paid along with documentation to support your estimate if you have it. For example, you may provide statements from the merchant processor(s) (or "acquirer(s)") that processed your Mastercard and Visa transactions during the Class Period showing Mastercard and Visa Interchange Fees paid. You will need the Claimant ID and Control No. listed above. You may also be asked to enter the full Tax ID for your business.

**Has your mailing address or contact information changed?** If so, visit the Case Website to update it. You may be asked to enter the full Tax ID for your business in order to change your contact information.

**Are you claiming on behalf of someone else?** For claims that are determined eligible to receive a Settlement Payment, the resulting check will be issued payable to ▨ HOWEVER, if you want any change to the payee name that would be printed on your check (if your business name has changed, or you believe you have authority for any reason to file on behalf of the named Class Member), you must provide additional information to the Class Administrator. Please go to the Case Website or call the toll-free number for assistance.

To download a version of this claim form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt , Japanese 🇯🇵 日本語 , Chinese 🇨🇳 汉语 , or Thai 🇹🇭 ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

# No Transactional Value *with* Tax ID Claim Form



**Claim your share now.** ▶▶▶

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

### Submission Deadline:
### February 4, 2025

Claimant ID: ▮▮▮▮
Tax ID: ▮▮▮▮

**Scan the QR code to file a
claim online via your phone,
computer, tablet, or other
smart device.**



## • COURT-APPROVED CLAIM FORM •



## If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.
### Claim your share now. ▶▶▶

You are receiving this Claim Form because you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019 ("Class Period"). Visa and Mastercard and their issuing banks ("Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal. After years of appeals, the Settlement is now final, and it is time to file your claim for a Settlement Payment. If you do not file a claim, you will not receive a Settlement Payment.

**Please scan the QR code, or visit www.PaymentCardSettlement.com, for detailed information about the Settlement or to file your claim online.** If you want to make a claim by mail, fill in the information on the next page and mail the completed Claim Form using the enclosed envelope to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530, postmarked by **February 4, 2025**. If you have questions, contact us at 1-800-625-6440 or info@PaymentCardSettlement.com.

#### How much will you receive?

| | Visa and/or Mastercard Activity Summary | | | | |
| --- | --- | --- | --- | --- | --- |
| | TRANSACTIONS | VOLUME | INTERCHANGE FEES | | |
| TOTAL | XXXX | $XXXX.XX | $XXXX.XX | | |

**CLAIMANT ID:** ▮▮▮▮
**CONTROL NO.:** ▮▮▮▮

**This table has no values populated for your Visa and/or Mastercard transactions in the United States during the Class Period because either no eligible data was identified for the Tax ID (TIN) above or the data identified was associated with more than one TIN.** Rather than submitting this form, you can go to **www.PaymentCardSettlement.com** and provide additional information about your business in order to ask the Class Administrator to re-query the Defendants' databases for qualifying Interchange Fees Paid by your business. You will then be notified of Interchange Fees Paid identified by the Class Administrator.

If you prefer to submit this Claim Form, provide the known or estimated dollar amount of your eligible Visa and/or Mastercard Interchange Fees Paid for the period January 1, 2004, to January 25, 2019 then complete the Claim Form. If the Class Administrator is unable to validate the Interchange Fees Paid you have claimed, you may later be required to submit documents to support your claim. If you do not know your Interchange Fees Paid, check the box "I do not know" and the Class Administrator will contact you about next steps.

As part of the Settlement, your actual recovery will not be the validated Interchange Fees Paid by your business, but rather a percentage of the total based on a variety of factors including the total number of eligible claims submitted.

AJ4491 v.08



# File your claim now. ▶▶▶

You can scan the QR code or visit **www.PaymentCardSettlement.com** and use the secure website credentials provided on the prior page to file your claim.



If you do not want to visit **www.PaymentCardSettlement.com** to submit your claim online, you may provide the information requested and mail the completed form using the enclosed envelope postmarked by **February 4, 2025** to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530.

**By signing below, I attest that I have sufficient authority to submit this Claim Form for ▓▓▓▓▓▓▓▓ and affirm the merchant accepted Visa and/or Mastercard between January 1, 2004, and January 25, 2019.**

**Class Period Interchange Fees Paid:**

$ _____    ☐  I do not know.

**Signature:**                                              **Date** (MM/DD/YYYY):

_____         _____

**Printed Name:**                                        **Title:**

_____         _____

**Email Address:**

_____

Settlement Payments will be made after all claims are received and processed following the Claims Deadline of **February 4, 2025**. Please be patient.

**Has your mailing address or contact information changed?** Visit **www.PaymentCardSettlement.com** and provide your TIN to update your contact information.

**Are you claiming on behalf of someone else**? For claims that are determined eligible to receive a Settlement Payment, the resulting check will be issued payable to ▓▓▓▓▓▓▓ HOWEVER, if you want any change to the payee name that would be printed on your check (if your business name has changed, or you believe you have authority for any reason to file on behalf of the named Class Member), you must provide additional information to the Class Administrator and/or submit your claim online. Please go to **www.PaymentCardSettlement.com** or call 1-800-625-6440 for assistance.

**Questions?** Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel. Please email info@PaymentCardSettlement.com or call 1-800-625-6440.



**CLAIMANT ID:**

To download a version of this Claim Form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt , Japanese 🇯🇵 日本語 , Chinese 🇨🇳 汉语 , or Thai 🇹🇭 ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

**Questions? Visit www.PaymentCardSettlement.com or call 1-800-625-6440.**

# No Transactional Value *without* Tax ID Claim Form



Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

Submission Deadline:
**February 4, 2025**



Scan the QR code to file a
claim online via your phone,
computer, tablet, or other
smart device.



## • COURT-APPROVED CLAIM FORM •



**If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.**

Claim your share now. ▶▶▶

You are receiving this Claim Form because you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019 ("Class Period"). Visa and Mastercard and their issuing banks ("Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal. After years of appeals, the Settlement is now final, and it is time to file your claim for a Settlement Payment. If you do not file a claim, you will not receive a Settlement Payment.

**Please scan the QR code, or visit www.PaymentCardSettlement.com, for detailed information about the Settlement or to file your claim online.** If you want to make a claim by mail, fill in the information on the next page and mail the completed Claim Form using the enclosed envelope to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530, postmarked by **February 4, 2025**. If you have questions, contact us at 1-800-625-6440 or info@PaymentCardSettlement.com.

### How much will you receive?

| | Visa and/or Mastercard Activity Summary | | |
|---|---|---|---|
| | TRANSACTIONS | VOLUME | INTERCHANGE FEES |
| TOTAL | XXXX | $XXXX.XX | $XXXX.XX |

**This table has no values populated for your Visa and/or Mastercard transactions in the United States during the Class Period because the Merchant U.S. Tax Identification Number Tax ID (TIN) for your business was not provided to Class Administrator and as a result no eligible interchange activity data was identified for your business.** Rather than submitting this form, you can go to www.PaymentCardSettlement.com and provide your TIN along with other information about your business in order to ask the Class Administrator to query the Defendants' databases for qualifying Interchange Fees Paid by your business. You will then be notified of Interchange Fees Paid identified by the Class Administrator.

If you prefer to submit this Claim Form, provide your TIN and the known or estimated dollar amount of your eligible Visa and/or Mastercard Interchange Fees Paid for the period January 1, 2004, to January 25, 2019 then complete the Claim Form. If the Class Administrator is unable to validate the Interchange Fees Paid you have claimed, you may later be required to submit documents to support your claim. If you do not know your Interchange Fees Paid, check the box "I do not know" and the Class Administrator will contact you about next steps.

As part of the Settlement, your actual recovery will not be the validated Interchange Fees Paid by your business, but rather a percentage of the total based on a variety of factors including the total number of eligible claims submitted.

AJ6811 v.11

**File your claim now.** ▶▶▶

You can scan the QR code or visit **www.PaymentCardSettlement.com** to file your claim.



If you do not want to visit **www.PaymentCardSettlement.com** to submit your claim online, you may provide the information requested and mail the completed form using the enclosed envelope **postmarked by February 4, 2025** to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208-2530.

**By signing below, I attest that I have sufficient authority to submit this Claim Form for** ▮▮▮▮▮▮▮▮▮▮ **and affirm the merchant accepted Visa and/or Mastercard between January 1, 2004, and January 25, 2019.**

**Class Period Interchange Fees Paid:**

$ _____    ☐ I do not know.

**Business Name:**                      **Merchant U.S. Tax Identification Number (TIN):**

_____        _____

**Signature:**                          **Date** (MM/DD/YYYY):

_____        _____

**Printed Name:**                       **Title:**

_____        _____

**Email Address:**

_____

Settlement Payments will be made after all claims are received and processed following the Claims Deadline of **February 4, 2025**. Please be patient.

**Are you claiming on behalf of someone else?** For claims that are determined eligible to receive a Settlement Payment, the resulting check will be issued payable to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ HOWEVER, if you want any change to the payee name that would be printed on your check (if your business name has changed, or you believe you have authority for any reason to file on behalf of the named Class Member), you must provide additional information to the Class Administrator and/or submit your claim online. Please go to **www.PaymentCardSettlement.com** or call 1-800-625-6440 for assistance.

**Questions?** Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel. Please email info@PaymentCardSettlement.com or call 1-800-625-6440.

Blank Claim
Form

**Claim your share now.** ▶▶▶

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208–2530

Tracking No.:

## Submission Deadline:
## February 4, 2025

### • COURT-APPROVED CLAIM FORM •

**If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement. Claim your share now.** ▶▶▶



A merchant (business owner) with Visa and/or Mastercard Interchange Fees Paid for the period from January 1, 2004, to January 25, 2019 (the "Class Period") is eligible to file a claim in this settlement. Visa and Mastercard and their issuing banks ("Defendants") are alleged to have violated the law because they wrongfully inflatedInterchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal. After years of appeals, the Settlement is now final, and it is time to file your claim for a Settlement Payment. If you do not file a claim, you will not receive a Settlement Payment. Visit **www.PaymentCardSettlement.com** to get detailed information about the Settlement.

Rather than submitting this form, you can go to **www.PaymentCardSettlement.com** and provide information about your business in order to ask the Class Administrator to query the Defendants' databases for qualifying Interchange Fees Paid by your business. You will then be notified of Interchange Fees Paid identified by the Class Administrator and then you can file a claim based on those figures or further work with the Class Administrator to validate your claim.

If you prefer to submit this Claim Form, provide the estimated dollar amount of your eligible Visa and/or Mastercard Interchange Fees Paid for the period January 1, 2004, to January 25, 2019 then complete the Claim Form. If the Class Administrator is unable to validate the Interchange Fees Paid you have claimed, you may later be required to submit documents to support your claim. If you do not know your Interchange Fees Paid, check the box "I do not know" and the Class Administrator will contact you about next steps.

As part of the Settlement, your actual recovery will not be the validated Interchange Fees Paid by your business, but rather a percentage of the total based on a variety of factors including the total number of eligible claims submitted.

If you do not want to visit **www.PaymentCardSettlement.com** to submit your claim online, you may fill out the information below and mail the completed form postmarked by **February 4, 2025** to Payment Card Interchange Fee Settlement, PO Box 2530, Portland, OR 97208–2530.

Class Period Interchange Fees Paid:

$ _____  ☐ I do not know.

Merchant U.S. Tax Identification Number (TIN):

_____

Merchant Legal Name:

_____

Street Address:

_____

City, ST, Zip Code: _____

Country (If not United States): _____

**By signing below, I attest that I have sufficient authority to submit a Claim Form for this Merchant:**

Signature:

_____

Date (MM/DD/YYYY):

_____

Printed Name:

_____

Title:

_____

Email Address:

Phone Number:

Settlement Payments will be made after all claims are received and processed following the Claims Deadline of **February 4, 2025**. Please be patient.

**Are you claiming on behalf of someone else?** For claims that are determined eligible to receive a Settlement Payment, the resulting check generally will be issued payable to the Merchant Legal Name on this form. HOWEVER, if you want any change to the payee name that would be printed on your check (if your business name has changed, or you believe you have authority for any reason to file on behalf of the named Class Member), you must provide additional information to the Class Administrator and/or submit your claim online. Please go to **www.PaymentCardSettlement.com** or call 1-800-625-6440 for assistance.

**Questions?** Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.  Please email info@PaymentCardSettlement.com or call 1-800-625-6440.

To download a version of this Claim Form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt , Japanese 🇯🇵 日本語 , Chinese 🇨🇳 汉语 , or Thai 🇹🇭 ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

**Questions? Visit www.PaymentCardSettlement.com or call 1-800-625-6440.**

# Attachment 2

**If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.**

**Claim your share now.** ▶▶▶

Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**.



**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.



To get a Claim Form in Spanish  Español , Russian Русский , Korean 한국어 , Vietnamese Tiếng Việt , Japanese 日本語 , Chinese 汉语 , or Thai  ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

## Do you need additional help or information?

**Visit Online:**
www.PaymentCardSettlement.com

**Email:**
info@PaymentCardSettlement.com

**Call:**
1-800-625-6440

Attachment 3





**If your business accepted Visa and/or Mastercard between 2004 - 2019, you're now eligible to claim your share of a $5.5 billion Settlement.**

Claim your share now. ▶▶▶

Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.



**STEP ONE:**
Scan the QR code to go to **www.PaymentCardSettlement.com**.

**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.

To get a Claim Form in Spanish ▮ Español , Russian ▮ Русский , Korean ▮ 한국어 , Vietnamese ▮ Tiếng Việt , Japanese ▮ 日本語 , Chinese ▮ 中文 , or Thai ▮ ภาษาไทย , please visit **www.PaymentCardSettlement.com**.



**Do you need additional help or information?**

**Visit Online:**
www.PaymentCardSettlement.com

**Email:**
info@PaymentCardSettlement.com

**Call:**
1-800-625-6440



**If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.**

Claim your share now. ▶▶▶

Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**

**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.

To get a Claim Form in Spanish , Russian , Korean , Vietnamese , Japanese ●, Chinese, or Thai, please visit **www.PaymentCardSettlement.com**.





**Do you need additional help or information?**

**Visit Online:**
www.PaymentCardSettlement.com

**Email:**
Info@PaymentCardSettlement.com

**Call:**
1-800-625-6440



# Sports Illustrated

## JACKPOT!

Why the
**SUPER BOWL**
and
**LAS VEGAS**
are
the perfect
couple

— BY —
**STEVE RUSHIN**

**FEBRUARY 2024**
VOLUME 135 | NO. 1 | SI.COM | @SINOW

ILLUSTRATION BY DAVIDE BARCO

# If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.

**Claim your share now.** ▶▶▶ 

Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**



**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.



To get a Claim Form in Spanish Español, Russian Русский, Korean 한국어, Vietnamese Tiếng Việt, Japanese 日本語, Chinese 中文, or Thai ไทย, please visit **www.PaymentCardSettlement.com**.

# Do you need additional help or information?

 **Visit Online:**
www.PaymentCardSettlement.com

 **Email:**
info@PaymentCardSettlement.com

 **Call:**
1-800-625-6440



# GAME. SET. MATCH.

# Sports Illustrated

**THE DEBATE IS OVER:**

WHY **NOVAK DJOKOVIC** IS THE BEST WE'VE EVER SEEN

**By L. Jon Wertheim**
PHOTOGRAPH BY ERICK W. RASCO

Sports Illustrated MARCH 2024

MARCH 2024
VOLUME 135 NO. 2
SI.COM @SINOW

# If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.

**Claim your share now.** ▶▶▶



Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**



**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.



To get a Claim Form in Spanish Español , Russian Русский , Korean 한국어 , Vietnamese Tiếng Việt , Japanese 日本語 , Chinese 中文 , or Thai ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

# Do you need additional help or information?

 **Visit Online:**
www.PaymentCardSettlement.com

 **Email:**
info@PaymentCardSettlement.com

 **Call:**
1-800-625-6440

# Attachment 4

# Si su negocio aceptó Visa o Mastercard entre 2004 y 2019, ahora usted puede reclamar su parte de una conciliación de 5500 millones de dólares.

## ¡Reclame su parte ahora! ▶▶▶



Los comerciantes (propietarios de negocios) que en algún momento entre el 1 de enero de 2004 y e[...] aceptaron Visa o Mastercard pueden ahora reclamar su parte de una conciliación de 5500 millones d[...]

Tanto Visa como Mastercard y sus bancos emisores (los "Demandados") han violado presuntam[...] indebidamente las tasas de intercambio. Los Demandados alegan que no han cometido nada indeb[...] prácticas comerciales son legales.

Tras años de apelaciones, la Conciliación es definitiva y desde ahora se aceptan formularios de reclam[...] no interponer una reclamación, no recibirá ningún pago proveniente de la Conciliación.

En estos momentos se están enviando formularios de reclamación por correo postal a más de 15 milla[...] Incluso en el caso de que usted no reciba un formulario de reclamación por correo postal, existe la posi[...] sea apto para recibir un pago compensatorio. Le recomendamos que visite **www.PaymentCardSettleme[...]** más información sobre la Conciliación. La fecha límite para la presentación de reclamaciones es el **31 de[...]** presentar su reclamación en línea a través del sitio web. O, si lo prefiere, puede interponer su reclam[...] papel, descargando el formulario de reclamación desde el mismo sitio web, o llamando por teléfono [...] administrador del grupo de demandantes y los abogados del grupo de demandantes están a su disp[...] a preparar su reclamación sin costo alguno.

 Interponer su reclamación en línea le debería llevar cinco minutos o menos.

**PASO UNO:**
Escanee el código QR para
acceder al sitio web
**www.PaymentCardSettlement.com**.

**PASO DOS:**
Proporcione la
información que se
solicite sobre su negocio.

**PASO TRES:**
¡Interponga su reclama[...]
de reclamación ha sido [...]





Si desea obtener el formulario de reclamación en español 🇪🇸 Español , ruso ▬ Русский , coreano 🇰🇷 한국어 , vietnamita 🇻🇳 Tiế[...] japonés 🇯🇵 日本語 , chino 🇨🇳 汉语 o tailandés 🇹🇭 ภาษาไทย le solicitamos que visite **www.PaymentCardSettlement.com**.



🌐 **Visite el sitio web en línea:**
www.PaymentCardSettlemen[...]

Attachment 5

# If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.

## Claim your share now. 

Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If y you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receiv mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get m the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**.

**STEP TWO:**
Provide the information
requested about your business.

**STEP THRE**
Submit you
process is



To get a Claim Form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt , Japa Chinese 🇨🇳 汉语 , or Thai 🇹🇭 ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

## Do you need additional help or information?

 **Visit Online:**
www.PaymentC

 **Email:**
info@PaymentC

 **Call:**
1-800-625-6440

# Attachment 6



# Convenience Store NEWS

WHAT'S NEXT IN CONVENIENCE AND FUEL RETAILING

INSIDE

**HOW TO MITIGATE CRIME**

## FORECAST
STUDY 2024

# Stuck in Neutral

**OPTIMISM STALLS AMONG RETAILERS AND SUPPLIERS IN THE CONVENIENCE CHANNEL AS CONSUMER RESILIENCY WANES**

SHIFT LOCK

P
R
N
D
L

EnsembleIQ

# If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.

## Claim your share now. ▶▶▶



Merchants (business owners) who accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated the law because they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. They claim their business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now being accepted. If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not receive a Claim Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlement.com** to get more information about the Settlement. The deadline to file a claim is **May 31, 2024**. You can file your claim online at the website. Or, if you prefer, you can get a paper Claim Form at the website or by calling 1-800-625-6440. Assistance with preparing your claim is available at no cost to you from the Class Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to **www.PaymentCardSettlement.com**.



**STEP TWO:**
Provide the information requested about your business.

**STEP THREE:**
Submit your claim! Your claim process is now complete.



To get a Claim Form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt, Japanese 🇯🇵 日本語 , Chinese 🇨🇳 汉语 , or Thai 🇹🇭 ภาษาไทย , please visit **www.PaymentCardSettlement.com**.

# Do you need additional help or information?

 **Visit Online:**
www.PaymentCardSettlement.com

 **Email:**
info@PaymentCardSettlement.com

 **Call:**
1-800-625-6440

# Attachment 7



Surgeon Po Lam, MD

**Single-Port Robotic Surgery:**
EXPERIENCE MATTERS
*Ask your physician if Single Port robotic surgery is appropriate for you.*

CROUSE

The Central New York
# BUSINESS JOURNAL

**INSIDE:**
CENTERSTATE CEO TO OVERSEE MAIN
OFFICE FOR UPSTATE WORKFORCE-
DEVELOPMENT CENTERS. **PAGE 4.**

CNYBJ.COM

WEEKLY EDITION | VOL. 39 | No.



**SPECIAL REPORT:**

# HEALTH CARE QUARTERLY





JANUARY 15, 2024  |  THE CENTRAL NEW YORK BUSINESS JOURNAL     HEALTH CARE QUARTERLY

## If your business accepted Visa and/or Mastercard between 2004 – 2019, you're now eligible to claim your share of a $5.5 billion Settlement.

### Claim your share now. ▶▶▶

Merchants (business owners) who accepted Visa and/or Mastercard at any time from Jan[...] January 25, 2019, are eligible to claim their share of a $5.5 billion Settlement.

Visa and Mastercard and their issuing banks (the "Defendants") are alleged to have violated [...] they wrongfully inflated Interchange Fees. Defendants say they have done nothing wrong. [...] business practices are legal.

After years of appeals, the Settlement is now final, and Claim Forms are now b[...] If you do not file a claim, you will not receive a Settlement Payment.

Claim Forms are now being mailed to more than 15 million merchants. Even if you do not [...] Form in the mail, you may still be eligible, and you should visit **www.PaymentCardSettlem[...]** more information about the Settlement. The deadline to file a claim is **May 31, 2024**. Y[...] claim online at the website. Or, if you prefer, you can get a paper Claim Form at the webs[...] 1-800-625-6440. Assistance with preparing your claim is available at no cost to you [...] Administrator and Class Counsel.

 Submitting your claim online can take less than five minutes.

**STEP ONE:**
Scan the QR code to go to
**www.PaymentCardSettlement.com**.

**STEP TWO:**
Provide the
information
requested about
your business.

**STEP THREE:**
Submit your
Your claim p[...]
now complet[...]





To get a Claim Form in Spanish 🇪🇸 Español , Russian 🇷🇺 Русский , Korean 🇰🇷 한국어 , Vietnamese 🇻🇳 Tiếng Việt , Japa[...]

# Attachment 8

## 如果您的企业在 2004 年到 2019 年期间接受<br>过维萨卡和/或万事达卡，则您现在有资格从<br>55 亿美元的和解金中申请属于自己的部分。
### 立即申请属于自己的部分。▶▶▶

在 2004 年 1 月 1 日至 2019 年 1 月 25 日期间的任何时间接受过维<br>商家（企业主）有资格从 55 亿美元的和解金中申请属于自己的部分

维萨公司、万事达公司及其发卡行（"被告"）因不当提高交换费而礼<br>称自己的行为并无不当。他们称其商业行为属合法行为。

经过多年上诉，现达成最终和解，我们已开始接受索赔申请表。如<br>则无法获取和解金赔付。

目前我们正向 1,500 多万商家邮寄索赔申请表。即使您未收到邮寄<br>可能有资格获得索赔，请访问 **www.PaymentCardSettlement.c**<br>的更多信息。索赔申请提交截止日期为 **2024 年 5 月 31 日**。您可<br>赔申请。如果您愿意，也可以通过网站获取纸质索赔申请表，或致<br>集体管理人和集体法律顾问可以免费协助您准备索赔申请。

# Attachment 9




If your business accepted Visa/Mastercard
between 2004–2019,

# BUSINESS NEWS

ECONOMY | FINANCE | HEALTH | REAL ESTATE | ENERGY | CLIMATE | TRANSPORTATION | INDU

WEALTH | SPORTS | LIFE | SMALL BUSINESS | INVESTIGATIONS





**TV**

**Fast Mone**
**Halftime R**

UP NEXT | The Ex

## Rivian stock falls on declining fourth-quarter EV deliveries

Michael Wayland    2 HOURS AGO

## How Disney made Star Wars the top film franchise of 2023

Sarah Whitten
SAT, DEC 30TH 2023







From FedEx to airlines, companies are starting to lose their pricing power

Leslie Josephs
FRI, DEC 29TH 2023

PGA Tour and LIV Golf are working to extend merger deadline into 2024

Jessica Golden
MON, JAN 1ST 2024

SpaceX sets new rocket record with 96 successful launches in 2023

Michael Sheetz
FRI, DEC 29TH 2023

CNBC

Search quotes, news & videos

WATCHLIST    SIGN IN

MARKETS  BUSINESS  INVESTING  TECH  POLITICS  CNBC TV  INVESTING CLUB  🔒 PRO 🔒 MAKE IT ⤢ SELECT ⤢

you're eligible to claim your share of a $5.5 billion settleme

Claim your share now. ▶▶▶

# BUSINESS NEWS

ECONOMY  |  FINANCE  |  HEALTH  |  REAL ESTATE  |  ENERGY  |  CLIMATE  |  TRANSPORTATION  |  INDUST

WEALTH  |  SPORTS  |  LIFE  |  SMALL BUSINESS  |  INVESTIGATIONS



## Rivian stock falls on declining fourth-quarter EV deliveries

Michael Wayland    2 HOURS AGO



## How Disney made Star Wars the top film franchise of 2023

Sarah Whitten
SAT, DEC 30TH 2023

**CNBC TV**

**Fast Money Halftime Rep**

UP NEXT | The Exchan



**From FedEx to airlines, companies are starting to lose their pricing power**

Leslie Josephs
FRI, DEC 29TH 2023



**PGA Tour and LIV Golf are working to extend merger deadline into 2024**

Jessica Golden
MON, JAN 1ST 2024



**SpaceX sets new rocket record with 96 successful launches in 2023**

Michael Sheetz
FRI, DEC 29TH 2023

**TEMAS DEL DÍA**  Sismo en Japón | Israel y Hamas | Corte Suprema de Israel | Venezuela y Guyana | Educación superi



MINUTO A MINUTO

# Ascienden a 57 los muertos por el terremoto en el oeste de Japón

En medio de las tareas de rescate por el sismo que dejó 57 muertos, dos aviones chocaron este martes en la pista del aeropuerto de Haneda, dejando al menos 5 muertos y 17 heridos. El devastador sismo de magnitud 7,5 afectó el oeste del país este lunes, dejando carreteras y edificios dañados, así como servicios de transporte y comunicaciones interrumpidos.

- Choque de aviones en aeropuerto en medio de tareas de socorro
- "Batalla contra el tiempo" para encontrar sobrevivientes
- Imágenes aéreas muestran daños en edificios y carreteras
- ¿Por qué ocurren tantos terremotos en Japón?



MINUTO A MINUTO
### Al menos 4 muertos en ataque contra oficina de Hamas en Beirut



EE.UU.
### Investigan como terrorismo doméstico el choque mortal en Rochester



VENEZUELA
### Maduro, sin certezas sobre su posible candidatura para 2024



ECONOMÍA
## Tesla está a punto de ser superada en el mercado de autos eléctricos



EUROPA
## Princesa María de Dinamarca será la primera reina nacida en Australia



AVIACIÓN
## Esperaban "viajar en el tiempo" pero llegaron en el año equivocado



1/4

**MINUTO A MINUTO**

# Ascienden a 57 los muertos por el terremoto en el oeste de Japón

En medio de las tareas de rescate por el sismo que dejó 57 muertos, dos aviones chocaron este martes en la pista del aeropuerto de Haneda, dejando al menos 5 muertos y 17 heridos. El devastador sismo de magnitud 7,5 afectó el oeste del país este lunes, dejando carreteras y edificios dañados, así como servicios de transporte y comunicaciones interrumpidos.

- Choque de aviones en aeropuerto en medio de tareas de socorro
- "Batalla contra el tiempo" para encontrar sobrevivientes
- Imágenes aéreas muestran daños en edificios y carreteras
- ¿Por qué ocurren tantos terremotos en Japón?



**MINUTO A MINUTO**
Al menos 4 muertos en ataque contra oficina de Hamas en Beirut



**EE.UU.**
Investigan como terrorismo doméstico el choque mortal en Rochester



**VENEZUELA**
Maduro, sin certezas sobre su posible candidatura para 2024



**ECONOMÍA**
Tesla está a punto de ser superada en el mercado de autos eléctricos



**EUROPA**
Princesa María de Dinamarca será la primera reina nacida en Australia



**AVIACIÓN**
Esperaban "viajar en el tiempo" pero llegaron en el año equivocado



**yahoo!** finance

Finance · Watchlists · My Portfolio · Markets · News · Videos · Yahoo Finance Plus · Screeners · Personal Finance · Crypto

Search for news, symbols or companies

S&P 500
4,750.50
-19.33 (-0.41%)

Dow 30
37,783.53
+93.99 (+0.25%)

Nasdaq
14,808.26
-203.09 (-1.35%)

Russell 2000
2,029.98
+2.90 (+0.14%)

Crude Oil
70.75
-0.90 (-1.26%)

Gold
2,073.70
+1.8999 (+0.0...)

If your business accepted Visa/Mastercard between 2004-2019,

THE WALL STREET JOURNAL.

# Americans Are Canceling More of Their Streaming Services

**Sarah Krouse**

Tue, January 2, 2024 at 12:42 PM EST · 5 min read

TRENDING



**yahoo!finance**

Finance | Watchlists | My Portfolio | Markets | News | Videos | Yahoo Finance Plus | Screeners | Personal Finance | Crypto

Search for news, symbols or companies

🏠 HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE...

**S&P 500**
4,750.50
-19.33 (-0.41%)

**Dow 30**
37,783.53
+93.99 (+0.25%)

**Nasdaq**
14,806.77
-204.58 (-1.36%)

**Russell 2000**
2,030.36
+3.29 (+0.16%)

**Crude Oil**
70.75
-0.90 (-1.26%)

**Gold**
2,073.70
+1.8999 (+0.09%...

you're eligible to claim your share of a $5.5 billion settlement.

Claim your share now.

THE WALL STREET JOURNAL.

# Americans Are Canceling More of Their Streaming Services

**Sarah Krouse**

Tue, January 2, 2024 at 12:42 PM EST · 5 min read

TRENDING

User:
pass:

12/31/23



# El cohete Vulcan se lanzará el lunes con carga para la Luna y ADN de expresidentes de EE.UU.



**Agencia EFE**

jue, 4 de enero de 2024, 4:46 p. m. EST



yahoo!
finanzas

Buscar noticias, símbolos y empresas

# El cohete Vulcan se lanzará el lunes con carga para la Luna y ADN de expresidentes de EE.UU.



**Agencia EFE**

jue, 4 de enero de 2024, 4:46 p. m. EST

THE WALL STREET JOURNAL.

# Business



LOGISTICS REPORT

## New Disrup
## Geopolitics
## 2024 Supply

Companies that asse
chain strategies in th
19 pandemic are havi
plans into practice fa
may have thought po

*By* Paul Berger

4 hours ago    7 min r



## Bloomin' Brands Names Two
## Directors in Agreement With
## Starboard Value

Bloomin' Brands has appointed two new
members of its board as part of an
agreement with activist investor
Starboard Value.

*By* Ben Glickman



## Tesla Falls Behind China's
## BYD in Quarterly EV Sales for
## First Time

The Chinese automaker for the first time
topped Tesla as the world's largest seller
of electric vehicles on a quarterly basis, a
sign of China's emerging strength in the
market.

*By* Jacky Wong



HEARD ON THE STREET

## Surpassing Tesl
## Will Take On th
## 2024

Having weathered do
international expansi
next priority.

*By* Jacky Wong

# FORTUNE

SEARCH

Home    News    Tech    Finance    Leadership    Well    Recommends

# Finance

Sign up for *Fortune's* CFO Daily newsletter here. Each week day, senior reporter Sheryl Estrada offers the latest trends and news impacting the corporate finance industry and the evolving role of today's finance.



**NEWSLETTERS**

**Retail investors have been clamoring to invest in AI. With Fundrise, there's now a path into private AI juggernaut Anthropic.**

BY ALLIE GARFINKLE
February 26, 2024

**NEWSLETTERS**

**How Citizens Financial positioned itself to scoop up private bankers from First Republic**

BY SHERYL ESTRADA
February 26, 2024



**TECH**

**As Nvidia hits $2 trillion, billionaire Marc Rowan's asset manager Apollo calls AI a 'bubble' worse than even the dotcom era**

BY CHRISTIAAN HETZNER
February 26, 2024

# FORTUNE

SEARCH

Home    News    Tech    Finance    Leadership    Well    Recommends

# Finance

Sign up for *Fortune's* CFO Daily newsletter here. Each week day, senior reporter Sheryl Estrada brings you the latest trends and news impacting the corporate finance industry and the evolving role of today's chief...



NEWSLETTERS

## How Citizens Financial positioned itself to scoop up private bankers from First Republic

BY **SHERYL ESTRADA**

February 26, 2024



NEWSLETTERS

## Retail investors have been clamoring to invest in AI. With Fundrise, there's now a path into private AI juggernaut Anthropic.

BY **ALLIE GARFINKLE**

February 26, 2024

TECH

## As Nvidia hits $2 trillion, billionaire Marc Rowan's asset manager Apollo calls AI a 'bubble' worse than even the dotcom era

BY **CHRISTIAAN HETZNER**

February 26, 2024

**BUSINESS INSIDER**

MARKETS INSIDER



Search markets

U.S. MARKETS OPEN

▼ **DOW 30**
**+0.32%**    37,938.49

▲ **S&P 500**
**-0.22%**    5,024.41

▲ **NASDAQ 100**
**-0.51%**    17,351

If your business accepted Visa/Mastercard between 2004–2019,

## Stock Market News

MORE NEWS ›

BUSINESS INSIDER 40m

# Trump says he wants huge tariffs if elected. That could send inflation spiking.



- In an interview with Time Magazine, Trump pushed back on the widely held idea that tariffs on overseas nations will cause inflation in the US.

Read the story

BUSINESS INSIDER 3h

### 'Tough near-term setup': Here's what Wall Street expects from Apple's 2nd-quarter earnings

JPMorgan said investor expectations could be so bad that even a slight revenue miss from Apple could spark a turnaround in the stock price.



PREMIUM 3h

### Joseph Stiglitz on why America's appetite for Trump endures

Stiglitz explains how failed neoliberal policies that trace back to the Reagan era are driving Trump's appeal among voters.



BUSINESS INSIDER 1d

**BUSINESS INSIDER**    MARKETS

INSIDER

Search markets

U.S. MARKETS OPEN

▼ **DOW 30**    **+0.32%**    37,938.49

▲ **S&P 500**    **-0.22%**    5,024.41

▲ **NASDAQ 100**    **-0.51%**    17,351

you must file by May 31 to claim your share of a $5.5 billion Settlement.    Claim your share now. ▶▶▶


## Stock Market News

MORE NEWS ›

**BUSINESS INSIDER** 40m

# Trump says he wants huge tariffs if elected. That could send inflation spiking.



- In an interview with Time Magazine, Trump pushed back on the widely held idea that tariffs on overseas nations will cause inflation in the US.

[ Read the story ]

**BUSINESS INSIDER** 3h

### 'Tough near-term setup': Here's what Wall Street expects from Apple's 2nd-quarter earnings

JPMorgan said investor expectations could be so bad that even a slight revenue miss from Apple could spark a turnaround in the stock price.



**PREMIUM** 3h

### Joseph Stiglitz on why America's appetite for Trump endures

Stiglitz explains how failed neoliberal policies that trace back to the Reagan era are driving Trump's appeal among voters.



**BUSINESS INSIDER** 1d

THE BUSINESS JOURNALS | Select a City ⌄



THE BUSINESS JOURNALS

SPECIAL REPORT:
Country clubs at a crossroads ›

☰   Latest News   Lists   Commercial Real Estate   Banking   Technology   Health Care   Residential Real Estate   American Inno

If your business accepted Visa/Maste
between 2004-2019, you're eligible to
your share of a $5.5 billion settleme

Claim your share now.

▶▶▶

## Top Business News



Image: iStock / Getty Images Plus

Commercial Real Estate

## Five predictions for the national real estate market in 2024

Dec 28  |  We close the book on top stories from 2023 and we forecast what's to come nationally in this new year.

## Latest News



Residential Real Estate

**Million Dollar
Mountain, lake
property hits
$3.15M**



Commercial Real Estate

**New restaurant
Raleigh's Faye
Street**

每日頭條

首頁 | 健康 | 娛樂 | 時尚 | 遊戲 | 3C | 親子 | 文化 | 歷史

## 過年時，有自媒體說當小販可月入三萬，你會辭職跟風去幹嗎？

2024-02-11

我靠做小販，月入三萬！我當瓦匠工，月入五萬！我當外賣員，三年102萬！……為什麼很多自媒體在吹噓這些「好工作」，你會辭職跟風去幹嗎？太傻太天真了！那為什麼有人會信呢？原因:1.工越來越不好打，很多人想跳離自己這個普通平凡的牢籠，跳到一個滿地金銀的幸福之地，以解心頭之恨。2.

## 小巨肺鄧紫棋居住的房子有多豪？看看她家客廳對面的海就懂了

2024-02-17

鄧紫棋，雖然身材嬌小，卻蘊含著巨大的能量。她的歌聲深受眾多人喜愛，尤其在高音飆唱時，給人留下深刻印象。她說話的聲音非常有質感，特別是在高音部分表現得輕鬆自如，令人驚嘆。她的音樂才華讓人難以置信，似乎輕鬆地觸及了高音領域，毫不費力。一年前，鄧紫棋向公眾展示了她位於香港的住所。



Auctions for Rolex Watches

Grailzee



2024 Must See Electric Cars

Mysearches

找不到想看的？搜尋

贊助商



如果您的

2004-

接受过厥

达卡信

您有资格

美元和解

自己的

立即申领



2004年から2019年の間にVisa/Mastercardによる支払いを受け入れた企業は、55億ドルの和解金の一部を請求することができます。

今すぐ和解金の一部を請求しましょう。

**東京新聞 TOKYO Web**

東京 | 首都圏 | こちら特報部 | 社会 | 政治 | 経済 | 国際 | スポーツ

【北陸中日新聞 電子版を無料公開中】 【能登半島地震義援金受け付け中】

自民裏金問題 | マイナ問題 | 神宮外苑再開発 | 原発・エネルギー問題

注目



## 裁判長に「俺が出るまで待っとけよ」 東名あおり運転一家4人死傷の被告に高裁も懲役18年判決

2月26日 | 社会

神奈川県大井町の東名高速道路で2017年、あおり運転で一家4人のワゴン車を停止させ、後続車の追突で死傷させたとして、自動車運転処罰法違反（危険運転致死傷）などの罪に問われた石橋和歩（かずほ）被告（32）の差し戻し控訴審判決で、東京高裁は26日、懲役18…



# The Korea Her

국가의    모두    정치    사회 문제    외교    방어    북한    외교순회    K-웰니스

🕐 최근 뉴스 ›    더불어민주당, 검찰과의 싸움 해명

## 가장 인기 많은

1  의대 졸업생들이 인턴십을 포기하고 병원에서 … 

2  [한국인의 마음속으로 AtoZ] 죽음과 부정: 한… 

삼  10일 동안 데이트한 연예인 폭행·강탈 혐의 여성… 

4  정부, 의사 복귀 기한을 목요일로 정하다 

5  바퀴가 트럭에서 떨어져 버스에 부딪혔습니다. … 

## 정부, 의사 복귀 기한을 목요일로

정부는 의사들에게 최후통첩을 보내고, 따르지
고했다.

최정윤 기자
게시일 : 2024년 2월 26일 - 14:53



## 뉴스 레터    [구독하다]

코리아헤럴드가 전하는 주요 뉴스와
한국에서 일어나는 모든 일에 대한 논
평으로 하루를 시작하세요.

귀하의 사업체가 2004
년에서 2019년 사이에
비자/마스터카드를
받은 경우



What is
Excellence at SiS
www.siskorea.org

The Korea Hera

국가의      모두    정치    사회 문제    외교    방어    북한    외교순회    K-웰니스

🕐 최근뉴스 ›      SKT 주도 글로벌 AI 연합, JV 설립

## 가장 인기 많은




**1** 의대 졸업생들이 인턴십을 포기하고 병원에서 …

**2** [한국인의 마음속으로 AtoZ] 죽음과 부정: 한…

**삼** 10일 동안 데이트한 연예인 폭행·강탈 혐의 여성…

**4** 정부, 의사 복귀 기한을 목요일로 정하다

**5** 바퀴가 트럭에서 떨어져 버스에 부딪혔습니다. …

# 정부, 의사 복귀 기한을 목요일로

정부는 의사들에게 최후통첩을 보내고, 따르지
고했다.

최정운 기자
게시일 : 2024년 2월 26일 : 14:53

## 뉴스 레터      구독하다

코리아헤럴드가 전하는 주요 뉴스와
한국에서 일어나는 모든 일에 대한 논
평으로 하루를 시작하세요.



귀하는 55억 달러의
합의금 중 귀하의
지분을 청구할 자격이

Если ваша компания принимала карты
Visa/Mastercard в период с 2004 по 2019 год,



# The **Moscow Times**
### 30 YEARS
INDEPENDENT NEWS FROM RUSSIA

≡  НОВОСТИ  УКРАИНА ВОЙНА  КЛИМАТ  РЕГИОНЫ  БИЗНЕС  МНЕНИЕ  ИСКУССТВО И ЖИЗНЬ  ПОДКАСТЫ  АРХИВ

ГОДОВЩИНА ВОЙНЫ

# Вторжение России в Украину, 2 года спустя

**2 ЧАСА НАЗАД**
После 10 лет войны у союзников Украины отсутствует критический инстинкт выживания

**5 ЧАСОВ НАЗАД**
Украинская армия заявила, что вышла из восточного села под Авдеевкой

**ДЕНЬ НАЗАД**
Победа Украины «зависит от вас», заявил Зеленский Западу

**24 ФЕВРАЛЯ 2024 Г.**
В российском городе недалеко от границы с Украиной жизнь колеблется между войной и нормальной жизнью

Вы имеете право на получение части суммы урегулирования в размере 5,5 млрд долл. США. Подайте исковое заявление сейчас.

# The Moscow Times

**30 YEARS**

INDEPENDENT NEWS FROM RUSSIA

ГОДОВЩИНА ВОЙНЫ

# Вторжение России в Украину, 2 года спустя

**2 ЧАСА НАЗАД**

После 10 лет войны у союзников Украины отсутствует критический инстинкт выживания

**5 ЧАСОВ НАЗАД**

Украинская армия заявила, что вышла из восточного села под Авдеевкой

**ДЕНЬ НАЗАД**

Победа Украины «зависит от вас», заявил Зеленский Западу

**24 ФЕВРАЛЯ 2024 Г.**

В российском городе недалеко от границы с Украиной жизнь колеблется между войной и нормальной жизнью



EL NUEVO HE

Parte de McClatchy Media Network

Noticias  Deportes  Entretenimiento  Acceso Miami  Opinión  •  América Latina  Walt M

Lunes, 26 de febrero de 2024
El periódico de hoy

VENEZUELA

Juicio de militar venezolano Cliver Alcalá
devela existencia de otras 'investigaciones

หากธุรกิจของ คุณรับบัตร Visa/Mastercard ในระหว่างปี
2004-2019 คุณสามารถใช้สิทธิเรียกร้องส่วนแบ่งของคุณจาก
ตกลงชดใช้เพื่อระงับคดีความที่มีมูลค่า 5.5 พันล้านดอลลาร์

**ใช้สิทธิเรียกร้องส่วนแบ่งของคุณได้ในตอนนี้**





# Bangkok Post

ข่าว        ประเทศไทย        ธุรกิจ        ชีวิต        ภูธร        การเรียนรู

27 ก.พ. 2567 | 00:43:40 GMT+7



ประเทศไทย      26 กุมภาพันธ์ 2567

## รถติดบนถนนพระราม 2 ตำหนิความเสื่อมของหัวหิน

6

🏠  Tin tức    Việc kinh doanh    Du lịch    Mạng sống    Các môn thể thao    Thế giới    Quan điểm

Đang thịnh hành        Vụ bê bối Vạn Thịnh Phát        Luật lái xe say rượu        Triển vọng thị trường bất động





### Lãnh đạo sàn chứng chủ tịch FLC lừa đảo như thế nào

Bốn cựu lãnh đạo Sở Giao TP.HCM (HoSE) đã giúp ng Trình Văn Quyết thổi phố u con và niêm yết cổ phiếu u 3,6 nghìn tỷ đồng (146 triệ đầu tư.

## Nam diễn viên Hồng Kông Cổ Thiên Lạc nói người tình màn ảnh Jessica Tuyên Huyên là 'gia đình'

Nam diễn viên kiêm ca sĩ Hồng Kông Cổ Thiên Lạc gần đây đã giải quyết những tin đồn xung quanh mối quan hệ của anh với nữ diễn viên Tuyên Huyên, nhấn mạnh rằng sau ba thập kỷ làm việc cùng nhau, họ có mối quan hệ 'như gia đình'.

## 'Kim Kardashian Việt' Lý Nhã Kỳ tiêu khối tài sản triệu USD như thế nào?

Lý Nhã Kỳ, được SCMP mệnh danh là "Kim Kardashian người Việt", khoe bộ sưu tập túi xách Hermès phong phú, lái chiếc Rolls-Royce Ghost sang trọng và là một trong những chủ sở hữu du thuyền đầu tiên của Việt Nam.



### Du khách Trung Quố dọn dẹp Airbnb nếu 700 USD tiền đặt cọ

Một du khách Trung Quốc yêu cầu dọn dẹp phòng tắ khác trong căn nhà thuê Ai không sẽ có nguy cơ mất k 5.000 nhân dân tệ (695 US

---

## Tin tức        Giao thông    Môi trường    Giáo dục    Tội phạm





| 🏠 | Tin tức | Việc kinh doanh | Du lịch | Mạng sống | Các môn thể thao | Thế giới | Quan điểm |

Đang thịnh hành        Vụ bê bối Vạn Thịnh Phát        Luật lái xe say rượu        Triển vọng thị trường bất động s





## Lãnh đạo sàn chứng
chủ tịch FLC lừa đảo
như thế nào

Bốʼn cựu lãnh đạo Sở Giao
TP.HCM (HoSE) đã giúp ng
Trình Văn Quyếʼt thổi phồ
con và niêm yếʼt cổ phiếʼu
3,6 nghìn tỷ đôʼng (146 triệ
đâʼu tư.

## Nam diễn viên Hồng Kông Cổ Thiên Lạc nói người tình màn ảnh Jessica Tuyên Huyên là 'gia đình'

Nam diễn viên kiêm ca sĩ Hôʼng Kông Cổ Thiên Lạc gâʼn đây đã giải quyếʼt những tin đôʼn xung quanh môʼi quan hệ của anh với nữ diễn viên Tuyên Huyên, nháʼn mạnh răʼng sau ba thập kỷ làm việc cùng nhau, họ có môʼi quan hệ 'như gia đình'.



## 'Kim Kardashian Việt' Lý Nhã Kỳ tiêu khối tài sản triệu USD như thế nào?

Lý Nhã Kỳ, được SCMP mệnh danh là "Kim Kardashian người Việt", khoe bộ sưu tập túi xách Hermès phong phú, lái chiếʼc Rolls-Royce Ghost sang trọng và là một trong những chủ sở hữu du thuyêʼn đâʼu tiên của Việt Nam.

## Du khách Trung Quô
dọn dẹp Airbnb nếu
700 USD tiền đặt cọ

Một du khách Trung Quôʼc
yêu câʼu dọn dẹp phòng tắ
khác trong căn nhà thuê Air
không sẽ có nguy cơ mâʼt k
5.000 nhân dân tệ (695 US

## Tin tức        Giao thông    Môi trường    Giáo dục    Tội phạm







Q Search Facebook

Friends

Saved

Memories

Groups

Video

See more

>

**Payment Card Settlement**
Sponsored · 

If your business accepted Visa/Mastercard, you could be part of a $5.5 billion Settlement



Claim your

PAYMENTCARDSETTLEMENT.COM
**Visa/Mastercard Settlement**

👍 Like







Friends

Saved

Memories

Groups

Video

See more

Search Facebook

*Instagram*

**paymentcardsettlement**
Sponsored                        ···



**Learn more**                    >

paymentcardsettlement Merchants who accepted Visa/Mastercard may be eligible for money from a settlement.



**Payment Card Se...** @paymentca...

If your business accepted Visa and/or Mastercard between 2004 - 2019, you're now eligible to claim your share of a $5.5 billion Settlement. Eligible merchants must file a Claim Form by May 31, 2024.



www.PaymentCardSettlement.com
Visa and Mastercard Interchange Fees Settlement

 Promoted










Search

Home My Network Jobs

LEGAL NOTICE

**Legal Notice**

Promoted

If your business accepted Visa/Mastercard between 2004-2019, you'r
claim your share of a $5.5 billion Settlement. File by May 31, 2024.

Claim your share now.

**Visa and Mastercard Interchange Fees Settlement**

paymentcardsettlement.com

Like Comment Repost

To find out more information
and how to file a claim

go to

www.PaymentCardSettlement.com

or call

1-800-625-6440

Visa/Mastercard Settlement
paymentcardsettlement.com

Learn more

Sponsored  0:10

Search

YouTube



**u/Class-Action-Notice** Promoted

If your business accepted Visa and/or Mastercard between 2004 - 2019, you're now eligible to claim your share of a $5.5 billion Settlement. Eligible merchants must file a Claim Form by May 31, 2024.

Claim your share now. ▶▶▶

paymentcardsettlement.com

Learn More

⇧ Vote ⇩        ⬆ Share







Attachment 10

*In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
30-Second Video & Audio Script


*30-Second Video & Audio Script*


If your business accepted Visa and/or Mastercard payments at any time from January 1, 2004 to January 25, 2019, you are now eligible to claim a share of a $5.5 billion dollar Settlement involving Interchange Fees. The Claim Deadline is fast approaching, and claims must be filed by May 31, 2024 in order to receive payment.  To find out more information and to file your claim, go to the Court-approved official website Payment-Card-Settlement-dot-com or call 1-800-625-6440.

Attachment 11

# *Payment Card Interchange Fee Settlement*

## Sponsored Search Keyword List

| | |
|---|---|
| credit card settlement | Visa Mastercard lawsuit |
| merchant settlement | interchange lawsuit |
| merchant card settlement | interchange fee lawsuit |
| Visa settlement | payment card lawsuit |
| Mastercard settlement | credit card litigation |
| Visa Mastercard settlement | merchant litigation |
| interchange settlement | merchant card litigation |
| interchange fee settlement | Visa litigation |
| payment card settlement | Mastercard litigation |
| credit card class action | Visa Mastercard litigation |
| merchant class action | interchange litigation |
| merchant card class action | interchange fee litigation |
| Visa class action | payment card litigation |
| Mastercard class action | credit card antitrust |
| Visa Mastercard class action | merchant antitrust |
| interchange class action | merchant card antitrust |
| interchange fee class action | Visa antitrust |
| payment card class action | Mastercard antitrust |
| credit card class action settlement | Visa Mastercard antitrust |
| merchant class action settlement | interchange antitrust |
| merchant card class action settlement | interchange fee antitrust |
| Visa class action settlement | payment card antitrust |
| Mastercard class action settlement | credit card claim |
| Visa Mastercard class action settlement | merchant claim |
| interchange class action settlement | merchant card claim |
| interchange fee class action settlement | Visa claim |
| payment card class action settlement | Mastercard claim |
| credit card lawsuit | Visa Mastercard claim |
| merchant lawsuit | interchange claim |
| merchant card lawsuit | interchange fee claim |
| Visa lawsuit | payment card claim |
| Mastercard lawsuit | |

Attachment 12



payment card settlement    ✕

News    Claim Form    Images    Process    Interchange Fee    Equifax

About 266,000,000 results (0.45 seconds)

Sponsored


paymentcardsettlement.com
https://www.paymentcardsettlement.com    ⋮

## Visa/Mastercard Settlement - Claim your Settlement...

Merchants who accepted Visa/Mastercard may be eligible for money from a $5.5B **Settleme**

Sponsored


certificateclearing.com
https://www.certificateclearing.com    ⋮

## Visa Mastercard Class Action - Payment Card Settlement

If You Took Visa/Mastercard **Payments** from 2004-2019, You're Due a Share of the **Settle**
Get Started on Your Claim. You Only have 6 mos to Swipe Back Your Fees...

Sponsored


releasecardsettlement.com
https://www.releasecardsettlement.com    ⋮

## Release Card Settlement - Court Authorized Notice

Did You Receive a Prepaid **Debit Card** on Release from Custody from Jail or Other Facility?


Payment Card Interchange Fee Settlement
https://www.paymentcardsettlement.com    ⋮

## Payment Card Settlement | Official Court-Authorized Webs

...

11 hours ago — The lawsuit is about claims that merchants **paid** excessive fees to accept V
and Mastercard **cards** because Visa and Mastercard, individually, and together with ...

### FAQs

Under the settlement, Visa, Mastercard and the Bank ...

### Pre-register

Claim Pre-registration Form - Closed. The parties are ...

Google

interchange fee settlement

News | Amount | Images | How much will get | Payment card | Shopping | Videos | Book

×

About 2,370,000 results (0.31 seconds)

**Sponsored**

paymentcardsettlement.com
https://www.paymentcardsettlement.com ⋮

### Interchange Fees Settlement - Claim your Settlement...

Merchants can now file a claim for payment from a $5.5B **Interchange Fees Settlement**. Eligible merchants must file a Claim Form by May 31, 2024.

**Sponsored**

certificateclearing.com
https://www.certificateclearing.com ⋮

### Recover Your Fair Share - Interchange Fee Settlement

See how to Recover Your Share of the $5.5 Billion Payment Card **Settlement**. Get Started Now. Don't Miss Out. You Only have 6 mos to Swipe Back Your **Fees**. Deadline-5/31/24...

Payment Card Interchange Fee Settlement
https://www.paymentcardsettlement.com     ⋮

### Payment Card Interchange Fee Settlement

The **lawsuit** is about **claims** that merchants paid excessive **fees** to accept Visa and Mastercard cards because Visa and Mastercard, individually, and together with ...

FAQs · Pre-register · Contact · Documents



Payment Card Settlement

Mastercard class action settlement

Q All    ▤ News    ▣ Images    ▷ Videos    ⋮ More

×

🎤   🔍

Anytime ∨

About 741,000 search results

Ad related to: Mastercard class action settlement

www.PaymentCardSettlement.com

**Visa/Mastercard Settlement - Claim your Settlement Payment**

Merchants who accepted Visa/**Mastercard** may be eligible for money from a $5.5B **Settlement**.
Eligible merchants must file a Claim Form by May 31, 2024.

▤ Top Stories



**Visa, Mastercard swipe-fee settlement claim process moves forward**

The 18 million businesses, including convenience-store retailers and grocers, that accepted Visa or...

Supermarket News
2 days ago



**Millions of U.S. Businesses Eligible for a Share of $5.54B Payment Card Settlement**

Claim forms are being mailed to class members throughout December by the U.S. Postal...includes...

19 Action News Cleveland
6 hours ago

View all

**Trending Now**

All   🎁 Holiday Gifts

1. Best mattresses 2023
2. Monos luggage
3. Purple mattress
4. Bombas slippers
5. Christmas cards

interchange fee class action

✕   🎤   🔍

🔍 All   🖾 Images   ▷ Videos   ▦ News   ⋮ More                                    Anytime ∨

About 905,000 search results

Ad related to: interchange fee class action

www.PaymentCardSettlement.com

## Interchange Fees Settlement - Claim your Settlement Payment

Merchants can now file a claim for **payment** from a $5.5B **Interchange Fees** Settlement. Eligible merchants must file a Claim Form by May 31, 2024.

## People also ask

What are interchange fees?                                                              ⟩

Where can I find information about a settlement on interchange fees?                     ⟩

How much money will be provided in the payment card exchange fee
settlement?                                                                             ⟩

Does Fiserv have a class action settlement expert?                                      ⟩

www.paymentcardsettlement.com › en ∨

## Payment Card Interchange Fee Settlement

Sep 18, 2018 · Payment Card **Interchange Fee** Settlement **Official Court-Authorized** Settlement Website Updated August 1, 2023 : The time for all appeals has passed, and the parties are currentl...

**Documents**                                    **Claim Preregistration Form**

Barry's Cut Rate Stores Inc. Equitable           Payment Card Interchange Fee
Relief Class Action...                            Settlement Official...

**Contact**                                       **FAQs**

Microsoft Bing

Q  Visa Mastercard settlement

Q SEARCH   💬 CHAT   SHOPPING   IMAGES   VIDEOS   MAPS   NEWS   ┋ MORE   TOOLS

About 19,000,000 results

## Visa/Mastercard Settlement | Claim your Settlement Payment

https://www.paymentcardsettlement.com ▾

Ad Merchants who accepted **Visa/Mastercard** may be eligible for money from a $5.5B
**Settlement** Eligible merchants must file a Claim Form by May 31, 2024.

### $5.6 billion
According to 2 sources

A federal appeals court has approved
a settlement of a class-action lawsuit
brought against Visa and Mastercard.
The settlement, in which the payment
card networks agreed to pay a total of
**$5.6 billion** to 12 million merchants
who brought an antitrust case against
them, was approved Wednesday
(March 15).

Appeals Court Approves Se...
pymnts.com

The Second Circuit Court of Appeals
upheld a **$5.6 billion** settlement
agreement between Visa, Mastercard
and more than 12 million retailers
who accused the credit card
companies of improperly fixing credit
and debit card fees.

$5.6B Visa, Mastercard sett...
topclassactions.com

Feedback

Reuters
https://www.reuters.com/legal/visa-mastercard-...

Visa, MasterCard $5.6 bln settlement with retailers is

Credit cards

 

Award-Winning
Benefits

### Related searches

Q  visa mastercard litiga

Q  visa mastercard settle

Q  visa mastercard settle

Q  visa mastercard settle

Q  payment card settlem

Q  visa mastercard settle

Q  www.paymentcardse

Q  visa mastercard settle



Microsoft Bing

interchange class action settlement

Q SEARCH   CHAT   IMAGES   VIDEOS   MAPS   NEWS   SHOPPING   ⋮ MORE   TOOLS

About 502,000 results

## Interchange Fees Settlement | Claim your Settlement Payment

https://www.paymentcardsettlement.com ▾

Ad Merchants can now file a claim for payment from a $5.5B **Interchange** Fees **Settlement**.
Eligible merchants must file a Claim Form by May 31, 2024.

## $188 million CAD

Several banks and financial institutions have agreed to a **$188
million CAD** class action settlement resolving claims they charged
high interchange fees and put in place rules that restricted
merchants' ability to surcharge or refuse higher-cost Visa and
Mastercard credit cards.

## Visa, Mastercard interchange fees $188M class action settlement

🍁 ca topclassactions.com/lawsuit-settlements/credit-cards/visa-mastercard-interc...

Was this helpful?  👍  👎

## People also ask

Where can I find information
about a settlement on
interchange fees?

Additional information regarding the
litigation is available on the Court-
approved website at

How much money will be
provided in the payment
card exchange fee
settlement?

Write to: Payment Card Interchange
Fee Settlement, P.O. Box 2530,
Portland, OR 97208-2530 How much

What i
lawsui

In a cla
sue not
behal
with sh

Togethe

# Attachment 13



## Julie Wright, President & Founder

## (W)right On Communications, Inc.

Julie Wright is President of (W)right On Communications, Inc., the award-winning integrated strategic communications firm she founded in 1998. The agency handles complex communications challenges in the business, nonprofit and public sectors drawing on data-driven insights and producing measurable results.



Prior to forming (W)right On Communications, Wright served at several public relations agencies in Canada and as Director of Marketing for a Canadian financial institution. She began her career as a journalist, working as a radio news anchor.

Wright regularly volunteers to serve her profession and the community. She is currently a Director and Communications Committee Chair for the California Travel Association. Her past roles include serving as Chair of the President's Advisory Council for California State University San Marcos, Director and Chair of the San Diego North Economic Development Council, Board Vice President for the La Jolla Village Merchants Association, Trustee of the Tri-City Hospital Foundation and Director-at-Large for the Los Angeles chapter of the International Association of Business Communicators (IABC).

In 2025, the San Diego chapter of the IABC awarded Wright as their "Communicator of the Year." San Diego Metropolitan Magazine named Wright a "Top San Diego Marketing Executive of 2024." The San Diego Business Journal named her a "Woman Who Means Business," and Leadership North County presented her their "Fran Aleshire Award" for community leadership.

Wright holds a Bachelor of Arts degree from the University of British Columbia and a Master of Journalism degree from the Graduate School of Journalism at the University of Western Ontario. She is a graduate of Leadership North County and the Corporate Directors Forum Governance Academy. She serves as a director of Innovotech Inc., a public company on the

**LOS ANGELES**
555 West 5th., 35th Floor
Los Angeles, CA 90013
Tel 213.633.7575

**SAN DIEGO**
402 W Broadway, 29th Floor
San Diego, CA 92101
Tel 858.886.7900

**VANCOUVER**
267 W. Esplanade, Suite 303
North Vancouver, BC V7M 145
Tel 778.650.5012

🌐 wrightoncomm.com
f wrightoncomm
🐦 @wrightoncomm

TSX-V. With her two sons now grown, Wright splits her time between San Diego and the Pacific Northwest with her husband and two rescue dogs.

## (W)right On Communications

(W)right On Communications, Inc. is an award-winning integrated strategic communications firm based in San Diego, California that serves client partners across the U.S. and abroad.

Founded in 1998 by its President Julie Wright, the agency has earned recognition from Forbes and Newsweek as one of the Best PR Agencies in America and was named San Diego PR Team of the Year in 2024 by the Public Relations Society of America.

With a strategic, imaginative, and trusted approach, (W)right On Communications specializes in integrated media campaigns that combine earned media programs with social media strategies, owned content creation and paid media promotion. It provides its clients with full in-house creative services including branding, design and multimedia production to bring its clients' brand stories to life.

The agency focuses on two core practice areas. Its B2B and technology group specializes in legal and professional services, cybersecurity software, manufacturing, cleantech and renewable energy. Its hospitality and lifestyle team serves hotels, destinations, agritourism, luxury senior living, health and wellness brands and nonprofits.

(W)right On Communications is known for results-driven storytelling, collaborative partnerships and a passion for elevating its clients' brands through thoughtful, strategic communications and relationship building. Learn more at wrightoncomm.com.



# Attachment 14

# Payment Card Interchange Fee Settlement

## Outreach and Education Program Report

April 15, 2025

**Prepared by (W)right On Communications, Inc.**

# Table of Contents

**1. Executive Summary**                                                                 **4**

**2. Outreach Overview**                                                                 **5**

   2.1 Outreach Results                                                                  6

   2.2 Raising Awareness                                                                 7

**3. Outreach Timeline**                                                                 **9**

**4. Outreach Strategies, Activities and Outcomes**                                      **15**

   4.1 Research                                                                          15

   4.2 Trade Association and Merchant Relations                                          16

   4.3 Media Outreach                                                                    22

   4.4 Social Media Outreach                                                             25

   4.5 Diverse Business Outreach                                                         33

   4.6 Evaluation                                                                        37



# 1. Executive Summary

After close to 20 years of litigation, the Payment Card Interchange Fee Settlement entered its claims phase on Dec. 1, 2023. This process would see more than $5.5 billion returned to millions of Visa and Mastercard merchants. This was the largest private antitrust class-action settlement in U.S. history.

Millions of merchants that accepted Visa and/or Mastercard between January 1, 2004 and January 25, 2019 were eligible to claim a share, and given that nearly 20 years had passed since the start of the original litigation and class period, many merchants were expected to have moved, closed the business or even have died.

Class counsel and the settlement administrator, Epiq, identified the need for additional outreach and education nationwide and tasked (W)right On Communications with delivering a program to help give as many class members as possible the opportunity to claim.

## Strategy

The outreach team developed an integrated communications strategy to complement Epiq's mailed claim form and paid print and digital ads, including:

- Branded educational materials delivered through email campaigns, an online outreach kit, printed hard copies for in-person outreach at events and conferences, image and video storytelling and educational webinars including claim submission demonstrations.
- Media materials and outreach in nine languages including a video news release in English and Spanish.
- Social media channels, content and engagement across Facebook, X, Instagram, YouTube and TikTok as well as influencer content.
- Outreach to hundreds of trade associations serving merchants and business groups including small and diverse businesses.

## Results

Over a 14-month claims period, the outreach and education strategy generated over 70 million impressions, including:

- 42.5 million from more than 500 media mentions
- 21.5 million from social media content and influencers
- 6.4 million from the membership of 300 trade associations and business groups

The outreach effort was recently awarded the Mark of Excellence by the  Public Relations Society of America regional chapter.



# 2. Outreach Overview

In collaboration with the *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* co-counsel and settlement administrator, (W)right On Communications assembled and implemented an outreach and education program targeting merchants that accepted Visa and Mastercard credit and/or debit cards during the class period. Outreach launched with the claims period on Dec. 1, 2023 and continued through its conclusion on Feb. 4, 2025.

The outreach program's goal was to give as many class members as possible the opportunity to claim their share of the $5.5-billion settlement.

Case 1:05-md-01720-MKB-JAM    Document 9648-2    Filed 08/20/25    Page 120 of 166
PageID #: 548774

## 2.1 Outreach Results

An integrated, strategic communications program outreached to prospective class members via targeted news and trade media coverage, trade association resources, social media and influencers, associations serving diverse businesses and the Small Business Expo and University. A detailed dashboard monitored week-by-week progress for the first eight weeks to ensure a nimble approach before moving to month-by-month evaluation.

| OUTREACH + EDUCATION PROGRAM REACH | | |
|---|---|---|
| **Outreach Activity** | **Impressions** | **Subtotals** |
| **MEDIA** | | |
| Media coverage - online views | 19,641,000 | |
| Media coverage - broadcast views | 21,600,000 | |
| PR Newswire - news release views | 102,158 | |
| Industry Dive - paid placements | 980,433 | |
| PR Newswire - paid placements | 255,576 | |
| | | 42,579,167 |
| **SOCIAL MEDIA** | | |
| X, Facebook, Instagram, TikTok - post reach | 19,331,625 | |
| YouTube - video views | 192,525 | |
| Influencers - post reach | 1,963,558 | |
| | | 21,487,708 |
| **ASSOCIATIONS** | | |
| Reach via trade association outreach | 6,403,865 | |
| Small Business Expo events and eblasts | 86,800 | |
| | | 6,490,665 |
| | **TOTAL** | **70,557,540** |

*Impressions captured between Dec. 1, 2023 - Feb. 4, 2025.*

## 2.2 Raising Awareness

To help make court-authorized outreach materials recognizable to class members, a branded, custom icon representing a payment card swipe machine was created and applied to all materials including:

- Claim form mailer
- Settlement website
- Outreach emails
- Outreach social media
- Outreach displays
- Outreach collateral











**Learn how to claim your share.**
Join Us: July 10, 12pm PT | 3pm ET

▶▶ REGISTER NOW

Ryan Marth
Partner, Robbins Kaplan

Alexandra ("Xan") Bernay
Partner, Robbins Geller
Co-Lead Counsel on the Payment Card Case

**TWO WEEKS AWAY**
**Wednesday, July 10 at 12pm PT / 2pm CT / 3pm ET**

Don't forget to register for our **FINAL** and **FREE live webinar** to learn how business owners can benefit from the **$5.5 billion** Visa and Mastercard interchange fee settlement.

**Members of the settlement's legal team will explain:**
- Who's eligible to make a claim
- How to make a claim
- What free resources are available
- Answers to their questions during a Q&A

Business owners must file their claim by **August 30, 2024** for the opportunity to receive money back from the settlement.

Want more info? CLICK HERE

REGISTER NOW

**SPEAKERS**
Co-Lead Counsel on the Payment Card Case and settlement:
**Alexandra ("Xan") Bernay**
Partner, Robbins Geller
**Ryan Marth**
Partner, Robins Kaplan



  

 **Payment Card Settlement**
January 30 at 10:38 AM · 🌐

Attention business owners! You may be eligible for a share of the Mastercard/VISA settlement—but time is running out. The filing deadline is Feb. 4, 2025. Watch this video to learn how to register and #claimyourshare before it's too late. 💳 📲

**Visa/Mastercard Settlement**
**Registering and Linking**

▶▶

YOUTUBE.COM
Payment Card Settlement - Registering and Linking



**Claim your share before it's too late**

File by February 4, 2025 at
PaymentCardSettlement.com

▶▶

TIME IS RUNNING OUT





# 3. Outreach Timeline



**PHASE 1: LAUNCH**

| December 2023 | January 2024 | February 2024 |

Claims open Dec. 1 with a press announcement in five languages and media outreach, emails and calls to trade association contacts, social media and influencer posts.

Press release posted on C-Store Dive, Grocery Dive, Retail Dive and Restaurant Dive and promoted in associated e-newsletters.

Media, trade association, social media and influencer outreach continues.

Webinars launch with Merchant Advisory Group on Jan. 16 and FMI food industry association on Jan. 30; invites begin for the outreach program's first hosted webinar.

First hosted webinar on Feb. 6 educates trade association leaders and offers support to their members via digital outreach kit including content to share with members.

$5.54 Billion Visa & Mastercard Class Action Settlement

a court has approved the settlement of 5.54 billion

Payment Card Settlement: What it Means for Restaurant Operators

February 13, 2024
2pm ET

Millions of U.S. Businesses Eligible for a Share of $5.54B Payment Card Settlement

Bob Phibbs, the Retail Doctor

# PHASE 2: BUILD ON LAUNCH MOMENTUM

## March 2024

Spanish-language media, Latinx trade association and Native American trade association and event outreach begins; attend NCAIED RES conference Mar. 11-14 in Las Vegas to distribute claims postcard to artisan merchants.

Second hosted webinar Mar. 28 for trade association leaders and class members.

Webinars for Georgia Food Industry Association Mar. 19 and hosted class member webinar Mar. 28.

## April 2024

Sponsored flier in Indian Gaming Trade Show + Convention attendee bags in Anaheim from April 11-14.

"Time is running out" press release issued Apr. 17 ahead of May 31 claims deadline.

Promoted upcoming webinar on social media and association and class member emails.

Tutorial videos produced by settlement administrator added to YouTube and Claims Portal.















## PHASE 3: DEADLINE EXTENDED TO AUG. 30

| May 2024 | June 2024 | July 2024 |
|---|---|---|

Third webinar for trade associations and class members hosted May 1.

Deadline extension announcement posted on CFO Dive, Grocery Dive, Retail Dive and Restaurant Dive and promoted in associated e-newsletters.

Fourth hosted trade association and class member webinar on July 10.

Deadline extended to Aug. 30 and announced May 15 through association emails, calls and social content as well as a May 28 press release.

Webinar for International Municipal Lawyers Association June 10.

Emailed "last month to claim" message to database.

Reposted and shared influencer content from December and January.













# PHASE 4: DEADLINE EXTENDED TO FEB. 4

| August 2024 | September 2024 | October 2024 |
|---|---|---|

Deadline extended to Feb. 4 and announced on Aug. 13 through association emails, calls and social content as well as press release.

Added webinar registration link to the settlement website to assist class members.

Fifth class member webinar held Oct. 15 with 10,000+ registrations and 1,000+ attendees.

Conducted online survey of business owners: 81% said they were aware of the settlement; of those who were aware, 75% said they had claimed.

Pre-surveyed webinar participants to identify their issues and questions.

Post-webinar survey showed 85% of attendees were likely or very likely to file a claim after participating.

Increased social media boosting to drive merchants to the claims portal.







## PHASE 4: DEADLINE EXTENDED TO FEB. 4 (continued)

| November 2024 | December 2024 |
| --- | --- |

Exhibited in-person at Small Business Expo in Dallas-Ft. Worth on Nov. 20 and presented a Small Business University webinar on Nov. 26.

Exhibited in-person at Small Business Expo in Atlanta on Dec. 11.

Sixth class member webinar on Nov. 21 draws 10,700 registrants and 2,200 participants.

Sponsored a second TikTok and Instagram post by class-action influencer Lawyer Angela.

Continued increased social media boosting to drive more merchants to the claims portal.











## PHASE 4: DEADLINE EXTENDED TO FEB. 4 (continued)

### January 2025

Issued a "final month to claim" press release on Jan. 2 in English and Spanish.

Seventh and final class member webinar on Jan. 8 with 6,400 registrants and 2,000 attendees.

Presented Small Business University webinar on Jan. 21.

Final days to claim message emailed to 1000+ trade association contacts and 10,000+ webinar attendees.

### February 4, 2025

All outreach and education campaign digital and social assets updated to reflect the deadline for claims has passed and referring inquiries to the settlement administrator's call center.











# 4. Outreach Strategies, Activities and Outcomes

## 4.1 Research

Prior to developing the outreach and education program strategy, the outreach team consulted the U.S. Federal Trade Commission's Sept. 2019 report on "Consumers and Class Actions: A Retrospective and Analysis of Settlement Campaigns." The report studied settlement notice programs for consumers and found advertisements did not increase claims rates and that the median claims rate was 9% and the weighted mean was 4% indicating that the larger the class size, the lower the claims rate.

Given the 18 million initial claim forms to be sent to eligible merchants, the Payment Card Settlement class size was very large. Additionally, the start of the class period stretched back 20 years to Jan. 1, 2004 and covered a 15-year period to Jan. 25, 2019. The U.S. economy had experienced two economic shocks since 2004: the 2008 recession and the COVID-19 pandemic. It was likely that many class members had sold or closed their businesses, retired, moved or died.

An additional factor was recognition that class members would represent a diverse landscape of American Visa and Mastercard credit and debit card merchants, and the majority would be small businesses.

Finally, it was already known that third-party filing services were aggressively pursuing merchants to handle their claims despite the great effort the settlement administrator and counsel had invested in making it as simple as possible for class members to claim.

The goal was to give as many class members as possible the opportunity to claim their share of the landmark *In re Payment Card Interchange Fee* settlement requiring outreach strategies for hard-to-reach businesses, small businesses and many industries reliant on credit card payments to support their sales.

## 4.2 Trade Association and Merchant Relations

### Trade Association Strategy

The trade association and merchant relations strategy enabled the outreach and education team to share the claims process and disseminate important information through trusted trade association and similar third-party channels. The effort targeted and worked with associations serving retail, restaurant and other merchant industries; diverse businesses; and small businesses.

Educational assets were developed to make it easy to share timely and accurate information with association members. The outreach team also offered custom webinars for associations upon request and an ongoing series of webinars open to association leaders and merchants. Association relationships helped to communicate deadline extensions as well as responding to misinformation or issues created by third-party filers. The final three webinars were promoted directly on the settlement website to assist the largest number of class members possible.



> **"It's so quick, it's scary. It's very user friendly."**
>
> David Lappe
> NSGA Past Chairman,
> Kittery Trading Post

## Trade Association Activities

Activities included:

- Sharing a digital outreach kit at [pcsoutreachkit.com](pcsoutreachkit.com) with educational assets including:
  - Talking points
  - Press release and video news release
  - FAQ
  - Newsletter articles
  - Social posts and graphics

- Hosted 7 webinars for association leaders and class members:
  - Four 30- to 45-minute webinars featuring an overview and Q&A with counsel
  - Three 30-minute webinars featuring an overview, live demonstration of the claims portal and FAQs with the settlement administrator and counsel

- Presented 6 custom webinars hosted by:
  - Merchants Payments Coalition
  - Georgia Food Industry Association
  - International Municipal Lawyers Association
  - Merchant Advisory Group
  - Small Business University x 2

- Exhibited and outreached in-person at 2 Small Business Expo events

- Sent 45 email campaigns to a database of over 1,000 trade association contacts and thousands of merchants who opted in to receive settlement updates

## Trade Association Outcomes

Trade association and merchant outreach was critical to get the word out in a manner that class members would notice and also trust. The outreach team contacted more than 300 trade associations serving retail, restaurant, specialty retail, services, small businesses, diverse businesses and more by phone, email and LinkedIn where necessary. Through our conversations with associations, we learned that many were already working with third-party filers who had made deals with them prior to the opening of the claims period.

| TRADE ASSOCIATION + MERCHANT RELATIONS | |
|---|---|
| | Dec. 1, 2023 – Feb. 4, 2025 |
| Associations contacts | 300 |
| Members represented by these association contacts | 6,403,865 |
| Small Business Expo events in Dallas, Atlanta + webinars | 86,800 |
| **Total Reach** | **6,490,665** |
| | |
| Webinar attendees | 5,670 |
| Webinar registrants | 27,890 |
| Email campaigns sent | 45 |
| Email open rate | 45% |
| Email click rate | 7.6% |
| Small Business Expo conversations | 550 |

*NOTE: the industry average B2B open rate is 15.1% and click rate is 2.44%.*

> **The expertise and advice co-counsel Xan Bernay shared on the Payment Card Settlement educational webinar was extremely helpful and valuable in answering merchants' questions and providing clear direction on how and when to correctly file claims. We're glad we could make the informative session available to members.**
>
> Beth Provenzano
>
> SVP of Public Affairs, Events and Education, Merchant Advisory Group

## Digital Outreach Kit website

A website at PCSoutreachkit.com shared downloadable assets for informing and educating trade association members.



## Association Outreach Emails

A database allowed timely communication about helpful resources, webinars and pending deadlines.



## Small Business Expo

Toward the final months of the claims period, in-person outreach and sponsored webinars extended outreach to small businesses.





## Hosted Webinars

Webinars informed and equipped trade association leaders and helped merchants directly.



$5.5B Payment Card Settlement Webinar

## Association Webinars

Trade associations hosted educational webinars for their members.



National Restaurant Association Webinar

## Social Media Promotion

Webinar dates and webinar content was shared across Facebook, Instagram, Twitter and TikTok.



Georgia Food Industry Association Webinar







Small Business University Webinar

## Trade Association Promotions

Trade association leaders promoted the settlement to members in their blogs, newsletters and social media posts including guidance on eligibility and how to claim.











# 4.3 Media Outreach

## Media Strategy

The media outreach strategy was developed to complement the settlement administrator's claim form mailings and paid ads as well as the various direct, social media and diverse business outreach activities. Media coverage was important to build credibility and trust in the settlement and the claims process. For this reason, media coverage was also shared across the outreach program's social channels.

Working closely with co-counsel, media messages emphasized the settlement's size, legitimacy and the importance and ease of submitting a claim, while keeping all external facing spokespeople accurate and on message.

## Media Activities

Media-related activities included:

- Media-centric messaging and FAQ
- In-person media spokesperson training
- Media kit with media resources and assets
- Four national press releases translated into Spanish, Chinese and Korean with the launch release available in 8 languages plus English
- Continuous proactive and responsive outreach to hundreds of business, legal and industry-specific journalists to reach class members with educational messages

## Media Outcomes

Media outreach played a valuable role increasing awareness of the settlement, eligibility and claims process:

- National coverage included **Associated Press, USA Today**, **Essence** and **Fox** affiliates in major markets nationwide
- Local TV news stories included **NBC San Diego**, **Telemundo Los Angeles** and various markets nationwide
- Articles appeared in trade publications serving class member industries from retail to restaurants to dry cleaners
- Articles and TV segments also aired in **Spanish**, **Korean** and other languages

| MEDIA RELATIONS | |
| --- | --- |
| | Dec. 1, 2023 – Feb. 4, 2025 |
| Media mentions | 534 |
| Potential reach* | 2,260,000,000 |
| Broadcast audience views | 21,600,000 |
| Estimated online readership | 19,641,000 |
| News release views | 102,158 |
| IndustryDive + PR Newswire paid placement views | 1,236,009 |
| **Total Views** | **42,579,167** |
| | |
| Media coverage social shares | 1,910 |
| News release clicks to settlement URL | 18,560 |
| Settlement URL included in coverage | 90 |
| Domain Authority of media coverage sites (average) | 64 |

*Unique Views per Month (UVM) of the combined media websites*

## National Media Coverage





## Trade publications



American Drycleaner –
The Payment Card
Settlement article was
named "Top story of
the year"

## Foreign Language







## Broadcast









# 4.4 Social Media Outreach

## Social Media Strategy

The social media strategy focused on building early awareness and credibility, prompting class member engagement and generating claim behavior through calls to action. Social media accounts were created for Facebook, Instagram, X and TikTok. Profiles linked back to the settlement administrator's website and call center.

Facebook was the focus given it skewed older to match the class member demographic and to leverage its targeted advertising features. Boosted content was important to deliver the message to merchants. Clear, accessible messaging and branded visual content were used to explain the case, class member eligibility and how to file a claim. Paid influencer partnerships were researched and incorporated to build quick credibility early in the claims period and to re-engage class members following the second deadline extension.

## Social Media Activities

- Consistent weekly posting to share settlement information, engage and drive claims.
- Branded graphics, animations and videos to attract attention.
- Paid Facebook and Instagram boosting targeting merchants.
- Community management including responding to comments as appropriate.
- Influencer content through two paid partnerships:
  - Class-action TikTok and Instagram influencer Lawyer Angela shared two posts within the first three weeks of the claims period in Dec. 2023 and a third in Nov. 2024.
  - Retail industry Facebook and LinkedIn influencer Bob Phibbs, known as the Retail Doctor, posted twice in Dec. 2023 and also shared the claims process in two of his subscriber emails.
  - Influencer content also shared the settlement's social handles, showcased the claim form, helped to legitimize the settlement for skeptical merchants and encouraged merchants to take action.
  - The outreach program's social accounts also reshared influencer content directly with followers and in boosted posts to merchants.
- Social media performance was tracked continuously and strategies were adjusted as needed to continue engagement.

## Social Media Outcomes

Social media, particularly Facebook, was instrumental in driving awareness and engaging directly with class members.

| SOCIAL MEDIA OUTREACH | |
|---|---|
| | Dec. 1, 2023 – Feb. 4, 2025 |
| Social posts* | 465 |
| Facebook | 15,235,536 |
| Instagram | 4,025,685 |
| X | 19,528 |
| TikTok | 50,876 |
| YouTube | 192,525 |
| Influencer | 1,963,558 |
| **Total impressions** | **21,487,708** |
| | |
| Social media engagements | 224,094 |
| Click throughs to website | 103,417 |
| Influencer engagements | 249,790 |

* *Inclusive of Facebook, Instagram, X, TikTok and YouTube*

## Facebook

Our targeted audience of older business owners spent time primarily on Facebook, and we accordingly made the channel our main social focus over the duration of the outreach campaign, boosting content regularly to increase post visibility.



**Best performing post:** The post about the final webinar of the claims period was viewed more than 1 million times by more than 384,000 people, generating more than 7,600 clicks to the settlement website.



Highest number of comments



Highest number of clicks



Highest engagement rate



# Instagram

We reposted Facebook content on Instagram and used it for influencer content to reach new audiences. Otherwise, it was a lower performing and lower priority platform.



**Best performing post:** The most viewed post on Instagram shared media coverage to show the settlement's legitimacy and was viewed 30,755 times by 26,700 people generating 110 interactions.



Highest Engagement Rate







## TikTok

We featured video content, class member testimonials and high-performing influencer content on TikTok.





Highest Engagement Rate

**Best performing post:** The top TikTok post garnered nearly 6,000 impressions featuring a Mexican restaurant owner's experience with interchange fees.





Highest Number of Comments





## X (Twitter)

Initially an important channel, the team deprioritized this social channel as the platform's policies and content became increasingly pay-to-play and unmoderated.



**Best performing post:** This X post promoting the second hosted webinar was viewed by more than 2,000 people.



Highest Engagement





Highest Number of Comments,
Highest Number of Link Clicks



**Outreach Strategies, Activities and Outcomes**

## YouTube Highest Viewed Videos

The video-based platform helped us reach our target demographic of older business owners with video tutorials, class member testimonials, video news release, webinar and FAQ.



127,000 views (Registering and Linking Tutorial)



52,000 views (What To Do If You Disagree Tutorial)



8,300 views (Visa/Mastercard Settlement Tutorial)



1,600 views (Video News Release)



1,600 views (Feb. 6, 2024 Webinar)

## TikTok & Instagram Influencer

Lawyer Angela generated 1.9 million impressions via three posts in Dec. 2023 and Nov. 2024 across both platforms.





## LinkedIn & Facebook Influencer

Bob Phibbs, The Retail Doctor, shared two posts in Dec. 2023 on both platforms and included the post content in two e-newsletters to his subscribers generating 47,800 impressions and 2,100 engagements with retail merchants.




## 4.5 Diverse Business Outreach

### Diverse Business Strategy

The Payment Card Settlement and the antitrust case that led to the landmark $5.5-billion settlement for merchants was well-known among large enterprises with in-house legal departments and the resources to monitor major legal developments impacting their industry. Many of America's largest merchants had also previously opted out of the settlement to pursue their own cases. The majority of class members were smaller businesses, and many were also diverse or underserved businesses where language or history created additional obstacles to communicating about the settlement.

For this reason, resources were intentionally directed to ensure the message was getting out to diverse business communities.

### Diverse Business Activities

Activities included:

- Digital outreach kit at pcsoutreachkit.com with Spanish translations including:

  - Press release

  - Video news release

  - FAQ

  - Newsletter articles

- Claims period launch press release available online in nine languages:

  - Spanish, Korean, Russian, Thai, Vietnamese, Chinese, Spanish, Japanese, English

- Flier distributed at the National Center for American Indian Enterprise Development's Reservation Economic Summit event (4,000 attendees)

- Attendee bag insert at the Indian Gaming Trade Show + Convention (5,000 fliers)

- In-person meeting with the Philippine American Chamber of Commerce of Oregon

*(cont'd on next page)*

- Calls and emails to roughly 30 national chambers and associations serving diverse businesses, including:

  - Latino Restaurant Association

  - L'Attitude

  - Hispanic Metropolitan Chamber

  - U.S. Hispanic Chamber

  - U.S. Black Chambers

  - National Black Chamber

  - Northwest Native Chamber

  - Minnesota Indian Gaming Association

  - Vietnamese American Chamber of Commerce

  - Asian Pacific American Chamber of Commerce

  - Asian American Store Owner Association

  - Japanese Restaurant Association of America

  - National Gay Lesbian Chamber of Commerce

  - Black American Chamber

  - Korean American Restaurant Association

  - United Bodegas of America

  - Bodega Small Business Group

- In-person outreach to diverse, small businesses via Small Business Expo events in Dallas-Ft. Worth and Atlanta

  - Video testimonials were also gathered from eligible diverse business owners at the Atlanta event and shared on social media

## Diverse Business Outcomes

Representatives of the Native American and Hispanic business community were most engaged and responsive to outreach efforts.

| TRIBAL BUSINESS COMMUNITY OUTREACH | |
| --- | --- |
| | Dec. 1, 2023 – Feb. 4, 2025 |
| Tribal media reach | 3,500 |
| Conference attendee collateral distributed | 9,000 |
| Association reach* | 10,105 |
| **Total Reach** | **22,605** |

| SPANISH-LANGUAGE MEDIA + COMMUNITY OUTREACH | |
| --- | --- |
| | Dec. 1, 2023 – Feb. 4, 2025 |
| Spanish-language media mentions | 47 |
| Broadcast views | 61,300 |
| Estimated online readership | 1,110,000 |
| Association reach* | 5,000,000 |
| **Total Reach** | **6,171,300** |

*Where membership data available*

## Targeting Spanish-Language Audiences

All press materials were available in Spanish and pitched to
Spanish-language media across the country.







## Native American Outreach

Information was distributed at
relevant conferences.



## Translated Assets

Materials in Spanish were distributed via the Digital Outreach Kit,
on YouTube and via social media posts.





## Video Testimonials

Video testimonials from diverse business owners were promoted across social media.







## Small Business Expo

In person outreach to small business owners helped generate word of mouth.




## 4.6 Evaluation

**The outreach program continually evaluated and adjusted strategies based on class member feedback.**

Following the first hosted webinar for trade association leaders and class members on Feb. 5, 2024, the outreach team sent a survey to participants. The respondents affirmed that the webinar was very informative and they were very likely to share the information with their members. Respondents represented organizations with 5,000 to 10,000 members.

Following the court's second deadline extension in August, the outreach team surveyed class members to evaluate the outreach and education effort to date and make any needed adjustments.

Surveys took several forms:

- **Pre-webinar surveys** to solicit questions and input on issues from registrants prior to the fall webinars

- **Post-webinar survey** to gauge participant satisfaction and impact on claim intent

- **Survey of settlement awareness** and claim intent among 100+ anonymous Visa and Mastercard merchants with merchant accounts active during the class period

## Pre-Webinar Surveys: Class Member Questions and Issues

The Oct. 15 and Nov. 21 webinar registration links were promoted on the settlement administrator's website, which drew a record 10,000 registrations. Given the large number of webinar participants, questions could not be asked and answered in real time.

Therefore, participants were given a survey link to submit their questions and topics of interest in advance. About 200 responses were collected for the Oct. 15 webinar and 241 for the Nov. 21 webinar. Topics of interest trended across both surveys and questions from the "Other" category were elevated to the webinar presenters ahead of time to speak to or point out during the claims portal demonstration:

|  | October 2024 (~200 questions) | November 2024 (~241 questions) |
|---|---|---|
| Timing and size of my claim payment | 48.2% | 53.3% |
| How to start a claim | 47.7% | 51% |
| Authorizing my claim | 44.2% | 41.9% |
| Issues with my financial data | 19.1% | 19% |
| Claiming for multiple merchant accounts and TINs | 15.1% | 14% |
| My authorization status shows a conflict | 11% | 7.9% |
| Other (please specify) | 26.6% | 29% |

Case 1:05-md-01720-MKB-JAM     Document 9648-2     Filed 08/20/25     Page 152 of 166
PageID #: 548806

## Webinar Participant Satisfaction and Impact on Claim Intent

A survey was sent to all Oct. 15 webinar participants. Only 24 responded, so the sample size was very small. **Two-thirds reported being satisfied (20.8%) or very satisfied (45.8%) with the quality of information presented.** Four respondents indicated that they were dissatisfied or very dissatisfied.

Most important were responses to our question around intent: "After participating in the webinar, how likely are you to file your claim?" Of 21 respondents, 17 (81%) indicated being likely (9.52%) or very likely (71.43%) to claim. Only 2 respondents said that they would be unlikely to claim.

**Comments received included:**

*"I felt the team was ready, willing, and very able to help me get my claim filed properly, and easily."*

*"Already filed."*

*"I submitted with tax numbers but was unable to upload authorization docs. I am waiting for email so I can do that."*



## Visa and Mastercard Merchant Awareness and Claim Intent

A sample size of 113 small to mid-sized business owners was surveyed online with 90% reporting that they had accepted Visa and / or Mastercard during the class period. Of those who were eligible, over 81% reported that they were aware that they may have a claim to the $5.5-billion Payment Card Settlement, and close to 87% of merchants who knew about their eligibility reported that they had made a claim.

**The survey asked those who reported making a claim what their motivations were:**

- 27% - The claim form I got in the mail

- 25.4% - Getting some of my interchange fees back

- 20.6% - Getting my share

- 15.9% - The size of the settlement

- 9.5% - It's my job to submit a claim like this

- 1.6% - Claims process sounded easy

After learning that getting some of their interchange fees back from the credit card companies was a top motivator, the outreach campaign emphasized this more emotional response to encourage claims behavior during the latter months of the claims period.

**For those respondents who were aware that they were eligible but had not claimed (only 18), the reasons that they reported were:**

- 38.9% - I don't know how to claim (7)

- 27.8% - I'm already working with a third-party filing service (5)

- 22.2% - I just found out that I might be eligible (4)

- 16.7% - I sold my claim (3)

- 16.7% - I don't think the payout is worth it (3)

- 11.1% – I don't trust the process (2)

While 39% reported that they did not know how to claim, 44.5% were already working with a third-party filer or had sold their claim. The least cited reason was a lack of trust in the process which was validating given the efforts of the outreach team, settlement administrator and class counsel.



Demographics of respondents

Gender
Female 59%    Male 41%

Ages
60+ 15%
45-60 49%
30-44 36%

Household income
N/A 4%
$200k+ 14%
$0-74.9k 18%
$125-199k 42%
$75-124.9k 22%



## Are you aware that you may be able to make a claim in a $5.5 billion Payment Card Settlement?

- Yes — 81.1%
- No — 18.9%

## Have you claimed your share yet?

- Yes — 86.7%
- No — 13.3%

## What are your top reasons for not claiming?

- I don't trust the process — 11%
- I don't think the payout is worth the effort — 16.7%
- I'm already working with a third-party filing service — 28%
- I sold my claim — 16.7%
- I don't know how to claim — 39%
- I just found out that I might be eligible — 22%

## What most motivated you to claim?

- Size of the settlement fund — 16%
- Getting my share — 20.6%
- Getting some of my interchange fees back — 25.4%
- The claim form I got in the mail — 27%
- It's my job to submit a claim like this — 9.5%
- Claims process sounded easy — 1.6%

## Other Sources of Feedback

### Media feedback

**USA Today:**

"Wait, I thought the opportunity to sign up ended in May (Who qualifies for share of $5.5 billion Visa and Mastercard settlement – NBC Chicago)? Was it extended? Apparently, *I* need some education! If there is still a chance to sign up, yes, I would like to know about it and maybe write a story to alert people."

**This comment on a news story and the outreach team's follow up led to a story in USA Today.**

**American Drycleaner:**

Payment Card Settlement article named "Top story of the year" at American Drycleaner, based on story views.

Ranked as the #1 most-read story of 2024



**402 W Broadway, 29th Floor**
**San Diego, CA 92101**

858.886.7900

info@wrightoncomm.com
www.wrightoncomm.com

Attachment 15

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882



**Reminder:**

The deadline to file your claim is quickly approaching.

You must file by May 31, 2024, to ensure your portion of the $5.5 Billion Settlement.

You were previously mailed a claim form because records indicate you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019. Our records indicate you have not yet filed a claim.



Scan the QR code to file a claim online via your phone, computer, tablet, or other smart device.



**CLAIMANT ID:**

**CONTROL NO.:**

In order to file a claim, you will need to use the credentials above on the Court-approved official website to provide an estimate of the Interchange Fees Paid during the Class Period or indicate that you do not know the total fees paid by the **Claims Deadline of May 31, 2024.** Act now to file a claim. This is your last chance to share in the Settlement Fund.

For more information on the Settlement, to file a claim online, or for other information please visit the Court-approved official website at **www.PaymentCardSettlement.com.** You may also email info@PaymentCardSettlement.com or call toll-free 1-800-625-6440.

AJ994

3

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882



**Reminder:**

The deadline to file your claim
is quickly approaching.

You must file by May 31, 2024,
to ensure your portion of the
$5.5 Billion Settlement.

You were previously mailed a claim form because records indicate you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019. Our records indicate you have not yet filed a claim.

**CLAIMANT ID:**
**CONTROL NO.:**



Scan the QR code
to file a claim online
via your phone,
computer, tablet, or
other smart device.

In order to file a claim, you will need to use the credentials above on the Court-approved official website to file a claim by the **Claims Deadline of May 31, 2024**. Act now to file a claim. This is your last chance to share in the Settlement Fund.

For more information on the Settlement, to file a claim online, or for other information please visit the Court-approved official website at **www.PaymentCardSettlement.com**. You may also email info@PaymentCardSettlement.com or call 1-800-625-6440.

AJ693

3

# Attachment 16

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882



Reminder:

The deadline to file your claim
is quickly approaching.

You must file by February 4, 2025,
to ensure your portion of the
$5.5 Billion Settlement.

You were previously mailed a claim form because records indicate you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019. Our records indicate you have not yet filed a claim.

Scan the QR code
to file a claim online
via your phone,
computer, tablet, or
other smart device.



**CLAIMANT ID:**
**CONTROL NO.:**



In order to file a claim, you will need to use the credentials above on the Court-approved official website to provide an estimate of the Interchange Fees Paid during the Class Period or indicate that you do not know the total fees paid by the **Claims Deadline of February 4, 2025.** Act now to file a claim. This is your last chance to share in the Settlement Fund.

For more information on the Settlement, to file a claim online, or for other information please visit the Court-approved official website at **www.PaymentCardSettlement.com.** You may also email info@PaymentCardSettlement.com or call toll-free 1-800-625-6440.

AK583

5

Payment Card Interchange Fee Settlement
Class Administrator
PO Box 2530
Portland, OR 97208-2530

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882



**Reminder:**

The deadline to file your claim
is quickly approaching.

You must file by February 4, 2025,
to ensure your portion of the
$5.5 Billion Settlement.

You were previously mailed a claim form because records indicate you are a merchant (business owner) who may have accepted Visa and/or Mastercard at any time from January 1, 2004, to January 25, 2019. Our records indicate you have not yet filed a claim.

**CLAIMANT ID:** 
**CONTROL NO.::**



Scan the QR code
to file a claim online
via your phone,
computer, tablet, or
other smart device.

In order to file a claim, you will need to use the credentials above on the Court-approved official website to file a claim by the **Claims Deadline of February 4, 2025.** Act now to file a claim. This is your last chance to share in the Settlement Fund.

For more information on the Settlement, to file a claim online, or for other information please visit the Court-approved official website at **www.PaymentCardSettlement.com.** You may also email info@PaymentCardSettlement.com or call 1-800-625-6440.

A4585

3