

ERIC L. CRAMER / *CHAIRMAN*
d 215.875.3009  m 215.327.9583 | ecramer@bergermontague.com

August 21, 2025

**VIA ECF**

| | |
|---|---|
| The Honorable Judge Margo K. Brodie<br>United States District Court for the<br> Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | The Honorable Magistrate<br>Judge Joseph A. Marutollo<br>United States District Court for the<br> Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 3rd quarter of 2025 in the amount of $17,000,000.00 for the Class I Cash Settlement Fund.

This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before September 15, 2025.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | Eric L. Cramer | Alexandra S. Bernay |
| Thomas J. Undlin | **Berger Montague PC** | Patrick J. Coughlin |
| **Robins Kaplan LLP** | | **Robbins Geller Rudman**<br>   **& Dowd LLP** |

cc:     All Counsel of Record via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM