UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : | MDL No. 1720(MKB)(JAM)<br><br>Civil No. 05-5075(MKB)(JAM) |
| | : | |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : : | [PROPOSED] ORDER GRANTING MOTION FOR INITIAL, PARTIAL DISTRIBUTION OF SETTLEMENT FUNDS |
| | x | |

96444949.1

The Court, having considered Rule 23(b)(3) Class Plaintiffs' Motion for Initial, Partial Distribution of Settlement Funds, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows: The Net Settlement Fund, shall be distributed to claimants as detailed in Rule 23(b)(3) Class Plaintiffs' Motion and accompanying declarations and exhibits thereto.

IT IS SO ORDERED.

DATED:  _____    _____
THE HONORABLE MARGO K. BRODIE
UNITED STATES DISTRICT COURT CHIEF JUDGE

- 1 -

96444949.1