

800 LASALLE AVENUE     612 349 8500 TEL
SUITE 2800     612 339 4181 FAX
MINNEAPOLIS, MN 55402     ROBINSKAPLAN.COM

RYAN W. MARTH
612 349 0962 TEL
RMARTH@ROBINSKAPLAN.COM

August 22, 2025     *VIA ECF*

The Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
      Case No. 1:05-MD-1720 (MKB)(JO)

Dear Judge Brodie:

     I write on behalf of Rule 23(b)(3) Class Plaintiffs regarding their Motion for Initial, Partial Distribution of Settlement Funds and supporting documents (ECF No. 9648) filed on August 20, 2025. The Court issued an Order regarding the same on August 21, 2025.

     Several of the attachments to the Declaration of Cameron R. Azari (ECF No. 9648-2) did not upload properly to Pacer, making portions unreadable. Today Class Counsel re-filed the Motion, along with the corrected attachments, as ECF No. 9652.

     No substantive changes have been made to the filed documents. Class Counsel will provide the Court with a hard- courtesy copy of the same via overnight mail.

                                     Sincerely,

                                     */s/ Ryan W. Marth*

                                     Ryan W. Marth
                                     Partner

cc:     All Counsel of Record via ECF

96456132.1