

**ERIC L. CRAMER** / *CHAIRMAN*
d 215.875.3009  m 215.327.9583  | ecramer@bergermontague.com

August 27, 2025

**VIA ECF**

The Honorable Judge Margo K. Brodie
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Magistrate
 Judge Joseph A. Marutollo
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-MKB-JAM

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of Miller Kaplan Arase LLP's ("Miller Kaplan") funding request to pay for the tax return preparation of the two escrow funds established in connection with the Class Settlement in this matter.

Attached as Exhibit A are copies of Miller Kaplan's Invoice #712701 for the total amount of $5,753.00 for the work associated with the tax return preparation of the Class Settlement Cash Escrow Account ("Class II QSF"). The total request for the escrow account is $5,753.00.

Respectfully submitted,

| */s/ K. Craig Wildfang* | Eric L. Cramer | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | **Berger Montague PC** | Alexandra S. Bernay |
| Thomas J. Undlin |  | Patrick J. Coughlin |
| **Robins Kaplan LLP** |  | **Robbins Geller Rudman**  **& Dowd LLP** |

cc: All Counsel via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**