**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

September 2, 2025

VIA ECF

The Honorable Judge Margo K. Brodie  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom 6F  
Brooklyn, NY  11201

Magistrate Judge Joseph A. Marutollo  
United States District Court  
   for the Eastern District of New York  
225 Cadman Plaza East  
Courtroom N324  
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (MKB)(JAM)

Dear Judges Brodie and Marutollo:

Pursuant to paragraph 7 of the Order Appointing Special Master (ECF 8883), Rule 23(b)(3) Class Counsel ("Class Counsel") respectfully request the Court's approval of the attached invoice related to work by Special Master James Orenstein. *See* Ex. A. Class Counsel expects Judge Orenstein to provide invoices on a regular basis which will then be submitted to the Court for approval. Pursuant to paragraph 7 of the Order Appointing Special Master, the Special Master's fees and expenses shall be paid out of the Class Settlement Cash Escrow Account.

Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **  & Dowd LLP** |

Exhibit A

cc:   All Counsel via ECF

4899-3937-9557.v1

655 West Broadway, Suite 1900   San Diego, CA  92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com