# EXHIBIT A



# RETAINER

**Invoice Date**
8/29/2025

**Invoice Number**
7860192

| | |
|---|---|
| Bill To: | Ms. Alexandra Bernay Esq.<br>Robbins Geller Rudman & Dowd LLP<br>655 W. Broadway<br>Suite 1900<br>San Diego, CA 92101<br>US |

| | |
|---|---|
| Reference #: | 1425040567 - Rep# 2 |
| Billing Inquiries: | Mindiola, Nicholaus |
| Email: | nmindiola@jamsadr.com |
| Telephone: | 949-224-4626 |
| Employer ID: | |

RE: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

Representing:

Neutral(s): Hon. James Orenstein, (Ret.)

Hearing Type: **COURT REFERENCE**   DD

| Date / Time | Description | Your Share |
|---|---|---|
| 8/29/25 | **Hon. James Orenstein**<br>Retainer for services: To be applied to professional time (session time, pre and post session reading, research, preparation, conference calls, travel, etc.), expenses, and case management fees. Please review the Neutral's fee schedule regarding case management fee and cancellation policies. Supplemental retainers will be assessed as needed. Any unused portion of this retainer will be refunded at the conclusion of the case. | $ 481.67 |

| | |
|---|---|
| Total Billed: | $ 481.67 |
| Total Payment: | $ 0 |
| Balance: | $ 481.67 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

**Standard mail**
P.O. Box 845402
Los Angeles, CA 90084

**Overnight mail**
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

Printed on 8/30/2025 / **1425040567 - Rep# 2**

1 of 1