# EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway Ste 2900
Ste 2900
San Diego, CA  92101-8598 USA
+18588867900
info@wrightoncomm.com
wrightoncomm.com

# Invoice  1220-4590

**BILL TO**
Alexandra Bernay
Robbins Geller Rudman &
Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA  92101

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 08/29/2025 | **$9,000.00** | 09/13/2025 |

**PMT METHOD**
Bank Transfer

| | AMOUNT |
|---|---|
| **Services** <br> Credit on file. <br> -- | -9,000.00 |
| **Services** <br> August communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately. <br> - | 9,000.00 |
| **Services** <br> September Communications Services (initial base). <br> -- | 9,000.00 |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. Thank you!

| TOTAL DUE | **$9,000.00** |
|---|---|

THANK YOU.