**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

September 24, 2025

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
      No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") responds to the Court's September 19, 2025 text-only Order regarding the most recent funding request related to services rendered by Epiq for the period June-August 2025.  ECF 9668.  The Court requested Class Counsel provide more detail as to the basis for Epiq's funding request.  Additionally, the Court requested that Class Counsel explain the differences in the current request compared to other, recent funding requests.

Upon receiving the Court's Order, Class Counsel immediately reached out to Epiq's senior management, including Nicole Hamann, President of Class Action, Remediation, and Mass Torts for Epiq.  The information Epiq provided, along with other information, is detailed below.

**I.   Class Counsel's Review of Epiq's Bills**

Class Counsel closely reviews Epiq's bills and conducts line-by-line reviews of Epiq's detailed monthly time reports.  Further, prior to the Court's September 19, 2025 Order, Class Counsel requested more detail regarding expected future costs as well as a request for additional details regarding the still-to-come work remaining in this case.  Specifically, Counsel asked for detailed projections regarding expected monthly costs for the next 3, 6, and 12 months.  Class Counsel asked for a response within 3 weeks.  There are also regularly scheduled "all hands" meetings where Class Counsel and various Epiq leaders meet to discuss pressing case related matters, including the status of work and associated costs.

**II.   Additional Detail Regarding the Current Funding Request**

In response to the Court's Order, Epiq has provided the below information regarding the Court's request.

**Robbins Geller Rudman & Dowd LLP**

Magistrate Judge Joseph A. Marutollo
September 24, 2025
Page 2

Aside from the pre-determined expenses, such as printing and postage, the most significant contributors to overall costs have been communications time, largely due to the size of the Class, and data work associated with the research request process, described in more detail below. This settlement has required substantial coordination with both internal and external partners, including Class Counsel, (W)rightOn Communications, the Special Master, as well as various Epiq-internal teams. The size of the Class, the complexity of the data, and the multi-step registration and claims process have generated a huge volume of incoming calls and emails for Epiq's contact center, many of which require experienced handling and follow-up to ensure Epiq is effectively meeting the needs of Class Members.

Epiq's 1Q25 costs were driven by an increase in communications time as the February 4 claim-filing deadline approached. Individual merchants and third-party filers reached out in much higher volumes via phone, email, and written communications approaching the deadline. Third-party filer communications, in particular, take more time to handle and require more experienced handling due to the volume of clients that they often have. It is common for third-party filers in this settlement to represent hundreds, if not thousands, of Class Members. Additionally, based on their experience and knowledge with class action settlements, third-party filers communicate more often and have more in-depth requests than other Class Members. Communications in 2Q25 and 3Q25 lessened following the deadline but continue to remain steady. Epiq anticipates an increase in communications volume once the Court issues a response to Counsel's motion for an initial partial distribution.

Epiq's costs in 2Q25 and 3Q25 were driven more by the data analysis time required following the passing of the claims-filing deadline. Data analysis time for 2Q25 and 3Q25 includes, but is not limited to, working with the extensive transaction dataset, processing and responding to research requests (detailed more fully below), calculating results from sales data submissions, and preparing calculations for the proposed initial distribution. As discussed in detail in the Declaration of Loree Kovach Regarding Ongoing Claims Process and Initial Partial Distribution (*see* ECF 9652-3), hundreds of thousands of claims are pending resolution of conflict, research requests, sales data submission, or other disputes, and, therefore, Epiq anticipates administration costs will remain steady for the foreseeable future.

Pursuant to the Plan of Administration and Distribution (ECF 7257-2, Appendix I) (the "Plan"), each merchant was provided their actual or estimated Interchange Fees Paid that could be identified by the data provided to Epiq, which was made available on Claim Forms mailed to merchants and on the Merchant Portal established by Epiq on the Court-approved Settlement Website. Plan at I-2. Merchants could accept the Interchange Fees Paid provided or contest the data if they believe it's inaccurate.

4933-5323-2747.v1

**Robbins Geller Rudman & Dowd LLP**

Magistrate Judge Joseph A. Marutollo
September 24, 2025
Page 3

Specifically, ¶II.E. of the Plan allows for Settlement Class Members to dispute the estimated Interchange Fees provided to them and states:

> If a Claimant believes that the total Interchange Fees Paid as reflected in data provided by the Class Administrator to the Claimant is incomplete or if the Class Administrator is unable to provide any Interchange Fees Paid data for a Claimant based on the information then known to it, the Class Administrator may solicit additional information from the Claimant to assist it in querying the Visa or Mastercard databases in an effort to supplement or locate the relevant information for the Claimant. This additional information may include, but is not limited to: (a) location address; (b) payment processor name; and (c) card acceptor identifier for each location at which the Claimant accepted Visa or Mastercard for payment during the Class Period.

Plan at I-7.

To satisfy this requirement, and in collaboration with Class Counsel, Epiq built functionality into the Merchant Portal which is referred to as submitting a research request. For Claimants who have submitted a research request, once they are notified of the results of that research by Epiq, they have 30 days to take further action with respect to their claim, which could potentially include an additional research request.

The research request results provide the merchant with information as to: (1) whether additional transactions were located for that particular Tax Identification Number ("TIN"); (2) if no transactions were located; or (3) if transactions were located using the data points provided but are associated with a different TIN. Where results are located on another TIN, the merchant has 30 days to link the newly identified TIN to their account, review the fees, and file a claim or additional research request for that merchant record. As further described in the Plan of Administration and Distribution, Claimants who are not satisfied with the results of a research request can submit sales data to the Class Administrator.

Epiq continues to work through research requests and actively send results on a daily basis. Research request submission volume remains steady as merchants are able to submit research requests at this time if they meet certain criteria (*i.e.*, conflict resolution occurred in the last 30 days, a proof of authority deficiency was resolved in the last 30 days, they are one of approximately 300,000 merchants that filed a No Transactional Value claim without an estimated Interchange Fee amount, etc.).

**Robbins Geller Rudman & Dowd LLP**

Magistrate Judge Joseph A. Marutollo
September 24, 2025
Page 4

      The 3Q25 Funding Request includes approximately $5.96 million in data analysis costs, which cover:

- Research Request Processing:

  - Nearly 56,000 merchant research requests were submitted to Epiq between June 1 and August 31, 2025.

  - Over 47,000 requests have been processed, and results were sent to merchants.

  - These completed requests uncovered more than $1.75 billion in additional Interchange Fees Paid.

- Other Data Analysis:

  - Processing Sales Data submissions.

  - Preparing the calculation supporting the motion for the proposed initial partial distribution.

      Based on the multi-step process of linking TINs to register a merchant and documenting proof of authority before a merchant's Interchange Fees Paid can be reviewed, as well as resolving any conflict between competing registrants, and remedying incomplete No Transactional Value claim submissions, there are hundreds of thousands of merchants that can still submit a research request and are not included in the proposed initial partial distribution population. For this reason, Epiq anticipates the research request submission process will continue for at least the next six to eight months before substantially trailing off. Tens of thousands of TINs are currently working their way through the conflict and proof of authority deficiency processes, and many will go to the Special Master for resolution. Until all conflicts are resolved and the deadline passes to take the next step, the research request process will remain open for those merchants.

      In addition to the time required to handle Class Member communications and data analysis, project management time remains steady and reflects the full scope of administrative responsibilities handled by the project team. This includes managing Class Member escalations, maintaining client communications and reporting, proposed initial distribution preparation work, and overseeing day-to-day project operations.

4933-5323-2747.v1

Robbins Geller
Rudman & Dowd LLP

Magistrate Judge Joseph A. Marutollo
September 24, 2025
Page 5

### III. Additional Information Comparing the Current Funding Request to Other Recent Requests

The below chart compares the past three quarterly funding requests submitted to the Court, broken down by fees and expenses and further subcategories below each primary heading.

| Funding Request by Quarter | 1Q25 | 2Q25 | 3Q25 |
|---|---:|---:|---:|
| **Fees** | | | |
| Class Member Communications | $ 7,410,728.50 | $ 5,118,875.50 | $ 3,525,169.50 |
| Data Analysis/Research Requests/etc. | 3,627,059.50 | 5,900,240.00 | 5,965,097.50 |
| Project Management | 1,130,755.00 | 1,103,445.00 | 947,185.00 |
| Technology/Claims Portal | 1,283,560.00 | 1,647,360.00 | 888,760.00 |
| Intake/Documentation Review | 1,106,239.07 | 658,840.77 | 445,893.74 |
| Miscellaneous (e.g., translations, travel) | 35,644.52 | 43,722.39 | 18,229.41 |
| Total fees | $ 14,593,986.59 | $ 14,472,483.66 | $ 11,790,335.15 |
| | | | |
| **Expenses** | | | |
| Postage | $ 6,001.70 | $ 59,000.75 | $ 78,463.77 |
| Print | 26,754.93 | 190,270.86 | 98,113.11 |
| Media Notice | 39,355.00 | 4,465.00 | - |
| Hardware/IT/Security | 302,693.08 | 201,849.57 | 195,186.76 |
| Total expenses | $ 374,804.71 | $ 455,586.18 | $ 371,763.64 |
| | | | |
| Total funding request | $ 14,968,791.30 | $ 14,928,069.84 | $ 12,162,098.79 |
| Dkt. Nos. | 9574 | 9637 | 9668 |

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc: All Counsel via ECF

4933-5323-2747.v1