# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Mirage Wine + Spirits, Inc. v. Apple Inc.*<br>No. 1:23-cv-3942 (S.D. Ill.) | No. 05-md-1720-MKB-NAM<br>MDL No. 1720 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Patrick McGahan and Sean C. Russell of Scott+Scott Attorneys at Law LLP hereby give notice of their withdrawal as counsel of record for terminated plaintiff, Mirage Wine + Spirits, Inc.

On July 18, 2024, an order finding remand appropriate to the originating court, the U.S. District Court for the Southern District of Illinois, for Plaintiff Mirage Wine + Spirits, Inc. was entered by this Court (ECF No. 9356). As their client is no longer a party to the action, Mr. McGahan and Mr. Russell wish to withdraw their appearances and no longer receive ECF notifications for this case.

DATED: September 29, 2025

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Patrick McGahan*
Patrick McGahan
156 South Main Street
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
pmcgahan@scott-scott.com

Sean C. Russell
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Phone: 619-233-4565
Fax: 619-233-0508

1

srussell@scott-scott.com

*Counsel for Plaintiff Mirage Wine + Spirits, Inc.*

## CERTIFICATE OF SERVICE

I, Patrick McGahan, hereby certify that on September 29, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

DATED: September 29, 2025      /s/ *Patrick McGahan*
                               Patrick McGahan