# EXHIBIT A



# STATEMENT

**Date**
**9/01/2025 through 9/30/2025**

Bill To:  **Alexandra Bernay Esq.**
**Robbins Geller Rudman & Dowd LLP**
**655 W. Broadway**
**Suite 1900**
**San Diego CA 92101**

| | |
|---|---|
| **Reference #:** | **1425040567 - Rep# 2** |
| Billing Inquiries: | **Mindiola, Nicholaus** |
| Email: | **nmindiola@jamsadr.com** |
| Telephone: | **949-224-4626** |
| Employer ID: | |

RE: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

Representing:

Neutral(s):  **Hon. James Orenstein, (Ret.)**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | $481.67 |
| 9/16/25 | Hon. James Orenstein<br>Call and emails with claims administrator | 0.15 | $775.00 | $116.25 | 1 | $116.25 |
| 9/16/25 | Hon. James Orenstein<br>Review submissions from parties to conflict | 0.40 | $775.00 | $310.00 | 1 | $310.00 |
| 9/17/25 | Hon. James Orenstein<br>Zoom conference with newly assigned district court judge | 0.50 | $775.00 | $387.50 | 1 | $387.50 |
| 9/24/25 | Hon. James Orenstein<br>Emails with class administrator re communications with claimants | 0.10 | $775.00 | $77.50 | 1 | $77.50 |
| 9/24/25 | Hon. James Orenstein<br>Preparation of report and recommendation | 0.80 | $775.00 | $620.00 | 1 | $620.00 |
| 9/30/25 | Case Management Fee | | | | | $196.47 |
| | | | | Fees: | | $1,707.72 |
| | | | | Total: | | $1,707.72 |

**Payment Activity:**

| | | | |
|---|---|---|---|
| 9/9/25 | Check No. 0002053969<br>Paid By: THE HUNTINGTON NATIONAL BANK | | ($481.67) |
| | | Total Payments: | ($481.67) |
| | | Balance Due: | $1,707.72 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**