UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
In re PAYMENT CARD INTERCHANGE FEE : 
AND MERCHANT DISCOUNT ANTITRUST : MDL No. 1720 (BMC)(JAM)
LITIGATION :
: Civil No. 05-5075 (BMC)(JAM)
:
: **ORDER GRANTING MOTION**
This Document Relates To: : **FOR INITIAL, PARTIAL**
: **DISTRIBUTION OF SETTLEMENT**
ALL ACTIONS. : **FUNDS**
:
-------------------------------------------------------------X

The Court, having considered Rule 23(b)(3) Class Plaintiffs' Motion for Initial, Partial Distribution of Settlement Funds, having considered all of the submissions and arguments with respect to the motion, and having ruled on the motion, ORDERS as follows: The Net Settlement Fund, shall be distributed to claimants as detailed in Rule 23(b)(3) Class Plaintiffs' Motion and accompanying declarations and exhibits thereto.

IT IS SO ORDERED.

Dated: Brooklyn, New York
       October 29, 2025

*Brian M. Cogan*
_____
The Honorable Brian M. Cogan
United States District Judge