**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

November 7, 2025

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY  11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") provides an update regarding Pacific Travel & Services LLC ("Pacific Travel") as required by the Court in its text-only Order of October 24, 2025.

Since the October 24, 2025 Monthly Status Report, several victims of the scheme have contacted Epiq and have provided screenshots of conversations with Tri Nguyen as well as copies of checks sent to Pacific Travel.  These checks, issued for thousands of dollars, were apparently sent to Pacific Travel following baseless claims regarding the amounts these class members were to receive in the settlement.  For example, one class member was told that they were to receive $62,308.12 and that they were to pay 5% ($3,115.41) in advance to process the claim.  Another was told they would be getting $69,508.12 and paid $3,475.41.  Still another was told her "final amount of claim" would be $76,420.18 and that Pacific Travel would require $3,849.41 to be paid in advance.  This appears to have been the practice for all of the class members duped by Pacific Travel's scheme.  Class Counsel asked Epiq to review interchange fees paid for each merchant as it appears in Epiq's database to see if those numbers corresponded in any way with what Pacific Travel was telling these merchants but there did not appear to be any correlation.

Epiq's efforts to contact these affected class members continues.  As of November 4, 2025, the following chart details Epiq's contacts with the approximately 80 class members who had signed up for claims filing services with Pacific Travel.

**Robbins Geller Rudman & Dowd LLP**

Magistrate Judge Joseph A. Marutollo
November 7, 2025
Page 2

| | |
|---|---|
| Merchants with Phone Number: | 70 |
| Unable to Reach: | 43 |
|    Left Voicemail: | 21 |
|    Spoke with Owner/Employee: | 6 |
| Merchants with Email: | 39 |
| Merchants with Mailing Address: | 73 |
| Merchants without Contact Information | 3 |
| Merchants with Registrations in Process: | 32[1] |

Also, on October 31, 2025, Class Counsel sent another letter to the U.S. Attorney's Office in New Jersey to follow up on the letter sent regarding Pacific Travel on October 20, 2025. No response has been received to either letter.

All additional attempts to reach Mr. Nguyen have failed. Another email was sent on November 3, 2025 requesting that he contact Class Counsel. That same day, a voicemail was also left.

Today, Class Counsel and Epiq had another call with the person who previously worked with Mr. Nguyen. We now understand that there was another person who also worked with Mr. Nguyen who also may have information regarding this matter. We will reach out to that person on Monday, as an interpreter will be needed. During the call, Epiq was instructed to keep in contact with the person who previously worked with Mr. Nguyen to gather more facts.

Class Counsel has directed Epiq to continue to try to help those class members that have come forward to report the details of their experience with Pacific Travel and to try to file claims for those who wish to. The success rate has been excellent.

Beyond these steps, Class Counsel does not know what else can be done to obtain compliance by Pacific Travel and Mr. Nguyen apart from the Court sending the U.S. Marshall to the last known address of Mr. Nguyen to issue a writ of body attachment.

---

[1] This is an increase of four merchants with registrations in process since the October 24 Status Report.

4914-8896-4983.v1

Magistrate Judge Joseph A. Marutollo
November 7, 2025
Page 3

Class Counsel will provide an update in the upcoming monthly report.

Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **  & Dowd LLP** |

cc:   All Counsel via ECF

4914-8896-4983.v1