**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720<br><br>Docket No. 05-md-01720 (BMC-JAM) |
| This Document Relates To:<br><br>BARRY'S CUT RATE STORES INC.; DDMB, INC. d/b/a EMPORIUM ARCADE BAR; DDMB 2, LLC d/b/a EMPORIUM LOGAN SQUARE; BOSS DENTAL CARE; RUNCENTRAL, LLC; CMP CONSULTING SERV., INC.; TOWN KITCHEN, LLC d/b/a TOWN KITCHEN & BAR; GENERIC DEPOT 3, INC. d/b/a PRESCRIPTION DEPOT; and PUREONE, LLC d/b/a SALON PURE,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC.; MASTERCARD INCORPORATED; MASTERCARD INTERNATIONAL INCORPORATED; BANK OF AMERICA, N.A.; BA MERCHANT SERVICES LLC (f/k/a DEFENDANT NATIONAL PROCESSING, INC.); BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE; BARCLAYS FINANCIAL CORP.; CAPITAL ONE BANK, (USA), N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CHASE MANHATTAN BANK USA, N.A.; CHASE PAYMENTECH SOLUTIONS, LLC; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK N.A.; CITIGROUP, INC.; CITICORP; and WELLS FARGO & COMPANY,<br><br>Defendants. | **DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT** |

I, Linda P. Nussbaum, declare as follows:

1.      I am Managing Director of the law firm of Nussbaum Law Group, P.C.  I am admitted to practice law in the State of New York and the Eastern District of New York.  I am one of the Equitable Relief Class Counsel in this litigation.  I am familiar with the facts set forth in this Declaration, based on my personal knowledge, involvement in the proceedings and review of the materials referenced herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Superseding and Amended Class Settlement Agreement of the Rule 23(b)(2) Class Plaintiffs and the Defendants, dated as of November 10, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Cameron Azari, Esq., On Proposed Class Notice Plan for Superseding and Amended Class Settlement Agreement (Sr. Vice President of Epiq Class Action & Claims Solutions, Inc.) dated November 9, 2025.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Liz Lambert, Huntington National Bank dated November 10, 2025.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Joseph E. Stiglitz, Ph.D. and Keith B. Leffler, Ph.D. dated November 9, 2025.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Hon. James Orenstein (Ret.) dated November 7, 2025.

7.      Attached hereto as **Exhibit F** are excerpts from a true and accurate copy of the Visa Core Rules and Visa Product and Service Rules, issued October 18, 2025.

8.      Attached hereto as **Exhibit G** are excerpts from a true and accurate copy of the Mastercard Rules, issued June 3, 2025.

2

9.      Attached hereto as **Exhibit H** are excerpts from a true and accurate copy of the

American Express Merchant Operating Guide, All Regions, issued October 21, 2025.

I hereby declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed on November 10, 2025
New York, New York

                                     /s/ Linda P. Nussbaum
                                     Linda P. Nussbaum (#LN-9336)
                                     **NUSSBAUM LAW GROUP, P.C.**
                                     1133 Avenue of the Americas, 31st Fl.
                                     New York, NY 10036
                                     (917) 438-9189
                                     lnussbaum@nussbaumpc.com

                                     *Equitable Relief Class Counsel*