UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | No. 1:05-md-01720 (BMC) (JAM) |
| **This Document Applies to:** *Intuit Inc., et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>*Visa Inc., et al.*,<br>　　　　　　　　Defendants. | No. 1:21-cv-01175 (BMC) (JAM) |
| *Block, Inc.*,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>*Visa Inc., et al.*,<br>　　　　　　　　Defendants. | No. 1:23-cv-05377 (BMC) (JAM) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 1, 2025 Order, the parties in *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y.) and *Block, Inc. v. Visa Inc., et al.*, No. 23-cv-05377 (E.D.N.Y.) respectfully submit this Joint Status Report regarding discovery. The parties continue to work in good faith to complete remaining document productions. The parties have all served Rule 30(b)(6) deposition notices and are preparing for depositions. The parties will promptly inform the Court if they cannot resolve any discovery disputes that might arise.

Dated: November 12, 2025						Respectfully Submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Nina Kovalenko*
Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
kgallo@paulweiss.com
dioffredo@paulweiss.com

Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: */s/ Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com

jjonat@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC   20001
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Attorneys for Defendants Visa U.S.A.  Inc., Visa International Service Association, and Visa Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Marc L. Greenwald*
Marc L. Greenwald
Steig D. Olson
Manisha M. Sheth
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com

Justin T. Reinheimer
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
justinreinheimer@quinnemanuel.com

*Counsel for Plaintiff Block, Inc.*