Reginal Carter

2607 Prince George Ave, Apt 3403, Desoto, Texas 75115-2157, United States

Area 1 cleaning services

EiN: 471698228



Reggietx11@gmail.com

(214)335-5000

November 3, 2025

Clerk's Office
Filed Date: 11/132025
Received on
11/20/2025 C.C.F.

Honorable Margo K. Brodie

United States District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

U.S. DISTRICT
COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

Re: MDL No. 1720(MKB)(JAM) - Visa/MasterCard Settlement

Civil No. 05-5075(MKB)(JAM)

Dear Honorable Judge Brodie,

I am writing to respectfully bring to your attention that I have been denied access to the payment portal by cardnet a third party after threatening to report them to the court they option out of the contract with me through email payment card settlement was cc on the email

visa/MasterCard settlement.for merchants 5.4 billion Dollar settlement

I'm a class member and have been attempting to access the portal to "view my claim status" I have been denied Over the last 3 weeks I have been working with



info@paymentcardsettlement.com  I have made 8 or 9 calls to them and multiple emails I've been getting the run around from them as well


Claim Details:

Claimant: Reginal Carter

Merchant Name:  AREA1 Cleaning Services

Tax ID: 471698228


Action Requested:

Transfer claim management to Mr. Carter and designate him as the primary contact. Remove CardNet's third-party management/representation on this claim.


Update all future correspondence to Mr. Carter at:

Email: Reggietx11@gmail.com

Phone:  214-335-5000

Mailing Address:  2810 Trinity Mills rd Carrollton Texas 75006 United States


Basis for Request:

Mr. Carter requested this change on [10/13/2025] (see attached/request below). CardNet fully supports and authorizes this transfer as requested by the claimant.


 like I stated up above since the above date I've talked to 7 or 8 people at payment card settlement no one seems to be able to help me with any information about access in the portal every phone call I made start me over I am very, very frustrated.


I would greatly appreciate it if you could assist in resolving this issue or provide guidance on the necessary steps to regain access to the payment portal I am eager to participate in the

settlement process and ensure my claim is processed accordingly please put this in the judge's box in the Clerks office.

Thank you for your time and consideration in this matter.

Sincerely,

Reginal Carter

**From:** Regina Carter
2607 Prince George Ave
Apt 3403, Desoto
TX 75115-2159





Retail

**RDC 99**

11201

U.S. POSTAGE PAID
FCM LETTER
DALLAS, TX 75287
NOV 06, 2025

**$6.08**

S2324N502172-7



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 3168 4321 16

**Ready** **P** **ost**.

D o c u m e n t   M a i l e r

**To:** Margo K Brodie
225 Cadman
Plaza East
Brooklyn, New York
11201

i120181832 C030


**UNITED STATES**
**POSTAL SERVICE**®

93300006
6" x 9" Envelope

1PJE2150 · AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.



00

0  15645 72738  0

6 NOV 2025 PM 1 L

NORTH TEXAS TX 750