**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

November 24, 2025

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY  11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

    On Friday, November 21, 2025, following the submission of Rule 23(b)(3) Class Counsel's ("Class Counsel") status report, the Court requested additional information regarding a letter from class member Reginal Carter and third party CardNet Settlement LLC ("CardNet"). ECF 9699; Nov. 21, 2025 text-entry Order.

    Class Counsel has discussed the matter with Epiq and Epiq has reported that it does not suspect any impropriety. It appears the concern the class member had was related to timing and those matters are now resolved. The claim has now been transferred from CardNet to Mr. Carter and he has submitted a research request as well.

                                   Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **   & Dowd LLP** |

cc:    All Counsel via ECF