# ATTACHMENT



November 25, 2025

Class Counsel

To Whom It May Concern:

    Our office has been made aware that a former partner, ClickFunds, LLC, has provided false information to clients. We terminated our partnership with ClickFunds last year after similar concerns were brought to our attention, and we have not utilized their services since that time for Visa/Mastercard or any other services because of what was brought to our attention.

According to the document filed by Alexandra Bernay, the class member indicated that he received a call from Betz and Baril in which he was given misinformation. Our records show that we left a voicemail for the class member on 05/27/2025. He returned the call and received an update regarding the status of his claim, including that no payment release date was available at that time. We left an additional voicemail on 09/11/2025, and when he returned the call that same day, our office provided another status update.

We are no longer affiliated with ClickFunds, LLC, and have not been since similar issues were brought to our attention regarding ClickFunds, LLC by Class Counsel.

If you have any questions or concerns, please contact my office.

                                          Thank you,
                                          Jason K. Baril

9724 Kingston Pike Suite 106  
Knoxville, TN 37922

Phone: (865) 666-6175

Website: www.betzandbaril.com