

**ERIC L. CRAMER** / *CHAIRMAN*
**d** 215.875.3009 **m** 215.327.9583 | ecramer@bm.net

November 25, 2025

**VIA ECF**

| | |
|---|---|
| The Honorable Brian M. Cogan | The Honorable Magistrate Judge |
| United States District Court for the | Joseph A. Marutollo |
| Eastern District of New York | United States District Court for the |
| 225 Cadman Plaza East | Eastern District of New York |
| Brooklyn, New York 11201 | 225 Cadman Plaza East |
| | Brooklyn, NY 11201 |

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Cogan and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payments for the 4th quarter of 2025 in the amount of $16,640,000.00 for the Class I Cash Settlement Fund.

This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and are due on or before December 15, 2025.

Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | Eric L. Cramer | Alexandra S. Bernay |
| Thomas J. Undlin | **Berger Montague PC** | Patrick J. Coughlin |
| **Robins Kaplan LLP** | | **Robins Geller Rudman** |
| | | **& Dowd LLP** |

cc:   All Counsel via ECF