**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

November 25, 2025

VIA ECF

The Honorable Judge Brian M. Cogan
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
      No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") attach as Exhibit A a funding request from Epiq regarding a request for pre-payment of printing and postage costs for initial, partial distribution check payments. Class Counsel request that the Court approve the funding request of $98,790.00. The requested funds should be paid from the Class Settlement Cash Escrow Account.

Respectfully submitted,

/s/ Ryan W. Marth
K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
**Robins Kaplan LLP**

/s/ Michael J. Kane
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

/s/ Alexandra S. Bernay
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman
   & Dowd LLP**

Exhibit A

cc:   All Counsel via ECF