UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 1:05-md-01720 (BMC) (JAM) |
| This Document Applies to: *Intuit Inc., et al.*, <br><br>                    Plaintiffs, <br><br>    v. <br><br>*Visa Inc., et al.*, <br><br>                    Defendants. | No. 1:21-cv-01175 (BMC) (JAM) |
| *Block, Inc.*, <br><br>                    Plaintiff, <br><br>    v. <br><br>*Visa Inc., et al.*, <br><br>                    Defendants. | No. 1:23-cv-05377 (BMC) (JAM) |

## JOINT STATUS REPORT

Pursuant to the Court's November 12, 2025 Order, the parties in *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y.) and *Block, Inc. v. Visa Inc., et al.*, No. 23-cv-05377 (E.D.N.Y.) respectfully submit this Joint Status Report regarding discovery.  The parties continue to work in good faith to complete fact discovery.  The parties have all served and responded to Rule 30(b)(6) deposition notices and are preparing for depositions.  Visa, Mastercard, and Square have exchanged witness names and potential deposition dates and Intuit intends to provide witness names and potential deposition dates shortly, pending further

discussions between Intuit and Defendants regarding the scope of deposition testimony for Intuit witness(es).  Due to end-of-year scheduling constraints, the parties have a good-faith reason to believe that certain depositions cannot be completed on or before December 16, and will take place by December 19.  Square and Defendants continue to negotiate about the scope and duration of depositions, and will promptly inform the Court if they cannot resolve any disputes that might arise.  Likewise, Intuit and Defendants continue to negotiate about the scope, duration, and timing of depositions, and will promptly inform the Court if they cannot resolve any disputes that might arise.

Dates: November 25, 2025

Respectfully Submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Nina Kovalenko*
William Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard*

*Incorporated and Mastercard International Incorporated*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: /s/ *Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com

clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Marc L. Greenwald*
Marc L. Greenwald
Steig D. Olson
Manisha M. Sheth
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com

Justin T. Reinheimer
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
justinreinheimer@quinnemanuel.com

*Counsel for Plaintiff Block, Inc.*