**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 2, 2025

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
　for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

　　　　Re:　*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
　　　　　　No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

　　Pursuant to the Court's December 2, 2025 text-entry Order ("Order"), Rule 23(b)(3) Class Counsel served via email a copy of the Order and ECF 9700 to an email address believed to belong to the general manager of ClickFunds, LLC as well as via overnight mail to an address understood to belong to ClickFunds, LLC.

　　　　　　　　　　　　Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **　& Dowd LLP** |

cc:　All Counsel via ECF

4918-9074-9310.v1

655 West Broadway, Suite 1900　San Diego, CA 92101　Tel 619-231-1058　Fax 619-231-7423　rgrdlaw.com