IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document applies to:<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), *also now known as DDMB, Inc., et al. v. Visa, Inc., et al.*, No. 05-md01720 (E.D.N.Y.) (BMC) (JAM) | Civil Action No.: 05-md-01720 (BMC) (JAM) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted *pro hac vice* to practice in this Court, and I appear as counsel for Objector the National Association of Convenience Stores.

Dated: December 8, 2025.

Respectfully submitted,

/s/ *Mithun Mansinghani*
Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

**CERTIFICATE OF SERVICE**

I certify that on December 8, 2025, I served a true and correct copy of the foregoing document on counsel of record via e-filing.

*/s/ Mithun Mansinghani*
Mithun Mansinghani
