**EXPRESS PRIORITY**

ORIGIN ID:SXYA  (212) 940-0600
OSCAR CASTILLO
HUGO BOSS
55 WATER ST
48TH FLOOR
NEW YORK, NY 10041
UNITED STATES US

SHIP DATE: 09DEC25
ACTWGT: 1.00 LB
CAD: 106419728/INET4535

BILL SENDER

TO CLERK OF COURT
225 CADMAN PLAZA EAST
UNITED STATES DISTRICT COURT
OF THE EASTEN DISTRICT OF NEW YORK.
BROOKLYN NY 11201
(212) 940-0600    REF: MARCELA_AZOCAR
INV:
PO:    DEPT:

FedEx Express

TUE - 09 DEC 5:00P
TRK# 8868 5959 7214    STANDARD OVERNIGHT

E2 EGXA    11201
    NY-US  EWR

4112  TUE 12/09 08:10
225 CADMAN PLZ E    433637
UNITED STATES DISTRICT COURT
BROOKLYN NY    11201-1832-99

340-1080SQ
ETP: 6

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 9 2025 ★

BROOKLYN OFFICE

**HUGO BOSS**

<u>USPS</u>

December 3, 2025

**United States District Court for the Eastern District of New York**
**Clerk of Court**
**225 Cadman Plaza**
**Brooklyn, New York 11201**

RE:   SETTLEMENT OBJECTION -  In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Case # 05-MD-1720 (BMC)(JAM)

On behalf of the HUGO BOSS Group class members, HUGO BOSS Retail, Inc.; HUGO BOSS FASHIONS, Inc. and the other US based subsidiaries and affiliates ("HUGO BOSS USA"), I would like to offer my objections to the proposed settlement and urge the court for the third time to reject the proposed settlement.

HUGO BOSS USA operates in the United States and sells "BOSS", "HUGO BOSS" and "HUGO" branded merchandise throughout the United States. We operate over 125 stores and have an online presence through our wholesalers and www.hugoboss.com/us. We accept in our store locations and online both VISA and MASTERCARD.

There are dozens of reasons the proposed settlement should be rejected; in the interest of time, I will highlight some of the most egregious issues that HUGO BOSS USA has with the proposed settlement:

1. **<u>This settlement does not solve or even help to solve the issues raised in the complaint.</u>** Class counsel found a  "representative" Merchant and essentially appointed itself the expert on what the compulsory Merchant class thinks about this issue. And while they may have gotten the cause of action correct, the resolution being forced on the Merchant class does not substantively address these issues or fundamentally change VISA or MASTERCARD's current practices. The manner in which swipe and interchange fees are forced on Merchants has not changed in the 20 years since this litigation commenced and this settlement does nothing to change these long-term practices.
2. This settlement **<u>does not address the underlying problem,</u>** which is that although there are dozens, if not hundreds of financial institutions that issue VISA and MASTERCARD branded credit cards and should theoretically be free to charge competitive rates, the fundamental and largest portion of the rates are "not negotiable". I personally negotiated our payment processor agreements for HUGO BOSS USA and the bulk of the fees are on an "Interchange PLUS" basis. Meaning, the Interchange Fees are fixed and subject to increase and the only place to negotiate rates is the mark up put on those interchange fees by the

**HUGO BOSS RETAIL, INC.**
**55 WATER STREET, 48TH FLOOR, NEW YORK, NY 10041**

payment processor (which compared to the overall rate is minimal). I, and I assume all other Merchants when "negotiating" these agreements are constantly told that the processor does not have any control over the Intercharge Fees as they are "set" by MASTERCARD and VISA and are not negotiable. I do not see how this settlement addresses this issue in any meaningful way.

3. **MINIMAL RATE REDUCTION TO APPEASE THE MERCHANT CLASS.** MASTERCARD and VISA seem to be agreeing to a very short-term reduction which is under 5% of their current overall fee. Moreover, this "reduction" seems disingenuous because they can simply up fees in other areas. However, in exchange for this reduction: Merchants are being forced to waive the right to challenging VISA AND MASTERCARD's merchant fees and rules in court.

4. **The Merchant Trade Organizations do not support this settlement**. The court should be looking to see if the trade organizations support this settlement, and they do not. Merchants are members of various trade organizations such as the National Retailers Federation (NRF), National Association of Convenience Stores, National Grocers Association, National Restaurant Association, and the Retail Industry Leaders Association and none of them support this settlement. This is an indication that the settlement is far to one sided and should be rejected. If the proposed settlement addressed even some of the industries concerns it would be supported because some reform is better than no reform.

5. **There is no improved bargaining position for the Merchants.** The purported bargaining rights (the rights of Merchants to form Buying Groups) in this settlement are smoke and mirrors, they already exist today, and in fact do not work BECAUSE VISA and MASTERCARD are the dominant players in this market.

This settlement is offensive to the class that is supposed to be benefiting from this litigation. It offers very small and short-term benefits in exchange for waiving decades of rights and the only party that has any tangible benefit are the lawyers who negotiated this proposed settlement and of course VISA and MASTERCARD since they will reduce their long-term litigation costs and not be forced in any tangible way to alter their current practices.

Please reject this settlement and any future settlement that does not address the underlying issues.

Respectfully,

Jennifer Fern Steindler Darling
Vice President, Legal Affairs & General Counsel, NA

**JENNIFER FERN STEINDLER DARLING**
**VP, LEGAL AFFAIRS & GENERAL COUNSEL, NA**
**JENNIFER_DARLING@HUGOBOSS.COM**
**PHONE: 212.940.0635**

Cc:

Class Counsel: Robert G. Eisler
Grant & Eisenhofer P.A.,
485 Lexington Ave., 29th Floor,
New York, NY 10017
reisler@gelaw.com

Designated Defendants' Counsel: Matthew A. Eisenstein
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
matthew.eisenstein@arnoldporter.com