**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 9, 2025

Magistrate Judge Joseph A. Marutollo            <u>VIA ECF</u>
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

       Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
               No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

       Rule 23(b)(3) Class Counsel ("Class Counsel") write regarding the current issue with Betz & Baril, PLLC and ClickFunds, LLC ("ClickFunds"). On December 2, 2025, the Court *sua sponte* extended the date for ClickFunds to respond to the Court's November 21, 2025 text-entry Order to Monday, December 8, 2025.[1] No response from ClickFunds appeared on the public docket by December 8, 2025, and ClickFunds did not request Class Counsel file any response. On December 2, 2025, Class Counsel sent an overnight mailing to a previously-used address for ClickFunds, however, the mail was returned by UPS with a message that stated: "The receiver has moved." On December 4, 2025, Class Counsel called a phone number believed to be associated with ClickFunds and a person named "Pat" answered the call and provided an updated mailing address. Class Counsel informed the person about the Court's Order. A successful delivery was made the next day. Class Counsel notes that emails to pat@clickfunds.com have not bounced back. According to an email reviewed by Class Counsel between a class member and ClickFunds, Pat Mickelson is listed as General Manager of ClickFunds.

                                    Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** |     **& Dowd LLP** |

      cc:    All Counsel via ECF

---

[1] Betz & Baril, PLLC responded to the Court's November 21, 2025 text-entry Order via courtesy filing by Class Counsel on November 25, 2025. ECF 9705.