**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

December 10, 2025

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

      Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

      Pursuant to the Court's December 9, 2025 docket text Order ("Order"), Rule 23(b)(3) Class Counsel ("Class Counsel") served via email a copy of the Order and ECF 9700 to three email addresses believed to belong to ClickFunds, LLC ("ClickFunds"). Additionally, the materials were sent via overnight mail to addresses understood to belong to ClickFunds, including to an address suggested by the Court. Further, Class Counsel on December 9, 2025 left a voicemail at a number believed to belong to ClickFunds. Today, an attorney representing ClickFunds contacted Class Counsel to state that they were now representing ClickFunds. They explained that they had received materials from their client. A hard copy will be overnighted to them as well. Class Counsel wrote to the attorney and offered to discuss the matter. As of this filing, the lawyer has not responded.

                            Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

cc:   All Counsel via ECF