UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies To:<br><br>_____<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), also now known as *DDMB, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM). | No. 05-md-01720 (BMC) (JAM) |

**DECLARATION OF JASON M. MOFF IN SUPPORT OF WALMART'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED AMENDED SETTLEMENT AGREEMENT**

I, Jason M. Moff, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am special counsel with the firm of Herbert Smith Freehills Kramer (US) LLP, counsel for Intervenor Wal-Mart Stores, Inc. ("Walmart") in the above-captioned matter. I submit this Declaration to provide documents in support of Walmart's Opposition to Plaintiffs' Motion for Preliminary Approval of the Proposed Amended Settlement Agreement.

2. Attached as Exhibit A are true and correct copies of two letters, dated January 10, 2025 and February 12, 2025, which Walmart's counsel sent to Class Counsel.

Dated: December 12, 2025

_____
Jason M. Moff