# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**William Michael**
**Direct Dial:** +1 212 373 3648
**Email:** wmichael@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

December 16, 2025

**Via ECF**

The Honorable Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Barry's Cut Rate Stores, Inc., et al.* v. *Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), also now known as *DDMB, Inc., et al.* v. *Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM)

Dear Judge Cogan:

      We write on behalf of the Mastercard Defendants and the Visa Defendants in the Rule 23(b)(2) class action to request the Court's permission to respond to objections filed to the pending motion for preliminary approval of a class settlement. On December 15, Your Honor directed that the Equitable Relief Class Plaintiffs may have until January 14, 2026 to respond to objections to their preliminary approval motion, and that they may do so in one brief not subject to page limits.

      The Mastercard and Visa Defendants previously, on November 10, 2025, filed a brief in support of preliminary approval, ECF No. 9693. With the Court's permission, the networks (Mastercard and Visa) propose now to file a response to the objections to preliminary approval focused on network-specific issues. Mastercard and Visa propose to file such response principally in the form of a single joint brief, to be submitted no later than January 14, 2026, and respectfully request a waiver of the Court's word limits for replies, consistent with the Court's December 15 order with respect to Class Plaintiffs. Defendants note that one of the objections, ECF No. 9728, was filed by plaintiffs in the matter captioned *In re Visa Debit Card Antitrust Litigation*, No. 1:24-cv-07435 (S.D.N.Y. 2024), to which Mastercard is not a party. Therefore, with the Court's permission, Visa may submit a supplement to the joint network brief focused on that submission, also no later than January 14, 2026.

      We thank the Court for its consideration of these requests and are available to provide any further information that would be helpful.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 2

        Respectfully submitted,

        <u>*/s/ William Michael*</u>
        William Michael
        *Counsel for the Mastercard Defendants*

cc: All Counsel of Record via ECF