# EXHIBIT A

Case 1:05-md-01720-BMC-JAM   Document 9732-1   Filed 12/17/25   Page 1 of 3 PageID #: 553774



Epiq
10300 SW Allen Blvd.
Beaverton, OR  97005

Tel: 503.350.5800
Toll Free: 800.547.4407

December 5, 2025

**To:** Rule 23(b)(3) Class Counsel
*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*

**Re:** Funding Request for September, October, November 2025 Invoices

Funding is requested for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of September 2025 through November 2025.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 91089560 | September 2025 | $ 4,042,776.25 |
| 91095600 | October 2025 | $ 4,442,520.57 |
| 91109112 | November 2025 | $ 4,348,030.36 |
| | **Invoice Total:** | **$ 12,833,327.18** |

Key cost drivers during these months include high volumes of class member inquiries, ongoing data research requests, implementation of the sales data process, and preparation for the initial, partial distribution (which was approved by the Court on October 30, 2025). For added reference on the ongoing data work, between September 2025 through November 2025, Epiq completed over 110,000 research requests and received over 6,600 sales data submissions.

In preparation for the upcoming initial, partial distribution, Epiq had increased work related to class member communications and call center training, drafting payment language for emails and phone calls, implementing the payment module on the Merchant Portal, and data work associated with the calculation and programming of award amounts for eligible claims.

The invoices also include time related to the following activities: document review for authorization status, continued conflict resolution processing, Special Master determination noticing efforts, maintaining and updating the settlement website, other data preparation and hosting efforts, and periodic reporting for counsel.

Epiq is requesting that **$12,833,387.18** is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions

Re: Payment Card Interchange

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By    /s/
        Amanda Sternberg
        Director, Client Services' Programs