


**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 22 2025 ★
BROOKLYN OFFICE

# Book Passage
bookpassage.com

*The Bay Area's Liveliest Bookstore!*

51 Tamal Vista Blvd • Corte Madera, CA 94925 • 415.927.0960
1 Ferry Building • San Francisco, CA 94111 • 415.835.1020

UNITED STATES DISTRICT COURT :
FOR THE EASTERN DISTRCIT OF NEW YORK   :
   In re Payment Card Interchange Fee and    :  No. 05-MD-1720 (BMC)(JAM)
   Merchant Discount Antitrust Litigation      :

**Statement of Objections**

    Book Passage, Inc., is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, Book Passage strongly objects to the proposed settlement.

    Book Passage is an independent bookstore in the San Francisco Bay Area with two locations in San Francisco and Corte Madera. Book Passage has about 35 employees, and it has been serving the community for almost 50 years. Book Passage has a wide variety of author events, classes, and community programs, and we are dependent upon a fair credit-card system for our business.

    Our objection is based on several key reasons:

**1. Failure to Fix the Core Problem:** The settlement does not address the fundamentally anticompetitive system where Visa and Mastercard fix excessive fee rates on behalf of card-issuing banks, constraining a merchant's ability to negotiate. It grants Visa, Mastercard, and the banks legal immunity to continue this system.

**2. Inadequate and Temporary Relief:** The proposed relief, such as a 0.1% interchange rate reduction for five years, is insufficient, temporary, and unworkable. The bar against merchants bringing legal claims lasts eight years, leaving our business vulnerable to fee increases after the short-term relief expires.

**3. Loss of Legal Rights:** In exchange for this inadequate relief, the settlement broadly bars all merchants from bringing legal claims against Visa, Mastercard, and the big banks regarding their credit and debit card fees and practices for eight years, thus entrenching the current unfair system.

**4. Flawed Negotiation Process:** The settlement was negotiated in secret by a small group of attorneys and does not represent the interests of the vast majority of merchants, including our trade associations, which oppose the deal.

**5. Similarity to Rejected Settlement:** This proposal is substantially similar to the settlement rejected by Judge Margo Brodie last year, and the changes do not provide meaningful or workable reform to the swipe fee problem.

We urge the Court to reject the settlement proposal, as it sacrifices the legal rights of merchants like ours for inadequate relief.

Sincerely,
William Petrocelli, co-owner



BOOK PASSAGE
51 Tamal Vista Blvd.
Corte Madera, CA 94925

U.S. District Court for the
Eastern District of New York
Clerk of Court
225 Cadman Plaza
Brooklyn, New York 11201