**Robbins Geller Rudman & Dowd LLP**

Chicago  Melville  Nashville  San Diego  Wilmington
Boca Raton  Manhattan  Philadelphia  San Francisco  Washington, D.C.

December 30, 2025

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Courtroom N324
Brooklyn, NY 11201

    Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

    Rule 23(b)(3) Class Counsel here provides as a courtesy a letter from ClickFunds LLC as ordered by text-entry Order, dated December 9, 2025.

                      Respectfully submitted,

| */s/ Ryan W. Marth* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| Ryan W. Marth | Michael J. Kane | **Robbins Geller Rudman** |
| **Robins Kaplan LLP** | **Berger Montague PC** | **& Dowd LLP** |

Attachment

cc:        All Counsel via ECF

4936-6495-2453.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com