

BROOKLYN OFFICE

# DEVANEY, DOAK & GARRETT
### Booksellers, Inc.

---

193 Broadway
Farmington, Maine 04938
(207) 778-3454 Phone & Fax
SAN 176-4969   email: info@ddgbooks.com

12./9/2025

UNITED STATES DISTRICT COURT :

FOR THE EASTERN DISTRCIT OF NEW YORK   :

:

In re Payment Card Interchange Fee and   :   No. 05-MD-1720 (BMC)(JAM)

Merchant Discount Antitrust Litigation   :

**Statement of Objections**

Devaney Doak & Garrett Booksellers is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, Devaney Doak & Garrett Booksellers strongly objects to the proposed settlement.

Devaney Doak & Garrett Booksellers is an independent bookstore located in Farmington Maine which has operated under the same ownership for 34 years. We have four employees and deep roots in the community, working extensively with schools and non-profits. DDG was awarded the 2015 MSBA Business Friend of Education Award and the 2014 Pannell Award, a national award juried by the Women's National Book Association recognizing a bookstore for exceptional community outreach.

Our objection is based on several key reasons:

**1. Failure to Fix the Core Problem:** The settlement does not address the fundamentally anticompetitive system where Visa and Mastercard fix excessive fee rates on behalf of card-issuing banks, constraining a merchant's ability to negotiate. It grants Visa, Mastercard, and the banks legal immunity to continue this system.

**2. Inadequate and Temporary Relief:** The proposed relief, such as a 0.1% interchange rate reduction for five years, is insufficient, temporary, and unworkable. The bar against merchants bringing legal claims lasts eight years, leaving our business vulnerable to fee increases after the short-term relief expires.

**3. Loss of Legal Rights:** In exchange for this inadequate relief, the settlement broadly bars all merchants from bringing legal claims against Visa, Mastercard, and the big banks regarding their credit and debit card fees and practices for eight years, thus entrenching the current unfair system.

**4. Flawed Negotiation Process:** The settlement was negotiated in secret by a small group of attorneys and does not represent the interests of the vast majority of merchants, including our trade associations, which oppose the deal.

**5. Similarity to Rejected Settlement:** This proposal is substantially similar to the settlement rejected by Judge Margo Brodie last year, and the changes do not provide meaningful or workable reform to the swipe fee problem.

We urge the Court to reject the settlement proposal, as it sacrifices the legal rights of merchants like ours for inadequate relief.

Sincerely,

Kenny Brechner
DDG Booksellers

DDG Booksellers
193 Broadway
Farmington, Maine 04938
(207) 778-3454 info@ddgbooks.com

SO. MAINE P&DC 041
10 DEC 2025 PM 3 L



FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

DEC 15 2025

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

CLERK OF COURT
225 CADMAN PLAZA
BROOKLYN, NY 11201

11201-999955