**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 05-md-01720 (BMC) (JAM) |

**MOTION FOR KENNETH A. GALLO TO**
**WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Kenneth A. Gallo of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Defendants Mastercard Incorporated and Mastercard International Incorporated (together, "Mastercard") on the grounds that he is retiring from the practice of law. Paul, Weiss will continue to represent Mastercard. No party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

Dated: January 7, 2026

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006-1047
Email: kgallo@paulweiss.com

*Counsel for Mastercard*

SO ORDERED:

_____

## **CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on January 7, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Mastercard Defendants via email.

Dated: January 7, 2026                                         */s/ Kenneth A. Gallo*
                                                                                                  Kenneth A. Gallo