


**Dickerson**
PETROLEUM, TRANSPORTATION, AND SERVICES





IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  DEC 3 0 2025  ★

BROOKLYN OFFICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | : |
| FOR THE EASTERN DISTRCIT OF NEW YORK | : |
| | : |
| In re Payment Card Interchange Fee and | : No. 05-MD-1720 (MKB)(JAM) |
| Merchant Discount Antitrust Litigation | : |

Statement of Objections

Dickerson Petroleum, Inc. is a member of the Rule 23(b)(2) Class in the case called *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*. Having accepted Visa and MasterCard credit cards between December 18, 2020, and today, I object to the proposed settlement.

Dickerson Petroleum is a multi-faceted convenience store operator, petroleum distributor, oil jobber and transportation company. We have 6 convenience stores in Mississippi and employ over 200 people.

Dickerson Petroleum and all other class member merchants supported continue to seek relief from the unlawful and oppressive actions of the defendants in the way they control the use of their credit card systems and the fees they demand for such use. This is the third attempt by the credit card industry to push a settlement through the courts that protects and preserves their anticompetitive business model. The courts have rejected these efforts twice in the past and should do so again.

My contact information is Steven K. Dickerson, P.O. Box 1249, Kosciusko, MS 39090, and my phone number is 662-289-4103.

My attorney's name is Ken Rogers. He can be reached at 601-960-6876.

The proposed Settlement does not address the practice of cartel pricing that currently exists. The proposed settlement only reduces (temporarily) the fees that Visa and Mastercard fix on behalf of banks – not the network fees that go directly to Visa and Mastercard. That means that as soon as the settlement goes into effect, Visa and Mastercard could just raise their own network fees so that merchants and their customers don't save a penny. Visa and Mastercard could turn around and give the banks discounts on what they pay to handle transactions so that the banks don't give up a penny during the proposed settlement.







1 Superior Avenue │P.O. Box 1249│Kosciusko, MS 39090 │P: 662.289.4103│F: 662.289.3313 │W: www.dickersonpetroleum.com

**Finally, nothing in the proposed settlement changes the dominance of the Visa-Mastercard duopoly and court approval will preclude any future merchant legal action against Visa and Mastercard.**

For this meagre outcome to be the result of so many years of effort is **unacceptable.**

Name: Steven K. Dickerson

Company and address:
Dickerson Petroleum, Inc.
P.O. Box 1249
Kosciusko, MS 39090



**Dickerson**

PETROLEUM, TRANSPORTATION, AND SERVICES

1 Superior Avenue • P. O. Box 1249
Kosciusko, MS  39090

CLASS ACTION
Settlement OBJECTION

JACKSON MS 390

11 DEC 2025 AM 11

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 3 0 2025 ★

BROOKLYN OFFICE

US POSTAGE IMI PITNEY BOWES

FIRST-CLASS

ZIP 39090
02 7H
0001345343

$ 000.74⁰

DEC 10 2025

SINGO

United States District Court for
the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

11201-183299