**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720<br><br>Docket No. 05-md-01720 (BMC-JAM) |
| This Document Relates To:<br><br>BARRY'S CUT RATE STORES INC.; DDMB, INC. d/b/a EMPORIUM ARCADE BAR; DDMB 2, LLC d/b/a EMPORIUM LOGAN SQUARE; BOSS DENTAL CARE; RUNCENTRAL, LLC; CMP CONSULTING SERV., INC.; TOWN KITCHEN, LLC d/b/a TOWN KITCHEN & BAR; GENERIC DEPOT 3, INC. d/b/a PRESCRIPTION DEPOT; and PUREONE, LLC d/b/a SALON PURE,<br><br>        Plaintiffs,<br><br>    v.<br><br>VISA, INC.; MASTERCARD INCORPORATED; MASTERCARD INTERNATIONAL INCORPORATED; BANK OF AMERICA, N.A.; BA MERCHANT SERVICES LLC (f/k/a DEFENDANT NATIONAL PROCESSING, INC.); BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE; BARCLAYS FINANCIAL CORP.; CAPITAL ONE BANK, (USA), N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CHASE MANHATTAN BANK USA, N.A.; CHASE PAYMENTECH SOLUTIONS, LLC; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK N.A.; CITIGROUP, INC.; CITICORP; and WELLS FARGO & COMPANY,<br><br>        Defendants. | **DECLARATION OF STEVE D. SHADOWEN IN SUPPORT OF EQUITABLE RELIEF CLASS PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT**<br><br>HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER [REDACTED VERSION] |

I, Steve D. Shadowen, declare as follows:

1.      I am a partner at the law firm of Hilliard & Shadowen LLP.  I am a member of the bar of the Supreme Court of Pennsylvania and am admitted to appear *pro hac vice* on behalf of the Equitable Relief Class Plaintiffs in this case.  I am familiar with the facts set forth in the Declaration, based on my personal knowledge, participation in the proceedings, and review of the materials referenced herein.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of the Rebuttal Declaration of Joseph E. Stiglitz, Ph.D. and Keith B. Leffler, Ph.D., dated January 14, 2026.

3.      Attached hereto as **Exhibit 2** are excerpts from a true and accurate copy of the Declaration of Joseph E. Stiglitz Ph.D. and Keith B. Leffler, Ph.D. dated November 10, 2025.

4.      Attached hereto as **Exhibit 3** are excerpts from a true and accurate copy of the transcript of the Deposition of John Manna (on behalf of Lowe's), dated May 31, 2017.

5.      Attached hereto as **Exhibit 4** are excerpts from a true and accurate copy of the transcript of the Deposition of Christopher Kamer (on behalf of Thorntons, Inc.), dated March 3, 2017.

6.      Attached hereto as **Exhibit 5** are excerpts from a true and accurate copy of the transcript of the Deposition of Jeffrey Van Meter (on behalf of Target), dated January 25, 2017.

7.      Attached hereto as **Exhibit 6** are excerpts from a true and accurate copy of the transcript of the Deposition of Michael Williams (on behalf of Home Depot), dated September 28, 2017.

8.      Attached hereto as **Exhibit 7** are excerpts from a true and accurate copy of the Expert Report of Dr. Robert G. Harris, dated October 5, 2018.

9.      Attached hereto as **Exhibit 8** are excerpts from a true and accurate copy of the Expert Report of Professor Jerry Hausman, dated October 5, 2018.

10.     Attached hereto as **Exhibit 9** are excerpts from a true and accurate copy of the Declaration of Hon. James Orenstein, dated November 10, 2025.

11.     Attached hereto as **Exhibit 10** are excerpts from a true and accurate copy of the transcript of the Deposition of Frederick Witt (on behalf of Office Depot), dated January 24, 2017.

12.     Attached hereto as **Exhibit 11** are excerpts from a true and accurate copy of the transcript of the Deposition of Joseph Ryan Isaac (on behalf of Grubhub), dated January 18, 2022.

13.     Attached hereto as **Exhibit 12** are excerpts from a true and accurate copy of the transcript of the Deposition of Richard Peck (on behalf of 7-Eleven), dated January 10, 2018.

14.     Attached hereto as **Exhibit 13** are excerpts from a true and accurate copy of the transcript of the Deposition of Scott Kennedy (on behalf of Target), dated October 25, 2017.

15.     Attached hereto as **Exhibit 14** are excerpts from a true and accurate copy of the transcript of the Deposition of Teresa Huxel (on behalf of Macy's), dated March 16, 2017.

16.     Attached hereto as **Exhibit 15** are excerpts from a true and accurate copy of the transcript of the Deposition of Suzanne Gates (on behalf of Beall's), dated February 24, 2017.

17.     Attached hereto as **Exhibit 16** are excerpts from a true and accurate copy of the transcript of the Deposition of Mike Cook (on behalf of Walmart), dated May 2, 2018.

18.     Attached hereto as **Exhibit 17** are excerpts from a true and accurate copy of the transcript of the Deposition of Elizabeth Buse (former Visa Executive), dated January 10, 2017.

19.     Attached hereto as **Exhibit 18** are excerpts from the Bates-Stamped document, AMEXNDR11867968-70, "Minutes of Meeting with Reserve Bank of Australia," dated January 28, 2004.

20.     Attached hereto as **Exhibit 19** are excerpts from a true and accurate copy of the Expert Report of Roy J. Epstein, Ph.D., dated October 5, 2018.

21.     Attached hereto as **Exhibit 20** are excerpts from a true and accurate copy of the Reply Expert Report of Professor Jerry Hausman, dated October 11, 2019.

22.     Attached hereto as **Exhibit 21** are excerpts from a true and accurate copy of the transcript of the Deposition of Scott Craycraft (on behalf of Abercombie), dated Aug. 14, 2017.

23.     Attached hereto as **Exhibit 22** are excerpts from a true and accurate copy of the transcript of the Deposition of Kevin R. Schockling (on behalf of Chico's), dated May 31, 2017.

24.     Attached hereto as **Exhibit 23** are excerpts from a true and accurate copy of the transcript of the Deposition of James Austin Ward (on behalf of JC Penny), dated March 31, 2017.

25.     Attached hereto as **Exhibit 24** are excerpts from a true and accurate copy of the transcript of the Deposition of Troy Carrothers (on behalf of Kohl's), dated March 29, 2017.

26.     Attached hereto as **Exhibit 25** are excerpts from a true and accurate copy of the transcript of the Deposition of Julianne Bloebaum (on behalf of Luxottica), dated January 25, 2017.

27.     Attached hereto as **Exhibit 26** are excerpts from a true and accurate copy of the transcript of the Deposition of Trent Rentfrow (on behalf of Luxottica), dated October 3, 2017.

28.     Attached hereto as **Exhibit 27** are excerpts from a true and accurate copy of the transcript of the Deposition of DeNel Jackson (on behalf of Target), dated June 6, 2017.

29. Attached hereto as **Exhibit 28** are excerpts from a true and accurate copy of the transcript of the Deposition of Neil Foster (on behalf of TJX), dated November 9, 2017.

30. Attached hereto as **Exhibit 29** are excerpts from a true and accurate copy of the transcript of the Deposition of Douglas Bausch (on behalf of Mastercard), dated May 9, 2017.

31. Attached hereto as **Exhibit 30** are excerpts from a true and accurate copy of Bausch Deposition Exhibit 3, ████████████████████████████████ ██████████████████████████████████████.

32. Attached hereto as **Exhibit 31** are excerpts from a true and accurate copy of SJDX 325, ████████████████████████████████████ ██████████████████████████████████.

33. Attached hereto as **Exhibit 32** are excerpts from a true and accurate copy of Bausch Deposition (Mastercard), Ex. 12, ██████████████████████ ████████████████████████.

34. Attached hereto as **Exhibit 33** are excerpts from a true and accurate copy of Kirkpatrick Deposition Exhibit 14, ██████████████████████ ████████████████.

35. Attached hereto as **Exhibit 34** are excerpts from a true and accurate copy of the Reply Expert Report of Dr. Robert G. Harris, dated October 11, 2019.

36. Attached hereto as **Exhibit 35** are excerpts from a true and accurate copy of the transcript of the Deposition of Terry Scully (on behalf of Target), dated October 24, 2017.

37. Attached hereto as **Exhibit 36** are excerpts from a true and accurate copy of the transcript of the Deposition of Thomas Pohmer (on behalf of P.C. Richard), dated February 28, 2017.

38.     Attached hereto as **Exhibit 37** are excerpts from a true and accurate copy of the transcript of the Deposition of Max Bardon (on behalf of Amazon), dated July 20, 2017.

39.     Attached hereto as **Exhibit 38** are excerpts from a true and accurate copy of the Schulz Deposition, Ex. 11, ████████████████████████████████████████ ████████████████████████████████████████████████ ██ .

40.     Attached hereto as **Exhibit 39** are excerpts from a true and accurate copy of the transcript of the Deposition of Gordon Smith (on behalf of Chase), dated April 27, 2018.

41.     Attached hereto as **Exhibit 40** are excerpts from a true and accurate copy of Sullivan Deposition Ex. 5, ████████████████████████████████████ ██████████████████████████████████

42.     Attached hereto as **Exhibit 41** are excerpts from a true and accurate copy of the transcript of the Deposition of Raymond L. Fischer (on behalf of Chase), dated September 18, 2017.

43.     Attached hereto as **Exhibit 42** are excerpts from a true and accurate copy of the CMPSI, State of the Industry Report: The Playbook for Smarter Payments, dated September 2025.

44.     Attached hereto as **Exhibit 43** are excerpts from a true and accurate copy of the Expert Report of Dennis W. Carlton, dated October 4, 2018.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed:   January 14, 2026                    /s/ *Steve D. Shadowen*
                                                 Steve D. Shadowen