January 03,2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In ref: Payment Card

Card Interchange Fee Merchant

Discount Anti-Trust Litigation

Case No. 1:05-md-01720 (BMC)

Honorable Brian M. Cogan

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201



To: The Honorable Brian M. Cogan,

I respectfully write to bring to the Court's attention a serious and repeated errors made by the Class Administrator, Amanda Sternberg. In her communications with me regarding the total interchange fees used to calculate merchant payouts.  In several separate emails, the administrator stated that the total interchange fees for the class were $36,000,000.  This figure was presented consistently and with precision.

Only after I questioned the accuracy of the total number of the interchange fees did the Class Administrator, Amanda Sternberg, provide a new total for the interchange fees to $36,151,062,607.90, without acknowledging or correcting the earlier communications. This discrepancy is enormous and materially changes merchants' expectations—from an estimated payout of approximately $56,000, under the $36 million figure depending on how much each merchant's interchange fees are indivually. Under the 36.1 billion figures, which are drastic and an unexplained shift the figure is $56, again depending on each merchant's individual interchange fees.  Which raises legitimate concerns about the accuracy, competence, and transparency of the administrator's work.  On behalf of all merchants, I am submitting several emails of communication between myself and Class Administrator, Amanda Sternberg, showing where the 36-million-dollar interchange fee is repeatley mention throughout our conversions.

I respectfully request the Court's review of this matter to ensure that merchants receive accurate information and that the settlement is administered with the integrity the class deserves.

REC'D IN PRO SE OFFICE
JAN 14 '26 AM 10:30

Respectfully,

Bernadette Harper

Payment Card Settlement

From: Heubach, Bronyn (bronyn.heubach@epiqglobal.com)

To: harp673@aol.com

Cc: Amanda.Sternberg@epiqglobal.com

Date: Monday, August 11, 2025 at 01:28 PM CDT

Dear Ms. Harper,

I understand you have some questions about the timeline for payment now that your Authorization Status is Approved. A timeline for distribution for valid and timely claims is not known at this time. Any plan to distribute payments to class members will require court approval. The Settlement Website will be updated as soon as there is new information to share with the Class.

When a distribution plan is approved, class members whose claims will be paid will receive an email notification directing them to the Merchant Portal to choose among payment options. The payment amount will also be displayed in the Merchant Portal at that time.

Regards,
Bronyn

**Bronyn Heubach**
Epiq | Program Director
Remote - WA
Office: +1 206 245 2530
Email: bronyn.heubach@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com


-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.


Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees.  I need more clarification about the process for the settlement.  I would like an Award Letter detailing the amount of payment that I will receive.  And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement


Good evening Ms. Sternberg,


I have received the information concern the interchange fees.  I will not be contesting the approval.  But I have questions. You gave a date of September 04, 2025, to contests the findings.  When will the class members receive payment, and are all payments at one time?  Or are payments released as each class members profile has been completed, by the administrator?  Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me.  Will that still be an option to provide my banking information?  And when will we receive our award letters showing the amount of our portion from the settlement?  Please respond to this email in a timely manner.


Respectfully,


Bernadette Harper

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

## RE: Payment Card Settlement

From: Sternberg, Amanda (amanda.sternberg@epiqglobal.com)

To:     harp673@aol.com

Date: Tuesday, November 4, 2025 at 11:13 AM CST

Hi Ms. Harper,

The exact timeline is unknown at the moment but the motion requested <u>at least</u> 90 days from the date of the Order to make payments. My best guess at this time is that you can expect to receive an email with the amount and instructions on how to make your payment election in December.

Best,
Amanda



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

> **From:** The Contender <harp673@aol.com>
> **Sent:** Tuesday, November 4, 2025 9:10 AM
> **To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
> **Subject:** Re: Payment Card Settlement
>
>
> So when will there be an email on the monetary value we will receive and setting up plantiffs banking information? Is there still a long process before distribution, and will Epiq try to get payments out by early January?
>
>
> Sincerely,
>
>
> Ms. Harper
>
>
>
> On Tuesday, November 4, 2025 at 10:12:16 AM CST, The Contender <harp673@aol.com> wrote:
>
>
>
> Good morning Ms. Sternberg:
>
> I am following up on the August 20th motion for initial partial distribution. Has Judge Cogan provided any indication of timing, or is there an expected window for a decision? Is the Class Administrator aware of any anticipated timeline or court guidance regarding the approval process? I'm trying to stay informed and appreciate any insight you can share. Please provide insight if you believe distribution will happen after the New Year, or, it's possible it could happened before year's end.

Best regards,


Ms. Harper


On Wednesday, October 15, 2025 at 10:10:33 AM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:



Which question is still unanswered? We do not have any dates to provide until the Court issues an order on the distribution motion.


 **Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com  ⓘ


This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.


**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, October 14, 2025 2:18 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: Payment Card Settlement


Could you answer my question?



----- Forwarded Message -----
**From:** The Contender <harp673@aol.com>

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT

**Subject:** Re: Payment Card Settlement



Good afternoon Ms. Sternberg,

I have a question. I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be the original payout date? And has that been made to us as the merchants? When will we know the original payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

## RE: Payment Card Settlement

From: Sternberg, Amanda (amanda.sternberg@epiqglobal.com)

To:    harp673@aol.com

Date:  Tuesday, November 4, 2025 at 11:58 AM CST

Hi Ms. Harper,

No, we cannot provide anything until the official emails go out. As previously noted, your payment will only be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated interchange fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,
Amanda



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:35 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Is there any kind of preliminary letter that Epiq can write on my behalf to creditors or future business deals that I have future funds available to me soon? If possible.

Kind regards,

Ms.Harper

On Tuesday, November 4, 2025 at 11:13:20 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

The exact timeline is unknown at the moment but the motion requested at least 90 days from the date of the Order to make payments. My best guess at this time is that you can expect to receive an email with the amount and instructions on how to make your payment election in December.

Best,

Amanda



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** ⊕

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:10 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

So when will there be an email on the monetary value we will receive and setting up plantiffs banking information? Is there still a long process before distribution, and will Epiq try to get payments out by early January?

Sincerely,

Ms. Harper

On Tuesday, November 4, 2025 at 10:12:16 AM CST, The Contender <harp673@aol.com> wrote:

Good morning Ms. Sternberg:

I am following up on the August 20th motion for initial partial distribution.  Has Judge Cogan provided any indication of timing,  or is there an expected window for a decision?  Is the Class Administrator aware of any anticipated timeline or court guidance regarding the approval process?  I'm trying to stay informed and appreciate any insight you can share. Please provide insight if you believe distribution will happen after the New Year, or, it's possible it could happened before year's end.

Best regards,

Ms. Harper

On Wednesday, October 15, 2025 at 10:10:33 AM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Which question is still unanswered? We do not have any dates to provide until the Court issues an order on the distribution motion.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 🌐

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, October 14, 2025 2:18 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: Payment Card Settlement

Could you answer my question?

----- Forwarded Message -----

**From:** The Contender <harp673@aol.com>

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT

**Subject:** Re: Payment Card Settlement

Good afternoon Ms. Sternberg,

I have a question. I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be the original payout date? And has that been made to us as the merchants? When will we know the original payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com

<u>**www.epiqglobal.com**</u> 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <<u>amanda.sternberg@epiqglobal.com</u>> wrote:

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: <u>amanda.sternberg@epiqglobal.com</u>

-----Original Message-----
From: The Contender <<u>harp673@aol.com</u>>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <<u>Amanda.Sternberg@epiqglobal.com</u>>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees. I need more clarification about the process for the settlement. I would like an Award Letter detailing the amount of payment that I will receive. And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement


Good evening Ms. Sternberg,


I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.


Respectfully,


Bernadette Harper

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

## RE: Payment Card Settlement

From: Sternberg, Amanda (amanda.sternberg@epiqglobal.com)

To:    harp673@aol.com

Date: Tuesday, November 4, 2025 at 02:07 PM CST

Hi Ms. Harper,

The motion filed by class counsel contains the specifics around how the distribution will work and I recommend you read those materials, located here: 9652 - Notice of Motion and Motion for Partial Distribution with Attachments and Cover Letter.pdf

As noted in the motion, the claims included in this partial distribution population account for more than $36 million in Interchange Fees. Therefore, you will get a payment for a percentage of your fees against the total amount of fees included in the distribution. The exact amount will not be known until the portal is updated and the email notices are sent to those with claims included in the distribution.

Best,
Amanda



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 10:07 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

So it sounds like to me your saying don't expect much. You keep mentioning pro ratio percentage.  This means absolutely nothing to me if it's  not in monetary value.

Curios,

Ms. Harper

On Tuesday, November 4, 2025 at 11:58:54 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

No, we cannot provide anything until the official emails go out. As previously noted, your payment will only be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated interchange fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

1/7/26, 3:32 PM
(135,933 unread) - harp673@aol.com - AOL Mail
Case 1:05-md-01720-BMC-JAM    Document 9776    Filed 01/14/26    Page 14 of 44 PageID #: 554581

Best,

Amanda

 | **Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:35 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Is there any kind of preliminary letter that Epiq  can write on my behalf  to creditors or future business deals that I have future funds available to me soon? If possible.

Kind regards,

Ms.Harper

On Tuesday, November 4, 2025 at 11:13:20 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

The exact timeline is unknown at the moment but the motion requested <u>at least</u> 90 days from the date of the Order to make payments. My best guess at this time is that you can expect to receive an email with the amount and instructions on how to make your payment election in December.

Best,

Amanda

 | **Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:10 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

So when will there be an email on the monetary value we will receive and setting up plantiffs banking information? Is there still a long process before distribution, and will Epiq try to get payments out by early January?

Sincerely,

Ms. Harper

On Tuesday, November 4, 2025 at 10:12:16 AM CST, The Contender <harp673@aol.com> wrote:

Good morning Ms. Sternberg:

I am following up on the August 20th motion for initial partial distribution.  Has Judge Cogan provided any indication of timing,  or is there an expected window for a decision?  Is the Class Administrator aware of any anticipated timeline or court guidance regarding the approval process?  I'm trying to stay informed and appreciate any insight you can share. Please provide insight if you believe distribution will happen after the New Year, or, it's possible it could happened before year's end.

Best regards,

Ms. Harper

On Wednesday, October 15, 2025 at 10:10:33 AM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Which question is still unanswered? We do not have any dates to provide until the Court issues an order on the distribution motion.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, October 14, 2025 2:18 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: Payment Card Settlement

Could you answer my question?

----- Forwarded Message -----

**From:** The Contender <harp673@aol.com>

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT

**Subject:** Re: Payment Card Settlement

Good afternoon Ms. Sternberg,

I have a question.  I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be the original payout date? And has that been made to us as the merchants? When will we know the original payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com

-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees. I need more clarification about the process for the settlement. I would like an Award Letter detailing the amount of payment that I will receive. And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement

Good evening Ms. Sternberg,

1/7/26, 3:32 PM    Case 1:05-md-01720-BMC-JAM    Document 9770 - harp673@aol.com - AOL Mail Page 18 of 44 PageID
(135,933 unread) - harp673@aol.com - AOL Mail
Filed 01/14/26
#: 554585

I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.

Respectfully,


Bernadette Harper


This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

Fw: Payment Card Settlement

From: The Contender (harp673@aol.com)
To:   amanda.sternberg@epiqglobal.com
Date: Tuesday, November 4, 2025 at 04:09 PM CST

First of all,

I am a little confused about how this entire thing works. The Class Administrator was anticipating claims to be paid by the end of the third quarter. That did not happen so they asked for an early distribution which would have appeared the request was to have funds possibly distributed by the end of the year. Then the Class Administrator, filed documents requesting an early partial distribution of funds which made sense because people were trying to be paid before the year's end. So, on October 30, 2025, Judge Cogan granted the order for the early distribution. I understand that Epiq asked for a 90-day window, to begin distribution, and to get things processed. So, I am not understanding why funds would not be released until after the new year. That's the normal timeframe for the distribution anyway after the New Year, for all 550,00 applicants. So, I don't see the favor, or Epiq looking out for the 550,00 applicants, which was originally 18,000,000 applicants. Is this an accurate account of applicants who applied? It makes sense to me if there are fewer eligible applicants more money for fewer eligible applicants. So, forgive me if I am not understanding my pro-ratio. It sounds as though you are telling me that my pro-ratio will be calculated from a portion of Interchange Fees which total $36,000,000. Are you saying that out of the 550,000 people everyone's Interchange Fees came to $36,000,000? If so that makes no sense to me. How a case worth 5.4 billion dollars only has 36 million Interchange Fees. Please correct me if I am wrong. I don't feel as though Epiq is fighting for the eligible applicants, and this is why appeals are being filed still has of today. I may have to get a letter to Judge Cogan as well. Because I am not understanding early distribution, nor if I will get a fair share of the 5.5-billion-dollar settlement. Please feel free to elaborate.

Thank you,

Ms. Harper

----- Forwarded Message -----
From: Sternberg, Amanda <amanda.sternberg@epiqglobal.com>
To: The Contender <harp673@aol.com>
Sent: Tuesday, November 4, 2025 at 02:07:16 PM CST
Subject: RE: Payment Card Settlement

Hi Ms. Harper,


The motion filed by class counsel contains the specifics around how the distribution will work and I recommend you read those materials, located here: 9652 - Notice of Motion and Motion for Partial Distribution with Attachments and Cover Letter.pdf


As noted in the motion, the claims included in this partial distribution population account for more than $36 million in Interchange Fees. Therefore, you will get a payment for a percentage of your fees against the total amount of fees included in the distribution. The exact amount will not be known until the portal is updated and the email notices are sent to those with claims included in the distribution.


Best,

Amanda



**Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 10:07 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

So it sounds like to me your saying don't expect much. You keep mentioning pro ratio percentage. This means absolutely nothing to me if it's not in monetary value.

Curios,

Ms. Harper

On Tuesday, November 4, 2025 at 11:58:54 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

No, we cannot provide anything until the official emails go out. As previously noted, your payment will only be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated interchange fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda



**Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:35 AM

**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Is there any kind of preliminary letter that Epiq can write on my behalf to creditors or future business deals that I have future funds available to me soon? If possible.

Kind regards,

Ms.Harper

On Tuesday, November 4, 2025 at 11:13:20 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

The exact timeline is unknown at the moment but the motion requested <u>at least</u> 90 days from the date of the Order to make payments. My best guess at this time is that you can expect to receive an email with the amount and instructions on how to make your payment election in December.

Best,

Amanda

**epiq**

**Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com (in)

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, November 4, 2025 9:10 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

So when will there be an email on the monetary value we will receive and setting up plantiffs banking information? Is there still a long process before distribution, and will Epiq try to get payments out by early January?

Sincerely,

Ms. Harper

On Tuesday, November 4, 2025 at 10:12:16 AM CST, The Contender <harp673@aol.com> wrote:


Good morning Ms. Sternberg:


I am following up on the August 20th motion for initial partial distribution. Has Judge Cogan provided any indication of timing, or is there an expected window for a decision? Is the Class Administrator aware of any anticipated timeline or court guidance regarding the approval process? I'm trying to stay informed and appreciate any insight you can share. Please provide insight if you believe distribution will happen after the New Year, or, it's possible it could happened before year's end.


Best regards,


Ms. Harper


On Wednesday, October 15, 2025 at 10:10:33 AM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:



Which question is still unanswered? We do not have any dates to provide until the Court issues an order on the distribution motion.


 **Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com in

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, October 14, 2025 2:18 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: Payment Card Settlement


Could you answer my question?


----- Forwarded Message -----

**From:** The Contender <harp673@aol.com>

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT

**Subject:** Re: Payment Card Settlement

Good afternoon Ms. Sternberg,

I have a question.  I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be the original payout date? And has that been made to us as the merchants? When will we know the original payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com [in]

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com

-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees. I need more clarification about the process for the settlement. I would like an Award Letter detailing the amount of payment that I will receive. And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement

Good evening Ms. Sternberg,

I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.

Respectfully,

Bernadette Harper

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

## Payment Card Settlement – Password Reset Confirmation

From:  noreply@paymentcardsettlement.com

To:   harp673@aol.com

Date:  Tuesday, November 18, 2025 at 07:07 PM CST

Thank you. Your Password has been updated successfully.

Sincerely,

Class Administrator
Questions? Contact the Class Administrator at info@PaymentCardSettlement.com or 1-800-625-6440 .

*This is an auto generated email. Do not respond to this email.*

## Fw: Action Required: Payment Card Settlement – Payment Election

From:  The Contender (harp673@aol.com)

To:    amanda.sternberg@epiqglobal.com

Date:  Saturday, December 6, 2025 at 04:24 PM CST

## I CANNOT LOG INTO THE PORTAL WITH THE NEW PASSWORD AND I NEED MY USER NAME VERIFIED I'M NOT SURE IF IT'S MY EMAIL OR MY FIRST AND LAST NAME

----- Forwarded Message -----
**From:** "noreply@paymentcardsettlement.com" <noreply@paymentcardsettlement.com>
**To:** "harp673@aol.com" <harp673@aol.com>
**Sent:** Thursday, December 4, 2025 at 11:33:27 PM CST
**Subject:** Action Required: Payment Card Settlement – Payment Election

Dear Bernadette Harper,

On October 30, 2025, the Court issued an Order approving a plan to issue initial, partial payments to certain claimants. At least one claim that you filed has been approved for an initial, partial payment. Please note that this initial payment is for only a portion of the total award amount. The remainder of the award will be paid after review of all claims is completed and outstanding legal issues have been resolved by the Court.

To view the payment amount and choose your preferred payment method, log in to the Merchant Portal at www.PaymentCardSettlement.com. The Account Summary now includes a Payment Status for each TIN you registered. To choose your desired payment method for claims with a Payment Status of "Ready for Payment," scroll down and click the "Make Payment Election" button. On the Payment Election page, you can view the partial payment amount(s) and choose your payment method. If you have multiple claims approved for partial payment, you can choose whether you want to receive individual payments or one lump sum payment.

Please make your payment election by **January 8, 2026**. It is anticipated that payments for those that make a timely payment election will be made in February 2026. A paper check will be issued for claims where a timely payment election is not made.

Only merchants with a Payment Status of "Ready for Payment" are approved for a payment at this time. More information about the claims included in this round of distribution can be found here. A timeline for future payments is not yet known. Please continue to monitor your email for notifications. We recommend you whitelist the www.PaymentCardSettlement.com Settlement Website address to ensure you receive all communications from the Class Administrator.

Sincerely,

Class Administrator
Payment Card Settlement

## RE: Payment Card Settlement

From:  Sternberg, Amanda (amanda.sternberg@epiqglobal.com)

To:     harp673@aol.com

Date:  Thursday, August 21, 2025 at 06:15 PM CDT

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com

-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees.  I need more clarification about the process for the settlement.  I would like an Award Letter detailing the amount of payment that I will receive.  And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement

Good evening Ms. Sternberg,

I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.


Respectfully,


Bernadette Harper

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

Fw: Payment Card Settlement

From:  The Contender (harp673@aol.com)

To:    amanda.sternberg@epiqglobal.com

Date:  Tuesday, October 14, 2025 at 04:17 PM CDT

Could you answer my question?

----- Forwarded Message -----
**From:** The Contender <harp673@aol.com>
**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>
**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT
**Subject:** Re: Payment Card Settlement

Good afternoon Ms. Sternberg,

I have a question.  I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge
Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be
the original payout date? And has that been made to us as the merchants? When will we know the original
payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any
unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all
copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com

-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees. I need more clarification about the process for the settlement. I would like an Award Letter detailing the amount of payment that I will receive. And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement

Good evening Ms. Sternberg,

I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.

Respectfully,

Bernadette Harper

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

1/7/26, 3:28 PM
(135,933 unread) - harp673@aol.com - AOL Mail
Case 1:05-md-01720-BMC-JAM     Document 9770     Filed 01/14/26     Page 32 of 44 PageID #: 554599

Re: Payment Card Settlement

From: The Contender (harp673@aol.com)

To:   amanda.sternberg@epiqglobal.com

Date: Tuesday, November 4, 2025 at 10:12 AM CST

Good morning Ms. Sternberg:

I am following up on the August 20th motion for initial partial distribution. Has Judge Cogan provided any indication of timing, or is there an expected window for a decision? Is the Class Administrator aware of any anticipated timeline or court guidance regarding the approval process? I'm trying to stay informed and appreciate any insight you can share. Please provide insight if you believe distribution will happen after the New Year, or, it's possible it could happened before year's end.

Best regards,

Ms. Harper

On Wednesday, October 15, 2025 at 10:10:33 AM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Which question is still unanswered? We do not have any dates to provide until the Court issues an order on the distribution motion.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Tuesday, October 14, 2025 2:18 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: Payment Card Settlement

Could you answer my question?

----- Forwarded Message -----

**From:** The Contender <harp673@aol.com>

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Monday, October 13, 2025 at 12:03:50 PM CDT

**Subject:** Re: Payment Card Settlement

Good afternoon Ms. Sternberg,

I have a question. I hope that the shutdown and the appeal that Rock Inc. brought does not delay Judge Cogan decision much longer. But my question is...Epiq requested for an early payout. So, when would be the original payout date? And has that been made to us as the merchants? When will we know the original payout date if Judge Cogan keeps delaying the request.

Respectfully

Bernadette

On Monday, September 29, 2025 at 02:49:33 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

You will get an email explaining next steps.



**Amanda Sternberg**
Director, Client Services' Programs | Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>
**Sent:** Monday, September 29, 2025 12:08 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Payment Card Settlement

Good evening, Amanda,

Do I need to send in my banking information at this time? Or, will I get an email explaining what I need to do?

On Thursday, August 21, 2025, at 06:15:18 PM CDT, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Hi Ms. Harper,

You will be sent an email with your payment information at a later date once your amount is known and approved by the Court. At that time you will then be able to elect how you wish to be paid. There's no timeline to provide at this time.

As previously noted, your payment will be percentage of the calculated fees based on your fees compared to the total amount of fees for all eligible claims. Your total calculated fees are $4,794.98 and your ultimate award will be a pro rata percentage of

that total.

Best,

Amanda Sternberg
Epiq | Director, Client Services
Mobile: +1 206 351 1648
Desk: +44 20 3880 9302
Email: amanda.sternberg@epiqglobal.com

-----Original Message-----
From: The Contender <harp673@aol.com>
Sent: Thursday, August 21, 2025 3:49 PM
To: Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
Subject: Fw: Payment Card Settlement

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Good evening Ms. Sternberg I sent you this email saying that I would not contest the interchange fees. I need more clarification about the process for the settlement. I would like an Award Letter detailing the amount of payment that I will receive. And I need to know a suspected date for distribution. I heard that the Merchants eligible for payment is now 550,000. Is this true.

Respectfully,

Bernadette Harper

----- Forwarded Message -----

From: The Contender <harp673@aol.com>
To: stephen.donaldson@epiqglobal.com <stephen.donaldson@epiqglobal.com>
Cc: harp673@aol.com <harp673@aol.com>
Sent: Friday, August 8, 2025 at 05:47:32 PM CDT
Subject: Payment Card Settlement


Good evening Ms. Sternberg,


I have received the information concern the interchange fees. I will not be contesting the approval. But I have questions. You gave a date of September 04, 2025, to contests the findings. When will the class members receive payment, and are all payments at one time? Or are payments released as each class members profile has been completed, by the administrator? Because I could not have my form resent to me, I was not able to provide my banking information for disbursement to me. Will that still be an option to provide my banking information? And when will we receive our award letters showing the amount of our portion from the settlement? Please respond to this email in a timely manner.


Respectfully,


Bernadette Harper


This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
www.epiqglobal.com 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender
**Sent:** Wednesday, November 12, 2025 8:09 AM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Fw: 5.5 billion Dollar Settlement

I HAVE A QUESTION. YOU SAY THE COURTS APPROVED THE PARTIAL PAYMENT ON OCTOBER 30TH, 2025. DID JUDGE COGAN SIGN OFF ON A PARTIAL PAYMENT OF $36,000,000 TO PAY PLANTIFFS? CAN YOU SEND ME A COPY OF THE SIGNED ORDER. OR, IS THERE A COPY ON THE WEBSITE TO VIEW?

—— Forwarded Message ——

**From:** The Contender

**To:** Sternberg, Amanda <amanda.sternberg@epiqglobal.com>

**Sent:** Tuesday, November 11, 2025 at 06:36:02 PM CST

**Subject:** Re: 5.5 billion Dollar Settlement

Ms. Sternberg we are not in agreement about the settlement. This email is only talking about the **"BOTTOM LINE AND MY OPIONION".** I do not like the way this case has structured out to be. I am getting red flags all over the place. First of all, Epiq asked for an early partial payment on August 22, 2025. At that time Epiq asked for a 90-day window to get things in order. The problem that I am finding with the early partial payment is...it isn't happening. It makes it look like Epiq is running a scam even on the courts. Claimants where to be paid in the third quarter. That didn't fly. So, now Epiq requested an early partial payment, which makes no sense because Epiq put a cap of only $36,000,000 dollars to pay approved claimants out of 5.5-billion-dollar lawsuit. Tell me how many claimants where eligible to be paid out of a $36,000,000 pool? And what was the total of 550,000 claimants interchange fees? 1 million or 400,000 million in total interchange fees? Explain in your own words the structure of this settlement. It makes no sense. As far as I am concerned asking for an early payout is a stall tactic and a con. An Early payout cuts a claimant's money down by at least 70 percent. Because all claimants where to be paid a one-time payment after February 2026, anyway. So, Epiq is not doing anybody any favors. We were to be paid in the New Year anyway a one-time payment. Now, we have to be paid in installments. I have never been involved in such an unstructured class action lawsuit before. I feel this settlement is a disgrace and dishonor to claimants all around the world. I am going to petition the courts to select another company besides Epiq for class action lawsuits. I have been involved in other cases that Epiq has represented and there is always a problem with getting claimants paid correctly and on time. I believe it's time for other organizations to represent the people of America!

All the Best,

Ms. .

On Tuesday, November 11, 2025, at 09:45:30 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

**From:** The Contender <harp673@aol.com>

**Sent:** Tuesday, November 18, 2025 3:21 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Concerns Regarding Partial Distribution

---

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

Dear Ms. Sternberg,

I am writing as a claimant in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, to express serious concerns about the administration of the settlement fund. According to your communications, claimants are scheduled to receive payments in 2026, from a first-round distribution valued at $36 million. However, upon reviewing Judge Cogan's October 30, 2025, order (Civil No. 05-5075), It noted that the court did not approve a specific dollar amount. The order simply states that the motion for partial distribution was granted and that the net settlement fund shall be distributed to claimants in accordance with Rule 23(b).

This raises troubling questions:

1. **Why was the first-round pool limited to $36 million?** Such a small figure represents less than 1% of the $5.54 billion settlement fund and does not align with the purpose of early distribution, which was intended to provide meaningful relief to claimants by late 2025.
2. **Why are attorneys already paid while claimants continue to wait?** Kaplan, Wolf, Haldenstein, Berger Montague, and Robbins Geller received their fees over a year ago, yet claimants are told to wait until 2026 for even a partial payment.
3. **Is Epiq acting outside the scope of the Court's order?** If the $36 million figure was not expressly approved, then restricting the first round to this amount risks undermining claimants' rights and could be construed as misrepresentation.

I want to be clear: Claimants are paying attention. With over 550,00 plaintiffs involved, transparency and fairness are paramount. If Epiq is minimizing claimant payouts in the first round while attorneys have already been compensated, this creates the appearance of impropriety and erodes trust in the administration process.

Please provide:

- A detailed explanation of how the $36 million figure was determined and whether it was specifically authorized by the Court.

I am prepared to forward this correspondence to Judge Cogan to ensure the court is aware of claimant concerns.

Respectfully,

Bernadette Harper

WIC Grocery Services

harp673@aol.com

346-907-7349

Dec 2, 2025
4:14 AM

## Re: Concerns Regarding Partial Distribution

From:  The Contender (harp673@aol.com)

To:    amanda.sternberg@epiqglobal.com

Date:  Thursday, November 20, 2025 at 04:56 PM CST

I'm sorry I missed read...didn't have my glasses on. Thank you for clarifying. Also, do I need to call the 800 number to get my password reset? The system is not recognizing me resetting my password. So I can't log into the portal. You also mentioned a second distribution. So, does Epiq know when the first distribution will be?

All the Best,

Bernadette

On Thursday, November 20, 2025 at 12:38:47 PM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

As noted in my prior email, that figure represents the amount of Interchange Fees associated with the claims in the initial distribution. The approved distribution amount is the $426 million figure provided in my email and the motion to the Court for the 605k approved claims.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

---

**From:** The Contender <harp673@aol.com>
**Sent:** Wednesday, November 19, 2025 6:07 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Re: Concerns Regarding Partial Distribution

Ms. Sternberg,

I have a question. I noticed after I sent you this email the first distribution amount, according to your email is $36,151,062,607.90. Is this a correct amount for the partial distribution, or was this a typo?

All the Best,

Ms. Harper

On Wednesday, November 19, 2025 at 03:27:33 AM CST, Sternberg, Amanda <amanda.sternberg@epiqglobal.com> wrote:

Ms. Harper,

As noted in the motion, the claimants included in the initial, partial distribution have a total interchange fees value of $36,151,062,607.90; the approved partial distribution amount is $426,063,670.16. Please review the provided motion for all of the details. A link is below for easy reference:

9652 - Notice of Motion and Motion for Partial Distribution with Attachments and Cover Letter.pdf

The Court approved this motion and Epiq is acting in accordance with the Court's Order.

Best,

Amanda



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** 🔗

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender <harp673@aol.com>

**Sent:** Tuesday, November 18, 2025 3:21 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Concerns Regarding Partial Distribution

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Ms. Sternberg,

I am writing as a claimant in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, to express serious concerns about the administration of the settlement fund. According to your communications, claimants are scheduled to receive payments in 2026, from a first-round distribution valued at $36 million. However, upon reviewing Judge Cogan's October 30, 2025, order (Civil No. 05-5075), it noted that the court did not approve a specific dollar amount. The order simply states that the motion for partial distribution was granted and that the net settlement fund shall be distributed to claimants in accordance with Rule 23(b).

This raises troubling questions:

1. **Why was the first-round pool limited to $36 million?** Such a small figure represents less than 1% of the $5.54 billion settlement fund and does not align with the purpose of early distribution, which was intended to provide meaningful relief to claimants by late 2025.
2. **Why are attorneys already paid while claimants continue to wait?** Kaplan, Wolf, Haldenstein, Berger Montague, and Robbins Geller received their fees over a year ago, yet claimants are told to wait until 2026 for even a partial payment.
3. **Is Epiq acting outside the scope of the Court's order?** If the $36 million figure was not expressly approved, then restricting the first round to this amount risks undermining claimants' rights and could be construed as misrepresentation.

I want to be clear: Claimants are paying attention. With over 550,00 plaintiffs involved, transparency and fairness are paramount. If Epiq is minimizing claimant payouts in the first round while attorneys have already been compensated, this creates the appearance of impropriety and erodes trust in the administration process.



**Amanda Sternberg**
Director, Client Services' Programs  |  Class Action, Remediation & Mass Tort
+1 (206) 351 1648
Amanda.Sternberg@epiqglobal.com
**www.epiqglobal.com** in

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original communication to include any copy that may reside in your sent box.

**From:** The Contender

**Sent:** Tuesday, November 18, 2025 3:21 PM
**To:** Sternberg, Amanda <Amanda.Sternberg@epiqglobal.com>
**Subject:** Concerns Regarding Partial Distribution

---

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

Dear Ms. Sternberg,

I am writing as a claimant in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, to express serious concerns about the administration of the settlement fund. According to your communications, claimants are scheduled to receive payments in 2026, from a first-round distribution valued at $36 million. However, upon reviewing Judge Cogan's October 30, 2025, order (Civil No. 05-5075), It noted that the court did not approve a specific dollar amount. The order simply states that the motion for partial distribution was granted and that the net settlement fund shall be distributed to claimants in accordance with Rule 23(b).

This raises troubling questions:

1. **Why was the first-round pool limited to $36 million?** Such a small figure represents less than 1% of the $5.54 billion settlement fund and does not align with the purpose of early distribution, which was intended to provide meaningful relief to claimants by late 2025.
2. **Why are attorneys already paid while claimants continue to wait?** Kaplan, Wolf, Haldenstein, Berger Montague, and Robbins Geller received their fees over a year ago, yet claimants are told to wait until 2026 for even a partial payment.
3. **Is Epiq acting outside the scope of the Court's order?** If the $36 million figure was not expressly approved, then restricting the first round to this amount risks undermining claimants' rights and could be construed as misrepresentation.

I want to be clear: Claimants are paying attention. With over 550,00 plaintiffs involved, transparency and fairness are paramount. If Epiq is minimizing claimant payouts in the first round while attorneys have already been compensated, this creates the appearance of impropriety and erodes trust in the administration process.

Please provide:

- A detailed explanation of how the $36 million figure was determined and whether it was specifically authorized by the Court.

I am prepared to forward this correspondence to Judge Cogan to ensure the court is aware of claimant concerns.

Respectfully,

WIC Grocery Services

**Sent:** Tuesday, November 18, 2025 3:21 PM
**To:** Sternberg, Amanda
**Subject:** Concerns Regarding Partial Distribution

---

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

Dear Ms. Sternberg,

I am writing as a claimant in the Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, to express serious concerns about the administration of the settlement fund. According to your communications, claimants are scheduled to receive payments in 2026, from a first-round distribution valued at $36 million. However, upon reviewing Judge Cogan's October 30, 2025, order (Civil No. 05-5075), it noted that the court did not approve a specific dollar amount. The order simply states that the motion for partial distribution was granted and that the net settlement fund shall be distributed to claimants in accordance with Rule 23(b).

This raises troubling questions:

1. **Why was the first-round pool limited to $36 million?** Such a small figure represents less than 1% of the $5.54 billion settlement fund and does not align with the purpose of early distribution, which was intended to provide meaningful relief to claimants by late 2025.
2. **Why are attorneys already paid while claimants continue to wait?** Kaplan, Wolf, Haldenstein, Berger Montague, and Robbins Geller received their fees over a year ago, yet claimants are told to wait until 2026 for even a partial payment.
3. **Is Epiq acting outside the scope of the Court's order?** If the $36 million figure was not expressly approved, then restricting the first round to this amount risks undermining claimants' rights and could be construed as misrepresentation.

I want to be clear: Claimants are paying attention. With over 550,00 plaintiffs involved, transparency and fairness are paramount. If Epiq is minimizing claimant payouts in the first round while attorneys have already been compensated, this creates the appearance of impropriety and erodes trust in the administration process.

Please provide:

- A detailed explanation of how the $36 million figure was determined and whether it was specifically authorized by the Court.

I am prepared to forward this correspondence to Judge Cogan to ensure the court is aware of claimant concerns.

Respectfully,

WIC Grocery Services

Nov 19
11:57 am

Bernadette Harper
4607 S. Ridgewalk Dr.
Houston, Tx 77053

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 3690 0402 54

*Retail*


UNITED STATES
POSTAL SERVICE®

11201

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
KATY, TX 77449
JAN 07, 2026

**$8.58**

S2324D502331-6

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 13 2026 ★

BROOKLYN OFFICE

United States District Court
Eastern District of New York
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201