UNITED STATES DISTRICT COURT:
FOR THE EASTERN DISTRICT OF NEW YORK:

In re Payment Card Interchange Fee and (JAM)  :  No. 05-MD-1720 (BMC)

Merchant Discount Antitrust Litigation

**Statement of Objections**

Lake Country Booksellers is a member of the Rule 23(b)(2) Class in the case called In re Payment Card Interchange Fee and Merchant Discount Antitrust

December 18, 2020, and today, Lake Country Booksellers strongly objects to the proposed settlement.

We are a very small bookstore with 5 employees. We have been in the same location for over 45 years and a pillar of our community.

Our objection is based on several key reasons:
1. **Failure to Fix the Core Problem:** The settlement does not address the fundamentally anticompetitive system where Visa and Mastercard fix excessive fee rates on behalf of card-issuing banks, constraining a merchant's ability to negotiate. It grants Visa, Mastercard, and the banks legal immunity to continue this system.
2. **Inadequate and Temporary Relief:** The proposed relief, such as a 0.1% interchange rate reduction for five years, is insufficient, temporary, and unworkable. The bar against merchants bringing legal claims lasts eight years, leaving our business vulnerable to fee increases after short term relief expires.
3. **Loss of Legal Rights:** In exchange for this inadequate relief, the settlement broadly bars all merchants from bringing legal claims against Visa, Mastercard, and the big banks regarding their credit and debit card fees and practices for eight years, thus entrenching the current unfair system.
4. **Flawed Negotiation Process:** The settlement was negotiated in secret by a small group of attorney and does not represent the interests of the vast majority of merchants, including our trade association, which oppose the deal.
5. **Similarity to Rejected Settlement:** This proposal is substantially similar to the settlement rejected by Judge Margo Brodie last year, and the changes do not provide meaningful or workable reform to the swipe fee problem.

**We urge the Court to reject the settlement proposal, as it sacrifices the legal rights of merchants like ours for inadequate relief.**
Sincerely,
**Faith Basten**
**Lake Country Booksellers**



[illegible]

Lake Country Booksellers
4766 Washington Square
White Bear Lake, MN 55110

SAINT PAUL MN 550
12 JAN 2026 PM 6 L



Clerk of Court
225 Cadmen Plaza
Brooklyn, NY 11201

11201-183299