UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 1:05-md-01720 (BMC) (JAM) |
| This Document Applies to:<br>*Intuit Inc., et al.*,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>*Visa Inc., et al.*,<br>　　　　　　　　　Defendants. | No. 1:21-cv-01175 (BMC) (JAM) |

**JOINT STATUS REPORT**

　　Pursuant to the Court's January 26, 2026 order, the parties in *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y.) respectfully submit this Joint Status Report regarding the deposition of Intuit employee Angelique Kamara.

　　The parties are pleased to report that, following meet and confers by phone and email earlier today, they have resolved the issue as follows: Intuit will make Ms. Kamara available for a remote deposition on February 6, 2026 for up to 3.5 hours on the record.

　　The parties thank the Court for its attention to this matter, and are available to provide any further information that would be helpful to the Court.

1

Dated: January 27, 2026

Respectfully Submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Nina Kovalenko*
William Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: /s/ *Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

**ARNOLD & PORTER KAYE**

2

SCHOLER LLP

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*