# EXHIBIT 34

**HIGHLY CONFIDENTIAL**

I am with Click Funds, the marketing arm for Betz & Baril, the law firm handling your Visa/Mastercard Settlement claim submitted 17 June 2024.

As it stands right now, the preliminary amount you will receive back is **$16,036.00**.

Congratulations!

No payments from the settlement are expected to be made until after the end of the Claims Period on August 30, 2024. Because the *pro rata* cannot be determined until all Claims are filed and reviewed and until the Court approves the final amounts, we can't currently state the final and exact amount you will receive back, nor the date you can expect to receive your payment. I can share that payments are currently scheduled to go out near the end of this year, pending no delays.

Please share the link below with your family and friends who also own, or owned, a business anytime between 2004-2019 so they too can submit a claim and recover money from this settlement as you have. The deadline to submit a claim is August 30th.

I would be happy to contact anyone you'd like. I will answer their questions and help them to submit a claim if interested. If you'd like, you can email back or text with names and phone numbers. We offer a 'Referral Commission' for each claimant who puts your name in the 'Referral Partner' section on the settlement claim form.

Here is the link:
https://clickfundsca.com/ak/

Let me know if you have any questions,

*Angie Kivett*

*Project Manager*

Visa/MasterCard Settlement

480-331-9858

angie@clickfundsca.com

HIGHLY CONFIDENTIAL

BBCF 000759