# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY | ATTORNEYS AT LAW | DANIEL M. EISENBERG |
| MATTHEW D. BRINCKERHOFF | ONE ROCKEFELLER PLAZA | |
| ANDREW G. CELLI, JR. | 8TH FLOOR | CLAIRE Z. ABBADI |
| RICHARD D. EMERY | NEW YORK, NEW YORK 10020 | ERIC ABRAMS |
| DEBRA L. GREENBERGER | | NICK BOURLAND |
| DIANE L. HOUK | | HANNAH BRUDNEY |
| DANIEL J. KORNSTEIN | TEL: (212) 763-5000 | SARA LUZ ESTELA |
| JULIA P. KUAN | FAX: (212) 763-5001 | LAURA S. KOKOTAILO |
| HAL R. LIEBERMAN | www.ecbawm.com | SONYA LEVITOVA |
| ILANN M. MAAZEL | | HAFSA S. MANSOOR |
| KATHERINE ROSENFELD | | SANA MAYAT |
| ZOE SALZMAN | | DANIEL A. PEÑA |
| SAM SHAPIRO | | VIVAKE PRASAD |
| VASUDHA TALLA | | MAX SELVER |
| EARL S. WARD | | MAGGIE TURNER |
| O. ANDREW F. WILSON | | EMILY K. WANGER |
| | | RACHAEL WYANT |
| | | SYDNEY ZAZZARO |

February 10, 2026

*Via ECF*

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (MKB) (JAM), No. 05-MD-1720

Dear Judge Cogan:

      We represent the National Retail Federation ("NRF") and the Retail Industry Leaders Association ("RILA") (together, the "Merchant Trade Groups")—trade associations for thousands of large and small merchants across the retail industry. We write to request that the Court hold oral argument on the Equitable Relief Class Plaintiffs' Motion for Preliminary Approval of Amended Settlement (Dkt. 9690). If the Court is considering preliminarily approving a settlement that binds the largest class of merchants in history, we respectfully submit that the Court should hear the perspective of the broad range of merchants represented by the Merchant Trade Groups, rather than rely on the five small businesses that are the Named Plaintiffs.

      By way of background, NRF is the world's largest trade association of retailers both large and small, representing stores in every retail sector across the United States. RILA is the trade association for retailers that have earned leadership status by virtue of their sales volume, innovation, or aspiration; its members include the largest and fastest growing companies in the industry. The Merchant Trade Groups are both permissive intervenors in the above-captioned matter and part of the certified Rule 23(b)(2) class themselves. *See* Dkt. 8605 (June 28, 2021 Mem. & Order).

      On December 12, 2025, the Merchant Trade Groups filed written objections to the proposed (b)(2) class settlement agreement (the "proposed settlement") in the above captioned

action. Our objection argued, among other things, that the proposed settlement binds the largest class in history to manifestly inadequate relief drawn up through a faulty process that froze out the interests of entities like the Merchant Trade Groups, though merchants are responsible for one of the largest categories of credit card transactions in the United States. *See* Dkt. 9727.

Oral argument on this motion is warranted. Specifically, oral argument would assist the Court in parsing voluminous briefing on this motion. It is an appropriate use of judicial resources given the significance of the issues before the Court. And it would allow the Merchant Trade Groups to more fully participate in a process to which they have been inappropriately shut out. Further, we note that the Court heard oral argument on the prior Equitable Relief Class Plaintiffs' motion and cited discussion therein in its order denying preliminary approval of that proposed settlement agreement. *See, e.g.*, *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 2024 WL 3236614 at \*\*11-15, 22-24 (E.D.N.Y. June 28, 2024). Other objectors have raised these same issues in their respective requests for oral argument. *See* Dkt. 9791 (Walmart Inc. request for oral argument); Dkt. 9792 (National Association of Convenience Stores ("NACS"), Circle K request for oral argument).

We respectfully request that the Court order oral argument and allow the Merchant Trade Groups an opportunity to present.

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By:   /s/
Debra L. Greenberger
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000

*Attorney for Merchant Trade Groups*