January 26, 2026

Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
Case No., 1:05-MD-1720 (MKB) (JO)

Honorable Judge Margo K. Brodie
United Sates District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**SENT USPS CERTIFIED MAIL**

cc  Honorable Dennis Jacobs [United States Court of Appeals, second circuit] Honorable Pierre N. Leval [United States Court of Appeals, second circuit], H Laddie Montague Jr. [Berger Montague], Ryan W. Marth [Robins Kaplan LLP], Robin Dusteroft [Robins Kaplan LLP], Alexandra S. Bimay [Robbins, Geller, Rudman & Dowd LLP]

Dear Judge Brodie,

I write on behalf of Rule 23(b) (3) Class Plaintiffs regarding approved motion for Initial Partial Distribution of Settlement Funds. Plaintiff Rhomboid Sax and Rhomboid Sax Assemblage California along with other small businesses are exhausted by nauseate delays from outside settlement vetting operations. If the work load for assigned outside contractor is unmanageable the obvious question is: *why has not staffing been increased.* Furthermore, web-site, *www.paymentcardsettlement.com* is insufferable to use because of it's poor conception. Charting and checking correspondence bears no utility for the user.

I would respectfully ask your Honor to elucidate the matter of interest accrual for the 5.5 billion dollar financial settlement for case 1:05-MD-1720 (MKB) (JO). Visa and Mastercard agreed to pay out without admitting responsibility 3 years ago. Who is entitled to compounded interest on 5.5 billion dollars. I see no mention of this in the ruling. Perhaps Council can assist with answering the question.

In my letter to the Honorable Dennis Jacobs, United States Court of Appeals, second circuit dated July 24, 2025 I asked his Honor what I can do to create more virtue in promoting prudence and sound mindedness in this matter. I ask you to consider the same. This is not an insurmountable problem. We are waiting many years for justice to be served, and progress made to advance the common good. The time is now.

Thank you,

*Sheryl Havered*
**UCL UNIVERSITY OF LONDON ALUMNI**

Sheryl Havered
1740 Lucile Ave.
Los Angeles, CA 90026

U.S. POSTAGE PAID
FCM LETTER
LOS ANGELES, CA 90039
FEB 03, 2026
$6.08

RDC 99
S2324K504902-01
11201

United States District Court, Eastern District of NY
attn: Honorable Judge Margo K. Brodie
225 Cadman Plaza East
Brooklyn, New York, 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 10 2026 ★
BROOKLYN OFFICE

11201-183299

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**