| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(BMC)(JAM)<br><br>Civil No. 05-5075(BMC)(JAM)<br><br>DECLARATION OF WILLIAM HILLESTAD |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

WILLIAM (BILL) HILLESTAD, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of perjury, that:

1.  I am over the age of 18, and I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.  I have spent the last 36 years as a marketing and communications specialist. I've worked with multiple fortune 100 companies to solopreneurs in countless industries as well as charitable foundations and have headed efforts collectively generating over $50 billion in transactions.

3.  I'm the only marketing professional ever inducted into Mortgage Banker's Association Hall of Fame; they typically hate us marketers, but my approaches are far from conventional. In my senior years I have become more introverted, if not downright reclusive, yet my video content yields millions of views each month.

4.  I did social media marketing for Click Funds and Betz & Baril to drive inquiries for the Payment Card Interchange Fee (PCIF) Class Action a year or two ago. I provide this same service for a variety of businesses, primarily for people who prefer an educational or informational approach using simple video content absent any flash or superlative claims. Law firms (mostly Mass Tort / Multidistrict Litigation (MDL's)), Financial Services and the

Functional Medical Industry are my mainstays, primarily finding people who are unaware of financial or health opportunities that may exist for them specifically.

5. Those fields have made it incumbent upon me to become fairly adept at navigating the legal and compliance issues of industries regulated by the likes of the Securities and Exchange Commission (SEC), Consumer Finance Protection Bureau (CFPB), Food and Drug Administration (FDA), and Health Insurance Portability and Accountability Act (HIPPA). I would never knowingly violate or attempt to circumvent any laws or regulations relating to my activities. At his later stage of my life, I will only engage in business activities that believe will genuinely help people, even if it is not personally profitable.

6. My expertise is in finding the uniformed or unaware who are not accessible by, or susceptible to, traditional marketing channels. Things like a law firm looking for somebody who's baby was diagnosed with necrotizing enterocolitis and was conceived while the mother was using a particular injectable birth control. There is no conventional way to find or reach these individuals, but I find it to be remarkably predictable to do by combining behavioral regressive analysis and uniquely informative content.

7. My clients understand that my approach is about being transparent and educational, including fairly covering other options, competitors or alternatives. For example, when I urged 1099 workers to check their eligibility for the Self Employment Tax Credit, I directed them first to the IRS form 7202 and urged them to check with their CPA before contacting a firm I was highlighting.  Over 10,000 people contacted my clients but a multiple of that number likely sought their own solution. In a world where nobody trusts advertising, rightfully so, it is more effective to earn trust than to sell.

8. I would never work with a company I wasn't confident would take care of people and though I worked with several firms on the PCIF project, I declined to work with a number of others. If counsel really wants to find the bad players, I suggest they engage the assistance of experts likes like myself as the bad players are not all over social media with millions of views. Hiding is easy and I would not work with anyone wishing to do so.

9. ClickFunds is a company I felt more than comfortable representing. To take it a step further, they are the company I referred my personal friends to if they had difficulty self-filing. I know them to be quality people and have continued to help both them and Betz & Baril when asked to do so in their post PCIF projects

10. I understand that Class Counsel has issues with some ClickFunds communications, but I alone sent them over 15,000 people so some degree of human error is an inevitability. I was one of several trainers and personally taught roughly two dozen classes for their representatives and could not have been more emphatic about making no representations – at all!

11. We consistently pushed them to watch Class Counsel's own webinars.

12. With class action participation rates averaging less than 10%, it seems quite clear that allowing 3rd party professionals to increase those numbers is beyond debate. Further guidelines around their involvement are clearly called for but not allowing their involvement, absent reform around what is required from class administrators, is a guarantee of collapsing the already low participation numbers even further.

13. A process of working cooperatively with 3rd party filing services to keep them close and guide their activities would yield infinitely more benefit that treating them as automatic

adversaries. This is only my opinion, and it is based on the assumption that the actual goal is to genuinely maximize the number of claimants involved in a class action.

14. In the end, I am personally quite proud of the work we did and of all the people we helped to at least get a shot at recovering some of their damages, a shot they never would have gotten without the extraordinary amount of work and money that we all poured into this effort. And that's on top of the 100,000+ people we drove directly to PaymentCardSettlement.com.

15. I welcome any questions and would love it, should the opportunity ever arise, if I could contribute to addressing the underlying issues of this, not immaterial, dilemma.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: February 23, 2026
Cave Creek, Arizona

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

_____
WILLIAM (BILL) HILLESTAD