UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re PAYMENT CARD INTERCHANGE FEE AND
MERCHANT DISCOUNT ANTITRUST LITIGATION

This Document Relates To:

    ALL ACTIONS.

MDL No. 1720(BMC)(JAM)

Civil No. 05-5075(BMC)(JAM)

DECLARATION OF JASON BARIL

JASON BARIL, pursuant to 28 U.S.C. § 1746, hereby declares, under penalty of perjury, that:

1. I am the managing partner of Betz & Baril PLLC, and I am over 18 years of age.

2. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

3. I personally trained Betz referral partners myself. As sworn to in my responses to the interrogatories submitted, I used the "I do, we do, you do" method to initially train referral partners.

4. The training I performed was ongoing. Given the limited number of referral partners Betz & Baril has in connection with this class action lawsuit (30), including ClickFunds, LLC, I have close relationships with all of them.

5. Referral partners, including ClickFunds, LLC, would call regularly and ask questions, and I would answer their calls. For example, referral partners would ask how they should answer questions on timing of payment, and I would train them to say they do not know. Referral partners would also ask how they should respond to claimants asking what their pro rata share would, and I would explain that we do not know, and nobody knows, but if, for example,

there were 6 billion in funds, 60 billion in claims, people would get 10%. Those were the two biggest areas of training and again, I would instruct referral partners to say they did not know.

6. We were incredibly busy in August 2024 servicing claims, and we reduced our case intake at that time. Furthermore, we allowed merchants out of their contracts at any time for any reason.

7. I would regularly reach out to referral partners monthly if I had not heard from them, ask if anything came up, and I would remind them about the following disclaimers and information to convey to claimants:

We are a private company and are not affiliated with the claims administrator, class counsel or any other parties associated with the class action settlement. You are not required to use us to file a claim but have voluntarily chosen to do so.

Claim forms are being delivered and are available online beginning December 1, 2023. Class members need not sign up for a third-party service in order to participate in any monetary relief and no-cost assistance will be provided from the Class Administrator and Class Counsel during the claims-filing period. For further information please visit paymentcardsettlement.com

8. In terms of ClickFunds, LLC, we severed our relationship in the context of not continuing to market to any new potential class members, and we continued to service the 4,151 clients that ClickFunds, LLC generated and submitted claims in the payment card settlement action.

2

Dated: February 23, 2026
Knox County, Tennessee

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Jason Baril