**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720 (BMC)(JAM) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

**CASCADE SETTLEMENT SERVICES LLC'S**
**NOTICE OF MOTION FOR AN ORDER**
**DIRECTING THE SETTLEMENT ADMINISTRATOR**
**TO PROVIDE REGULAR PUBLIC REPORTING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that on a date to be determined, Cascade Settlement Services LLC ("Cascade"), by its attorneys, will move this Court, the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 11A South, for an order granting its Motion for an Order Directing the Settlement Administrator to Provide Regular Public Reporting.

The grounds for Cascade's motion are set forth and based on its accompanying Memorandum of Law in support, the Declaration of David Morgenstein and exhibit attached thereto, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

Dated: February 26, 2026

/s/ *Kassra P. Nassiri*
Kassra P. Nassiri
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
kass@njfirm.com
(415) 762-3100
*Attorney for Cascade Settlement Services LLC*