UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. 1720(BMC)(JAM) |

**DECLARATION OF DAVID MORGENSTEIN IN SUPPORT OF CASCADE SETTLEMENT SERVICES LLC'S MOTION FOR AN ORDER DIRECTING THE SETTLEMENT ADMINISTRATOR TO PROVIDE REGULAR PUBLIC REPORTING**

I, David Morgenstein, hereby declare as follows:

1. I oversee operations at Spectrum Settlement Recovery ("Spectrum"), who serves as the third-party claims filing agent for Cascade Settlement Services LLC ("Cascade"). I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

2. I submit this declaration in support of Cascade's Motion for an Order Directing the Settlement Administrator to Provide Regular Public Reporting.

3. Since 2012, Cascade has bought the claims of numerous Class Members in this Settlement.

4. Spectrum is the d/b/a for the third-party claim filer and agent for Cascade and hundreds of merchants claiming hundreds of millions of dollars of interchange fees. Spectrum (including its predecessors) has been in business since 2003 and has worked in dozens of large class action settlements, including *In re Visa Check/Mastermoney Antitrust Litigation,* No. CV-96-5238-JG (E.D.N.Y.). Many of Spectrum's Fortune 500 clients have been with

1

Spectrum for over a decade.

5. Spectrum operates in this case as an agent for Class Members and claim purchasers, like Cascade, to file claims, respond to deficiency and conflict notices, analyze transaction data, and engage in the multi-step dispute resolution process established by the Plan of Administration. Spectrum remains in regular contact with Class Counsel and the Administrator.

6. Most of Spectrum's clients—many of whom have large or complex claims—were excluded from the initial partial payout, including hundreds who accepted the Administrator's fee determinations before the February 2025 deadline.

7. Attached hereto as Exhibit A is a true and correct copy of an email chain dated February 3 and 4, 2026.

8. As per the Plan of Administration, Spectrum submitted alternative interchange fee values for roughly 9,000 claims. The Administrator requested supporting documents for only about 250 of these, which Spectrum provided. Spectrum has heard nothing on any of the other 8,750.

9. Spectrum explicitly accepted Epiq's interchange fee determinations for roughly 950 claims prior to the February 2025 deadline. Despite timely accepting the Administrator's own data, only one-third of these undisputed claims were scheduled for the initial partial distribution.

I declare under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Dated: 2/26/2026

Signed by: *David Morgenstein*
7EDA7C5414AB4C1...
David Morgenstein