# EXHIBIT A

| | |
|---|---|
| **From:** | Kovach, Loree |
| **To:** | David Morgenstein; xanb@rgrdlaw.com |
| **Cc:** | Kassra Nassiri |
| **Subject:** | RE: PCIF Settlement Administration Questions |
| **Date:** | Wednesday, February 4, 2026 5:14:10 PM |

Answers inline below.

Best,
Loree

**Loree Kovach**
Epiq | Sr. Vice President, Strategy & Client Technology
Office: +1 206 876 5205
Mobile: +1 206 446 8416

**From:** David Morgenstein <dmorgenstein@spectrumsettlement.com>
**Sent:** Wednesday, February 4, 2026 1:00 PM
**To:** Kovach, Loree <loree.Kovach@epiqglobal.com>; xanb@rgrdlaw.com
**Cc:** Kassra P. Nassiri <kass@njfirm.com>
**Subject:** RE: PCIF Settlement Administration Questions

Loree,

Can you tell us the total number of conflicts or other issues have been referred to the Special Master, how many have been resolved, and how many are in Epiq's queue to be sent to the Special Master?  No, this isn't publicly available information.

For our claims that were not approved for payment, have they all been selected for audit – or are there other reasons claims were not included in the upcoming payment?  If so, what are the other reasons?  We are not giving class members specific reasons as to why certain claims were not included in the initial distribution.  The list of reasons claims were excluded is in my declaration filed in support of the motion for an initial distribution.  If it isn't readily obvious based on that list, then it could mean the claim is potentially part of an audit population, but there are other reasons a claim could have been excluded that may not be immediately obvious to you.  For instance, as described in my declaration, we had to use a proxy methodology to identify and exclude claims that may relate to the branded operator and payfac submerchant appeals, because there is no definitive way to identify these records in the data, and that process in some cases relied on data not necessarily available to the claimant.  This is just an example – the point is that it is not accurate to assume that any claim where you didn't submit a research request or otherwise challenge the interchange fees in our records was excluded from the initial distribution because it's identified for audit.

When you said "populations must be finalized", are you saying audits won't be begin until after you have finalized all claims (including challenges and appealed claims) that were not selected for audit?  **Correct.  Depending on the substance of appeals, we may not need to wait for all appeals to the Special Master to be resolved, but all fee challenges of any sort submitted to Epiq would need to be resolved before audits can commence.**  If that isn't what you mean, please elaborate so we know when the audits are likely to commence.

Regards,

David


David Morgenstein
Spectrum Settlement Recovery
**The Standard in Class Action Fund Recovery**

Spectrum Settlement Recovery
P.O. Box 480
San Francisco, CA  94104
dmorgenstein@spectrumsettlement.com
415-263-9190
415-392-5901 fax

This email and any attachments may contain confidential, proprietary, or attorney-client privileged information.   If you are not the intended recipient, please inform us promptly, delete the email, and do not copy, distribute, or disclose its contents it to anyone.  Unintended transmission shall not constitute waiver of any privilege.

---

**From:** Kovach, Loree <loree.Kovach@epiqglobal.com>
**Sent:** Tuesday, February 3, 2026 11:47 AM
**To:** David Morgenstein <dmorgenstein@spectrumsettlement.com>; xanb@rgrdlaw.com
**Cc:** Kassra P. Nassiri <kass@njfirm.com>
**Subject:** RE: PCIF Settlement Administration Questions

**CAUTION:** This email originated from outside Spectrum. Do not click links or open attachments unless you recognize the sender and know the content is safe.

David, please see responses inline below.

Best,
Loree


**Loree Kovach**
Epiq | Sr. Vice President, Strategy & Client Technology
Office: +1 206 876 5205
Mobile: +1 206 446 8416

**From:** David Morgenstein <dmorgenstein@spectrumsettlement.com>
**Sent:** Tuesday, February 3, 2026 10:34 AM
**To:** xanb@rgrdlaw.com
**Cc:** Kassra P. Nassiri <kass@njfirm.com>; Kovach, Loree <loree.Kovach@epiqglobal.com>
**Subject:** PCIF Settlement Administration Questions

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Xan,

We're hoping you can help us get information on the status of our claims at different stages of the process.

I've attached an email we sent to Loree - we haven't received a response and are trying to understand what we can do to help move things along.

Our questions, specifically:

1. Court filings suggested claimants would hear back from the Special Master 30 days or less following their final submissions.  We're now coming up on five months with no word on the conflicts we've submitted.  The Special Master's Report & Recommendations are to be filed within 30 days of his receipt of reply papers.  Because of the volume of appeals, in particular those related to conflicts, he has asked that Epiq send him those on a rolling basis.  Accordingly, you'll hear back from him within 30 days of appeals being sent to him by Epiq.
2. We accepted roughly 1,000 claims before the deadline – meaning we accepted the IF values determined by Epiq.  Barely 15% of those are scheduled for the upcoming initial, partial payment.  The others are presumably being audited – but Epiq won't even confirm that.  Epiq has rejected our offers to provide information to assist with the audits and has also refused to provide any information on what exactly they are auditing or when they will be through.  One year seems like more than enough time to do whatever they need to do.  We accepted their values so it's hard to imagine why it's taking so long to merely double-check their own figures.  By definition, audits take place after all claims are processed, as populations must be finalized before those can begin.  If any of your claims are selected for audit, you'll be informed of that when the audit begins and will be provided an opportunity to

<span style="color:red">respond at that time.  It is neither customary nor appropriate to provide claimants with advanced information on audits, nor does the settlement agreement entitle claimants to a general list of audit topics.</span>

3. Following the upcoming initial payment, we'd like to see a schedule for future payments.  We discussed this with you on a recent call – suggesting semi-annual payments.  Clearly identified deadlines and criteria for claims to be included in subsequent distributions would also be helpful for the entire class.  Settlement funds are available in the escrow account and we don't understand why you're unable to present a payment schedule to the court.  <span style="color:red">As detailed in my declaration, there are a number of factors outside of the Administrator's or Class Counsel's control that impact timing of payments, most notably the pending appeals.  There are no plans to provide a schedule for future payments at this time, but the Administrator is working as quickly as possible to identify additional claims for payment.</span>

Regards,

David


David Morgenstein
Spectrum Settlement Recovery
**The Standard in Class Action Fund Recovery**

Spectrum Settlement Recovery
P.O. Box 480
San Francisco, CA  94104
[dmorgenstein@spectrumsettlement.com](mailto:dmorgenstein@spectrumsettlement.com)
415-263-9190
415-392-5901 fax

This email and any attachments may contain confidential, proprietary, or attorney-client privileged information.   If you are not the intended recipient, please inform us promptly, delete the email, and do not copy, distribute, or disclose its contents it to anyone.  Unintended transmission shall not constitute waiver of any privilege.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.