UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This Document Applies To: )<br>)<br>)<br>ALL ACTIONS. )<br>) | No. 05-md-01720 (BMC) (JAM) |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 1.4, that the law firm Boies Schiller Flexner LLP is hereby substituted in place of the law firms Herbert Smith Freehills Kramer (US) LLP and Dowd Bennett LLP as counsel for Walmart Inc. in the above-captioned matter.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned incoming counsel. Outgoing counsel Herbert Smith Freehills Kramer (US) LLP and Dowd Bennett LLP should be removed from the CM/ECF service list for this matter.

Dated: March 13, 2026

*Signatures on Next Page*

1

Respectfully submitted,

*[signature]*

HERBERT SMITH FREHILLS KRAMER (US) LLP
Outgoing Counsel for Walmart Inc.

Paul H. Schoeman
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
paul.schoeman@hsfkramer.com

*[signature]*

DOWD BENNETT LLP
Outgoing Counsel for Wal-Mart Stores, Inc. (n/k/a Walmart Inc.)

John Comerford
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7300
jcomerford@dowdbennett.com

*[signature]*

WALMART INC.
Name: David Golden

*[signature]*

BOIES SCHILLER FLEXNER LLP
Incoming Counsel for Walmart Inc.

Scott E. Gant
1401 New York Avenue, NW
Washington, DC 20005
(202) 237-2727
sgant@bsfllp.com

Jesse Panuccio
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com

SO ORDERED:

_____, 2026

_____
United States Judge

2