

March 16, 2026

VIA ECF

The Honorable Joseph A. Marutollo
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*
05-md-1720 (This document applies to all actions)

Dear Judge Marutollo:

We write as outgoing counsel for Walmart Inc. ("Walmart") in this matter. Pursuant to the Court's March 13, 2026 Order deferring ruling on Doc. No. 9804 stipulating to the substitution of counsel, we represent that we do not assert a retaining or charging lien against Walmart. I attach a letter containing the same representation as to Dowd Bennett LLP, co-outgoing counsel for Walmart.

Sincerely,

Paul H. Schoeman
Executive Partner

Attachment: March 13, 2026 Letter to The Hon. Joseph A. Marutollo from John Comerford
Cc: All parties by ECF