# DOWD BENNETT LLP

John D. Comerford        Direct Dial: (314) 889-7311        Email: jcomerford@dowdbennett.com

March 13, 2026

<u>VIA ECF</u>

The Honorable Joseph A. Marutollo
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*
       05-md-1720 (This document applies to all actions)

Dear Judge Marutollo:

We write as outgoing counsel for Walmart Inc. ("Walmart") in this matter. Pursuant to the Court's March 13, 2026 Order deferring ruling on Doc. No. 9804 stipulating to the substitution of counsel, we represent that we do not assert a retaining or charging lien against Walmart.

Sincerely,

*/s/ JD Comerford/*

John D. Comerford

7676 FORSYTH BOULEVARD, SUITE 1900 · ST. LOUIS, MISSOURI 63105
314.889.7300 · FAX 314.863.2111 · WWW.DOWDBENNETT.COM