UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ———————————————————— x | | |
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : | MDL No. 1720(BMC)(JAM)<br><br>Civil No. 05-5075(BMC)(JAM) |
| ———————————————————— | : : | DECLARATION OF ALEXANDRA S. BERNAY IN SUPPORT OF RULE 23(b)(3) |
| This Document Relates To: | : : : | CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO CASCADE |
| ALL ACTIONS. | : : : | SETTLEMENT SERVICES LLC'S MOTION FOR AN ORDER DIRECTING THE |
| ———————————————————— x | | SETTLEMENT ADMINISTRATOR TO PROVIDE REGULAR PUBLIC REPORTING |

I, ALEXANDRA S. BERNAY, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* in this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of three co-lead firms the Court has appointed to serve as Rule 23(b)(3) Class Counsel ("Class Counsel") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     I submit this declaration in support of Rule 23(b)(3) Class Plaintiffs' Memorandum of Law in Opposition to Cascade Settlement Services LLC's Motion for an Order Directing the Settlement Administrator to Provide Regular Public Reporting.

3.     I am in contact on a near-daily basis with the Class Administrator ("Epiq") regarding the administration of this settlement. In addition to regular emails and calls, every week I have a video meeting with the project team and often others, including Epiq's senior members.

4.     In addition to the daily interaction and weekly videoconferences, Epiq has been directed to provide regular monthly reports regarding various data points related to the administration of the settlement.  These reports are provided to Class Counsel and are evaluated regularly.

5.     Quarterly, for the past two years or more, Class Counsel and Epiq have held day-long, in-person meetings to plan and discuss all aspects of the administration of the settlement, including detailed discussions regarding data, timelines, structure and process of claims intake and review, audit process, third-party issues, public relations planning, and more.  These meetings are extremely productive and are an important and necessary part of the massive undertaking that is the administration of the settlement in this action.

- 1 -

6.      Issues related to the settlement fund, including regular reinvestment decisions, are handled by members of each of the co-lead firms and the escrow bank.  The funds are closely monitored by numerous people at all three co-lead firms.  There are strict processes in place to ensure these decisions are made in line with the fiduciary duties of all involved.

7.      Issues regarding all aspects of the settlement, with a particular emphasis on third parties, are the subject of monthly Court-ordered reports.  I am the primary drafter of these reports. Each month, Epiq provides data that is included in the report as a separate section.

8.      In addition to the monthly reports, when certain pressing matters arise related to the administration of the settlement, those matters are generally brought to the Court via letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of March, 2026, at San Diego, California.


                                        s/ Alexandra S. Bernay
                                        ALEXANDRA S. BERNAY

4898-7821-5832.v1