

**ERIC L. CRAMER** / *CHAIRMAN*
215.875.3009 **m** 215.327.9583 | ecramer@bergermontague.com

March 24, 2026

**VIA ECF**

| | |
|---|---|
| The Honorable Judge | The Honorable Magistrate Judge |
|  Brian M. Cogan |  Joseph A. Marutollo |
| United States District Court for the | United States District Court for the |
| Eastern District of New York | Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, NY 11201 | Brooklyn, NY 11201 |

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Cogan and Marutollo:

    Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payment for the 1st quarter of 2026 in the amount of $12,200,000.00 for the Class I Cash Settlement Fund.

    This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and is due on or before April 15, 2026.

          Respectfully submitted,

| | | |
|---|---|---|
| */s/ K. Craig Wildfang* | | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | Eric L. Cramer | Alexandra S. Bernay |
| Thomas J. Undlin | **Berger Montague PC** | Patrick J. Coughlin |
| **Robins Kaplan LLP** | | **Robbins Geller Rudman & Dowd LLP** |

cc:    All Counsel via ECF