**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | |
| This document applies to: | Civil Action No.: 05-md-01720 (BMC) (JAM) |
| *Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), *also now known as DDMB, Inc., et al. v. Visa, Inc., et al.*, No. 05-md01720 (E.D.N.Y.) (BMC) (JAM) | |

## APPEARANCE OF COUNSEL

To:     The Clerk of court and all parties of record.

I am admitted *pro hac vice* to practice in this Court, and I appear as counsel for Objectors

Circle K Stores Inc. and the National Association of Convenience Stores.

Dated: March 30, 2026.                    Respectfully submitted,

/s/ *Mary Elizabeth Miller*
Mary Elizabeth Miller
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC  20001
(512) 693-8350
mary@lkcfirm.com

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2026, I served a true and correct copy of the foregoing

document on counsel of record via e-filing.

/s/ *Mary Elizabeth Miller*
Mary Elizabeth Miller