

**Robert G. Eisler**
reisler@gelaw.com



**Michael J. Freed**
mfreed@fklmlaw.com

HILLIARD|SHADOWEN

**Steve D. Shadowen**
steve@hilliardshadowenlaw.com



**Linda Nussbaum**
LNussbaum@nussbaumpc.com

March 30, 2026

***Via ECF***

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,*
E.D.N.Y. Case No. 1:05-md-01720 (BCM)(JAM)

Dear Judge Cogan:

Equitable Relief Class Plaintiffs (the "Class") and Defendants Visa Inc., including Visa U.S.A. Inc. and Visa International ("Visa"), and Mastercard Incorporated and Mastercard International Incorporated ("Mastercard") (collectively the "Parties") respectfully request guidance from the Court regarding the time allocated to counsel for each of the Class, Visa, and Mastercard at the hearing on the motion for preliminary approval of the settlement scheduled for April 20, 2026. If there are specific time constraints or other procedures the Court would like the Parties to follow, we would greatly appreciate any information the Court is able to provide.

Thank you very much for your consideration.

Very truly yours,

/s/ *Linda P. Nussbaum*
**Nussbaum Law Group, P.C.**

/s/ *Steve D. Shadowen*
**Hilliard & Shadowen LLP**

/s/ *Michael J. Freed*
**Freed Kanner London & Millen LLC**

/s/ *Robert G. Eisler*
**Grant & Eisenhofer P.A.**

cc: Counsel of Record (via ECF)