# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

March 31, 2026

***Via ECF***

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

>       Re:      *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (BMC) (JAM), No. 05-MD-1720*

Dear Judge Cogan:

We collectively represent three sets of intervenors and objectors to the proposed (b)(2) class settlement: (1) Walmart, Inc., *see* Doc. 9729; (2) National Retail Federation ("NRF") and the Retail Industry Leaders Association ("RILA"), *see* Doc. 9727; and (3) the National Association of Convenience Stores and Circle K, *see* Doc. 9722.  The Court has set a hearing on all objections for April 20, 2026, and has ordered that "each objecting class member will have 6 minutes to voice their objections and answer questions from the Court," and the "Court may increase this allotment if there are less objectors than anticipated, but no class member will be entitled to a greater amount of time than any other."  *See* Order, February 20, 2026.

All three of the above-referenced objectors plan to argue at the hearing, and we have worked with other objectors to determine their plans for the hearing.  Our understanding is that many objectors have reported that they do not plan to offer oral argument, which may mean that "there are less objectors than anticipated."  *See id.*

In light of that development, the undersigned objectors respectfully request an increase in the allotted argument time to 12 minutes per objector.  The undersigned objectors respectfully submit that this increased argument time will permit objectors and the Court to better explore the multiple significant issues that have been raised with the proposed settlement.  The

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

undersigned objectors will also coordinate their presentations to try to avoid duplication of argument.

Respectfully submitted,

| BOIES SCHILLER FLEXNER LLP | LEHOTSKY KELLER COHN LLP | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
|---|---|---|
| Jesse Panuccio<br>Scott E. Gant<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com<br>sgant@bsfllp.com<br><br>*Counsel to Walmart Inc.* | Mary Miller<br>200 Massachusetts Ave., NW,<br>Suite 700<br>Washington, DC 20001<br>(512) 693-8350<br>mary@lkcfirm.com<br><br>Mithun Mansinghani<br>629 W. Main Street<br>Oklahoma City, OK 73102<br>(512) 693-8350<br>mithun@lkcfirm.com<br><br>Drew Waldbeser<br>3280 Peachtree Road, NE<br>Atlanta, GA 30305<br>(512) 693-8350<br>drew@lkcfirm.com<br><br>*Counsel to National Association of Convenience Stores and Circle K* | Debra L. Greenberger<br>Daniel M. Eisenberg<br>One Rockefeller Plaza, 8th Floor<br>New York, New York 10020<br>(212) 763-5000<br>dgreenberger@ecbawm.com<br>deisenberg@ecbawm.com<br><br>*Counsel to NRF and RILA* |