*** Filed ***
02:37 PM, 31 Mar, 2026
U.S.D.C. Eastern District of New York

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**In re:**

**Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

 MDL No. 1720 (BMC)(JAM)

 Civil No. 05-5075 (BMC)(JAM)

## NOTICE OF DISTRIBUTION ERROR, NON-RECEIPT OF PAYMENT, AND REQUEST FOR COURT RELIEF

Submitted by: **Peter Corsa, Pro Se Class Member**

I respectfully notify the Court of a material error in the administration of my claim in the Rule 23(b)(3) settlement.

1. I am a class member with four approved merchants linked to my account in the Court-authorized Merchant Portal.
2. The portal shows the following interchange totals:
    - Alessandro of Gainesville — **$18,464.74**
    - Amelia's — **$21,720.40**
    - Bombay Bar & Grill — **$2,149.80**
    - Pios Pasta Downtown — **$13,267.35**
    - Total interchange fees: **$55,602.29**
3. Only one merchant ("Alessandro of Gainesville") shows a Payment Status of **Paid**.
4. I have **not received any payment**, and the administrator has not provided a check number, date, or confirmation of delivery.
5. I was informed that a check for approximately **$200** was issued, as displayed on the website. This amount is facially inconsistent with the portal data and appears to reflect a distribution error. I object to the amount distributed that was not received. This amount to settle an amount of $18464.74 owed is highly unfair.
6. I have attempted to resolve this directly with the Claims Administrator but have been unable to obtain correction or confirmation.
7. The Court's ongoing supervision of distribution issues (including monthly reports filed by Class Counsel) demonstrates that errors of this type remain a live concern.

## <u>REQUEST FOR RELIEF</u>

I respectfully request that the Court:

1. Direct the Claims Administrator (Epiq) to investigate my claim, confirm the correct transaction data, and re-calculate the proper distribution amount.
2. Require the Administrator to provide me with a written explanation of the calculation used and the status of any payment issued.
3. Order the Administrator to reissue any payment that was not received for the full amounts owed.
4. Grant any further relief the Court deems just and proper.

Respectfully submitted,

_____

**Peter Corsa**
7615 Heritage Crossing Way unit 102
Reunion, Florida 34747
petercorsa@outlook.com
352-727-9334
Date: 3/31/2026