# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**In re:**

**Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

 MDL No. 1720 (BMC)(JAM)

 Civil No. 05-5075 (BMC)(JAM)

## SUPPLEMENTAL NOTICE OF DISTRIBUTION ERROR AND REQUEST FOR COURT-ORDERED DISCLOSURE AND RECALCULATION

Submitted by: **Peter Corsa, Pro Se Class Member**

I submit this supplemental notice to advise the Court of additional issues arising from my communication with the Claims Administrator (Epiq) following my initial filing.

1. On April 3, 2026, I received a telephone call from an Epiq representative identifying himself as **Gordon**.
2. During this call, I requested the **merchant-level transaction totals**, **TIN-level data**, and the **mathematical formula** used to calculate my distribution amount.
3. The Court-authorized Merchant Portal reflects **$55,602.29** in total interchange fees across my approved merchants, including **$18,464.74** for "Alessandro of Gainesville," which is marked as "Paid."
4. Despite these figures, the Administrator issued a payment of approximately **$200**, which is facially inconsistent with the data and cannot be reconciled with any reasonable application of the Court-approved allocation methodology.
5. When I requested the underlying numbers and the calculation methodology, the Administrator expressly stated that he **could not provide**:
    - the merchant-level totals used in the calculation,
    - the TIN-level totals,
    - the allocation formula or percentage applied,
    - the calculation worksheet, or
    - any documentation explaining how the $200 amount was derived.
6. This refusal prevents me from verifying the accuracy of the distribution and is inconsistent with the Administrator's obligations under the Settlement Agreement and the Court's supervisory authority.
7. Without access to the underlying data and calculation, I cannot confirm whether the distribution was correctly computed, whether the payment was misallocated, or whether a check was improperly issued or misdelivered.

*** Filed *** 03:31 PM, 03 Apr, 2026 U.S.D.C. Eastern District of New York

8. The Administrator's refusal to provide the calculation methodology or the merchant-level data raises significant concerns regarding transparency, accuracy, and compliance with the Court-approved distribution plan.

9. **The Administrator's refusal to disclose the data and methodology renders the distribution process fundamentally unfair as applied to my claim.** Without transparency, I cannot meaningfully evaluate whether the $200 payment—grossly inconsistent with the $55,602.29 in interchange fees reflected in the portal—was the result of administrative error, misallocation, or miscalculation. This lack of disclosure prevents meaningful review and undermines the fairness of the distribution process.

10. I respectfully submit that the Court's intervention is necessary to ensure that the distribution is calculated correctly and that I receive the **full amount to which I am entitled under the settlement formula**, based on the $55,602.29 in interchange fees reflected in the portal.

## <u>REQUEST FOR COURT ORDERED RELIEF</u>

I respectfully request that the Court:

**Order the Claims Administrator (Epiq)** to produce to me, in writing:
a. the merchant-level and TIN-level transaction totals used in calculating my distribution;
b. the allocation formula, percentage, or rate applied;
c. the calculation worksheet showing how the payment amount was derived;
d. the check number, date of issuance, mailing address used, and status (including whether it was cashed).

1. **Direct the Administrator** to conduct a full review of my claim and confirm whether the distribution amount was correctly calculated based on the $55,602.29 in interchange fees reflected in the portal.

2. **Order recalculation and reissuance** of any payment that was miscalculated, misallocated, or improperly issued.

3. Grant any further relief the Court deems just and proper.

Respectfully submitted,

**Peter Corsa**
7615 Heritage Crossing Way unit 102
Reunion, Florida 34747
petercorsa@outlook.com
352-727-9334
Date: 3/31/2026