UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| E-Z Mart Stores, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Visa Inc., et al., <br><br> Defendants. | 13-cv-5352-BMC-JAM <br><br> 05-md-1720-BMC-JAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE |

WHEREAS Alimentation Couche-Tard Inc., on or about the March 15, 2015, acquired The Pantry, Inc. (doing business as The Pantry, Kangaroo Express, and Bean Street Coffee Company) ("Plaintiff"), a plaintiff in *E-Z Mart Stores, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-0697 (E.D. Tex.), which was consolidated for pretrial proceedings in MDL 1720, *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (E.D.N.Y.) ("MDL 1720") and assigned an the individual case number 13-cv-5352 in the United States District Court for the Eastern District of New York.

WHEREAS, Alimentation Couche-Tard Inc. and all its U.S. subsidiaries and affiliates, including The Pantry, Inc., having fully settled all of its claims against all of the defendants in this and other actions — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association, Mastercard International Incorporated and Mastercard Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.), Citigroup Inc., Citibank, N.A.,

1

Citicorp Credit Services, Inc. (USA) (as successor to Citicorp Payment Services, Inc.), Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants") — by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: April 10, 2026.

**CONSTANTINE CANNON LLP**

By: _____

A. Owen Glist
Ankur Kapoor
Taline Sahakian
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 350-2776
oglist@constantinecannon.com
akapoor@constantinecannon.com
tsahakian@constantinecannon.com

**SHINDER CANTOR LERNER**

Jeffrey I. Shinder
David Scupp
14 Penn Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
jeffrey@scl-llp.com
david@scl-llp.com

*Attorneys for Plaintiff Alimentation Couche-Tard Inc.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

3

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/Donna M. Ioffredo
    William B. Michael
    Brette Tannenbaum
    Nina Kovalenko
    1285 Avenue of the Americas
    New York, NY   10019-6064
    (212) 373-3000
    wmichael@paulweiss.com
    btannenbaum@paulweiss.com
    nkovalenko@paulweiss.com

    Donna M. Ioffredo
    2001 K Street, NW
    Washington, DC   20006-1047
    (202) 223-7300
    dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*


**MORRISON & FOERSTER LLP**

By: /s/ Natalie Fleming Nolen
    Michael B. Miller
    250 West 55th Street
    New York, NY   10019-9601
    (212) 468-8000
    mbmiller@mofo.com

    Natalie Fleming Nolen
    2100 L Street, NW, Suite 900
    Washington, DC   20037
    (202) 887-1500
    nflemingnolen@mofo.com

**ZEICHNER ELLMAN & KRAUSE LLP**

Jantra Van Roy
David B. Chenkin
1211 Avenue of the Americas
New York, NY   10036
(212) 223-0400
dchenkin@zeklaw.com


*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[1]


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


By:  /s/ Boris Bershteyn
     Boris Bershteyn
     Kamali P. Willett
     One Manhattan West
     New York, NY   10001-8602
     (212) 735-3000
     boris.bershteyn@skadden.com
     kamali.willett@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Paymentech, LLC (and as successor to Chase Paymentech Solutions, LLC), and JPMorgan Chase Bank, N.A. (and as successor to Chase Bank USA, N.A.)*

---

[1] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Dillard's, Inc., Gap, Inc., and GNC Holdings.

**SIDLEY AUSTIN LLP**


By: /s/ Benjamin R. Nagin
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 Seventh Avenue
    New York, NY   10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com

*Attorneys for Defendants Citigroup Inc.,*
*Citibank, N.A., and Citicorp Credit Services,*
*Inc. (USA) (as successor to Citicorp Payments*
*Services, Inc.)*


**PATTERSON BELKNAP WEBB &TYLER LLP**


By: /s/ Amy N. Vegari
    Amy N. Vegari
    William F. Cavanaugh
    1133 Avenue of the Americas
    New York, NY   10036
    (212) 336-2000
    avegari@pbwt.com
    wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo*
*& Company and Wells Fargo Bank, N.A*


**SO ORDERED:**

Dated:  April 11, 2026

*Brian M. Cogan*
_____
xNew York, New York
Brooklyn

_____
United States District Judge