

The Lawyer James J. DeCristofaro, Esq., P.C.
485 Madison Ave Fl 7
New York, NY 10022
Phone: (212) 500-1891
E-mail: james@thelawyerjames.com
Website: www.thelawyerjames.com

April 13, 2026

**VIA ECF**

Judge Brian M. Cogan
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION
Case No. 05-MD-1720 (MKB) (JAM)
Betz & Baril/ClickFunds request for brief extension of deadline to file objection**

Dear Judge Cogan:

This letter is being sent pursuant to Your Honor's Individual Practices in Civil Cases, specifically Individual Rule 1.E.  My  office represents third-party claims filers Betz & Baril PLLC and ClickFunds LLC (collectively, "Respondents").  As the Court is aware, Magistrate Judge Marutollo issued and filed a Report and Recommendation on April 1, 2026 (the "R&R") regarding Class Counsel's motion for sanctions against Respondents.  By this letter, Respondents respectfully request a brief extension for their deadline to object to the R&R from April 15, 2026, to April 23, 2026.  Per Individual Rule 1.E:

a.    The original date:  April 15, 2026;

b.    The number of previous requests for adjournment or extension:  none;

c.    Whether these previous requests were granted or denied:  no previous requests;

d.    Whether the adversary consents:  the undersigned conferred with Class Counsel and Class Counsel does not object to the request by Respondents for an 8 day extension;

e.    All other dates previously scheduled, including dates for conferences with the Court, and a suggested modified schedule, agreed to by all other counsel: sanctions motion was due February 9, 2026; opposition was due February 23, 2026; and

f.    The grounds for the extension or adjournment:  the undersigned is a small office and is preparing a motion to dismiss that is due for filing in SDNY case number 26-cv-00350-KPF, and needs more time to confer with Respondents.

*strategic thinking ■ practical solutions*

I thank the court for its consideration of this request.

Respectfully submitted,
/s/James J. DeCristofaro
James J. DeCristofaro