

Ryan Botkin
p 512.960.4730
ryan@bccaustin.com

April 17, 2026

**VIA ECF**

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Request for Extension of Time in the matter** *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, **No. 05-MD-1720 (BMC)(JAM)**

Dear Judge Cogan,

I represent Pedernales Electrical Cooperative, Inc. ("PEC"), a member of the Rule 23(b)(2) Plaintiff class in the action identified above.  On behalf of PEC, I hereby request a one-week extension of time to respond to the Court's April 7, 2026, Order to Show Cause ("SC Order").  Granting this request would make PEC's new response due today, April 17, 2026.

In support of this request, I respectfully submit the following information for your consideration:

1.  This is PEC's first request for an extension.

2.  On April 7, 2026, this Court issued the SC order, which directed PEC to respond within three days, by April 10, 2026 (the "Deadline"), showing cause why PEC should be allowed to voice objections through the undersigned counsel at this Court's Preliminary Settlement Approval Hearing scheduled for April 20, 2026.  The hearing in question has since been rescheduled to April 27, 2026.

3.  PEC is not a party to this action, and at the time the SC Order issued, neither PEC nor its counsel were registered on the Court's ECF docket. Thus neither PEC nor my office ever received notice of the SC Order through CM/ECF (or by any other means).

4.  PEC and its counsel first learned of the April 7, 2026 SC Order on April 15, 2026, when counsel manually checked this matter's docket through PACER, for the first time since April 7, 2026.  By the time PEC and I discovered the SC Order, the response deadline had already passed.

In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
April 10, 2026
Page 2

5.  As a Rule 23(b)(2) class member, PEC has not had an active role in this litigation, and thus my office has been keeping abreast of developments by periodically logging in to PACER and reviewing the latest docket entries.  We believed checking the docket every 1-2 weeks was sufficient for PEC's circumstances, and failed to anticipate that the Court might issue an Order requiring PEC to respond in a matter of days.  I apologize for this failure, and note that our registration for ECF in conjunction with this filing will prevent any recurrence of this problem.

6.  PEC's failure to meet the Deadline was not willful, but instead resulted from PEC's non-party status and lack of notice of the SC Order. PEC has acted diligently since becoming aware of the SC Order on April 15: my office immediately began collecting the information and preparing the necessary documents to respond appropriately, and PEC has now (contemporaneously with this Request) filed a substantive and compliant response within 48 hours of learning of the SC Order.[1]

7.  Absent the requested extension, PEC would be denied any meaningful opportunity to respond to the SC Order, because PEC and its counsel were unaware of the Order until after the Deadline had passed. Thus PEC seeks this extension only to allow the Court to consider the Response that is already on file, that otherwise would be untimely.

8.  No party will be prejudiced by granting PEC the requested one-week extension, including because the day after the SC Order issued, the hearing at issue was rescheduled for one week after the original hearing date.

9.  Pursuant to this Court's Individual Practices § I.E.1.d., I conferred by email with counsel for the Network Defendants and plaintiff class concerning wither they object to the requested extension: attorney Matthew Eisenstein responded that Defendants Visa and MasterCard take no position, and attorney Linda Nussbaum responded that the named plaintiffs also take no position.

In light of the foregoing, PEC respectfully requests that the Court extend its time to respond to the SC Order to a new deadline of April 17, 2026, or to such other date the Court deems appropriate. Again, I apologize for missing the Deadline, and appreciate this Court's entertaining this Request.

Sincerely,

Ryan A. Botkin
Partner

---

[1] PEC would have filed on April 16, but needed an additional day to confer with the parties before filing.