**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document applies to:<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), *also now known as DDMB, Inc., et al. v. Visa, Inc., et al.*, No. 05-md01720 (E.D.N.Y.) (BMC) (JAM) | Civil Action No.: 05-md-01720 (BMC) (JAM) |

**NATIONAL ASSOCIATION OF CONVENIENCE STORES' AND CIRCLE K'S MOTION TO WITHDRAW DREW F. WALDBESER AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, I, Drew F. Waldbeser, counsel for Interested Parties/Objectors, National Association of Convenience Stores and Circle K, move to withdraw my appearance as counsel on the grounds that my employment with Lehotsky Keller Cohn LLP will be ending on April 17, 2026. Interested Parties/Objectors will continue to be represented by the Lehotsky Keller Cohn LLP counsel identified in the signature block below. The undersigned does not assert a retaining or charging lien.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Drew F. Waldbeser*

Drew F. Waldbeser
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
drew@lkcfirm.com

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lkcfirm.com

Mary Miller
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
(512) 693-8350
mary@lkcfirm.com

*Counsel to National Association of
Convenience Stores and Circle K*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 17, 2026, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Drew F. Waldbeser*
Drew F. Waldbeser
