

**Robert G. Eisler**
reisler@gelaw.com

**Michael J. Freed**
mfreed@fklmlaw.com

HILLIARD | SHADOWEN

**Steve D. Shadowen**
steve@hilliardshadowenlaw.com

NLG Nussbaum Law Group, P.C.

**Linda Nussbaum**
LNussbaum@nussbaumpc.com

April 20, 2026

**_Via ECF_**

Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

SO ORDERED: 4/20/26, on the condition the devices will not be used to record audio or video of the proceeding.

_Brian M. Cogan_
—————————————————
USDJ

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,*
     E.D.N.Y. Case No. 1:05-md-01720 (BCM)(JAM)

Dear Ms. Mahoney:

The above-referenced matter is scheduled for a hearing before the Court on April 27, 2026 at 9:30 a.m. in the 2D North Ceremonial Courtroom before Judge Brian M. Cogan. We write on behalf of counsel for the Equitable Relief Class Plaintiffs to respectfully request the Court's permission for counsel to bring laptops or iPads into the hearing room. The attorneys who will be present and respectfully request permission to use laptops or iPads are Steve Shadowen, Linda Nussbaum, William London, and Lauren Kostman.

Thank you very much for your consideration of this request.

Very truly yours,

/s/ *Linda P. Nussbaum*
**Nussbaum Law Group, P.C.**

/s/ *Steve D. Shadowen*
**Hilliard & Shadowen LLP**

/s/ *Michael J. Freed*
**Freed Kanner London & Millen LLC**

/s/ *Robert G. Eisler*
**Grant & Eisenhofer P.A.**

cc:  Counsel of Record (via ECF)