UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-MD-1720 (BMC) (JAM) <br><br> ORAL ARGUMENT REQUESTED |

## SDNY PLAINTIFFS' NOTICE OF MOTION
## FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Potayto-Potahto, LLC d/b/a Falafel Taco, Dougicaban, Inc. d/b/a Quaker Hill Tavern, and CAM-OMO Inc. d/b/a Carmine Minardi NYC (the "SDNY Plaintiffs"), by and through their undersigned counsel, will move this Court for an order pursuant to Federal Rule of Civil Procedure 56, granting the SDNY Plaintiffs partial summary judgment on their declaratory judgment claim in *Potayto-Potahto, LLC v. Visa Inc.*, 26-cv-3245 (S.D.N.Y.). The grounds for this motion are set forth in the accompanying Memorandum of Law and such other written and oral argument as may be presented to the Court.

Dated: April 21, 2026
     New York, New York

Respectfully submitted,


**BRESSLER LLP**


By:   /s/ *Jason Bressler*
     Jason Bressler
     Kenneth L Bressler
     175 Varick Street, Suite 410
     New York, NY 10014
     Tel.: (212) 444-2388
     jason.bressler@bresslerllp.com
     ken.bressler@bresslerllp.com