# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER*
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

April 22, 2026

***Via ECF***

Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, E.D.N.Y. Case No. 1:05-md-01720 (BCM)(JAM)

Dear Ms. Mahoney:

We represent the National Retail Federation ("NRF") and Retail Industry Leaders Association ("RILA") in the above-captioned matter.  We write to request permission for undersigned counsel to bring laptops into the hearing scheduled for April 27, 2026 at 9:30 a.m. in the 2D North Ceremonial Courtroom before the Honorable Brian M. Cogan, U.S.D.J.  Counsel will not record audio or video of the proceeding via laptop or otherwise.

Respectfully submitted,

/s/ *Debra Greenberger*
Debra Greenberger
Daniel M. Eisenberg

---

* Albert Huber: admitted only in Florida.