April 22, 2026

**HAUSFELD®**

**Daniel P. Weick**
**Partner**

33 Whitehall Street
14th Floor
New York, NY 10004

T: 646-647-1282
E: dweick@hausfeld.com

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, E.D.N.Y. Case No. 1:05-md-01720 (BCM)(JAM)

Dear Judge Cogan:

I represent Yabla Inc. and the Merchant Plaintiffs in *In re Visa Debit Card Antitrust* Litigation, 1:24-cv-07435-JGK (S.D.N.Y.), in the above-captioned matter. I write to request permission for myself and my Hausfeld LLP colleague, Christopher L. Lebsock, to bring laptops into the hearing before Your Honor scheduled for April 27, 2026, at 9:30 a.m. in the 2D North Ceremonial Courtroom. We will not record audio or video of the proceeding via laptop or otherwise. Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Daniel P. Weick*
Daniel P. Weick

CC: Counsel of record via ECF

**hausfeld.com**

**AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | HAMBURG | LONDON | NEW YORK | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC**