F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 2 2 2026 ★

BROOKLYN OFFICE

RECEIVED
APR 2 2 2026
PRO SE OFFICE

To: THE Honorable Brian Cogan a
margo K. Brodie
united states District Judge
Eastern district of New york
225 Cadman plaze East
Brooklyn NY 11201

From : Robert JAy Davis
DBA; perfect landscapes and Lawn maintenance
and plant Nursery LLC.
GDC # 1000183293
Bacon County pre - transitional Center
165 East side industrial Blvd
Dost office Box 904, Alma, Georgia 31510

Reference : " Check " being issued
in the payment Card settlement
Interchange fees. Case# 105 MD01720-mKB-JAm
"
Notice to Compel Issveance of
Checks plus Intrest. and Intrest
from Escrow account.
Greetings your honor, lawyers, and
all Class members. I pray
that all is well with you all
and your families.

The reason for this notice is because i personally feel Like the Check's are being held because the 5,4 Billion dollars settlement thats held in Escrow account at U.S. Banks is drawing intrest for the attornies and not class members, and the settlement (money) has been there several years.

master Card and Visa over charged re fees in 2008 almost 18 years ago.

at this current time i'm Compelling this Court and all parties involved to start issuing the Checks to all class members Immediately, "OR" all class members and their attorneys should file a federal mandamus or injunction asking the Court to Release all Checks monies owed plus Intrest from the settlement and intrest from the escrow account within the next 30 - days

pages -2 - of -3-

## Conclusion

Plaintiff prays that this honorable Court will order defendants and or trustees to start issuing said check to this plaintiff within the next (30) day plus intrest or it leaves plaintiff with no other choice but to file a federal writ of mandamus compelling said Court.

Respectfully submitted on April 13, 2026.
by: Robert Jay Davis
Class member.

## Certificate of Service

I Do hereby certify that ive placed this foregoing by placing it into the U.S. mail, postage paid, properly addressed to the above within address on page 1 of this notice.

pages -3- of -3-, end pages

Robert Jay Davis #1000183793
Bacon pre-Transitional Center
165 Eastside Industrial Blvd
P.O. Box 904 Alma, Georgia 31510

JACKSONVILLE RPDC 320

15 APR 2026 PM 4 L

UNITED STATES
OF AMERICA
FOREVER/USA

S W S N

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2026 ★

BROOKLYN OFFICE

Honorable Judge Brian Cogan
Honorable Judge Margo K. Brodie
United States District Judge
Eastern district of New York
225 Cadman plaza East
Brooklyn NY 11201

11201-185299