# EXHIBIT 3



# Mastercard 2025–2026 U.S. Region Interchange Programs and Rates

**Effective April 11, 2025**

## U.S. Region Mastercard Consumer Credit Rates

| Program Name | Core (USD) | Enhanced Value (USD) | World (USD) | World High Value (USD) | World Elite (USD) |
|---|---|---|---|---|---|
| Airline | N/A | N/A | N/A | 2.55% + 0.10 | 2.55% + 0.10 |
| Charities | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 |
| Convenience Purchases Base | 1.65% + 0.04 | 1.80% + 0.04 | 1.90% + 0.04 | 2.30% + 0.04 | 2.30% + 0.04 |
| Convenience Purchases Tier I | 1.35% + 0.00 | 1.35% + 0.00 | 1.45% + 0.00 | 1.60% + 0.00 | 1.60% + 0.00 |
| Full UCAF | 1.95% + 0.10 | 2.10% + 0.10 | 2.20% + 0.10 | 2.60% + 0.10 | 2.60% + 0.10 |
| Key-entered | 1.95% + 0.10 | 2.10% + 0.10 | 2.20% + 0.10 | 2.60% + 0.10 | 2.60% + 0.10 |
| Lodging and Auto Rental | 1.65% + 0.10 | 1.75% + 0.10 | N/A | N/A | N/A |
| Merchant UCAF | 1.95% + 0.10 | 2.10% + 0.10 | 2.20% + 0.10 | 2.60% + 0.10 | 2.60% + 0.10 |
| Merit I | 1.95% + 0.10 | 2.10% + 0.10 | 2.20% + 0.10 | 2.60% + 0.10 | 2.60% + 0.10 |
| Merit I (Insurance MCCs[1]) | 1.43% + 0.05 | 1.43% + 0.05 | 1.43% + 0.05 | 2.25% + 0.10 | 2.25% + 0.10 |
| Merit I (Real Estate MCCs[2]) | 1.43% + 0.05 | 1.43% + 0.05 | 1.43% + 0.05 | 2.20% + 0.10 | 2.20% + 0.10 |
| Merit I (Day Care MCCs[3]) | 1.60% + 0.10 | 1.60% + 0.10 | 1.60% + 0.10 | N/A | N/A |
| Merit III Base | 1.65% + 0.10 | 1.80% + 0.10 | 1.90% + 0.10 | 2.30% + 0.10 | 2.30% + 0.10 |
| Merit III Tier 1 | 1.43% + 0.10 | 1.43% + 0.10 | 1.53% + 0.10 | 2.05% + 0.10 | 2.05% + 0.10 |
| Merit III Tier 2 | 1.48% + 0.10 | 1.48% + 0.10 | 1.58% + 0.10 | 2.10% + 0.10 | 2.10% + 0.10 |

[1] Applies to Insurance MCCs (5960 and 6300)

[2] Applies to Real Estate MCC (6513)

[3] Applies to Child Day Care Services MCC (8351)

©2024 Mastercard. Proprietary. All rights reserved.



| | | | | | |
|---|---|---|---|---|---|
| Merit III Tier 3 | 1.55% + 0.10 | 1.55% + 0.10 | 1.65% + 0.10 | 2.15% + 0.10 | 2.15% + 0.10 |
| Passenger Transport | 1.65% + 0.10 | 1.75% + 0.10 | N/A | N/A | N/A |
| Payment Transaction (Gaming Payments MCCs[4]) | 0.00% + 0.10 | 0.00% + 0.10 | 0.00% + 0.10 | 0.00% + 0.10 | 0.00% + 0.10 |
| Payment Transaction | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 |
| Petroleum Base | 1.90% + 0.00 (0.95 max) | 1.90% + 0.00 (0.95 max) | 2.00% + 0.00 (0.95 max) | 2.00% + 0.00 (0.95 max) | 2.00% + 0.00 (0.95 max) |
| Public Sector | 1.55% + 0.10 | 1.55% + 0.10 | 1.55% + 0.10 | 1.55% + 0.10 | 1.55% + 0.10 |
| Restaurant | N/A | N/A | 1.85% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 |
| Service Industries | 1.15% + 0.05 | 1.15% + 0.05 | 1.15% + 0.05 | 1.15% + 0.05 | 1.15% + 0.05 |
| Small Ticket[5] Card Present | 1.65% + 0.02 | 1.80% + 0.02 | 1.90% + 0.02 | 2.30% + 0.02 | 2.30% + 0.02 |
| Small Ticket[2] Card-Not-Present | 1.95% + 0.02 | 2.10% + 0.02 | 2.20% + 0.02 | 2.60% + 0.02 | 2.60% + 0.02 |
| Standard | 3.15% + 0.10 | 3.15% + 0.10 | 3.15% + 0.10 | 3.15% + 0.10 | 3.15% + 0.10 |
| Supermarket Base | 1.45% + 0.10 | 1.60% + 0.10 | 1.70% + 0.10 | 2.10% + 0.10 | 2.10% + 0.10 |
| Supermarket Tier 1 | 1.15% + 0.05 | 1.15% + 0.05 | 1.25% + 0.05 | 1.25% + 0.05 | 1.25% + 0.05 |
| Supermarket Tier 2 | 1.15% + 0.05 | 1.15% + 0.05 | 1.25% + 0.05 | 1.25% + 0.05 | 1.25% + 0.05 |
| Supermarket Tier 3 | 1.22% + 0.05 | 1.22% + 0.05 | 1.32% + 0.05 | 1.32% + 0.05 | 1.32% + 0.05 |
| T&E | N/A | N/A | 2.25% + 0.10 | 2.55% + 0.10 | 2.55% + 0.10 |
| T&E Large Ticket | N/A | N/A | N/A | 2.55% + 0.00 | 2.55% + 0.00 |
| Utilities | 0.00% + 0.75 | 0.00% + 0.75 | 0.00% + 0.75 | 0.00% + 0.75 | 0.00% + 0.75 |

[4] Gaming and Lottery MCCs (7800 , 7801, 7802, 7994, and 7995)

[5] New Small Ticket Ticket effective 21.Q2 Small Ticket rates will apply to transactions $5 and below.

©2024 Mastercard. Proprietary. All rights reserved.



| | | | | | |
|---|---|---|---|---|---|
| Consumer Credit Refund Group 1 | N/A | N/A | 2.30% + 0.00 | 2.30% + 0.00 | 2.30% + 0.00 |
| Consumer Credit Refund Group 2 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 |
| Consumer Credit Refund Group 3 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 |
| Consumer Credit Refund Group 4 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 |
| Consumer Credit Refund Group 5 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 | 1.75% + 0.00 |

### *U.S. Region Mastercard Consumer Credit Tier Qualifying Criteria*

| Tier [b] | Minimum Annual Consumer Credit Core Value, Enhanced Value, World, World High Value, and World Elite Volume |
|---|---|
| **Merit III** | |
| Tier 1 | USD 1.80 billion |
| Tier 2 | USD 1.25 billion |
| Tier 3 | USD 750 million |
| **Supermarket** | |
| Tier 1 | USD 6.00 billion |
| Tier 2 | USD 2.00 billion |
| Tier 3 | USD 750 million |
| **Convenience Purchases** | |
| Tier 1 [c] | USD 1.00 billion |

b    The minimum annual Consumer Credit Core Value, Enhanced Value, World, World High Value, and World Elite volume is based on a merchant's    October 2023 – September 2024 volume settled through the Global Clearing Management System (GCMS) that qualified for the Merit III, Supermarket,    or the Convenience Purchase interchange programs and requires a Mastercard approved and assigned Merchant ID. Only retail and restaurant MCCs    may qualify for Merit III Tier 1, 2, or 3.

c    A merchant may also qualify for the Convenience Purchases tier if ALL the following requirements are met (1) Minimum annual Mastercard Consumer Credit volume of USD 75 million settled through GCMS that qualified for the Convenience Purchases interchange rate programs, (2) 60% of Mastercard Consumer Credit transactions are USD 20 or lower, (3) Merchant must offer Mastercard prepaid products (gift or reloadable), (4) Provide acceptance message at the point-of-sale (POS) AND (5) Not a tiered merchant for Consumer Credit Merit 3.

©2024 Mastercard. Proprietary. All rights reserved.



### *U.S. Region Mastercard Unregulated Consumer Debit and Prepaid Rates*

| Program Name | Debit Rate (USD) | Prepaid Rate (USD) |
| --- | --- | --- |
| Charities | 1.45% + 0.15 | 1.45% + 0.15 |
| Emerging Markets | 0.80% + 0.25 | 0.80% + 0.25 |
| Emerging Markets (Education /Gov't MCCs [d]) | 0.65% + 0.15 (2.00 max) | 0.65% + 0.15 (2.00 max) |
| Full UCAF | 1.65% + 0.15 | 1.76% + 0.20 |
| Key-Entered | 1.65% + 0.15 | 1.76% + 0.20 |
| Lodging and Auto Rental | 1.15% + 0.15 | 1.15% + 0.15 |
| Merchant UCAF | 1.65% + 0.15 | 1.76% + 0.20 |
| Merit I | 1.65% + 0.15 | 1.76% + 0.20 |
| Merit I (Real Estate MCCs) | 0.80% + 0.25 (5.00 max) | 0.80% + 0.25 (5.00 max) |
| Merit I (Consumer Loan MCCs [e]) | 0.80% + 0.25 (2.95 max) | 0.80% + 0.25 (2.95 max) |
| Merit III Base | 1.05% + 0.15 | 1.15% + 0.15 |
| Merit III Tier 1 | 0.70% + 0.15 | 0.70% + 0.15 |
| Merit III Tier 2 | 0.83% + 0.15 | 0.83% + 0.15 |
| Merit III Tier 3 | 0.95% + 0.15 | 0.95% + 0.15 |
| Passenger Transport | 1.60% + 0.15 | 1.60% + 0.15 |
| Payment Transaction | 0.19% + 0.53 | 0.19% + 0.53 |
| Payment Transaction (Gaming Payments MCCs [f]) | 0.00% + 0.10 | 0.00% + 0.10 |
| Petroleum CAT/AFD | 0.70% + 0.17 (0.95 max) | 0.70% + 0.17 (0.95 max) |
| Petroleum Service Station | 0.70% + 0.17 (0.95 max) | 0.70% + 0.17 (0.95 max) |
| Restaurant | 1.19% + 0.10 | 1.19% + 0.10 |
| Service Industries | 1.15% + 0.05 | 1.15% + 0.05 |
| Small Ticket Base | 1.55% + 0.04 | 1.55% + 0.04 |
| Small Ticket Tier 1 | 1.30% + 0.03 | 1.30% + 0.03 |
| Standard | 1.90% + 0.25 | 1.90% + 0.25 |
| Supermarket Base | 1.05% + 0.15 (0.35 max) | 1.05% + 0.15 (0.35 max) |
| Supermarket Tier 1 | N/A | N/A |

©2024 Mastercard. Proprietary. All rights reserved.



| Program Name | Debit Rate (USD) | Prepaid Rate (USD) |
|---|---|---|
| Supermarket Tier 2 | N/A | N/A |
| Supermarket Tier 3 | N/A | N/A |
| Utilities | 0.00% + 0.65 | 0.00% + 0.65 |
| Consumer Debit Refund Group 1 | 0.00% + 0.00 | 0.00% + 0.00 |
| Consumer Debit Refund Group 2 | 0.00% + 0.00 | 0.00% + 0.00 |
| Consumer Debit Refund Group 3 | 0.00% + 0.00 | 0.00% + 0.00 |

d.   The following MCC's qualify for the Emerging market Education and Gov't rate: 7800, 8211, 8220, 8299, 9211, 9222, 9223, 9311, 9399, and 9402.

e.   The Merit 1 Consumer Loan rate requires a Mastercard approved and assigned Merchant ID.

f.   The following MCCs apply to the Payment Transaction: Gaming Payments: 7800, 7801, 7802, 7994, 7995

## *U.S. Region Mastercard Unregulated Consumer Debit and Prepaid Tier Qualifying Criteria*

| Tier [g] | Minimum Annual Consumer Debit and Prepaid | |
|---|---|---|
| | Merit III Volume | Supermarket Volume |
| Tier 1 | USD 400 million | N/A |
| Tier 2 | USD 275 million | N/A |
| Tier 3 | USD 175 million | N/A |

g   The minimum annual Consumer Debit and Prepaid volume is based on a merchant's October 2023 – September 2024 unregulated volume settled through GCMS that qualified for the Merit III interchange programs and requires a Mastercard approved and assigned Merchant ID.

Only retail and restaurant MCCs may qualify for Merit III Tier 1, 2, or 3.

## *U.S. Region Mastercard Unregulated Consumer Debit and Prepaid Small Ticket Tier Qualifying Criteria*

| Tier [h] | Minimum Annual Consumer Debit and Prepaid Small Ticket Transactions |
|---|---|
| Tier 1 | 175 million |

h   The minimum Consumer Debit and Prepaid volume or transactions is based on a merchant's October 2023 – September 2024 unregulated volume or transactions settled through GCMS that qualified for the Small Ticket interchange programs and requires a Mastercard approved and assigned Merchant ID.

©2024 Mastercard. Proprietary. All rights reserved.



## U.S. Region Mastercard Regulated Consumer/Commercial Debit and Prepaid Rates

| Program Name | Debit Rate (USD) | Prepaid Rate (USD) |
|---|---|---|
| **Purchases, Purchases with Cash-back and Unique** | | |
| Regulated POS Debit | 0.05% + 0.21 | 0.05% + 0.21 |
| Regulated POS Debit with Fraud Adjustment | 0.05% + 0.22 | 0.05% + 0.22 |
| Regulated POS Debit Small Ticket | 0.05% + 0.21 | 0.05% + 0.21 |
| Regulated POS Debit Small Ticket with Fraud Adjustment | 0.05% + 0.22 | 0.05% + 0.22 |
| **Credits (Refunds/Returns)** | | |
| Regulated POS Debit | 0.00% + 0.00 | 0.00% + 0.00 |
| Regulated POS Debit with Fraud Adjustment | 0.00% + 0.00 | 0.00% + 0.00 |
| Regulated POS Debit Small Ticket | 0.00% + 0.00 | 0.00% + 0.00 |
| Regulated POS Debit Small Ticket with Fraud Adjustment | 0.00% + 0.00 | 0.00% + 0.00 |
| **Payment Transactions** | | |
| Payment Transaction | 0.19% + 0.53 | 0.19% + 0.53 |
| Payment Transaction (Gov't-owned Lottery [k]) | 0.00% + 0.10 | 0.00% + 0.10 |

k    Payment Transaction – Gaming Payments applies to MCCs 7800, 7801, 7802, 7994, and 7995

**Note**: Regulated rates also apply to any U.S. Interregional transaction between the U.S., American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands.

©2024 Mastercard. Proprietary. All rights reserved.



## *U.S. Region Mastercard Commercial Rates - Small Business Credit*

| Program Name | Level 1 / Business Core (USD) | Level 2 / Business World (USD) | Level 3 / Business World Elite (USD) | Level 4 (USD) | Level 5 (USD) |
|---|---|---|---|---|---|
| Charities | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 |
| Data Rate I | 2.65% + 0.10 | 2.80% + 0.10 | 2.85% + 0.10 | 2.95% + 0.10 | 3.00% + 0.10 |
| Data Rate II | 1.90% + 0.10 | 2.05% + 0.10 | 2.10% + 0.10 | 2.20% + 0.10 | 2.25% + 0.10 |
| Payment Transaction | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 |
| Rebate | 0.00% + 0.00 | 0.00% + 0.00 | 0.00% + 0.00 | 0.00% + 0.00 | 0.00% + 0.00 |
| Standard | 2.95% + 0.10 | 3.10% + 0.10 | 3.15% + 0.10 | 3.25% + 0.10 | 3.30% + 0.10 |
| T&E Rate | 2.35% + 0.10 | 2.50% + 0.10 | 2.55% + 0.10 | 2.65% + 0.10 | 2.70% + 0.10 |
| Utilities | 0.00% + 1.50 | 0.00% + 1.50 | 0.00% + 1.50 | 0.00% + 1.50 | 0.00% + 1.50 |
| Commercial Refund Group 1 | 2.37% + 0.00 | 2.37% + 0.00 | 2.37% + 0.00 | 2.37% + 0.00 | 2.37% + 0.00 |
| Commercial Refund Group 2 | 2.30% + 0.00 | 2.30% + 0.00 | 2.30% + 0.00 | 2.30% + 0.00 | 2.30% + 0.00 |
| Commercial Refund Group 3 | 2.21% + 0.00 | 2.21% + 0.00 | 2.21% + 0.00 | 2.21% + 0.00 | 2.21% + 0.00 |
| Commercial Refund Group 4 | 2.16% + 0.00 | 2.16% + 0.00 | 2.16% + 0.00 | 2.16% + 0.00 | 2.16% + 0.00 |

©2024 Mastercard. Proprietary. All rights reserved.



## U.S. Region Mastercard Commercial Rates - Unregulated Commercial Debit/Prepaid and Large Market Credit

| Program Name | Commercial Debit (USD) | Commercial Prepaid (USD) | Large Market Credit (USD) |
|---|---|---|---|
| Charities | 2.00% + 0.10 | 2.00% + 0.10 | 2.00% + 0.10 |
| Data Rate I | 2.65% + 0.10 | 2.65% + 0.10 | 2.70% + 0.10 |
| Data Rate II | 2.10% + 0.10 | 2.65% + 0.10 | 2.50% + 0.10 |
| Data Rate II (Petroleum MCCs) | 2.05% + 0.10 | 2.05% + 0.10 | 2.20% + 0.10 |
| Data Rate III | N/A | N/A | 1.90% + 0.10 |
| Large Ticket | N/A | N/A | 1.45% + 35.00 |
| Payment Transaction | 0.19% + 0.53 | 0.19% + 0.53 | 0.19% + 0.53 |
| Rebate | 0.00% + 0.00 | 0.00% + 0.00 | 0.00% + 0.00 |
| Standard | 2.95% + 0.10 | 2.95% + 0.10 | 2.95% + 0.10 |
| T&E Rate | 2.35% + 0.10 | 2.35% + 0.10 | 2.65% + 0.10 |
| Utilities | 0.00% + 1.50 | 0.00% + 1.50 | N/A |
| Commercial Refund Group 1 | 2.37% + 0.00 | 2.37% + 0.00 | 2.37% + 0.00 |
| Commercial Refund Group 2 | 2.30% + 0.00 | 2.30% + 0.00 | 2.30% + 0.00 |
| Commercial Refund Group 3 | 2.21% + 0.00 | 2.21% + 0.00 | 2.21% + 0.00 |
| Commercial Refund Group 4 | 2.16% + 0.00 | 2.16% + 0.00 | 2.16% + 0.00 |

©2024 Mastercard. Proprietary. All rights reserved.



## *U.S. Region Mastercard Commercial Rates –*
### *Commercial Payments Account and Variable Interchange Programs*

| Commercial Payments Account Transaction Amount | Rate (USD) |
| --- | --- |
| Less than USD 10,000.00 | Commercial rates apply |
| Large Ticket 1 (USD 10,000.00–25,000) | 1.20% |
| Large Ticket 2 (USD 25,000.01–100,000) | 1.00% |
| Large Ticket 3 (USD 100,000.01–500,000) | 0.90% |
| Large Ticket 4 (USD 500,000.01–1,000,000) | 0.80% |
| Large Ticket 5 (More than USD 1,000,000) | 0.70% |

| Bill Pay Commercial (BPC) | Rate (USD) |
| --- | --- |
| Commercial Bill Pay Standard | 2.50% + 0.10 |

| Variable Interchange Programs (VIP) | Rate (USD) |
| --- | --- |
| VIP Rate 1 | 0.80% + 0.10 |
| VIP Rate 2 | 1.05% + 0.10 |
| VIP Rate 3 | 1.35% + 0.10 |
| VIP Rate 4 | 1.45% + 0.10 |
| VIP Rate 5 | 1.90% + 0.10 |
| VIP Rate 6 | 2.50% + 0.10 |
| VIP Rate 7 | 3.00% + 0.10 |
| VIP Rate 8 | 2.70% + 0.10 |
| VIP Rate 9 | 2.95% + 0.10 |
| VIP Rate 10 | 2.75% + 0.10 |
| VIP Rate 11 | 1.45% + 35.00 |
| VIP Rate 12 | 2.40% + 0.00 |
| VIP Rate 13 | 2.30% + 0.00 |
| VIP Rate 14 | 2.00% + 0.00 |

©2024 Mastercard. Proprietary. All rights reserved.



| VIP Rate 15 | 2.85% + 0.00 |
|---|---|
| VIP Rate 16 | 2.80% + 0.10 |
| VIP Rate 17 | 2.65% + 0.10 |
| VIP Rate 18 | 2.20% + 0.00 |
| VIP Rate 19 | 2.10% + 0.00 |
| VIP Rate 20 | 1.95% + 0.00 |
| VIP Rate 21 | 1.85% + 0.00 |
| VIP Rate 22 | 1.75% + 0.00 |
| VIP Rate 23 | 1.65% + 0.00 |
| VIP Rate 24 | 1.55% + 0.00 |
| VIP Rate 25 | 1.25% + 0.00 |
| VIP Rate 26 | 1.10% + 0.00 |
| VIP Rate 27 | 0.95% + 0.00 |
| VIP Rate 28 | 0.90% + 0.00 |
| VIP Rate 29 | 0.75% + 0.00 |
| VIP Rate 30 | 0.65% + 0.00 |
| VIP Rate 31 | 0.60% + 0.00 |
| VIP Rate 32 | 0.50% + 0.00 |
| VIP Rate 33 | 0.30% + 5.00 |
| VIP Rate 34 | 0.00% + 50.00 |

©2024 Mastercard. Proprietary. All rights reserved.