# EXHIBIT 5

# Mastercard Rules

**3 June 2025**



BM

# Chapter 16  United States Region

*This chapter contains Rules pertaining to Activity conducted in the United States Region.*

Applicability of Rules................................................................................................341

Definitions.................................................................................................................341

1.9 Participation in Activity(ies) and Digital Activity.............................................342

1.12 Change of Control of Customer or Portfolio..................................................342

    1.12.1 Change of Control of Issuer or Issuing Program.......................................342

    1.12.2 Change of Control of Acquirer or Acquiring Program..............................343

3.1 Obligation to Issue Mastercard Cards............................................................344

3.3 Transaction Requirements...............................................................................344

3.4 Authorization Service.......................................................................................344

    3.4.1 Authorization Data Insights Requirement.................................................344

5.1 The Merchant and ATM Owner Agreements....................................................345

    5.1.2 Required Merchant Agreement Terms.......................................................345

        5.1.2.1 Gambling Merchants..........................................................................345

5.4 Acquirer Obligations to Merchants.................................................................346

    5.4.3 Provide Information....................................................................................346

5.8 Transaction Message Data...............................................................................346

    5.8.1 Acceptor Business Code (MCC) Information...............................................346

5.11 Merchant Obligations for Card Acceptance...................................................346

    5.11.1 Honor All Cards.........................................................................................346

    5.11.2 Merchant Acceptance of Mastercard Cards.............................................347

    5.11.4 Additional Cardholder Identification........................................................347

5.12 Prohibited Practices.......................................................................................347

    5.12.1 Discrimination...........................................................................................347

6.1 Card Issuance - General Requirements...........................................................347

    6.1.1 Mastercard Card Issuance.........................................................................348

    6.1.2 Maestro Card Issuance..............................................................................348

    6.1.4 Tokenization of Accounts..........................................................................349

        6.1.4.1 Maestro Accounts...............................................................................349

6.10 Prepaid Card Programs..................................................................................349

    6.10.6 Value Loading...........................................................................................350

7.1 Service Provider Categories and Descriptions................................................350

    7.1.2 Third Party Processor.................................................................................350

        7.1.2.3 Type III................................................................................................351

7.2 The Program and Performance of Program Service........................................351

© 1969–2025 Mastercard. Proprietary. All rights reserved.

7.2.2 Notification to the Corporation........................................................................................351
7.6 Acquiring Programs .......................................................................................................352
7.6.5 Payment Facilitators and Sponsored Merchants .....................................................352
7.6.7 Staged Digital Wallet Operator Requirements........................................................353
7.8 Payment Facilitator Obligations.....................................................................................353
7.8.1 Sponsored Merchant Agreement.............................................................................353
7.8.1.1 Required Sponsored Merchant Agreement Terms............................................353
7.8.2 Obligations as Sponsor of Sponsored Merchants....................................................354
7.9 Type I TPP Obligations....................................................................................................354
7.10 Registration Requirements for Service Providers...........................................................355
7.10.2 Registration Requirements for Type I TPPs............................................................355
7.10.3 Registration Requirements for Type III TPPs..........................................................356
8.6 Settlement Liability for Debit Licensees..........................................................................356
8.7 Settlement Liability for Type I TPPs that Sponsor Affiliates..............................................356
8.10 Risk of Loss.................................................................................................................356

© 1969–2025 Mastercard. Proprietary. All rights reserved.

- It is consented to by the Issuer; and
- The load is not routed or processed through the Interchange System.

A Payment Transaction must not be processed to a prepaid Card with respect to gambling winnings, unspent chips, or other value usable for gambling.

## 5.4 Acquirer Obligations to Merchants

### 5.4.3 Provide Information

An Acquirer must provide a Merchant with which the Acquirer has a Merchant Agreement at least 30 days' advance notice of any new or increased Fee arising from or related to the Merchant Agreement. Such notice must be provided separately from any regular Fee statement, bill, invoice or the like provided to a Merchant. As used herein, the term Fee has the meaning set forth in Rule 5.1.2 of these United States Region Rules.

## 5.8 Transaction Message Data

### 5.8.1 Acceptor Business Code (MCC) Information

In the U.S. Region, the Rule on this subject is modified as follows.

A U.S. Region Acquirer may use MCC 7801 (Internet Gambling) or MCC 7802 (Government Licensed Horse/Dog Racing) to identify Transactions arising from a U.S. Region Merchant, Sponsored Merchant, or other entity engaged in legal gambling activity involving non-sports intrastate Internet gambling, sports intrastate Internet gambling, horse racing, or dog racing if the Acquirer has first registered the Merchant, Sponsored Merchant, or other entity with the Corporation as described in section 9.4.2 of the *Security Rules and Procedures* manual.

## 5.11 Merchant Obligations for Card Acceptance

### 5.11.1 Honor All Cards

In the U.S. Region, the Rule on this subject as it applies to Mastercard Card acceptance is replaced with the following:

1. **Honor All Debit Mastercard Cards.** Merchants that choose to accept Debit Mastercard Cards must honor all valid Debit Mastercard Cards without discrimination when properly presented for payment. The Merchant must maintain a policy that does not discriminate among customers seeking to make purchases with a Debit Mastercard Card.
2. **All Other Mastercard Cards.** Merchants that choose to accept Other Mastercard Cards must honor all Other Mastercard Cards without discrimination when properly presented for

© 1969–2025 Mastercard. Proprietary. All rights reserved.

payment. The Merchant must maintain a policy that does not discriminate among customers seeking to make purchases with another Card.

### 5.11.2 Merchant Acceptance of Mastercard Cards

Merchants that accept Mastercard Cards may choose to accept Debit Mastercard Cards only, Other Mastercard Cards only, or both Debit Mastercard Cards and Other Mastercard Cards.

Merchants that request signage for the purpose of indicating their acceptance of Debit Mastercard Cards must display such signage for a minimum of three months. The signage may be requested at www.mastercardweacceptdebit.com.

An Acquirer must provide a complete list of accurate and current BINs obtained through the Corporation that apply to Debit Mastercard Cards to its Merchants and ensure that its Merchants use the updated BIN information within six calendar days of such file being made available by the Corporation.

### 5.11.4 Additional Cardholder Identification

An automated fuel dispenser (MCC 5542) Merchant located in the U.S. Region and identified by the Corporation to be an Excessive Chargeback Merchant (ECM) must use the Mastercard Address Verification Service (AVS) to verify the Cardholder's ZIP code before completing a Cardholder-Activated Terminal (CAT) Level 2 Transaction. The Merchant's implementation of AVS must occur within 60 days of the initial ECM identification and continue until the Merchant is no longer identified as an ECM for three consecutive months. For information about ECM criteria, refer to the Acquirer Chargeback Monitoring Program section in the *Data Integrity Monitoring Program* manual.

## 5.12 Prohibited Practices

### 5.12.1 Discrimination

Refer to Chapter 17 for an additional provision to this Rule applicable in the U.S. Region.

## 6.1 Card Issuance - General Requirements

In the U.S. Region, the Rule on this subject is modified as follows.

A Chip Card or Access Device that is newly issued or re-issued in the U.S. Region must be configured as online-only or online-preferring for both Contact Chip Transaction and Contactless Transaction processing. "Online-only" means that the Card or Access Device never approves a Transaction by means of offline authorization. "Online-preferring" means that the Card or Access Device always requests an online authorization, but may accept an offline authorization when an online connection is not available. For more information, refer to *M/Chip Requirements for Contact and Contactless*.

© 1969–2025 Mastercard. Proprietary. All rights reserved.