April 28, 2026

The Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
Case No. 05-MD-1720 (MKB)(JO) – Class Administrator errors pertaining to Resort Inns, Inc. DBA Ocean Plaza
Beach Resort Registration and Request to submit a Late Claim.

Dear Judge Cogan:

I first learned about the above referenced class action lawsuit while reading the Wall Street Journal's April 1,
2019, edition. A copy of the actual newspaper's Legal Notice is attached hereto as Exhibit A. This notice caught
my attention because my family's business, a hotel company, paid approximately $3 million in merchant discount
fees during the requisite time period. On April 7, 2019, as required at the time, I submitted on the Class
Administrator's website paymentcardsettlement.com a "Registration" to file a claim for my family's business
Resort Inns, Inc. DBA Ocean Plaza Beach Resort. The federal tax ID number for our company is 58-1574506. I
was immediately sent an email that listed Confirmation Code PGIH0AT7. A copy of that email is attached hereto
as Exhibit B.

Over the following years, I periodically called the Class Administrator's office at (800) 625-6440 inquiring about
the status of the case. Each time I was told the case verdict is being appealed and that I would be notified by U.S.
mail and by email when it is time to submit our claim. This never happened. The Class Administrator's office
does in fact have records of my periodic phone calls. On March 30, 2026, I again called the Class Administrator's
office, but this time they said that the time period to file a claim closed over a year ago, and there is nothing
anybody can do about it. I asked them to look into this because I was never sent any email or claim form for us to
submit our claim, contrary to the expectations set forth by the Legal Notice and the Registration process. The
Class Administrator representative gave me a research reference #1289488. A few days later I spoke with Class
Administrator representative Gordon at Epic. His phone number is (503) 350-5222. Gordon admitted to me that
no emails were ever sent to the email address I registered in 2019 when I was issued the Registration
Confirmation Code, and he also admitted that our paper claim form was sent to the wrong address. He further
stated there is nothing he can do for us. I was shocked by his answer because I firmly believe the Class
Administrator dropped the ball on this and did not perform their legal obligations. I then called and spoke with
representatives at each of the three class counsel law firms of record—Berger Montague, Robins Kaplan, and
Robbins Gellar Rudman & Dowd and received the same answer. It is obvious that none of the key players in this
litigation want to be bothered with this matter, now that they have received their handsome compensation.

Due to the admitted errors of the Class Administrator not sending us any notifications whatsoever, even though
we properly registered by electronically submitting our contact information in 2019 and received Confirmation
Code PGIH0AT7, I am requesting that we be allowed to submit a Late Claim so my family members may have
our fair share of the settlement. I would welcome a conversation with you, and I can be reached by phone at (912)
660-3575 or by email at harry.spirides@icloud.com. Thank you very much for your consideration.

Very Respectfully,

Harry G. Spirides
Resort Inns, Inc. DBA Ocean Plaza Beach Resort

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

LEGAL NOTICE

## ...ve accepted Visa and Mastercard at any time from January 1, 2004 to ...otice of a class action settlement of approximately $5.54-6.24 Billion.

*...ea leer este aviso en español, llámenos o visite nuestro sitio web, www.PaymentCardSettlement.com.*

each of the eight Rule 23(b)(3) Class Plaintiffs in service awards for their efforts on behalf of the Rule 23(b)(3) Settlement Class.

### HOW TO ASK FOR PAYMENT

To receive payment, merchants must fill out a claim form. If the Court finally approves the settlement, and you do not exclude yourself from the Rule 23(b)(3) Settlement Class, you will receive a claim form in the mail or by email. Or you may ask for one at: www.PaymentCardSettlement.com, or call: 1-800-625-6440. *←This never happened.*

### LEGAL RIGHTS AND OPTIONS

Merchants who are included in this lawsuit have the legal rights and options explained below. You may:

- **File a claim to ask for payment.** Once you receive a claim form, you can submit it via mail or email, or may file it online at www.PaymentCardSettlement.com.

- **Exclude yourself** from the Rule 23(b)(3) Settlement Class. If you exclude yourself, you can individually sue the Defendants on your own at your own expense, if you want to. If you exclude yourself, you will not get any money from this settlement. If you are a merchant and wish to exclude yourself, you must make a written request, place it in an envelope, and mail it with postage prepaid and postmarked no later than **July 23, 2019**, or send it by overnight delivery shown as sent by **July 23, 2019**, to Class Administrator, Payment Card Interchange Fee Settlement, P.O. Box 2530, Portland, OR 97208-2530. Your written request must be signed by a person authorized to do so and provide all of the following information: (1) the words "In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation," (2) your full name, address, telephone number, and taxpayer identification number, (3) the merchant that wishes to be excluded from the Rule 23(b)(3) Settlement Class, and what position or authority you have to exclude the merchant, and (4) the business names, brand names, "doing business as" names, taxpayer identification number(s), and addresses of any stores or sales locations whose sales the merchant desires to be excluded. You also are requested to provide for each such business or brand name, if reasonably available: the legal name of any parent (if applicable), dates Visa or Mastercard card acceptance began (if after January 1, 2004) and ended (if prior to January 25, 2019), names of all banks that acquired the Visa or Mastercard card transactions, and acquiring merchant ID(s).

- **Object to the settlement.** The deadline to object is **July 23, 2019**. To learn how to object, visit www.PaymentCardSettlement.com or call 1-800-625-6440. Note: If you exclude yourself from the Rule 23(b)(3) Settlement Class you cannot object to the settlement.

For more information about these rights and options, visit: www.PaymentCardSettlement.com.

### IF THE COURT APPROVES THE

The release does *not* extinguish the following claims:

- Claims based on conduct or rules that could not have been alleged or raised in the litigation.

- Claims based on future rules that are not substantially similar to rules that were or could have been alleged or raised in the litigation.

- Any claims that accrue more than five years after the court's approval of the settlement and the resolution of any appeals.

The release also will have the effect of extinguishing all similar or overlapping claims in any other actions, including but not limited to the claims asserted in a California state court class action brought on behalf of California citizen merchants and captioned *Nuts for Candy v. Visa, Inc., et al.,* No. 17-01482 (San Mateo County Superior Court). Pursuant to an agreement between the parties in *Nuts for Candy,* subject to and upon final approval of the settlement of the Rule 23(b)(3) Settlement Class, the plaintiff in *Nuts for Candy* will request that the California state court dismiss the *Nuts for Candy* action. Plaintiff's counsel in *Nuts for Candy* may seek an award in *Nuts for Candy* of attorneys' fees not to exceed $6,226,640.00 and expenses not to exceed $493,697.56. Any fees or expenses awarded in *Nuts for Candy* will be separately funded and will not reduce the settlement funds available to members of the Rule 23(b)(3) Settlement Class.

The release **does not** bar the injunctive relief claims or the declaratory relief claims that are a predicate for the injunctive relief claims asserted in the pending proposed Rule 23(b)(2) class action captioned *Barry's Cut Rate Stores, Inc., et. al. v. Visa, Inc., et al.,* MDL No. 1720, Docket No. 05-md-01720-MKB-JO ("*Barry's*"). Injunctive relief claims are claims to prohibit or require certain conduct. They do not include claims for payment of money, such as damages, restitution, or disgorgement. As to all such claims for declaratory or injunctive relief in *Barry's,* merchants will retain all rights pursuant to Rule 23 of the Federal Rules of Civil Procedure which they have as a named representative plaintiff or absent class member in *Barry's,* except that merchants remaining in the Rule 23(b)(3) Settlement Class **will release** their right to initiate a new and separate action for the period up to five (5) years following the court's approval of the settlement and the exhaustion of appeals.

The release also does not bar certain claims asserted in the class action captioned *B&R Supermarket, Inc., et al. v. Visa, Inc., et al.,* No. 17-CV-02738 (E.D.N.Y.), or claims based on certain standard commercial disputes arising in the ordinary course of business.

For more information on the release, see the full mailed Notice to Rule 23(b)(3) Settlement Class Members and the settlement agreement at: www.PaymentCardSettlement.com.

### THE COURT HEARING ABOUT THIS SETTLEMENT

On November 7, 2019, there will be a Court hearing to decide

**EXHIBIT B**

**Subject:** Payment Card Settlement – Registration Confirmation

**Date:**  Sunday, April 7, 2019 at 8:33:01 PM Eastern Daylight Time

**From:**  info@paymentcardsettlement.com <info@paymentcardsettlement.com>

**To:**  Harry Spirides <harry@resort-retail.com>

Thank you. Your Registration has been successfully submitted. Your Confirmation Code is: PGIH0AT7. Please keep this Code for your records.

Sincerely,

Class Administrator
Questions? Contact the Class Administrator at 1-800-625-6440 or info@PaymentCardSettlement.com

*This is an auto generated email. Do not respond to this email.*