In re PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

CASE NO.
05-MD-1720 (BMC)(JAM)

This Document Relates To:

ALL ACTIONS.

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Eastern

District of New York, the undersigned counsel of the law firm of Robins Kaplan LLP for

Rule 23(b)(3) Class Plaintiffs hereby gives notice and respectfully requests that this Court grant

leave to withdraw his appearance as counsel of record for the Rule 23(b)(3) Class Plaintiffs. The

undersigned counsel will be leaving Robins Kaplan LLP effective May 8, 2026 and is not

asserting a retaining or charging lien.  Rule 23(b)(3) Class Plaintiffs will continue to be

represented by counsel of record from Robins Kaplan LLP and Co-Lead Counsel from Berger

Montague PC and Robbins Geller Rudman & Dowd LLP.

Dated: May 6, 2026
Minneapolis, Minnesota

*/s/ Ryan W. Marth*
Ryan W. Marth
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
Telephone: (612) 349-8500
rmarth@robinskaplan.com

*Counsel for Rule 23(b)(3) Class Plaintiffs*

SO ORDERED:

_____

97117492.1