Chris Banko
104 Christine Place
Belle Chasse, Louisiana 70037
313cbcb@gmail.com
Cell: (504) 782-7784



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 05 2026 ★

BROOKLYN OFFICE



RECEIVED
MAY 05 2026
PRO SE OFFICE

April 29, 2026

Judge Brian Cogan
United States District Court
225 Cadman Plaza East
Brooklynn, New York 11201

Hello,

I received this in the mail as I was approached by a company that can assist with recovering money from a class action settlement. This was some time ago. Case 05-MD-01720. There are so many scams out today and I wanted to see if this is real and normal procedures?

I want to check if this is a real case? Is this a normal procedure to be paid payment for this settlement?
Is this part of the settlement to pay out portions of the payout? Is it ok to deposit this check?
I did not want to access this site listed on the document with fear of it being fake and or a scam that could access your data through your computer.
Do you have a time line when additional monies will be paid out and how much if this is a real case?
Is the web site listed on the document ok to view and get information about the case? IS this the only way to get updates on the case?

If you want to email the responses to save mailing expense I have my cell phone and email address listed above.

I have a copy of the document in question enclosed in this letter
Thanks
Chris Banko

313cbcb@gmail.com

PAYMENT CARD INTERCHANGE FEE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

000 0000016 00000000 0006 0016 00002

| | | |
|---|---|---|
| CHECK DATE: | MARCH 31, 2026 |
| CHECK NUMBER: | 408978 |
| CHECK AMOUNT: | $502.19 |
| CLAIMAINT ID: | 3F99DC6393 |

 

*400692460759825137*

SMITH VENTURES LLC
C/O U.S. ASSET RECOVERY, LLC
1011 HIGHLAND WAY
BOWLING GREEN KY 42014

This check is issued pursuant to the terms of the class action settlement *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-01720 (E.D.N.Y.). Payments have been issued to approved claims pursuant to the Court's October 30, 2025, *Order Granting Motion for Initial, Partial Distribution of Settlement Funds.*

As claim review is ongoing, and to ensure there are sufficient funds remaining to provide for all approved claims, this initial payment is for only a portion of your total award. You will receive the difference between the initial payment and your total pro rata award after claim processing is completed and outstanding legal issues are resolved. It is unknown at this time how long this will take.

The best source of information is the Court-approved Settlement Website, which is updated as soon as new information is available. *The Motion for Initial, Partial Distribution of Settlement Funds* and the Court's Order granting the motion are both available for review on the Settlement Website, along with other important court documents.

The enclosed check is valid for **90 days** from the issue date. Please deposit promptly.

For questions about your award, please review the FAQs at the Settlement Website (www.paymentcardsettlement.com), email **info@paymentcardsettlement.com**, call the Class Administrator at 1-800-625-6440, or write to P.O. Box 2530, Portland, OR 97208-2530.

---

WARNING: THIS DOCUMENT CONTAINS SEVERAL DOCUMENT SECURITY FEATURES

PAYMENT CARD INTERCHANGE FEE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

25-2
440

| CHECK NUMBER | DATE |
|---|---|
| 408978 | 03/31/2026 |

Void if not negotiated within ninety (90) days of date of issue

PAY EXACTLY ********* FIVE HUNDRED TWO AND 19/100 DOLLARS

AMOUNT
$502.19

PAY TO THE ORDER OF:
SMITH VENTURES LLC

This check may not be cashed at a check cashing agency or money service business.

Authorized Signature

DO NOT CASH IF THE WORD VOID IS VISIBLE · SEE REVERSE SIDE FOR LIST OF SECURITY FEATURES

⑆0000408978⑆ ⑆044000024⑆ 0189432757⑈

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail



UNITED STATES
POSTAL SERVICE ®

11201

RDC 03        0 Lb 0.80 Oz

U.S. POSTAGE PAID
PM
BELLE CHASSE, LA 70037
APR 29, 2026

**$17.85**

S2324E503030-04

EXPECTED DELIVERY DAY: 05/04/26

USPS SIGNATURE® TRACKING #

EP14H July 2022 Outer Dimension: 10 x 5

9510 8158 7502 6119 1687 84

PS00001000064

ORDER FREE SUPPLIES ONLINE
VISIT US AT USPS.COM®

TRACKED ■ INSURED

EP14H July 2022
OD: 10 x 5

USPS.COM/PICKUP

BROOKLYN OFFICE

MAY 05 2026

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Domestic Mail Manual at http://pe.usps.com.
*Insurance does not cover certain items. For details regarding claims exclusions see the

■ When used internationally, a customs declaration form is required.

■ Limited international insurance.**

■ USPS Tracking® service included for domestic and many international destinations.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ Expected delivery date specified for domestic use.

EP14H © U.S. Postal Service; July 2022; All rights reserved.

PRIORITY MAIL

US AT USPS.COM®
106A, Nov 2018

This product is for use with Priority Mail®.
Misuse may be a violation of federal law.
This label is not for resale.

**United States
Postal Service®**

PRIORITY MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

PRIORITY MAIL
PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

**United States
Postal Service®**

PRIORITY MAIL
PRESS FIRMLY TO SEAL

This product is for use with Priority Mail®.
Misuse may be a violation of federal law.
This label is not for resale.

PRIORITY MAIL

UNITED STATES POSTAL SERVICE

United S
Postal S

Chris Banko
104 Christine Place
B.C. LA 70037

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 05 2026 ★

BROOKLYN OFFICE

United States District Court
Judge Brian Cogan
225 Cadman Plaza East
Brooklynn, New York 11201