**Robbins Geller**
**Rudman & Dowd** LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

May 7, 2026

<u>VIA ECF</u>

The Honorable Judge Brian M. Cogan
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Cogan:

     I write on behalf of Rule 23(b)(3) Class Counsel regarding a letter posted on the docket today in the above-entitled action. ECF 9858. In the letter, a class member questioned whether a settlement check he received was authentic. Today, I spoke with the Class Administrator to confirm certain details regarding the payment. I then called the class member and was able to assure him that the check he received was in fact part of the initial, partial distribution that was approved by the Court. I urged him to cash the check before the void date.

           Respectfully submitted,

           ALEXANDRA S. BERNAY

4896-9881-8217.v1