**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | **No. 1:05-md-01720 (BMC) (JAM)** |
| **This Document Applies to:**<br><br>*Intuit Inc., et al.*,<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>*Visa Inc., et al.*,<br><br>　　　　　　　　　　**Defendants.** | **No. 1:21-cv-01175 (BMC) (JAM)** |
| *Block, Inc.*,<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>*Visa Inc., et al.*,<br><br>　　　　　　　　　　**Defendants.** | **No. 1:23-cv-05377 (BMC) (JAM)** |

## JOINT STATUS REPORT

The parties in *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y.), and *Block, Inc. v. Visa Inc., et al.*, No. 23-cv-05377 (E.D.N.Y.), respectfully submit this Joint Status Report regarding the status of expert discovery pursuant to the Court's April 8, 2026 order.

Pursuant to the discovery schedule ordered by the Court, Intuit and Square served opening expert reports on January 30, 2026, Defendants served rebuttal expert reports on March 27, 2026, and Intuit and Square served reply expert reports on May 1, 2026. Expert discovery is

scheduled to close on June 19, 2026.  The parties have no issues to bring to the Court's attention at this time.

Date: May 11, 2026

Respectfully Submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

By: */s/ Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ William Michael*
William Michael
Brette Tannenbaum
Nina Kovalenko

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard
Incorporated and Mastercard International
Incorporated*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: */s/ Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit
Payment Solutions, LLC*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: */s/ Steig D. Olson*
Marc L. Greenwald
Steig D. Olson

Manisha M. Sheth
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
marcgreenwald@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com

Justin T. Reinheimer
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
justinreinheimer@quinnemanuel.com

*Counsel for Plaintiff Block, Inc.*

4