**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

May 11, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

On May 7, 2026, the District Court adopted in full the April 1, 2026 *Sua Sponte* Report and Recommendation (ECF 9815) ("R&R") regarding requested sanctions against Betz & Baril PLLC ("Betz & Baril") and its referral partner ClickFunds LLC ("ClickFunds") (collectively, "Respondents"). *See* ECF 9857.

Rule 23(b)(3) Class Counsel ("Class Counsel") write to discuss implementation of the ordered relief following the adoption of the R&R. Class Counsel reached out to counsel for Respondents via email on May 8, 2026 and shared a draft of this letter, but has not yet heard back.

First, the Court recommended: "Class Counsel and Respondents to file a joint status report concerning Respondents' compliance with the Court's directive, within thirty days of any such Order regarding this Report and Recommendation." R&R at 5. The Order was entered on May 7, 2026 and the parties will file a joint status report by June 8, 2026.

Second, the Court recommended any former Betz & Baril clients who wish to re-file claims be able to do so "during a specified reopening period, the parameters of which should be proposed by Class Counsel." R&R at 33. Class Counsel has consulted with Epiq and believes a period of 60 days from the date of termination and request to have Epiq facilitate the claim should be sufficient. The Court also recognized the need for Respondents to provide Class Counsel and Epiq with all information regarding the former Betz & Baril class members, including contact information, necessary for Epiq to administratively file their claims. Class Counsel respectfully requests that

Respondents provide this information on a rolling basis to Epiq so that Epiq may begin the process of administratively filing claims as soon as possible.[1]

Third, Respondents are required "at their expense, to alert all class member clients that both have been sanctioned for conduct related to this action." ECF 9793-1 at 1. Further,

> Betz & Baril [is] directed to send a communication (to be approved by Class Counsel) to all class members who have signed up for claims-filing services with Betz & Baril that alerts class members to the false and/or misleading information regarding Square transactions and settlement amounts, and offers the class members the right to terminate their contract with Betz & Baril within thirty days of the letter, no questions asked, and have the claim facilitated through Epiq at no cost. Betz & Baril, as the entity that appears to be contracted directly with the class members, should be directed to send the communication, while blind copying Class Counsel for their awareness.

R&R at 32. Class Counsel and Respondents will work together to propose dates for the issuance of communications in the upcoming joint status report.

Fourth, the Court is to set a date for the filing of papers in support of Class Counsel's reasonable expenses or costs in connection with the sanctions motion and associated efforts to implement the Court's order as well as Epiq's reasonable costs incurred in administratively filing the claims of the former Betz & Baril class members. At this time, Class Counsel asks the Court to postpone setting a date for any filings related to Class Counsel's fees and Epiq's costs until the completion of the tasks associated with implementing the Court's order.

Respectfully submitted,

| /s/ Thomas J. Undlin | /s/ Michael J. Kane | /s/ Alexandra S. Bernay |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc:  James J. DeCristofaro via ECF
     All Counsel via ECF

---

[1]  The Court recommended that Epiq be directed to maintain records regarding the costs associated with filing the former Betz & Baril class members' claims, to facilitate charging such expenses to Respondents. R&R at 35. Class Counsel has instructed Epiq regarding record keeping related to this matter.