UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In re PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

---

This Document Relates To:

    ALL ACTIONS.

---

x
:
:
:
:
:
:
:
:
:
:
:
:
x

MDL No. 1720(BMC)(JAM)

Civil No. 05-5075(BMC)(JAM)

STATUS REPORT REGARDING CLASS
MEMBER CONCERN

On May 5, 2026, the Court filed an April 28, 2026 letter from a class member. ECF 9853. In the letter, the class member recounted his learning of the settlement in 2019 via an ad in the *Wall Street Journal* and his 2019 preregistration on the official settlement website.

The class member stated that he never received any further communications from Epiq. He also made several claims in the letter, including that he was never sent an email or claim form. He further reported that he contacted Epiq in March of this year and was told that the claims-filing deadline had passed. He then claimed he spoke to representatives at each of the co-lead counsel firms, although at least one firm had no record of any contact. Finally, the class member requested that he be allowed to submit a late claim.

On May 6, 2026, the Court issued a text-entry order requiring a status report regarding the April 28, 2026 letter.

On May 7, 2026, Rule 23(b)(3) Class Counsel ("Class Counsel") wrote to the class member. Class Counsel corrected certain statements made in the April 28, 2026 letter and also provided information gleaned from Epiq's records that showed a claim form was sent on December 1, 2023 to the business address linked to the class member's business based on the data Epiq received from Visa in 2023. The letter also explained that Epiq mailed another claim form on January 12, 2024 and then sent reminder postcards on April 30, 2024 and November 1, 2024. None of the mailings were returned as undeliverable. There is also no evidence that the class member ever provided Epiq with a change of address after the 2019 notice phase. The class member was also told that the website made clear that it was the class members' responsibility to keep Epiq apprised of any address changes. Finally, Class Counsel expressed sympathy with the situation, but explained that reopening the claims process was not possible at this time. Class Counsel offered to have a call or Zoom meeting at the class member's convenience.

On May 7, 2026, the class member wrote back with a question regarding the purpose of preregistration. Over the weekend, Class Counsel spoke with Epiq to gain further understanding of the address used by Epiq to send claim forms and reminders to this class member.

On May 11, 2026, Class Counsel wrote again to the class member and explained that the claim form was sent to an address that came directly from the Visa data gathered in 2023. For the 2023 claim form mailing, the Epiq team matched 2019 pre-registration records based on the Tax Identification Number. Where the newer 2023 Visa data had more recent address information for the merchant, and the registrant had not contacted Epiq since the registration phase via mail, phone, or email to update their address, Epiq's practice was to utilize the Visa data for claim-form mailings. The class member wrote back the same day and stated: "The mailing address collection protocol that you have described below in your email should have been publicly disclosed."

At this time, no further action is recommended by Class Counsel or Epiq.

Class Counsel will share this update with the class member after it is filed.

DATED: May 13, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY


                    s/ Alexandra S. Bernay
            ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

4933-2460-0747.v1