May 8, 2026



RECEIVED
HON. Brian M. Cogan
MAY 11 2016 2026

The Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
Case No. 1:05-MD-1720 (BMC)(JAM) – Class Administrator errors pertaining to Resort Inns, Inc. DBA
Ocean Plaza Beach Resort Registration and Request to submit a Late Claim.


Dear Judge Cogan:


Thank you very much for looking into my concerns pertaining to my family's business that I outlined for
you in my letter dated April 28, 2026, pertaining to the above referenced case. Class counselor Alexandra
Bernay emailed me a letter dated May 7, 2026 (copy enclosed) informing me that you instructed class
counsel to provide the court with a status update on May 13 regarding my letter. In Ms. Bernay's letter to
me she states that the Class Administrator repeatedly sent our claim forms and postcards to the wrong
address because I did not notify the Administrator that we have a new address. This, surprisingly, is the
farthest thing from the truth because on April 7, 2019, I did register our updated contact information on
the paymentcardsettlement.com (Epiq) website, and I was emailed confirmation number PGIH0AT7. You
have a copy of that registration confirmation email marked as EXHIBIT B that I provided to you in my
previous letter. The claim forms and postcards that were sent by the Class Administrator to the wrong
address were not returned as undeliverable because the current tenant at that address probably just tossed
them into the trashcan. Our U.S. Postal Service mail forwarding for that address in Tybee Island, Georgia
ended in 2015.

In a short email reply to Ms. Bernay's letter on May 7, 2026 I stated, "So then, what was the purpose of
us registering our company on the website in 2019 and being issued confirmation #PGIH0AT7 if nobody
intended to use our updated contact information that we provided at that time? It now seems like that was
a useless and misleading step."

Based on the contents of Ms. Bernay's letter it does not appear that there is anything further for she and I
to discuss, so I will not be contacting her. I will leave this matter, that my family be allowed to submit a
late claim or be compensated in some other manner, to be decided by the court. Again, I wish to thank
you very much for your willingness to consider this important matter.


Very Respectfully Submitted,

Harry G. Spirides

# Robbins Geller
# Rudman & Dowd LLP

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Alexandra S. Bernay
xanb@rgrdlaw.com

May 7, 2026

<u>VIA EMAIL</u>

Harry G. Spirides
harry.spirides@icloud.com
Resort Inns, Inc. dba Ocean Plaza Beach Resort

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
No. 1:05-MD-1720 (BMC)(JAM)

Dear Mr. Spirides:

I write on behalf of Rule 23(b)(3) Class Counsel ("Class Counsel") in the above-entitled case to address your April 28, 2026 letter to Judge Cogan, docketed on May 5, 2026. ECF 9853.

I write to correct certain of your statements to the Court. You noted in your letter that you learned about the action in the *Wall Street Journal* in April 2019. You state that you submitted a registration soon after. You say in your letter that this was "required at the time." This is not accurate. Registration was not required. Regardless, the records of the Class Administrator show that a claim form was sent on December 1, 2023. It was sent to the business address linked to your business based on the data the Class Administrator had. They mailed another claim form on January 12, 2024 and then reminder postcards on April 30, 2024 and November 1, 2024. None of the mailings that Epiq sent came back as undeliverable. There is also no evidence that you ever changed your address with Epiq. The website made clear that it was the class members' responsibility to keep the administrator apprised of any address changes.

You state in your letter that a representative from Epiq admitted to certain errors. This is not accurate. According to Epiq you were told that you were sent claim forms by U.S. Mail. There was no "admission" by Epiq regarding your claim form being emailed to you. It is correct that you were not emailed a claim form. At all times, information regarding deadlines to file were available on the official website.

Further, Epiq has no record of any calls or contacts from you between January 20, 2020 and April 2, 2026.

While we are sympathetic to your situation, the deadline passed more than a year ago and reopening the claims process at this time is not possible. I am happy to discuss this matter further,

at your convenience, if you wish to have a call or Zoom meeting. The Court has asked Class Counsel to respond to your letter via a status report. If you would like to discuss the matter before our May 13, 2026 filing, I would suggest speaking this week or early next week.

Very truly yours,

ALEXANDRA S. BERNAY

ASB:sll

cc: Epiq
Joe Goldberg
Thomas J. Undlin
Michael J. Kane