UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In re PAYMENT CARD INTERCHANGE FEE AND
MERCHANT DISCOUNT ANTITRUST LITIGATION

This Document Relates To:

    ALL ACTIONS.

MDL No. 1720(BMC)(JAM)

Civil No. 05-5075(BMC)(JAM)

NOTICE OF MOTION FOR
LIMITED RECONSIDERATION
AND LIMITED
CLARIFICATION OF THE
MAY 7, 2026 MEMORANDUM
DECISION AND ORDER

**PLEASE TAKE NOTICE**, that upon the attached Memorandum of Law in Support, Respondents Betz & Baril PLLC and ClickFunds LLC will move this Court, located at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order, pursuant to Local Rule 6.3 and Federal Rule 54(b):  (i) reconsidering or clarifying the May 7, 2026 Memorandum Decision and Order to reflect that ClickFunds was not itself the subject of the September 7, 2024 order to show cause described in the April 1, 2026 Report and Recommendation; (ii) reconsidering or clarifying the May 7, 2026 Memorandum Decision and Order to reflect that the $2.3 million Square-sales-volume figure was Class Counsel's contention, not an admission by Respondents, and that raw sales volume is not the measure of actual settlement loss; (iii) reconsidering, narrowing, or holding in abeyance the fee- and cost-shifting component so that Respondents are not charged for unsuccessful punitive relief the Court did not adopt; (iv) directing Class Counsel promptly to disclose the current amount of fees and costs incurred in connection with the sanctions motion, together with segregation between unsuccessful punitive work and the narrower remedial work actually adopted, and order Epiq to disclose its reasonable estimate of fees, on a per class member basis, for processing claims for any class members that cancel their contracts with Betz & Baril; and (v) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b), opposing or responsive papers shall be filed within 14 days (June 4, 2026), and reply papers are due within 7 days after service of answering papers, or June 11, 2026.

Dated: May 21, 2026
New York, New York

/s/ James J. DeCristofaro
The Lawyer James J. DeCristofaro, Esq., P.C.
James J. DeCristofaro, Esq.
485 Madison Ave Fl 7
New York, New York 10022
Tel.  (212) 500-1891
E-Mail:  james@dclfirm.com

*Attorneys for Respondents Betz & Baril PLLC and ClickFunds LLC*

2