UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

---------------------------------------------------------

This Document Relates To:

   ALL ACTIONS.

---------------------------------------------------------x

:  MDL No. 1720(BMC)(JAM)
:
:  Civil No. 05-5075(BMC)(JAM)
:
:  [PROPOSED] ORDER GRANTING RULE
:  23(b)(3) CLASS PLAINTIFFS' MOTION
:  FOR A SECOND, PARTIAL
:  DISTRIBUTION OF SETTLEMENT FUNDS
:
:
:
:

4908-5556-2668.v1

The Court, having considered Rule 23(b)(3) Class Plaintiffs' Motion for a Second, Partial Distribution of Settlement Funds (the "Motion"), having considered all of the submissions and arguments with respect to the Motion, and having ruled on the Motion, ORDERS as follows:  The Net Cash Settlement Fund, shall be distributed to Claimants as detailed in the Motion and accompanying declaration.

IT IS SO ORDERED.

DATED:  _____     _____
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

- 1 -

4908-5556-2668.v1