April 11th,

District Judge Brian Cogan
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I realize this might not be something you deal with. I am writing to you with respect to your role of overseeing the Payment Credit Card Settlement lawsuit.

I have attached a screenshot of the results for my company, Blacktie, LLC.

It shows that the amount (which isn't listed here, but was previously) has been "paid", but it doesn't say when. After a lengthy phone call the customer service person said it had been paid on April 8th, and to call my bank if it wasn't received. I did, but of course they didn't see it.

Then I submitted a request through the Payment Card Settlement website – see the attachment. The answer was to send an email to the info@paymentcardsettlement.com as requested even though all the information requested was contained in that email.

I have also email Epiq which I understand is the class administrator.

In short, the customer service and follow up for the disbursement of funds seems to be lacking. Perhaps they are making interest on the funds that they are holding in their account.

I appreciate your attention and if there is someone else that I should bring my concerns to, please let me know.


Thank you.

Kenton Kuhn
Kenton Kuhn
244 Albion St.
Denver, CO 80220