**Robbins Geller Rudman & Dowd LLP**

| | Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|---|
| | Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

June 4, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
　for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY  11201

　　　　Re:　　*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
　　　　　　　No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

## I.　　Introduction

Pursuant to the Court's May 28, 2026 Minute Entry, Rule 23(b)(3) Class Counsel ("Class Counsel") and Cascade Settlement Services LLC d/b/a Spectrum Settlement Recovery ("Spectrum"), here provide this joint letter detailing agreements reached regarding periodic public reporting by the Class Administrator, Epiq, in this Action.

Class Counsel and Spectrum's counsel have engaged in several productive meet-and-confers since the Court's May 28, 2026 hearing and have reached agreement regarding proposed quarterly reporting.

Class Counsel, Epiq, and Spectrum (collectively, the "Parties") are available at the Court's convenience should additional information be requested regarding the agreed proposal.

## II.　　Agreed Reporting Categories

Following several meet-and-confers via video, the Parties have agreed on the attached areas of public periodic reporting.  *See* Attachment A.  Epiq has proposed that descriptions accompany each category of reporting in an effort to ensure that any reporting is not misconstrued or misunderstood.  Spectrum has not opposed the inclusion of these descriptions.  Class Counsel and Epiq expect that each report would include an explanation of the reporting categories as well as updated numbers each quarter.

As detailed in Attachment A, periodic quarterly reporting would also relate to the escrow accounts and would be provided to Class Counsel for inclusion via the retained tax accountants.

655 West Broadway, Suite 1900    San Diego, CA  92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com

**Robbins Geller**
**Rudman & Dowd** LLP

Epiq and Class Counsel are working to determine when the first quarterly report can be submitted. There is significant data-work that must be done to set in motion the ability to pull the various agreed reporting categories. Class Counsel will report to the Court by July 10, 2026 whether additional set-up time is needed or will provide the first report by that date.

## III.    Conclusion

The Parties are available at the Court's convenience should it have questions regarding the proposed reporting.

Respectfully submitted,

*/s/ Alexandra S. Bernay*                         */s/ Kassra P. Nassiri*
Alexandra S. Bernay                               Kassra P. Nassiri
**Robbins Geller Rudman & Dowd LLP**   **Nassiri & Jung LLP**

Co-Lead Rule 23(b)(3) Class Counsel    Attorney for Cascade Settlement Services LLC
                                                          d/b/a Spectrum Settlement Recovery

Attachment A

cc:    All Counsel via ECF