# ATTACHMENT A

# [DRAFT]

The following stats represent the status of claims processing and payment activities as of **[DATE]**.

## High-Level Claim Statistics

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Total TINs Registered[1] | | | | |
| Total TINs with Claims Filed[2] | | | | |

## Records in Conflict

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Total TINs in Conflict[3] | | | | |

## Pending Fee Disputes

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Count of Pending Research Requests[4] | | | | |
| TINs with Pending Sales Data Submissions[5] | | | | |

---

[1] Number of total Tax Identification Numbers ("TINs") registered to one or more registrant accounts. This includes TINs that were registered where the registrant failed to provide appropriate proof of authority to act on behalf of the TIN, and TINs where the claim was rejected for reasons such as the TIN being associated with an excluded party. This number will not change in any appreciable way going forward, as registration of new TINs is generally blocked.

[2] Number of total TINs for which a claim has been submitted. Because Class members are required to file a claim before challenging their fees, this includes all TINs with pending disputes as to fee amounts, as well as those where the Class member has taken no action to challenge the fee amount in Epiq's records. In addition, this includes claims with $0.00 in fees where the claimant has not taken steps to dispute that fee amount.

[3] Number of TINs where more than one registrant has asserted they have proof of authority to act on behalf of the TIN, and the conflict has not been resolved. TINs in this count may or may not have an associated claim; it would depend on whether the conflict arose before or after a claim was filed. The Special Master has provided Epiq with a decision matrix, which includes several steps undertaken at his direction to attempt to resolve conflicts before briefing to the Special Master is required; this count includes TINs at any stage of this process.

[4] Number of research requests that have not yet been completed by Epiq. A claimant can have more than one active research request at once. Note also that this stat, when viewed from reporting period to reporting period, is not necessarily reflective of the number of research requests resolved between reporting periods, as new research requests can be filed at any time, as conflicts are resolved on claims. In addition, while claimants are typically given 30 days to file a research request after a conflict is cleared or after any other blocking issue is resolved, Epiq is currently continuing to accept research requests submitted past that deadline, as doing so will not delay distribution, given the pending appeals. Once the Payment Facilitators and Branded Operator appeals are resolved, deadlines will need to be more strictly enforced to avoid delaying the distribution.

[5] Number of Sales Data submissions not fully adjudicated. This includes instances where Epiq has not yet reviewed a submission, instances where Epiq has conducted an initial review of a submission and

| | | | | |
|---|---|---|---|---|
| TINs with Pending narrative challenges[6] | | | | |

## Special Master Queue[7]

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| TINs in Special Master Queue due to Conflict[8] | | | | |
| All other TINs in Special Master Queue[9] | | | | |

## Distribution

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Claims in Initial Partial Distribution[10] | | | | |
| Total Dollar Amount of Initial Partial Distribution | | | | |
| Claims in Second Partial Distribution* <br> *Pending Court Approval | | | | |
| Total Dollar Amount of Second Partial Distribution* <br> *Pending Court Approval | | | | |

## Qualified Settlement Fund Information

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Contributions/Deposits | | | | |
| Investment/Interest Income | | | | |
| Net Disbursements to Claimants/Investors | | | | |
| Plan Administration Fees and Costs | | | | |
| Investment/Bank Fees | | | | |

---

requested documentation, but the documentation has not yet been provided, and instances where documentation has been provided but where the results of Epiq's review of that documentation have not been communicated to the claimant.  Claimants cannot have more than one sales data submission pending at the same time, but can in certain circumstances submit more than one sales data submission sequentially.

[6] Includes the number of pending narrative challenges submitted to Epiq.  Typically, this step comes after resolution of any research requests and sales data submissions, although certain exceptions have been made when the fee dispute would not have likely been resolved by either of the two prior resolution steps.

[7] Pursuant to Paragraph 5 of the Revised Order Appointing Special Master (ECF 9873), dated June 1, 2026, the Special Master has designed a process with Epiq whereby briefing for him is submitted to Epiq and put into a queue, and Epiq transmits the items in the queue to him when he indicates he is ready for the next item.

[8] Includes all TINs in the Special Master queue because the multi-step conflict resolution process has been exhausted and briefing for the Special Master has been submitted, regardless of whether the Special Master has begun his review or not.

[9] Includes all TINs in the Special Master queue for a reason other than TINs in conflict, regardless of whether the Special Master has begun his review or not.

[10] All claims notified they were included in the initial distribution, regardless of whether the payment was ultimately negotiated by the claimant.

| | | | | |
|---|---|---|---|---|
| Tax (Payments)/Refunds | | | | |
| Other Decreases in Fund Balance | | | | |
| Ending Balance as of **[DATE]** | | | | |

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Account Balance | | | | |
| Total Ending Balance as of **[DATE]** | | | | |

| | Q3'26 | Q4'26 | Q1'27 | Q2'27 |
|---|---|---|---|---|
| Total Additions | | | | |
| Less: Total Disbursements | | | | |
| Ending Balance as of **[DATE]** | | | | |