UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720(BMC)(JAM) |
|  | Civil No. 05-5075(BMC)(JAM) |
|  | **NOTICE OF APPEAL** |
| This Document Relates To: ALL ACTIONS. |  |

Notice is hereby given that respondents Betz & Baril PLLC and ClickFunds LLC hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the memorandum decision and order of the District Court for the Eastern District of New York (Cogan, U.S.D.J.), dated and filed on May 7, 2026, overruling the objections to, and adopting in full, Magistrate Judge Marutollo's Report and Recommendation (R&R) that the Court sanction respondents Betz & Baril PLLC and ClickFunds LLC (ECF document number 9857), by which respondents were aggrieved

Dated: June 4, 2026
      New York, New York

 

/s/ James J. DeCristofaro
The Lawyer James J. DeCristofaro, Esq., P.C.
James J. DeCristofaro, Esq.
485 Madison Ave Fl 7
New York, New York 10022
Tel. (212) 500-1891
E-Mail: james@dclfirm.com

*Attorneys for Respondents Betz & Baril PLLC and ClickFunds LLC*