RECEIVE
JUN 04 2026
PRO SE OFFICE

RECD IN PRO SE OFFICE
JUNE 04 2026
EDNY 3:05 PM

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 04 2026 ★

BROOKLYN OFFICE

United States District Court
For the Eastern District of New York
In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation
NO. 05-MD-01720 (MKB)(JO)

Statement of Objections

DeRonald CD Norris is a member of the Rule 23(b)(3) Settlement class in the case called In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

DeRonald Norris is a class member because he Incorporated in 2011/ August under the name XIASAN DYNASTY COMPANY in the state of Texas. Ive worked with Apple, Adobe Sony, Nintendo (Nintendo Wii N6 Nintendo Switch), Disney, Marvel, DC Comics (man of steel, Superman, Etc) and several other companies includes HSBC (I acquired HSB (when it was going out of business in 2010 2011. 2012) I know some of the companies I have been working with are trying to pay me for my services, but I haven't received a penny from my services I know I have accumulated Billions of Dollars since 2011 when I started my business, But I haven't got to touch any of my earnings.

Turn to Back →

Contact Info

Name - DeRonald Norris
Company XIASAN DYNASTY COMPANY
Phone - 432-466-6869
Email - devriannorris@gmail.com
Address - 1901 N. Hwy 87
         Big Spring, TX 79720

I give you permission to view
my corporate paperwork. 2nd SEC
Paperwork.
Corporate Info

Entity Name - XIASAN DYNASTY COMPANY
File number - 801462403
Tax Id Number - 45-2927113
Owner - DeRonald CO Norris

1101 N US HWY 87

Big Spring, Texas 79720

MIDLAND TX 797
28 MAY 2026AM 1 L

US POSTAGE IMI PITNEY BOWES
ZIP 79720 $000.74⁰
02 7W
0008032443 MAY 27 2026

FIRST-CLASS

US M

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 04 2026 ★

BROOKLYN OFFICE

United States District Court for the Eastern District of New
(Eastern District York
of New York)

Clerk of court

225 Cadman Plaza

Brooklyn, New York 11201