**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

June 8, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

> Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
> No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Pursuant to the May 7, 2026 Court's Order (ECF 9857) adopting in full the Magistrate's *Sua Sponte* Report and Recommendation (ECF 9815), the parties have met and conferred and provide this joint status report.

## I. Current Status

On May 21, 2026**,** Respondents filed Notice of Motion for Limited Reconsideration and Limited Clarification of the May 7, 2026 Memorandum Decision and Order. ECF 9867. On June 4, 2026, Rule 23(b)(3) Class Plaintiffs filed an opposition to the Motion. ECF 9878.

During the parties meet-and-confers, an agreement was reached regarding the content of a message that Respondents have agreed to send clients and have agreed to blind copy Class Counsel.[1]

## II. Proposed Message to Class Members

The following language, proposed by Rule 23(b)(3) Class Counsel, has been agreed to by Respondents.

Respondents have agreed to send this email (and will blind copy Class Counsel via the designated email address: ClassCounsel-B&B@rgrdlaw.com) within 10 days.

---

[1] Respondents have agreed to the following, but have reserved their rights depending on the outcome of the motion for reconsideration or any possible appeals.

Dear Client,

You have previously contracted with Betz & Baril PLCC for claims filing services in the lawsuit titled *In re Payment Card Interchange Fee and Merchant Discount Litigation*, No. 1:05-MD-1720.

We are writing with an important update.

On May 7, 2026, the District Court issued an Order upholding certain sanctions against our firm and an agent, ClickFunds LLC.

As part of that sanction, we are required to write to our clients to provide information regarding the sanctions Order.

We are also required to send this message to all class members who have signed up for claims-filing services with Betz & Baril PLLC to tell you that class members received false and/or misleading information regarding Square transactions and settlement amounts. You may have been told that Square transactions could not be included in your claim. This was not true. You may have also been told incorrect information regarding your expected settlement amounts.

We are required to offer you the right to terminate your contract with Betz & Baril PLLC within thirty days of this letter, no questions asked. The Court-appointed claims administrator, Epiq, would then facilitate your claim at no cost.

Please reply to this email if you wish to terminate your contract with us and have your claim facilitated through Epiq at no cost.

## III. Next Steps

Following the mailing, Respondents have agreed to provide on a rolling basis information to Epiq regarding any Class member clients who choose to avail themselves of the option to cancel their contract and have Epiq administratively file any claims. Class Counsel has consulted with Epiq and believes a period of 60 days from the date of termination and request to have Epiq facilitate the claim should be sufficient, as long as all information regarding the former Betz & Baril class members, including contact information, necessary for Epiq to administratively file their claims is timely received.

After claims are administratively filed, Class Counsel will ask the Court to set a date for the filing of papers in support of Class Counsel's reasonable expenses or costs in connection with the sanctions motion and associated efforts to implement the Court's Order as well as Epiq's reasonable costs incurred in administratively filing the claims of the former Betz & Baril class members.

Respectfully submitted,

| | |
|---|---|
| */s/ Alexandra S. Bernay* | */s/ James J. DeCristofaro* |
| Alexandra S. Bernay | James J. DeCristofaro |
| **Robbins Geller Rudman & Dowd LLP** | **The Lawyer James J. DeCristofaro, Esq., P.C.** |
| | |
| Co-Lead Rule 23(b)(3) Class Counsel | Attorney for Respondents Betz & Baril PLLC and ClickFunds LLC |

cc:     All Counsel via ECF