

485 Lexington Avenue, 29th Floor, New York, NY 10017        tel: 646.722.8500  fax: 646.722.8501

123 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 Third Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

5 Christy Drive
Brandywine Two, Suite 200
Chadds Ford, PA 19317
tel: 610.228.7700

www.gelaw.com

Robert G. Eisler, Esq.
Director
+1-(302) 622-7030
reisler@gelaw.com

June 11, 2026

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

> Re:  *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-1720 (BMC)

Dear Judge Cogan:

In light of your Honor's June 9, 2026 Memorandum Decision and Order granting preliminary approval to the Amended Settlement in the above-referenced matter, Plaintiffs respectfully submit the attached proposed Class Settlement Notice and Scheduling Order for the Court's consideration.

Compared to the proposed order that the parties submitted on November 9, 2025 along with their initial preliminary approval papers, the attached draft: (1) reflects that the Court allowed the parties, including Objectors, to submit papers in connection with preliminary approval, and held a hearing on April 27, 2026; (2) revises Paragraph 12 to give the Class Administrator 45 days, rather than 30 days, to substantially complete the notice process (which reduces from 60 to 45 days the time from completion of notice to the deadline for objecting); and (3) makes a few non-substantive edits. A Redline version comparing the two drafts is also attached.

Defendants are agreed to the proposed Order.

Respectfully,

Robert G. Eisler

**Grant & Eisenhofer P.A.**
485 Lexington Ave.,
29th Floor New York, NY 10017
Phone: 646-722-8500
reisler@gelaw.com

On behalf of:

Steven D. Shadowen
**HILLIARD & SHADOWEN LLP**
1717 W. 6th Street, Suite 290
Austin, TX 78703
(855) 344-3298
steve@hilliardshadowenlaw.com

Michael J. Freed
William H. London
**JUSTICE JAGHER LONDON & MILLEN**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
mfreed@fklmlaw.com
wlondon@fklmlaw.com

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Fl.
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com