**Robbins Geller Rudman & Dowd LLP**

June 15, 2026

<u>VIA ECF</u>

The Honorable Judge Brian M. Cogan
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

On June 1, 2026, the Court directed Rule 23(b)(3) Class Counsel ("Class Counsel") to respond by June 15, 2026 to two letters posted on the docket by certain class members. ECFs 9872, 9874.

Class Counsel has worked with the Class Administrator, Epiq, to review the letters and can report the following:

## I.    Kenton Kuhn (ECF 9872)

ECF 9872 is an April 11, 2026 letter from Class member Kenton Kuhn. Mr. Kuhn stated that he had not received payment on a claim that had been listed as "paid" in his online portal. On June 1, 2026, Epiq contacted Mr. Kuhn and it was determined that invalid ACH information had been previously provided by Mr. Kuhn. Mr. Kuhn has since sent ACH details for a different account to Epiq. On June 3, 2026, Mr. Kuhn confirmed receipt of the ACH.

## II.    Kenneth L. Ryfkogel Jr. (ECF 9874)

ECF 9874 is a filing made by Class member Kenneth L. Ryfkogel Jr. Having reviewed the filing, Class Counsel and Epiq report the following:

Dr. Ryfkogel's concerns arise from a misunderstanding of the claims process. He did not follow the requirement relevant to a claimant's dispute of the amount of interchange fees associated with the claim. That requirement instructs the claimant to submit a formal Research Request containing defined data elements.

Dr. Ryfkogel filed claims with the Class Administrator corresponding to two different Tax Identification Numbers ("TINs"), which reflects the fact that his bank used his Social Security Number for earlier years and an Employer Identification Number for later years of the Settlement

period.  He made multiple submissions for one of these TINs, resulting in a conflict that required resolution.

While Dr. Ryfkogel provided narrative explanations and fee estimates, he did not submit the structured datapoints required to enable the Class Administrator to re-query transaction data, such as: (i) merchant processor identifiers; (ii) merchant account numbers; and (iii) associated business location details.  Epiq informed Dr. Ryfkogel that generalized assertions regarding sales volume or estimated fees, without the required identifying information, are insufficient to initiate that process.

The correspondence further demonstrates that Epiq, together with Class Counsel, maintained ongoing and proactive engagement with Dr. Ryfkogel, providing both technical and procedural support.  The Class Administrator responded to Dr. Ryfkogel's inquiries via phone and email addressing claim status, conflict resolution, registration details, and fee disputes.  Earlier this year, the Class Administrator explain how to update contact information and how to submit a Research Request through the merchant portal or via email or mail.

The Class Administrator also offered to assist him by entering a Research Request on his behalf if the required datapoints were provided.  Although Dr. Ryfkogel submitted various documents that may contain relevant information, he did not complete the required process for submitting a Research Request and continued to assert that a request had already been submitted on his behalf despite being advised that no valid Research Request had been received.

Dr. Ryfkogel still has not provided a valid Research Request with the required identifying information that would allow updated transaction data or revised claim figures.  The Class Administrator remains committed to assisting Dr. Ryfkogel with the Research Request process should he provide the required data points to complete a submission on his behalf.

Respectfully submitted,

| /s/ Thomas J. Undlin | /s/ Michael J. Kane | /s/ Alexandra S. Bernay |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc:    All Counsel via ECF
       Kenton Kuhn via U.S. Mail
       Kenneth L. Ryfkogel Jr. via email