**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-md-01720 (BMC) (JAM) |
| **This Document Applies to:** | |
| *Potayto-Potahto, LLC, et al. v. Visa Inc., et al.*, No. 26-cv-03245 (SDNY) | **ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF CROSS-MOTION FOR INJUNCTION COMPELLING DISMISSAL OF RELEASED CLAIMS

PLEASE TAKE NOTICE that, pursuant to this Court's authority to enjoin claims released under the Rule 23(b)(3) Class Settlement Agreement (Dkt. 7257-2) incorporated into the Court's Rule 23(b)(3) Class Settlement Order and Final Judgment (Dkt. 7832), and upon the accompanying Memorandum of Law in Opposition to SDNY Plaintiffs' Motion for Partial Summary Judgment, and Cross-Motion for Injunction Compelling Dismissal of Released Claims, the undersigned will move this Court on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn NY 11201-1818, for an Order that compels dismissal of the released claims of the Rule 23(b)(3) class members identified in the *Potayto-Potahto, LLC v. Visa Inc.*, *et al.*, No. 26-cv-3245 (S.D.N.Y.) action.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument of this motion.

1

Dated:  June 16, 2026

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Matthew A. Eisenstein*
Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ William Michael*
   William Michael
   Brette Tannenbaum
   Nina Kovalenko
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Tel.: (212) 373-3000
   wmichael@paulweiss.com
   btannenbaum@paulweiss.com
   nkovalenko@paulweiss.com

   Donna M. Ioffredo
   2001 K Street, NW
   Washington, DC 20006-1047
   Tel.: (202) 223-7300
   dioffredo@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*