**Robbins Geller Rudman & Dowd LLP**

| | |
|---|---|
| Chicago    Melville    Nashville    San Diego    Wilmington | |
| Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C. | |

June 22, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

> Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Pursuant to the Court's June 22, 2026 docket-text entry Order, Rule 23(b)(3) Class Counsel served via email on the same day the Order on Class member Peter Corsa.

Respectfully submitted,

| /s/ Ryan W. Marth | /s/ Michael J. Kane | /s/ Alexandra S. Bernay |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc: All Counsel via ECF

4917-6543-5063.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com