**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

June 24, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY  11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
          No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") write to provide an update regarding Betz & Baril PLLC ("Betz & Baril") and to seek the Court's assistance.

It appears Betz & Baril complied with the requirement that it send emails to its clients to allow those clients to cancel contracts.  However, two issues have come up.

First, it appears that many Class members wish to take advantage of the opportunity to terminate their contracts with Betz & Baril and have Epiq facilitate the claims process.  However, despite agreement, to date Betz & Baril has provided no information to Class Counsel or Epiq, which would enable Epiq to begin the process.[1]  It appears, instead, that some Class members have already expressed concern to Betz & Baril regarding their status because they have not yet heard from anyone regarding their claim.  Class Counsel has written to Betz & Baril's counsel and has not heard back.  Time is of the essence.  The emails have been languishing for more than a week, in many cases.[2]

The second issue is also extremely concerning.  Following the sending of emails, it appears that on at least two occasions, Betz & Baril sought to negotiate with Class members, rather than simply agreeing to the termination.  One email states: "Your contract was signed with a 40% fee.  If you would like to proceed with our firm, I can lower our fee to 25%."  Another states, in part: "Your

---

[1]    As detailed in a June 8, 2026 letter to the Court: "Following the mailing, Respondents have agreed to provide on a rolling basis information to Epiq regarding any Class member clients who choose to avail themselves of the option to cancel their contract and have Epiq administratively file any claims."  ECF 9882.

[2]    Additionally, it also appears some communications are wrongly telling Class members that Betz & Baril is "waiting on the next steps from the Class Counsel."  That is not the case.  Epiq is waiting to receive information from Betz & Baril.

Robbins Geller
Rudman & Dowd LLP

Magistrate Judge Joseph A. Marutollo
June 24, 2026
Page 2

contract shows our fee as 40% of the proceeds received from the settlement.  If you choose to continue with our firm, I could lower that fee to 25%."

Betz & Baril has been sanctioned for its conduct, yet it is using the Court-required notice to re-negotiate deals with clients.  This was never the agreement.  Instead, Class members were told they could terminate contracts with no questions asked.

Class Counsel requests the Court Order Betz & Baril to: (1) within 48 hours provide Epiq and Class Counsel with all necessary contact information and details of all merchants that sought to terminate their contracts; and (2) order Betz & Baril to immediately cease any negotiation with Class members seeking to terminate representation and provide written affirmation that they have instructed all those corresponding with Class members that they cease negotiating when receiving a notice of termination.

Class Counsel reserves its right to bring a renewed motion for sanctions related to this new conduct.  *See* ECF 9815 at 4 ("The undersigned also respectfully recommends that the remainder of Class Counsel's motion be denied without prejudice to renewal should Class Counsel become aware of other potentially sanctionable misconduct by Respondents.").

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Thomas J. Undlin* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc:    All Counsel via ECF

4916-5643-4615.v1