

The Lawyer James J. DeCristofaro, Esq., P.C.
485 Madison Ave Fl 7
New York, NY 10022
Phone:  (212) 500-1891
E-mail:  james@thelawyerjames.com
Website:  www.thelawyerjames.com

June 30, 2026

<u>**VIA ECF**</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East, Courtroom 11A South
Brooklyn, NY 11201

RE:    **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**
       **Case No. 05-MD-1720 (MKB) (JAM)**
       **Betz & Baril's Response to Class Counsel's June 24, 2026 Letter**

Dear Judge Marutollo:

<u>Opt Out Details</u>
This letter responds to Class Counsel's June 24, 2026 letter [ECF 9900].  To date, approximately 544 clients have availed themselves of the option to cancel their contract and have Epiq administratively file their claims.

The opt out email was sent to Betz & Baril's clients on or about June 15, 2026, and Betz & Baril provided the list of opt out clients to Class Counsel today, 15 days later.  Betz & Baril will next update Class Counsel on or before July 17, 2026, two days after the thirty day opt out period expires.

<u>Betz & Baril's Responsiveness</u>
Class Counsel's letter seems to paint Betz & Baril and its counsel as somehow lagging.  This simply is not true.  Please see enclosed email correspondence.  Of note, on June 15, 2026, Class Counsel emailed the undersigned with an excerpt of a transcript, which was incomplete.  After discussing the issue internally, Betz & Baril responded with questions to Class Counsel, who remarked in the email:

> I am out of the country until next Monday.
>
> I will get back to you then, unless this is urgent.
>
> Since I sent you the email a week ago, I assume it can wait for a few days.
>
> Thanks!

Class Counsel has yet to respond to Betz & Baril's questions.

*strategic thinking* ■ *practical solutions*

<u>Betz & Baril's Renegotiation of Contracts</u>
Regarding the instant issue about Betz & Baril purportedly renegotiating contracts, Class Counsel first brought this to the undersigned's attention via email on June 24, 2026 at 12:12 pm (see enclosed email). Approximately 4 hours later, at 4:15 pm (see enclosed ECF notification), Class Counsel filed the June 24, 2026 letter on ECF seeking the Court's assistance.

Had Class Counsel instead given Betz & Baril more than four (4) hours to respond, Class Counsel would have learned that, according to Jason Baril, Betz & Baril's principal, Betz & Baril was simply responding to requests by their clients to lower the fees; it was not some untoward effort by Betz & Baril to retain clients that were permitted to opt out, on a stated "no questions asked" basis. To be clear: Betz & Baril advises that it is not seeking to renegotiate contracts, and has agreed to let clients opt out, no questions asked. However, clients have requested that Betz & Baril maintain the claims representation for a lower fee to Betz & Baril, and in those instances, Betz & Baril has accommodated the wishes of those class members.

Further according to Jason Baril, since Class Counsel's June 24, 2026 letter, Betz & Baril has declined to engage in discussions with its clients regarding fee reductions for those clients who wish to remain with Betz & Baril but for a lower fee rather than working directly with Epiq, pending any ruling from the Court in this regard to the contrary.

<u>Structure Going Forward</u>
To that end, Betz & Baril respectfully requests an Order from the Court permitting them to reduce their fee if the client so requests. Betz & Baril further respectfully requests that should some issues come up in the future, that Class Counsel be required to meet and confer with Betz & Baril's counsel to ascertain if the issue at hand warrants involving the Court. Instead of rushing to the Court on some four (4) hours' notice, to ensure reasonable and timely communication and responses from both sides, Betz & Baril respectfully requests that the parties respond to each other within seven (7) days, and be required to hold a video conference among themselves if unable to resolve the issue over email, or should the subject matter warrant further discussion before involving the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,
/s/James J. DeCristofaro
James J. DeCristofaro

2

 Gmail                                    **James DeCristofaro <james@thelawyerjames.com>**

---

## RE: Betz & Baril - Payment Card issue
1 message

---

**Xan Bernay** <XanB@rgrdlaw.com>                              Mon, Jun 22, 2026 at 12:22 PM
To: James DeCristofaro <james@thelawyerjames.com>

I am out of the country until next Monday.

I will get back to you then, unless this is urgent.

Since I sent you the email a week ago, I assume it can wait for a few days.


Thanks!

---

**From:** James DeCristofaro <james@thelawyerjames.com>
**Sent:** Monday, June 22, 2026 9:17 AM
**To:** Xan Bernay <XanB@rgrdlaw.com>
**Subject:** Re: Betz & Baril - Payment Card issue


EXTERNAL SENDER

Hi Xan.   Thank you for sending this.  I went over this with Jason, and we have a few threshold questions:


1.  Can you confirm that Speaker 1 is EPIQ, and Speaker 2 is the client?


2.  Can you please let us know the client's name?


3.  What is the precise issue?


4.  Can you please send us the entire transcript?  It looks like 10 minutes of the conversation are missing.


5.  According to Jason Baril, Betz + Baril is making the opt out process simple, and clients who chose to opt out have to
do nothing more than "reply all."





James J. DeCristofaro, Esq.

The Lawyer James J. DeCristofaro, Esq., P.C.

485 Madison Ave Fl 7
New York, New York 10022

Tel. (212) 500-1891

Email: james@thelawyerjames.com

Website: http://thelawyerjames.com

**FREE** ebooks by The Lawyer James:

    

On Mon, Jun 15, 2026 at 3:08 PM Xan Bernay <XanB@rgrdlaw.com> wrote:

Hi James

Epiq has received a complaint from a client of Betz & Baril. I have reviewed the transcript of the call and it seems like someone at the firm (person named Gabe) may have provided some incorrect information to this class member regarding the judge's role in getting class members their settlement benefits.

It is not completely clear from the transcript and I am including the relevant portions here

Please follow up with your client and let me know what they have to say regarding this client contact.

Best,

Xan

TRANSCRIPTION

According to our records, the tax identification number ending in 9591 was registered by a third party filer.

00:01:49 Speaker 1

If you continue to have trouble contacting this company, please let us know.

00:01:54 Speaker 1

I do have the contact information for Betts and Barrel.

00:01:58 Speaker 1

I do have the e-mail.

00:02:00 Speaker 1

I was able to get them.

Case 1:05-md-01720-BMC-JAM Document 9908 Filed 06/30/26 Page 5 of 12 PageID #: 556251

00:02:03 Speaker 2

I was able to get a hold of them.

00:02:06 Speaker 2

And they told me that they're in some kind of a legal problem with with people.

00:02:14 Speaker 2

Let me let me see if I can find it.

00:02:17 Speaker 2

I wrote it up on a piece of paper.

00:02:20 Speaker 2

There's some kind of a legal problem.

00:02:27 Speaker 2

Where did I write that?

00:02:33 Speaker 2

People are some of their people.

00:02:35 Speaker 2

that they represented that they represented were with multiple groups.

00:02:41 Speaker 2

Okay.

00:02:42 Speaker 2

So the judge is trying to iron this out.

00:02:46 Speaker 2

So that's holding up them doing what they're supposed to do.

00:02:50 Speaker 2

Do you understand what I'm saying?

00:02:54 Speaker 1

I understand.

00:02:56 Speaker 2

So I have no idea what they're doing and what they.

00:03:00 Speaker 2

And I don't I don't I was able to get a hold of them and I was able to speak to someone, which was good.

00:03:06 Speaker 2

But what I didn't understand is what what the big issue is, why they couldn't just get this settled.

00:03:14 Speaker 2

And then they said that the problem was because there's there's two issues.

00:03:20 Speaker 2

Case 1:05-md-01720-BMC-JAM    Document 9908    Filed 06/30/26    Page 6 of 12 PageID #: 556252

Let me see if I can.

00:03:21 Speaker 2

I found it.

00:03:22 Speaker 2

I found it.

00:03:23 Speaker 2

Okay.

00:03:25 Speaker 2

Where's the update?

00:03:30 Speaker 2

Because I wrote something up in my notes.

00:03:34 Speaker 2

I got to find it now.

00:03:37 Speaker 2

Okay.

00:03:39 Speaker 2

Anyway, to make a long story short, they're in some kind of a separate battle now.

00:03:46 Speaker 2

They're in a separate battle because the people they represented may have went directly to you.

00:03:55 Speaker 2

I don't really know what the issue is.

00:03:58 Speaker 2

And so now there's a dispute over this.

00:04:02 Speaker 2

And because of that, they're holding up all the payments and ironing this out.

00:04:09 Speaker 2

So I don't know much about this company.

00:04:11 Speaker 2

They're a law firm.

00:04:12 Speaker 2

That's all I know.

00:04:13 Speaker 2

And I was referred to them and we processed through them.

00:04:17 Speaker 2

That's all I know.

Case 1:05-md-01720-BMC-JAM   Document 9908   Filed 06/30/26   Page 7 of 12 PageID #: 556253

00:04:18 Speaker 2

And I called your company to find out what else we could do so that we wouldn't get caught or stuck in this mess with them, whatever

00:04:28 Speaker 2

it is.

00:04:31 Speaker 2

Does that make sense?

00:04:32 Speaker 1

I understand.

00:04:34 Speaker 1

Yes.

00:04:35 Speaker 1

Thank you for bringing this to our attention.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

00:13:23 Speaker 2

And then I called BETS and I, because I couldn't get BETS and Burrell and I was pretty upset.

00:13:28 Speaker 2

And then I wound up getting through to them.

00:13:31 Speaker 2

They had a different phone number and I was able to get through to them.

00:13:36 Speaker 2

And then because of that,

00:13:42 Speaker 2

Originally, I was upset because I didn't -- couldn't find their phone number.

00:13:46 Speaker 2

That was the first problem.

00:13:47 Speaker 2

That's what really got me pretty worked up.

00:13:52 Speaker 2

I couldn't find -- their phone number wasn't responding.

00:13:56 Speaker 2

So, then that's why I called you guys to see if somebody could help me.

00:14:02 Speaker 2

And that's when all this happened.

00:14:07 Speaker 1

Case 1:05-md-01720-BMC-JAM    Document 9908    Filed 06/30/26    Page 8 of 12 PageID #: 556254

I see.

00:14:08 Speaker 1

I understand.

00:14:11 Speaker 1

Thank you for bringing this to our attention and definitely we're going to work on this.

00:14:15 Speaker 1

Rest assured, we will contact you as soon as the response becomes available.

00:14:19 Speaker 1

And we appreciate your patience and understanding regarding this matter.

00:14:22 Speaker 2

Thank you very much.

00:14:26 Speaker 1

You're welcome.

00:14:27 Speaker 1

And for now, do you have any other concerns or questions before we end this call?

00:14:32 Speaker 2

No, but I did find my note.

00:14:34 Speaker 2

I didn't know where I put it.

00:14:37 Speaker 2

I spoke to Epic.

00:14:39 Speaker 2

someone named Andy and then I spoke to Betts and Burrell Gabe and I have their number that it's 865-509-9061 and they had issues that they had to resolve.

00:14:54 Speaker 2

before the judge would release the funds.

00:14:57 Speaker 2

And I don't really understand.

00:14:58 Speaker 2

I was trying to get the guy to explain it more clearly, but I couldn't.

00:15:03 Speaker 2

Now they're a law firm.

00:15:05 Speaker 2

They're hopefully they're a legitimate law firm.

00:15:07 Speaker 2

I don't know who the hell they are, but I personally don't care.

00:15:11 Speaker 2

You know, we submitted a legitimate claim and our whole problem was I probably should have went directly to you guys.

00:15:20 Speaker 2

But what happened was,

00:15:23 Speaker 2

When I found out about it, we were down to the last minute.

00:15:27 Speaker 2

And a friend of mine who was also submitting a claim through them.

00:15:31 Speaker 2

Said that these guys can process everything very quickly.

00:15:35 Speaker 2

They sent me paperwork.

00:15:36 Speaker 2

I filled it out.

00:15:38 Speaker 2

The whole 9 yards and now we're just in a holding pattern.

00:15:42 Speaker 2

That's so that's what happened.

00:15:44 Speaker 2

Because it was a while ago that I filled out the paperwork.

00:15:50 Speaker 2

Thank you for calling me.

00:15:52 Speaker 2

And I hope that.

00:15:54 Speaker 1

-- You're very much welcome.

00:15:55 Speaker 2

And I hope that this can be resolved as soon as possible.

00:16:01 Speaker 1

Yes, I understand that the situation is concerning.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

 Gmail

James DeCristofaro <james@thelawyerjames.com>

## In re Payment Card
1 message

**Xan Bernay** <XanB@rgrdlaw.com>                                   Wed, Jun 24, 2026 at 12:12 PM
To: James DeCristofaro <james@thelawyerjames.com>
Cc: Shonda Landry <SLandry@rgrdlaw.com>

James

We are continuing to go through the bcc emails and there is a problem.

It appears that Betz & Baril in some cases is attempting to negotiate a lower fee in order to retain clients who have received the court-ordered notice.

This was never part of any agreement and today I will be writing to the Court to inform it of this circumstance and the Court can determine whether this violates the sanctions order.

I am overseas on vacation, but believe this is urgent as it appears Betz & Baril is renegotiating contracts.

Best,

Xan

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

Case 1:05-md-01720-BMC-JAM   Document 9908   Filed 06/30/26   Page 12 of 12 PageID #: 556258

 Gmail

**James DeCristofaro <james@dclfirm.com>**

---

## Activity in Case 1:05-md-01720-BMC-JAM In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation Letter

1 message

---

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>      Wed, Jun 24, 2026 at 4:15 PM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Bernay, Alexandra on 6/24/2026 at 4:14 PM EDT and filed on 6/24/2026

| | |
|---|---|
| **Case Name:** | In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation |
| **Case Number:** | 1:05-md-01720-BMC-JAM |
| **Filer:** | Payment Card Interchange Fee and Merchant Discount Antitrust Litigation |
| **Document Number:** | 9900 |

**Docket Text:**
**Letter** *from Rule 23(b)(3) Class Counsel to provide Court with an update regarding Betz & Baril PLLC and to seek the Court's assistance* **by Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (Bernay, Alexandra)**

**1:05-md-01720-BMC-JAM Notice has been electronically mailed to:**

Abby Faith Rudzin     arudzin@omm.com, abby-rudzin-1494@ecf.pacerpro.com

Adam Bryan Wolfson     adamwolfson@quinnemanuel.com

Adam James Hunt     adamhunt@mofo.com, adam-hunt-5325@ecf.pacerpro.com, docketny@mofo.com

Adam John Zapala     azapala@cpmlegal.com, adelavan@cpmlegal.com, jverducci@cpmlegal.com, landerson@cpmlegal.com, mcaylao@cpmlegal.com, mgarimella@cpmlegal.com

Adam Owen Glist     oglist@constantinecannon.com, aoglist@gmail.com, cboardman@constantinecannon.com, kmorrison@constantinecannon.com, zgowen@constantinecannon.com

Adam P. Feinberg     afeinberg@milchev.com, ktafuri@milchev.com

Alexander E. Barnett     abarnett@dicellolevitt.com

Alexandra S. Bernay     xanb@rgrdlaw.com, ckopko@rgrdlaw.com, dwatts@rgrdlaw.com, E_File_SD@rgrdlaw.com, slandry@rgrdlaw.com

Alicia K. Cobb     aliciacobb@quinnemanuel.com