**Robbins Geller Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington

Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

June 30, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
　for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY  11201

> Re:　*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") responds briefly to the letter filed today by counsel for Betz & Baril PLLC ("Betz & Baril") and ClickFunds, LLC (ECF 9908) pursuant to the Court's docket-text order of June 24, 2026.

Today, counsel for Betz & Baril provided a spreadsheet that contained only client names, Tax Identification Numbers, and business names.  This is not sufficient information for Epiq to begin the process of contacting these merchants.  Class Counsel immediately wrote to counsel requesting email, phone and mailing information.  Counsel responded that he would request that information.  Class Counsel notes that in the email (*see* attachment A) there is a notation from a person at Betz & Baril that "Jason [Baril] wanted me to send a list of just the withdraws with client name, EIN, and merchant."  It is unclear why Mr. Baril would want to limit the supplied material to "just" those items when the agreement was to provide "all information regarding the former Betz & Baril class members, including contact information, necessary for Epiq to administratively file their claims." *See* ECF 9882 at 2.

Counsel for Betz & Baril also refers to an email from Class Counsel about a completely separate issue.  That other issue relates to possibly incorrect information being provided to Betz & Baril clients.  It has nothing to do with the provision of the materials related to withdrawal of its clients so it is unclear why counsel is conflating the issues.  Regardless, it should be noted that counsel for Betz & Baril did not respond until today regarding the list of merchants seeking to terminate representation which was supposed to be provided on a rolling basis, despite Class Counsel specifically following up on June 23, 2026.  It has been nearly two weeks since their clients received the email allowing for termination and these former clients have been left in limbo because of the failure to provide the needed information.

Class Counsel did write to counsel for Betz & Baril and informed counsel that due to the seriousness of the issue, the Court was going to be informed right away that emails showed in at least two cases an effort to renegotiate fees. Counsel for Betz & Baril did not respond to that email in any manner until its filing today. As the party that has been sanctioned for its conduct related to its clients, Betz & Baril's apparent effort to negotiate was believed to be serious enough not to await counsel's response. Betz & Baril's claim that this issue was "simply responding to requests by their clients to lower the fees" is not supported by the documents. One Class member simply asked what the fee was and was told: "Your contract was signed with a 40% fee. If you would like to proceed with our firm, I can lower our fee to 25%."

Another asked: "How much is my claim and how much are yall taking from my claim." In response Betz & Baril said: "Your contract shows our fee as 40% of the proceeds received from the settlement. If you choose to continue with our firm, I could lower that fee to 25%."

Neither of these examples support the statement in counsel's letter to the Court.

Counsel's request for an order allowing them to renegotiate fees should not be entered, nor should its seven-day response proposal be entertained.

Respectfully submitted,

| */s/ Thomas J. Undlin* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

Attachment A

cc:     All Counsel via ECF

4918-2879-8137.v1