**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 05-md-1720 (BMC) (JAM) |
| This Document Relates to: *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-1175 (BMC) (JAM) | **STIPULATION AND ~~(PROPOSED)~~ ORDER OF PARTIAL DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties by their undersigned respective counsel that some of the claims asserted by Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC (collectively, "Intuit") against Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc., (collectively "Visa") are voluntarily dismissed with prejudice. Visa reserves all rights to object to any arguments or evidence as a result of the dismissal of these claims. Specifically,

1. Intuit dismisses Count 9: Against Visa for Monopolization of the General Purpose Debit Card Transaction Market (Section 2 of Sherman Act). *See* Dkt. 1 at ¶¶ 240-244.

2. Intuit dismisses Count 10: Against Visa for Attempted Monopolization of the General Purpose Debit Card Transaction Market (Section 2 of Sherman Act). *See* Dkt. 1 at ¶¶ 245-250.

3. Intuit dismisses Count 11: Against Visa for Conspiracy to Monopolize the General Purpose Debit Card Transaction Market (Section 2 of Sherman Act). *See* Dkt. 1 at ¶¶ 251-255.

4. Conditionally on Intuit's dismissal of Counts 9, 10, and 11, Visa amends its answer to exclude paragraphs 240-255. *See* Dkt. 27 at ¶¶ 240-255.

5. This voluntary dismissal is without prejudice to any other claim alleged in Intuit's complaint, all of which remain active and which Intuit intends to pursue at trial. Nor does this voluntary dismissal amend Intuit's complaint in any way, except to eliminate the above-reference paragraphs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:   _June 30, 2026__

Respectfully submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

By:  */s/ Michael S. Shuster_____*
     Michael S. Shuster
     Demian A. Ordway
     Jayme A. Jonat
     425 Lexington Avenue
     New York, NY 10017
     (646) 837-5151
     mshuster@hsgllp.com
     dordway@hsgllp.com
     jjonat@hsgllp.com

**ARNOLD & PORTER LLP**
Matthew A. Eisenstein
Rosemary Szanyi
Anne P. Davis
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com
anne.davis@arnoldporter.com

Dylan S. Young
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
dylan.young@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
robert.vizas@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A.
Inc., and Visa International Service
Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Donna M. Ioffredo*_____
    Donna M. Ioffredo
    2001 K Street, NW
    Washington, DC 20006-1047
    (202) 223-7300
    (202) 223-7420 (facsimile)
    dioffredo@paulweiss.com

    William Michael
    Brette Tannenbaum
    Nina Kovalenko
    1285 Avenue of the Americas
    New York, NY 10019-6064
    (212) 373-3000
    (212) 757-3990 (facsimile)
    wmichael@paulweiss.com
    btannenbaum@paulweiss.com
    nkovalenko@paulweiss.com

    *Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Adam Wolfson*_____
    Adam B. Wolfson
    Kevin Y. Teruya
    Claire D. Hausman
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
    adamwolfson@quinnemanuel.com
    kevinteruya@quinnemanuel.com
    clairehausman@quinnemanuel.com

    *Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**SO ORDERED:** 7/2/26

Dated: *Brian M. Cogan*

_____

HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE