# EXHIBIT A



**(W)right On Communications, Inc.**
402 W Broadway Ste 2900
San Diego, CA  92101-8598 USA
+18588867900
info@wrightoncomm.com
wrightoncomm.com

**Invoice  1220-4696**

**BILL TO**
Alexandra Bernay
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA  92101

**PMT METHOD**
Bank Transfer

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 06/30/2026 | $10,044.63 | 07/15/2026 |

| | AMOUNT |
|---|---|
| **Services**<br>RGRD - PCS dedicated Microsoft email account (3 months @ $13.86/mth) expense.<br>-- | 41.58 |
| **Services**<br>April through June communications services for Project Management, Owned Media, Public Relations and Social Media for Payment Card Settlement Communications Program as detailed separately.<br>-- | 10,003.05 |

Per agreed terms to help keep costs low as low as possible, prompt payment at the earliest opportunity in the month is greatly appreciated. Thank you!

| TOTAL DUE | $10,044.63 |
|---|---|

THANK YOU.