**Robbins Geller Rudman & Dowd LLP**

Chicago    Melville    Nashville    San Diego    Wilmington

Boca Raton    Manhattan    Philadelphia    San Francisco    Washington, D.C.

July 7, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

       Re:      *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
              No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

     Rule 23(b)(3) Class Counsel ("Class Counsel") writes to alert the Court about issues related to a third-party claims filing company, Tax Resolution Plus, and its employee Alex Moreno. Class Counsel believes the issue should not wait until the next monthly status report.

     Class Counsel has attempted numerous calls with the person believed in charge of the claims filing division of Tax Resolution Plus and has exchanged a couple of emails over the past few days, but has generally been unable to discuss specific matters, even after they agreed to a conference call. After agreeing to a call today, the person failed to answer and then wrote that they had been in touch with the Class members and everything was handled. When Class Counsel wrote to say they still needed to speak with someone, they wrote back to say: "You did not retain us so we have no obligation to speak with you." Class Counsel explained their role and again urged the person to engage in a call to try to clarify and resolve the complaints. As of this filing, Mr. Moreno has not responded.

4936-3488-8891.v1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619-231-1058    Fax 619-231-7423    rgrdlaw.com

Epiq alerted Class Counsel to two complaints received regarding the company Tax Resolution Plus. First, a Class member contacted Epiq when they were unable to reach anyone at the company. This Class member had 17 Tax Identification Numbers ("TINs") registered on his behalf by Tax Resolution Plus. In March 2026, partial payments were made to Tax Resolution Plus on behalf of 9 of the TINs. The Class member reported to Epiq that no funds have been received to date, despite numerous efforts to get information from Tax Resolution Plus. The second incident is similar. A Class member sought to cancel a contract and had no knowledge that a payment had been made related to his TIN in March. He also has not received the settlement payment to which he is entitled. According to Epiq's records, an ACH wire was sent, and Mr. Moreno retrieved the ACH payment in March.[1]



Epiq reached out to the contact person for Tax Resolution Plus in May and June to follow-up on the complaints and to inquire as to when a mandatory reconciliation report would be submitted. No clarification was received. Instead, a request was made to receive an extension for filing the required reconciliation report. No extension was given because the report was already late. All third parties are required to submit a reconciliation report within 90 days. As of today, Tax Resolution Plus has failed to file the required report with Epiq. After having no success, Epiq contacted Class Counsel to try to resolve the issues.

Today, Epiq was able to reach one of the two complaining Class members. The Class member reported that he still had not received any payment and had not heard from Mr. Moreno in some time. Efforts to contact the other complaining class member are ongoing.

Class Counsel respectfully requests that the Court require Tax Resolution Plus to provide the Court with information in writing confirming that all Class members whose TINs were covered by

---

[1] The two complaining Class members' initial, partial payments were less than the total ACH payment listed below and the figure covers 88 TINs. It is not known currently whether other merchants who were included in that payment have received settlement benefits. Epiq could attempt to contact them, should the Court request.

the March ACH payment have received their settlement checks and to confirm that Epiq will receive the reconciliation report no later than Friday, July 10, 2026.[2]

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Thomas J. Undlin* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc:     All Counsel via ECF
         Tax Resolution Plus

---

[2]     Class Counsel will serve via email a copy of the Court filed letter.

4936-3488-8891.v1