# ATTACHMENT

**From:** Settlement Tax Resolution Plus <settlement@taxresolutionplus.com>
**Sent:** Thursday, July 9, 2026 8:13 AM
**To:** Xan Bernay <XanB@rgrdlaw.com>; Joseph p <joseph.p@taxresolutionplus.com>
**Subject:** Subject: Updates Regarding Class Action Settlement Requirements

**Statement for the Court:**

"We are actively working to finalize all distributions to our class member clients. The remaining unpaid accounts fall into two categories:

- 

**Unreachable Clients:** A portion of the clients have been completely unresponsive to our outreach. We are currently unable to reach them to confirm their preferred delivery method for their funds.

- 

**Pending Authorized Payments:** For the clients who *have* successfully responded and selected their payment method, the final processing is briefly paused as the CFO is currently on vacation.
The CFO returns Thursday, **July 16**, at which point we will begin issuing those authorized payments immediately."

**Request for an Extension**

Because we are waiting on the owner's immediate return tomorrow to clear the active payments, and the CFO's return on Thursday July 16 to pull the official payment proofs, **we kindly request a brief extension until July 16th (no later than July 28th)** to deliver the final proof of payment and the signed Court letter.
Thank you so much for your patience and understanding as we finalize these last few items. Please let me know if this brief timeline extension is acceptable.

--

**Alex Moreno**
**Settlement  Admin**

Tax Resolution Plus

---

 424-287-5969

 taxresolutionplus.com

 2575 McCabe Way, Irvine, CA 92614