**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 10, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY  11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
       No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Consistent with the agreement set forth in ECF 9879, Rule 23(b)(3) Class Counsel ("Class Counsel") provides its first Quarterly Report ("Report"). *See* Attachment. Materials in the Report have been provided by Class Administrator Epiq and by Miller Kaplan LLP, Certified Public Accountants. Unless the Court wishes the reports to issue on a different schedule, Class Counsel plans to file the next three reports by October 9, 2026, January 8, 2027 and April 9, 2027.

Respectfully submitted,

*/s/ Thomas J. Undlin*          */s/ Michael J. Kane*          */s/ Alexandra S. Bernay*

K. Craig Wildfang          H. Laddie Montague, Jr.          Patrick J. Coughlin
Thomas J. Undlin          Merrill G. Davidoff          Alexandra S. Bernay
**Robins Kaplan LLP**          Michael J. Kane          **Robbins Geller Rudman**
                              **Berger Montague PC**          **& Dowd LLP**

Attachment

cc:    All Counsel via ECF

4907-0423-3404.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com