**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
|---|---|---|---|---|
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 13, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

      As directed by the June 15, 2026 Status Report Order, Rule 23(b)(3) Class Counsel ("Class Counsel") provides an update regarding issues raised in ECFs 9874, 9888.

      The Class Administrator worked with Kenneth L. Ryfkogel Jr. to allow him to submit Research Requests for his two claimed Taxpayer Identification Numbers ("TINs"). The Class Administrator sent emails to Mr. Ryfkogel on June 30, 2026, notifying him of the results of the Research Requests. The Class Administrator has also reached out to Mr. Ryfkogel to inform him that the Class Administrator will work with him to allow him to submit Annual Sales Data for his TINs if he wishes to continue his fee dispute after reviewing the results of the Research Requests. As of today, Epiq has not heard back from him since the June 30, 2026 emails were sent.

                    Respectfully submitted,

| */s/ Thomas J. Undlin* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
|---|---|---|
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

cc:    All Counsel via ECF
       Kenneth L. Ryfkogel Jr. via email