**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | MDL No. 1720<br><br>Docket No. 05-md-01720 (BMC-JAM) |
| This Document Relates To:<br><br>BARRY'S CUT RATE STORES INC.; DDMB, INC. d/b/a EMPORIUM ARCADE BAR; DDMB 2, LLC d/b/a EMPORIUM LOGAN SQUARE; BOSS DENTAL CARE; RUNCENTRAL, LLC; CMP CONSULTING SERV., INC.; TOWN KITCHEN, LLC d/b/a TOWN KITCHEN & BAR; GENERIC DEPOT 3, INC. d/b/a PRESCRIPTION DEPOT; and PUREONE, LLC d/b/a SALON PURE,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC.; MASTERCARD INCORPORATED; MASTERCARD INTERNATIONAL INCORPORATED; BANK OF AMERICA, N.A.; BA MERCHANT SERVICES LLC (f/k/a DEFENDANT NATIONAL PROCESSING, INC.); BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BARCLAYS BANK DELAWARE; BARCLAYS FINANCIAL CORP.; CAPITAL ONE BANK, (USA), N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CHASE MANHATTAN BANK USA, N.A.; CHASE PAYMENTECH SOLUTIONS, LLC; JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK N.A.; CITIGROUP, INC.; CITICORP; and WELLS FARGO & COMPANY,<br><br>Defendants. | **EQUITABLE RELIEF CLASS PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF AMENDED SETTLEMENT AGREEMENT** |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 16, 2026 at 11:00 a.m. or a date and time determined by the Court as soon thereafter as the matter may be heard in the courtroom of the Honorable Brian M. Cogan, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Equitable Relief Class Plaintiffs ("ERCPs")[1] will and hereby do move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order granting their Motion for Final Approval of Settlement, a proposed copy of which is attached as Appendix F to the fully executed Superseding and Amended Class Settlement Agreement of the Rule 23(b)(2) Class Plaintiffs and the Defendants (ECF No. 9692-2).

The grounds for this Motion are set forth in and based on ERCPs' accompanying Memorandum and the supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

WHEREFORE ERCPs' respectfully request the Court enter the attached Order granting ERCPs' final approval of the Superseding and Amended Definitive Class Settlement Agreement.

---

[1] Equitable Relief Class Plaintiffs include Boss Dental Care; Runcentral, LLC; CMP Consulting Serv., Inc., Generic Depot 3, Inc. (doing business as Prescription Depot); and PureOne, LLC (doing business as Salon Pure).

PLEASE TAKE FURTHER NOTICE that ERCPs request oral argument on this Motion.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Robert G. Eisler*
Robert G. Eisler
Chad B. Holtzman
GRANT & EISENHOFER P.A.
485 Lexington Ave., 29th Floor
New York, NY 10017
(646) 722-8500
reisler@gelaw.com
choltzman@gelaw.com

Linda P. Nussbaum
Susan R. Schwaiger
Lauren M. Kostman
NUSSBAUM LAW GROUP, P.C.
1225 Franklin Ave.
Garden City, NY 11530
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com
lkostman@nussbaumpc.com

Steve D. Shadowen
Tina J. Miranda
HILLIARD SHADOWEN LLP
1717 W. 6th Street, Suite 290
Austin, TX 78703
(855) 344-3298
steve@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com

Michael J. Freed
William H. London
Robert J. Wozniak
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500
mfreed@jjlmlaw.com
wlondon@jjlmlaw.com
rwozniak@jjlmlaw.com

*Equitable Relief Class Counsel*