UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Applies to:**<br><br>*Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), also now known as *DDMB, Inc., et al. v. Visa, Inc., et al.*, No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM) | No. 05-md-01720 (BMC) (JAM) |

**NETWORK DEFENDANTS' MEMORANDUM IN SUPPORT OF FINAL
APPROVAL OF THE RULE 23(b)(2) CLASS SETTLEMENT AGREEMENT**

Defendants submit this memorandum in support of final approval of the Superseding and
Amended Class Settlement Agreement of the Rule 23(b)(2) Class Plaintiffs and the Defendants
("Amended Settlement") (ECF No. 9692-2).

Class Plaintiffs' motion papers show that the Court should finally approve the settlement
as fair, reasonable, and adequate. Defendants provide this separate memorandum to incorporate
into the final approval record all of the argument and evidence that Defendants submitted in
support of preliminary approval. That evidence includes written testimony from the Senior Vice
President for Global Interchange and Pricing of Visa, William Knupp (ECF No. 9693-2), and the
Co-President, United States, for Mastercard, Chiro Aikat (ECF No. 9693-3), as well as all of the
evidence from the existing MDL discovery record that Defendants cited in their opening and
reply briefs in support of preliminary approval (ECF No. 9693; ECF No. 9773).

On June 9, 2026, this Court granted preliminary approval upon concluding that the
settlement was "fair, reasonable, and adequate under the Rule 23(e)(2) standards." *In re*

*Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 2026 WL 1662251, at *1 (E.D.N.Y. June 9, 2026).  The Court's analysis of the factors that supported preliminary approval likewise support final approval.  Nothing has changed since this Court's June 9, 2026 decision to warrant a different result.

Accordingly, for all of the reasons Defendants provided in their preliminary approval papers and at the preliminary approval hearing, and those set forth in the Court's June 9, 2026 decision, Defendants respectfully request that the Court finally approve the Amended Settlement. Defendants will respond to any objections, if warranted, on the schedule set forth in the Class Settlement Notice and Scheduling Order (ECF No. 9887).

Dated:  July 15, 2026

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Matthew A. Eisenstein*
Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ William B. Michael*
Paul D. Brachman
Donna M. Ioffredo
Lisa M. Danzig
2001 K Street, NW
Washington, DC 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7420
pbrachman@paulweiss.com
dioffredo@paulweiss.com
ldanzig@paulweiss.com

William B. Michael
Brette Tannenbaum
Nina Kovalenko
Crystal Parker
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com
cparker@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

3