**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

July 16, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

        Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
                No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Pursuant to the Court's July 9, 2026 docket-entry Order, Rule 23(b)(3) Class Counsel ("Class Counsel") and counsel for Betz & Baril PLLC ("Betz & Baril") and ClickFunds LLC ("ClickFunds") have again met and conferred and provide this joint status report.

## I.      Introduction

On July 15, 2026, Class Counsel, counsel for Betz & Baril and ClickFunds, and Jason Baril (Betz & Baril's principal), held a video meet-and-confer. The parties discussed outstanding issues.

## II.      Class Counsel's Position

***Contact information and update.*** According to Epiq, it has now received most of the needed contact information. The deadline for Betz & Baril's clients to make a decision regarding their claims was July 15, 2026. Betz & Baril have agreed to provide until the end of today for any additional Class members to decide whether they wish to cancel their contract and have Epiq file claims on their behalf.

Epiq has sent emails to 554 Class members who elected to cancel their contracts and is now working with those Class members regarding their claims. Additional contact information has been shared and more emails will be sent.

***Prior issue regarding Betz & Baril efforts to renegotiate its deals, rather than simply accept termination.*** Class Counsel previously alerted the Court to two instances where Betz & Baril sought to renegotiate its agreement with Class members. ECFs 9900, 9912. An additional instance of this conduct was reported in the July 8, 2026 Joint Status Report. ECF 9926. During the July 15, 2026 call, Mr. Baril reaffirmed that he instructed staff not to offer to renegotiate. As the time to cancel has passed, this issue appears to be at an end.

***Discussion regarding fees and expenses.*** The parties discussed upcoming issues related to fees and expenses. The parties agreed that once Class Counsel and Epiq's fees and expenses regarding the sanctions issue are known, the parties would meet-and-confer regarding the amounts prior to engaging in motion practice.

### III.    Betz & Baril and ClickFunds' Position

Counsel to Betz & Baril and ClickFunds has reviewed and concurs with the foregoing.

Respectfully submitted,

*/s/ Alexandra S. Bernay*                          */s/ James J. DeCristofaro*
Alexandra S. Bernay                                    James J. DeCristofaro
**Robbins Geller Rudman & Dowd LLP**    **The Lawyer James J. DeCristofaro, Esq., P.C.**

Co-Lead Rule 23(b)(3) Class Counsel          Attorney for Respondents Betz & Baril PLLC
                                                                     and ClickFunds LLC

cc:    All Counsel via ECF

4938-2452-8829.v1