**quinn emanuel** trial lawyers | los angeles | new york

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

August 6, 2026

**VIA ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, 05-md-1720; *Intuit Inc. v. Visa Inc.*, 21-cv-1175; *Block, Inc. v. Visa Inc.*, 23-cv-5377

Dear Judge Cogan:

We represent Plaintiffs Block, Inc., Intuit Inc., and Intuit Payment Solutions, LLC and write on behalf of all parties in the above-referenced actions.  In accordance with the Court's July 22, 2026 Minute Order, the parties will be filing their opening briefing, including declarations and exhibits, on ECF on August 12, 2026.

In light of the volume and sensitivity of motion papers associated with the upcoming motions, the parties jointly propose that all parties file their briefs, declarations, and exhibits under provisional seal initially, with jointly proposed redacted versions of all documents to follow 30 days after the filing of the parties' reply briefing.  This proposal is consistent with this Court's previous orders with respect to the filing and submission of materials associated with Defendants' motion to enforce the settlement agreement and Plaintiffs' cross-motions for partial summary judgment, *see* January 16, 2024 Minute Order (approving parties' proposal in ECF No. 9044 to file, *inter alia*, all memoranda of law, declarations, and exhibits under seal and afterwards to publicly file, *inter alia*, redacted versions of memoranda of law and declarations), and with Defendants' motion for injunction, *see* December 7, 2024 Minute Order (approving parties' proposal in ECF No. 9490 to file all memoranda of law, declarations, and exhibits under seal and afterwards to publicly file redacted versions of memoranda of law and declarations).

The motion papers will extensively discuss, and the accompanying exhibits will overwhelmingly consist of, materials that have been designated Highly Confidential.  That material will inevitably be woven throughout the briefing rather than confined to discrete, easily severable passages.  Redacting all motion papers at once will avoid a piecemeal process and ensure all parties can consistently and properly redact all Highly Confidential materials.

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI |
SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully Submitted,

/s/ *Marc Greenwald*
Marc L. Greenwald

/s/ *Adam Wolfson*
Adam B. Wolfson