**MANDATE**



## UNITED STATES COURT OF APPEALS
### for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-six,

_____

In Re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,

------------------------------------------------------------------------

Betz & Baril PLLC, ClickFunds LLC,
          Respondents - Appellants,

  v.

Rule 23(b)(3) Class Plaintiffs,

          Appellee.

_____

**ORDER**

Docket No. 26-1561

A notice of appeal was filed on June 4, 2026. The Appellant's Form C due June 18, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 9, 2026, if the Form C is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 08/11/2026**