**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

August 13, 2026

<u>VIA ECF</u>

Magistrate Judge Joseph A. Marutollo
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

      Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
           No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Pursuant to the Court's August 13, 2026 docket-text Order, Rule 23(b)(3) Class Counsel ("Class Counsel") called and emailed the Class member who sent a letter to the Court that was filed today. ECF 9953. After speaking via phone with the Class member, he agreed that certain private information (Tax Identification Number, email address and phone number) should be redacted. *See* Attachment.

Class Counsel also let him know the concerns raised in the letter were being looked into.

Respectfully submitted,

| */s/ Thomas J. Undlin* | */s/ Michael J. Kane* | */s/ Alexandra S. Bernay* |
| K. Craig Wildfang | H. Laddie Montague, Jr. | Patrick J. Coughlin |
| Thomas J. Undlin | Merrill G. Davidoff | Alexandra S. Bernay |
| **Robins Kaplan LLP** | Michael J. Kane | **Robbins Geller Rudman** |
| | **Berger Montague PC** | **& Dowd LLP** |

Attachment

cc:    All Counsel via ECF
      Vince DeRentiis (via email)