# ATTACHMENT

**Darien Auto Specialists Inc.**

Vince Derentiis, President
1044 Boston Post Rd.
Darien Ct. 06820

August 05, 2026

**Honorable Brian M. Cogan**

United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: (MDL) No. 1720 1:105-md-01720
Payment Card interchange Fee and Merchant Discount Antitrust litigation

Dear Judge Cogan,

I need your help with my application for the Visa / MasterCard settlement case.
I had mailed in the application when first received.

When I have not received any correspondence I started to inquire. On
7/25/2026 I called the Visa / MasterCard Settlement Number and I asked what
had happened to my application. They told me that we didn't answer any
correspondence and I had missed the filing date.

Inquiry # 1321530 I told them that I didn't receive any mail pertaining to this
matter. On 7/25/2026 I informed them that I set up a PO Box 896 for all mail
pertaining to 1044 Post Rd address. I explained to them that on 07/01/2021 I
had closed and filed a Dissolution for this business closure dated 10/29/2021
Filing Number : 0010137861. I had explained to them that my business had to
close due to a redevelopment and the building was knocked down. We had
set up a PO box Number 896 Darien Ct. for all mail.

(1)

On 7/28/26 I again inquiry  # : 1325226 I gave them my ████████ to research it. Again, I was told that they never received the case application. I again said that I never received any mail correspondence. I asked if I could appeal, they will review and get back to me.

Again they called  on 8/3/2026 they told me that they couldn't help because the case filing deadline had passed. Inquiry # 1326201

On 08/04/2026 I again received a phone call from the Visa / MasterCard settlement requesting my  full name, home address, email, telephone number and EIN. They told me they are uncertain if I could be added to the case. Inquiry # 1326652

My problem is that because of the redevelopment of a 17 acre parcel of land which consisted of my business and the post office that had my PO box located at 30 Corbin Dr were knocked down. As a result the mail service was interrupted. Some mail went to a temporary location set up by the post office at 24 Camp Avenue Stamford Ct. Again the Post Office moved the PO Boxes to 25 Old Kings Highway North Darien Ct. Then again mail service went to the Post Office at 317 West Ave Norton Ct. I believe because the post office moved the mail all over different post offices out of town this led to my mail not getting delivered or lost. Some of my mail did not have the PO box number because it was only set up on 06/2021 which would only make it more confusing as the building was no longer there.

Given the facts above, I respectfully request if you could help me in my application and place me on the case for Visa / MasterCard settlement.

(2)

Respectfully summited,

08/05/2026

Vince DeRentiis President



33 Allendale Road Yonkers, N.Y. 10710

( 3 )

A New
Main Street
and Town Square

Redevelopment

i) -Building
WAS former business
I had :
DARIEN Auto Specialists

A) Building former
Post Office
30 Corbin Dr.



Introduction



Former Location
DARIEN Post office
30 Corbin Dr.
DARIEN CT 06820

Former Location
DARIEN Auto Specialists Inc
1044 Post Rd.
DARIEN CT 06820

1997 — 2021