Robbins Geller Rudman & Dowd LLP

Chicago | Melville | Nashville | San Diego | Wilmington
Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C.

August 25, 2025

VIA ECF

The Honorable Judge Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") attach as Exhibit A a funding request from Epiq regarding funding for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of December 2025 – March 2026. As explained in Epiq's Request, key cost drivers during these months include high volume and complexity of work performed during this period, much of which was driven by payment-related activity, increased Class member engagement, continued remediation of data-intensive claim issues, and many other activities during the period described in Exhibit A.

Class Counsel request that the Court approve the funding request of $20,541,406.76. The requested funds should be paid from the Class Settlement Cash Escrow Account.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

Exhibit A

cc: All Counsel via ECF

4936-0231-3930.v1

655 West Broadway, Suite 1900 San Diego, CA 92101 Tel 619-231-1058 Fax 619-231-7423 rgrdlaw.com