August 27, 2026

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

We write pursuant to the Court's August 13, 2026 docket-text Order requiring Rule 23(b)(3) Class Counsel ("Class Counsel") to respond to a letter sent by a Class member to the Court (ECF 9953).

Class Counsel first spoke with the Class member to ensure that certain confidential information that had been placed on the public docket was removed and redacted versions were substituted. *See* ECF 9954. At that time, Class Counsel informed the Class member that further investigation, including a discussion with the Class Administrator, needed to occur. That further work was completed and an email was sent to the Class member on August 14, 2026. No response was received and so on August 24, 2026, Class Counsel sent another email to confirm that the earlier email had been received. On the same day, a call to the Class member was made and the Class member requested that the information from the Class Administrator detailing the Special Master process be provided again. Class Counsel directed the Class Administrator to resend the information and this was done on August 24, 2026.

In the August 14, 2026 email to the Class member, Class Counsel relayed the history of notices sent, as well as information concerning claim form mailings. The following information was shared with the Class member:

> On March 25, 2019, an initial notice was mailed and was not returned as undeliverable. On April 18, 2019, an initial email notice was also sent to the same address the Class member provided to the Class Administrator recently. Class member addresses were updated using the USPS National Change of Address database before claim forms were mailed, and the Class Administrator received an updated address for the Class member on December 7, 2023. Reminder postcards were also mailed to the same address on April 30, 2024 and November 1, 2024. None of these mailings were returned to Epiq as undeliverable.

Class Counsel explained that there is a pathway to raise concerns with the Court-appointed Special Master to attempt to have the decision overturned. On August 13, 2026, the Class member was sent a denial email notification explaining that he has until September 12, 2026, to submit the dispute to the Special Master on the Merchant Portal. During the call with the Class member he indicated that he is considering his options regarding the Special Master process. This letter will be shared with the Class member upon filing with the Court.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

cc: All Counsel via ECF
Vince DeRentiis (via email)