ERIC L. CRAMER / *CHAIRMAN*
215.875.3009 **m** 215.327.9583 | ecramer@bergermontague.com

August 27, 2026

**VIA ECF**

The Honorable Judge
Brian M. Cogan
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Magistrate Judge
Joseph A. Marutollo
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-(MKB)(VMS)

Dear Judges Cogan and Marutollo:

Pursuant to paragraph 19 of the Class Settlement Order and Final Judgment and paragraph 21 of the Definitive Class Settlement Agreement, Class Plaintiffs respectfully request the Court's approval of the estimated tax payment for the 3d quarter of 2026 in the amount of $11,100,000.00 for the Class I Cash Settlement Fund.

This payment is based upon the calculations prepared by the accounting firm Miller Kaplan Arase LLP and is due on or before September 15, 2026.

Respectfully submitted,

*/s/ K. Craig Wildfang*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

Eric L. Cramer
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Alexandra S. Bernay
Patrick J. Coughlin
**Robbins Geller Rudman & Dowd LLP**

cc: All Counsel via ECF