EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER*
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

August 31, 2026

***Via ECF***

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (BMC) (JAM), No. 05-md-1720

Dear Judge Cogan:

We represent the National Retail Federation ("NRF") and Retail Industry Leaders Association ("RILA"), which are permissive intervenors in the above-captioned matter. Each of our clients' members is part of the certified Rule 23(b)(2) class. *See* Dkt. 8605 (Mem. and Order dated June 28, 2021). We write to request that the Court clarify that the deadline for class members to file objections to the proposed settlement agreement in the above-captioned matter is Monday September 14, 2026.

By way of background, the Court has entered a Class Settlement Notice and Scheduling Order, Dkt. 9887, which, at Paragraph 15, set the deadline for objections to the proposed superseding settlement agreement within 90 days "after the Court's entry of this Rule 23(b)(2) Class Settlement Notice and Scheduling Order." *Id.* The Order was signed and dated June 13, 2026, but entered on the docket on June 15, 2026. Ninety-days following June 15, 2026

---

* Albert Huber: admitted only in Florida.

is Sunday September 13, 2026, so the deadline for objections should be Monday September 14, 2026. *See* Fed. R. Civ. P. 6(a)(1)(c).

We request that the Court clarify the deadline on the docket to mitigate the risk of confusion by potential objectors.

Respectfully submitted,

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

/s/

Debra L. Greenberger
Daniel M. Eisenberg
One Rockefeller Plaza, 8th Floor
New York, New York 10020
Telephone: (212) 763-5000