UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-MD-1720 (BMC) (JAM) |

**SDNY PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED AUGUST 31, 2026**

PLEASE TAKE NOTICE that on a date and time to be designated by the Court, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Potayto-Potahto, LLC d/b/a Falafel Taco, Dougicaban, Inc. d/b/a Quaker Hill Tavern, and CAM-OMO Inc. d/b/a Carmine Minardi NYC (the "SDNY Plaintiffs"), by and through their undersigned counsel, will move this Court for an order reconsidering its Order dated August 31, 2026, in which the Court *sua sponte* deemed Plaintiffs' motion for summary judgment a Rule 60(b) motion. The grounds for this motion are set forth in the accompanying Memorandum of Law and such other written and oral argument as may be presented to the Court.

Dated: September 1, 2026
New York, New York

Respectfully submitted,

**BRESSLER LLP**

By: /s/ *Jason Bressler*

Jason Bressler
Kenneth L Bressler
175 Varick Street, Suite 410
New York, NY 10014
Tel.: (212) 444-2388
jason.bressler@bresslerllp.com
ken.bressler@bresslerllp.com