Robbins Geller Rudman & Dowd LLP

Chicago | Melville | Nashville | San Diego | Wilmington
Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C.

September 2, 2026

VIA ECF

The Honorable Judge Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

On October 1, 2024, Rule 23(b)(3) Class Counsel ("Class Counsel") wrote to the Court regarding Class member Marcel McAllen, LLC and Marcel Enterprises, Inc. (collectively "Marcel") who opted out of the settlement on July 23, 2019. ECF 9452. Marcel was included in Exhibit 1 to the Final Approval Order (ECF 7818) listing the members of the Rule 23(b)(3) Settlement Class that validly excluded themselves from the Class and became an Opt Out. Marcel informed the Claims Administrator that it would like to rejoin the class.

It appears from a review of the docket that the Court never issued any ruling regarding the October 2024 request. Marcel has recently contacted the Class Administrator regarding this issue.

Class Counsel has no opposition to this request and asks the Court to allow this Class member to withdraw its Opt Out.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

cc: All Counsel via ECF

4908-9635-6556.v1

655 West Broadway, Suite 1900 San Diego, CA 92101 Tel 619-231-1058 Fax 619-231-7423 rgrdlaw.com