FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2026 ★
BROOKLYN OFFICE

August 26, 2026

Clerk of the Court
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Re: Docket Number: MDL No. 1720 / Case No. 1:05-md-01720

To whom it may concern,

As a small business owner, credit cards are essential to how I operate. About 95% of my sales go through electronic payments, and if those payments became less secure or less reliable, I have no doubt it would hurt my business. That is why I support the interchange fee settlement agreement now under consideration by this Court.

The preliminary agreement released in June lowers swipe fees and gives business owners more flexibility without forcing transactions into weaker, less secure payment networks . Further, the agreement is expected to deliver more than $200 billion in relief to small businesses like mine over the next decade, with benefits shared by more than 12 million business entities.

That represents real money that could go back into my shop or into the paychecks of my employees instead of into processing fees. And best of all, the agreement supports small shops, rather than squeezing them out using rules written for the biggest players.

After more than a quarter century running this business, I know how much a small margin means to an operation my size. I ask this Court to uphold the Interchange fee settlement agreement as approved.

Sincerely,

Randy Enloe

Randy Enloe
Owner
R&S Gas and Garage
100 N Highway 365
Redfield, AR 72132

R & S GAS & GARAGE
P.O. BOX 205
REDFIELD, AR 72132
501-397-5131

LITTLE ROCK AR 720
28 AUG 2026 AM 3 L

1776 ★ 2026
USA FOREVER

USPS

Clerk of the Court

U.S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2026 ★
BROOKLYN OFFICE

**Docket Number: MDL No. 1720**
**Case No. 1:05-md-01720**

11201-181809