POPKES CAR CARE
Automotive Repair & Tires

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 03 2026 ★
BROOKLYN OFFICE

August 24, 2026

Brenna Mahoney, Clerk of the Court
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Re: Docket Number: MDL No. 1720 / Case No. 1:05-md-01720

Dear Ms. Manoney,

I am writing to support the interchange fee settlement agreement now before this court. I understand this agreement is expected to deliver more than $200 billion in relief over the next eight years, mostly to small businesses.

As someone who helps run a small business myself, what matters most to me is keeping our costs low enough that we can keep our prices low for our customers. This agreement lowers swipe fees and gives businesses like mine more flexibility in which cards to accept and how we handle processing costs, all while keeping that same standard of security in place. We have been serving the Rock Rapids, Iowa community for 38 years, and every dollar we save on processing fees is a dollar we don't have to pass along at the pump.

Roughly half of our sales go through credit cards, and I would lose business if those payments became less secure or less dependable. Customers and business owners both need to trust that card payments will work safely.

I ask this Court to uphold the Interchange fee settlement agreement as approved.

Sincerely,

Melinda Popkes
Popkes Car Care, Inc.
602 North 2nd Ave. East
Rock Rapids, IA 51246

SIOUX FALLS SD 570

29 AUG 2026 AM 2 L

Freedom 250

1776 ★ 2026
USA FOREVER

Clerk of the Court

U.S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Docket Number: MDL No. 1720

Case No. 1:05-md-01720

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 03 2026 ★

BROOKLYN OFFICE

USMS

11201-183299