# EXHIBIT 2

# Visa USA Interchange Reimbursement Fees

## Visa Supplemental Requirements

18 October 2025

Visa Public

# Introduction to the Visa USA Interchange Reimbursement Fees

The following tables set forth the interchange reimbursement fees applied on Visa financial transactions completed within the 50 United States and the District of Columbia.

Visa uses interchange reimbursement fees as transfer fees between financial institutions to balance and grow the payment system for the benefit of all participants. Merchants do not pay interchange reimbursement fees; merchants pay "merchant discount" to their financial institution. This is an important distinction, because merchants buy a variety of processing services from financial institutions; all these services may be included in their merchant discount rate, which is typically a percentage rate per transaction.

**Note:** This document is a supplement of the *Visa Core Rules and Visa Product and Service Rules*. In the event of any conflict between any content in this document, any document referenced herein, any exhibit to this document, or any communications concerning this document, and any content in the *Visa Core Rules and Visa Product and Service Rules*, the *Visa Core Rules and Visa Product and Service Rules* shall govern and control.

## Contact Information

If you have any questions about Visa's interchange rates, your merchant discount, or what interchange rates for which you are eligible, please contact your financial institution.


© 2025 Visa. All Rights Reserved.

# A Visa USA Consumer Check Card Exempt and Regulated Interchange Reimbursement Fees

Rates Effective October 18, 2025

| Card Present Fee Program | Exempt Visa Check Card Card Present Transactions | Regulated Visa Check Card Card Present Transactions |
|---|---|---|
| **CPS/Supermarket, Debit** | $0.30 | 0.05% + $0.21* |
| **CPS/Retail, Debit** | 0.80% + $0.15 | 0.05% + $0.21* |
| **CPS/Automated Fuel Dispenser (AFD), Debit** | 0.80% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| **CPS/Service Station, Debit** | 0.80% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| **CPS/Small Ticket, Debit** | 1.55% + $0.04[1] | 0.05% + $0.21* |
| **CPS/Restaurant, Debit** | 1.19% + $0.10 | 0.05% + $0.21* |
| **CPS/Hotel and Car Rental Card Present, Debit** | 1.19% + $0.10 | 0.05% + $0.21* |
| **CPS/Passenger Transport Card Present, Debit** | 1.19% + $0.10 | 0.05% + $0.21* |
| **Travel Service, Debit** | 1.19% + $0.10 | 0.05% + $0.21* |
| **CPS/Retail Key Entry, Debit[2]** | 1.65% + $0.15 | 0.05% + $0.21* |


© 2025 Visa. All Rights Reserved.

| Card Not Present Fee Program | Exempt Visa Check Card Card Not Present Transactions | Regulated Visa Check Card Card Not Present Transactions |
|---|---|---|
| CPS/Retail 2 – Card Not Present, Debit | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Debt Repayment 2<br>CPS/Debt Repayment (No Fee) | 0.65% + $0.15 ($2.00 Cap)<br>0.65% + $0.15 ($0.65 Cap) | 0.05% + $0.21* |
| CPS/Utility Recurring Bill Payment, Debit | $0.45 | 0.05% + $0.21* |
| CPS/Utility, Debit | $0.65 | 0.05% + $0.21* |
| CPS/Government | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| Consumer Bill Payment Service Consumer Debit | 1.65% + $0.15 | 0.05% + $0.21* |
| CPS/Card Not Present, Debit | 1.65% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Basic, Debit | 1.65% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Retail, Debit | 1.60% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Hotel and Car Rental, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Passenger Transport, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Not Present, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Passenger Transport Card Not Present, Debit | 1.70% + $0.15 | 0.05% + $0.21* |
| CPS/Account Funding, Debit | 1.75% + $0.20 | 0.05% + $0.21* |
| Electronic Interchange Reimbursement Fee (EIRF), Debit[3] | 1.75% + $0.20 | 0.05% + $0.21* |
| Standard Interchange Reimbursement Fee, Debit | 1.90% + $0.25 | 0.05% + $0.21* |

Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01.
[1] Small-ticket interchange rate on PIN-authenticated Visa Debit transactions applies only to Visa Network 002 transactions.
[2] Not applicable to PIN-authenticated transactions.
[3] EIRF transactions from AFDs and service stations are eligible for a US $0.95 cap.


© 2025 Visa. All Rights Reserved.

# B Visa U.S.A. Consumer Prepaid Exempt & Regulated and Other Exempt Products Interchange Reimbursement Fees

Rates Effective October 18, 2025

| Card Present Transactions Fee Program | EXEMPT Visa Consumer Prepaid and Other Exempt | REGULATED Visa Consumer Prepaid |
|---|---|---|
| **CPS/Supermarket, Prepaid** | 1.15% + $0.15 ($0.35 Cap) | 0.05% + $0.21* |
| **CPS/Retail, Prepaid** | 1.15% + $0.15 | 0.05% + $0.21* |
| **CPS/Automated Fuel Dispenser (AFD), Prepaid** | 1.15% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| **CPS/Service Station, Prepaid** | 1.15% + $0.15 ($0.95 Cap) | 0.05% + $0.21* |
| **CPS/Small Ticket, Prepaid** | 1.60% + $0.05[1] | 0.05% + $0.21* |
| **CPS/Hotel and Car Rental Card Present, Prepaid** | 1.15% + $0.15 | 0.05% + $0.21* |
| **CPS/Restaurant, Prepaid** | 1.15% + $0.15 | 0.05% + $0.21* |
| **CPS/Passenger Transport Card Present, Prepaid** | 1.15% + $0.15 | 0.05% + $0.21* |
| **Travel Service, Prepaid** | 1.15% + $0.15 | 0.05% + $0.21* |
| **CPS/Retail Key Entry, Prepaid[2]** | 1.75% + $0.20 | 0.05% + $0.21* |


© 2025 Visa. All Rights Reserved.

| Card Not Present Fee Program | EXEMPT Visa Consumer Prepaid and Other Exempt | REGULATED Visa Consumer Prepaid |
|---|---|---|
| CPS/Retail 2 Card Not Present, Prepaid | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| CPS/Debt Repayment 2<br>CPS/Debt Repayment (No Fee) | 0.65% + $0.15 ($2.00 Cap)<br>0.65% + $0.15 ($0.65 Cap) | 0.05% + $0.21* |
| CPS/Utility Recurring Bill Payment, Prepaid | $0.45 | 0.05% + $0.21* |
| CPS/Utility, Prepaid | $0.65 | 0.05% + $0.21* |
| CPS/Government, Prepaid | 0.65% + $0.15 ($2.00 Cap) | 0.05% + $0.21* |
| Consumer Bill Payment Service, Consumer, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Card Not Present, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Basic, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Retail, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Hotel and Car Rental, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/e-Commerce Preferred Passenger Transport, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Hotel and Car Rental Card Not Present, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Passenger Transport, Prepaid | 1.75% + $0.20 | 0.05% + $0.21* |
| CPS/Account Funding, Prepaid | 1.80% + $0.20 | 0.05% + $0.21* |
| Electronic Interchange Reimbursement Fee (EIRF), Prepaid[3] | 1.80% + $0.20 | 0.05% + $0.21* |
| Standard Interchange Reimbursement Fee, Prepaid | 1.90% + $0.25 | 0.05% + $0.21* |

Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01.
[1] Small-ticket interchange rate on PIN-authenticated Visa Prepaid transactions applies only to Visa Network 002.
[2] Not applicable to PIN-authenticated transactions.
[3] EIRF transactions from AFDs and service stations are eligible for a US $0.95 cap.


© 2025 Visa. All Rights Reserved.

# C Visa U.S.A. Consumer Credit Interchange Reimbursement Fees

Rates Effective October 18, 2025

| Card Present Fee Program | Visa Infinite Spend Qualified | Visa Infinite Spend Not Qualified | Visa Signature Preferred | Visa Signature | Traditional Rewards | All Other Products |
|---|---|---|---|---|---|---|
| **Supermarket Credit—Tier* 0** | 1.65% + $0.05 | 1.55% + $0.05 | 1.65% + $0.05 | 1.55% + $0.05 | 1.18% + $0.05 | 1.18% + $0.05 |
| **Supermarket Credit—Tier* I** | 1.65% + $0.05 | 1.55% + $0.05 | 1.65% + $0.05 | 1.55% + $0.05 | 1.20% + $0.05 | 1.20% + $0.05 |
| **Supermarket Credit—Tier* II** | 1.65% + $0.05 | 1.55% + $0.05 | 1.65% + $0.05 | 1.55% + $0.05 | 1.22% + $0.05 | 1.22% + $0.05 |
| **Supermarket Credit—Tier* III** | 1.75% + $0.05 | 1.60% + $0.05 | 1.75% + $0.05 | 1.60% + $0.05 | 1.22% + $0.05 | 1.22% + $0.05 |
| **Supermarket Credit—All Other** | 2.00% + $0.07 | 1.65% + $0.07 | 2.00% + $0.07 | 1.65% + $0.07 | 1.50% + $0.07 | 1.50% + $0.07 |
| **Retail Credit-Performance Threshold* I** | 2.30% + $0.10 | 1.90% + $0.10 | 2.10% + $0.10 | 1.65% + $0.10 | 1.43% + $0.10 | 1.43% + $0.10 |
| **Retail Credit-Performance Threshold* II** | 2.30% + $0.10 | 1.90% + $0.10 | 2.10% + $0.10 | 1.65% + $0.10 | 1.47% + $0.10 | 1.47% + $0.10 |
| **Retail Credit-Performance Threshold* III** | 2.30% + $0.10 | 1.90% + $0.10 | 2.10% + $0.10 | 1.65% + $0.10 | 1.51% + $0.10 | 1.51% + $0.10 |
| **Product 2** | 2.30% + $0.10 | 1.90% + $0.10 | 2.10% + $0.10 | 1.65% + $0.10 | 1.65% + $0.10 | 1.51% + $0.10 |
| **Small Ticket** | 2.20% (min. $0.04) | 2.20% (min. $0.04) | 2.20% (min. $0.04) | 2.20% (min. $0.04) | 1.90% (min. $0.04) | 1.90% (min. $0.04) |
| **Fuel** | 1.15% + $0.25 ($1.10 Cap) | 1.15% + $0.25 ($1.10 Cap) | 1.15% + $0.25 ($1.10 Cap) | 1.15% + $0.25 ($1.10 Cap) | 1.15% + $0.25 ($1.10 Cap) | 1.15% + $0.25 ($1.10 Cap) |
| **Service Station and Government Small Ticket** | na | 1.65% + $0.04 | na | 1.65% + $0.04 | 1.65% + $0.04 | 1.65% + $0.04 |
| **Advertising 2** | 2.30% + $0.10 | 1.75% + $0.10 | 2.30% + $0.10 | 1.75% + $0.10 | 1.70% + $0.10 | 1.55% + $0.10 |
| **Insurance 2** | 2.25% + $0.10 | 1.43% + $0.05 | 2.25% + $0.10 | 1.43% + $0.05 | 1.43% + $0.05 | 1.43% + $0.05 |
| **Education 2: applies to transactions >=$500** | 2.15% + $0.10 | 1.43% + $0.05 | 2.15% + $0.10 | 1.43% + $0.05 | 1.43% + $0.05 | 1.43% + $0.05 |


© 2025 Visa. All Rights Reserved.

## Visa USA Interchange Reimbursement Fees

| Card Not Present Fee Program | Visa Infinite Spend Qualified | Visa Infinite Spend Not Qualified | Visa Signature Preferred | Visa Signature | Traditional Rewards | All Other Products |
|---|---|---|---|---|---|---|
| Recurring Tier 1 | 1.85% + $0.05 | 1.33% + $0.05 | 1.85% + $0.05 | 1.33% + $0.05 | 1.33% + $0.05 | 1.33% + $0.05 |
| Recurring Tier 2 | 2.20% + $0.05 | 1.43% + $0.05 | 2.20% + $0.05 | 1.43% + $0.05 | 1.43% + $0.05 | 1.43% + $0.05 |
| Recurring Tier 3 | 2.30% + $0.05 | 1.53% + $0.05 | 2.30% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Recurring | 2.30% + $0.05 | 1.53% + $0.05 | 2.30% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Product 1 | 2.60% + $0.10 | 2.20% + $0.10 | 2.50% + $0.10 | 2.05% + $0.10 | 2.04% + $0.10 | 1.89% + $0.10 |
| Advertising 1 | 2.40% + $0.10 | 1.85% + $0.10 | 2.40% + $0.10 | 1.85% + $0.10 | 1.80% + $0.10 | 1.65% + $0.10 |
| Insurance 1 | 2.35% + $0.10 | 1.53% + $0.05 | 2.35% + $0.10 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Education 1: applies to transactions >=$500 | 2.25% + $0.10 | 1.53% + $0.05 | 2.25% + $0.10 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Healthcare 1: applies to transactions >=$500 | 2.40% + $0.10 | 1.53% + $0.05 | 2.40% + $0.10 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Real Estate 1: applies to transactions >=$500 | 2.25% + $0.10 | 1.53% + $0.05 | 2.25% + $0.10 | 1.53% + $0.05 | 1.53% + $0.05 | 1.53% + $0.05 |
| Services 1: applies to transactions >=$100 | 2.40% + $0.10 | 1.95% + $0.10 | 2.40% + $0.10 | 1.95% + $0.10 | 1.80% + $0.10 | 1.65% + $0.10 |
| Travel 1 | 2.55% + $0.10 | 2.25% + $0.10 | 2.40% + $0.10 | 2.25% + $0.10 | 1.95% + $0.10 | 1.75% + $0.10 |
| Restaurant 1 | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.20% (min. $0.08) | 2.20% (min. $0.08) |
| Taxi 1 | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.70% (min. $0.08) | 2.20% (min. $0.08) | 2.20% (min. $0.08) |
| Charity 1 | 1.35% + $0.05 | 1.35% + $0.05 | 1.35% + $0.05 | 1.35% + $0.05 | 1.35% + $0.05 | 1.35% + $0.05 |
| Government 1 | 1.55% + $0.10 | 1.55% + $0.10 | 1.55% + $0.10 | 1.55% + $0.10 | 1.55% + $0.10 | 1.55% + $0.10 |
| Consumer Bill Payment Service, Consumer Credit 1 | 2.60% + $0.10 | 2.20% + $0.10 | 2.50% + $0.10 | 2.05% + $0.10 | 2.04% + $0.10 | 1.89% + $0.10 |
| CPS/Utility | $0.75 | $0.75 | $0.75 | $0.75 | $0.75 | $0.75 |
| Non-Qualified Consumer Credit | 3.15% + $0.10 | 3.15% + $0.10 | 3.15% + $0.10 | 3.15% + $0.10 | 3.15% + $0.10 | 3.15% + $0.10 |
| | | | | | | |
| Card Not Present Incentive Type Type 1 | -0.05% | -0.05% | -0.05% | -0.05% | -0.05% | -0.05% |
| Card Not Present Incentive Type Type 2 | -0.10% | -0.10% | -0.10% | -0.10% | -0.10% | -0.10% |
| Card Not Present Incentive Type Type 3 | -0.15% | -0.15% | -0.15% | -0.15% | -0.15% | -0.15% |

Card Not Present Incentives require CPS qualification and are subject to change.
EMV Token transactions qualify for Card Not Present Incentive Type 2, except for Travel 1, Charity 1, Government 1, Consumer Bill Payment Service, Consumer Credit 1, and CPS/Utility.
Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.


© 2025 Visa. All Rights Reserved.

# E Visa U.S.A. Corporate and Purchasing Interchange Fees

Rates Effective October 18, 2025

| Fee Program | Purchasing* & Corporate T&E |
|---|---|
| **Product 3** | 1.75% + $0.10 |
| **Commercial Level II – Fuel** | 2.20% + $0.10 |
| **Commercial Level II** | 2.50% + $0.10 |
| **Commercial Card Present** | 2.50% + $0.10 |
| **Commercial Travel Service** | 2.65% + $0.10 |
| **Commercial Card Not Present** | 2.70% + $0.10 |
| **Consumer Bill Payment Service, Commercial** | 2.70% + $0.10 |
| **Non-Qualified** | 2.95% + $0.10 |
| **Non-Qualified with Data** | 2.95% + $0.10 |
| **Commercial Product Large Ticket** | 1.30% + $35.00 |

* Includes Fleet cards

| Fee Program | Purchasing Only |
|---|---|
| **Government-to-Government (G2G)** | 1.65% + $0.10 |
| **GSA Large Ticket** | 1.20% + $39.00 |


© 2025 Visa. All Rights Reserved.

# F Visa U.S.A. Business, Corporate and Purchasing Prepaid Exempt and Regulated Interchange Reimbursement Fees

Rates Effective October 18, 2025

| Fee Program | EXEMPT Visa Business Prepaid | EXEMPT Visa Purchasing Prepaid | REGULATED Visa Business & Purchasing Prepaid |
|---|---|---|---|
| **Non-Qualified** | 2.95% + $0.10 | 2.95% + $0.10 | 0.05% + $0.21* |
| **Card Present** | 2.15% + $0.10 | 2.15% + $0.10 | 0.05% + $0.21* |
| **Card Not Present** | 2.65% + $0.10 | 2.65% + $0.10 | 0.05% + $0.21* |
| **Consumer Bill Payment Service, Commercial Prepaid** | 2.65% + $0.10 | 2.65% + $0.10 | 0.05% + $0.21* |
| **Visa Purchasing Prepaid Large Ticket** | na | 1.45% + $35.00 | 0.05% + $0.21* |
| **Visa Business Utility Recurring Bill Payment (Visa Business Prepaid Only)** | $0.75 | na | 0.05% + $0.21* |
| **Business Utilities (Visa Business Prepaid Only)** | $1.50 | na | 0.05% + $0.21* |

Rates Effective October 18, 2025

| Fee Program | EXEMPT Visa Corporate Prepaid | REGULATED Visa Corporate Prepaid |
|---|---|---|
| **Non-Qualified** | 2.95% + $0.10 | 0.05% + $0.21* |
| **Corporate Prepaid** | 2.65% + $0.10 | 0.05% + $0.21* |
| **Consumer Bill Payment Service, Commercial** | 2.65% + $0.10 | 0.05% + $0.21* |

Note: Fees in these tables are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01


© 2025 Visa. All Rights Reserved.

# G Visa U.S.A. Business (excluding Prepaid) Interchange Reimbursement Fees

Rates Effective October 18, 2025

| Business Credit Fee Program | Business Credit Spend Tier I | Business Credit Spend Tier II | Business Credit Spend Tier III | Business Credit Spend Tier IV | Business Credit Spend Tier V |
|---|---|---|---|---|---|
| **Product 3** | 1.75% + $0.10 | 1.90% + $0.10 | 1.95% + $0.10 | 2.05% + $0.10 | 2.10% + $0.10 |
| **Business Level II** | 1.90% + $0.10 | 2.05% + $0.10 | 2.10% + $0.10 | 2.20% + $0.10 | 2.25% + $0.10 |
| **Business Product 2** | 1.90% + $0.10 | 2.05% + $0.10 | 2.10% + $0.10 | 2.20% + $0.10 | 2.25% + $0.10 |
| **Business Product 1** | 2.65% + $0.10 | 2.80% + $0.10 | 2.85% + $0.10 | 2.95% + $0.10 | 3.00% + $0.10 |
| **Consumer Bill Payment Service, Business Credit** | 2.65% + $0.10 | 2.80% + $0.10 | 2.85% + $0.10 | 2.95% + $0.10 | 3.00% + $0.10 |
| **Business Travel** | 2.35% + $0.10 | 2.50% + $0.10 | 2.55% + $0.10 | 2.65% + $0.10 | 2.70% + $0.10 |
| **Business Non-Qualified** | 3.15% + $0.20 | 3.15% + $0.20 | 3.15% + $0.20 | 3.15% + $0.20 | 3.15% + $0.20 |
| **Business Utility Program** | $1.50 | $1.50 | $1.50 | $1.50 | $1.50 |

| Business Debit Fee Program | EXEMPT Business Debit | REGULATED Business Debit |
|---|---|---|
| **Business Debit, Card Present** | 1.70% + $0.10 | 0.05% + $0.21* |
| **Business Debit, Card Not Present** | 2.45% + $0.10 | 0.05% + $0.21* |
| **Consumer Bill Payment Service, Business Debit** | 2.45% + $0.10 | 0.05% + $0.21* |
| **Business Debit, Non-Qualified** | 2.95% + $0.10 | 0.05% + $0.21* |
| **Business Utility Program, Recurring Bill Payment** | $0.75 | 0.05% +$0.21* |
| **Business Utility Program, Card Not Present Only** | $1.50 | 0.05% + $0.21* |

Note: Fees in this table are listed in U.S. dollars; fees are paid to cardholder financial institutions.
* Issuers that certify to Visa their compliance with the interim fraud prevention standards will receive an additional US $0.01.


© 2025 Visa. All Rights Reserved.