# EXHIBIT 4

# Visa Core Rules and Visa Product and Service Rules

18 October 2025
V1.1

© 2014—2025 Visa. All Rights Reserved.

The trademarks, logos, trade names and service marks, whether registered or unregistered (collectively the "Trademarks") are Trademarks owned by Visa. All other trademarks not attributed to Visa are the property of their respective owners.

Visa is committed to providing our partners and interested parties with greater insight into Visa's operations. As part of our effort, we are pleased to provide access to the latest edition of the *Visa Core Rules and Visa Product and Service Rules,* which govern participation of our financial institution clients in the Visa system.

To protect cardholders and merchants and maintain the integrity of the Visa system, we have omitted proprietary and competitive information, as well as certain details from the rules relating to the security of the network.

Any regional or country-specific rules within the *Visa Core Rules and Visa Product and Service Rules* apply only to the operations of financial clients within the relevant region or country, and any rules marked with the name of a region(s) or country(ies) are applicable to financial institutions operating in that region(s) or country(ies) only.

The Visa Rules must not be duplicated, in whole or in part, without prior written permission from Visa.

If you have questions about Visa's rules, please *contact us*.

# Contents

**Contents** ........ **3**

**Tables** ........ **27**

**Summary of Changes** ........ **42**

Summary of Changes since the 18 April 2025 Visa Core Rules and Visa Product and Service Rules ........ 42

**Introduction** ........ **59**

The Visa Rules ........ 59

**1 Visa Core Rules** ........ **62**

1.1 General ........ 62

1.1.1 Governance ........ 62

1.1.2 Local, Domestic, and Regional Rules and Private Agreements ........ 70

1.1.3 Waivers ........ 70

1.1.4 Operating Certificates ........ 70

1.1.5 Confidentiality ........ 71

1.1.6 Visa Rights ........ 75

1.1.7 Use of VisaNet ........ 79

1.1.8 Liabilities and Indemnifications ........ 79

1.2 Licensing and Numerics Management ........ 81

1.2.1 Licensing – General Membership ........ 81

1.3 Use of Marks ........ 82

1.3.1 Marks License ........ 82

1.3.2 General Use of Marks ........ 83

1.3.3 Integrity Risk ........ 86



© 2014—2025 Visa. All Rights Reserved.

1.3.4 Marketing, Promotion, and Advertising Materials ..... 87
1.4 Issuance ..... 92
1.4.1 Issuance Conditions ..... 92
1.4.2 Account Numbers ..... 93
1.4.3 Notification and Disclosure ..... 93
1.4.4 Issuer Operational Standards ..... 96
1.4.5 Zero Liability ..... 98
1.5 Acceptance ..... 98
1.5.1 General Acquirer Requirements ..... 98
1.5.2 Merchant Agreements ..... 106
1.5.3 Marks Display ..... 107
1.5.4 Card Acceptance ..... 107
1.5.5 Card Acceptance Prohibitions ..... 115
1.5.6 Merchant Deposits ..... 117
1.5.7 Travelers Cheques ..... 119
1.6 ATM ..... 120
1.6.1 ATM Requirements ..... 120
1.7 Transaction Processing ..... 120
1.7.1 General Processing ..... 120
1.7.2 Data Requirements ..... 121
1.7.3 Acquirer Authorization Requests ..... 122
1.7.4 Issuer Authorization Processing ..... 123
1.7.5 Clearing ..... 124
1.7.6 Settlement ..... 124


© 2014—2025 Visa. All Rights Reserved.

5.4.3 Merchant Use of Cardholder Account Information ..... 387

5.5 Surcharges, Convenience Fees, and Service Fees ..... 389

5.5.1 Surcharges – Allowances, Requirements, Restrictions, Amounts, and Disclosures ..... 389

5.5.2 Convenience Fees – Allowances, Requirements, Restrictions, Amounts, and Disclosures ..... 396

5.5.3 Service Fees – Allowances, Requirements, Restrictions, Amounts, and Disclosures ..... 397

5.6 Acceptance Devices ..... 401

5.6.1 Acceptance Device Requirements – All Devices ..... 401

5.6.2 Chip-Reading Device Requirements ..... 408

5.6.3 Tap to Phone Solution ..... 411

5.7 Merchant Authorization Requirements ..... 412

5.7.1 Transaction Amount-Related Authorization Requirements – Europe Region ..... 412

5.7.2 Non-Standard Authorizations ..... 412

5.7.3 Merchant Authorization Processing ..... 416

5.8 Specific Acceptance Environments and Procedures ..... 422

5.8.1 Cash, Cash Equivalents, and Prepaid ..... 422

5.8.2 Chip ..... 434

5.8.3 QR Code – AP Region ..... 438

5.8.4 Electronic Commerce ..... 439

5.8.5 Visa Digital Commerce ..... 448

5.8.6 Mail/Phone Order Transactions ..... 450

5.8.7 Aggregated Transactions ..... 450

5.8.8 T&E and Rental Transactions ..... 452

5.8.9 Dynamic Currency Conversion ..... 462



© 2014—2025 Visa. All Rights Reserved.

| Region(s) | Change Overview |
|---|---|
| | *Visa SavingsEdge, ID# 0026272* |
| Latin America and Caribbean Region-Specific Changes | |
| LAC | **Digital Wallets Transaction Processing Requirements Updated for Toll Companies**<br>**Effective 18 April 2026**<br>**Rule impacted:**<br>*Section 7.4.6.1, Digital Wallets – Transaction Processing Requirements, ID# 0030712* |
| LAC (Brazil) | **Visa Infinite Privilege Cards Introduced in Brazil**<br>**Effective 1 June 2025**<br>**Rules impacted:**<br>*Section 4.1.1.13, Marketing Materials for Visa Products, ID# 0029988*<br>*Section 4.9.3.1, Visa Infinite Card/Visa Infinite Privilege Card Permitted Account Types, ID# 0004537*<br>*Section 4.9.3.4, Visa Infinite Privilege Program Compliance with Visa Infinite Rules – Canada Region, LAC Region (Brazil), ID# 0027692*<br>*Visa Infinite Privilege Card – Canada Region, LAC Region (Brazil), ID# 0027720* |
| LAC (Mexico) | **Monthly Invoicing and Transaction Accessibility for Contracted Services in Mexico**<br>**Effective 18 October 2025**<br>**Rule impacted:**<br>*Section 1.1.5.7, Monthly Invoicing and Transaction Accessibility for Contracted Services – LAC (Mexico), ID# 0031178* |
| US Region-Specific Changes | |
| US | **Allowance To Access Service Fees for Utility Merchants**<br>**Effective 18 October 2025**<br>**Rules impacted:**<br>*Section 5.5.3.1, Service Fee Assessment Requirements – AP (Thailand), Canada,* |


© 2014—2025 Visa. All Rights Reserved.

#### 1.5.2.2 Retention of Merchant Records

An Acquirer or a Payment Facilitator must keep a complete, well-documented file containing Merchant records, including any information connected to an investigation, for at least 2 years after Merchant Agreement termination.

An Acquirer or a Payment Facilitator of a Merchant or Sponsored Merchant that is undergoing a forensic investigation must also notify Visa when it receives notice or otherwise becomes aware that the Merchant has terminated its Merchant Agreement.

ID# 0008474 Edition: Oct 2025 | Last Updated: Apr 2018

### 1.5.3 Marks Display

#### 1.5.3.1 Display of Card Acceptance Marks

A Member or Merchant must display the appropriate Visa-Owned Marks to indicate which Cards it accepts for payment.

An Acquirer must ensure that each of its Limited Acceptance Merchants displays the appropriate Visa-Owned Marks to indicate only the Cards that it accepts for payment in accordance with its Merchant Agreement. A Limited Acceptance Merchant must not display any Visa graphic that indicates acceptance of all Visa Cards.

ID# 0008496 Edition: Oct 2025 | Last Updated: Apr 2018

### 1.5.4 Card Acceptance

#### 1.5.4.1 Accepting Visa Products for Payment

Visa Merchants displaying Visa acceptance Marks at payment locations agree to accept corresponding Visa-branded products for payment.

If the customer indicates that he or she wants to pay with a Visa product, a Merchant must complete and process the Visa Transaction as defined in the Visa Rules.

ID# 0007777 Edition: Oct 2025 | Last Updated: Apr 2018

#### 1.5.4.2 Honor All Cards

A Merchant must accept all Cards[1] properly presented for payment.

This does not apply to the following, where limited acceptance is permitted:


© 2014—2025 Visa. All Rights Reserved.

- Merchant Outlets that deploy Contactless-only Acceptance Devices, as specified in *Section 5.6.2.3, Deployment of Contactless-Only Acceptance Devices*
- Merchants that accept only Mobile Push Payment Transactions. Such Merchants must accept all Mobile Push Payment Transactions (except Cash-In and Cash-Out Transactions, which the Merchant may choose to accept)
- In the AP Region (Australia), Canada Region, US Region: Certain categories of Visa products for domestically issued Cards
- In the Europe Region: A Merchant in the European Economic Area (EEA) or United Kingdom, for certain Product Categories, as specified in *Section 1.5.4.6, Limited Acceptance Merchant Requirements – Europe and US Regions*

A Merchant may not refuse to accept a Visa product that is properly presented for payment (for example: a Card that is foreign-issued[2,3] or co-branded with the Merchant's competitor's Mark).

A Merchant may attempt to steer customers who initially present a Visa Card to an alternative method of payment, but may not do so in a manner that denies consumer choice.

A Merchant may also consider whether present circumstances create undue risk (for example: if the sale involves high-value electronics but the Card signature panel is not signed, and the Cardholder does not have any other identification).

[1] Based on the technology supported by the Merchant

[2] In the AP Region (Australia), Canada Region, US Region: A Merchant may decline to accept certain categories of Visa products for domestically issued Cards.

[3] In the Europe Region: A Merchant in the European Economic Area (EEA) or United Kingdom may decline to accept certain Product Categories.

| ID# 0008591 | Edition: Oct 2025 \| Last Updated: Oct 2024 |
|---|---|

### 1.5.4.3 Honor All Cards – Canada Region

In the Canada Region: Unless a Merchant has elected to not be a Visa Debit Acceptor, a Merchant that accepts Visa Cards must accept any valid Visa Card that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant.

Merchants that have elected to be a Visa Debit Acceptor may choose whether or not to accept domestic Visa Credit Cards. Similarly, Merchants that have elected to be a Visa Credit Acceptor may choose whether or not to accept Visa Debit Category Cards issued by Canada Issuers.

If a Cardholder presents a Visa Card that bears a Mark representing another payment service, the Merchant may not intentionally mislead the Cardholder concerning what payment service or system



© 2014—2025 Visa. All Rights Reserved.

will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

ID# 0008392 Edition: Oct 2025 | Last Updated: Apr 2018

### 1.5.4.4 Honor All Cards – US Region

In the US Region: A Merchant that wishes to accept Visa Cards must accept any valid Visa Card in its category of acceptance that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant. The Merchant may request or encourage a Cardholder to use a means of payment other than a Visa Card.

ID# 0002867 Edition: Oct 2025 | Last Updated: Apr 2018

### 1.5.4.5 Selection of Payment System – AP (Australia), Europe, and US Regions

In the AP Region (Australia): For an Electronic Commerce Merchant, if a Cardholder presents a Visa Card that is in the Merchant's category of acceptance and that bears a Mark representing another payment service:

- The Merchant must honor the Cardholder's request if the Cardholder indicates that the transaction is to be processed as a Visa Transaction.
- The Merchant may process the transaction as something other than a Visa Transaction despite an initial indication by the Cardholder that the transaction is to be processed as a Visa Transaction, but only if the Cardholder agrees that the transaction may be processed as something other than a Visa Transaction. The Merchant may not mislead the Cardholder concerning what payment service or system will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

In the Europe Region: At a Merchant in the European Economic Area (EEA), if a Cardholder presents a Card that is issued in the EEA and that is co-badged with another payment scheme or payment application of the same payment scheme accepted by the Merchant, the Merchant must:

- For all Chip-Reading Devices, display on the customer-facing payment screen the available choice of payment schemes and/or payment applications consistently by their payment scheme name and product type, in plaintext, or by their logo with the same visual quality, sizing and clarity, with selection buttons or touchscreen functionality to allow a Cardholder to make a selection, without any unnecessary steps. If the Merchant has a preferred payment scheme or payment application, this must be reflected clearly by showing that payment scheme or payment application as being pre-selected, but a Cardholder must be able to override this choice.


© 2014—2025 Visa. All Rights Reserved.

**Table 5-4: Convenience Fee Requirements**

| Convenience Fee Requirement | AP Region | US Region |
|---|---|---|
| Charged for a bona fide convenience in the form of an alternative payment channel outside the Merchant's customary payment channels and not charged solely for the acceptance of a Card | X | X |
| Added only to a Transaction completed in a Card-Absent Environment | X | X |
| Not charged if the Merchant operates exclusively in a Card-Absent Environment | X | X |
| Charged only by the Merchant that provides goods or services to the Cardholder | X | X |
| Applicable to all forms of payment accepted in the payment channel | X | X |
| Disclosed clearly to the Cardholder:<br>• As a charge for the alternative payment channel convenience<br>• Before the completion of the Transaction. The Cardholder must be given the opportunity to cancel. | X | X |
| A flat or fixed amount, regardless of the value of the payment due<br>In the AP Region: An ad valorem amount is allowed if required by applicable laws or regulations. | X | X |
| Included as part of the total amount of the Transaction and not collected separately | X | X |
| Not charged in addition to a surcharge | X | X |
| Not charged on a Recurring Transaction or an Installment Transaction | X | X |

ID# 0027492 Edition: Oct 2025 | Last Updated: Apr 2023

## 5.5.3 Service Fees – Allowances, Requirements, Restrictions, Amounts, and Disclosures

### 5.5.3.1 Service Fee Assessment Requirements – AP (Thailand), Canada, CEMEA (Egypt), LAC (Brazil, Colombia, Trinidad and Tobago), and US Regions

A Service Fee may only be charged by a Merchant, Acquirer, or third party in countries specified in *Table 5-5, Service Fee Assessment Permitted MCCs* for the listed MCCs.


© 2014—2025 Visa. All Rights Reserved.

**Table 5-5: Service Fee Assessment Permitted MCCs**

| Region/Territory | Permitted MCCs |
|---|---|
| AP Region | |
| Thailand | 9311 (Tax Payments)<br>9399 (Government Services [Not Elsewhere Classified])<br>9222 (Fines) |
| Canada Region | |
| Canada | 4900 (Utilities – Electric, Gas, Water, Sanitary)<br>6513 (Real Estate Agents and Managers – Rentals)<br>8050 (Nursing and Personal Care Facilities)<br>8211 (Elementary and Secondary Schools)<br>8220 (Colleges, Universities, Professional Schools, and Junior Colleges)<br>8351 (Child Care Services)<br>9222 (Fines)<br>9311 (Tax Payments) |
| CEMEA Region | |
| Egypt | 4900 (Utilities – Electric, Gas, Water, Sanitary)<br>5541 (Service Stations)<br>5542 (Automated Fuel Dispensers)<br>8211 (Elementary and Secondary Schools)<br>8220 (Colleges, Universities, Professional Schools, and Junior Colleges)<br>8241 (Correspondence Schools)<br>8244 (Business and Secretarial Schools)<br>8249 (Vocational and Trade Schools)<br>8299 (Schools and Educational Services [Not Elsewhere Classified])<br>9211 (Court Costs, Including Alimony and Child Support)<br>9222 (Fines) |


© 2014—2025 Visa. All Rights Reserved.

**Table 5-5: Service Fee Assessment Permitted MCCs (continued)**

| Region/Territory | Permitted MCCs |
|---|---|
| | 9223 (Bail and Bond Payments)<br>9311 (Tax Payments)<br>9399 (Government Services [Not Elsewhere Classified])<br>9402 (Postal Services – Government Only) |
| LAC Region | |
| Brazil, Colombia, Trinidad and Tobago | 9211 (Court Costs, Including Alimony and Child Support)<br>9222 (Fines)<br>9311 (Tax Payments)<br>9399 (Government Services [Not Elsewhere Classified]) |
| US Region | |
| US | **Effective 18 October 2025** 4900 (Utilities – Electric, Gas, Water, Sanitary)<br>8211 (Elementary and Secondary Schools)<br>8220 (Colleges, Universities, Professional Schools, and Junior Colleges)<br>8244 (Business and Secretarial Schools)<br>8249 (Vocational and Trade Schools)<br>9211 (Court Costs, Including Alimony and Child Support)<br>9222 (Fines)<br>9311 (Tax Payments)<br>9399 (Government Services [Not Elsewhere Classified]) |

A Merchant, third party, or Acquirer that charges a Service Fee must comply with the following requirements, unless otherwise specified in *Table 5-6, Service Fee Assessment Exceptions*:

- Accept Visa as a means of payment in all channels where payments are accepted (for example: in a Face-to-Face Environment and a Card-Absent Environment, as applicable)


© 2014—2025 Visa. All Rights Reserved.

- Disclose the fee clearly to the Cardholder as a Service Fee, or local language equivalent, before the Transaction is completed and provide the ability for the Cardholder to cancel the Transaction without incurring a fee or penalty
- Not represent the Service Fee as a fee charged by Visa
- Ensure that the Service Fee amount is:
  - A reasonable reflection of the costs associated with completing the Transaction (such as the Merchant Discount Rate, Merchant service fee, or any other costs paid to third parties for services directly related to accepting a Card) and, where possible, capped
  - A flat, fixed, banded, or ad valorem amount, regardless of the value of the payment due, as required by applicable laws or regulations
  - Assessed only on the final Transaction amount, after all discounts and rebates have been applied during the Transaction
  - Not charged in addition to a surcharge or Convenience Fee
- In AP Region (Thailand), Canada Region, CEMEA Region (Egypt), LAC Region (Brazil, Colombia, Trinidad, Tobago), and **effective through 17 October 2025** US Region: Be authorized to process tax payment Transactions if the Service Fee is charged by a government taxing authority or its third party
- In the AP Region (Thailand): Ensure that the Service Fee amount does not disadvantage Visa against other payment scheme brands

**Table 5-6: Service Fee Assessment Exceptions**

| | Canada Region | CEMEA Region (Egypt only) | US Region |
|---|---|---|---|
| These entities may assess Service Fees: | A Merchant in a permitted category, or its third party, that accepts Visa in all Card-Absent Environments where payments are accepted | A government Merchant, a fuel Merchant, its Acquirer, or its third party, that is registered with Visa. | **Effective through 17 October 2025** A government agency or education Merchant, or its third party, that is both:<br>• Registered with Visa<br>• Assigned a unique Merchant Verification Value<br>**Effective 18 October 2025** A government agency, utility Merchant, education Merchant, or its third party |


© 2014—2025 Visa. All Rights Reserved.

**Table 5-6: Service Fee Assessment Exceptions (continued)**

| | Canada Region | CEMEA Region (Egypt only) | US Region |
|---|---|---|---|
| The Service Fee amount: | • Must be limited to 1.5% of the final Transaction amount for debit and 2.5% of the final Transaction amount for credit and prepaid<br>• If assessed by a third party, may be processed as a separate Transaction<br>• Must not be greater than the Service Fee charged on a similar Transaction completed with a similar form of payment<br>• Must be the same as any Service Fee charged to any other Issuer's similar card products | Must be flat or variable | • **Effective through 17 October 2025** If assessed by a Merchant, may be processed as a separate Transaction<br>• **Effective through 17 October 2025** If assessed by a third party in a Card-Absent Environment, must be processed as a separate Transaction<br>**Effective 18 October 2025** N/A |

ID# 0029275 Edition: Oct 2025 | Last Updated: Oct 2025

## 5.6 Acceptance Devices

### 5.6.1 Acceptance Device Requirements – All Devices

#### 5.6.1.1 Acceptance Device Requirements

An Acceptance Device must comply with the *Transaction Acceptance Device Requirements* and all of the following requirements applicable to the device:

**Table 5-7: Acceptance Device Requirements**

| Acceptance Device Type | Requirements | Region(s) |
|---|---|---|
| All | • Act upon Card preferences for Cardholder | All |


© 2014—2025 Visa. All Rights Reserved.

**Table 5-7: Acceptance Device Requirements (continued)**

| Acceptance Device Type | Requirements | Region(s) |
|---|---|---|
| | Verification and/or request Online Authorization. If the Service Code (for a Magnetic Stripe) or Cardholder Verification Method list (for a Chip) or the Card Transaction Qualifiers (for the Contactless Chip) indicates a preference for a Cardholder signature, the Merchant may process the Transaction without the Cardholder signature.<br>• Accept all 16-digit Payment Credentials<br>• Make available to the Cardholder all Transaction interfaces supported by the Merchant, excluding LAC Region (Brazil)<br>• Be able to read a Magnetic Stripe and complete a Magnetic Stripe-read Transaction. This requirement does not apply to compliant Contactless only devices, or if the mobile Acceptance Device used by the Merchant is both:<br>– Compliant with the Payment Card (PCI)-approved solution for commercial-off-the shelf (COTS) devices<br>– Able to complete a payment Transaction through other means at the same location | |
| | Make available to the Cardholder all Transaction interfaces supported by the Merchant | All, excluding LAC Region (Brazil) |
| | For devices in a Face-to-Face Environment, activate the PIN pad to enable PIN Transactions | AP Region (Australia, New Zealand) |
| | Allow PIN bypass for Domestic Transactions | AP Region (Australia, New Zealand) |
| | Support contact Chip-initiated Transactions | AP, CEMEA |
| | Be a Chip-Reading Device, including Unattended Cardholder-Activated Terminals | Canada, Europe |
| | Support Offline PIN Verification (except UCATs in parking lots/garages and vending machines) | LAC Region (Brazil) |


© 2014—2025 Visa. All Rights Reserved.

# Part 3:
# Appendices

# Appendix A

## Visa Supplemental Requirements

### Visa Supplemental Requirements (Enforceable Documents and Websites)

#### Visa Supplemental Requirements List

**Visa Supplemental Requirements**

| Title | Applicable in Visa Region: |
| --- | --- |
| 3-D Secure and Visa Secure | |
| *3-D Secure Functional Requirements – Access Control Server* | All |
| *3-D Secure Functional Requirements – Merchant Server Plug-in* | All |
| *3-D Secure Protocol Specification Core Functions* | All |
| *3-D Secure U.S. Region Supplemental Functional Requirements – Access Control Server* | US |
| *Visa Secure Program Guide* | All |
| Acceptance | |
| *DCC Guide* | All |
| *Payment Facilitator Certification Guide* | CEMEA |
| *Transaction Acceptance Device Requirements* | All |
| *Visa Merchant Data Standards Manual* | All |
| *Visa Urban Mobility Implementation Guide* | All |
| Brand | |
| *Visa Product Brand Standards* | All |
| Card/Payment Device Technology | |
| | LAC (Argentina) |


© 2014—2025 Visa. All Rights Reserved.

| Title | Applicable in Visa Region: |
|---|---|
| *EMV Contactless Specification for Payment Systems Book C-3* | Europe |
| *EMV Integrated Circuit Card Specifications for Payment Systems (EMV)* | All |
| *Visa Canada Debit Card – Technical Specifications* | Canada |
| *Visa Chip Security Program – Security Testing Process* | All |
| *Visa Cloud-Based Payments Contactless Specifications* | All |
| *Visa Cloud-Based Payments Program Minimum Requirements and Guidelines* | All |
| *Visa Contactless Payment Specification* | All |
| *Visa Europe Contactless Terminal Requirements and Implementation Guide* | Europe |
| *Visa Europe EMV Application Selection Requirements and Recommendations* | Europe |
| *Visa Integrated Circuit Card Specification (VIS)* | All |
| *Visa Mobile Contactless Payment Specification (VMCPS)* | All |
| *Visa QR Code Payment Specification (VQRPS)* | AP |
| *Visa QR Specification for Merchant Acceptance* | CEMEA, LAC |
| *Visa Ready Tap to Phone Kernel Specification* | All |
| *Visa Ready Tap to Phone Solution Requirements* | All |
| *Visa Smart Debit/Credit Personalization Requirements for U.S. Implementations* | US |
| *Visa Smart Debit/Credit System Technical Manual* | All |
| *Visa Tap to Phone Framework* | All |
| Encoding and PINs | |
| *Payment Technology Standards Manual* | All |
| Fee Schedules | |


© 2014—2025 Visa. All Rights Reserved.

| Title | Applicable in Visa Region: |
|---|---|
| *Visa Asia Pacific Fee Schedule* | AP |
| *Visa Canada Fee Schedule* | Canada |
| *Visa CEMEA Fee Schedule* | CEMEA |
| *Visa Europe Fee Schedule* | Europe |
| *Visa LAC Fee Schedule* | LAC |
| *Visa U.S.A. Fee Schedule* | US |
| Interchange Reimbursement Fees (IRF) | |
| *AP Intraregional IRF Guide and AP Domestic IRF Guides*, as applicable | AP |
| *CEMEA Intraregional IRF Guide and CEMEA Domestic IRF Guides*, as applicable | CEMEA |
| *Europe Region Intraregional IRF Guide and Europe Domestic IRF Guides*, as applicable | Europe |
| *Interchange Reimbursement Fee Compliance Process Guide* | All |
| *Interregional Interchange Guide* | All |
| *LAC Intraregional IRF Guide and LAC Domestic IRF Guides*, as applicable | LAC |
| *US Interchange Reimbursement Fee Rate Qualification Guide* | US |
| *Visa Canada Interchange Guide* | Canada |
| **Effective through 17 October 2025** *Visa Government and Education Payment Program Guide* | US |
| *Visa Government-to-Government (G2G) Program Guide* | US |
| *Visa U.S. Loan Repayment Incentive Interchange Program Guide* | US |
| *Visa U.S.A. Interchange Reimbursement Fees* | US |
| *Visa Utility Interchange Reimbursement Fee Program Guide* | US |
| Licensing and BINs | |



© 2014—2025 Visa. All Rights Reserved.