**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies To:**<br><br>**Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al., No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), also now known as DDMB, Inc., et al. v. Visa, Inc., et al., No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM)** | ) | **No. 05-md-1720(BMC)(JAM)** |

## PEDERNALES ELECTRIC COOPERATIVE, INC.'S NOTICE OF INTENTION TO APPEAR AT THE HEARING ON FINAL APPROVAL OF THE PROPOSED AMENDED SETTLEMENT AGREEMENT

Pursuant to the Court's Class Settlement Notice and Scheduling Order [Dkt. 9887], Pedernales Electric Cooperative, Inc. (the "Cooperative"), a member of the Rule 23(b)(2) Equitable Relief Plaintiff Class in the above-captioned action, respectfully submits this notice of its intention to appear through counsel at the final approval hearing for the Superseding and Amended Rule 23(b)(2) Class Settlement Agreement [Dkt. 9692-2], scheduled at 11:00 am on November 16, 2026.

With the Court's permission, the undersigned attorney, Ryan Botkin, partner at Botkin Chiarello Calaf PLLC and counsel to the Cooperative, intends to appear at the approval hearing on behalf of the Cooperative.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Ryan A. Botkin*
Ryan A. Botkin
admitted *pro hac vice*
Texas State Bar No. 00793366
ryan@bccaustin.com
BOTKIN CHIARELLO CALAF PLLC
1209 Nueces Street
Austin, TX 78701
Telephone: (512) 615-2341

**COUNSEL FOR PEDERNALES ELECTRIC COOPERATIVE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User, and was sent by first-class mail postmarked on this day to the following:

Robert G. Eisler
Designee of Rule 23(b)(2) Class Counsel
Grant & Eisenhofer P.A.
Lexington Ave., 29th Floor
New York, NY 10017

Matthew A. Eisenstein
Designee of Defendants
Arnold & Porter Kay Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

*/s/ Ryan A. Botkin*
Ryan A. Botkin