TAZLINA RIVER TRADING POST

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 25 2026 ★
BROOKLYN OFFICE

August 26, 2026

Docket Number: MDL No. 1720 / Case No. 1:05-md-01720

Brenna Mahoney, Clerk of the Court
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Ms. Mahoney,

I am writing as a small business owner to support the preliminary interchange fee settlement agreement this Court is currently ruling on. I am the owner of Tazlina River Trading Post in Glen Allen, AK. Our business has been serving our community since 1971.

Between 80% and 85% of my sales are electronic, so how credit card fees are structured has a direct effect on my bottom line. This agreement, which lowers interchange ("swipe") fees and gives businesses more flexibility in which cards to accept and how to price around processing costs, matters to a store like mine that depends so heavily on card transactions. Best of all, it accomplishes all of that without asking my customers to give up the security and dependability they expect every time they pay with a card this far from a major city.

Early estimates show that this agreement will deliver more than $200 billion in relief to small businesses over the next eight years. And it spreads those benefits well, with more than 12 million merchants expected to benefit. That means a small trading post like mine gets treated the same way as the country's largest retailers. The alternative is a system that carves out special advantages for the biggest chains while leaving small, independent businesses to absorb the difference. That's why I favor this settlement over some of the legislative solutions which would push more benefit toward big box stores.

After more than 50 years running this business, I've learned that the rules only work for people like me when they're written to apply evenly. That principal is what I am asking this Court to uphold.

Sincerely,

James Horrell
Owner, Tazlina River Trading Post
Glen Allen, Alaska

ALASKAN FRONTIER
335-337
4 SEP 2026 PM 1 L

1776 ★ 2026
USA FOREVER

Clerk of the Court

U.S. District Court for the Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2026 ★

BROOKLYN OFFICE

**Docket Number: MDL No. 1720**
**Case No. 1:05-md-01720**

11201-181809