Robbins Geller Rudman & Dowd LLP

Chicago Melville Nashville San Diego Wilmington
Boca Raton Manhattan Philadelphia San Francisco Washington, D.C.

September 29, 2026

VIA ECF

The Honorable Judge Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

Rule 23(b)(3) Class Counsel ("Class Counsel") attach as Exhibit A a funding request from Epiq regarding funding for invoices issued by Epiq since the prior Funding Request for fees and expenses incurred for the months of April 2026-August 2026. As explained in Epiq's Request, key cost drivers during these months includes preparation of the first quarterly report, handling conflict-related and third-party filer communications, reviewing proof of authority, yearly sales data, and fee-dispute documentation; resolution of outstanding conflicts, compiling and publishing appeals for Special Master review, and many other activities during the period described in Exhibit A.

Class Counsel request that the Court approve the funding request of $21,437,653.05. The requested funds should be paid from the Class Settlement Cash Escrow Account.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

Exhibit A

cc: All Counsel via ECF

4916-8120-3156.v1