# EXHIBIT A

epiq

10300 SW Allen Blvd.
Beaverton, OR 97005

Tel: 503.350.5800
Toll Free: 800.547.4407

September 23, 2026

**To: Rule 23(b)(3) Class Counsel**
***In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation***

**Re: Funding Request for April 2026 – August 2026 Invoices**

Funding for fees and expenses incurred for the months of April 2026 through August 2026 is requested for invoices issued by Epiq since the prior Funding Request. The requested funding reflects the substantial volume and complexity of work necessary to administer the Settlement in accordance with Court-approved procedures. During the covered period, Epiq supported the review and validation of claims for the second initial partial distribution, prepared notifications and payments for more than 90,000 Class Members representing over $210 million in settlement awards, handled significant Class Member communications and escalations, processed research requests and conflicts, supported Special Master review, and implemented operational and technology improvements. Much of this work required individualized investigation, data analysis, quality assurance, and supervisory review beyond standard scripted or automated processing.

| Epiq Invoice # | Billing Period | Amount |
|---|---|---|
| 91177561 | April 2026 | $5,236,856.71 |
| 91177562 | May 2026 | $4,493,985.35 |
| 91177563 | June 2026 | $4,072,378.65 |
| 91186012 | July 2026 | $3,674,387.52 |
| 91195215 | August 2026 | $3,960,044.82 |
| | **Invoice Total:** | **$21,437,653.05** |

During these months, review and calculations took place in preparation for the second initial partial distribution. This included efforts to identify eligible claims, including additional review of the Takedown-related data flags to clear transactions with potential links to Opt-Outs or Dismissed Plaintiffs as well as an audit of claims that included a variance between the merchant name in the data and the name submitted with the claim to support a request for another distribution. Following the Court's order approving the second initial partial distribution, notifications were sent to claimants with eligible claims amounting to over 90,000 Class Members and over $210 million in settlement awards, and preparations were made to issue payments.

News of the second initial partial payments increased the volume of other Class Member inquiries from merchants who are not being paid at this time as they inquire about the status of their claims and what next steps they need to take. Many inquiries necessitated special handling as they required investigation and response that approved scripting could not resolve. The first initial partial payments themselves also led to an increase in call and email volumes related to unsuccessful digital payments or from claimants that wished to change the merchant name printed on the checks they received, which also required specialized handling and individualized responses.

During this period of invoices, more than 19,000 calls were handled, lasting more than 276,000 minutes (4,600 hours), not including post-call follow-up. More than 2,800 escalations were handled during this time to respond to questions that could not be resolved by standard scripting and required individualized review and response. Nearly 30,000 emails were also received in the general inbox. This count does not include the more complex communications received in the dedicated inboxes, which relate to third-party filers, research requests, and sales-data review results.

To improve the user experience and to address the elevated communications regarding merchant name change requests, the Merchant Portal was updated to streamline the process of making a name-change request while submitting a check-reissue request. Other noteworthy developments were also undertaken to improve the external-facing Settlement Website and the internal processes for storing Class Member data and reviewing ongoing claims.

Other primary cost drivers included preparation of the first quarterly report, handling conflict-related and third-party filer communications; reviewing proof of authority, yearly sales data, and fee-dispute documentation; resolution of outstanding conflicts; compiling and publishing appeals for Special Master review; early work identifying additional eligible claims for a third initial partial distribution, and analyzing incoming research requests and performing subsequent QA before results were sent to claimants. To illustrate, more than 90,000 research requests were submitted during the period covered by this Funding Request, more than 9,500 conflicts were resolved, and 388 conflict disputes were forwarded to the Special Master for review and final determination, all reflective of a sustained high level of engagement by Class Members and the ongoing work required to administer a settlement of this complexity and size.

Accordingly, Epiq is requesting that **$21,437,653.05** is paid from the Class Settlement Cash Escrow Account and may be wired to Epiq via the following account:

Epiq Class Action & Claims Solutions
[redacted]

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By /s/
Amanda Sternberg
Director, Client Services' Programs