UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | No. 05-MD-1720 (BMC) (JAM) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Potayto-Potahto, LLC d/b/a Falafel Taco, Dougicaban, Inc. d/b/a Quaker Hill Tavern, and CAM-OMO Inc. d/b/a Carmine Minardi NYC appeal to the United States Court of Appeals for the Second Circuit from: (1) the Court's September 29, 2026 Memorandum Decision and Order (Dkt. No. 10022), including its denial of Plaintiffs' motion for reconsideration of the Court's August 31, 2026 conversion order and its denial of Plaintiffs' motion for partial summary judgment after construing that motion as a motion under Federal Rule of Civil Procedure 60(b); and (2) the Court's August 31, 2026 Minute Entry and Order deeming Plaintiffs' motion for partial summary judgment to be a motion under Federal Rule of Civil Procedure 60(b).

Dated: October 1, 2026
New York, New York

Respectfully submitted,

**BRESSLER LLP**

By: /s/ *Jason Bressler*

Jason Bressler
Kenneth L Bressler
175 Varick Street, Suite 410
New York, NY 10014
Tel.: (212) 444-2388
jason.bressler@bresslerllp.com
ken.bressler@bresslerllp.com