# Adams J S Grocery

4201 Stones Dairy Road
Bassett, VA 24055

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2026 ★
BROOKLYN OFFICE

August 26, 2026

Office of the Clerk of the Court
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Docket Number: MDL No. 1720 / Case No. 1:05-md-01720

To Whom It May Concern;

I am writing regarding the preliminary interchange fees settlement agreement now under consideration.

My brother and I co-own our family's business – a grocery store, hardware store, and four-pump gas station in Bassett, Virginia. This business has been in the family for 64 years. As you can imagine, about 80% of our sales come through credit cards, whether customers are buying groceries, hardware, or gas. And last year alone, we paid more than $60,000 in credit card processing fees – a substantial cost for a family business like ours.

I am in favor of this agreement because it lowers swipe fees and gives businesses like mine more flexibility in determining which cards to accept and how we handle processing costs, all without asking us or our customers to sacrifice the security of their payment networks. The benefits offered by this agreement are estimated to add up to more than $200 billion in the aggregate, and spread to more than 12 million merchants. I believe this will ensure that relief gets to the smaller businesses that need it more, rather than toward the biggest chains.

After 64 years in this community, including more than a decade under my brother's and my own ownership, we've seen firsthand how much these fees affect a small, multi-generational business like ours. The preliminary settlement agreement released in June is a win for everyone involved. I ask this Court to uphold the interchange fee settlement agreement as proposed.

Sincerely,

[signature]

Tressi
~~[illegible]~~ Sanchez
Co-Owner

rocery
nes Dairy Rd
VA 24055

GREENSBORO NC 270
PIEDMONT TRIAD AREA
16 SEP 2026 PM 1 L

Mail a smile.
Thinking

1776 ★ 2026
USA FOREVER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2026 ★
BROOKLYN OFFICE

**Clerk of the Court**

**U.S. District Court for the Eastern District of New York**

225 Cadman Plaza East

Brooklyn, NY 11201

**Docket Number: MDL No. 1720**
**Case No. 1:05-md-01720**

USMS

11201-181809