# EXHIBIT A

epiq

10300 SW Allen Blvd.
Beaverton, OR 97005

Tel: 503.350.5800
Toll Free: 800.547.4407

September 30, 2026

**To: Rule 23(b)(3) Class Counsel**
***In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation***

**Re: Supplemental Funding Request for April 2026 – August 2026 Invoices**

To provide additional support for the requested funding, Epiq reviewed the underlying time records associated with the invoices submitted for the period April 1, 2026 through August 31, 2026. Those records reflect approximately 165,852 hours of professional services performed in furtherance of the administration of the Settlement during the five-month period. The work was performed by 596 distinct personnel across a range of operational, analytical, technical, project management, claimant support, payment administration, and supervisory functions.

The recorded hours reflect the substantial and ongoing efforts required to administer a settlement of this size and complexity. During the covered period, Epiq conducted claims review and validation activities in preparation for and support of the second initial partial distribution; performed extensive claimant and merchant research; processed research requests, conflicts, and Special Master submissions; managed claimant communications and escalations; prepared and issued notices and payments; maintained and enhanced settlement technology platforms; and conducted the quality-control, supervisory, and management review necessary to ensure the accuracy and integrity of settlement operations. These activities frequently required individualized investigation, data analysis, and specialized review beyond routine or automated processing.

The scope of these efforts is reflected not only in the captured hours, but also in the volume of work completed during the period. Among other activities, Epiq:

- Supported notification and payment preparation efforts involving more than 90,000 Class Members and more than $210 million in settlement awards;
- Handled more than 19,000 telephone calls totaling over 276,000 minutes;
- Responded to nearly 30,000 emails;
- Processed more than 90,000 research requests;
- Resolved more than 9,500 conflicts; and
- Prepared 388 conflict disputes for submission to the Special Master.

These activities required coordinated efforts across multiple disciplines and workstreams throughout the administration.

The following table summarizes the hours recorded during the April 2026 through August 2026 period by role and function and further demonstrates the breadth of personnel and resources necessary to carry out the Court-approved administration of the Settlement. During this invoicing period, an average of 380 distinct personnel billed time each month.[1]

[1] Hours presented in the table have been rounded to the nearest whole hour for ease of presentation. Accordingly, individual figures may not sum precisely to the totals shown due to rounding.

| Role / Title | April | May | June | July | August | Total Hours |
|---|---|---|---|---|---|---|
| Account Management & Reconciliation | 32 | 28 | 59 | 30 | 11 | **158** |
| Associate Planner | 0 | 0 | 0 | 1 | 0 | **1** |
| Associate Project Manager | 75 | 545 | 648 | 796 | 735 | **2,797** |
| Check and Mailing Coordinator | 20 | 18 | 12 | 8 | 6 | **62** |
| Claims Analyst | 39 | 23 | 17 | 6 | 3 | **86** |
| Claims Specialist | 125 | 85 | 23 | 6 | 4 | **241** |
| Clerical - Production | 4 | 7 | 4 | 2 | 2 | **18** |
| Client Services Manager | 20 | 138 | 157 | 154 | 123 | **591** |
| Contact Center - Supervisory and QA | 0 | 70 | 19 | 0 | 0 | **88** |
| Contact Center Agent | 24,996 | 21,984 | 15,144 | 10,198 | 9,205 | **81,524** |
| Contact Center Manager | 779 | 710 | 448 | 330 | 265 | **2,531** |
| Correspondence Review | 1,785 | 1,273 | 1,177 | 791 | 783 | **5,807** |
| Data and Reporting Analyst | 4,773 | 4,374 | 3,313 | 2,711 | 3,466 | **18,636** |
| Director/VP Consulting | 60 | 74 | 45 | 54 | 20 | **252** |
| Executive Management / Testimony | 95 | 95 | 95 | 95 | 95 | **475** |
| Help Desk / Single Point of Contact | 2,946 | 2,547 | 2,031 | 1,435 | 1,365 | **10,322** |
| Notice Manager | 0 | 0 | 0 | 2 | 0 | **2** |
| Project Coordinators | 4,141 | 585 | 802 | 1,317 | 1,196 | **8,039** |
| Project Director | 173 | 89 | 96 | 109 | 108 | **574** |
| Project Managers | 1,038 | 510 | 682 | 581 | 546 | **3,355** |
| Project Specialist | 511 | 3,503 | 3,603 | 4,265 | 4,377 | **16,257** |
| Senior Director, Consulting Services | 12 | 5 | 2 | 7 | 0 | **24** |
| Senior Project Manager | 28 | 152 | 111 | 231 | 158 | **678** |
| Senior Solutions Architect | 130 | 104 | 103 | 75 | 64 | **474** |
| Senior SQL Developer | 124 | 74 | 114 | 141 | 85 | **537** |
| Software Engineer | 1,807 | 1,271 | 1,839 | 1,655 | 1,388 | **7,958** |
| Solutions Architect | 645 | 474 | 678 | 932 | 905 | **3,632** |
| SQL Developer | 104 | 0 | 176 | 336 | 128 | **744** |
| **TOTAL** | **44,452** | **38,727** | **31,390** | **26,256** | **25,029** | **165,852** |

These hours and activity volumes reflect the sustained, multidisciplinary work required to administer the Settlement during the covered period. Epiq therefore respectfully requests funding of $21,437,653.05 for the April 2026 through August 2026 invoices identified in the original funding request.

If there are questions or concerns, please let me know.

Sincerely,

EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.

By /s/
Amanda Sternberg
Director, Client Services Programs