Robbins Geller Rudman & Dowd LLP

Chicago Melville Nashville San Diego Wilmington
Boca Raton Manhattan Philadelphia San Francisco Washington, D.C.

October 9, 2026

VIA ECF

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judge Marutollo:

Consistent with the agreement set forth in ECF 9879, Rule 23(b)(3) Class Counsel ("Class Counsel") provides its second Quarterly Report ("Report"). *See* Attachment. Materials in the Report have been provided by both the Class Administrator, Epiq, and Miller Kaplan Arase LLP. Unless the Court wishes the Reports to issue on a different schedule, Class Counsel plans to file the next three reports by January 8, 2027, April 9, 2027, and August 13, 2027.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

Attachment

cc: All Counsel via ECF

4937-8839-4454.v1