Arnold & Porter

Matthew A. Eisenstein
+1 202.942.6606 Direct
Matthew.Eisenstein@arnoldporter.com

October 13, 2026

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, 05-md-1720-BMC-JAM (E.D.N.Y.)

Dear Judge Cogan:

We write on behalf of the Visa and Mastercard Defendants in the Rule 23(b)(2) Equitable Relief Class Action to request leave to file a combined reply in support of final approval of the Rule 23(b)(2) Class Settlement Agreement and opposition to motions to decertify that exceeds the totals permitted for replies and oppositions in this Court's Individual Practices at § III.C.1.

As the Court noted in granting preliminary approval of this Class Settlement Agreement, this is a "protracted and expansive" case. *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 2026 WL 1662251, at *1 (E.D.N.Y. June 9, 2026). Moreover, while many of the objectors are the same entities that objected to preliminary approval, they have filed new briefs in support of their objections to final approval that in some cases exceed 50 pages, and certain objectors have also filed motions to decertify.

Given the voluminous filings and the complex legal and factual issues underlying settlement approval, Visa and Mastercard respectfully request leave to file a single responsive brief not to exceed 17,000 words.

Plaintiffs consent to this request.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Matthew A. Eisenstein*

Matthew A. Eisenstein

cc: All Counsel of Record (by ECF)