TRULINCS 75502066 - BYRD, RONALD - Unit: PHL-E-N

RECEIVED
OCT 13 2026
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2026 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
BROOKLYN OFFICE

FROM: 75502066
TO:
SUBJECT:
DATE: 10/06/2026 09:48:57 AM

United states district court eastern district of new York

IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION MDL No. 05-MD-01720 (BMC0)(JAM)

STATEMENT OF OBJECTION TO PROPOSED RULE 23(B)(2) SETTLEMENT AND MOTION TO FOR ACCEPENTANCE OF LATE OBJECTION

I Ronald Byrd , respectfully submit this statement of objection to the proposed rule 23(b)(2) settlement between the merchant class and visa, Mastercard, and other defendants.

I am a member of the proposed rule 23)b)(2) settlement class because:
1.I was a merchant that accepted visa and Mastercard credit or debit cards during the applicable class period.
2. My business was 4545 bouvier LLC
3. My business address is 4545 n bouvier St. phila,pa 19140
4. i accepted visa and or Mastercard during the period covered by the proposed settlement.

FIRST OBJECTION THE SETTLMENT DOES NOT PROVIDE SUFFICENT RELIEF

The proposed settlement substantially affects merchants future rights concerning payment-car fees, merchant steering ,and visa Mastercard operating rules. I object because the proposed changes should be carefully evaluated against the continuing encomic impact of interchange fees and other cost imposed on merchants.

The court should require a clear showing that the proposed relief is adequate for the approximately 12 million merchants included in the class and the settlement provides meaniful fees and other cost.

SECOND OBJECTION THE RELEASE OF CLAIMS

I object to the scope of any release that would prevent merchants from pursuing future claims based upon conduct that is substantially similar to the conduct challenged in this litigation.

The court should carefully examine whether the release extends beyond claims that can properly be resolved through this settlement and whether class members are giving up rights that are disprortionate to relief they receive.

THIRD OBECTION ADEQUACY OF THE SETTLMENT BENEFITS

I object to approval unless the court determines, based upon the evidence, that the economic value of the settlements rule changes is reasonably related to the harm allegedly suffered by merchants.

The settlement should not be approved merely because it provides some prospective changes. The court should consider whether those changes provide substantial and enforceable benefits to merchants and whether the benefits are sufficient in light of the claims asserted.

FOURTH OBJECTION ATTORNEYS FEES AND EXPENSES

I also object to any request for attorneys fees, expenses, or service awards to the extent those amounts are not adequately supported by actual benefit provided to the class.

The court should indepentlly examine the request fees and expenses and determine whether they are reasonable in relation to the results obtained for class

FIFTH OBJECTION PROCEDURAL FAIRNESS

I request that the court consider whether the notice and settlement procedures provided merchants with a meaningful

REC'D IN PRO SE OFFICE
OCT 13 '26 PM3:25

opportunity to understand the settlement, the rights being affected, the scope of the release, and the consequences of remaing in the class.

REQUEST FOR ACCEPTANCE OF LATE OBJECTION

I recognize that the published deadline for submitting objection was September 14, 2026

I respectfully request that the court exercise its discretion to accept this objection notwithstanding the deadline because i am in prison in it takes longer for me to get things done due to my limitation and restrictions.

I did not intentionally waive my rights to object. I respectfully request that the court consider this objection before deciding whether to grant finial approval of the proposed settlement.

REQUEST FOR RELIEF

For these reasons, I respectfully request that the court:
1. Accept and consider this objection despite its filing after the published deadline;
2. Carefully examine whether the proposed settlement satisfice federal rule of civil procedure 23(e);
3. Consider whether the proposed settlement satisefes provides adequate and meaningful relief to merchants;
4. Carefully review the scope of proposed release;
5. Carefully review any request for attorney fees, expenses and service awards; and
6. Grant such other relief as the court considers appropriate.

Respectfully submitted,
Ronald Byrd 75502066
fdc philadelphia
p.o. box 562
phila, pa 19105

2157138666 (represented) kevina munson

Ronald Byrd 75502-066
FDC Philadelphia
P.O. Box 562
Phila, PA 19105

PHILADELPHIA PA 190
7 OCT 2026 PM 9 L

Dog Bite Awareness

1776 ★ 2026
USA FOREVER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 13 2026 ★

BROOKLYN OFFICE

USMS

U.S. District court For Eastern district of New York
Clerk of courts,
225 Cadman Plaza East,
Brooklyn, NY 11201.

LEGAL MAIL

11201-183299