# Exhibit 11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

Case No. 05-md-1720-MKB-JO

This Document Relates to:

*Roundy's Supermarkets, Inc., et al v. Visa Inc.*, Case No. 13-cv-05746 (S.D.N.Y.)

*The Hertz Corporation, Herc Rentals Inc. and Royal Caribbean v. Visa U.S.A. Inc., et al.*, Case No. 17-cv-00946 (D.C.)

*Dollar General Corp., et al. v. Visa U.S.A. Inc., et al.*, Case No. 17-cv-05988 (E.D.N.Y.)

# REPORT OF ROY J. EPSTEIN, Ph.D.

The definition would have to be broadened. The next best alternative for light beer should then be identified to include in the relevant market. Perhaps the market should include regular lager beer as well, or even additional kinds of beer. A relevant market would be identified when the collusive price increase becomes profitable. The relevant market does not contain all conceivable substitutes (*e.g.*, wine or mineral water), just the substitutes that are close enough to constrain price increases in the sense described.[141]

83. A standard approach to formalize identification of the relevant product market is the "SSNIP" (**S**mall but **S**ignificant and **N**on-**T**ransitory **I**ncrease in **P**rice) test.[142] The SSNIP test considers the extent to which buyers would substitute away from a product or set of products in response to a small increase in price for a product or set of products.[143] A price increase of 5% above the competitive level is considered to be a "small but significant" price increase.[144] If, in response to such a small price increase in a product, a sufficient number of buyers switch to alternatives, then the price increase will be unprofitable for the seller. In that event, a seller

---

141 *2010 Horizontal Merger Guidelines* at 8; Jonathan Baker, "Market Definition: An Analytical Overview, *Antitrust Law Journal 74(1),* 129, 133 (2007) (the "Horizontal Merger Guidelines define a market as a collection of products or services, and a geographic region, that would form a valuable monopoly. If it would be unprofitable for a hypothetical monopolist of a group of products within a region to raise price by a small but significant and nontransitory amount because buyers would substitute to other products or locations, then the candidate (provisional) market is too small and must be expanded.")

142 *See 2010 Horizontal Merger Guidelines* at 9.

143 The SSNIP test is also called the "hypothetical profit-maximizing monopolist" test because it hypotheses control of the pricing of the considered set of products by a single supplier.

144 This threshold price increase for the SSNIP test is often taken to be 5%. *See id.* at 10.

controlling the set of products will have no incentive to impose the price increase; that is, the seller will have no market power. The products that the consumers switch to in response to the attempted SSNIP therefore must be added to the provisional market until a SSNIP imposed by the hypothetical monopolist becomes profitable.

84. The relevant economic product market for this case is no broader than the market for all general purpose credit card transactions.[145] The credit feature means that general purpose credit card transactions are sufficiently different from other payment means, such as debit cards or checks, that a monopolist would be able to increase the price of a credit card transaction by at least a small but significant amount.[146]

85. The relevant geographic market is the United States.[147] I am not aware of another general purpose credit card network elsewhere in the world that could provide meaningful competition to the incumbent Visa, MasterCard, American Express, and Discover networks.

---

145 As I have discussed, the Merchant Restraints will limit cardholders' and merchants' substitutions among alternative payment means, making relevant economic markets very narrow. The relevant market I define in this Report describes the market with the Merchant Restraints not impacting cardholders' and merchants' substitution opportunities.

[redacted]

147 To be conservative, my analysis focuses on Visa and MasterCard credit card transactions that occur in the United States and U.S. territories. This means that the credit card transaction occurs in the United States and is acquired by a Visa or MasterCard U.S. acquirer.