# Exhibit 13

[redacted]

[redacted]

[redacted]

[redacted]