# Exhibit 14

# Merchant and Association Objection to Proposed Settlement

By entering your information below by **September 1, 2026**, we will add your business to our letter to the District Court Judge asserting your objection to the final approval of the MDL-1720 proposed settlement. The text of the proposed settlement is here.

This objection letter provides a detailed explanation as to why the undersigned organizations oppose the MDL-1720 proposed settlement. The letter emphasizes that the liability release language is too broad and that the proposed relief to merchants is entirely insufficient. The full objection letter can be seen here.

If you have any questions, please reach out to Stephanie Badger at sbadger@nicklesgroup.com

Fields marked with an asterisk (*) are required.

Company Name *

Point of Contact (First and Last Name) *

Street Address *

City *

State *

Zip *

Telephone Number *

Email Address

Type of Business

Which states do you operate in?

Number of Locations

Number of Employees

☐ Send me a copy of my responses

Submit

Powered by smartsheet

Smartsheet Privacy Notice Report Abuse

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.