# Exhibit 16

Subscribe to NACS Daily



GOVERNMENT & ADVOCACY

# NACS Supports Coalition Opposing MDL-120

## The court's decision on final approval could significantly affect merchants' ability to pursue future claims.

Jul 28, 2026 | 2 min read



Advertisement




NACS, along with the Merchants Payments Coalition, is coordinating a coalition sign-on letter objecting to the proposed settlement in MDL-1720 (In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation). The full letter and sign-on can be found at this link.

In short, the objection letter focuses on how the proposed settlement would grant Visa, Mastercard and giant card-issuing banks sweeping liability immunity for their anticompetitive system of card fees and rules. Worse yet, the proposed settlement would provide merchants with temporary and meager relief that is riddled with loopholes and is wholly insufficient given the scope of the claims being released.

The class of merchants includes any U.S. business that accepted Visa or Mastercard-branded cards between January 1, 2004, and January 25, 2019. The court's decision on final approval could significantly affect merchants' ability to pursue future claims, making broad participation in this coalition objection especially important.

The sign-on letter will close on September 1, 2026, and NACS urges your organization to sign onto the letter to demonstrate to the District Court Judge the breadth of the business community opposed to final approval of the proposed settlement.

"We are deeply concerned that this inadequate settlement agreement—one that entrenches Visa and Mastercard's anticompetitive system of fees and rules—would cause lasting harm to our members and to customers of merchant businesses across the country," said Brennan Duckett, director of regulatory and policy at NACS. "This is the third attempt by the credit card industry to push a settlement in this litigation that protects and preserves their anticompetitive business model. The courts have rejected these efforts twice before and should do so again."

NACS continues to support the Credit Card Competition Act (S. 3623 and H.R. 7035). Businesses like convenience stores thrive on competition, and the card networks should too. It's time for Congress to pass this bill and bring competition to credit cards through market-based reforms.

Credit and debit card swipe fees—which have risen 70% since the pandemic and reached a record $198.2 billion in 2025—are most merchants' highest operating cost after labor. The fees are far too high to absorb, especially for small merchants, and drive-up consumer prices by more than $1,200 a year for the average family. Swipe fees paid in each state and the amount that would be saved under the CCCA are available here.

Swipe Fees

Advertisement




SHARE

Advertisement




Advertisement



NACS Advancing Convenience & Fuel Retailing

NACS serves the global convenience and fuel retailing industry by providing industry knowledge, connections and issues leadership to ensure the competitive viability of its members' businesses.

**Quick Links**

About NACS

NACS Membership

Online Store

Contact Us

Careers

**Industry Partners**

Conexxus

Transportation Energy Institute

**Stay Current**

News

Press Releases

NACS Magazine

1600 Duke Street 7th Floor
Alexandria, VA 22314

703-684-3600

☒ Back To top

© NACS ALL RIGHTS RESERVED

Terms of Use | Privacy Policy