# Exhibit 17

# EXHIBIT 17
# Shadowen Reply Declaration

## Recap of 159 Major Merchants Filing Individual Complaints in MDL 1720

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | | | | | | |
| | **A** | | | | | |
| **1** | **Abercrombie & Fitch Co.**<br>EDNY 1:13-cv-05745<br>Clothing retailer. | 11/1/2012 | | 4/26/2024<br>ECF 9220 | | |
| **2** | **Academy Ltd d/b/a Academy Sports + Outdoors**<br>EDNY 1:13-cv-5746<br>Outdoors equipment retailer. | 5/25/2013,<br>5/28/2013 | | | | |
| **3** | **Ahold U.S.A., Inc.**<br>EDNY 1:05-cv-05078<br>PHASE ONE INDIVIDUAL ACTION<br>Grocery retailer. | | | | | |
| **4** | **Airtran Airways, Inc.**<br>EDNY 1:14-md-1720, ECF 183 (Stip of Dismissal 1/16/2015). PHASE ONE INDIVIDUAL PLAINTIFF.<br>Airlines | | | | | |
| **5** | **Alaska Airlines, Inc.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Airlines. | | | | | |
| **6** | **Albertson's, Inc.**<br>EDNY 1:05-cv-05078<br>PHASE ONE INDIVIDUAL ACTION<br>Grocery retailer. | | | | | |
| **7** | **Alimentation Couche-Tard Inc. d/b/a Circle K Stores, Inc.**<br>EDNY 1:13-cv-5746<br>Convenience stores and gasoline retailer. | 5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | 12/12/2025<br>ECF 9722 | Redacted<br>ECF 10003 |
| **8** | **Alon USA, LP**<br>EDNY 1:13-cv-5746<br>Gasoline retailer. | 5/25/2013,<br>5/28/2013 | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **9** | **Amazon.com, Inc.**<br>EDNY 1:13-cv-5746<br>General retailer. | 5/28/2013,<br>5/28/2013 | | | | |
| **10** | **American Airlines, Inc.**<br>EDNY 2:15-cv-04241<br>PHASE ONE INDIVIDUAL ACTION<br>Airlines. | | | | | |
| **11** | **American Eagle Outfitters, Inc.**<br>WDPa 2:13-cv-01290<br>Clothing retailer. | 11/2/2012,<br>5/28/2013 | | | | |
| **12** | **American Multi-Cinema, Inc.** EDNY 1:13-cv-5746<br>Entertainment. | 5/25/2013,<br>5/28/2013 | | | | |
| **13** | **American Signature, Inc.**<br>EDNY 1:13-cv-05745<br>Furniture retailer. | 11/1/2012 | | 4/26/2024<br>ECF 9220 | | |
| **14** | **Andeavor LLC**<br>EDNY 1:13-cv-5746<br>Gasoline retailer, | | | 4/26/2024<br>ECF 9230 | | |
| **15** | **Ascena Retail Group, Inc.**<br>EDNY 1:13-cv-05745<br>Clothing retailer. | 11/1/2012 | | 4/26/2024<br>ECF 9220 | | |
| **16** | **Ashley Furniture Industries Inc.**<br>EDNY 1:13-cv-5746<br>Furniture retailer. | 5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **17** | **AutoZone, Inc.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Auto parts retailer. | 6/5/2013 | | | | |
| **18** | **Avis Budget Group, Inc.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Car rental. | | | | | |
| | | | | **B** | | |
| **19** | **Barnes & Noble College Booksellers, LLC**<br>EDNY 1:13-cv-5746 | 5/25/2013<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | Books retailer. | | | | | |
| **20** | **Beall's. Inc.**<br>EDNY 1:13-cv-5746<br>Off price department store retailer. | 5/25/2013<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **21** | **Bed Bath & Beyond Inc.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Home goods retailer. | | | | | |
| **22** | **Belk, Inc.**<br>EDNY 19-cv-06555<br>Department store retailer. | 5/28/2013 | | 4/26/2024<br>ECF 9221 | | |
| **23** | **Big Lot Stores, Inc.**<br>EDNY 1:13-cv-05745<br>Discount home goods retailer. | 11/1/2012 | | 4/26/2024<br>ECF 9220 | | |
| **24** | **Bi-Lo, LLC, LLC**<br>EDNY 06-cv-02532, 02534 PHASE ONE INDIVIDUAL PLAINTIFF<br>Grocery retailer. | | | | | |
| **25** | **BJ's Wholesale Club Holdings, Inc.**<br>EDNY 19-cv-06555<br>Grocery and department store retailer. | 5/24/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9221 | | |
| **26** | **Bloomin' Brands**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Restaurants. | | | | | |
| **27** | **Bob Evans Restaurants, LLC**<br>EDNY 19-cv-06555<br>Restaurants. | | | 4/26/2024<br>ECF 9221 | | |
| **28** | **Bookings Holding Inc.**<br>EDNY 1:13-cv-5746<br>Other services. | | | 4/26/2024<br>ECF 9230 | | |
| **29** | **Boscov's Department Store, LLC** or Boscov's, Inc.<br>EDNY 1:13-cv-5746<br>Department store retailer. | 11/1/2012<br>5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **30** | **Brinker International, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Restaurants. | | | | | |
| **31** | **British Airways** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Airlines. | | | | | |
| **32** | **Brookshire Grocery Company** EDNY 1:13-cv-5746 Grocery retailer. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **33** | **Buc-ee's LTD** SDNY 1:13-cv-03589 Travel center, gasoline, convenience store retailer. | | | | | |
| **34** | **Budget Rent A Car Systems, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Car rental. | | | | | |
| **35** | **Burlington Coat Factory Warehouse Corporation** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Clothing retailer. | | | | | |
| **36** | **Buy Buy Baby, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Baby clothes and equipment retailer. | | | | | |
| | **C** | | | | | |
| **37** | **Carnival Corporation & plc** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Cruise line. | 11/5/2012 | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **38** | **Century 21**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Discount clothing, department store retailer. | | | | | |
| **39** | **Chico's FAS, Inc.**<br>EDNY 1:13-cv-05745<br>Women's clothing retailer. | 11/1/2012 | | 4/26/2024<br>ECF 9220 | | |
| **40** | **Coborn's, Incorporated**<br>EDNY 1:13-cv-5746<br>Grocery retailer. | 11/2/2012,<br>5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **41** | **Costco Wholesale Corporation**<br>EDNY 1:13-cv-5746 Grocery, department store, hardware, big box retailer. | 5/25/2013,<br>5/28/2013 | | | | |
| **42** | **Cracker Barrel Old Country Store, Inc.**<br>EDNY 1:13-cv-5746<br>Restaurants. | 5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **43** | **Cumberland Farms, Inc.**<br>EDNY 1:13-cv-5746<br>Convenience and gasoline retailer. | 6/5/2013<br>5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **44** | **CVS Pharmacy, Inc.**<br>EDNY 1:14-md-1720<br>PHASE ONE INDIVIDUAL PLAINTIFF<br>Pharmacy retailer. | | | | | |
| | **D** | | | | | |
| **45** | **D'Agostino's Supermarkets, Inc.**<br>EDNY 1:13-cv-5746<br>Grocery retailer. | 11/2/2012,<br>5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **46** | **Delta Air Lines, Inc.**<br>EDNY 1:13-cv-04766<br>Airlines. | | | | | |
| **47** | **Dick's Sporting Goods, Inc.**<br>EDNY 1:13-cv-5746<br>Sporting goods retailer. | 5/28/2013 | | 4/26/2024<br>ECF 9230 | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **48** | **Dillard's, Inc.** EDNY 1:13-cv-5746 Department store, clothing retailer. | 11/1/2012, 5/24/2013 | | 4/26/2024 ECF 9230 | | |
| **49** | **Drury Hotels Company, LLC** EDNY 1:13-cv-5746 Hotel Hospitality. | 5/25/2013 | | 4/26/2024 ECF 9230 | | |
| **50** | **DSW, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Shoes retailer. | | | | | |
| | **E** | | | | | |
| **51** | **Eckerd Corporation** EDNY 1:05-cv-05078 PHASE ONE INDIVIDUAL ACTION Pharmacy retailer. | | | | | |
| **52** | **Euromarket Designs, Inc. d/b/a Crate & Barrel** EDNY 1:13-cv-5746 Home goods retailer. | 5/27/2013 | | 4/26/2024 ECF 9230 | | |
| **53** | **Express, LLC** EDNY 1:13-cv-5746 Clothing retailer. | 5/28/2013 | | | | |
| **54** | **E-Z Mart Stores, Inc.** PHASE ONE INDIVIDUAL ACTION Convenience store, gasoline retailer. | | | | | |
| | **F** | | | | | |
| **55** | **Family Dollar Stores, Inc.** EDNY 1:13-cv-5746 Discount department store, home goods, retailer. | 5/24/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **56** | **Family Express Corporation** EDNY 1:13-cv-5746 Convenience store retailer. | | | 4/26/2024 ECF 9230 | | |
| **57** | **Federal Express Corporation** EDNY 1:14-md-1720, ECF 183 PHASE ONE | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | INDIVIDUAL PLAINTIFF. Other services, shipping. | | | | | |
| **58** | **Fleet Farm** EDNY 1:13-cv-5746 Hunting and sporting goods retailer. | | | 4/26/2024 ECF 9230 | | |
| **59** | **Fleet Wholesale Supply Co., Inc**. EDNY 1:13-cv-5746 Hunting and sporting goods retailer. | | | 4/26/2024 ECF 9230 | | |
| **60** | **Foot Locker, Inc.** EDNY 1:13-cv-5746 Running shoes retailer. | 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **61** | **Forever 21 Retail, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Clothing retailer. | | | | | |
| | **G** | | | | | |
| **62** | **The Gap, Inc.** EDNY 1:13-cv-5746 Clothing retailer. | 11/1/2012, 5/27/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **63** | **Genesco Inc.** EDNY 1:13-cv-5746 Footwear retailer. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **64** | **Global Cash Access, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Other services; funding Las Vegas gambling. | | | | | |
| **65** | **GNC Holdings, Inc.** EDNY 1:13-cv-5746 Vitamin retailer. | 5/25/2013, 5/28/2013 | | | | |
| **66** | **Grubhub Holdings, Inc.** EDNY 19-cv-06555 Other services. | | | 4/26/2024 ECF 9221 | | |
| **67** | **Gulf Oil Limited Partnership** EDNY 1:13-cv-5746 Gasoline retailer. | | | | | |
| | **H** | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **68** | **Harris Teeter, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Grocery retailer. | | | | | |
| **69** | **Haverty Furniture Companies, Inc.** EDNY 1:15-cv-02946 Furniture retailer. | | | | | |
| **70** | **Hawaiian Airlines, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Airlines. | | | | | |
| **71** | **Hewlett-Packard Company** EDNY 1:14-md-1720, ECF 140 PHASE ONE INDIVIDUAL PLAINTIFF. Computer equipment retailer. | | | | | |
| **72** | **HMSHost Corporation** EDNY 1:13-cv-5746 Hospitality, hotels. | 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **73** | **The Home Depot, Inc.** EDNY 1:16-cv-05507 Hardware retailer. | 10/31/2012, 5/28/2013 | | | | |
| **74** | **Hy-Vee, Inc.** EDNY 1:05-cv-03925 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| | **I** | | | | | |
| **75** | **IKEA USA** EDNY 1:13-cv-5746 Home goods retailer. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| | **J** | | | | | |
| **76** | **J.C. Penney Corporation, Inc.** EDNY 1:13-cv-05745 Clothing, department store retailer. | 11/1/2012 | | 4/26/2024 ECF 9220 | | |
| **77** | **JetBlue Airways Corporation** | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Airline. | | | | | |
| **78** | **Jetro Holdings, LLC; Jetro Cash & Carry Enterprises, LLC** EDNY 1:13-cv-4520 B to B wholesale sales to restaurant, caterers, grocery retailers. | 11/2/2012, 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| | | | | **K** | | |
| **79** | **Kohl's Corporation** EDNY 1:13-cv-05745 Clothing, department store retailer. | 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| **80** | **The Kroger Co.** EDNY 1:05-cv-05078; 06-cv-0039 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| | | | | **L** | | |
| **81** | **Landry's Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Restaurants | | | | | |
| **82** | **L Brands, Inc.** EDNY 1:13-cv-05745 Clothing and cosmetic retailer. | 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| **83** | **Leslie's Poolmart, Inc.** EDNY 19-cv-06555 Swimming pool supplies retailer. | | | 4/26/2024 ECF 9221 | | |
| **84** | **Lord & Taylor LLC** EDNY 1:13-cv-05745 Clothing and department store retailer. | | | 4/26/2024 ECF 9220 | | |
| **85** | **Lowe's Companies, Inc.** EDNY 1:13-cv-5746 Hardware retailer. | 5/28/2013 | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **86** | **Luxottica U.S. Holdings Corp.** EDNY 1:13-cv-05745 Eyeglasses retailer. | 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| | **M** | | | | | |
| **87** | **Macy's, Inc.** EDNY 1:13-cv-05745 Clothing and department store retailer. | 11/1/2012, 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| **88** | **Marathon Petroleum Company LP** EDNY 1:13-cv-5746 Gasoline retailer. | 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **89** | **Maxi Drug, Inc. d/b/a Brooks Pharmacy** EDNY 1:05-cv-05078 PHASE ONE INDIVIDUAL ACTION Pharmacy retailer. | | | | | |
| **90** | **Meadowbrook, LLC d/b/a The Land of Nod** EDNY 1:13-cv-5746 Children's clothing, furniture and bedding retailer. | | | | | |
| **91** | **Meijer, Inc.** EDNY 1:05-cv-04131 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | ECF 9981 |
| **92** | **Michaels Stores, Inc.** EDNY 1:13-cv-5746 Arts and crafts retailer. | 5/25/2013 | | | | |
| **93** | **Mills Motor, Inc.** EDNY 1:13-cv-5746 Car dealer retailer. | | | | | |
| | **N** | | | | | |
| **94** | **National Railroad Passenger Corporation d/b/a Amtrak** EDNY 1:13-cv-5746 Other services. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **95** | **Newegg Commerce, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. | | | | | ECF 9988 |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | Computer retailer. | | | | | |
| **96** | **New York & Company, Inc.**<br>EDNY 1:13-cv-5746<br>Clothing retailer. | 5/28/2013 | | | | |
| **97** | **NIKE, Inc.**<br>EDNY 1:13-cv-5746<br>Athletic shoe retailer. | 5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| | **O** | | | | | |
| **98** | **Office Depot, Inc**.<br>EDNY 1:13-cv-05745<br>Office supplies retailer. | 5/27/2013 | | 4/26/2024<br>ECF 9220 | | |
| **99** | **OfficeMax Incorporated**<br>EDNY 1:13-cv-05745<br>Office supplies retailer. | 5/27/2013 | | 4/26/2024<br>ECF 9220 | | |
| **100** | **Old Jericho Enterprise, Inc**.<br>plaintiffs<br>EDNY 2:20-cv-02394<br>Gasoline retailer. | | | 4/26/2024<br>ECF 9223 | 12/12/2025<br>ECF 9725 | |
| **101** | **O'Reilly Auto Enterprises, LLC**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Auto parts retailer. | | | | | |
| | **P** | | | | | |
| **102** | **Pacific Sunwear of California, Inc.**<br>EDNY 1:13-cv-5746<br>Clothing retailer. | 5/28/2013 | | | | |
| **103** | **Panda Restaurant Group, Inc.**<br>EDNY 1:13-cv-5746<br>Restaurants. | 5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **104** | **Pandora Jewelry Inc.**<br>EDNY 19-cv-06555<br>Jewelry retailer. | | | 4/26/2024<br>ECF 9221 | | |
| **105** | **Panera Bread Company**<br>EDNY 1:13-cv-5746<br>Restaurants. | 5/25/2013,<br>5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **106** | **Pathmark Stores, Inc.**<br>EDNY 1:05-cv-05352<br>PHASE ONE | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | Grocery and pharmacy retailer. | | | | | |
| **107** | **P.C. Richard & Son, Inc.** EDNY 1:13-cv-5746 Electronics retailer. | 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **108** | **Piggly Wiggly** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Grocery retailer. | | | | | |
| **109** | **priceline.com, LLC, The Priceline Group Inc**. EDNY 1:13-cv-5746 | | | 4/26/2024 ECF 9230 | | |
| **110** | **Progressive Casualty Insurance Company** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Insurance. | | | | | |
| **111** | **Publix Super Markets, Inc.** EDNY 1:05-cv-04677 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| **Q** | | | | | | |
| **R** | | | | | | |
| **112** | **Ralph Lauren Corporation** EDNY 1:13-cv-05746 Clothing retailer. | | | 4/26/2024 ECF 9230 | | |
| **113** | **Raley's** EDNY 1:05-cv-04799 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| **114** | **Recreational Equipment, Inc. (REI)** EDNY 1:13-cv-5746 Outdoor equipment and clothing retailer. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **115** | **Republic Services, Inc.** EDNY 1:13-cv-5746 Recycling and waste removal. | | | 4/26/2024 ECF 9230 | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **116** | **Restoration Hardware, Inc.** EDNY 1:13-cv-5746 Home goods retailer. | 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **117** | **Rite Aid Corporation** EDNY 1:05-cv-05352 PHASE ONE INDIVIDUAL ACTION Pharmacy retailer. | | | | | |
| **118** | **Roundy's Supermarkets, Inc.** SDNY 13-cv-05746 Grocery retailer. | 5/24/2013, 5/28/2013 | | | | |
| **119** | **Royal Caribbean Cruises Ltd.** DDC 1:17-cv-00946 Cruise lines, hospitality. | 11/5/2012, 5/28/2013 | | | | |
| **120** | **RTG Furniture Corp.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Discount furniture retailer. | | | | | |
| | **S** | | | | | |
| **121** | **Safe Auto Insurance Company** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Auto insurance | | | | | |
| **122** | **Safeway, Inc.** EDNY 1:05-cv-05078 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| **123** | **Saks Incorporated** EDNY 1:13-cv-05745 Clothing and department store retailer. | 11/1/2012, 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| **124** | **Sears Holdings Corporation (including K Mart)** EDNY 1:13-cv-5746 Clothing, department store, hardware retailer. | 11/5/2012, 5/28/2013 | | | | |
| **125** | **Shop Rite, Inc.** | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | SDNY 1:13-cv-03616<br>Grocery retailer. | | | | | |
| **126** | **Southwest Airlines Co.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF**.**<br>Airlines. | | | | | |
| **127** | **Speedway LLC**<br>EDNY 1:13-cv-5746<br>Gasoline and convenience store retailer. | 5/27/2013, 5/28/2013 | | | | |
| **128** | **Spirit Airlines, Inc.**<br>EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF.<br>Airlines. | | | | | |
| **129** | **Staples, Inc.**<br>EDNY 1:13-cv-05745<br>Office supplies retailer. | 5/27/2013 | | 4/26/2024<br>ECF 9220 | | |
| **130** | **Starbucks Corporation**<br>EDNY 1:13-cv-5746<br>Coffee and restaurant. | 5/28/2013 | | 4/26/2024<br>ECF 9230 | | |
| **131** | **Stein Mart, Inc.**<br>EDNY 1:13-cv-5746<br>Department store retailer. | 5/28/2013 | | | | |
| **132** | **Supervalu, Inc.**<br>EDNY 1:05-cv-04650<br>PHASE ONE INDIVIDUAL ACTION<br>Grocery retailer | | | | | |
| **133** | **Sunoco, Inc.**<br>EDNY 1:14-cv-05800<br>Gasoline retailer. | 6/5/2013 | | | | |
| **134** | **Swarovski U.S. Holding Limited**<br>EDNY 1:13-cv-5746<br>Jewelry and watch retailer. | | | 4/26/2024<br>ECF 9230 | | |
| **T** | | | | | | |
| **135** | **Talbots, Inc.**<br>EDNY 1:13-cv-5746<br>Clothing retailer. | 5/28/2013 | | 4/26/2024<br>ECF 9230 | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **136** | **Target Corporation** EDNY 1:13-cv-05745 Grocery, clothing, department store retailer. | 11/1/2012 | | 4/26/2024 ECF 9220 | | |
| **137** | **The Bon-Ton Stores, Inc**. EDNY 1:13-cv-05745 Clothing and department retailer. | | | | | |
| **138** | **The Buckle, Inc.** EDNY 1:13-cv-5746 Clothing retailers. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **139** | **The Children's Place Retail Stores, Inc.** EDNY 1:13-cv-5746 Children's clothing retailer. | 5/25/2013, 5/28/2013 | | | | |
| **140** | **The Hertz Corporation** DDC 1:17-cv-00946 Car rental. | | | | | |
| **141** | **Thermo Fisher Scientific Inc.** EDNY 1:13-cv-5746 Life science and clinical research. | 5/25/2013, 5/28/2013 | | 4/26/2024 ECF 9230 | | |
| **142** | **The Wet Seal, Inc.** EDNY 1:13-cv-5746 Online clothing retailer. | 5/25/2013, 5/28/2013 | | | | |
| **143** | **The William Carter Company** EDNY 1:13-cv-5746 Children's clothing retailer. | 5/25/2013, 5/28/2013 | | | | |
| **144** | **Thorntons LLC; Thorntons Inc.** EDNY 1:13-cv-5746 Gasoline and convenience store retailer. | | | 4/26/2024 ECF 9230 | | |
| **145** | **The TJX Companies, Inc.** EDNY 1:13-cv-05745 Clothing and department store retailers. | 5/27/2013 | | 4/26/2024 ECF 9220 | | |
| **146** | **Toys "R" Us, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| | INDIVIDUAL PLAINTIFF. Children's toy retailer. | | | | | |
| | **U** | | | | | |
| **147** | **Uline Inc.** EDNY 19-cv-06555 Shipping supplies retailer. | | | 4/26/2024 ECF 9221 | | |
| **148** | **U.S. Airways Group, Inc.** EDNY 2:15-cv-04241 PHASE ONE INDIVIDUAL ACTION Airlines. | | | | | |
| | **V** | | | | | |
| | **W** | | | | | |
| **149** | **Wakefern Food Corporation** EDNY 1:06-cv-05765 PHASE ONE INDIVIDUAL ACTION Grocery retailer. | | | | | |
| **150** | **Walgreen Co.** EDNY 1:05-cv-05078 PHASE ONE INDIVIDUAL ACTION Pharmacy retailer. | | | | | |
| **151** | **Wal-Mart Stores, Inc**., *et al.* EDNY 1:14-cv-2318 Grocery, department stores. | 5/28/2013 | | 4/26/2024 ECF 9225 | 12/12/2025 ECF 0729 | ECF 9991 |
| **152** | **Wegmans Food Markets, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Grocery retailer. | | | | | |
| **153** | **Whole Foods Market, Inc.** EDNY 1:13-cv-5746 Grocery retailer. | 5/28/2013 | | | | |
| **154** | **Winn Dixie Stores, Inc.** EDNY 1:14-md-1720, ECF 183 PHASE ONE INDIVIDUAL PLAINTIFF. Grocery retailer. | | | | | |
| | **Y** | | | | | |

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | **Merchant Objectors** | **2012-2013 (b)(2) & (3)** | **2018 (b)(3)** | **2024 (b)(2)** | **2025 Prelim App. Amend (b)(2)** | **2026 Final App Amend (b)(2)** |
| **155** | **YUM! Brands, Inc.**<br>EDNY 1:13-cv-5746<br>Restaurants. | 5/28/2013 | | 4/26/2024<br>ECF 9224 | | |
| | **Z** | | | | | |
| | | | | | | |
| | **Other** | | | | | |
| **156** | **7-Eleven, Inc.**<br>EDNY 1:13-cv-5746<br>Gasoline and convenience store retailer. | 5/25/2013, 5/28/2013 | ECF 7570 | | | |
| | | | | | | |