# Exhibit 18

## THE FOLLOWING ARE MEMBERS OF THE NATIONAL RETAIL FEDERATION

Beall’s: https://nrf.com/podcast/how-bealls-is-shaping-the-next-era-of-value-shopping

Cracker Barrel: https://nrfbigshow.nrf.com/attend/who-attends (Just says they attend the annual retailer show)

Crate & Barrel: https://nrffoundation.org/retail-networks/talent-acquisition-group

Dick’s Sporting Goods: https://nrffoundation.org/retail-networks/talent-acquisition-group

Dillard’s: https://x.com/NRFnews/status/2085177953927692578

Foot Locker: https://x.com/NRFnews/status/2085177953927692578

The Gap: https://x.com/NRFnews/status/2085177953927692578

Genesco: https://www.genesco.com/static-files/cfdf13b8-fd64-489e-b164-53297aa9d31c

Panda Restaurant Group: https://nrf.com/events/nrf-retail-law-summit

Panera Bread: https://www.panerabread.com/foundation/documents/press/2015/PaneraBread_CSR_2014.pdf

Recreational Equipment, Inc.: https://nrf.com/podcast/inside-reis-strategy-for-trust-community-and-growth

Swarovski:

Yum! Brands: https://www.yum.com/wps/wcm/connect/yumbrands/311ed8e1-9f99-4dab-98a9-bfe1e87f9e49/2019-Stakeholder-Engagement-v4.pdf?MOD=AJPERES&CVID=njq3PBh