# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

*** Filed ***
05:01 AM, 22 Oct, 2026
U.S.D.C., Eastern District of New York

| | |
|---|---|
| **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | IN RELATION TO THE MD CASE<br>Case 1:05-md-01720-BMC-JAM<br>**MDL No. 1720** |
| | Civil No. 05-5075(BMC)(JAM) |
| This Document Relates To: **All Actions** | **FORMAL DIRECT LETTER TO CHAMBERS PURSUANT TO THE COURT'S DIRECTIVE DATED OCTOBER 21, 2026** |

**<u>FORMAL DIRECT LETTER TO CHAMBERS PURSUANT TO THE COURT'S DIRECTIVE DATED OCTOBER 21, 2026</u>**

**TO THE HONORABLE JUDGE BRIAN M. COGAN**

**TO HONORABLE MAGISTRATE JUDGE JOSEPH A. MARUTOLLO**

**In relations to the order entered October 21st 2026**

**1:05-md-01720-BMC-JAM In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**
**Dkt. Nos. [10012], [10040], [10041], and [10043]**

**1:05-cv-05075-BMC-JAM NuCity Publications, Inc. v. Visa U.S.A., Inc.**
**Dkt. Nos. [254], [255], and [256].**

Dear Honorable Judges,

We want to formally thank you for the order issued October 21st, we are told Judges render Justice and so you have done; as a Canadian claimant across the border we were distressed and neglected.

We contacted the class administrator leaders by phone and email, the class action attorneys by phone and email to no avail. As a Canadian claimant misrepresented abroad we had to defend ourselves. We emailed all the lawyers, texted and called them up to September 9th to ask to include us in the September payout and to calculate our data—see the certified, immutable merchant audit documentation ledger included as the foundational Exhibit in Document 10012.

Everyone ignored us. We called Epiq, emailed them. These lawyers are supposed to represent us, all the claimants, not to use our stolen money and won restitution to enrich themselves.

Why else is the case ongoing and lingering since 2005? Lengthy filings are made to justify their notorious retainers, meanwhile elderly claimants have and will die unpaid, unheard, with uncalendared payout schedules, reduced payouts, and the like.

As an emergency response, we had no other choice but to file our concerns before the court for a professional, impartial public review and for an avenue for prompt justice.

In the Exhibit of Document 10012, you will find supporting evidence up until September 9th proving that when facing a brick wall of bad faith, lack of professionalism, and silence by the ones appointed to represent us and to administer our funds, we had to defend our interests.

This case has been ongoing since 2005. Elderly claimants have died and will die unpaid with such practices and uncalendared payout promises, topped with reduced payouts, while the attorneys garnish their pockets branding their law degrees and their so-called requests for partial payment only to get paid themselves; billing large retainers on funds that were stolen from us, and a $5.5 Billion settlement that was allocated for us, the victims, as we the merchants were robbed—NOT the attorneys, nor the class administrator, who are both the only ones getting paid so far!

They are the only ones being paid at our expense, and this ends today.

We will not tolerate this injustice any further.

We are in receipt of the order and administrative adjustments required for filing compliance, and we will formally address them as we have addressed the previous order on federal rule 65 and the irreparable harm concern.

However, the compound interest will continue to accumulate at the conformed rate of 25.8643%  weekly as per all docketed filings on record.

Since they are on the public record, anyone can refer to them for further notice.

We wish to thank you among this legal sphere for having acknowledged and recorded this bad-faith neglect, lack of professionalism, and lack of ethics from both the attorneys and class administrators, who have all failed to properly address our issue, but you have responded with two orders.

You have docketed all our concerns and read the extent of our petition for justice, and we are grateful for it.

I will sign this letter as per your mention on the order of October 21st, and we will likewise formally respond to the order in order to proceed further.

As an ordained Minister, ordained in the United States, I will end this letter by stating:
"And you shall know the truth, and the truth shall set you free." — John 8:32

Respectfully submitted,



______________________________________________

Pastor Doris, Ordained Minister

For Wall Street Group