Grant & Eisenhofer P.A.

485 Lexington Avenue, 29th Floor, New York, NY 10017 tel: 646.722.8500 fax: 646.722.8501

123 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 Third Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

5 Christy Drive
Brandywine Two, Suite 200
Chadds Ford, PA 19317
tel: 610.228.7700

www.gelaw.com

Robert G. Eisler, Esq.
Director
+1-(646) 722-8500
reisler@gelaw.com

October 22, 2026

**VIA CM/ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6F
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-md-1720 (BMC) (JAM) (E.D.N.Y.)

Dear Judge Cogan:

The Equitable Relief Class, through Class Counsel, respectfully submits this letter in response to the Reply in Support of Walmart's Motion to Decertify Class or for Exclusion from Class ("Walmart's Reply") filed by Objector Walmart yesterday (ECF No. 10045). Reply briefs in further support of objections are not authorized by this Court's class settlement notice and scheduling order dated June 15, 2026 (ECF No. 9887), which sets forth the deadlines for objections to the settlement. Nor are reply briefs authorized by this Court's September 18, 2026 minute order, which established a schedule for briefing on the motions of Walmart, and Circle K Stores, Inc. and National Association of Convenience Stores, regarding class certification. In particular, that minute order granted Class Counsel's letter-proposal that all "responses to those [class certification] motions be due on the same date as responses to all objections to the final approval (October 14, 2026), with all *briefing to be concluded then as set forth in the current schedule*." ECF No. 10014 (emphasis added).

It is our understanding that all of those deadlines were established to allow for the timely and orderly consideration of issues at the November 16, 2026 final approval hearing.

Accordingly, Class Counsel oppose the filing of Walmart's Reply and respectfully request that it be stricken.

Respectfully,

*/s/ Robert G. Eisler*

Robert G. Eisler
**Grant & Eisenhofer P.A.**
485 Lexington Ave.,
29th Floor New York, NY 10017
Phone: 646-722-8500
reisler@gelaw.com

cc: All Counsel of Record by ECF