UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : | MDL No. 1720(BMC)(JAM) |
| | : | Civil No. 05-5075(BMC)(JAM) |
| This Document Relates To: | : | RULE 23(b)(3) CLASS COUNSEL'S MONTHLY REPORT REGARDING THIRD-PARTY ENTITIES |
| ALL ACTIONS. | : | |

## I. INTRODUCTION

This is the thirty-sixth monthly report regarding third-party claims filers following the Court's request.

Rule 23(b)(3) Class Counsel ("Class Counsel") and Epiq continue to receive communications regarding third parties. Calls received via the toll-free number are tracked and reported to Class Counsel from Epiq. Class Counsel also directly receives calls and emails regarding third parties that are followed up on immediately. Additionally, Class Counsel regularly searches online using various keywords to monitor new entrants. Epiq received 46 new contacts regarding third parties since the last report. Epiq also forwards to Class Counsel certain specific issues which are discussed below.

Now that the claims-filing deadline has passed, there have been fewer issues related to the solicitation of Class members for filing. Monthly reports will continue.

## II. STATUS OF PREVIOUS ORDERS TO SHOW CAUSE

### A. Pacific Travel & Services LLC

As noted in last month's report it has been a year since issues with Pacific Travel have been pending before the Court. Class Counsel has discontinued the monthly reporting on this issue, but will bring any new information to the Court's attention.

## III. OTHER MATTERS

### A. Betz & Baril, PLLC and ClickFunds, LLC

On May 21, 2026, the Respondents filed a Notice of Motion for Limited Reconsideration and Limited Clarification of the May 7, 2026 Memorandum Decision and Order ("Motion"). ECF 9867. On June 4, 2026, Class Counsel's response was filed. ECF 9878. The Court denied the Motion on June 9, 2026. ECF 9883.

As of October 19, 2026, Betz & Baril has transferred a total of 989 unique merchants. Status details are below. The vast majority are approved, of which 679 have filed a claim.

| Authorization Status | TINs |
|---|---|
| Approved | 935 |
| Deficient | 10 |
| Conflict | 37 |
| Withdrawn | 6 |
| Rejected | 1 |

There are 37 Tax Identification Numbers ("TIN") in conflict, most of which now consist of the owner being in conflict with another third-party claims filer (cardsettlement.org, MCAG, etc.), although a few are in conflict with other owner-employees. Conflict notices have been sent for all TINs with instructions on how to resolve the conflict.

Regarding the withdrawn TINs, Epiq reached out to confirm whether the registrants intended to withdraw. If they did not, Epiq will correct their authorization status. One was administratively withdrawn because it belongs to a payment facilitator. A notice was sent to the registrant explaining the issue and allowing them 30 days to register their actual TIN. Epiq is following up with the registrant as they have not yet registered the corrected TIN.

The few deficient TINs have received a defect notice describing what they need to submit to show proof of authority. Betz & Baril was also deficient for these TINs. As such, Epiq still requires documentation that demonstrates the registrants' right to pursue the claim.

**B. Special Master Request Regarding Loyale Healthcare LLC**

On August 3, 2026, the Special Master, The Honorable James Orenstein (Ret.), issued a Report and Recommendation regarding Loyale Healthcare LLC ("Loyale"). *In re MDL 1720 Damages Class Settlement Appeals of Registrant Loyale Healthcare LLC*, 1:26-mc-03160 (E.D.N.Y. 2026) ("*Settlement Appeals of Loyale*"), ECF 1. The Court asked Class Counsel to provide a view regarding Loyale's plan to act as a third-party claims-filing company and retain 90% of Class member recovery. Class Counsel and Loyale submitted briefing to the Special Master on August 31, 2026. *Settlement Appeals of Loyale*, ECFs 2, 3. On September 18, 2026, the parties submitted brief replies. *Settlement Appeals of Loyale*, ECFs 9, 10. On September 25, 2026, the Special Master's Report and Recommendation was issued. *Settlement Appeals of Loyale*, ECF 11. Loyale has

indicated it plans to file objections and was granted an extension to November 13, 2026. Class Counsel plans to respond to those objections when filed.

### C. Complaints From Class Members Regarding Third-Party Claims-Filing Companies Being Non-Responsive

Epiq has flagged an issue for Class Counsel that appears to be a growing concern. A number of Class members in the past month have called the toll-free hotline or emailed Epiq to complain that they have had difficulty getting responses from third-party claims-filing companies that the Class members contracted with for claims-filing services. According to Epiq, there have been numerous new complaints about a lack of responsiveness. Epiq has been reaching out to various third parties to remind them of their responsibilities and has also provided Class members with contact information, where available. In the current reporting period, Epiq reached out to 10 companies regarding a claimed lack of responsiveness. Four responded, to either Epiq or the Class member. The other six continue to be assessed by Epiq and Epiq will continue to follow its process detailed below.

The following details Epiq's current process when they receive a Class member complaint regarding responsiveness. For the initial complaint, Epiq provides the third-party contact information found in their records to the Class member and asks the Class member to try again.

If they contact Epiq again saying that they are still unable to get a response from the third-party, Epiq sends an email, including the Class member as a recipient, requesting that the third-party reach out to the Class member and confirm their contact information in Epiq's records. The email also includes a deadline to reply, generally 48 hours. Currently, there are no known issues that have reached this stage in the process.

### D. Third-Party Filer Issue

Epiq has received inquiries from some Class members concerning the current whereabouts of a third-party claim filer. According to reports from Epiq, certain clients of Chase Meister, a lawyer in California, contacted Epiq after being unable to contact Mr. Meister. Public records searches revealed that he had been arrested on June 15, 2026. A law firm that appears to have had some

relationship with Mr. Meister was called and emailed, but to date, no response has been received from Mr. Meister or the law firm. Class Counsel and Epiq will continue to monitor this issue and if necessary will recommend a path for these affected Class members in the next monthly report.

### E. Outreach to Third Parties by Epiq

As Class Counsel previously reported, since August 18, 2023, Epiq has been performing specific outreach efforts to known third-party claims filers.

As of October 19, 2026, 699 third-party claim filers have registered 10 or more merchant TINs. This count increased by one since the last month's report because one registrant updated their relationship type to reflect that they are a Third-Party Filer and not an owner-employee.

The third parties' total representation remains the same at 1,001,031 TINs. This count includes every instance of a third-party claims filer registering a merchant TIN. If two third-party claims filers register a single TIN, and that TIN goes into conflict, the TIN is counted twice.

## IV. CONCLUSION

Class Counsel will continue to apprise the Court regarding issues with third-party claims filers via monthly reports and will bring urgent matters to the Court's attention via letter. The next monthly report will be filed on November 20, 2026.

DATED: October 23, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
PATRICK J. COUGHLIN
ALEXANDRA S. BERNAY

s/ Alexandra S. Bernay
ALEXANDRA S. BERNAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBINS KAPLAN LLP
K. CRAIG WILDFANG
THOMAS J. UNDLIN
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

BERGER MONTAGUE PC
H. LADDIE MONTAGUE, JR.
MERRILL G. DAVIDOFF
MICHAEL J. KANE
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs