**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies To:**<br><br>**Barry's Cut Rate Stores, Inc., et al. v. Visa, Inc., et al., No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM), also now known as DDMB, Inc., et al. v. Visa, Inc., et al., No. 05-md-01720 (E.D.N.Y.) (BMC) (JAM)** | ) | **No. 05-md-1720(BMC)(JAM)** |

**PEDERNALES ELECTRIC COOPERATIVE, INC.'S NOTICE OF WITHDRAWAL OF NOTICE OF INTENTION TO APPEAR AT THE HEARING ON FINAL APPROVAL OF THE PROPOSED AMENDED SETTLEMENT AGREEMENT**

Pedernales Electric Cooperative, Inc. (the "Cooperative"), a member of the Rule 23(b)(2) Equitable Relief Plaintiff Class in the above-captioned action, hereby withdraws its Notice of Intention to Appear at the Hearing on Final Approval of the Proposed Amended Settlement Agreement [Dkt. 9990] filed on September 14, 2026. The Cooperative does not intend to appear at the Final Approval Hearing scheduled for November 16, 2026, and cedes its allotted time for argument to the other objecting Parties or otherwise as directed by the Court.

Notwithstanding this Notice, the Cooperative continues to maintain its objection to the proposed Settlement Agreement [*see* Dkt. #9989] and continues to urge the Court to deny approval of the settlement for the reasons set forth therein.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Ryan A. Botkin*

Ryan A. Botkin
admitted pro hac vice
Texas State Bar No. 00793366
ryan@bccaustin.com
BOTKIN CHIARELLO CALAF PLLC
1209 Nueces Street
Austin, TX 78701
Telephone: (512) 615-2341

**COUNSEL FOR PEDERNALES ELECTRIC COOPERATIVE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2026, a true and correct copy of the foregoing document was served on all counsel of record who have appeared in this case using the Court's CM/ECF system as a Filing User, and was sent by first-class mail postmarked on this day to the following:

Robert G. Eisler
Designee of Rule 23(b)(2) Class Counsel
Grant & Eisenhofer P.A.
Lexington Ave., 29th Floor
New York, NY 10017

Matthew A. Eisenstein
Designee of Defendants
Arnold & Porter Kay Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

*/s/ Ryan A. Botkin*
Ryan A. Botkin