Jesse Panuccio
Direct Dial: 954-377-4215
jpanuccio@bsfllp.com

November 2, 2026

VIA ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re**: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, No. 1:05-md-1720 (BMC) (JAM) (E.D.N.Y.)**

Dear Judge Cogan:

The Court has indicated that each objecting class member "will be allocated up to 6 minutes to voice their objections" but the Court "may increase this time allotment if there are fewer objectors than anticipated." By our count, only five objectors indicated that they would present argument at the Final Approval Hearing. *See* Doc. 9992 (Walmart); Doc. 9995 (Certain 7-Eleven Plaintiffs); Doc. 10000 (National Retail Federation and Retail Industry Leaders Association); Doc. 10004 (Circle K Stores and National Association of Convenience Stores); Doc. 10007 (American Economic Liberties Project, Consumer Reports, Demand Progress Education Fund, And Small Business Majority). Given this limited number, we respectfully request that the five objectors be allotted twelve minutes of argument time each, for a total of an hour.

Respectfully submitted,

By: */s/ Jesse Panuccio*
Jesse Panuccio (pro hac vice)
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

Counsel for Walmart

Cc: All Counsel of Record