FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2026 ★
BROOKLYN OFFICE

**Renee Brown**
Vice President
Company: Wild Card Roasters LLC and Brand name: Weaver's Coffee & Tea
40 Louise Street
San Rafael, CA 94901
renee@wildcardroasters.com
Cell: 310-795-2286
Office: 415-524-8945 ext. 1001

July 6, 2026

**The Honorable Brian M. Cogan**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Payment Card Interchange Fee Settlement**

Dear Judge Cogan,

I am writing on behalf of Wild Card Roasters LLC and our DBA: Weaver's Coffee & Tea, regarding the Payment Card Interchange Fee Settlement.

Our company submitted a claim in good faith based on many years of accepting Visa and Mastercard payments. However, after reviewing the information provided by the settlement administrator, it became clear that a significant number of our payment card transactions were not identified or included. As a result, the account summary provided by the settlement administrator does not accurately reflect the actual volume of eligible transactions our business processed during the settlement period.

I have attached the account summary that was provided to us, which we believe is incorrect. In an effort to resolve this matter, we have uploaded supporting documentation and transaction information numerous times through the settlement process. Unfortunately, despite our repeated submissions, the inaccuracies have not been corrected, and we have received no meaningful resolution.

Additionally, despite the many years that have passed since this litigation began, we have not received any settlement payment.

Like thousands of other small businesses, we paid substantial interchange fees while accepting payment cards from our customers. We participated in this settlement with the expectation that all

eligible transactions would be considered and that compensation would be distributed in a fair and timely manner. Unfortunately, that has not been our experience.

I respectfully ask the Court to review the administration of this settlement to ensure that merchants receive proper credit for all eligible transactions and that settlement payments are distributed as promptly as possible. Small businesses have waited many years for this process to conclude, and it is important that the settlement achieves the fairness it was intended to provide.

Thank you for your time, your service, and your consideration of these concerns.

Respectfully,

**Renee Brown**
Vice President
Wild Card Roasters LLC and Weaver's Coffee & Tea

cell phone 310-795-2286

**Enclosure:** Account Summary Provided by the Settlement Administrator

## Account Summary

Show 10 entries

Search:

| Claimant ID | Control No. | TIN | Merchant Name | Preferred Merchant Name | Authorization Status ? | Claim Status | Payment Status ? | Interchange Fee Total |
|---|---|---|---|---|---|---|---|---|
| 2NK99F36F6 | 323357 | XXXXX3333 | WEAVER'S COFFEE & TEA SAN FRANCISCO | | N/A | Claim Received | | $0.00 |
| 9EDF73FDFA | 623169 | XXXXX7044 | WILD CARD ROASTERS LLC | | Approved | Claim Received | | $62,104.39 |
| 974NN9N93N | 372709 | XXXXX0345 | WILD CARD ROASTERS LLC | | N/A | Claim Received | | $778.54 |

Wild Card Roasters LLC
Weaver's Coffee & Tea
40 Louise Street
San Rafael, CA 94901

SAN FRANCISCO CA 940
20 OCT 2026 PM 2 L




The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201