Robbins Geller Rudman & Dowd LLP

Chicago Melville Nashville San Diego Wilmington
Boca Raton Manhattan Philadelphia San Francisco Washington, D.C.

November 5, 2026

VIA ECF

The Honorable Judge Brian M. Cogan
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-MD-1720 (BMC)(JAM)

Dear Judges Cogan and Marutollo:

Pursuant to paragraph 8 of the Revised Order Appointing Special Master (ECF 9873), Rule 23(b)(3) Class Counsel respectfully request the Court's approval of the attached invoice related to work by Special Master James Orenstein. *See* Ex. A. Pursuant to paragraph 8 of the Revised Order Appointing Special Master, the Special Master's fees and expenses shall be paid out of the Class Settlement Cash Escrow Account.

Respectfully submitted,

*/s/ Thomas J. Undlin*
K. Craig Wildfang
Thomas J. Undlin
**Robins Kaplan LLP**

*/s/ Michael J. Kane*
H. Laddie Montague, Jr.
Merrill G. Davidoff
Michael J. Kane
**Berger Montague PC**

*/s/ Alexandra S. Bernay*
Patrick J. Coughlin
Alexandra S. Bernay
**Robbins Geller Rudman & Dowd LLP**

Exhibit A

cc: All Counsel via ECF

4913-8672-7646.v1