# EXHIBIT A

JAMS®

# STATEMENT

**Date**
**10/01/2026 through 10/31/2026**

Bill To: **Alexandra Bernay Esq.**
**Robbins Geller Rudman & Dowd LLP**
**655 W. Broadway**
**Suite 1900**
**San Diego CA 92101**

**Reference #: 1425040567 - Rep# 2**
Billing Inquiries: **Mindiola, Nicholaus**
Email: **nmindiola@jamsadr.com**
Telephone: **949-224-4626**
Employer ID: [redacted]

RE: **In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**

Representing:

Neutral(s): **Hon. James Orenstein, (Ret.)**

Hearing Type: **COURT REFERENCE**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Balance Forward: | | $41,744.51 |
| 9/30/26 12:00 AM | Hon. James Orenstein<br>Video conference with Class Administrator | 0.75 | $850.00 | $637.50 | 1 | $637.50 |
| 9/30/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation, emails with Class Administrator | 5.15 | $850.00 | $4,377.50 | 1 | $4,377.50 |
| 10/1/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation, emails with Class Administrator and Class Counsel | 5.60 | $850.00 | $4,760.00 | 1 | $4,760.00 |
| 10/2/26 12:00 AM | Hon. James Orenstein<br>Telephone call with class counsel | 0.25 | $850.00 | $212.50 | 1 | $212.50 |
| 10/2/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation | 3.40 | $850.00 | $2,890.00 | 1 | $2,890.00 |
| 10/5/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation, emails with Class Administrator | 2.80 | $850.00 | $2,380.00 | 1 | $2,380.00 |
| 10/6/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation, emails with Class Administrator | 4.65 | $850.00 | $3,952.50 | 1 | $3,952.50 |
| 10/7/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation | 5.20 | $850.00 | $4,420.00 | 1 | $4,420.00 |
| 10/8/26 12:00 AM | Hon. James Orenstein<br>Review submissions and draft report and recommendation | 4.60 | $850.00 | $3,910.00 | 1 | $3,910.00 |

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**

JAMS®

# STATEMENT

**Date**
**10/01/2026 through 10/31/2026**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/9/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 5.60 | $850.00 | $4,760.00 | 1 | $4,760.00 |
| 10/12/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation | 2.75 | $850.00 | $2,337.50 | 1 | $2,337.50 |
| 10/13/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 5.60 | $850.00 | $4,760.00 | 1 | $4,760.00 |
| 10/14/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation | 7.90 | $850.00 | $6,715.00 | 1 | $6,715.00 |
| 10/15/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 5.15 | $850.00 | $4,377.50 | 1 | $4,377.50 |
| 10/16/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 2.60 | $850.00 | $2,210.00 | 1 | $2,210.00 |
| 10/19/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 5.35 | $850.00 | $4,547.50 | 1 | $4,547.50 |
| 10/20/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 2.95 | $850.00 | $2,507.50 | 1 | $2,507.50 |
| 10/21/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 6.20 | $850.00 | $5,270.00 | 1 | $5,270.00 |
| 10/22/26 12:00 AM | Hon. James Orenstein Zoom conferences with Class Administrator and conflict parties | 1.15 | $850.00 | $977.50 | 1 | $977.50 |
| 10/22/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator and conflict parties | 1.55 | $850.00 | $1,317.50 | 1 | $1,317.50 |
| 10/23/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 5.20 | $850.00 | $4,420.00 | 1 | $4,420.00 |
| 10/26/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 4.70 | $850.00 | $3,995.00 | 1 | $3,995.00 |

JAMS®

# STATEMENT

**Date**
**10/01/2026 through 10/31/2026**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/27/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 1.90 | $850.00 | $1,615.00 | 1 | $1,615.00 |
| 10/28/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 1.60 | $850.00 | $1,360.00 | 1 | $1,360.00 |
| 10/30/26 12:00 AM | Hon. James Orenstein Review submissions and draft report and recommendation, emails with Class Administrator | 2.70 | $850.00 | $2,295.00 | 1 | $2,295.00 |
| 10/31/26 | Case Management Fee | | | | | $10,530.70 |
| | | | | Fees: | | $91,535.70 |
| | | | | Total: | | $91,535.70 |

**Payment Activity:** (none)

Balance Due: $133,280.21

Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**