HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael Shuster*
*(646) 837-5153*
*mshuster@hsgllp.com*

November 10, 2026

**Via ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, E.D.N.Y. Case No. 1:05-md-01720 (BMC)(JAM)*

Dear Judge Cogan:

We are counsel for Visa and write in connection with the hearing scheduled before Your Honor for November 16, 2026 at 11:00 a.m. in Courtroom 10A South of the United States District Court for the Eastern District of New York. We respectfully request that the below-listed attorneys be permitted to bring in and use electronic devices, including tablets or laptops, during the course of the aforementioned hearing.

The attorneys include: Michael Shuster, Demian Ordway, and Jayme Jonat of Holwell Shuster & Goldberg LLP and Matthew Eisenstein and Anne Davis of Arnold & Porter.

We also respectfully request that the Court make available a public dial-in line for the aforementioned hearing, so that members of the public who cannot attend in person may listen to the hearing via telephone.

We appreciate the Court's consideration.

Respectfully submitted,
*/s/ Michael Shuster*
Michael Shuster

cc: Counsel of Record (via ECF)