BSF | BOIES SCHILLER FLEXNER

November 10, 2026

**VIA ECF**

Brenna B. Mahoney
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-1720 (BMC) (JAM) (E.D.N.Y.)**

Dear Ms. Mahoney:

We represent Walmart Inc. ("Walmart") in the above-captioned matter. We write to request permission for undersigned counsel to bring laptops into the Final Approval Hearing scheduled for November 16, 2026 at 11:00 a.m. in the 2D North Ceremonial Courtroom before the Honorable Brian M. Cogan, U.S.D.J. Counsel will not record audio or video of the proceeding via laptop or otherwise.

Respectfully submitted,

By: */s/ Jesse Panuccio*
Jesse Panuccio
Alexander Law