LEHOTSKY COHN LLP
629 W. Main Street
Oklahoma City, OK 73102
Mithun Mansinghani
mithun@lehotskycohn.com

November 10, 2026

***Via ECF***

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation (MKB) (JAM), No. 05-MD-1720*

Dear Judge Cogan:

We represent objectors, the National Association of Convenience Stores and Circle K Stores, Inc. This Court has set a hearing for November 16, 2026, at 11:00 a.m. in Courtroom 10A South.

We respectfully request that counsel representing the National Association of Convenience Stores and Circle K Stores, Inc. be permitted to bring in and use electronic devices, including tablets or laptops, during the course of the aforementioned hearing. Counsel will not record audio or video of the proceeding via laptop or otherwise.

Respectfully submitted,

/s/ Mithun Mansinghani
Mithun Mansinghani

LEHOTSKY COHN LLP
Mithun Mansinghani
629 W. Main Street
Oklahoma City, OK 73102
(512) 693-8350
mithun@lehotskycohn.com

Rick W. Eberstadt
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001
(512) 693-8350
rick@lehotskycohn.com

*Counsel for the National Association of Convenience Stores and Circle K Stores, Inc.*