November 18, 2026

Gail Cloud

Southwest Moving & Relocation

140 E 200 S

Washington, UT 84780

(435) 703-8138

Gcloud43@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 25 2026 ★
BROOKLYN OFFICE

RECEIVED
NOV 25 2026
PRO SE OFFICE

Clerk of the Court

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

**Re: In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, No. 05-MD-1720 (E.D.N.Y.); MDL 1720 Damages Class Settlement Disputes, No. 24-mc-3415**

**Claimant: Southwest Moving & Relocation — Claimant ID 269C72D664, Control No. 308700, TIN ending 2852**

Dear Clerk of the Court:

I respectfully ask that this letter be filed in the above matters and brought to the attention of the Court and of Special Master James Orenstein. I am a class member writing about my own claim, and about how the Class Administrator has handled it. I am not asking for special treatment. I am asking that the review of my claim be finished and that I be told, plainly, where it stands.

The facts, as the Administrator's own records show them:

1. My business accepted Visa and Mastercard from 2009 through 2017. The Administrator's figures for my claim

REC'D IN PRO SE OFFICE
NOV 25 '26 PM 1:39

are $1,181,288.86 in payment card volume, 491 transactions, and $22,667.69 in interchange fees. My claim was timely filed, and my Authorization Status is "Approved."

2. My Claim Status has never advanced beyond "Claim Received." My claim was passed over in both the initial distribution (February 2026) and the second distribution (September 2026), and no one has ever explained why.
3. For a long period my file was held up by a TIN conflict. On November 17, 2026 — only after I escalated the matter in writing — the Administrator confirmed in writing that the conflict is resolved in my favor. My claim still sits unprocessed.
4. I have provided my merchant statements again and again: copies at filing; a Research Request in 2025 that came back "No Data Found" (November 29, 2025); statements emailed on November 17, 2026, which the Administrator confirmed receiving but stated it "cannot guarantee they will be reviewed/considered" because documents must come through the Merchant Portal; and the same statements submitted through the Merchant Portal on November 18, 2026, where they now sit as "Research Request Pending."
5. On November 17, 2026 I asked the Administrator four direct questions in writing: whether anything remains outstanding from me; why my claim was excluded from both distributions; the status of the "additional validation" flag on 2018–2019 (years in which the Administrator's own table shows $0.00 in activity); and when my review will be completed. The answers I received were form letters that answered none of them and directed me to a hotline.

6. Even the Merchant Portal's contact update does not work. On November 17 and again on November 18, 2026, I submitted my ZIP code (84780) and telephone number (435-703-8138); each time the portal confirmed the update was successful, and each time the fields still display blank.

I ran a moving company for 35 years. I kept my records, I filed on time, and I have answered every request made of me — several times over. What I cannot do is get the Administrator to finish its review or give me a straight answer.

I respectfully request that the Court direct the Class Administrator to complete the review of my claim and to state in writing what, if anything, remains outstanding from me, and when my claim will be decided.

Thank you for your time and attention.

Respectfully submitted,

Gail Cloud

Southwest Moving & Relocation

cc: Co-Lead Class Counsel

Class Administrator (Epiq), Payment Card Settlement

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 25 2026 ★
BROOKLYN OFFICE

UNITED STATES POSTAL SERVICE | PRIORITY MAIL

- Expected delivery date
- Domestic shipments in
- USPS Tracking® service
- Limited international in
- When used internationa

*Insurance does not cover certa
Domestic Mail Manual at http://
** See International Mail Manual

FLAT RATE
ONE RATE ■ ANY WEI

TRACKED ■

PS00001142500

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$13.90
Origin: 84780
11/19/26
4994180780-74

PRIORITY MAIL®

0 Lb 2.00 Oz
RDC 01

EXPECTED DELIVERY DAY: 11/23/26

C030

SHIP TO:
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

USPS TRACKING® #
9505 5161 7617 6323 4426 96

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Gail Cloud
140 E. 200 S.
Washington, UT 84780

USMS

TO:
Clerk of the Court.
United States District Court
Easter District of New York.
225 Cadman Plaza East.
Brooklyn, NY 11201

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.